UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN KOGUT,                                                              CV-06-6695 (JS) (WDW)

                             Plaintiff,                                   DECLARATION OF
                                                                                                  LIORA M. BEN-SOREK

   -against-

THE COUTY OF NASSAU, POLICE
COMMISSIONER DONALD KANE, POLICE
COMMISSIONER WILLIAM J. WILLETT (2005),
POLICE COMMISSIONER JAMES LAWRENCE,
DETECTIVE SEAN SPILLANE (HEAD OF
HOMICIDE 1985), DETECTIVE DENNIS FARRELL
(HEAD OF HOMICIDE 2005), DETECTIVE JOSEPH
VOLPE, DETECTIVE ROBERT DEMPSEY, DETECTIVE
ALBERT MARTINO, DETECTIVE WAYNE BIRDSALL,
DETECTIVE MILTON G. GRUBER, DETECTIVE
CHARLES FRAAS, DETECTIVE FRANK SIRIANNI,
DETECTIVE HARRY WALTMAN, P.O. MICHAEL
CONNAUGHTON, P.O. WILLIAM DIEHL, and
JOHN DOES 1-5,

                              Defendants.
------------------------------------------------------------------X

      LIORA M. BEN-SOREK, an attorney duly admitted to practice law in the Courts of the State of New York and admitted to the United States District Court for the Eastern District of New York, declares the following under the penalties of perjury:

      1.  I am a Deputy County Attorney in the office of Lorna B. Goodman, Nassau County Attorney, appearing for defendants, the County of Nassau, Former Police Commissioner Donald Kane, Former Police Commissioner William J. Willett (deceased), Former Police Commissioner James Lawrence, Detective Sean Spillane, Detective Dennis Farrell, Detective Joseph Volpe, Detective Robert Dempsey, Detective Albert Martino, Detective Wayne Birdsall, Detective Milton G. Gruber, Detective Charles Fraas, Detective Frank Sirianni, Detective Harry Waltman, Police Officer Michael Connaughton and Police Officer William Diehl (hereinafter collectively referred to as "Defendants"), in this matter.

2. This Declaration is made in support of the Defendants' Motion for Judgment on the Pleadings, pursuant to Fed. R. Civ. P. 12(c).

## PROCEDURAL HISTORY

3. On or about December 19, 2006, plaintiff John Kogut ("Kogut") served a complaint against Former Police Commissioner Donald Kane, Former Police Commissioner William Willett (deceased), Former Police Commissioner James Lawrence, Shaun Spillane (s/h/a Sean Spillane), Dennis Farrell, Joseph Volpe, Robert Dempsey, Frank Sirianni, Milton Gruber, Harry Waltman, Albert Martino, Charlie Fraas, Michael Connaughton, Wayne Birdsall, and William Diehl. *See Docket # 1.*

4. On January 29, 2007, the Defendants answered. *See Docket # 3.*

## ALLEGATIONS OF THE COMPLAINT

5. Kogut's allegations, as set forth in his complaint are as follows.

   a. The first cause of action alleges a federal § 1983 claim that Kogut was falsely imprisoned.

   b. The second cause of action alleges a federal § 1983 claim that Kogut was falsely arrested.

   b. The third cause of action alleges a federal § 1983 claim that Kogut was maliciously prosecuted in 1986.

   c. The fourth cause of action alleges a federal § 1983 claim that Kogut was maliciously prosecuted at his retrial in 2005.

   e. The fifth cause of action alleges that Nassau County Police Department personnel created and fabricated *evidence* and forwarded that evidence to the Nassau County District Attorney's Office in furtherance of Kogut's prosecution.

   f. The sixth cause of action alleges that Nassau County Police Department personnel created and fabricated *documentary* evidence and forwarded those documents to the Nassau County District Attorney's Office in furtherance of Kogut's prosecution.

g. The seventh cause of action alleges that Nassau County Police Department personnel conspired against Kogut by targeting him and his co-defendants, and thereafter gathered and/or fabricated evidence which they would eventually use against them in an effort to coerce Kogut to confess to a crime that he did not commit, and ultimately convict him and the others.

