# Exhibit 1

SMITH, DEBBIE

## HOMICIDE LEAD SHEET

**LEAD RECEIVED:** 12/9/84  0425
DATE    TIME
**RECEIVED BY:** J. VOLPE

**LEAD NO.** _____
**HOM. NO.** 2222-84

### (LEAD SOURCE)

**NAME:** Debbie Smith          **HOME TEL:** ███████
**ADDRESS:** ███████            **BUS. TEL:** ███████

### (NATURE OF LEAD)

Called and stated that between 11/17 & 11/20 she was driving over Sunrise at Rocklyn (bet 2100-0001 Hrs) & heard a scream. When she got to RR tracks on Rocklyn there was a car parked with no one in it. Auto possibly TAN, 4 DOOR older vehicle, large windows, had tools & dark colored blanket in auto.

### RESULTS: (INDICATE DATE(S) AND MEMBER(S) INVESTIGATING)

12/9 – Ms Smith responding to Homicide to view auto stolen in Lynbrook 11/10/84. Imp. 396-84

Det Pierce & Lane present at CSB with above. Debra viewed car, after viewing stated that she remembers the Bohen windshield, the parking stickers in the windshield and the silver AAA sticker on rear bumper.

Stated she would only give us a 90% because when she looked inside the car, there was a lot of garbage in the rear seat, remembers a blanket, thinks tools on rope.

Said she viewed car between 11 at night to 1 AM because she remembers no traffic on Sunrise Highway & there were no trains on Rail Road overpass.

CARD FILE PREPARED ☐                                    (OVER)

024707

DET VOLPE

"28 YRS"

0422 — Debbie Smith ~~[redacted]~~, Reports a few weeks ago she was at Sunrise/Rocklyn Northbound, she heard a girl scream. When the light changed she observed a vehicle parked on E/S of Rocklyn Ave at LIRR overpass, No occupants Veh Description — 1970-75 Gray or Beige, with Large windows, NY Reg with XY [redacted] "or DB" in it. Time approx 2100 - 0100 hrs.

→ (Nov. 14ᵗʰ - 28ᵗʰ) Ber. 17 & 20
→ Nov (~~18, 19, 20~~) (bet 9:00 & 0100)
North on Rockly —    — Poss VAN —
                      4 Door Car Sedan
                      full size
Residence             — window open —
→ ~~[redacted]~~
                      American Tech Ceramic
                      15 Stepar Place
                      ↗ Hunt Station

Day Time — 271-9600  EXT 220
                     Computer Room
            comes home
Evenings — Mon & Wed 2000

TRADESMAN — equipment in car
            Tools Blanket & Work —

024708

Dec 9, 1984
Hom 2222-84

Statement of Debra L. Smith

My name is Debra L. Smith I am 28 years old. I was born ████████, ████████. I live at ████████ ████████, ████████. My home phone number is ████████. I work at American Technical Ceramics at 15 Stepar Pl Huntington Station NY. phone 271-9600 ext 220. as a computer program analyst. I live at home with my parents and brothers and sisters.

I have been told by the Detective who is writing this statement that any false statements I make herein are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law of the State of New York.

I wish to state last month I believe between November 17 and the 28 I had gone to my friend James Pearson's house at ████████ ████████ for the evening. We had an argument and I left his house to go home. I started driving on Atlantic Ave to Central Ave, as I got to that corner I saw that The Rail Road gates were down for a Train that was going towards Long Beach. I decided to take Rockyln Ave up to Merrick Rd and Ocean Ave where I go

Det ████████ Sh 441    Name Debra L Smith

2544

NC002544

go to Peninsula Blvd and home. I drove north on Rocklyn Ave to Sunrise Highway, the traffic light was red and I stopped for the light. I had my window partly open because I was smoking. While I was sitting at the light I heard a woman scream. I rolled my window down and listened but did not hear anything else. The scream came from the left and like it was up high. I looked at the Rail Road elevated because that seemed to be the direction that the scream came from. The Traffic light changed and I drove across Sunrise Highway and under the Rail Road overpass. I saw a large light to medium Tan old 4 door sedan early 70s. It had large windows. I looked inside and saw a lot of stuff in the back seat. I think there were tools, a blanket and other stuff in the back seat. During this time I got out of my own car and looked around toward the Rail Road trestle. I looked at the license plate. I remember there were four numbers and three letters and a shiny

Det. George ___ Sh#11  Name Debra L. Smith

2545

NC002545

stickers on the left side of the Rear bumper. I also remember that the car had a broken windshield and a ticket in the left front window on the dash board.

