# BEN-SOREK DECLARATION
# EXHIBIT 9

**THOMAS R. SUOZZI**
County Executive



**LORNA B. GOODMAN**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
PHONE: 516-571-3056 FAX: 516-571-3058
Writer's Direct Line: 516-571-3014

April 3, 2009

Via E-Mail and First Class Mail

Deborah Cornwall, Esq.
Cochran Neufeld & Scheck, LLP
99 Hudson Street
New York, New York 10013

   Re: Restivo, Halstead, et al. v. County of Nassau, et al.
     <u>CV-06-6720 (JS) (WDW)</u>

Dear Ms. Cornwall:

   This letter is sent to address your recent request to conduct another inspection of the District Attorney's files in connection with the Theresa Fusco murder. As you recall, in response to plaintiffs' request for discovery of materials from the District Attorney's files, Monica Shah of your office, Anthony Grandinette, Kogut's attorney and Mr. Grandinette's paralegal/assistant conducted an extensive review of those materials in late December, 2007. Those materials encompassed, among other things, various pre-trial hearings, Rosario materials, transcripts from three trials (Kogut's 1986 and 2005 trials, Restivo and Halstead's 1986 trial), post-trial motions, DNA analyses and research materials.

   For purposes of their review, Ms. Shah and Mr. Grandinette labeled the boxes and prepared an index of materials contained therein. Additionally, a list of materials that plaintiffs sought to be reproduced was provided to me. The requested materials were copied so as to provide counsel with an exact duplicate of the original – file folder and label included. Those documents were furnished to plaintiffs in January 2008.

   As I indicated to you during our recent phone conversation wherein you requested an opportunity for plaintiffs' counsel to re-inspect the District Attorney's files, this Office has spent considerable efforts in organizing the files – which in their original production from the clients were in no particular order. The re-organization of the files has been done so as to facilitate (hopefully) easier location of documents and more ordered files.

Plaintiffs' counsel made no request to maintain the records in any specific manner and, after a year with no further requests for additional documents from the District Attorney's files, it was certainly reasonable for defense counsel to organize the materials in a manner convenient to them.

However, as I have offered in recent e-mails and telephone conversations, if plaintiffs' can specify exactly which document or types of documents they seek, a search can be made for same. In light of the index prepared by Ms. Shah and/or Mr. Grandinette, plaintiffs' counsel is already aware of what non-privileged material is contained in these files. We cannot understand plaintiffs' unwillingness to accept this reasonable resolution.

We look forward to your response and again ask for a narrowed request for such additional documents.

Very truly yours,

Liora M. Ben-Sorek
Deputy County Attorney

cc:    Anthony Grandinette, Esq. (Via E-Mail)