Summation - People

```
 1        (Whereupon, court stood in recess while the
 2   Court deliberated.)
 3        THE CLERK:  Case on trial, the People of the
 4   State of New York against John Kogut, Indictment 61029
 5   of 1985.
 6        Both sides ready?
 7        MR. CASTELEIRO:  Ready.
 8        MR. BIANCAVILLA:  Ready.
 9        THE COURT:  The Court will deliver its
10   verdict as follows:
11        I have reviewed the evidence in this case.
12   I have, of course, listened to the evidence for the
13   last few months.  I reiterate the great respect that I
14   have for both of the attorneys and appreciate the fact
15   you have been so courteous throughout the trial.
16        In analyzing the case, I felt the best way
17   to deal with it would be from the bottom up, so to
18   speak.
19        I reached my decision, first, with respect
20   to count three, and it is the finding of this Court
21   that I do not believe that the question hairs were
22   left in the van on or about November 10th of 1984, and
23   absent those hairs, there is no corroboration,
24   whatsoever, for the defendant's confession concerning
25   the count of rape.
```

BB

Proceedings

That fact, plus the lack of any physical injury, the unknown semen that was in poor Theresa Fusco, and the other evidence concerning the fact of a possible consensual sexual liaison by Theresa Fusco, leads this Court to the conclusion that the defendant is not guilty of count three of this indictment.

Count two of the indictment charges the defendant with murder in the course and furtherance of the crime of rape in the first degree.

The rape having not been established, the Court, obviously, finds the defendant not guilty of count two.

That brings us to count one which is the intentional murder count, and, the Court having found that there is no rape, then the issue comes up as to why then kill Theresa Fusco.

Motive, of course, is not an element of the crime of murder, and in the case -- and the proof in this case then comes down to one thing, and one thing only, and that is the confession of Mr. Kogut.

In order for a trier of fact to accept and apply a defendant's confession, it must be found beyond a reasonable doubt that the confession is not only voluntary but truthful as well.

I believe that the scientific evidence in

BB

Proceedings

1 this case proves that too many material facts set
2 forth in the defendant's confession are clearly not
3 truthful.
4     The Court will not accept the confession,
5 and, accordingly, finds the defendant not guilty of
6 murder in the second degree under count one.
7     That is the verdict of this Court.
8     Again, I thank both of you.
9     COURT OFFICER: Remain seated.
10     * * *
11 Certified to be a true and accurate transcript.

    _____
    BUFF BRANSON, RPR
    Senior Court Reporter