# BEN-SOREK DECLARATION
# EXHIBIT 2

1   warnings, what happened with that card?

2        A.   There came a time on the giving of the rights
3   where there is two places for acknowledgment and one of
4   them is, Do you understand your rights?  And at that point
5   Detective Volpe asked John Kogut if he understood his
6   rights.  He indicated that he did.  And he now asked him to
7   write the word yes at that part of the acknowledgment of
8   the warnings.

9        As the Miranda warnings continued, there is a
10  part on the card that indicates that after being advised of
11  these rights, you are still willing to talk to an attorney
12  [sic] without talking to an attorney first.  At that time
13  there was another acknowledgment.  He explained that to
14  him.  John Kogut said, I'll talk to you and he wrote yes,
15  that he understood that and was willing to talk.

16       Q.   What happened then?
17       A.   After that took place, Detective Volpe, he placed
18  his date and time and signature on the card.  John Kogut
19  placed his signature on the card and I placed -- I was the
20  last one, I placed my signature and date on the side of
21  that card.

22            MR. BIANCAVILLA:  Judge, I would ask that
23       this be marked for identification.

24            THE COURT:  Certainly.

25            (Whereupon, copy of rights card was marked

Kathi A. Fedden, OCR

1  People's Exhibit 76 for identification, only.)

2  COURT OFFICER: 76 for ID.

3  Q. Detective Dempsey, you are being shown what's
4  been marked as People's 76 for identification. Do you
5  recognize that?

6  A. Yes, I do, sir.

7  Q. What do you recognize that to be?

8  A. This is a copy of the original rights card that
9  was read by Detective Volpe on the evening of March 25,
10 1985 and I see and I realized that at a later time --

11 Q. One second, Detective Dempsey. Does that copy
12 fairly and accurately represent the original card as it
13 existed on March twenty -- on the dates indicated on that
14 card?

15 A. Yes. It contains my signature and I recognize
16 Detective Volpe's writing.

17 Q. And is that also the card that you observed
18 Mr. Kogut signing?

19 A. Yes, and I recognize his writing.

20 MR. BIANCAVILLA: We would offer that,
21 Judge.

22 THE COURT: Have you seen this?

23 MR. CASTELEIRO: Do we not have the
24 original?

25 MR. BIANCAVILLA: We don't have the

Kathi A. Fedden, OCR

1   original, your Honor.  We have been attempting to
2   locate the original of this rights card.  Somewhere
3   in the past 20 years it's been misplaced and we
4   don't have the original.  This is actually a copy of
5   the Court exhibit from the prior trial, your Honor.
6            THE COURT:  Court exhibit that was used in
7   the Kogut trial.  Is this in the record on appeal?
8            MR. BIANCAVILLA:  Yes, this is part of the
9   record on appeal.
10           MR. CASTELEIRO:  I would prefer the
11  original, Judge.  I understand the problems.  It was
12  part of the record on appeal.  I have no objection.
13           THE COURT:  I thank you for that and we're
14  going to have People's 76 marked in evidence,
15  please.
16           (Whereupon, People's Exhibit 76 for
17  identification was received and moved into
18  evidence.)
19           COURT OFFICER:  76 in evidence.
20  Q.   Now, Detective Dempsey, that particular document
21  that you have in front of you, that was the actual card
22  that was used with this defendant in this particular case?
23  A.   A copy of the actual card, yes.
24  Q.   And you were present when that was read to this
25  defendant?

Kathi A. Fedden, OCR