# Exhibit C

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 76740 | Redaction re: Kelly Morrissey and Jacqueline Martarella | 5/16/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76741 | Redaction re: conference with defense counsel; reveals strategy | 5/17/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76742-76746 | Redaction re: conference with defense counsel; reveals strategy | 5/17/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76749 | Redaction re: request from defense counsel; reveals strategy | 6/3/10; 6/9/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76754-76755 | Redaction re: conference with defense counsel; reveals strategy | 6/11/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76756-76757 | Redaction re: request from defense counsel; reveals strategy | 6/18/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76759 | Redaction re: Kelly Morrissey | 6/22/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76762 | Redaction re: Kelly Morrissey | 6/25/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76763 | Redaction re: Kelly Morrissey | 6/29/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76764 | Redaction re: conference with defense counsel; reveals strategy | 7/6/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76765 | Redaction re: Kelly Morrissey | 7/7/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 76768 | Redaction re: conference with defense counsel; reveals strategy | 7/8/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76771-76772 | Redaction re: Kelly Morrissey | 7/14/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76773 | Redaction re: conference with defense counsel; reveals strategy | 7/15/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76788 | Redaction re: conference with defense counsel; reveals strategy | 7/20/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76795 | Redaction re: Kelly Morrissey | 7/20/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76797 | Redaction re: handwriting expert report; reveals strategy | 7/27/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76803 | Redaction re: Kelly Morrissey | 9/1/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76804 | Redaction re: Jacqueline Martarella | 9/2/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76807-76808 | Redaction re: Kelly Morrissey | 9/3/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76810 | Redaction re: Kelly Morrissey | 9/8/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76820-76822 | Redaction re: Kelly Morrissey | 9/15/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 76828 | Redaction re: conference with defense counsel; reveals strategy | 10/13/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76828 | Redaction re: Kelly Morrissey | 10/14/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76831 | Redaction re: Kelly Morrissey | 10/20/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76833 | Redaction re: Jacqueline Martarella | 10/21/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76839 | Redaction re: Kelly Morrissey | 10/29/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76840 | Redaction re: requests from defense counsel; reveals strategy | 11/3/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76842 | Redaction re: attorney interview of witness; reveals strategy | 11/5/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76845-76846 | Redaction re: Kelly Morrissey | 11/10/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76848-76849 | Redaction re: Kelly Morrissey | 11/12/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76849-76850 | Redaction re: Jacqueline Martarella | 11/15/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76850 | Redaction re: Kelly Morrissey | 11/16/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 76851 | Redaction re: Jacqueline Martarella | 11/17/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76851-76852 | Redaction re: Kelly Morrissey | 11/17/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76854-76856 | Redaction re: Kelly Morrissey | 11/17/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76857-76858 | Redaction re: Kelly Morrissey | 11/17/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76859 | Redaction re: Kelly Morrissey and Jacqueline Martarella | 11/19/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76860-76861 | Redaction re: Kelly Morrissey | 11/19/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76862 | Redaction re: Jacqueline Martarella | 11/22/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76862-76864 | Redaction re: Kelly Morrissey | 11/23/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76867-76868 | Redaction re: Kelly Morrissey | 11/23/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76892-76893 | Redaction re: conference with defense counsel; reveals strategy | 12/6/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76900 | Redaction re: Kelly Morrissey | 12/13/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 76908 | Redaction re: Kelly Morrissey | 12/17/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76911 | Redaction re: requests from defense counsel; reveals strategy | 1/4/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76912 | Redaction re: Jacqueline Martarella | 1/6/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76913 | Redaction re: Kelly Morrissey | 