Exhibit
2

# PETER R. DE FOREST, D.CRIM.
## FORENSIC CONSULTANTS
## POST OFFICE BOX 141
## ARDSLEY, NY 10502-0141
### (914) 428-8649
FAX: (914) 949-8871

Criminalistics
Scene Reconstruction
Trace Evidence
Microscopy

March 16, 2012

Paul Casteleiro, Esq.
Attorney at Law
200 Washington Street
Suite 500, 5th Floor
Hoboken, NJ 07030

Re:    Kogut v. Nassau County, et al.
       Hair Evidence
       Case #: f-18111207

Dear Atty. Casteleiro,

Herewith is my report in the above-captioned matter.

• ◆ • ◆ • ◆ •

## REPORT

## MATERIALS REVIEWED

In the preparation of this case I reviewed the following material:

Paul Casteleiro, Esq. / Kogut v. Nassau County, *et al.*              Page 2
Report of Dr. P. R. De Forest                              16/3/12
— — — — — — — — — — — — — — — — — —

(1) Peter R. De Forest testimony at Halstead/Restivo Trial

(2) Peter R. De Forest testimony at Kogut Pretrial Frye Hearing, August I, 2005

(3) Peter R. De Forest testimony at Kogut 2nd Trial, December 16, 2005

(4) Nicholas Petraco testimony at Halstead/Restivo Trial

(5) Nicholas Petraco testimony at Kogut Pretrial Frye Hearing June 30, 2005

(6) Nicholas Petraco testimony at Kogut Pretrial Frye Hearing July 1, 2005)

(7) Nicholas Petraco testimony at Kogut 2nd Trial November 15, 2005

(8) Nicholas Petraco testimony at Kogut 2nd Trial December 1, 2005

(9) Charles Fraas testimony at Halstead/Restivo Trial

(10)   Charles Fraas testimony at Kogut 1st Trial

(11)   Charles Fraas testimony at Kogut 2nd Trial, October 26, 2005

(12)   Charles Fraas Deposition, December 4, 2008

(13)   Alison Claire Domzalski testimony at Kogut Pretrial Frye Hearing, August 4, 2005

(14)   My notes taken during my examinations of the hair evidence

(15)   Photographs of the hairs taken during my examination of the hair evidence

(16)   My examination of post-mortem root banding in other cases and review of articles on the phenomenon of post-mortem root banding.


# QUALIFICATIONS

My CV, including a list of publications I have authored or co-authored, and a list of cases in which I have testified as an expert in depositions, at hearings, or at trial are

— — — — — — — — — — — — — — — — — —

attached as Exhibits A and B. My fee for my work to date under the current case number at my hourly rate of $350 is about $10,000.00.

# INTRODUCTION AND HISTORY

I first examined the hair evidence in this case in 1986, in connection with the criminal trial of Halstead and Restivo. The evidence was brought to my laboratory on October 17th, 1986 by Detectives John King and Charles Fraas of the Nassau County Police Laboratory. When first contacted in this matter I assigned the case number G-43860909. Other case numbers used over the years included P–15950310, W-75021209, Z-39050922, which were assigned in connection with preparation for a post conviction hearing and trial. My current case number is f–18111207, which was assigned in December of 2011. In connection with the post-conviction hearing, I testified in Nassau County on August 1st, 2005. I testified at the trial of Kogut on December 16th, 2005.

# GROSS ANATOMY OF HAIR

Human hairs have three gross anatomical regions across the hair shaft. These are the *cuticle*, the *cortex*, and the *medulla*. In an oversimplified analogy with a common wooden pencil, the cuticle corresponds to the thin layer of paint on the pencil exterior, the cortex corresponds to the wood that makes up the bulk pencil, and the medulla, the canal down the center of the hair shaft, corresponds to the graphite and clay central cylinder or "lead" of the pencil. Again, the analogy is crude, but the proportions are about right. Like the layer of paint on the pencil the cuticle is very thin. It serves as a mechanically and chemically resistant protective sheath for the remainder of the hair shaft. The cuticle is made up of layers of extensively overlapping flattened cells, the free ends of which point towards the distal end or "tip" of the hair. The bulk of the hair, the cortex, is made up of interlocking cortical cells. The central canal, the medulla, may be empty or it may contain various amounts of medullary cells.

# BASIC CHEMISTRY OF HAIR

Chemically, the above anatomical domains of the hair are composed principally of members of a class of proteins known as *keratins*. A common feature of most keratins is their physical toughness and chemical resistance or stability. Examples of materials composed primarily of keratins would include fingernails, claws, animal horns and the armor of armadillos in addition to hair. Because of its chemical and microbial resistance hair can survive for considerable periods of time in the environment. When skeletal remains are found, it is common to find scalp hairs associated with the bones even though all of the soft tissues have decomposed and disappeared.

Paul Casteleiro, Esq. / Kogut v. Nassau County, *et al*.                    Page 4
Report of Dr. P. R. De Forest                    16/3/12
— — — — — — — — — — — — — — — — — —

On the molecular level the physical robustness and chemical stability of the keratins making up the cuticle and cortex of the hair shaft is attributable to the cross-linking of the protein chains comprising the keratins. The cross-linking is in the form of disulphide bonds. This cross-linking by disulphide bonds is the major defining characteristic of keratins. The sulfur containing amino acid *cysteine* has a sulfhydryl (-SH) side group. If two peptide or protein chains containing cysteine amino acids are arranged side-by-side the sulfhydryl groups on one chain can react under conditions of mild oxidation with the sulfhydryl groups on the adjacent protein chain to form disulphide bonds (–S–S–) that bridge the two adjacent protein chains. Viewed somewhat differently, two cysteine amino acids react to form a new amino acid known as *cystine*, which is shared by adjacent protein chains, tying them together. This is repeated several times along the protein chains. Proteins are big molecules containing dozens or hundreds of amino acids strung together and are known as macromolecules. In effect the extensive cross-linking of many of these macromolecules results in what might be thought of as a "mega-molecule" or "super-molecule" that is mechanically tough, as well as being resistant to chemical, biochemical, and microbial degradation. The process of producing keratins from simpler proteins is known as *keratinization*. The cells in which this takes place extensively are said to undergo *cornification*.

## GROWTH PHASES OF HAIR

Hairs are produced by organs in the skin known as *hair follicles*. Deep within the follicle cell division takes place and nascent specialized cells, that are destined to form the different anatomical regions of the hair shaft, synthesize the peptides and proteins that will become the keratins. As more cells form and arrange themselves, the cells that were formed earlier are displaced toward the mouth of the follicle. As the cells move toward the mouth of the follicle the processes of programmed cell death, keratinization and cornification take place, and the cells lose their nuclei and other sub-cellular organelles. The cells cornify and fill with keratin. Well before a given region of the developing hair shaft reaches the surface of the skin, it is fully keratinized. At that point it is no longer living tissue. Human scalp hairs are "extruded" from the follicle at a rate of about a centimeter a month. Follicles can remain active for several years and produce hairs that are up to a meter or more in length, depending on the individual.

The phase is which the follicle is actively producing hair is known as the *anagen* phase of the follicle. Sequentially, the next follicular phase is the *catagen* phase. It is of relatively short duration. It may last a week or two. This is followed by a quiescent or resting phase known as the *telogen* phase. The follicle is no longer producing hair and may remain in this phase for several months. During this time the hair, consisting entirely of dead keratinized tissue, is held in the follicle by an enlarged keratinized bulb at the base of the hair that was formed during the catagen phase.

Case 2:06-cv-06695-JS-SIL   Document 210-2   Filed 05/14/12   Page 6 of 47 PageID #: 3871

Paul Casteleiro, Esq. / Kogut v. Nassau County, *et al*.                    Page 5
Report of Dr. P. R. De Forest                    16/3/12
— — — — — — — — — — — — — — — — — — —

A hair plucked from a hair follicle in the telogen phase and exposed to the environment will be relatively resistant to microbial degradation for its entire length. This is because it is fully keratinized from root to tip. On the other hand, a hair plucked from an anagen follicle will have structurally amorphous and incompletely keratinized tissue on its proximal or root end. This limited degree of keratinization will render this material at the proximal end much more susceptible to microbial degradation than is the case for the remainder of the hair shaft.

At any one time there are very few catagen phase follicles present in the scalp. This is a consequence of the brevity of the catagen phase. With respect to microbial degradation of single hairs taken from catagen phase follicles, those taken from follicles in the early stages of catagen will behave much like hairs from anagen phase follicles – *i.e.*, the material at the extreme proximal end will not be resistant to microbial degradation. Distally, the fully keratinized hair shaft beyond this area will be resistant to microbial degradation. On the other hand, those hairs taken from follicles in the later stages of the short catagen cycle will behave much like those from telogen phase follicles and be resistant to microbial degradation for their entire length..

## THE PHENOMENON OF POST-MORTEM ROOT BANDING.

The term post-mortem root banding was introduced at the 1987 trial in this case and by Petraco, *et al*. in the following journal article:   Petraco, N., Fraas, C., Callery, F.X., and De Forest, P.R., "The Morphology and Forensic Significance of Human Hair Roots," *Journal of Forensic Sciences*, Vol. *33*, No. 1, January 1988, pp. 68-76.

Two of the authors of this paper (myself and Nicholas Petraco) along with some of their colleagues in the trace evidence area of hair microscopy were familiar with post-mortem root banding because they had encountered examples of it in their casework over the course of several years. Petraco and I were also members of an FBI sponsored working group on forensic hair examination known as the *Committee on Forensic Hair Comparison*, which met annually for three years in the mid-1980's. The FBI sponsored an *International Symposium on Forensic Hair Examination* in June of 1985, in connection with a meeting of the working group.

The scope of the symposium is illustrated by a quotation taken from the Foreword to the *Proceedings* authored by then FBI Director, Judge William H. Webster. The quotation is as follows:

> The working group recognized that in order to obtain the newest and best information relating to forensic hair examinations, they would have to gather scientists from industry and academia as well as forensic laboratories at a single forum.

Paul Casteleiro, Esq. / Kogut v. Nassau County, *et al*.          Page 6
Report of Dr. P. R. De Forest                    16/3/12
— — — — — — — — — — — — — — — — — —

The FBI Laboratory in conjunction with this working group hosted an "International Symposium on Forensic Hair Comparisons" at the FBI Academy from June 25-27, 1985. This symposium was attended by 172 scientists from industrial, university and forensic laboratories around the world. Prominent scientists from the United States, Australia, Canada, France, Great Britain, India, Japan, China, Switzerland and West Germany attended lectures on topics such as hair growth, the chemistry and morphology of hair and the comparison of hairs by protein analysis, to name a few. In addition, short oral presentations and poster sessions described techniques for examining hairs.

Other members of the FBI sponsored working group had also encountered the phenomenon of post-mortem root banding in their casework. Some of these scientists had referred to the phenomenon as "putrid root" in our discussions. Petraco and De Forest found this term not to be appropriate and not adequately descriptive and preferred the term post-mortem root banding.

Dr. Sueshige Seta and a member of his research group from the National Research Institute of Police Science in Tokyo made a presentation at this meeting dealing with hair comparisons among a Japanese population in addition to one on the use of an elemental analysis technique applied to hair comparison. A year earlier at the 10th Triennial Meeting of the International Association of Forensic Sciences (IAFS), held at Oxford University, Dr. Seta's group made an oral presentation on the morphology of hair roots taken from decomposing bodies. Three years later at the 11th Triennial Meeting of IAFS, my coauthors and I made four presentations related to the effects of environmental exposure on hair evidence. Three of these were based on graduate student research and one was related to the paper on post-mortem root banding published in the Journal of Forensic Sciences that was cited above. Following this I supervised additional graduate student research on post-mortem root banding some of which resulted in two theses being completed. This research significantly advanced the state of knowledge regarding post-mortem root banding. More work to fully understand the mechanism of the process of band formation remains to be done. However, the knowledge developed to this point allows important questions that arise in forensic casework to be addressed.

Experience and research have shown that classical post-mortem root banding in scalp hairs is only observed in hairs that have been taken from anagen follicles in partially decomposed scalp tissue. When these hairs are examined under the microscope in transmitted light, the band is seen as a generally spindle shaped opaque area near, but not at, the proximal end of the hair (see original trial exhibit photograph EEE). The presence of un-degraded hair shaft material, which is not fully keratinized and relatively amorphous, below the opaque band at the extreme proximal end of the hair is a primary characteristic used to recognize post-mortem

Paul Casteleiro, Esq. / Kogut v. Nassau County, *et al*.                    Page 7
Report of Dr. P. R. De Forest                    16/3/12
— — — — — — — — — — — — — — — — —

root banding. This contrasts sharply with what is observed with the subsequent environmental exposure of hairs plucked from the anagen follicles of living individuals (or from the follicles of recently deceased individuals) where the microbial attack is most successful at the extreme proximal end.

It is interesting to note that the portion of an anagen hair most vulnerable or susceptible to microbial digestion (the least keratinized portion) is protected from microbial attack for a period of time, if it remains within the follicle during the early stages of decomposition of the scalp tissue. It is physically inaccessible during these early stages of scalp decomposition. As decomposition becomes more advanced and the penetration of the scalp by this activity deepens this region up to the vicinity of the mid point of the band eventually succumbs to microbial digestion. Thus, the scalp hairs recovered with skeletonized human remains typically have a "brushy" proximal end.

I have continued to keep abreast of the published research on post-mortem root banding since co-authoring the above-cited paper with Nicholas Petraco and since testifying in the underlying case in 1987. Post-mortem root banding is a recognized phenomenon in the scientific community of forensic hair examiners. I have served as a referee on a paper on post-mortem root banding that was submitted for publication in the journal *Forensic Science International*. A paper on post-mortem root banding was presented by a group of scientists from the FBI Laboratory at the most recent annual meeting of the *American Academy of Forensic Sciences*, which took place in Atlanta last month. The conclusions of the paper were supportive of the conclusions drawn by one of my former graduate students in her thesis research work.

## OBSERVATIONS AND CONCLUSIONS RELATIVE TO THE HAIR EVIDENCE IN THE INVESTIGATION OF THE HOMICIDE OF THERESA FUSCO.

The partially decomposed body of homicide victim Theresa Fusco in a wooded area hidden under a pile of debris nearly a month after she was last seen alive. This was in the late fall, and the weather was relatively cool.

Trace evidence, including hairs, was collected by Nassau County detectives from a van suspected of being used to transport the victim. Questioned or evidence hairs from the front passenger seat area of the van were compared with known scalp hairs taken from the victim at autopsy. The comparison was conducted by Detective Charles Fraas of the Nassau County Police Laboratory. Detective Fraas reported that two of the hairs from the passenger seat area of the van were microscopically similar to the victim's known scalp hair and "could have come from" the victim.

Paul Casteleiro, Esq. / Kogut v. Nassau County, *et al*.                    Page 8
Report of Dr. P. R. De Forest                              16/3/12
— — — — — — — — — — — — — — — — — — —

In early September of 1986, I was retained by Mr. Theodore W. Robinson, the attorney representing Defendant Restivo. Mr. Robinson asked me to re-examine the hairs. As noted earlier in this report, the hair evidence in this case was brought to my laboratory on October 17th, 1986. The relevant hair evidence was already mounted on microscope slides when it was brought to me. Shortly after I began my microscopical examination of the hair evidence, I recognized the presence of post-mortem root banding on two of the hairs ostensibly collected from the passenger seat area of the van (Sample Q8). The other hairs in this sample exhibited evidence of mechanical damage and adherent debris typical of hairs that have remained in an automobile interior for a prolonged period of time. It was clear to me that the two hairs exhibiting post-mortem root banding had come from a decomposing body and had not been in the van interior environment for any period of time even approaching that of the other hairs in the same sample. They appeared out of place. Given my knowledge of the circumstances and context of the case, this was an unexpected finding. Although, I had made only a cursory comparison of the known and questioned hairs at that point, and found the similarities, I questioned the value of continuing with a full-blown comparison. I decided to place a telephone call to Atty. Robinson to advise him of the situation and ask how I should proceed. He was not in the office when I called, but he returned my call. He agreed that it didn't make sense for me to proceed with the comparison.

Ultimately, I was able to study the post-mortem root banding in the known and questioned hairs in more detail than was possible during my initial examination. Not all hairs in the known hair sample from the autopsy of Theresa Fusco exhibited post-mortem root banding. This observation may be due to some areas of the victim's scalp becoming desiccated before decomposition had advanced. Differences in the degrees of desiccation and decomposition in different areas of the scalp could result from differences in the microenvironments around the head area of the victim. Some areas of the scalp may have been in contact with the moist soil or items of vegetation and debris that were placed over the victim to conceal the body from view. What is very clear is that the degree of post-mortem root banding observed and documented in the Q8 hairs is similar to the greatest degree of post-mortem root banding observed among the known hairs taken at autopsy. It is my opinion to a reasonable degree of scientific certainty that the Q8 hairs exhibiting post-mortem root banding came from the sample of known hairs taken at the autopsy of the homicide victim, Theresa Fusco.

On December 13th, 2005, I had the opportunity to examine a hair taken from another of the questioned samples (Q4) by Detective Schiraldi. This hair was not examined by me in 1986. During the 2005 examination of Q4 I concluded that it exhibited post-mortem root banding beyond a reasonable scientific certainty. Because of slight crushing damage in the area of the band in the Q4 hair the examination was made more complicated than was the case with the straightforward examination of the Q8 hairs.

Case 2:06-cv-06695-JS-SIL   Document 210-2   Filed 05/14/12   Page 10 of 47 PageID #: 3875

━━━━━━━━━━━━━━━━━━━━━

• ◆ • ◆ • ◆ •

I reserve the right to amend this report should more information or materials to review become available. My *curriculum vita* has been submitted separately.

I swear under the penalty of perjury that the foregoing is true.