h. The eighth cause of action attempts to bring a conspiracy count by way of a *Monell* claim against the Defendants on behalf of other persons suspected in Nassau County homicides for an alleged conspiracy to their violate constitutional rights.

i. The ninth cause of action alleges that Nassau County has a custom, policy and/or practice exhibiting a deliberate indifference to citizens' right by using unconstitutional means to conduct criminal investigations, including coercing witnesses and suspects, fabricating inculpatory evidence, falsifying police paperwork, using unlawful means to interrogate suspects, and suborning perjury.

j. The tenth cause of action alleges that Nassau County maintained a policy, custom, and/or practice which failed to properly hire, screen, train, retain, supervise, control, and/or discipline employees amounting to a deliberate indifference to the rights of persons with whom they come in contact.

k. The eleventh cause of action alleges that Nassau County Police Department personnel failed to disclose to Kogut exculpatory evidence as required by *Brady v. Maryland*, 373 U.S. 83 (1963) in violation of Kogut's constitutional rights.

l. The twelfth cause of action, a state pendent count, alleges that Nassau County Police Detective Robert Dempsey committed battery against Kogut.

m. The thirteenth cause of action, a state pendent count, alleges that Kogut was falsely arrested.

n. The fourteenth cause of action, a state pendent count, alleges that Kogut was falsely imprisoned.

3

o. The fifteenth cause of action, a state pendent count, alleges that Kogut was maliciously prosecuted in 1986 and again at his retrial in 2005.

p. The sixteenth cause of action, a state pendent count, alleges that Nassau County Police Department personnel proximately caused him emotional distress by falsely arrested and imprisoning him, and thereafter maliciously prosecuting him when he was allegedly an innocent man.

q. The seventeenth cause of action, a state pendent count, attempts to raise a claim of *respondeat superior* against Nassau County for the alleged constitutional torts of Nassau County Police Department personnel.

r. The eighteenth cause of action, a state pendent count, alleges negligent supervision, to wit, that Nassau County Police Department supervisors were grossly negligent and/or negligent in the training, supervision, and discipline of Defendant Detectives Joseph Volpe and Robert Dempsey.

## EXHIBITS TO MOTION

6. As more fully set forth in the "Standard of Review" section of Defendants' Memorandum of Law (at page 4), this Court is respectfully requested to take judicial notice of the exhibits attached to Defendants moving papers.

7. **Exhibit A** is a copy of the complaint filed on behalf of plaintiff, Kogut, in this action.

8. **Exhibit B** is a copy of Defendants' Answer.

9. **Exhibit C** is a copy of Nassau County Court Judge O'Shaughnessy's April 28, 1986 ruling at the *Wade* and *Huntley* Hearings wherein he denied Kogut's motion to suppress his confession and concluded, as a matter of law, that Kogut's confession was made voluntarily.

10. **Exhibit D** is a copy of Nassau County Court Judge Ort's December 1, 2004 ruling in which he denied Kogut's request for a *de novo* hearing on the voluntariness of Kogut's confession.

11. **Exhibit E** is a copy of the Memorandum of Law in Support of Motion for Reconsideration and Stay of Proceedings in *Kogut v. Artuz*, CV-97-2094 (DRH) (ARL) which is referred to in footnote 3 at the bottom of page 7 of the annexed brief.

12. **Exhibit F** is a copy of Petitioner's Reply Memorandum of Law in Support of Motion for Relief from Judgment or Order and Stay of Proceedings in *Halstead v. Stinson*, CV-96-4879 (DRH) (ARL) which is referred to in footnote 3 at the bottom of page 7 of the annexed brief.

13. **Exhibit G** is a copy of pages 622 to 686A of the Trial Transcript from *People v. Kogut* May 13, 1986, referred to at page 14 of the annexed brief.

Dated: Mineola, New York
August 20, 2008

                                        LORNA B. GOODMAN
                                        Nassau County Attorney
                                        One West Street
                                        Mineola, New York 11501

                            By: *Liora M. Ben-Sorek*
                                        Liora M. Ben-Sorek (LMB 1971)
                                        Deputy County Attorney
                                        (516) 571-3014
                                        Attorney for County Defendants