Today I received a phone call from Det Joseph Valpe who asked me to come to Police Headquarters and view a car that they have there. I met with Police Officer Lane and Det Pierce who showed me a 1971 Oldsmobile delta 88 and I have looked at the car I feel that this is the car I saw that night the only reservation I have is that the interior of the car does not have all of the stuff in it that the car had when I had stopped by the Rail Road crossing. I have given this statement to the detective and it is the truth.

Det George Pierce Sh#41  Name Debra L. Smith

address ▓▓▓▓▓▓▓▓▓

phone ▓▓▓▓▓▓▓▓▓



JUN 08 '04  12:58PM  CRIME SCENE

1255 Newbridge Road,
No. Bellmore, NY 11710
Tel: 516 573-8015
Fax: 516 573-8022

P.1

**FORENSIC EVIDENCE BUREAU, CRIME SCENE SEARCH SECTION**

12.11.89  1030 hrs.  - Det. Mitchell

Debbie Smith called command bus, and state she is not sure if she saw the automobile between 11/17 and 11/21 or between 11/10 and 11/14. She will attempt to put her dates and activities in order and will call us back.

024712

939

Insp.# 396-84

99-3227

12/6/84
1840 hrs.

Present at 58 Bury. Malverne N.Y. home of John T. French. He stated that on 11/12/84, his 1971 Oldsmobile Sed. Reg. 5233 BJN N.Y., his car was parked on S/W corner of Lakeview Ave. & Ocean Ave. It was stolen sometime bet. 2130-2305 hrs. that date.

On 11/18/84, Mr. French went out looking around for his car. He entered Lakeview and he found it parked on Woodfield Rd. near the R.R. Tracks. He then got his keys & drove the car to Lynbrook P.D. Prior to going to the P.D. his sister Lori found a pair of ladies blue jeans with stripes. Blue jeans were (inside-out). Jeans were found on flt. rear floorboard halfway under flt. passenger seat.

1971 OLDSMOBILE DELTA 88 SEDAN/GOLD
V.I.N.# 354391E163279
N.Y. REG. 5233-BJN N.Y.

029663

Statement - Taken from John T. French. Taken 12-7-84

My name is John T. French, I am 21 yrs. old being born on 7-31-63. I live at 58 Broadway, Malverne, N.Y with my mother & 2 sisters. My home phone number is 599-3227.

Today Detective Sirianni - of the Homicide Sqd was present at my house, where he showed me a length of rope and a brown felt pouch.

I have positively identified the rope & the pouch as mine. I had the length of rope in the back seat of my car, because I used it to tie down a bed that I had transported for my friend. The felt pouch I use to keep change in.

I am telling my story to Detective Sirianni - of the Homicide Sqd. I have read & signed it and its the truth.

Witness Det. F. Sirianni
Sh. 296.

x John French
x 58 BROADWAY
x MALVERNE, N.Y. 11565

029655

Medical Examiners Office: Dr. Allen & I responded to the captioned office. At this time we spoke to Dr. McCarthy. He indicated that additional studies had to be done on the body, and that he felt ~~that~~ the deceased could have been dead up to 20 days. He further stated that there was sperm inside the deceased's vagina and that said sperm was intact. A case study shows sperm, intact under ideal conditions for as long as 16 days. ~~Due to the condition of the vagina, the ME's office was unable to ~~~ possible only. The cause of death was strangulation by ligature. The deceased's face had apparent bruises under both eyes, but there were no bone fractures detected.

Recovered Stolen Auto: On 11/10/84 between 9:80 PM & 11:00 PM an auto was stolen from Lakeview Ave & Ocean Ave, Lvw. (See Imp 396-84) HQ. Said auto was recovered by the owner on 11/18/84 ~~two~~ in a small parking area on the east side of Woodfield Rd South of Eagle Ave, Lakeview. Inside this vehicle were a pair of blue denim jeans, with stripes. These jeans were inside out & stuffed under the right front passenger seat. ~~They~~ The jeans, at this time, showed no apparent significance to the Frisco.

1208

NC001208

missing person report, and the jeans were disposed of. Because the time date & location were close to Theresa's last siting, this car was subsequently impounded, fingerprinted, & vacuumed for hair & tested for any fluids. Although all tests were negative, some hair samples were recovered & compared to those of the deceased. To date SIB has indicated the hair to be more than 50% similar to deceased & less than 100% similar. Elimination hair samples are being obtained for additional comparison.

Little Flower Home: The captioned home for boys is located approximately 200 yards south of the location of the reverend Solan auto, Woosfield Rd. I responded and interviewed 4 of the six youths residing there, with negative results. One youth had been incarcerated for criminal proceedings & the other was unavailable for interview. *Investigation continuing.