1/10/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76917 | Redaction re: requests from defense counsel; reveals strategy | 1/18/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76918 | Redaction re: Jacqueline Martarella | 1/19/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76920-76921 | Redaction re: Kelly Morrissey | 1/24/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76928 | Redaction re: Ricardo Villa | 1/26/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76931-76932 | Redaction re: Kelly Morrissey | 1/31/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76934 | Redaction re: Kelly Morrissey | 2/3/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76934 | Redaction re: conference with defense counsel; reveals strategy | 2/3/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 76935 | Redaction re: Kelly Morrissey | 2/7/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76936-76938 | Redaction re: requests from defense counsel; reveals strategy | 2/7/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76939-76940 | Redaction re: Kelly Morrissey | 2/8/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76942 | Redaction re: Kelly Morrissey | 2/15/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76943-76945 | Redaction re: Kelly Morrissey | 2/16/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76945 | Redaction re: requests from defense counsel; reveals strategy | 2/16/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76946-76947 | Redaction re: Kelly Morrissey | 2/23/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76947 | Redaction re: requests from defense counsel; reveals strategy | 2/23/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76948 | Redaction re: Kelly Morrissey | 3/1/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76949 | Redaction re: Kelly Morrissey | 3/1/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76951 | Redaction re: Kelly Morrissey | 3/3/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 76951-76952 | Redaction re: requests from defense counsel; reveals strategy | 3/3/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76961-76962 | Redaction re: Kelly Morrissey | 3/11/11; 3/14/11; 3/16/11; 3/17/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76964 | Redaction re: Jacqueline Martarella | 3/21/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76969 | Redaction re: Kelly Morrissey | 3/22/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76971-76972 | Redaction re: Kelly Morrissey | 3/27/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76973 | Redaction re: Jacqueline Martarella | 3/28/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76977-76978 | Redaction re: meeting with defense counsel; reveals strategy | 4/4/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76980 | Redaction re: requests from defense counsel; reveals strategy | 4/6/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 76982 | Redaction re: Jacqueline Martarella | 4/7/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76991 | Redaction re: Jacqueline Martarella | 4/12/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 76993-76994 | Redaction re: Jacqueline Martarella | 4/19/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76997 | Redaction re: Kelly Morrissey | 4/28/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 76998 | Redaction re: requests from defense counsel; reveals strategy | 5/2/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77005 | Redaction re: requests from defense counsel; reveals strategy | 5/24/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77008-77009 | Redaction re: Kelly Morrissey | 5/25/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77009-77010 | Redaction re: Kelly Morrissey | 5/27/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77023 | Redaction re: Kelly Morrissey | 6/9/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77024-77028 | Redaction re: Kelly Morrissey | 6/27/11; 6/28/11; 7/5/11; 7/6/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77032 | Redaction re: requests from defense counsel; reveals strategy | 8/3/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77033-77034 | Redaction re: Kelly Morrissey | 8/4/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77047-77049 | Redaction re: attorney interview of witness; reveals strategy | 10/5/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77050-77065 | Redaction re: attorney interview of witness; reveals strategy | 10/12/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77066-77068 | Redaction re: attorney interview of witness; reveals strategy | 10/27/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77069-77070 | Redaction re: attorney interview of witness; reveals strategy | 11/7/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77071-77081 | Memo prepared by Robert Hillman at the request of Louis Freeman and Nadjia Limani re: witnesses to be called at trial; reveals strategy | Not dated | Detective Robert Hillman | Louis Freeman, Esq. and Nadjia Limani, Esq. | Attorney Work Product; thought processes of defense counsel revealed |