If you should have any questions, please let me know.

Sincerely,

Peter R. De Forest, D.Crim.

# CURRICULUM  VITAE

## Peter  R.  De  Forest

**Birthdate:** August 24, 1941

**Birthplace:** Los Angeles, California

**Family Status:**

**Married:** January 25, 1966 to Carol Etsuko Toriumi
**Daughter:** Ellen Kimiko born December 1, 1973
**Son:** Robert Toriumi born April 10, 1976

## Education:

Graduated from Ventura High School, Ventura, CA, June 1959
A.A. degree (chemistry), Ventura College, January 1962
B.S. (with honors) in criminalistics, University of California, Berkeley, June 1964
D.Crim. in criminalistics, University of California, Berkeley, June 1969

## Experience:

Student Forensic Chemist, Ventura County Sheriff's Crime Laboratory, Ventura, CA, September 1960 to August 1962
Laboratory Aide, Paul L. Kirk and Associates, Berkeley, California, October 1962 to June 1964
Student, Field Study, Richmond (California) Police Department Crime Laboratory, September 1963 to March 1964
Research Assistant, USPH Toxicology Grant, University of California, Berkeley, 1963 to 1967 (summers)
Criminalist-Consultant, Paul L. Kirk and Associates, Berkeley, California, June 1964 to May 1969
Teaching Assistant, Criminalistics, University of California, Berkeley, September 1964 to June 1967
Teaching Fellow, Criminalistics, University of California, Berkeley, September 1967 to June 1968
Scientific Observer, Physical Evidence Study with Berkeley Police Department, (Professor Brian Parker, principal investigator), LEAA Grant NI-020-032, Summer 1969
Faculty Member, Department of Sciences, John Jay College of Criminal Justice, City University of New York, New York, NY
   Assistant Professor of Criminalistics, 9/1/69 – 12/31/73
   Associate Professor of Criminalistics, 1/1/74 – 12/31/79
   Professor of Criminalistics, 1/1/80 – 1/2/08 — Retired

## Doctoral Dissertation:

"Individualization of Human Hair - Pyrolysis-Gas Chromatography", University of California at Berkeley, May 1969.  Director, Dr. Paul L. Kirk, Professor of Criminalistics, Committee Members: Drs. James Cason and Chester O'Konski, Professors of Chemistry.

## Honorary and Professional Society Memberships:

Member of the Upper Division and Graduate Scholastic Honor Students' Society of the University of
    California, Berkeley, January 1963 to June 1965
President of the Upper Division and Graduate Scholastic Honor Students' Society of the University of
    California, Berkeley, June 1964 to June 1965
Corresponding Member of the California Association of Criminalists, from October 1968
Associate Member of The Society of the Sigma Xi (1968-1971)
Fellow of the American Academy of Forensic Sciences
       Chair, Committee to Select Name for Criminalistics Section Award, AAFS, 1986.
       Member, Student Affiliate Chapter Committee of the (AAFS).
       Program Chair, Scientific Program, Criminalistics Section, 2005 AAFS Meeting, New Orleans
       Secretary, Criminalistics Section, American Academy of Forensic Sciences, 2005-2006.
       Chair, Criminalistics Section, American Academy of Forensic Sciences, 2006-2007.
Member of the New York Academy of Sciences
Member of the American Association for the Advancement of Science
Member of the American Society for Testing and Materials (ASTM) Committee E-30 on Forensic
Sciences
Corresponding Secretary of the Criminalistics Subcommittee of the ASTM Committee E-30 on Forensic
    Sciences (1972-1974)
Awarded Honorary Life Membership, Northeastern Association of Forensic Scientists (NEAFS), 1989.
Chairman of the Education Committee NEAFS (1977-1979)
Member of the American Chemical Society
Member of the New York Microscopical Society (NYMS) and
    Board of Managers of NYMS / Recording Secretary (1986-89), Vice President (1989-90)
Member of the Canadian Society of Forensic Science
Member, Committee on Forensic Hair Comparison, (under auspices of the FBI Forensic Science Research
    and Training Center and The International Association of Microscopy) (1985-1986).
Charter Member New York Society of Forensic Sciences (NYSFS), Secretary NYSFS from 1986 to 1996.
Chairman, Council on Forensic Science Education, 1991-1992
Sustaining Life Member of the International Association for Identification (IAI), from 1994.
Academic Affiliate, American Society of Crime Laboratory Directors, from 1997.
Member, International Association of Chiefs of Police (IACP) from 2003.


## Honors and Advisory Committee Memberships:

Listed in American Men of Science, from 12th Edition
Listed in Who's Who in the East, from 15th Edition
Member, Criminal Justice Advisory Council, University of New Haven, September 1976 to 1979.
Member, New York State Crime Laboratory Advisory Committee, from October 1977
Member, Forensic Microscopy Workshop Steering Committee, Forensic Sciences Foundation, Rockville,
    MD, from June 1978
Member, Forensic Sciences Education Guidelines Committee, Forensic Sciences Foundation, Rockville,
    MD, September 1979
Commendation, Greenburgh (New York) Police Department, June 1978
Honorary Life Member Award, Northeastern Association of Forensic Scientists (NEAFS), October 20,
    1989.
Member, Editorial Board, *Crime Laboratory Digest*  (ceased publication in 1998)
Member, Editorial Board, *Journal of Forensic Sciences* (to end of term in 2003)
Chairman, Examination Committee, American Board of Criminalistics from 1990 to 2001
Chairman, Examination Committee, Crime Scene Certification Board, New York Division of the
International Association for Identification from 1999 to 2003.

Recipient of the Paul L. Kirk Award of the Criminalistics Section of the American Academy of Forensic Sciences, 1999.

Member, Scientific Working Group on Materials Analysis (SWGMAT) sponsored by the FBI.

Member, Technical Working Group on Education and Training in Forensic Science (TWG-ED) funded by the National Institute of Justice (NIJ) (2000-2003).

Member of *Committee on Scientific Assessment of Bullet Lead Elemental Composition Comparison* of the National Research Council, National Academy of Sciences from February 2003 to February 2004.

Commissioner, Forensic Education Program Accreditation Commission/ (FEPAC) sponsored by the American Academy of Forensic Sciences (AAFS) (Inception through end of term Feb. 2006).

Member, *Forensics Committee* of the International Association of Chiefs of Police (IACP) term ending Fall 2007.

Member Advisory Committee for New York City Police Department Laboratory 2004.

## Certificates and Licenses Held and Special Short Courses and Workshops Taken:

X-ray Analytical Instrumentation, 55th Norelco X-ray Analytical School, San Francisco, CA, September 12-16, 1966

Kodak Law Enforcement Photography Seminar, San Francisco, CA, February 17, 1967

Glass Capillary Gas Chromatography, Hewlett-Packard Company, Paramus, NJ, April 20-21, 1978

Bloodstain Workshop, Northeastern Association of Forensic Scientists (NEAFS), St. John's University, March 31, 1979

Advanced Microscopy/Soils, McCrone Research Institute, sponsored by LEAA/NILECJ, Chicago, IL, April 15-20, 1979

Certificate of Competency in General Criminalistics, California Association of Criminalists, 1989 (Certificate #99).

Certified Senior Crime Scene Analyst, International Association for Identification, 1990-2003.

Diplomate of the American Board of Criminalistics, 1992 (Certificate # 005).

Federal Firearms License # 6-13-119-01-3M-33535

State of New York, Dealer in Firearms (License #103794F)

State of New York, Gunsmith (License # 103795G)

## Teaching:

### Courses Taught at John Jay

#### Undergraduate

Forensic Science 108, Concepts of Forensic Science
Forensic Science 213, Survey of Criminalistics
Forensic Science 315-316 and 415-416 Forensic Science Laboratory
Forensic Science 401, Laboratory Internship
Chemistry 310, Scientific Arson Investigation

#### Graduate

Forensic Science 710-711, Advanced Criminalistics I and II
Forensic Science 723, Analytical Toxicology
Forensic Science 790, Crime Scene Reconstruction for the Laboratory Scientist (Fall Semesters 1982, 90, 92, 95, 98) and Spring 2001.
Forensic Science 791, Thesis Seminar
Forensic Science 792-793, Lab Research Tutorial I and II
Criminal Justice U715, Science and Justice, Ph.D. Seminar

Curriculum Vitae / Peter R. De Forest / Undergoing Update 2008     Page 4

**Off-Campus Teaching**

Presented three lectures "Forensic Microscopy" at Northeastern University, Boston, MA, February-March, 1976.

Lectured in "Crime Scene Investigation Seminar" sponsored by the Criminal Justice Center, John Jay College, New York, NY, June 1976.

Lectured and took part in panel discussion in "Arson - A Five Day Seminar," sponsored by The Criminal Justice Center and the Pinkerton Foundation, New York, NY, January 31-February 4, 1977.

Co-Taught and helped organize "Forensic Microscopy," sponsored by the Northeastern Association of Forensic Scientists, University of Connecticut, Storrs, CT, June 18-24, 1977.

Lectured and helped organize a serological evidence seminar for the Morris County Detectives Association in cooperation with the North Regional Laboratory, New Jersey State Police, November 21-23, 1977.

Lectured in "Arson Seminar," New Haven Fire Department, New Haven, CT, November, 1977.

Lectured and helped organize "Introduction to Forensic Microscopy," sponsored by the Northeastern Association of Forensic Scientists, University of Connecticut, Storrs, CT, August 20-25, 1978.

Lectured and helped organize "Basic Bloodstain Workshop," sponsored by the Northeastern Association of Forensic Scientists, University of New Haven, West Haven, CT, October 8-13, 1978.

Presented one day lectures in the "Scientific Investigation of Crime" seminar at the Southern Police Institute, University of Louisville, KY, December 7, 1978 and December 7, 1979.

Lectured in "Advanced Arson Seminar", Connecticut Police Academy, Meriden, CT, June 12-14, 1979.

Organized and lectured in a workshop entitled "Bloodstain Pattern Interpretation," sponsored by the Northeastern Association of Forensic Scientists, John Jay College, CUNY, New York, NY, January 25, 1985.

Lectured and helped organize "Polarized Light and Chemical Microscopy," sponsored by the Northeastern Association of Forensic Scientists, St. John's University, Queens, NY, April 8-11, 1985.

Lectured and helped organize, "Forensic Science -- A Workshop for High School Chemistry Teachers," Sacred Heart University, Bridgeport, CT, April 26, 1985.

Lectured in "Bloodstain Evidence Seminar," sponsored by the Connecticut State Police and the Municipal Police Training Council, Police Academy, Meriden, CT, May 28-31, 1985.

Lectured and helped organize, "Modern Forensic Science -- Theory and Practice," a series of lectures given at People's University, Beijing, China, August 6 - 20, 1985, sponsored by the Government of the Peoples Republic of China.

Presented a lecture entitled, "Bloodstain Pattern Interpretation and Crime Scene Reconstruction", for Office of the District Attorney, Erie County, Buffalo, NY, February 1, 1986.

Presented a lecture entitled, "Crime Scene Investigation and Documentation", lecture for students at Municipal Police Training Council (MPTC) Headquarters, Meriden, CT, February 26, 1986.

Organized and lectured in, "Bloodstain Pattern Interpretation", a course for the staff of the Forensic Science Laboratory, Suffolk County, Hauppauge, NY, May 16-17, 1986.

Presented plenary lecture, "The Crime Scene and the Criminalistics Laboratory", to investigators from police departments in New York State at the 4th Annual Statewide Special Programs Conference (MOPP, SWEEP, HALT) sponsored by DCJS, Albany, NY, June 6, 1986.

Presented lectures, "Bloodstain Patterns and Crime Scene Reconstruction", to two groups of crime scene personnel, Bureau of Criminal Identification (BCI), New York State Police, State Police Academy, State Campus, Albany, NY, October 20, November 3, 1986.

Presented a lecture, "The Role of Chemistry in the Forensic Individualization of Physical Evidence," undergraduate chemistry seminar, Pace University, Pleasantville, NY, March 11, 1987.

Presented a lecture, "Crime Scene Investigation and Documentation", for students at Municipal Police Training Council (MPTC) Headquarters, Meriden, CT, March 18, 1987.

Organized and lectured in a course entitled "Crime Scene Reconstruction," sponsored by the Florida Department of Law Enforcement, Tallahassee, FL, September 30 thru October 1, 1987.

Case 2:06-cv-06695-JS-SIL   Document 210-2   Filed 05/14/12   Page 15 of 47 PageID #: 3880

Lectured in "Scientific Sleuthing -- A Program for Teachers," a workshop for high school teachers sponsored by the New York Section of the American Chemical Society, New York, NY, November 14, 1987.

Presented Eighth Annual Sweeny Lecture, Department of Chemistry, Lehman College/ CUNY, December 4, 1987.

Presented a lecture entitled "Crime Scene Reconstruction," for the Crime Scene Unit, New York City Police Department, February 3, 1988.

Presented two lectures in "Forensic Evidence," a Course for Public Defenders, Mississippi Judicial College, Medical Center, Univ. of Mississippi, Jackson, MS, March 17, 1988.

Presented a lecture, "Forensic Chemistry," Department of Chemistry/Physics, Sacred Heart University, Fairfield, CT, April 5, 1988.

Speaker, Doctoral Colloquium Series, Ph.D. Program in Criminal Justice, City University of New York, May 9, 1988.

Presented lectures on Forensic Science, Hair and Fiber Evidence, to investigators and attorneys of the Public Defender's Office, Department of the Public Advocate, Trenton, NJ, May 18, 1988.

Speaker, Meeting of Forensic Science Educators, New York, May 21, 1988.

Presented three lectures entitled "Scientific Investigation of the Crime Scene," at Nassau Science Explorations, Hofstra University, May 24, 1988.

Presented lectures entitled "Crime Scene Reconstruction" and "Documentation," for the Crime Scene Unit, New York City Police Department, June 7, 1988.

Faculty Member, session on "New and Evolving Issues Involving Expert Witnesses," Judicial Seminar, Rochester, NY, July 13, 14, 20, 21, 1988, sponsored by Office of Court Administration, New York State Unified Court System.

Presented lecture entitled "Trace Evidence and Crime Scene Reconstruction," Fiftieth Summer Conference of the New England Association of Chemistry Teachers, Hotchkiss School, Lakeville, CT, August 17, 1988.

Lectured, "Crime Scene Reconstruction Workshop," Fourteenth Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 20 - 21, 1988.

Presented lectures on crime scene reconstruction at the 99th Eastern Armed Robbery Conference hosted by the Maryland State Police, Timonium, MD, November 17, 1988.

Presented lecture on forensic science to the Western Connecticut Section of the American Chemical Society, Stamford, CT, January 17, 1989.

Presented lectures entitled "Crime Scene Reconstruction" and "Documentation," for the Crime Scene Unit, New York City Police Department, January 30, 1989.

Presented lecture entitled "Science at the Crime Scene," at the National Convention and Seminar of the National Association of Legal Investigators, Philadelphia, PA, July 14, 1989.

Presented a lecture entitled, "Crime Scene Reconstruction, Evidence Recognition, and Scene Documentation, for The Bergen County Prosecutor's Office, Police Academy, Mahwah, NJ, October 31, 1989.

Presented a lecture entitled "Crime Scene Reconstruction and Physical Evidence Interpretation," for the Public Defender's Office, Department of the Public Advocate, State of New Jersey, Trenton, NJ, November 13, 1989.

Lectured in "Forensic Hair Symposium," sponsored by the Northeastern Association of Forensic Scientists, New York, NY, November 17-18, 1989.

Presented a lecture entitled, "Forensic Science," for Department of Chemistry, Fordham University, Bronx, NY, November 28, 1989.

Presented a lecture entitled, "Forensic Chemistry," for Math-Science Cluster/ Bronx-Manhattan Conference/ Lehman High School, Bronx, NY, March 21, 1990.

Presented a lecture entitled, "Forensic Chemistry," Meeting of Connecticut Science Teachers, Sacred Heart University, Fairfield, CT, May 2, 1990.

Presented module entitled, "Trajectory Reconstructions, " in Crime Scene Reconstruction Workshop sponsored by the American Academy of Forensic Sciences, Anaheim, CA, February 19, 1991.

De Forest, P.R., "Forensic Sciences", presented at Career Days, New York Hall of Science, Flushing, NY, April 28, 1992.

De Forest, P.R., "Forensic Science and Crime Scene Reconstruction", presented at Death Scene Investigation Seminar, Vermont State's Attorneys Conference, Vermont Technical College, Randolph, VT, June 4, 1992.

De Forest, P.R., "Crime Scene Reconstruction", presented at Training Seminar, Criminal Defense Division of Legal Aid Society, Fordham University, New York, NY, June 9, 1992.

De Forest, P.R., "Reconstruction: The Scene and the Courtroom", presented at 1992/93 Seminar Series, Effective Use of Experts in Civil Trials, Connecticut Trial Lawyers Association,  Cromwell, CT, November 21, 1992.

De Forest, P.R., organized and lectured in, "Evidence Recognition and Crime Scene Reconstruction," for the Scientific Investigation Bureau, Nassau County Police Department, March 16, 23, 30, 1993.

De Forest, P.R., presented one day lecture, "Crime Scene Reconstruction," at Crime Scene Investigator's Course, conducted by The Detective Bureau, New York City Police Department, Fort Schyler, September 28, 1993.

De Forest, P.R., presented welcoming lecture, "A Historical Perspective of the Northeastern Association of Forensic Scientists," at the Twentieth Annual Meeting of Northeastern Association of Forensic Scientists, New York, NY, October 14, 1994.

De Forest, P.R., "Trajectory Reconstructions", in Crime Scene Workshop at the 21st Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 25-28, 1995.

De Forest, P.R., lectured at the National Training Centre for Scientific Support to Investigations, Harperley Hall, Crook, England, UK, November, 1997.