| 77082 | Redaction sixth paragraph re: meeting with defense counsel; reveals strategy | 5/17/10; 5/19/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77083 | Redaction first paragraph re: conversation with DCA Michael Ferguson; reveals strategy | 5/17/10; 5/19/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77083 | Redaction third paragraph re: Jacqueline Martarella and Kelly Morrissey | 5/26/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77084 | Redaction third paragraph re: request from DCA Michael Ferguson; reveals strategy | 6/3/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77086 | Redaction third paragraph re: Kelly Morrissey | 6/22/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77086 | Redaction fifth paragraph re: Kelly Morrissey | 6/24/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77087 | Redaction first paragraph re: Kelly Morrissey | 6/24/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77087 | Redaction third paragraph re: request from DCA Michael Ferguson; reveals strategy | 7/13/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77087 | Redaction fourth paragraph re: Kelly Morrissey | 7/14/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77088 | Redaction first paragraph re: request from DCA Michael Ferguson; reveals strategy | 7/16/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77094 | Redaction third paragraph re: Kelly Morrissey | 9/15/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77095 | Redaction fourth paragraph re: Kelly Morrissey | 10/11/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77096 | Redaction fourth paragraph re: Kelly Morrissey | 10/20/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77097 | Redaction first paragraph re: Jacqueline Martarella | 10/21/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77098 | Redaction in third paragraph re: attorney interview of witness; reveals strategy | 11/5/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77099 | Redaction in fourth paragraph re: Kelly Morrissey | 11/12/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77100 | Redaction of first paragraph re: Kelly Morrissey | 11/12/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77101 | Redaction in first paragraph re: Jacqueline Martarella | 11/19/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77101 | Redaction in third paragraph re: Kelly Morrissey | 11/23/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77102 | Redactions in first paragraph re: Kelly Morrissey | 11/23/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77103 | Redaction re: Kelly Morrissey | 11/24/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77105 | Redaction in third paragraph re: meeting with defense counsel; reveals strategy | 12/6/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77106 | Redaction in first paragraph re: meeting with defense counsel; reveals strategy | 12/6/10 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77107 | Redaction in fourth paragraph re: Kelly Morrissey | 12/13/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77108 | Redaction in third paragraph re: Kelly Morrissey | 12/17/10 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77109 | Redaction in second paragraph re: request for meeting from defense counsel; reveals strategy | 1/4/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77109 | Redaction in fourth paragraph re: Jacqueline Martarella | 1/6/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77110 | Redactions in first and second paragraphs re: Kelly Morrissey | 1/10/11; 1/11/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77111 | Redaction in second through fourth paragraphs re: Jacqueline Martarella | 1/19/11; 1/25/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77112 | Redaction in second paragraph re: Michael Wren | 1/26/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77113 | Redaction in fourth paragraph re: request from DCA Michael Ferguson; reveals strategy | 2/5/11; 2/7/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77113 | Redaction of sixth paragraph re: Kelly Morrissey | 2/1/11; 2/3/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77114 | Redaction of first paragraph re: Kelly Morrissey | 2/7/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77114 | Redaction of second paragraph re: request opinion of DCA Karen Taggart; reveals strategy | 2/7/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77114 | Redaction of third paragraph re: Kelly Morrissey | 2/8/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77115 | Redaction of seventh paragraph re: Kelly Morrissey | 3/1/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77116 | Redaction of first paragraph re: Kelly Morrissey | 3/1/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77116 | Redaction of sixth paragraph re: Kelly Morrissey | 3/3/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77116 | Redaction of seventh paragraph re: request from Nadjia Limani; reveals strategy | 3/3/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77117 | Redaction of first paragraph re: request from Nadjia Limani; reveals strategy | 3/4/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77118 | Redaction of fifth paragraph re: Kelly Morrissey | 3/11/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77119 | Redaction of first paragraph re: Kelly Morrissey | 3/11/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77119 | Redaction of third paragraph re: Kelly Morrissey | 3/17/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77120 | Redaction of third paragraph re: Kelly Morrissey | 3/22/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77121 | Redaction of second and third paragraphs re: Kelly Morrissey and Jacqueline Martarella | 3/27/11; 3/29/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77122 | Redaction in first paragraph re: Jacqueline Martarella | 4/1/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77122 | Redaction in second paragraph re: meeting with defense counsel; reveals strategy | 4/4/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77125 | Redaction in first paragraph re: Jacqueline Martarella | 4/19/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77126 | Redaction of first paragraph re: Kelly Morrissey | 4/28/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77127 | Redaction of second paragraph re: meeting with defense counsel; reveals strategy | 5/19/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77128 | Redaction of third paragraph re: Kelly Morrissey | 5/25/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77128 | Redaction of fifth paragraph re: request from defense counsel; reveals strategy | 5/31/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77132 | Redaction of first and second paragraph re: Kelly Morrissey | 6/27/11; 7/6/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77133 | Redaction of fourth paragraph re: request of defense counsel; reveals strategy | 8/3/11; 8/8/11; 8/10/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77133 | Redaction of fifth paragraph re: Kelly Morrissey | Undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77134 | Redaction of second paragraph re: request of defense counsel; reveals strategy | 8/10/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77135 | Redaction of second paragraph re: Kelly Morrissey | 8/18/11 | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77135 | Redaction of fourth paragraph re: request of defense counsel; reveals strategy | Undated | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77137 | Redaction of fourth paragraph re: interview of witness by attorney; reveals strategy | 10/21/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77138 | Redaction of entire page re: interview of witness by attorney; reveals strategy | 10/21/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77139 | Redaction of paragraphs one and two re: interview of witness by attorney; reveals strategy | 10/21/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77140 | Redaction of entire page re: interview of witness by attorney; reveals strategy | 10/27/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77141 | E-mail re: Florida trip with attorneys; reveals strategy | 9/22/11 | Detective Fred Goldman | John Roden, John Azzata, Robert Hillman and Nadjia Limani | Attorney Work Product; thought processes of defense counsel revealed |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77142-77145 | Excel spreadsheet re: DNA; reveals strategy | Undated | Nadjia Limani, Esq. | File and Robert Hillman | Attorney Work Product; thought processes of defense counsel revealed |
| 77157-77174 | Darius Gonzales file (Kelly Morrissey) | Various dates on file documents; File folder undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77175-77184 | Fax re: Kelly Morrissey containing Ejustice and FBI reports | 7/27/11 | Maryanne Driscoll, Lynbrook PD | NC Missing Person's Squad | Law Enforcement Privilege- Ongoing Open Investigation |
| 77185-77195 | Fax re: Kelly Morrissey containing Ejustice and FBI reports | 7/18/11 | Maryanne Driscoll, Lynbrook PD | NC Missing Person's Squad | Law Enforcement Privilege- Ongoing Open Investigation |
| 77196-77238 | Dana Martin file (Kelly Morrissey) | Various dates on file documents; File folder undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77239-77252 | Fax containing news articles; reveals strategy | 4/1/11; 5/3/11 | Detective Robert Hillman | Nadjia Limani | Law Enforcement Privilege- Ongoing Open Investigation |
| 77253-77256 | Information re: retained expert for Nassau County in above-captioned case; reveals strategy | 3/24/11 | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77257 | Hand-written notes; reveals strategy | Undated | DCA Michael Ferguson | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77260 | Redaction re: Kelly Morrissey | 8/16/11 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77275-77276 | Timeline of Kelly Morrissey's disappearance | Undated | NCPD | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77278-77279 | Investigative Report re: John Kogut; reveals strategy | Undated | Detective Robert Hillman | Louis Freeman and Nadjia Limani | Attorney Work Product; thought processes of defense counsel revealed |
| 77298 | E-mail re: interviews; reveals strategy | 1/12/09 | Detective Michael O'Leary | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77299 | E-mail re: interviews; reveals strategy | 7/3/09 | DCA Christine Sullivan | DCA Liora Ben Sorek and DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77300 | E-mail re: witnesses; reveals strategy | 6/25/09 | DCA Christine Sullivan | Richard Carbone, Investigator NCAO; cc: DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77301 | E-mail re: interviews; reveals strategy | 6/29/09 | DCA Christine Sullivan | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77302 | E-mail re: interviews; reveals strategy | 5/28/09 | DCA Christine Sullivan | Detective Michael O'Leary; cc: DCA Michael Ferguson and DCA Liora Ben Sorek | Attorney Work Product; thought processes of defense counsel revealed |