De Forest, P.R., "Crime Scene Examination -- A Cognitive Approach", presented at the Third International Seminar on Advancing the Scientific Investigation of Crime, Durham, England, UK, July 11th-23rd, 1999.

De Forest, P.R., Advanced Crime Scene Reconstruction Workshop: "Glass Evidence" and "Bloodstain Pattern Evidence," Presented at the 25th Annual Meeting of NEAFS, Hyannis, MA, October 13-16, 1999.

De Forest, P.R., "Shooting Reconstructions and the Totality of the Physical Evidence", Reconstruction of Shooting Crime Scenes Workshop, presented at the 29th Annual Meeting of the Northeastern Association of Forensic Scientists, Pittsfield, MA, November 5-8, 2003.

De Forest, P.R., "Shooting Reconstructions and Trace Evidence", Reconstruction of Shooting Crime Scenes Workshop, presented at the 30th Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, September 29, 2004.

De Forest, P.R., "Trace Evidence", presented in a Trace Evidence Workshop at the 104th Semi-Annual Seminar, California Association of Criminalists, Ventura, CA, October 26, 2004.

De Forest, P.R., "Shooting Reconstructions and Trace Evidence", Reconstruction of Shooting Crime Scenes Workshop, presented at the 31st Annual Meeting of the Northeastern Association of Forensic Scientists, Newport, RI, November , 2005.

De Forest, P.R., "Forensic Science (Criminalistics) is 'Rocket Science'," Keynote Address, Bay Path College, March 7, 2006

De Forest, P.R., "Police Involved Shootings -- Forensic Science Early," presented at the
Mid-Year Meeting of the Forensics Committee of the IACP
Tampa, FL, March 10th, 2006.

## College and University Appointments:

Coordinator for the Master of Science in Forensic Science Program, (from 1970)
Member of Doctoral Faculty, City University of New York, for Program in Criminal Justice
Member, Executive Committee for Ph.D. Program in Criminal Justice (from inception/ one interruption)
Past Member, Admissions Committee for Ph.D. Program in Criminal Justice
Past Member, Faculty Membership and Financial Aid Committees for CJ Ph.D.
Acting Graduate Dean, Spring 1989 Semester
Visiting Professor, Forensic Science Unit, Univ. Strathclyde, Glasgow, Scotland, October 7-18, 1991.
Visiting Professor, Forensic Science Unit, Univ. Strathclyde, Glasgow, Scotland, October 19-28, 1992.

Visiting Professor, Forensic Science Unit, Univ. Strathclyde, Glasgow, Scotland, October 16-28, 1994.
Exchange Professor, National Crime Faculty, Police Staff College, Bramshill, Hampshire, England, UK, September to December, 1997.

## Publications:

### Books and Chapters

De Forest, P.R., "Foundations of Forensic Microscopy," Chapter 9 in *Forensic Science Handbook*, Saferstein, R., ed., Prentice-Hall, Englewood Cliffs, NJ, 1981, pp. 416-528.

De Forest, P.R., Gaensslen, R.E., Lee, H.C., *Forensic Science--An Introduction to Criminalistics*, McGraw-Hill, New York, 1983, 463 pages.

Lee, H.C. and De Forest, P.R., "Forensic Hair Examination," Chapter 37A in *Forensic Science*, Cyril Wecht, Ed., Matthew Bender, New York, 1984, pp. 37A-1 thru 37A-46.

De Forest, P.R., Petraco, N., and Kobilinsky, L., "Chemistry and the Challenge of Crime," Chapter 5 in *Chemistry and Crime -- from Sherlock Holmes to Today's Courtroom*, S.M. Gerber, ed., ACS Symposium Series, American Chemical Society, Washington, 1983, pp. 45-63.

De Forest, P.R., Tebbet, I.R., and Larsen, A.K., "Pyrolysis Gas Chromatography in Forensic Science," Chapter 6 in *Gas Chromatography in Forensic Science*, I Tebbett, ed., Ellis Horwood, London, 1992, pp. 165-185.

Petraco, N. and De Forest, P.R., "A Guide to the Analysis of Forensic Dust Specimens," Chapter 2 in *Forensic Science Handbook, Vol. III*, Saferstein, R., ed., Prentice-Hall, Englewood Cliffs, NJ, 1993, pp. 24-70.

Nelson, D.C. and De Forest, P.R., "Forensic Examination of Hairs for Cosmetic Treatment," Chapter 6 in *Forensic Examination of Hair*, J. Robertson, ed., Taylor and Francis, London, 1999, pp. 229-242.

De Forest, P.R., "What is Trace Evidence?," Chapter 1 in *Forensic Examination of Glass and Paint*, B. Caddy, ed., Taylor and Francis, London, 2001, pp. 1-25.

De Forest, P.R., "Crime Scene Investigation", in *Encyclopedia of Law Enforcement*, L. Sullivan, ed., Sage Publications, Thousand Oaks, CA, 2005, pp. 111-116.

### Articles in Refereed Journals

Ojena, S.M. and De Forest, P.R., "Precise Refractive Index Determinations by the Immersion Method, Using Phase Contrast Microscopy and the Mettler Hot Stage," *Journal of the Forensic Science Society, 12*, (1972), pp. 315-329.

Ojena, S.M. and De Forest, P.R., "A Study of Refractive Index Variations Within and Between Sealed-Beam Headlights Using a Precise Method," *Journal of Forensic Sciences, 17*, (1972), pp.409-425.

De Forest, P.R. and Berger, S.A., "The Forensic Chemist and Environmental Pollution," *The Criminologist, 7*, No. 26, Autumn, (1972), pp. 37-44.

De Forest, P.R., and Kirk, P.L., "Forensic Individualization of Hair," *The Criminologist, 8*, No, 27, Winter, (1973), pp. 35-45.

De Forest, P.R., "The Potential of Pyrolysis-Gas Chromatography for the Pattern Individualization of Macromolecular Materials," *Journal of Forensic Sciences, 19*, (1974), pp. 113-120.

De Forest, P.R., Morton, C.V., and Henderson, R.A., "Microscopic Morphology of Marijuana Ash," *Journal of Forensic Sciences, 19*, (1974), pp. 372-378.

Berger, S.A. and De Forest, P.R., "A Simple Self-Contained Delivery-Absorption Cell System for Microphotometric Titrations," *Mikrochimica Acta* (Wein), (1974), pp. 689-696.

Lee, H.C. and De Forest, P.R., "A Precipitin-Inhibition Test on Denatured Bloodstains for the Determination of Human Origin," *Journal of Forensic Sciences, 21*, (1976), pp. 804-810.

Peterson, J.L., and De Forest, P.R., "The Status of Forensic Science Degree Programs in the United States," *Journal of Forensic Sciences, 22*, (1977), pp. 17-33.

Canfield, D.V. and De Forest, P.R., "The Use of the Gandolfi Camera as a Screening and Confirmation Tool in the Analysis of Explosive Residues," *Journal of Forensic Sciences*, **22**, (1977), pp. 337-347.

Chao, J.M., Loscalzo, P.J., and De Forest, P.R., "Detection of Gasoline Vapor from Different Surfaces after Various Periods of Combustion and Collection Delay," *Arson Analysis Newsletter, 1*, No. 6, (1977), pp. 4-8.

Lee, H.C. and De Forest, P.R., "Identification of Blood by Anti-Human Hemoglobin Serum," *Police Science*, (Taiwan, ROC),**9**, No. 34, (1979), pp. 110-114.

Loscalzo, P.J., De Forest, P.R., and Chao, J.M., "A Study to Determine the Detectability of Gasoline Vapor from Simulated Arson Residues," *Journal of Forensic Sciences*, **25**, (1980), pp. 162-167.

Petraco, N., De Forest,P.R., and Harris, H.A., "A New Approach to the Microscopical Examination and Comparison of Synthetic Fibers Encountered in Forensic Cases," *Journal of Forensic Sciences*, **25**, 1980, pp. 571-582.

Sottolano, S.M. and De Forest, P.R., "An Improved Technique for the Preparation of Teichmann and Takayama Blood Crystals," *Microscope*, **28**, 1980, pp. 41-46.

Resua, R., De Forest, P.R., and Harris, H.A., "The Evaluation and Selection of Uncorrelated Paired Solvent Systems for use in the Comparison of Textile Dyes by Thin Layer Chromatography", *Journal of Forensic Sciences*, **26**, 1981, pp. 515-534.

Rothchild, R. and De Forest, P.R., "Simple Device for On-Column Cryofocusing in Capillary Column Gas Chromatography," *Journal of Chromatographic Communications*, **1**, 1982, p. 321

De Forest, P.R. and Rothchild, R., "Construction of a Syringe Needle Guide and Septum Purge Adapter for GC", *Journal of Chromatographic Science*, **21**, 1983, pp. 94-96.

Choudhry, M.Y., Kingston, C.R., Kobilinsky, L. and De Forest, P.R., "Individual Characteristics of Chemically Modified Human Hairs Revealed by Scanning Electron Microscopy", *Journal of Forensic Sciences*, Vol. **28**, 1983, pp. 293-306.

Taylor, J.V., DiBennerdo, R., Linares, G.H., Goldman, A.D., and De Forest, P.R., "Metropolitan Forensic Anthropology Team (MFAT) Case Studies in Identification: Race and Sex Assessment by Discriminant Function Analysis of the Postcranial Skeleton, " *Journal of Forensic Sciences*, Vol. **29**, 1984, pp. 1253-1259.

Pizzola, P.A., Roth, S., and De Forest, P.R., "Blood Droplet Dynamics - I.", *Journal of Forensic Sciences*, Vol. **31**, 1986, pp. 36-49.

Pizzola, P.A., Roth, S., and De Forest, P.R., "Blood Droplet Dynamics - II.", *Journal of Forensic Sciences*, Vol. **31**, 1986, pp. 50-64.

Zugibe, F.T., Taylor, J., Weg, N., DiBennerdo, R., Costello, J.T., and De Forest, P.R., "Metropolitan Forensic Anthropology Team (MFAT) - Case Studies in Identification: 3. Identification of John J. Sullivan, the Missing Journalist", *Journal of Forensic Sciences*, Vol. **31**, 1986, pp. 221-231.

De Forest, P.R., Shankles, B., Sacher, R.L., and Petraco, N., "Meltmount 1.539 as a Mounting Medium for Hair," *The Microscope*, Vol. **35**, No. 3, 1987, pp. 249-259.

De Forest, P.R., Ryan, S., and Petraco, N., "Meltmount Stick Mounting Medium," *The Microscope*, Vol. **35**, No. 3, 1987, pp. 261-265.

Petraco, N., Fraas, C., Callery, F.X., and De Forest, P.R., "The Morphology and Forensic Significance of Human Hair Roots," *Journal of Forensic Sciences*, Vol. **33**, No. 1, January 1988, pp. 68-76.

De Forest, P.R., Myers, C., and Rothchild, R., "Safety Hazards Posed by Ceramic-Top Hotplates," *Journal of Chemical Education*, Vol. **65**, No. 8, August, 1988, pp. 722-723.

McNally, L, Shaler, R.C., Giusti, A., Baird, M., Balazs, I., De Forest, P.R., and Kobilinsky. L., "Evaluation of Deoxyribonucleic Acid (DNA) Isolated from Human Bloodstains Exposed to Ultraviolet Light, Heat, Humidity, and Soil," *Journal of Forensic Sciences*, Vol. **34**, No. 5, September 1989, pp. 1059-1069.

McNally, L, Shaler, R.C., Giusti, A., Baird, M., Balazs, I, Kobilinsky. L., and De Forest, P.R., "The Effects of Environment and Substrata on Deoxyribonucleic Acid (DNA): The Use of Casework Samples from New York City," *Journal of Forensic Sciences*, Vol. **34**, No. 5, September 1989, pp. 1070-1077.

Butler, D.J., De Forest, P.R., and Kobilinsky. L., "The Use of Isoelectric Focusing to Identify Rhinoceros Keratins," *Journal of Forensic Sciences*, Vol. **35**, No. 2, March 1990, pp. 336-344.

Petraco, N. and De Forest, P.R., "Trajectory Reconstructions I. -- Trace Evidence in Flight," *Journal of Forensic Sciences.*, Vol. **35**, No. 6, November 1990, pp. 1284-1296.

Bieschke, E.T.,Wallace, M.M., De Forest, P.R., Shaler, R.C., and Prinz, M., "Characterization of a Novel Dimorphism in the 5′ Flanking Region of the Short Tandem Repeat Locus (STR) Locus, c-fes/fps (FES)," *Journal of Forensic Sciences*, Vol. **48**, No. 1, January 2003, pp. 80-82.

Gillis, T.D.,Kubic, T.A., and De Forest, P.R., "An Alternative Method to Screen for Pepper Spray Residue," *Journal of Forensic Sciences*, Vol. **48**, No. 1, January 2003, pp.111-115.

Swiatko, J., De Forest, P.R., and Zedeck, M., "Further Studies on Spot Test and Microcrystal Tests for the Identification of Cocaine," *Journal of Forensic Sciences*, Vol. **48**, No. 3, May 2003, pp. 581-585.

De Forest, P.R., Martir, K. and Pizzola, P., "Gunshot Residue Particle Velocity and Deceleration," *Journal of Forensic Sciences*, Vol. **49**, No. 6, November 2004, pp. 1237-1243.

Kolowski, J., Petraco, N., Wallace, M., De Forest, P.R., and Prinz, M., "A Comparison of Hair Examination Methodologies," *Journal of Forensic Sciences*, Vol. **49**, No. 6, November 2004, pp. 1253-1255.

Diaczuk, P.J. and De Forest, P.R., "Determination of Entry vs. Exit Bullet Holes in Garments Using Light Microscopy," *The Microscope*, Vol. **53**, No. 3, 2005,p.138,

### Published Abstracts, Lectures, Reviews, and Letters

Sheehan, F.X., Kingston, C.R., Petraco, N., and De Forest, P.R., "A Computerized Human Head Hair Database -- A Preliminary Report," *Proceedings of the Section on the Characterization of Human Hair, 10th Triennial Meeting of the International Association of Forensic Sciences*, Oxford, England, September 18-25, 1984.

De Forest, P.R., "Pattern Evidence", *Proceedings of the Chinese-American Police Conference*, Taipei, Taiwan, March 10-13, 1986.

De Forest, P.R., "Bloodstain Pattern Reconstruction", *Proceedings of the Chinese-American Police Conference*, Taipei, Taiwan, March 10-13, 1986.

De Forest, P.R., "Funding for Criminalistics," letter to the editor, *Chemical and Engineering News*, Oct. 13, 1986, p. 2.

De Forest, P.R. and Rothchild, R., "Fiber Analysis Using Heated Hydrogen Peroxide," letter to the editor, *Chemical and Engineering News*, August 3, 1987, p. 2.

De Forest, P.R.,  "Microchemical Crystal Tests," letter to the editor, *The Microscope*, Vol. **36**, No. 3 and 4, 1988, pp. 373-377.

De Forest, P.R. and Haag, L.C., "Trajectory Reconstructions at Crime Scenes Using Low-Power Lasers and Positioning Stages," *Proceedings of the International Symposium on the Forensic Aspects of Mass Disasters and Crime Scene Reconstruction -- FBI Academy, Quantico, June 1990*, USGPO, pp. 275-76.

De Forest, P.R., "Trace Evidence: A Holistic View and Approach," *Proceedings of the International Symposium on the Forensic Aspects of Trace Evidence -- FBI Academy, Quantico, June 1991*, USGPO, pp. 9-15.

De Forest, P.R., review of: Eckert, W.G. and James, S.H., *Interpretation of Bloodstain Evidence at Crime Scenes*, Elsevier, New York, 1989, *Journal of Forensic Sciences.*, Vol. **35**, No. 6, November 1990, pp. 1491-1495.

De Forest, P.R., review of: McDonald, P., *Tire Imprint Evidence*, Elsevier, New York, 1989, *Journal of Forensic Sciences.*, Vol. **37** No. 2, March 1992, pp. 663-667.

De Forest, P.R., "Certification of Criminalists", letter to the editor, *Journal of Forensic Sciences.*, Vol. **38**, No. 5, September 1993, p. 1017.

Nelson, D.C., Roberts, K.A., Pizzola, P.A., and De Forest, P.R., "Gunshot Residue Pattern Transfer Efficiency", abstract in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **1**, February1995, p. 46.

Bynum, K., Roberts, K.A., Pizzola, P.A., and De Forest, P.R., "Trace Metal Detection", abstract in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **1**, February1995, p. 47.

Roberts, K.A., Martir, K., Pizzola, P.A., and De Forest, P.R., "Formation of Gunshot Residue", abstract in *Proceedings of the American Academy of Forensic Sciences*., Vol. *1*, February1995, p. 47.

Boggiano, D., De Forest, P.R., and Sheehan, F.X., "CAD Programs: A Tool for Crime Scene Processing and Crime Scene Reconstruction", *Proceedings of the International Society for Optical Engineering (SPIE) – Forensic Evidence Analysis and Crime Scene Investigation*, Hicks, J., De Forest, P.R., and Baylor, V.M., eds., Vol 2941, November 20-21, 1996 pp. 52-55.

De Forest, P.R., "Ethics in the Practice of Criminalistics – Beyond the Proscriptive", abstract B10 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *3*, February1997, p. 12.

Perlee, L.M., Shaler, R.C., and De Forest, P.R., "A View of the Broader Implications of the Introduction of DNA Technology in the Forensic Science Laboratory", abstract B22 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *3*, February1997, p. 18.

Chisum, W.J., Pizzola, P.A., and De Forest, P.R., "Scientific Expertise and the Crime Scene", abstract B69 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *3*, February1997, p. 37.

De Forest, P.R., "The Potential for Microscopic Physical Matches in Casework", abstract B70 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *3*, February1997, p. 38.