| 77303 | E-mail re: interviews; reveals strategy | 6/29/09 | DCA Christine Sullivan | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77307 | E-mail re: interviews; reveals strategy | 6/29/09 | DCA Christine Sullivan | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77308 | E-mail re: interviews; reveals strategy | 5/28/09 | DCA Christine Sullivan | Detective Michael O'Leary; cc: DCA Michael Ferguson and DCA Liora Ben Sorek | Attorney Work Product; thought processes of defense counsel revealed |
| 77309 | E-mail re: interviews; reveals strategy | 6/29/09 | DCA Christine Sullivan | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77311 | Memo re: evidence; reveals strategy | 6/8/10 | Detective Robert Hillman | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77316 | E-mail re: Elvin Campbell; reveals strategy | 11/8/10 | DCA Michael Ferguson | Detective Robert Hillman | Attorney Work Product; thought processes of defense counsel revealed |
| 77336 | Redaction re: Kelly Morrissey | 4/20/11 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77339-77340 | News article faxed; reveals strategy | 6/20/11 | Detective Robert Hillman | Nadjia Limani, Esq. | Attorney Work Product; thought processes of defense counsel revealed |
| 77345-77349 | Dennis Dunne File (Kelly Morrissey) | Various dates on file documents; File folder undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77352-77355 | Kogut Investigative Report; reveals strategy | Undated | Detective Robert Hillman | Louis Freeman, Esq. and Nadjia Limani, Esq. | Attorney Work Product; thought processes of defense counsel revealed |
| 77356 | Redaction re: hand-written notes of DCA Michael Ferguson; reveals strategy | Undated | DCA Michael Ferguson | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77359 | Redaction re: Jacqueline Martarella | Undated | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77360 | Redaction re: Kelly Morrissey | Undated | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77361-77363 | Memo re: review of physical evidence; reveals strategy | 12/6/10 | Detective Fred Goldman | Louis Freeman and Nadjia Limani | Attorney Work Product; thought processes of defense counsel revealed |
| 77452 | Redactions re: Kelly Morrissey | 4/7/11 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77453-77454 | E-mail re: Carl Pozzini; reveals strategy | 4/5/11 | Nadjia Limani | Fred Goldman and Robert Hillman | Attorney Work Product; thought processes of defense counsel revealed |
| 77457-77459 | Redactions re: Kelly Morrissey | Undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77461 | Redaction re: Kelly Morrissey | Undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77464 | Redaction re: Jacqueline Martarella | Undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77467-77469 | Redactions re: Kelly Morrissey | Undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77472-77473 | Redactions re: Jacqueline Martarella and Kelly Morrissey | 9/8/10 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77474-77499 | Kenneth Daniels file (Kelly Morrissey) | Various dates on file documents; File folder undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77500 | Redaction re: Kelly Morrissey | Undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77502-77503 | Kelly Morrissey PDCN 262 | 12/26/85 | Detective Alger | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77508-77512 | Redactions re: Kelly Morrissey | 11/29/10 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77513-77519 | Assessment Memo/ Proposed Strategy prepared at the request of DCA Michael Ferguson; reveals strategy | 5/22/10 | Robert Hillman | Office of Chief of Detectives | Attorney Work Product; thought processes of defense counsel revealed |
| 77520-77521 | Interview of John Williams (Kelly Morrissey) | Various dates on file documents; File folder undated | Detective Robert Hillman | File | Law Enforcement Privilege- Ongoing Open Investigation |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77522 | Redaction re: Kelly Morrissey | 4/27/11 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77253 | Redaction re: Kelly Morrissey | Undated | Detective Michael O'Leary | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77526-77545 | Handwriting Report file; reveals strategy | Various dates on file documents; File folder undated | Detective Robert Hillman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77547 | CrimeStoppers entry re: Kelly Morrissey | 8/16/04 | Nassau County Crime Stoppers | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77548-77549 | Redaction re: Kelly Morrissey | 8/16/11 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77550 | Memo re: Monell claims; reveals strategy | 3/16/10 | Elena Dredger, Intern NCAO | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77551 | Memo re: civil case; reveals strategy | 4/6/10 | Elena Dredger, Intern NCAO | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77552 | E-mail re: Kogut, Halstead and Restivo; reveals strategy | 1/12/09 | Detective Michael O'Leary | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77553 | Memo re: civil case; reveals strategy | 4/6/10 | Elena Dredger, Intern NCAO | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77554 | E-mail re: Kogut, Halstead and Restivo; reveals strategy | 1/12/09 | Detective Michael O'Leary | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77555-77558 | Documents re: Detective Goldman's son's baseball camp | | Detective Fred Goldman | Coach Fucarino | Personal documents of Detective Goldman |