Morton, C.V., Bynum, K., and De Forest, P.R., "Computer Animation and Crime Scene Reconstruction", , abstract B77 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *3*, February1997, p. 41.

Buscaglia, J.A., Aitken, C.G.G., Brown, K., De Forest, P.R. , and Kubic, T.A., "The Discrimination of Window Glass Fragments by Energy Dispersive X-Ray Fluorescence Spectroscopy", abstract B80 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *3*, February1997, p. 42.

Sargeant, M.A., De Forest, P.R., Pizzola, P.A., Meinken, T., and Krivosta, G.G., "Detection and Interpretation of Gunshot Residue on the Hands of Shooters", abstract B89 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *3*, February1997, p. 47.

Pizzola, P.A. and De Forest, P.R., "A Recommended Protocol for Carrying out Gunshot Discharge Residue Testing on Garments", abstract B90 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *3*, February1997, p. 47.

De Forest, P.R., "Re: 'Memories of Elliott Hensel, A Pragmatic Criminalist, ' Guest Editorial, JFI 47(4)", letter to the editor, *Journal of Forensic Identification*, Vol. *47*, No. 6, 1997.

De Forest, P.R., "What is Trace Evidence – Concept, Scope, and Utilization", *Proceedings of the International Workshop on the Forensic Examination of Trace Evidence*, sponsored by the National Research Institute of Police Science, Tokyo, Japan, January 22-23, 1998, pp. 7-8.

De Forest, P.R., "Recapturing the Essence of Criminalistics", Founders Lecture, California Association of Criminalists, *Science and Justice*, Vol. *39*, July-September, 1999, pp. 196-208.

De Forest, P.R., "Proactive Forensic Science", Editorial, *Science and Justice*, Vol. *38*, January-March, 1998, pp. 1-2.

Fogarty, P.E., Mar, E.J., Rourke, L.C., Nelson, D.C., and De Forest, P.R., "Discrimination of Soils by Density Gradient: Single Grains vs. Aggregates", abstract B62 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *4*, February1998, p. 41.

De Forest, P.R., Shem, R., Nelipa, P., and Robertson, J., "Science in Crime Scene Reconstructions", abstract B73 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *4*, February1998, p. 46.

De Forest, P.R., Blake, E.T., Gibbons, M.M., and Linacre, A.M.T., "The Future of DNA Technology as a Trace Evidence Tool", abstract B101 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *4*, February1998, p. 58.

De Forest, P.R., "Forensic Science Education and the Implications of the Introduction of DNA Technology into Forensic Science Laboratories", abstract B34 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *5*, February1999, p. 36.

Wintonick, S.G., Antoci, P.R., and De Forest, P.R., "The Examination of Fiber Fracture Characteristics in Cotton Fibers Utilizing the Scanning Electron Microscope", abstract B58 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *5*, February1999, p. 50.

Buscaglia, J., Koons, R.D., and De Forest, P.R., "Elemental Analysis of Black Polyethylene Trash Bags Using Total Reflection X-ray Fluorescence (TXRF) Spectrometry", abstract B68 in *Proceedings of the American Academy of Forensic Sciences*., Vol. *5*, February1999, p. 55.

Duggar, A.S., De Forest, P.R., and Shaler, R.C., "Identification of Initial and Secondary Stains in Overlapping Bloodspatter Patterns", abstract B77 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **7**, February2001, p. 62.

Quarino, L., Shaler, R.C., De Forest, P.R., and Kobilinsky, L., "The Measurement of Nociceptive Peptides for the Assessment of Acute and Chronic Pain in the Medicolegal Investigation of Violent Death.", abstract B100 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **7**, February2001, p. 72.

De Forest, PR, "Private Consultants for the Prosecution - Are They Really Necessary?", abstract B39 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **10**, February 2004, p. 42.

De Forest, PR, "It May Have Two Sides, but it is the Same Coin", abstract B73 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **10**, February 2004, p.59.

De Forest, PR, "Future Crime Labs without Trace Evidence -- Dysfunctional Dystopias," abstract B118 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **10**, February 2004, p.82.

Hietpas, J., Diaczuk, P., Speir, J., De Forest, PR, "Elucidating the Relative Dependence of Propellant Pattern-based Muzzle-to-Target Distance Determinations on Variables of Weapons and Ammunition," abstract B167, in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **10**, February 2004, p.107.

De Forest, P.R., "The Important Role of Classical Analytical Techniques in Modern Problem Solving Approaches in Non-Routine Cases", abstract, in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **11**, February 2005.

Domzalski, A. and De Forest, P.R., "The Effects of Environmental Exposure on Human Scalp Hair Root Morphology", abstract B100 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **12**, February 2006, p. 88.

De Forest, P.R., "Experience with and the Rationale for a Doctoral Program in Forensic Science", abstract B155 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **12**, February 2006, p.115.

De Forest, P.R. and Bernstine, E.G., "What Drives Criminalistics Examinations?", abstract B158 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **12**, February 2006, p.117.

Bucht, R.E., Contreras, E., De Forest, P.R., and Pizzola, P.A., "Polarized Light Photography of Bloodstains on Dark Reflective Surfaces", abstract B171 in *Proceedings of the American Academy of Forensic Sciences.*, Vol. **12**, February 2006, p.123.


## Papers and Other Presentations at Regional, National, and International Meetings:

De Forest, P.R. and Kirk, P.L., "Forensic Individualization of Hair," paper presented at the Fifth Meeting of the International Association of Forensic Sciences, Toronto, Ontario, Canada, June 6-11, 1969.

Ojena, S.M. and De Forest, P.R., "Precise Refractive Index Determinations by the Immersion Method, Using Phase Contrast Microscopy and the Mettler Hot Stage," presented at the Semiannual Seminar of the California Association of Criminalists, Burlingame, CA, October 22, 1971.

Ojena, S.M. and De Forest, P.R., "A Study of Refractive Index Variations Within and Between Sealed-Beam Headlamps Using a Precise Method," presented at the Twenty-fourth Annual Meeting of the American Academy of Forensic Sciences, Atlanta, GA, March 4, 1972.

Berger, S.A. and De Forest, P.R., "The Role of the Forensic Chemist and the Problems of Environmental Pollution," presented at Metrochem 72 - The New York and North Jersey Regional Meeting of the American Chemical Society, Fairleigh Dickenson University, Teaneck, NJ, May 13, 1972.

De Forest, P.R., Morton, C.V., and Henderson, R.A., "Microscopic Morphology of Marijuana Ash," presented at the Twenty-fifth Annual Meeting of the American Academy of Forensic Sciences, Las Vegas, NV, February 19-23, 1973.

De Forest, P.R., "The Potential of Pyrolysis-Gas Chromatography for the Pattern Individualization of Macromolecular Materials," presented at the Twenty-fifth Annual Meeting of the American Academy of Forensic Sciences, Las Vegas, NV, February 19-23, 1973.

Lee,H.C. and De Forest, P.R., "Precipitin-Inhibition Test for the Determination of Species of Origin on Denatured Bloodstains," presented at the Twenty-eighth Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C., February 17-20, 1976.

Low,I.A., De Forest, P.R., and Kingston, C.R., "Evaluation of Dispersion as a Useful Parameter for the Individualization of Headlamp Glass," presented at the Twenty-eighth Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C., February 17-20, 1976.

De Forest, P.R., "Bachelor's Degree in Forensic Science," presented at the Twenty-eighth Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C., February 17-20, 1976.

Canfield, D.V. and De Forest, P.R., "The Use of the Gandolfi Camera as a Screening and Confirmation Tool in the Analysis of Explosive Residues," presented at the Twenty-eighth Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C., February 17-20, 1976.

Peterson, J.L., De Forest, P.R., "The Status of Forensic Science Degree Programs in the U.S.," presented at the Twenty-eighth Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C., February 17-20, 1976.

De Forest, P.R., "Forensic Science - A Failure?," presented at the Twenty-ninth Conference of the Harvard Associates in Police Science, Mt. Snow, VT, June 14-17, 1976.

Chairman, Microscopy Session, Second Annual Meeting of the Northeastern Association of Forensic Scientists, New York, NY, October 23, 1976.

Lee,H.C. and De Forest, P.R., "The Use of Anti-Human Hemoglobin Serum for Bloodstain Identification," presented at the Twenty-ninth Annual Meeting of the American Academy of Forensic Sciences, San Diego, CA, February 15-19, 1977.

De Forest, P.R., Kingston, C.R., and Singer, D.L., "The Role of a Staff Criminalist in Law Enforcement Agencies without Crime Labs," presented at the Twenty-ninth Annual Meeting of the American Academy of Forensic Sciences, San Diego, CA, February 15-19, 1977.

Loscalzo, P.J., De Forest P.R., and Chao, J., "A Study to Determine the Limits of Detectability of Gasoline Vapor from Different Surfaces after Various Periods of Combustion and Collection Delay," presented at the First Joint Meeting of the Northeastern and Mid-Atlantic Associations of Forensic Scientists, Mount Laurel, NJ, April 15-16, 1977.

Sottolano, S.M., and De Forest, P.R., "An Improved Technique for the Preparation of Teichmann and Takayama Blood Crystals," presented at the First Joint Meeting of the Northeastern and Mid-Atlantic Associations of Forensic Scientists, Mount Laurel, NJ, April 15-16, 1977.

Sottolano, S.M. and De Forest, P.R., "An Improved Technique for the Preparation of Teichmann and Takayama Blood Crystals," (revised), presented at the Forty-ninth Semi-Annual Seminar of the California Association of Criminalists, Indian Wells, CA, May 12-14, 1977.

Lee, H.C., Gaensslen, R.E., and De Forest, P.R., "The Effect of Environmental Factors on Genetic Markers in Human Bloodstains," presented at Symposium on Forensic Chemistry, 1977 Annual Meeting of the American Chemical Society, Chicago, IL, August 28 - September 2, 1977.

De Forest, P.R., "The Generalist-Criminalist in an Age of Specialists," presented at the Fall Meeting of the Mid-Western Association of Forensic Scientists, Bloomington, Minnesota, October 5-8, 1977.

De Forest, P.R., "An Immunological Method for the Identification of Bloodstains," presented at the Third Annual Meeting of the Northeastern Association of Forensic Scientists, Mineola, NY, October 29, 1977.

Lee,H.C. and De Forest, P.R., "The Effect of Environmental Factors on Human Serum Proteins," presented at the Thirtieth Annual Meeting of the American Academy of Forensic Sciences, St. Louis, MO, February 20-25, 1978.

De Forest, P.R., Lee,H.C., and Crispino, V., "Considerations and Recommendations Regarding the Collection and Handling of Fresh Bloodstains," presented at the Eighth Triennial Meeting of the International Association of Forensic Sciences, Wichita, KS, May 22-26, 1978.

Lee, H.C., De Forest, P.R., and Lin, M.H., "Estimation of the Age of Bloodstains by the G/A Ratio," presented at the Eighth Triennial Meeting of the International Association of Forensic Sciences, Wichita, KS, May 22-26, 1978.

Crispino, V. and De Forest, P.R., "Comparison of Pigment Inhomogeneities in Polyethylene Film Bags as a means of Individualization," presented at the Eighth Triennial Meeting of the International Association of Forensic Sciences, Wichita, KS, May 22-26, 1978.

De Forest, P.R., "Forensic Microscopy," presented at the Meeting of the New York Microscopical Society, New York, NY, October 20, 1978.

De Forest, P.R., Lee, H.C., and Crispino, V., "The Collection and Handling of Fresh Bloodstains," presented at the Fourth Annual Meeting of the Northeastern Association of Forensic Scientists, Storrs, CT, October 28, 1978.

De Forest, P.R., "Glass Evidence," Part of a Moot Court Presentation Chaired by Jerome S. Drugonis a t the Fourth Annual Meeting of the Northeastern Association of Forensic Scientists, Storrs, CT, October 28, 1978.

Canfield, D.V., De Forest, P.R., and Lee, H.C., "Developing a Program in Forensic Science," presented at the Forensic Chemistry Symposium, Southeastern Regional Meeting of the American Chemical Society, Savannah, GA, November 9, 1978.

Lorimer, P., De Forest, P.R., Barry, J.E., and Rafla, F.K., "The Role of the Forensic Scientist in Equine Testing Programs," presented at the Thirty-first Annual Meeting of the American Academy of Forensic Sciences, Atlanta, GA, February 12-17, 1979.

Lee, H.C., Attard, A.E., and De Forest, P.R., "The Use of Dansyl Chloride in Latent Print Detection," presented at the Thirty-first Annual Meeting of the American Academy of Forensic Sciences, Atlanta, GA, February 12-17, 1979.

Petraco, N. and De Forest, P.R., "A New Microscopical Method for the Forensic Characterization of Synthetic Fibers," presented at the Thirty-first Annual Meeting of the American Academy of Forensic Sciences, Atlanta, GA, February 12-17, 1979,

De Forest, P.R., "Current Status of Education in Criminalistics," presented at the Thirty-first Annual Meeting of the American Academy of Forensic Sciences, Atlanta, GA, February 12-17, 1979.

Gaensslen, R.E., Lee, H.C., and De Forest, P.R.,"Fluorescein Derivatives in Presumptive Tests for Blood," presented at the Joint Meeting of the Mid-Atlantic Association of Forensic Scientists and the Northeastern Association of Forensic Scientists, Gettysburg, PA, April 27-28, 1979.

De Forest, P.R., "The Role of Microscopy in the Teaching of Forensic Science," presented at the New York Microscopical Society, Dialogues '79", New York, NY, June 1, 1979.

De Forest, P.R., "Reconstruction and Blood Pattern Interpretation," presented at the Thirty-second Annual Conference of the Harvard Associates in Police Science, Livingston, NJ, June 20, 1979.

Picciochi, R., Rothchild, R., and De Forest, P.R., "A Gas Chromatographic Approach to the Typing of Bloodstains," presented at the Eighteenth Eastern Analytical Symposium, New York, NY, November 2, 1979.

Lee, H.C., Gaensslen, R.E., and De Forest, P.R., "An Evaluation of Fluorescin as a Presumptive Test Reagent for Blood," presented at the Eighteenth Eastern Analytical Symposium, New York, NY, November 2, 1979.

Choudhry, M.Y., Kingston, C.R., and De Forest, P.R., "Individual Characteristics of Chemically Modified Human Hairs Revealed by SEM," presented at the 14th Mid-Atlantic Regional Meeting of the American Chemical Society, Valley Forge, PA, April 23, 1980.

Rothchild, R. and De Forest, P.R., "Gas Chromatography in Immunology," presented at the First Annual Minisymposium of the New York Chromatography Society and the Analytical Group of the New York Section of the American Chemical Society, CUNY Graduate Center, New York, NY, June 11, 1980.

De Forest, P.R., "Microscopic and Macroscopic Reconstructions in Forensic Science," presented as part of Forensic Microscopy Panel at INTER-MICRO 80, Chicago, IL, July 21-25, 1980.

Kingston, C.R., De Forest, P.R., Horan, J., and Berger, S.A., "Importance of the Academic Setting to the Success of Forensic Science Programs," presented a meeting of the Federation of Analytical Chemistry and Applied Spectroscopy, Philadelphia, PA, September 19, 1980.

De Forest, P.R. and Rothchild, R., "Approach to a Quantitative Gas Chromatographic Method for Simultaneous Determination of Several Antigens in Dried Bloodstains," presented at Metrochem 80 - The New York and New Jersey Regional Meeting of the American Chemical Society, South Fallsburg, NY, October 3, 1980.

Rothchild, R., O'Connor, J., Rios, F.,  Fabrizio, R., and De Forest, P.R., "Tagged Antibody Determination of Antigens Using Pyrolysis-Gas Chromatography," presented at the 15th Mid-Atlantic Regional Meeting of the American Chemical Society, Washington, D.C., January, 9, 1981.

De Forest, P.R., Rothchild, R., O'Connor, J., Fabrizio,R., and Rios, F., "Simultaneous Determination of Several Antigens in Bloodstains," presented at the 33rd Annual Meeting of the American Academy of Forensic Sciences, Los Angeles, CA, February, 18, 1981.

De Forest, P.R., "Chemistry in Crime Reconstruction," presented at the 182nd National Meeting of the American Chemical Society, New York, NY, August 25, 1981.

Cadman, W.J. and De Forest, P.R., discussion leaders, "Where to From Here?" Session #7, Forensic Science Seminar, FBI Academy, Quantico, VA, March 29-31, 1982.

Chany, C., Crispino, V., and De Forest, P.R., "Improving the Resolution and Sensitivity of Dynamic Headspace Analysis of Arson Samples Using a Cryogenic Focuser and Small Bore Capillary Columns," presented at the Ninth Annual Meeting of the Northeastern Association of Forensic Scientists, Hasbrouck Heights, NJ, October 8, 1983.

De Forest, P.R., panelist, "Ethical Issues in Forensic Science," Joint Session of Criminalistics and Jurisprudence Sections, 36th Annual Meeting of the American Academy of Forensic Sciences, Anaheim, CA, February 21-25, 1984.

De Forest, P.R., "A Computerized Hair Database," presented at the annual meeting of the Committee on Forensic Hair Comparison, FBI Academy, Quantico, Virginia, May 29, -- June 1, 1984.

Sheehan, F.X., Kingston, C.R., Petraco, N., and De Forest, P.R., "A Computerized Head Hair Database -- A Preliminary Report," presented at the 10th Triennial Meeting of the International Association of Forensic Sciences, Oxford University, Oxford, England, September 18-25, 1984.

Pizzola, P.A., Roth, S.D., and De Forest, P.R., "Blood Spatter Dynamics," 10th Annual Meeting of the Northeastern Association of Forensic Scientists, Uniondale, NY, October 27, 1984.