| 77559 | E-mail re: interviews; reveals strategy | 5/28/09 | DCA Christine Sullivan | Michael O'Leary; cc: DCA Michael Ferguson and DCA Liora Ben-Sorek | Attorney Work Product; thought processes of defense counsel revealed |
| 77560-77561 | E-mail re: interviews; reveals strategy | 6/29/09 | DCA Christine Sullivan | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77562 | Redaction re: Kelly Morrissey | 1/14/11 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77567-77569 | Memo re: evidence meeting; reveals strategy | 12/6/10 | Detective Fred Goldman | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77571-77572 | Memo re: Monell claims; reveals strategy | 3/16/10 | Elena Dredger, Intern NCAO | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77573-77620 | File containing forms and motions for unsealing criminal files of John Kogut, John Restivo and Dennis Halstead; reveals strategy | Various dates on file documents; File folder undated | Louis Freeman, Esq. | Detective Robert Hillman and Detective Fred Goldman | Attorney Work Product; thought processes of defense counsel revealed |
| 77621 | E-mail re: Kogut, Halstead and Restivo; reveals strategy | 1/12/09 | Detective Michael O'Leary | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77622 | Hand-written notes of DCA Michael Ferguson; reveals strategy | Undated | DCA Michael Ferguson | File | Attorney Work Product; thought processes of defense counsel revealed |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77624-77626 | Complaint Follow-Up Informational Report; reveals strategy | 3/16/09 | Richard Carbone, Investigator NCAO | DCA Christine Sullivan | Attorney Work Product; thought processes of defense counsel revealed |
| 77627 | Redaction re: Jacqueline Martarella | 4/19/11 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77628 | Redaction re: hand-written notes of DCA Michael Ferguson; reveals strategy | Undated | DCA Michael Ferguson | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77629-77640 | Hand-written notes of DCA Michael Ferguson; reveals strategy | 1/28/09; 7/15/09; 7/20/09 | DCA Michael Ferguson | File | Attorney Work Product; thought processes of defense counsel revealed |
| 77642 | Redaction re: Jacqueline Martarella | Undated | Detective Michael O'Leary | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77643-77646 | John Kogut Investigative Report; reveals strategy | Undated | Detective Robert Hillman | Louis Freeman, Esq. | Attorney Work Product; thought processes of defense counsel revealed |
| 77647 | Redaction re: Kelly Morrissey | 7/8/11 | Detective Fred Goldman | File | Law Enforcement Privilege- Ongoing Open Investigation |
| 77651 | E-mail re: meeting; reveals strategy | 11/2/10 | Louis Freeman | Detective Robert Hillman | Attorney Work Product; thought processes of defense counsel revealed |
| 77652 | Note re: MaryAnn Vasquez; reveals strategy | Undated | Detective Robert Hillman | DCA Michael Ferguson and Louis Freeman, Esq. | Attorney Work Product; thought processes of defense counsel revealed |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77653-77655 | Complaint Follow-Up Informational Report; reveals strategy | 3/16/09 | Richard Carbone, Investigator NCAO | DCA Christine Sullivan | Attorney Work Product; thought processes of defense counsel revealed |
| 77656 | E-mail re: interviews; reveals strategy | 6/29/09 | DCA Christine Sullivan | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77657 | E-mail re: interviews; reveals strategy | 5/28/09 | DCA Christine Sullivan | Michael O'Leary; cc: DCA Michael Ferguson and DCA Liora Ben-Sorek | Attorney Work Product; thought processes of defense counsel revealed |
| 77658 | E-mail re: interviews; reveals strategy | 6/29/09 | DCA Christine Sullivan | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77659 | E-mail re: Kogut, Halstead and Restivo; reveals strategy | 1/12/09 | Detective Michael O'Leary | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77660 | Complaint Follow-Up Informational Report; reveals strategy | 3/16/09 | Richard Carbone, Investigator NCAO | DCA Christine Sullivan | Attorney Work Product; thought processes of defense counsel revealed |
| 77661 | E-mail re: Kogut, Halstead and Restivo; reveals strategy | 1/12/09 | Detective Michael O'Leary | DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |
| 77662-77664 | Complaint Follow-Up Informational Report; reveals strategy | 3/16/09 | Richard Carbone, NCAO | DCA Christine Sullivan | Attorney Work Product; thought processes of defense counsel revealed |
| 77665 | E-mail re: interviews; reveals strategy | 6/25/09 | DCA Christine Sullivan | Richard Carbone; cc: DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |

Defendants' Privilege Log 1/27/12
Kogut v. Cty of Nassau, et al.
06 CR 6697 (JS) (WDW)

| Bates Stamp(s) | Document Subject Matter | Date(s) | Author(s) | Recipient(s) | Privilege |
|---|---|---|---|---|---|
| 77666 | E-mail re: witnesses; reveals strategy | 7/3/09 | DCA Christine Sullivan | DCA Liora Ben Sorek and DCA Michael Ferguson | Attorney Work Product; thought processes of defense counsel revealed |