Sheehan, F.X., Kingston, C.R., Petraco, N., and De Forest, P.R., "Computerized Hair and Fiber Databases," 10th Annual Meeting of the Northeastern Association of Forensic Scientists, Uniondale, NY, October 27, 1984.

De Forest, P.R., "The Defense Expert," part of panel discussion at the International Symposium on Forensic Hair Comparisons, FBI Academy, Quantico, Virginia, June 25-27, 1985.

Dillon, D.J. and De Forest, P.R., "America's Sherlock Holmes:  Innovation and Prophesies in the Forensic Sciences", presented at the 38th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 10-15, 1986.

De Forest, P.R., "Pattern Evidence", presented at the Chinese-American Police Conference, Taipei, Taiwan, March 10-13, 1986.

De Forest, P.R., "Bloodstain Pattern Reconstruction", presented at the Chinese-American Police Conference, Taipei, Taiwan, March 10-13, 1986.

De Forest, P.R., "Dilemmas and Pitfalls for the Scientific Expert in Criminal Trials", presented at The 191st National Meeting of the American Chemical Society, New York, NY, April 13-18, 1986.

De Forest, P.R., "Crime Scene Reconstruction", presented at The New York Society of Forensic Sciences meeting, New York, NY, May 21, 1986.

De Forest, P.R., "Crime Scene Reconstruction", presented at the Annual Meeting of the Connecticut State Bar Association, Hartford, CT, May 28, 1986.

Zinnermon, W.D., Mieszerski, L., and De Forest, P.R., "Effects of Exposure on Hair Microscopy", presented at Inter/Micro 86, Chicago, IL, July 21-24, 1986.

De Forest, P.R., Shankles, B., Sacher, R.L., and Petraco, N., "Meltmounts for Hair", presented at Inter/Micro 86, Chicago, IL, July 21-24, 1986.

De Forest, P.R., "The Need for National Forensic Databases", presented at the 14th Annual Symposium on Crime Laboratory Development, FBI Academy, Quantico, VA, September 14-19, 1986.

Mieszerski, L., Zinnermon, W.D., and De Forest, P.R., "The Effects of Exposure on Hair", presented at the 25th Annual Eastern Analytical Symposium, New York, NY, October 20-24, 1986.

Jarman, M., Adamo, R.A., and De Forest, P.R., "An Examination of Some Presumptive Tests for Blood False Positives," 12th Annual Meeting of the Northeastern Association of Forensic Scientists, Peabody, MA, October 25, 1986.

De Forest, P.R. and Lee, H.C., "Forensic Science in China", Plenary Lecture, presented at the 12th Annual Meeting of the Northeastern Association of Forensic Scientists, Peabody, MA, October 25, 1986.

Pizzola, P.A., Sherwin, L., Perkins, J.C., and De Forest, P.R., "Bloodstain Pattern Interpretations -- Secondary Spatter," presented at the 11th Triennial Meeting of the International Association of Forensic Sciences, Vancouver, BC, Canada, August 2-7, 1987.

Petraco, N., Fraas, C., Callery, F.X., and De Forest, P.R., "The Morpholgy and Forensic Significance of Human Hair Roots," presented at the 11th Triennial Meeting of the International Association of Forensic Sciences, Vancouver, BC, Canada, August 2-7, 1987.

De Forest, P.R., Petraco, N. and Adamo, R.A., "Significance of Environmental Exposure in the Interpretation of Hair Evidence," presented at the 11th Triennial Meeting of the International Association of Forensic Sciences, Vancouver, BC, Canada, August 2-7, 1987.

Bombardi, P., Butler, D.J., Hira, B., Adamo, R.A., and De Forest, P.R., "Studies of Hair Deterioration -- Exterior Environments," presented at the 11th Triennial Meeting of the International Association of Forensic Sciences, Vancouver, BC, Canada, August 2-7, 1987.

Chille, E.A., Gordon, R.E., Adamo, R.A., and De Forest, P.R., "Studies of Hair Deterioration -- Interior Environments," presented at the 11th Triennial Meeting of the International Association of Forensic Sciences, Vancouver, BC, Canada, August 2-7, 1987.

Callery, F.X., Petraco, N., Fraas, and De Forest, P.R., "The Morphology and Forensic Significance of Human Hair Roots," presented at the 13th Annual Meeting of the Northeastern Association of Forensic Scientists, Princeton, NJ, October 24, 1987.

Chany, C. and De Forest, P.R., "Micro-FTIR Spectroscopic Examination of Fibers from Used and Laundered Garments," presented at the 13th Annual Meeting of the Northeastern Association of Forensic Scientists, Princeton, NJ, October 24, 1987.

Moore, P.A., Saferstein, R., and De Forest, P.R., "Discrimination of Polyester Fibers by Pyrolysis Gas Chromatography," presented at the 40th Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, PA, February 15-20, 1988.

Chany, C. and De Forest, P.R., "Micro FTIR Spectroscopic Examination of Fibers From Used and Laundered Garments," presented at the 40th Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, PA, February 15-20, 1988.

Chille, E.A., Gordon, R.E., and De Forest, P.R., "Insect Damage to Hairs and Its Evidential Significance," presented at the 40th Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, PA, February 15-20, 1988.

Sherwin, L.K., Pizzola, P.A., Perkins, J.C., and De Forest, P.R., "A Critical Assessment of the Phenomenon of Secondary Bloodspatter," presented at the 40th Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, PA, February 15-20, 1988.

Pizzola, P.A., Sherwin, L.K., Perkins, J.C., and De Forest, P.R., "A Critical Assessment of the Phenomenon of Gunshot Backspatter," presented at the 40th Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, PA, February 15-20, 1988.

Buscaglia, J., Kubic, T.A., and De Forest, P.R., "Variation of the Refractive Indices Between and Across Window Panes, as Measured with an Automated Hotstage," presented at the 40th Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, PA, February 15-20, 1988.

De Forest, P.R., Pizzola, P.A., and Locke, D.C., "Pyrolysis-Supercritical Fluid Chromatography as a Polymer Characterization Tool," 27th Eastern Analytical Symposium, New York, NY, October 2-7, 1988.

Kodet-Sherwin, L., Pizzola, P.A., Perkins, J.C., and De Forest, P.R., "Bloodstain Pattern Interpretation:  Secondary Spatter," presented at the Fourteenth Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 22, 1988.

Pizzola, P.A., Locke, D.C., De Forest, P.R., Ristenbatt, R.R., and Buscaglia, J.A., "Pyrolysis Supercritical Fluid Chromatographic Characterization of Polymers of Forensic Interest,"

presented at the Fourteenth Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 22, 1988.

Butler, D., De Forest, P.R., Adamo, R., and Kobilinsky, L., " Isoelectric Focusing of Keratins Derived from Different Species," presented at the Fourteenth Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 22, 1988.

Wihlborg, W. T., Reffner, J.A., and De Forest, P.R., Fourier Transform Infrared Micro-spectrophotemetry and Soil Comparisons, presented at the 41st Annual Meeting of the American Academy of Forensic Sciences, Las Vegas, NV, February 13-18, 1989.

Butler, D.J., De Forest, P.R., and Kobilinsky, L., "Identification of Rhinoceros Keratins by Isoelectric Focusing," presented at the 41st Annual Meeting of the American Academy of Forensic Sciences, Las Vegas, NV, February 13-18, 1989.

De Forest, P.R., "Physical Evidence and the Crime Scene," Presented to the Criminal Justice Section of the Westchester County Bar Association, May 9, 1989.

Ristenbatt, R., Pizzola, P.A., Locke, D.C., and De Forest, P.R., "Characterization of Polymeric Trace Evidence -- Pyrolysis Supercritical Fluid Chromatography," presented at the Gordon Research Conference on Analytical Pyrolysis, New Hampton, NH, June 19-23, 1989.

De Forest, P.R., "The 'Preppie Murder': Science and the Scene Investigation," 28th Eastern Analytical Symposium, New York, NY, September 24-29, 1989.

Panelist, Plenary Session: "The Preppie Murder Trial," Fifteenth Annual Meeting of the Northeastern Association of Forensic Scientists, Albany, NY, October 21, 1989.

De Forest, P.R., "Chemical Instrumentation in Forensic Investigations," presented for Instrumentation Section of the New York Academy of Sciences, New York, NY, December 14, 1989.

De Forest, P.R., "Analytical Instrumentation in Forensic Investigations," Analytical Topical Group, New York Section, American Chemical Society, New York, NY, January 11, 1990.

Panelist, "Serial Murder," Mystery Writers of America, New York, April 28, 1990.

Roberts, K.A., Ristenbatt, R.R., Pizzola, P.A., Locke, D.C., and De Forest, P.R., "Pyrolysis-Supercritical Fluid Chromatography in the Analysis of Polymers of Forensic Interest," presented at the 9th International Conference on Fundamental Aspects, Analytical Techniques, Processes, and Applications of Pyrolysis (Pyrolysis 90), Noordwijkerhout, The Netherlands, June 11-15, 1990.

De Forest, P.R. and Haag, L.C., Trajectory Reconstructions at Crime Scenes Using Low Power Lasers and Positioning Stages, paper presented at the International Symposium on Forensic Aspects of Mass Disasters and Crime Scene Reconstruction, FBI Academy, Quantico, VA, June 23-29, 1990.

De Forest, P.R., "Forensic Science and Crime Scene Reconstruction," presented at the National Association of Criminal Defense Lawyers (NACDL) 1990 Annual Meeting, Toronto, Ontario, August 16, 1990.

Roberts, K.A., Xu, Y., and De Forest, P.R., "SFC and Pyrolysis-SFC in Forensic Science," paper presented at the 12th Triennial Meeting of the International Association of Forensic Sciences (IAFS), Adelaide, Australia, October 24-29, 1990.

Sheehan, F.X., Haag, L.C., Petraco, N., and De Forest, P.R., "Trajectory Reconstructions Utilizing Laser Techniques," paper presented at the 12th Triennial Meeting of the International Association of Forensic Sciences (IAFS), Adelaide, Australia, October 24-29, 1990.

Chairman, Hair and Fibres Session at the 12th Triennial Meeting of the International Association of Forensic Sciences (IAFS), Adelaide, Australia, October 27, 1990.

De Forest, P.R., "Trace Evidence -- A Holistic View and Approach", plenary lecture at the International Symposium on the Forensic Aspects of Trace Evidence, FBI Academy, Quantico, VA, June 24-28, 1991.

De Forest, P.R., "Forensic Evidence," at Third Annual Super Saturday of the Association of Criminal Defense Lawyers of New Jersey, East Brunswick, New Jersey, November 2, 1991.

De Forest, P.R., "Crime Scene Reconstruction," Presented to the Criminal Justice Section of the Westchester County Bar Association, February 11, 1992.

Ristenbatt, R.R., Cusumano, C.L., Gagliano, A., Gestring, B.J., and De Forest, P.R., "The Implications of Pattern Impressions in Bullets", presented at the 44th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 17-22, 1992.

Roberts, K.A., Ristenbatt, R.R., Pizzola, P.A., and De Forest, P.R., "Supercritical Fluid Technology for the Characterization of Trace Evidence",  presented at the 44th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 17-22, 1992.

Neighbor, G.W., Haag, L.C., and De Forest, P.R., "A Study of Fiber Damage Characteristic of Bullet Holes",  presented at the 44th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 17-22, 1992.

Nelson, D.C., Kingston, C.R., Sheehan, F.X., and De Forest, P.R., "An Experimental Assessment of Coincidental Hair Matches",  presented at the 44th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 17-22, 1992.

Panelist, "Futuristics," Mystery Writers of America, New York, April 29, 1992.

De Forest, P.R., "The Crime Scene and the Forensic Scientist", presented at the Victoria Police State Forensic Science Laboratory, Macleod, Victoria, August 14, 1992.

De Forest, P.R., "Bullet Impact and Rapid Shear Fractures of Synthetic Fibers", presented at the 11th Australian and New Zealand International Symposium on the Forensic Sciences, Hobart, Tasmania, August 17-21, 1992.

De Forest, P.R., "Scalp Hair and Muzzle to Target Determinations", presented at the 11th Australian and New Zealand International Symposium on the Forensic Sciences, Hobart, Tasmania, August 17-21, 1992.

Panelist, "Scene Examination Seminar", at the 11th Australian and New Zealand International Symposium on the Forensic Sciences, Hobart, Tasmania, August 17-21, 1992.

De Forest, P.R., "The Forensic Scientist and the Crime Scene", presented at the 11th Australian and New Zealand International Symposium on the Forensic Sciences, Hobart, Tasmania, August 17-21, 1992.

De Forest, P.R., "Certification of Criminalists in the United States", presented at the 11th Australian and New Zealand International Symposium on the Forensic Sciences, Hobart, Tasmania, August 17-21, 1992.

De Forest, P.R., "Regulation of Forensic Science Laboratories and Certification of Forensic Scientists", presented at Queensland Branch of the Australian and New Zealand Forensic Science Society, Brisbane, Queensland, August 24, 1992.

De Forest, P.R., "Trace Evidence", presented at the Queensland Police Service Laboratory, Brisbane, Queensland, August 24, 1992.

De Forest, P.R., "The Crime Scene and the Role of the Forensic Scientist", presented at the Queensland Police Service Laboratory, Brisbane, Queensland, August 24, 1992.

Nelson, D.C., Roberts, K.A., and De Forest, P.R., "The Effectiveness of Scalp Hair in Filtering Gunshot Residue", presented at the 45th Annual Meeting of the American Academy of Forensic Sciences, Boston, MA, February 15-20, 1993.

Roberts, K.A., Nelson, D.C., and De Forest, P.R., "Bubbles and the Formation of Fine Blood Droplet Stains", presented at the 45th Annual Meeting of the American Academy of Forensic Sciences, Boston, MA, February 15-20, 1993.

Ristenbatt, R.R., Shaler, R.C., and De Forest, P.R., "Accuracy of Angle of Incidence Determinations on Different Size Blood Droplet Stains", presented at the 45th Annual Meeting of the American Academy of Forensic Sciences, Boston, MA, February 15-20, 1993.

Kodett-Sherwin, L., De Forest, P.R., and Pizzola, P.A., "Blood Droplet Dynamics",  presented at the 45th Annual Meeting of the American Academy of Forensic Sciences, Boston, MA, February 15-20, 1993.

De Forest, P.R., "The Role of the Forensic Scientist in Criminal Investigations with Emphasis on Reconstructions and Trace Evidence," National Meeting of Forensic Chemists, sponsored by National Research Institute of Police Science, Tokyo, Japan, October 19-20, 1993.

Co-chair, Drug Profiling Session at the International Symposium of Forensic Science, Tokyo 1993 -- International Workshop on Impurity Profiling Analysis of Illicit Drugs, Tokyo, Japan, October 21-22, 1993.

De Forest, P.R., "Certification of Forensic Science Laboratory Personnel in the United States", The First Forensic Experts Conference, Dubai, United Arab Emirates, January 8-10, 1994.

De Forest, P.R., "Interfacing DNA Technology with Other Approaches to the Scientific Analysis of Physical Evidence", The First Forensic Experts Conference, Dubai, United Arab Emirates, January 8-10, 1994.

Ristenbatt, R.R., Shaler, R.C., and De Forest, P.R., "An Elusive Cause of Death", presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 14-19, 1994.

Roberts, K.A., Nelson, D.C., Rourke, L.C., Pizzola, P.A., Martir, K., and De Forest, P.R., "The 'Paraffin Test' Revisited", presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 14-19, 1994.

Pizzola, P.A., Martir, K., Kodet-Sherwin, L., and De Forest, P.R., "Visualization of Gunshot Residue Patterns on Cloth by Photoluminescence", presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 14-19, 1994.

Gestring, B.J., Ristenbatt, Pizzola, P.A., and De Forest, P.R., "The Impact of the Stability and Retention of Nitrites in Gunshot Residue Pattern Interpretation", presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 14-19, 1994.

Roberts, K.A., Pizzola, P.A., Martir, K., DiMaio, V.J.M., and De Forest, P.R., "Factors Influencing Propellant Stippling Patterns in Shootings", presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 14-19, 1994.

De Forest, P.R., Dujanovich, M., Adamo, R.A., and Drummond, F., "The Importance of Tempered Glass Fracture Documentation in Shooting Reconstructions", presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 14-19, 1994.

Roberts, K.A., Martir, K., Pizzola, P.A., and De Forest, P.R., "Formation of Gunshot Residue", presented at the 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 13-18, 1995.

Nelson, D.C., Roberts, K.A., Pizzola, P.A., and De Forest, P.R., "Gunshot Residue Pattern Transfer Efficiency", presented at the 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 13-18, 1995.

Bynum, K.C., Roberts, K.A., Pizzola, P.A., and De Forest, P.R., "Trace Metal Detection", presented at the 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 13-18, 1995.

De Forest, P.R., "Chemistry and the Crime Scene", presented at the Meeting of the Analytical Topical Group, New York Chapter, American Chemical Society, New York, NY, June 8, 1995.

De Forest, P.R., "Forensic Scientists at Fire Scenes", presented at An International Symposium on the Forensic Aspects of Arson Investigation, Hosted by the FBI Laboratory Division, George Mason University, Fairfax, VA, July 31 - August 4, 1995.

De Forest, P.R., "Integrated Approaches to Forensic Investigations", presented at the 210th Annual Meeting of the American Chemical Society, Chicago, IL, August 21-25, 1995.

Roberts, K.A., De Forest, P.R., Bynum, K.C., and Pizzola, P.A., "Trace Metal Detection Technique", presented at the 210th Annual Meeting of the American Chemical Society, Chicago, IL, August 21-25, 1995.

Nelson, D.C., De Forest, P.R., Roberts, K.A., and Pizzola, P.A., "Formation and Detection of Gunshot Residue", presented at the 210th Annual Meeting of the American Chemical Society, Chicago, IL, August 21-25, 1995.

Bynum, K. C., De Forest, P.R., Martir, K., and Pizzola, P.A., "Thin Layer Chromatographic Separation of Components of Propellant Particles Utilizing Fluorescent and Chemical Visualization Techniques", presented at the 21st Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 25-28, 1995.

Bynum, K. C., De Forest, P.R., Roberts, K.A., and Pizzola, P.A., "Trace Metal Detection", presented at the 21st Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 25-28, 1995.

Sargeant, M., De Forest, P.R., Bynum, K.C., Nelson, D.C., Roberts, K.A., Kasbarian, B., Rourke,L., and Pizzola, P.A., "Photoluminescent Detection of Propellant Particles", presented at the 21st

Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 25-28, 1995.

Martir, K., De Forest, P.R., and Pizzola, P.A., "Gunshot Residue Dynamics", presented at the 21st Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 25-28, 1995.

Rourke,L., Sargeant, M., De Forest, P.R., Bynum, K.C., Nelson, D.C., Roberts, K.A., Kasbarian, B., and Pizzola, P.A., "Sequential Photoluminescent Detection of Gunshot Residue", presented at the 21st Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 25-28, 1995.

Roberts, K.A., Nelson, D.C., De Forest, P.R., Sargeant, M., and Pizzola, P.A., "Transfer Efficiency of 'Walker' Type Gunshot Residue Examinations", presented at the 21st Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 25-28, 1995.

De Forest, P.R., "The Scientific Method at the Crime Scene", presented at the 21st Annual Meeting of the Northeastern Association of Forensic Scientists, Mystic, CT, October 25-28, 1995.

De Forest, P.R., "Optimization of the Integration of Science with Criminal Investigation" Plenary Lecture at the Joint Inaugural Session of The International Workshop on Forensic DNA Typing of Evidence Samples and the First Meeting of the Japanese Association of Science and Technology for Identification, Tokyo, Japan, December 12-13, 1995.

De Forest, P.R., "Science at the Crime Scene and Trace Evidence", *Trace Evidence at Crime Scenes*, The Second Forensic Experts Conference, Dubai, United Arab Emirates, January 6-8, 1996.

Alkhayat, A.Q. and De Forest, P.R., "Characterization of Gunshot Discharge Residue by FT-IR Microscopy", *Trace Evidence at Crime Scenes*,, The Second Forensic Experts Conference, Dubai, United Arab Emirates, January 6-8, 1996.

De Forest, P.R., panelist in the Joint Session of Criminalistics and Jurisprudence Sections, 48th Annual Meeting of the American Academy of Forensic Sciences, Nashville, TN, February 13-18, 1996.

De Forest, P.R., presented lectures on forensic science at the Cardozo Law School, New York, NY, March 13, 1996.

De Forest, P.R., "Forensic Microscopy in the Age of DNA Technology", New York Microscopical Society, New York, NY, May 23, 1996.

De Forest, P.R., "Trace Evidence -- The Future", closing keynote address presented at An International Symposium on the Forensic Aspects of Trace Evidence in Transition, Hosted by the FBI Laboratory Division, San Antonio, TX, June 21 - 25, 1996.

De Forest, P.R., "Trace Evidence in the Era of Ascendant DNA Technology", presented at Intermicro 96, Chicago, IL, July 20 - 25, 1996.

De Forest, P.R., "Bloodstain Patterns in Reconstructions", presented at the Tenth Annual Meeting of the New Jersey Division of the International Association for Identification, Cape May, NJ, October 20-23, 1996.

De Forest, P.R., "Communication Between Investigators and Scientists", presented at the Tenth Annual Meeting of the New Jersey Division of the International Association for Identification, Cape May, NJ, October 20-23, 1996.

De Forest, P.R., "Scene Reconstructions in Police Involved Shootings", presented at the Tenth Annual Meeting of the New Jersey Division of the International Association for Identification, Cape May, NJ, October 20-23, 1996.

Boggiano, D., De Forest, P.R., and Sheehan, F.X., "CAD Programs: A Tool for Crime Scene Processing and Crime Scene Reconstruction", presented at Forensic Evidence Analysis and Crime Scene Investigation, sponsored by the International Society for Optical Engineering (SPIE), Boston, MA, November 20-21, 1996.

De Forest, P.R., Moderator, Criminalistics Symposium, "Ethics in the Practice of Criminalistics — Beyond the Proscriptive", 49th Annual Meeting of the American Academy of Forensic Sciences, New York, NY, February 17-22, 1997.

Perlee, L.M., Shaler, R.C., and De Forest, P.R., "A View of the Broader Implications of the Introduction of DNA Technology in the Forensic Science Laboratory", presented at the 49th Annual Meeting of the American Academy of Forensic Sciences, New York, NY, February 17-22, 1997.

Chisum, W.J., Pizzola, P.A., and De Forest, P.R., "Scientific Expertise and the Crime Scene", presented at the 49th Annual Meeting of the American Academy of Forensic Sciences, New York, NY, February 17-22, 1997.

De Forest, P.R., "The Potential For Microscopic Physical Matches In Casework", presented at the 49th Annual Meeting of the American Academy of Forensic Sciences, New York, NY, February 17-22, 1997.

Bynum, K., Morton, C.V., and De Forest, P.R., "Computer Animation and Crime Scene Reconstruction", presented at the 49th Annual Meeting of the American Academy of Forensic Sciences, New York, NY, February 17-22, 1997.

Buscaglia, J.A., Aitken, C.G.G., Brown, K., De Forest, P.R. , and Kubic, T.A., "The Discrimination of Window Glass Fragments by Energy Dispersive X-Ray Fluorescence Spectroscopy", presented at the 49th Annual Meeting of the American Academy of Forensic Sciences, New York, NY, February 17-22, 1997.

Sargeant, M.A., De Forest, P.R., Pizzola, P.A., Meinken, T., and Krivosta, G.G., "Detection and Interpretation of Gunshot Residue on the Hands of Shooters", presented at the 49th Annual Meeting of the American Academy of Forensic Sciences, New York, NY, February 17-22, 1997.

Pizzola, P.A. and De Forest, P.R., "A Recommended Protocol for Carrying out Gunshot Discharge Residue Testing on Garments", presented at the 49th Annual Meeting of the American Academy of Forensic Sciences, New York, NY, February 17-22, 1997.

De Forest, P.R., presented lectures on forensic science at the Cardozo Law School, New York, NY, March 31, 1997.

De Forest, P.R., "Scientific Reconstruction in Police Involved Shootings", 82nd Annual Educational Conference of the International Association of Identification, Danvers MA, July 28-August 1, 1997.

De Forest, P.R., presented *Founder's Lecture*, "Recapturing the Essence of Criminalistics", 90th Semi-Annual Seminar of the California Association of Criminalists, Irvine, CA, October 8-11. 1997.

De Forest, P.R., panelist, "Is Something Wrong? Judge for Yourself – An Interactive Panel Discussion on the O.J. Simpson Case", B.A.J. Fisher, moderator, 90th Semi-Annual Seminar of the California Association of Criminalists, Irvine, CA, October 8-11. 1997.

De Forest, P.R., "What is Trace Evidence – Concept, Scope, and Utilization", International Workshop on the Forensic Examination of Trace Evidence, sponsored by the National Research Institute of Police Science, Tokyo, Japan, January 22-23, 1998.

Fogarty, P.E., Mar, E.J., Rourke, L.C., Nelson, D.C., and De Forest, P.R., "Discrimination of Soils by Density Gradient: Single Grains vs. Aggregates", presented at the 50th Annual Meeting of the American Academy of Forensic Sciences, San Francisco, CA, February 9-14, 1998.

De Forest, P.R., Shem, R., Nelipa, P., and Robertson, J., "Science in Crime Scene Reconstructions", presented at the 50th Annual Meeting of the American Academy of Forensic Sciences, San Francisco, CA, February 9-14, 1998.

De Forest, P.R., Blake, E.T., Gibbons, M.M., and Linacre, A.M.T., "The Future of DNA Technology as a Trace Evidence Tool", presented at the 50th Annual Meeting of the American Academy of Forensic Sciences, San Francisco, CA, February 9-14, 1998.

De Forest, P.R., "Crime Scene Reconstruction and Trace Evidence," presented at the National Association of Criminal Defense Lawyers (NACDL) 1998 Spring Meeting, Santa Monica, CA, April 22-25, 1998.

De Forest, P.R., "Lessons from the Sheppard and O.J. Simpson Cases", presented at the Annual Meeting of the California Division of the International Association for Identification, Rohnert Park, CA, May 4-8, 1998.

De Forest, P.R., "Teamwork and Lessons from the Dr. Sam Sheppard and the O.J. Simpson Cases", presented at the 83rd International Educational Conference of the International Association for Identification, Little Rock , AR, July 24, 1998

De Forest, P.R., "Criminalistics: The Unrealized Potential", Presented at the 24th Annual Meeting of NEAFS, Newport, RI, November 5-7, 1998.

De Forest, P.R., "Scientist and Investigator Teamwork at the Crime Scene", presented at the 19th National Conference of Scientific Support, Lancashire, UK, November 12th and 13th, 1998.

Wintonick, S. Antoci, P., and De Forest, P.R., "Fracture of Cotton Fibers", presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL, February 15-20, 1999.

De Forest, P.R., "Forensic Science Education and the Implications of the Introduction of DNA Technology into Forensic Science Laboratories", presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL, February 15-20, 1999.

De Forest, P.R., panelist, "Forensic Science Education", presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL, February 15-20, 1999.

Buscaglia, J., Koons, R.D., and De Forest, P.R., "Elemental Analysis of Black Polyethylene Trash Bags Using Total Reflection X-ray Fluorescence (TXRF) Spectrometry", presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL, February 15-20, 1999.

De Forest, P.R., "Educating the Expert Forensic Scientist", presented at An International Symposium on Setting Quality Standards for the Forensic Science Community, Hosted by the FBI Laboratory Division, San Antonio, TX, May 3-7, 1999.

De Forest, P.R., "Science and Questioned Document Examination", presented at the 2nd International Symposium on the Forensic Examination of Questioned Documents, Hosted by the FBI Laboratory Division, Albany, NY, June 14-18, 1999.

De Forest, P. R. "Essential Attributes and the Making of a Good Criminalist", presented at the 15th Triennial Meeting of the International Association of Forensic Sciences, Los Angeles, CA, August 22 - 28, 1999.

De Forest, P.R., "Reflections on a Quarter Century of NEAFS and Criminalistics in the Northeast", Presented at the 25th Annual Meeting of NEAFS, Hyannis, MA, October 13-16, 1999.

De Forest, P.R., "Has DNA Made a Forensic Science Degree Irrelevant in Today's World", Presented at the 25th Annual Meeting of NEAFS, Hyannis, MA, October 13-16, 1999.

De Forest, P.R., "Forensic Science at the Crossroads", Presented at the International Conference on Forensic Science – From the Crime Scene to the Courtroom, Dublin, Ireland, May 2-5, 2000.

De Forest, P.R., "Keeping the Science in Forensic Science – Drawing from the Past While Adapting to the Future", Presented at the 26th Annual Meeting of NEAFS, Saratoga Springs, NY, October 11-14, 2000.

De Forest, P.R., "Interpretation and Reconstruction – The Culmination of the Scientific Work on a Case", National Research Institute of Police Science, Tokyo, Japan, December 7, 2000.

Duggar, A.S., De Forest, P.R., and Shaler, R.C., "Identification of Initial and Secondary Stains in Overlapping Bloodspatter Patterns", presented at the 53rd Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 19-24, 2001.

Quarino, L., Shaler, R.C., De Forest, P.R., and Kobilinsky, L., "The Measurement of Nociceptive Peptides for the Assessment of Acute and Chronic Pain in the Medicolegal Investigation of Violent Death." presented at the 53rd Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 19-24, 2001.

Diaczuk, P.J. and De Forest, P.R., "Evidence Falling Through the Cracks", Presented at the 27th Annual Meeting of NEAFS, Mt. Snow, VT, October 3-6, 2001.

De Forest, P.R., "The Perils of Item Focus Myopia in Forensic Investigations, Presented at the Third National Conference on Science and the Law – Emerging Trends: Scientific Evidence in the Courtroom, sponsored by the National Institute of Justice, Miami, FL, October 4-6, 2001.

De Forest, P.R., "Lessons to be Learned from Incidents Where the Evidence was Apparently not the Initial Focus of the Investigation," presented at The Sixth International Conference in Clinical Forensic Medicine of the World Police Medical Officers, Sydney, Australia, March 17 - 22, 2002

De Forest, P.R., "Education in Forensic Science," The Sixth International Conference in Clinical Forensic Medicine of the World Police Medical Officers, Sydney, Australia, March 17 - 22, 2002

De Forest, P.R., "Approaches to Complex Cases in Forensic Science," The University of Western Australia, Perth, March 24, 2002

De Forest, P.R., "The Forensic Scientist and Complex Case Solutions," The University of Western Australia, Perth, March 25, 2002

De Forest, P.R., "High Profile Cases and Public Perceptions of Forensic Science," The University of Technology, Sydney, Sydney, Australia, March 27, 2002

De Forest, P.R., "Front End Assessment in Complex Cases," The University of Technology, Sydney, Sydney, Australia, March 27, 2002

De Forest, P.R., "Voodoo Science by Default", Presented at the Fourth National Conference on Science and the Law – Emerging Trends: Scientific Evidence in the Courtroom, sponsored by the National Institute of Justice, Miami, FL, October 3-5, 2002.

De Forest, PR, "Dr. McCrone's Life of Science - Its Significance and Impact in Criminalistics from an Academic Perspective" Presented at the 55th Annual Meeting of the American Academy of Forensic Sciences, Chicago, IL, February 17 –22, 2003

Diaczuk, P., De Forest, PR, "The Soap Box Bullet Recovery System-Or the Soap Solution", Presented at the 55th Annual Meeting of the American Academy of Forensic Sciences, Chicago, IL, February 17 –22, 2003

De Forest, PR, and Lentini, JJ, "Reducing the Prevalence of Pseudoscientific Interpretations in Complex Physical Evidence Casework" Presented at the 55th Annual Meeting of the American Academy of Forensic Sciences, Chicago, IL, February 17 –22, 2003

De Forest, P.R., "Scientific Assessment of the Totality of the Physical Evidence", Keynote Address presented at the 32nd Annual Meeting of the Midwestern Association of Forensic Scientists, Columbus, OH, October 20-24, 2003.

Hietpas, J., Diaczuk, P., Speir, J., De Forest, PR, "Elucidating the Relative Dependence of Propellant Pattern-based Muzzle-to-Target Distance Determinations on Variables of Weapons and Ammunition," Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 16 –21, 2004.

De Forest, PR, "Future Crime Labs without Trace Evidence -- Dysfunctional Dystopias," Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 16 –21, 2004

De Forest, PR, "Private Consultants for the Prosecution - Are They Really Necessary?", Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 16 –21, 2004

De Forest, PR, "It May Have Two Sides, but it is the Same Coin", Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 16 –21, 2004

De Forest, P.R., "The Essential Role of Crystal Tests and Microchemical Approaches in Forensic Science Curricula", presented at Intermicro 2004, Chicago, IL, July 12-15, 2004

De Forest, P.R., "Forensic Science Begins at the Scene," Keynote lecture presented at the Integrated Evidence Management Conference, Dublin, Ireland, October 5-8, 2004

De Forest, P.R., "The Unfortunate (Though Imaginary) Generalist/Specialist Dichotomy and the Challenges of Modern Criminalistics", presented at the 104th Semi-Annual Seminar, California Association of Criminalists, Ventura, CA, October 25-29, 2004.

De Forest, P.R., "Lessons from the Early History of the Ventura County Sheriff's Crime Lab and Criminalistics in California" presented at the 104th Semi-Annual Seminar, California Association of Criminalists, Ventura, CA, October 25-29, 2004.

De Forest, P.R., "Physical Evidence - Who Should Define the Questions to be Addressed?", presented at the meeting of the American Society of Crime Laboratory Directors (ASCLD), San Diego, CA, November 10, 2004.

De Forest, P.R., "The Important Role of Classical Analytical Techniques in Modern Problem Solving Approaches in Non-Routine Cases", presented at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 21-26, 2005.

De Forest, P.R., "Forensic Science Education Program Accreditation Commission: Accreditation Standards", keynote lecture presented at the 37th Middle Atlantic Regional Meeting of the American Chemical Society, Busch Campus, Rutgers Univ., Piscataway, NJ, May 25, 2005.

Diaczuk, P.J. and De Forest, P.R., "Determination of Entry vs. Exit Bullet Holes in Garments Using Light Microscopy," presented at Inter/Micro-2005, Chicago, IL, July 11-15, 2005.

De Forest, P.R., "Role Definition and Teamwork in Crime Scene Reconstruction", presented at the 2005 Annual Training Conference, International Association of Bloodstain Pattern Analysts, Santa Barbara, CA, October 4-7, 2005.

De Forest, P.R., "The Evolution of Criminalistics: Fact vs. Fiction", presented at the 106th Semi-Annual Seminar, California Association of Criminalists, Los Angeles, CA, October 11-15, 2005.

De Forest, P.R., "Experience with and the Rationale for a Doctoral Program in Forensic Science", presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 20-25, 2006.

De Forest, P.R. and Bernstine, E.G., "What Drives Criminalistics Examinations?", presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 20-25, 2006.

Domzalski, A. and De Forest, P.R., "The Effects of Environmental Exposure on Human Scalp Hair Root Morphology", presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 20-25, 2006.

Bucht, R.E., Contreras, E., De Forest, P.R., and Pizzola, P.A., "Polarized Light Photography of Bloodstains on Dark Reflective Surfaces", presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 20-25, 2006.


## Consulting:

Consultant in criminalistics and physical evidence to police departments, prosecutor's offices, public defender's offices, and private attorneys on both civil and criminal cases in several states throughout the United States (expert testimony given in over 100 trials).

Scientist in Residence, Criminalistics, Metropolitan Forensic Anthropology Team (MFAT), Lehman College/CUNY (1980-1995).

Forensic Consultant, Forensic Science Laboratory, Connecticut State Police (1980-1989).

Program review and site visit, Forensic Science Program, University of Alabama, Birmingham, March 20 - 22, 1988.

Consultant to Robert Richter Productions, for the production of a **NOVA** Television Program on the Assassination of President John F. Kennedy, National Educational Television Network, 1987.

Consultant on forensic science and Kennedy assassination to St. Martin's Press, New York, NY, 1991.

Program review and site visit, MS in Forensic Science Program, University of Illinois, Chicago, April 29-30, 1999.

Member, three member international Peer Review Panel (PRP), Bloody Sunday Inquiry, (Oversight and interpretation of scientific evidence in the British Government's re-investigation of the shooting of marchers in Londonderry, Northern Ireland in January of 1972) since Nov. 1998.

Member External Review Committee, review of research grants on fingerprint development at the National Research Institute of Police Science, Tokyo, Japan, December 6, 2000.

Program review and site visit, MS in Forensic Science Program, California State University at Los Angeles, Los Angeles, October 22-25, 2001.

Program review and site visit, BS in Forensic Science Program, Eastern Kentucky University, Oct. 2003

Member, three member international Peer Review Panel (PRP), Omagh Bombing Investigation, (Oversight and interpretation of scientific evidence in the Police Service of Northern Ireland's (PSNI) investigation of a series of terrorist bombings) since November 2003.


## Consulting (Selected publicized cases with possible name recognition):

Consultation for Prosecutor's Office, Bergen County, New Jersey, in State v. Stephen Perry, the Murder of Deputy Rypka, 1979.

Consultation for Westchester County District Attorney in Peo. v. Jean Harris, 1980-81, ("*Scarsdale Diet Doctor" Case*).

Consultation and Testimony for Rockland County DA's Office in Peo. v. Sheryl Sohn, et al., 1981.

Consultation for Atty. Leonard Weinglass in Peo. v. Kathy  Boudin, 1982, (*Rockland  County  Brink's Armored  Car  Robbery  and  Homicide*).

Consultation and Testimony for Atty. William Kunstler in Peo. v. Larry Davis, 1986-88.

Consultation for New York County District Attorney, in Peo. v. Robert Chambers, 1987-88, ("*Preppie Murder" Case*).

Consultation and Testimony for Attys. Sagarin and Farver in State of CT. v. Richard  Crafts, 1987-89, ("*Wood  Chipper" Case*).

Consultation for New York County District Attorney, 1990, ("*Central Park Jogger" Case*).

Consultation and Grand Jury Testimony for Attorney General, State of New Jersey, in Teaneck Police Shooting, 1990.

Consultation and Testimony for Westchester County District Attorney in Peo. v. Carolyn Warmus, 1989, 1991-92, ("*Fatal Attraction" Case*).

Consultation for Atty. William Kunstler in Peo. v. El-Sayyid Nosair, 1991, (*Rabbi Meir Kahane Murder Case*).

Consultation and Grand Jury Testimony in New York County, for Attorney Allesi in Shooting of Jose "Kiko" Garcia, 1992, (*Washington Heights Police Shooting*).

Consultation and Testimony for Queens County District Attorney, in Peo. v. Patrick Bannon, Shooting of Police Officer Heidelberger, 1993.

Consultation and Testimony for New York County District Attorney, in Peo. v. David Degondea, the Shooting of Detective Luis Lopez, 1993-95.

Consultation and Grand Jury Testimony for New York County District  Attorney, in Transit Police Shooting ("Friendly Fire"), 1994 - 95.

Consultation for Los Angeles County District Attorney, in Peo. v.  O. J. Simpson, 1995.

Consultation for Mitchell, Silberberg & Knupp, in Fred Goldman, *et al.* v. O.J. Simpson, 1996.

Consultation for Haddon, Morgan, *et al.*, Denver, CO, in Colorado v. Kobe Bryant, 2004.


## Grants Received:

"A Novel Labeled Antibody Approach for Simultaneously Determining Several  Antigens", PSC-BHE Research Award Program of CUNY, 1979, ($8,000.00)

"A Labeled Antibody Approach for Simultaneously Determining Several Antigens in a Dried Bloodstain", National Institute of Justice, 1979, ($48,677), with Professor Rothchild.

"Field Sampling and Concentration of Volatile Accelerants from Arson Scenes, Factory Mutual Insurance, 1979, ($3,000), with Professor Charles Ryan.

"Individualization of Polymeric Trace Evidence -- Pyrolysis Supercritical Fluid Chromatography," National Institute of Justice, 1987, ($169,453.00).

"Identification of Wildlife Products by Pyrolysis Supercritical Fluid Chromatography", PSC-BHE Research Award Program of CUNY, 1988, ($6,286.00)

"Gunshot Residue Detection and Interpretation," National Institute of Justice, 1992, ($122,227.00).


## Miscellaneous:

Invited Guest, Meeting of the Board of Directors, American Society of Crime Laboratory Directors, FBI Academy, Quantico, VA, June 15-19, 1986.

Invited Guest, Meeting of the American Society of Crime Laboratory Directors, FBI Academy, Quantico, VA, September 14-19, 1986.

Judge, City Wide Science Fair, New York, April 6, 1987.

Invited Keynote Speaker for the 11th Australian and New Zealand International Symposium on the Forensic Sciences, Hobart, Tasmania, August 17-21, 1992.

Invited Speaker for National Meeting of Forensic Chemists, sponsored by National Research Institute of Police Science, Tokyo, Japan, October 19-20, 1993.

Presented the Plenary Lecture entitled "Optimization of the Integration of Science with Criminal Investigation" at the Joint Inaugural Session of The International Workshop on Forensic DNA Typing of Evidence Samples and the First Meeting of the Japanese Association of Science and Technology for Identification, Tokyo, Japan, December 12-13, 1995.

Presented three lectures on Trace Evidence and Crime Scene Investigation at the Forensic Science Laboratory, Dublin, Ireland, December 3-4, 1997.

Presented lecture on Forensic Science and Crime Scene Investigation for the Garda Siochana, Dublin, Ireland, December 4, 1997.

Presented lectures on Forensic Science and Trace Evidence, Lausanne, Switzerland, December 9-11, 1997.

COPY

Charles Whitehurst, Esq.

Dover, DE
(302) 674-0140
State of Delaware v. Fensterer
Case #:   C-27820528

Edward Greer, Esq.

Shreeveport, LA   71162
(318) 222-0202
State of LA v. Patrick Montague
Case #:   D-30830609

Henry F. Owens
Owens and Associates
Boston, MA   02108
(617) 723-2200
Eligha Pate v. Crowley et al.
Case #:   D-49830922

Robert Schwartz, Esq.
Attorney at Law
New York, NY
(212) 966-4290
Peo. v. Coddingham
Case #:   E-29840606

Sam Dawson, Esq.

Case #:   E-41840830

Ruth C. Balkin, Esq.
Sutter, Balkin, Marten & Regan
Mineola, NY   11501
(516) 747-5800
Peo. v. LaPinta and Crociata
Case #:   F-40850716

Jean Koh, Esq.
Legal Aid Society

(212) 349-3200
Peo. v. David Hernandez
Case #:   F-46850913

Frank Wagner, Esq.
Bergen County Public Def.

Case #:   F-47850916

Robert Schwartz, Esq.
Attorney at Law
Forest Hills, NY   11415
(718) 897-9400

Case #:   F-54851113

Ronald Rubenstein, Esq.
Attorney at Law
Kew Gardens, NY   11415
(718) 261-4030

Case #:   F-55851113

Henry Deutsch, Esq.
Legal Aid Soc., Brooklyn

Case #:   G-15860407

Molly Levan, Esq.

Rakestrau v. City of Meriden/Off. Hale
Case #:   G-28860609

Theodore W. Robinson, Esq.
Saltzman & Robinson
Jericho, NY   11753
(516) 334-6700
People v. John Restivo
Case #:   G-43860909

Michael Malkiewicz, Esq.
Barros, McNamara & Scanlon
Dover, DE   19901
(302) 734-8400
State of Delaware v. Coppock
Case #:   G-58861203

De Forest Case Testimony /19/2/10/ Page 2

William Kunstler, Esq.
Attorney at Law
New York, NY
**(212) 924-5661**
Peo. v. Larry Davis
Case #:   G-62861212

William Kunstler, Esq.
Attorney at Law
New York, NY
**(212) 924-5661**
Peo. v. Larry Davis
Case #:   G-62861212

Thomas Farver, Esq.
Hurwitz & Sagarin
Milford, CT  06460
**(203) 877-6071**
State of Conn. v. Richard Crafts
Case #:   H-11870302

Thomas Farver, Esq.
Hurwitz & Sagarin
Milford, CT  06460
**(203) 877-6071**
State of Conn. v. Richard Crafts
Case #:   H-11870302

Gene Porcaro, Esq
Manhattan DA
New York, NY  10013

Peo. v. Locurto
Case #:   H-15870325

Mary Rogers, Esq.
Atty. General RI
Providence, RI


Case #:   H-17870406

Atty. Lawrence Lapine
Bello, Lapine & Cassone
Stamford, CT   06905-0035
**(203) 348-4244**
Agostino v. Sears, Roebuck & Co.
Case #:   H-57871202

D. Michael Lawrence, Esq.
Office of the Public Def.
Salinas, CA 93901
**(405) 758-4621**
Peo. v. Billy Leo Briggs
Case #:   I-04880125

Barbara Piselli, Esq.
Office of the DA
Cambridge, MA 02141
**(617) 322-2020**
Comm. v. Michael Aucella
Case #:   I-12880224

David Schafer, Esq.
Federal Public Defender
Trenton, NJ
**(609) 757-5341**
U.S. v. Malcomb Donnely
Case #:   I-19880411

Gerald Geiger, Esq.
Mervine, Brown, et al.
Stroudsburg, PA  18360
**(717) 421-9090**
Comm. of Penn. v. Andrew Muldowney
Case #:   I-21880415

Warren Murray, Esq.
Manhattan DA
New York, NY  10013
**(212) 553-9156**
Peo. v. Victor Ruiz/ Ind. #: 1441/86
Case #:   I-23880425

Janet Dreifuss
Zane and Rudofsky
New York, NY 10020
**(212) 245-2222**
State Liquor Authority v. J. J. Cabaret
Case #:   I-37880725

Thomas Merrigan, Esq.
Attorney at Law
Greenfield, MA  01301
**(413) 774-2867**
Comm. of Mass. v. Martino/No. 88-3349
Case #:   I-42880902

De Forest Case Testimony /19/2/10/ Page 3

Steven Schwartz, Esq.
Kings Co. DA
Brooklyn, NY    11201
**(718) 802-2250**

Case #:    I-54881024

Bob Reardon, Esq.
 The Reardon Law Firm
New London, CT  06320
**(203) 442-0444**
Stevens and Gallo v. New Haven
Case #:    I-65881208

Jordan Fox, Esq.
Kings Co. DA
Brooklyn, NY    11201
**(718) 802-2446**
Peo. v. Ernesterl Medina
Case #:    J-02890105

Kevin Fee, Esq.
Manhattan DA
New York, NY  10013
**(212) 553-3962**
Peo. v. Raymond D. Tse Ind.#:11400/88
Case #:    J-08890113

William S. Houser, Esq.
Attorney at Law
Mount Holly, NJ  08060
**(609) 267-9600**
State v. Karl Davis
Case #:    J-27890421

Rob Carr, Esq.
Wagner, Cunningham, et al.
Tampa, FL  33602
**(813) 223-7421**
Bailey v. City of Tampa
Case #:    J-40890323

Grady F. Tollison, Esq.
Tollison & Alexander, P.A.
Oxford, MS  38655
**(601) 234-7070**
State of Mississippi v. David S. Manker
Case #:    J-50890927

John H. Trevena, Esq.
John H. Trevena, P.A.
Clearwater, FL   34616
**(813) 539-7760**
State of Florida v Daniel Michael
Case #:    J-57891027

Jim McCarty, Esq.
Westchester Co. DA
White Plains, NY   10601
**(914) 285-3370**
Peo. v. Carolyn Warmus
Case #:    J-69890116

David Grossman, Esq.
David B. Grossman, P.C.
Mineola, NY  11501
**(516) 742-5617**
Peo. v. Robert Golub
Case #:    K-02900109

I. Richard Jacobs, Esq.
Attorney at Law
Miami, FL  33130
**(305) 373-5591**
Chin v. Sweikata
Case #:    K-18900312

Eugene Nathanson, Esq.
Attorney at Law
Brooklyn, NY  11201
**(212) 608-6771**
Peo. v. Christopher Livingston/
Case #:    K-24900405

Dennis Calo, Esq.
Bergen Co. Prosector's Off.
Hackensack, NJ   07601-7681
**(201) 646-2408**
Death of Phillip Pannell/ Teaneck, NJ
Case #:    K-28900413

George Bolen, Esq.
Westchester Co. DA
White Plains, NY  10601
**(914) 285-3311**
Peo. v. Jeffrey Deskovic/ 90-192
Case #:    K-29900416

De Forest Case Testimony /19/2/10/ Page 4

A. Kirke Bartley, Esq.
Queens DA's Office
Kew Gardens, NY  11415
**(718) 520-5730**
Inv. Death of Joseph Jones
Case #:    K-48900914

Julia McClure, Esq.
Middlesex Co. Prosecutor
New Brunswick, NJ  08903-0071
**(908) 745-4181**
State v. Curtis Lambert
Case #:    K-52900926

Gary Neil Asteak, Esq.
Attorney at Law
Easton, PA  18042
**(215) 258-2901**
Comm. of Penna. v. Scott Douglas
Case #:    K-59901010

Barry Lee Smith, Esq.
Attorney at Law
Warren, PA 16365
**(814) 726-2460**
Comm. of PA v. Jay William Buckley
Case #:    K-72901214

John A. Brogan, Esq.
Walder, Sondak, Berkeley & Brogan
Roseland, NJ  07068-1777
**(201) 464-5122**
State of NJ v. Gerald Scher/S-1370-90
Case #:    K-74901218

Elizabeth Smith,  Esq.
Attorney at Law
Morristown, NJ  07960
**(201) 538-2203**
State of NJ  Daniel Bias
Case #:    L-49910701

Elizabeth Smith,  Esq.
Attorney at Law
Morristown, NJ  07960
**(201) 538-2203**
State of NJ  Daniel Bias
Case #:    L-49910701

Michael J. Rogers, Esq.
McDonald, Rogers, and Rizzolo
Somerville, NJ  08876
**(908) 722-4100**
State v. De Marco/ Ind. #: 91-0134-I
Case #:    L-56910809

Eric Kleiner, Esq.
for Public Defender
Hackensack, NJ  07601
**(201) 525-1717**
State of NJ v. Josh Pompey/S-1594-89
Case #:    L-58910812

Richard Verchick, Esq.
Attorney at Law
New York, NY  10013
**(212) 274-9765**
Peo. v. Benjamin Williams Ind.#:
Case #:    L-70911023

Michael K. Courtney, Esq.
Public Defender
Danbury, CT  06810
**(203) 797-4405**
State of CT v.  Clayton Harrison
Case #:    L-78911126

James McCarty, Esq
Westchester Co. DA
White Plains, NY  10601
**(914) 285-3370**
Peo. v. Carolyn Warmus
Case #:    M-05920124

Inv. Ron Taggart
Rockland DA's Office
New City, NY  10956
**(914) 638-5020**
Peo. v. Patrick Bentz
Case #:    M-14920224

Inv. Ron Taggart
Rockland DA's Office
New City, NY  10956
**(914) 638-5020**
Peo. v. Charles Hemstreet
Case #:    M-14920224

De Forest Case Testimony /19/2/10/ Page 5

David Oh, Esq.
Attorney at Law
Philadelphia, PA   19143
**(215) 472-4412**
Commonwealth of PA v. Han Tak Lee
Case #:   M-15920225

Matt Semel, Esq.
Legal Aid Society
Bronx, NY 10451
**(212) 579-3053**
Peo. v. Julio Fernandez
Case #:   M-40920618

Santo Allesi, Esq.
Attorney at Law
Bronx, NY 10451
**(718) 292-3100**
Death of Jose Garcia
Case #:   M-46920708

William C. Devinney, Esq.
Attorney at Law
Oklahoma City, OK   73106
**(405) 521-9600**
State of OK v.  Adolph Honel Munson, Jr.
Case #:   M-50920730

ADA Tim Franczyk, Esq.
Erie County District Atty
Buffalo, NY  14202-3903
**(716) 858-2515**
Shooting of Gregory Johnson by PO
Case #:   M-73921030

M. Terry Clark, Esq.
Lowery & Lowery, P.C.
Denver, CO  80202
**(303) 296-1456**
Death of Lawrence Ocrant
Case #:   N-02930112

Kathleen Gahles, Esq.
Attorney at Law
Neshanic Station, NJ   08853
**(908) 369-5621**
St. v. Lorenzo
Case #:   N-21930303

William Greenbaum, Esq.
Manhattan DA's Office
New York, NY   10013
**(212) 335-4066**
Peo. v. David Degondea
Case #:   N-26930331

James McCarty, Esq.
West. Co. District Attorney
White Plains, NY  10601
**(914) 593-5600**
Peo. v. Joseph Ricco
Case #:   N-50930708

Kirke Bartley, Esq.
Queens DA's Office
Kew Gardens, NY   11415-1568
**(718) 262-3945**
Peo. v. Patrick Bannon
Case #:   N-61930823

Miguel Conde, Esq.
Neighborhood Def Sv Haarl
New York, NY   10028
**(212) 876-5500**
Peo. v. Joy Ford
Case #:   N-65930921

Bonnie Mussman, Esq.
Asst. Corporation Counsel
New York, NY  10007
**(212) 788-0887**
Bobby Miller v. City of New York
Case #:   N-72931101

William F. Lamb, Esq
Middlesex Co. Prosecutor
New Brunswick, NJ   08903-0071
**(908) 745-3044**
State of NJ v. Richard Chippero
Case #:   O-04940122

Jay J. Blumberg, Esq.
 George, Korin, Quattrone, &
Woodbury, NJ  08096
**(609) 848-7472**
State of NJ v. Edward Perez
Case #:   O-10940208

De Forest Case Testimony /19/2/10/ Page 6

Herbert I. Waldman, Esq.
Attorney at Law
West Orange, NJ  07052
**(201) 736-7500**
State of NJ v.  Robert Stewart
Case #:   O-42940524

Vincent DeMarte, Esq.
West. Co. Legal Aid Soc.
White Plains, NY  10601
**(914) 286-3451**
Peo. v. Tony Johnson
Case #:   O-45940614

James Swaine, Esq.
Morrison & Swaine
New Haven, CT  06510
**(203) 498-0086**
State of CT v. Jeffrey Dontigney
Case #:   O-49940704

Nancy Ryan, Esq.
Manhattan DA's Office
New York, NY  10013
**(212) 335-9215**
Transit Police Shooting
Case #:   O-62940909

Stephen Moore, Esq.
Rockland Co. DA
New City, NY  10956
**(914) 638-5001**
Shooting  Investigation
Case #:   O-67940930

David Dikman, Esq.
Queens Co. DA's Office
Kew Gardens, NY  11415
**(718) 286-6155**
Shooting of Jason Nichols
Case #:   O-72941025

Alysoun B. Powell, Esq.
Office of Public Defender
West Palm Beach, FL  33401
**(407) 355-7707**
State of FL v. Antonio Verdejo
Case #:   O-81941105

Miles Gerety, Esq.
Office of Public Defender
Bridgeport, CT  06604
**(203) 579-6501**
State of CT v. Rita Holmes
Case #:   O-88941202

Monte Radler, Esq.
Public Defender's Office
Stamford, CT  06905
**(203) 965-5243**
State of CT v. Sam Ray Battle
Case #:   P-10950220

Phyllis Mingione, Esq.
Attorney at Law
New York, NY  10013
**(212) 964-7650**
Peo. v. Michael Journet
Case #:   P-14950310

Pamela Brause, Esq.
Attorney at Law
Metuchen, NJ  08840
**(908) 494-6556**
State v. John Chew
Case #:   P-16950312

Terri Teitelbaum, Esq.
Pepper, Hamilton&Scheetz
Philadelphia, PA  19103
**(215) 981-4081**
Christopher Goodman v. Challenger Int.,
Case #:   P-30950425

Joseph Govlick, Esq.

East Orange, NJ  07017
**(201) 677-9000**
Figueroa v. State of New Jersey
Case #:   P-66950907

Philip T. McLaughlin, Esq.
McLaughlin, Hemeon&Lahey
Laconia, NH  03248-2888
**(603) 524-4404**
State of NH v. David Gates
Case #:   P-78951107

De Forest Case Testimony /19/2/10/ Page 7

Philip T. McLaughlin, Esq.
McLaughlin, Hemeon&Lahey
Laconia, NH   03248-2888
**(603) 524-4404**
State of NH v. David Gates
Case #:    P-78951107

Edward M. Medvene, Esq.
Mitchell, Silberberg&Knupp
Los Angeles, CA   90064-1683
**(310) 312-3115**
Fred Goldman, et al. v. O.J. Simpson
Case #:    Q-02960118

Robert Corbin, Esq.
Middlesex Co. Prosecutor
New Brunswick, NJ   08903-0071
**(908) 745-3330**
State of NJ v. Michael Behn
Case #:    Q-10960304

Richard F. Luxemburg, Esq.
Orange Cty. District Atty.
Goshen, NY   10924-1627
**(914) 294-5471**
Peo. v. Jose Fitzgerald/ dec. is Golden
Case #:    Q-28960517

Jerry Keene, Esq.
Tioga County DA's Office
Waverly, NY 14892
**(607) 565-8283**
Peo. v. Francis Strasser
Case #:    Q-31960602

Donald Levin, Esq.
District Atty., Bronx Co.
Bronx, NY   10451
**(718) 590-2051**
Death of Nathaniel Gaines
Case #:    Q-37960716

Donald Levin, Esq.
District Atty., Bronx Co.
Bronx, NY   10451
**(718) 590-2051**
Death of Nathaniel Gaines
Case #:    Q-37960716

Donald Levin, Esq.
District Atty., Bronx Co.
Bronx, NY   10451
**(718) 590-2051**
Death of Nathaniel Gaines
Case #:    Q-37960716

Elizabeth Smith,  Esq.
Attorney at Law
Morristown, NJ   07960
**(201) 538-2203**
State of NJ   Daniel Bias
Case #:    Q-45960726

Arthur Cheslock, Esq.
Attorney at Law
Baltimore, MD   21202
**(410) 962-8580**
State of MD v. Richard Nicolas
Case #:    Q-54960829

Det. Sgt. Nanni
Binghamton Police Dept. Department
Binghamton, NY  13901-3776
**(607) 772-7081**
Peo. v. Thomas L. Richardson
Case #:    Q-60960911

Michael A. Coluzza, Esq.
Oneida Co. DA's Office/ CH
Utica, NY  13501
**(315) 798-5766**
Peo. v. Neil T. Barnes
Case #:    Q-65960927

Fred B. Last, Esq.
Gloucester Co. Public Def.
Woodbury, NJ  08096
**(856) 853-4188**
State of NJ v. Luis Cruz
Case #:    Q-77961101

Rhonnie Jaus, Esq.
District Atty, Kings Cnty
Brooklyn, NY  11201
**(718) 250-3174**
Peo. v. James Webb
Case #:    Q-85961209

Gilbert Murrah, Esq.
Gilbert Murrah, P.C.
Bainbridge, GA  31718
**(912) 246-3391**
St. of GA v. Willie Goodson/ 94-CR-256
Case #:    R-08970127

Elaine Yacyshyn, Esq.
Rockland DA's Office
New City, NY  10956
**(914) 638-5031**
Peo. v. Patrick Bentz
Case #:    R-18970317

Kerry J. O'Connell, Esq.
Manhattan DA's Office
New York, NY  10013
**(212) 335-4336**
Peo. v. Scott Schneiderman
Case #:    R-41970520

Michael Levy, Esq.
United States Attys Office
Washington, DC  20001
**(202) 616-3318**
U.S. v. Carlos Goodall
Case #:    R-50970701

Franklyn Gould, Esq.
Gould, Reimer & Gottfreid
New York, NY  10279
**(212) 267-2600**
Peo. v. Anthony Donato
Case #:    R-56970730

Michael Eaton, Esq.
Rockland DA's Office
New City, NY  10956
**(914) 638-5079**
Peo. v. Charles Hemstreet
Case #:    R-65971118

Robert M. Simels, Esq.
Robert M. Simels, P.C.
New York, NY  10016
**(212) 679-8700**
Darryl Barnes v. NYC and Frantz Jerome
Case #:    S-07980217

John Bruzek
Ofc. State Public Defender
Cedar Rapids, IA  52401-1806
**(319) 398-3690**
State of IA v. Watson JNFECR 1891
Case #:    S-13980306

Robert V. Magrino, Esq.
Rockland Co. DA's Office
New City, NY  10956
**(914) 638-5059**
v. Beatriz Alvarez?/ s. Vinicio
Case #:    S-35980711

Alvarene N. Owens, Esq.
Attorney at Law
Dayton, OH  45406
**(937) 275-6842**
Michael Johnson, et al. v. City of Dayton
Case #:    T-08990222

Lawrence E. Long, Esq.
Office of the Atty. General
Pierre, SD  57501-5070
**(605) 773-3215**
State of SD v. LeRoy Anderson
Case #:    T-11990304

William J. Farley, Esq.
Attorney at Law
Manasquan, NJ  08736
**(732) 223-2626**
State of NJ v. Sylvia Flynn
Case #:    T-17990329

John L. Stainthorp, Esq.
People's Law Office
Chicago, IL  60622
**(773) 235-0070**
Peo. v. Larry Mack
Case #:    T-26990603

Jeffrey Glucksman, Esq.
ADA, IAD, Bx Co. DA's Ofc.
Bronx, NY  10451
**(718) 590-2051**
Shooting of Dante Johnson/PO M.
Case #:    T-51991015

De Forest Case Testimony /19/2/10/ Page 9

Jeffrey Glucksman, Esq.
ADA, IAD, Bx Co. DA's Ofc.
Bronx, NY  10451
**(718) 590-2051**
Shooting of Dante Johnson/PO M.
Case #:      T-51991015

Robert F. Field, Esq.
Office of the Public Def.
Danbury, CT  06810
**(203) 207-8650**
State of CT v. Randall Saunders
Case #:      T-56991105

Roger J. Bernstein, Esq.
Attorney at Law
New York, NY  10019
**(212) 246-1880**
Saleh Hamdan/ Docket # 99-1450
Case #:      U-01000103

Sam Angell, Esq.
Federal Defender
Philadelphia, PA   19106
**(215) 928-0520**
Comm. of PA v. Dennis L. Miller
Case #:      U-06000202

Kimball H.  Hunt, Esq.
Hunt Leibert Chester & J....
Hartford, CT   06106-4626
**(860) 246-5889**
McPherson v. Perrone, et al.
Case #:      U-24000412

James M. Doyle, Esq.
Carney and Bassil
Boston, MA  02116
**(617) 338-5566**
Commonwealth of MA v. Louis King
Case #:      U-72001121

Adam S. Kreuzer, Esq.
Meyer, Kreuzer & Esp
Wheaton, IL  60187
**(630) 871-1002**
Whiting v. Hyundai Motor America, et
Case #:      U-73001124

Eileen D. Agnes, Esq.
Law Ofc. of Eileen D. Agnes
Framingham, MA  01702
**(888) 545-7641**
Comm. of MA v. David Allen Jones
Case #:      V-04010108

Martin F. Murphy, Esq.
Bingham Dana LLP
Boston, MA   02110-1726
**(617) 951-8877**
Comm. v. Dirk K. Greineder
Case #:      V-18010404

Richard P. Silverstein, Esq.
Law Offc of Richard P. Silverstein
New Haven, CT  06510
**(203) 865-3309**
State of CT v. Kenneth Boykin
Case #:      V-30010618

James W. Hill, Esq.
Dutchess Co. Pub. Def.
Poughkeepsie, NY  12601
**(845) 486-2277**
Peo. v. Koba Peradze, Ind. #50/01
Case #:      V-31010621

Michelle Labrada, Esq.
Office of Pub. Defender
New Brunswick, NJ  08901
**(732) 937-6400**
State of NJ v. Theodore Susik
Case #:      V-32010627

Ernest Bergman, Esq.
Middlesex Co. Prosecutor
New Brunswick, NJ  08903-0071
**(732) 745-3042**
State of NJ v. Richard Chippero
Case #:      V-52011012

Howard S. Weiner, Esq.
Attorney at Law
New York, NY  10016
**(212) 683-8000**
U.S. v. Westley Paloscio
Case #:      W-16020228

Fred B. Last, Esq.
Gloucester Co. Public Def.
Woodbury, NJ  08096
**(856) 853-4188**
State of NJ v. Luis Cruz
Case #:     W-45020906

Stephen M. Reck, Esq.
Trebisacci & Reck, L.L.C.
Pawcatuck, CT  06379
**(860) 599-4000**
Death of Paula Kalosky
Case #:     W-65021114

Robert M. Simels, Esq.
Robert M. Simels, P.C.
New York, NY  10128
**(212) 369-3900**
Darryl Barnes v. NYC and Frantz Jerome
Case #:     W-71021202

Paul Casteleiro, Esq.
Centurion  Ministries
Princeton, NJ  08542
**(201) 656-1696**
John Kogut/ (Restivo)
Case #:     W-75021209

Neil F. Freund, Esq.
FREUND, FREEZE & ARNOLD
Dayton, OH  45402
**(937) 222-2424**
Brunson v. City of Dayton
Case #:     X-09030130

Arnold V. Amore, Esq.
Attorney at Law, L.L.C.
Naugatuck, CT  06770
**(203) 624-5400**
Norman Higgins v. Warden
Case #:     X-20030325

Arnold V. Amore, Esq.
Attorney at Law, L.L.C.
Naugatuck, CT  06770
**(203) 624-5400**
Norman Higgins v. Warden
Case #:     X-20030325

John P. Wolfstaetter, Esq.
DA's Office NY Cnty, TB 60
New York, NY  10013
**(212) 335-4061**
Peo. v. Edgar Ortega
Case #:     X-36030529

Richard C. Neuhoff, Esq.
Attorney at Law
New Britain, CT  06051
**(860) 229-0433**
Henry Earl Duncan v. Warden of SQ
Case #:     X-37030611

Jared J. Hatcliffe, Esq.
Law Department, NYC
Jamaica, NY  11435-3710
**(718) 206-4708**
Mathew Adessa v. The City of New York
Case #:     Y-01040108

Benjamin Gainer, Esq.
Legal Aid Soc., Crim. Df.Dv.
Bronx, NY  10451
**(718) 579-3045**
Peo. v. Luis Gonzalez/ Ind. #: 047/2002
Case #:     Y-12040215

Karen A. Goodrow, Esq.
Public Defender
, CT  06066
**(860) 870-3281**
State (Warden) v. Ralph Birch
Case #:     Y-36040601

Celeste Bacchi, Esq.
Cap. Cllat'l Regn'l Counsl S
Fort Lauderdale, FL  33301
**(954) 713-1284**
St.of FL v. Charles
Case #:     Y-55040921

David J. Byrne, Esq.
Orange County District Aty
Goshen, NY  10924-1627
**(845) 291-2050**
Peo. v. Christopher Rhodes
Case #:     Z-03050204

De Forest Case Testimony /19/2/10/ Page 11

Sebastian O. DeSantis, Esq.
Sabilia & DeSantis, LLC
New London, CT 06320
**(866) 346-0144**
Paul Coney v. Warden, CV04-4395
Case #:    Z-30050802

Neil J. Casey, Esq.
Pros. Offc. Middlesex Co.
New Brunswick, NJ  08901
**(732) 745-3342**
State of NJ v. Michael Behn
Case #:    Z-34050819

William R. Schipul, Esq.
Office of the Pub. Defender
Bridgeport, CT  06604
**(203) 579-6501**
State of CT v. Tiffany Brown
Case #:    Z-35050831

Paul Casteleiro, Esq.
Centurion Ministries

**(201) 656-1696**
John Kogut/ (Restivo)
Case #:    Z-39050922

Andrea Goldbarg, Esq.
US Attorney's Office
Brooklyn, NY  11201
**(718) 254-7578**
United States v. Amato (Locurto)
Case #:    Ia-24060508

Raymond C. Volper, Esq.
First Senior Counsel/LAS
White Plains, NY  10601-2352
**(914) 286-3425**
Peo. v. Juan Martinez
Case #:    Ia-33060707

Leonard Sharon, Esq.
Sharon, Leary & DeTroy
Auburn, ME  04212
**(207) 782-3275**
Daniel Roberts
Case #:    Ia-42060926

Whitney G. Fisher, Esq.
Mandelbaum Salzburg
West Orange, NJ  07052-4204
**(973) 736-4600**
William Crooms/ Card II
Case #:    Ib-19070321

James Goward, Esq.
Bronx DA's Office
Bronx, NY  10451
**(718) 590-6602**
Police Involved Shooting Investigation
Case #:    Ib-31070606

John Stainthorp, Esq.
People's Law Office
Chicago, IL  60622
**(773) 235-0070**
Zolo Agona Azania
Case #:    Ic-02080107

Michael A. Fitzpatrick, Esq.
Atty. at Law/ParkCtyPlaza
Bridgeport, CT 06604
**(203) 334-4653**
State of CT v. Angelo Ciullo
Case #:    Ic-34080716

James Goward, Esq.
Bronx DA's Office
Bronx, NY  10451
**(718) 838-7182**
Peo. v. Rafael Lora/ Ind. #: 4560/07
Case #:    Id-05090113

Kim Stout, Esq.
Fed. Pub. Def./ Cap Habeas
Phoenix, AZ  85007-2730
**(602) 382-2775**
Anthony C. Apanonvitch
Case #:    Id-07090213

## Testimony After Original Database Was No Longer Supported

| Case # | Caption | Attorney | Date | |
|--------|---------|----------|------|---|
| lc-34080716 | CT v. Pasquale and Angelo Ciullo | Edward J. Gavin, Esq. | 4-Feb-10 | Trial/CT |
| ld-39091016 | Maurice Blackwell v. Warden, CV06-400097 | Melissa Toddy, Esq. | 15-Jul-10 | Hearing/CT |
| e-21100610 | James Hilton v. Warden | David B. Rozwaski, Esq. | 21-Dec-11 | Hearing/CT |
| e-34101102 | Michael Holbrook v. Warden | Michael D. Day, Esq. | 22-Dec-10 | Hearing/CT |
| e-34101102 | Michael Holbrook v. Warden | Michael D. Day, Esq. | 29-Jul-11 | Hearing/CT |
| e-37101217 | Death of Gonzalo Guizan | Morgan Paul Rueckert, Esq. | 25-Jul-11 | Deposition |
| e-38101221 | People v. Seeber (Saratoga County) | Benjamin Ostrer, Esq. | 20-May-11 | Hearing/NY |
| e-39101221 | State v. Kevin P. Campbell | Christopher M. Cosgrove, Esq. | 25-Jan-12 | Trial/CT |