JOHN T. FRENCH                                    April 29, 2011

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------)
JOHN KOGUT,                      )
               Plaintiff,        )
          vs.                    )   CV-06-6695
THE COUNTY OF NASSAU, POLICE     )
COMMISSIONER DONALD KANE,        )
POLICE COMMISSIONER WILLIAM      )
J. WILLET (2005), POLICE         )
COMMISSIONER JAMES LAWRENCE,     )
DETECTIVE SEAN SPILLANE          )
(HEAD OF HOMICIDE 1985),         )
DETECTIVE DENNIS FARRELL         )
(HEAD OF HOMICIDE 2005),         )
DETECTIVE JOSEPH VOLPE,          )
DETECTIVE ROBERT DEMPSEY,        )
DETECTIVE ALBERT MARTINO,        )
DETECTIVE WANE BIRDSALL,         )
DETECTIVE MILTON G. GRUBER,      )
DETECTIVE CHARLES FRAAS,         )
DETECTIVE FRANK SIRIANNI,        )
DETECTIVE HARRY WALTMAN,         )
P.O., MICHAEL CONNAUGHTON,       )
P.O., WILLIAM DIEHL and          )
JOHN DOES 1-5,                   )
               Defendants.       )
-----------------------------)

     (Caption continues on next page.)



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                                    April 29, 2011

                                                               2

 1
 2      JOHN RESTIVO, DENNIS HALSTEAD,)
        MELISSA LULLO, JASON HALSTEAD,)
 3      HEATHER HALSTEAD and TAYLOR   )
        HALSTEAD,                     )
 4                    Plaintiffs,     )
                  vs.                 ) CV-06-6720
 5      NASSAU COUNTY; JOSEPH VOLPE,  )
        in his individual capacity;   )
 6      ROBERT DEMPSEY, in his        )
        individual capacity; FRANK    )
 7      SIRIANNI, in his individual   )
        capacity; MILTON GRUBER, in   )
 8      his individual capacity; HARRY)
        WALTMAN, in his individual    )
 9      capacity; ALBERT MARTINO, in  )
        his individual capacity;      )
10      CHARLIE FRAAS, in his         )
        individual capacity;          )
11      THOMAS ALLEN, in his          )
        individual capacity; RICHARD  )
12      BRUSA, in his individual      )
        capacity; VINCENT DONNELLY,   )
13      in his individual capacity;   )
        MICHAEL CONNAUGHTON, in his   )
14      individual capacity; WAYNE    )
        BIRDSALL, in his individual   )
15      capacity; WILLIAM DIEHL, in   )
        his individual capacity;      )
16      JACK SHARKEY, in his          )
        individual capacity; DANIEL   )
17      PERRINO, in his individual    )
        capacity; ANTHONY KOZIER, in  )
18      his individual capacity;      )
        DETECTIVE SERGEANT CAMPBELL   )
19      (SHIELD #48), in his          )
        individual capacity; SEAN     )
20      SPILLANE, in his individual   )
        capacity; and RICHARD ROE     )
21      SUPERVISORS #1-10, in his     )
        individual capacity.          )
22                    Defendants.     )
        ----------------------------)
23
24
25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

3

1

2          DEPOSITION of JOHN T. FRENCH in the

3    above-entitled matter, held at the offices of

4    Grandinette & Serio LLP, 114 Old Country Road,

5    Mineola, New York, before Helga Christiane

6    Lavan, a Notary Public of the State of New

7    York.

8

9                          April 29, 2011

10                         114 Old Country Road

11                         Mineola, New York

12                         10:05 a.m.

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                                    April 29, 2011

4

1

2    A P P E A R A N C E S:

3

     GRANDINETTE & SERIO, LLP
4    Attorneys for Plaintiff-John Kogut
     114 Old Country Road
5    Mineola, New York 11501

6        BY:  ANTHONY GRANDINETTE, ESQ.

7

8    NEUFELD, SCHECK & BRUSTIN, LLP
     Attorneys for Plaintiffs-John Restivo, Dennis
9    Halstead, Melissa Lullo, Jason Halstead,
     Heather Halstead and Taylor Halstead
10   99 Hudson Street
     New York, New York 10013

11

         BY:  DEBORAH CORNWALL, ESQ.
12

13

     LORNA B. GOODMAN
14   Nassau County Attorney
     One West Street
15   Mineola, New York 11501

16       BY:  MICHAEL J. FERGUSON, ESQ.
              Deputy County Attorney
17

18

     ALSO PRESENT:
19
     NADJIA LIMANI, Esq.
20

21

22

23

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

5

1                    J. French

2             (Whereupon, Exhibits 265 through 270

3    were marked for identification.)

4             Whereupon,

5                  JOHN T. FRENCH,

6    after having been first duly sworn, was

7    examined and testified as follows:

8    EXAMINATION BY

9    MS. CORNWALL:

10        Q.  Good morning, Mr. French.

11        A.  Good morning.

12        Q.  We met off the record.  My name is

13   Deborah Cornwall.  I'm a lawyer for two of

14   three plaintiffs in this civil lawsuit against

15   Nassau County.  I represent John Restivo and

16   Dennis Halstead.

17            I believe you've met Mr. Ferguson

18   before today, right?

19        A.  Yeah.

20        Q.  You just met Ms. Limani who also

21   represents Nassau County and individual police

22   officers, civil defendants in the case.

23            Have you ever had your deposition

24   taken like this before?

25        A.  No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

6

J. French

1

2      Q.   I'm going to ask you some questions.

3   I'll ask you to answer to the best of your

4   memory.  If any of my questions are unclear or

5   confusing, let me know and I'll rephrase it.

6   If you want to take a break at any time just

7   let us know.

8      A.   Okay.

9      Q.   After I've finished questioning --

10   well, first, during my questioning you may

11   hear objections from counsel on the other

12   side.  Because there's no judge here to rule

13   on those objections, they go into the record.

14   You can answer the question and the judge can

15   sort out those issues later on.

16      A.   Okay.

17      Q.   Then Mr. Ferguson or Ms. Limani will

18   have a chance to ask you questions when I'm

19   through and we'll try to get you out of here

20   as quickly as we can.  I know you have other

21   plans.

22      A.   Thank you.

23      Q.   Let's start by putting your full name

24   into the record.

25      A.   John Thomas French.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

7

1                    J. French
2      Q.   Where do you live?
3      A.   224 -- 364 Vincent Avenue in
4   Malverne -- Lynbrook, New York.
5      Q.   You live in Lynbrook?
6      A.   I live in Lynbrook.  I also have a
7   mailing address in Malverne as well which is
8   my mom's house.
9      Q.   Where did you go to high school?
10     A.   Malverne High School.
11     Q.   Did you graduate?
12     A.   Yes.
13     Q.   When did you graduate?
14     A.   1981.
15     Q.   Did you go to school after then?
16     A.   I had gone to Nassau Community
17   College night school going for my associates
18   which I got about 30 credits.  So I never
19   finished that.
20     Q.   What do you do for a living now?
21     A.   I'm in Local 3.  I'm an alarm service
22   technician, I do fire and burglary.
23     Q.   For --
24     A.   For A.D.T.
25     Q.   Do you know what A.D.T. stands for?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

8

J. French

1
2      A.   American District Telegraph.
3      Q.   Of course you do.
4      A.   1874 is when they started.
5      Q.   When did you start with them?
6      A.   About 15 years ago.  1996.
7      Q.   I would like to take you back to
8    November of 1984.
9      A.   Okay.
10     Q.   First of all, how old are you now?
11     A.   I'm 47 now.
12     Q.   What year why you born?
13     A.   1963.
14     Q.   So we could do the math.  But how old
15   were you as of November of 1984?
16     A.   Well, if you want to do the math --
17   21 years old.  Approximately 21.
18     Q.   Close enough.  Where were you living
19   in November of '84?
20     A.   On Broadway in Malverne.
21     Q.   Who were you living with there?
22     A.   With my mom and my sisters.
23     Q.   Which sisters?
24     A.   Lisa and Lori.
25     Q.   And what's the birth order?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

9

1                    J. French
2         A.   I'm the oldest and my sister Lisa is
3    a year younger and my sister Lori is
4    approximately four, five years younger than
5    me.
6         Q.   So they were in their late teens
7    around this time?
8         A.   Correct.
9         Q.   And did you work at that time?
10        A.   Yes.
11        Q.   What did you do?
12        A.   I was a -- the head of a shipping
13   department at Lemarc Watch Company in
14   Malverne.
15        Q.   That was a supervisor kind of
16   position?
17        A.   I wasn't supervisor.  I ran the
18   shipping department.  I wasn't really
19   supervising.  There was a manager above me.
20   But...
21        Q.   Did you own a car in November of
22   1984?
23        A.   Yes.
24        Q.   What kind of car did you have?
25        A.   A 1971 Oldsmobile Delta 88.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

10

J. French

1
2      Q.   You have a very good memory.   You
3  know specifically?
4      A.   I love my vehicles.
5      Q.   Okay.   Was that your first car?
6      A.   No.
7      Q.   Was it the first one you had ever
8  bought?
9      A.   No.
10      Q.   You said a '71 Oldsmobile Delta 88?
11      A.   Correct.
12      Q.   What color was it?
13      A.   Gold.
14      Q.   And do you recall when you bought the
15  car?
16      A.   Don't remember exactly when I bought
17  it, no.
18      Q.   But you know you had it as of
19  November '84?
20      A.   Yes.
21      Q.   Do you recall how much you bought it
22  for?
23      A.   No.
24      Q.   Okay.
25      A.   I know I bought it off my friend's



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

11

1               J. French

2    father who was a police chief.  That's all I

3    remember.

4        Q.  Where was he police chief?

5        A.  I believe -- I forgot.  I totally

6    forgot.  Haven't seen him in years.

7        Q.  What was your friend's name?

8        A.  Bill Kniffing.  K-N-I-F-F-I-N-G.  One

9    or two Fs, I'm not sure.

10       Q.  Thank you.

11           Did you take good care of that car?

12       A.  Absolutely.

13       Q.  And how did you care for it?

14       A.  I always made sure the oil was

15   changed.  I washed it, cleaned it.  I love my

16   vehicles.

17       Q.  Did you keep it clean on the inside

18   too?

19       A.  Yes.

20       Q.  Did there come a time in November of

21   1984 when something happened to your car?

22       A.  My car was stolen.  I believe it was

23   November.  Yes.

24       Q.  Did you report it to the police?

25       A.  Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

12

                         J. French

1
2        Q.   How soon after you realized it was
3    missing did you make that report?
4        A.   Immediately.
5        Q.   Where had you been -- withdrawn.
6             Let me ask that a different way.
7             Where did you last park the car
8    before you realized it was stolen?
9        A.   The car was parked on Lakeview Avenue
10   on the Lynbrook side while I was across the
11   street in Malverne at my friend's house.
12       Q.   Whose house were you at?
13       A.   Michael Becht, B-E-C-H-T.
14       Q.   Were you just visiting him or were
15   there other friends there?
16       A.   Yes.  There were probably about ten
17   people there altogether.
18       Q.   It was a party?
19       A.   Yeah.  It was like a little bit of a
20   party.  We got together often just to hang
21   out.
22       Q.   Friday night?
23       A.   I don't remember.
24       Q.   Let me show you a document -- and
25   when you say you made a report to the police,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                                      April 29, 2011

13

```
1                  J. French
2    was that the Lynbrook police?
3         A.   Correct.
4         Q.   This is a document we've been
5    provided that has been marked Exhibit 166.
6    I'll ask you to just page through it and then
7    I'm going to ask you some questions.
8    Specifically turning to the second page, if
9    you would.
10             Do you recognize this page?
11        A.   No.
12        Q.   It appears to be a supporting
13   deposition motor vehicle/boat and registration
14   plates from the police department in Nassau
15   County.  It has your name at the top there,
16   John T. French.
17             (Pause.)
18             You know what?  You're on the third
19   page.
20        A.   There's only two pages here.
21        Q.   It's double-sided.
22             Let's try this again.
23             Take a look at that page, if you
24   would (pointing).
25        A.   Okay.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

14

1                    J. French
2        Q.   And this appears to be a report that
3    your car had been stolen?
4        A.   Correct.
5        Q.   Do you recognize this page now?
6        A.   No.
7        Q.   Do you see a signature at the bottom
8    of the page?
9        A.   Yes, I do.
10       Q.   Is that yours?
11       A.   Yes, it is.
12       Q.   What's the date of this report?  If
13   you look on the lower left.
14       A.   11/10/84.
15       Q.   Do you see a time next to that box?
16       A.   23:25.
17       Q.   So is it fair to say that you
18   reported your car stolen around 11:30 at
19   night, something like that?
20       A.   I would say it would be fair to say,
21   yes.
22       Q.   Just going up to the top of this
23   sheet, it says:  I -- and the name is filled
24   in -- John T. French certify that I reside
25   at -- and the address is blocked out.  And



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

15

```
1                   J. French
2    that between 1:30 p.m. -- right?
3        A.   Correct.
4        Q.   -- on 11/10/84 and time 23:05 p.m. --
5    right?
6        A.   Correct.
7        Q.   --  date 11/10/84, motor vehicle --
8    okay --  now, finishing that sentence, says --
9    was stolen from post number 3 location.
10           Why don't you read the location into
11   the record, if you could?
12       A.   "South side Lakeview Avenue, 200 feet
13   west of Ocean Avenue."
14       Q.   In Lynbrook, New York?
15       A.   Yes.
16       Q.   Is that consistent with your memory
17   of where the car had been parked?
18       A.   It's pretty consistent, yeah.
19       Q.   You said you were at Michael Becht's
20   house across the street from where the car was
21   parked.
22       A.   Correct.
23       Q.   Was the car in a parking lot or on
24   the street?
25       A.   It was on the street at -- there was
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 16 of 119 PageID #: 4432

1              J. French
2    a gas station across the street.  It was,
3    like, parked in front of the closed gas
4    station.
5        Q.  Did you regularly visit your friend
6    Mike Becht?
7        A.  Yes.
8        Q.  Was it your practice to park the car
9    at the gas station in front of it there?
10       A.  It wasn't -- I could have parked it
11   anywhere -- it wasn't like a common practice.
12   But, obviously, that night I had.
13       Q.  Did you know anyone who worked at the
14   gas station?
15       A.  No.
16       Q.  Now, there's more information here
17   describing your car in the next section.  You
18   don't remember the license plate now, do you?
19       A.  No.
20       Q.  Do you see the box next to "motor
21   vehicle" it says "license plate number"?
22       A.  Correct.
23       Q.  It says, "5233 BJN"?
24       A.  Correct.
25       Q.  "Oldsmobile Delta 88, four-door



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 17 of 119 PageID #: 4433

17

```
 1              J. French
 2  sedan"?
 3      A.  Correct.
 4      Q.  "Gold with a black top."
 5          Did it have a black top?
 6      A.  I believe so.
 7      Q.  It says there was a hunting knife
 8  above the passenger door?
 9      A.  I probably would have one there.
10      Q.  The outdoors man that you are?
11      A.  Yes.
12      Q.  So to the best of your memory, the
13  information written in on page two of Exhibit
14  166 is accurate?
15      A.  Correct.
16      Q.  All right.
17          I'm going to ask you to look at a map
18  so we could get our bearings.  It's a little
19  bit hard to read.  But let's see how we do.
20  It's Exhibit 170-A, previously marked.
21          Now, do you see written onto the map,
22  maybe two-thirds of the way down, there's a
23  small, circled number 3 and to the right it
24  says, "John French reported car stolen from
25  this location"; do you see that?
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

18

                    J. French
1
2        A.   I see numbers 1, 2, 24 and 27.
3             Oh, up there.  Okay.  Oh, okay.
4             Yes.  Number 3, I see.
5        Q.   And do you see the street that is
6    just above the 3, going left to right, is
7    Lakeview Avenue?
8        A.   Correct.
9        Q.   And going top to bottom to the left
10   of the 3 would be Ocean?
11       A.   Correct.
12       Q.   Is that approximately the location
13   where your car had been parked?
14       A.   Correct.
15       Q.   So that would be an accurate
16   representation of that on the map?
17       A.   Correct.
18       Q.   Okay.  Thank you.
19            When did you -- well, going back to
20   your report.  You reported that it was stolen
21   between 21:30, which is 9:30 at night in
22   military time, and 23:05, about 11:05 p.m.
23   Had you just been in Mike Becht's house with
24   friends during that period?
25       A.   Yes.  Correct.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

19

1                      J. French
2        Q.  Do you recall who else was at the
3   party?
4        A.  No.
5        Q.  Was it kind of just a regular group
6   of friends?
7             MR. FERGUSON:   Objection.
8        A.  Correct.
9        Q.  Had you left the keys in the car?
10       A.  I did leave a spare set under the
11  mat.  I believe it was the passenger-side mat.
12       Q.  Did you do that from time to time?
13       A.  I did it for -- in case I forgot my
14  keys or lost my keys while I was away
15  somewhere.
16       Q.  Did you ever let friends drive the
17  car?
18       A.  Rarely.
19       Q.  You didn't go for, you know, more
20  drinks or take a ride around the block or
21  anything like that?
22       A.  No.  Not to my recollection.
23       Q.  Did anyone else know you had a set of
24  keys under the mat?
25       A.  I do not remember.  I don't know.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

20

                        J. French

1

2          Q.  So you testified a minute ago that

3     you immediately reported to the police when

4     you found out the car was not there?

5          A.  Correct.

6          Q.  Did you physically go to the police

7     department?

8          A.  Correct.

9          Q.  Did you go with someone?

10         A.  Yes.  But I don't remember who.

11         Q.  I'm just going to show you what we've

12    marked as Exhibit 266 now.  This was provided

13    to us by the Lynbrook Police.

14              Do you see the entry next to 23:10 on

15    the left side?

16         A.  Yes.

17         Q.  It says, "John French of 1 Ocean

18    Avenue, Malverne, reports his auto stolen, car

19    563 613."

20              That's consistent with the timing

21    that you reported your car missing to the

22    Lynbrook Police?

23         A.  Yes.

24              I'm not from 1 Ocean Avenue.  I

25    happened to be at 1 Ocean Avenue.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

21

J. French

1

2     Q.   So that would be inaccurate?

3     A.   Correct.

4     Q.   Then going down two entries to 23:45.

5  "Complaint number 1084, unauthorized use of a

6  motor vehicle."

7          Do you see that?

8     A.   Yes.

9     Q.   It discusses an officer present

10  reporting that, "Complainant, John T. French

11  of 58 Broadway, Malverne" -- that's you,

12  right?

13     A.   Yes.

14     Q.   -- "reports unauthorized use of motor

15  vehicle from Lakeview Avenue near Croyden

16  Street"?

17     A.   Croyden Street?

18     Q.   Croyden street?  Is that near the

19  location where you had parked the car?

20     A.   Not really.

21     Q.   So that may be inaccurate?

22     A.   It's in the same -- Croyden Street is

23  in Malverne.

24     Q.   Okay.  Right at the border of

25  Malverne and Lynbrook where you are?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

22

1                    J. French

2          A.   Kind of.

3          Q.   But not exactly right where you were.

4          A.   No.

5          Q.   Okay.  So there's that complaint

6     number 1084 which was assigned to that entry,

7     just for Lynbrook's purposes, which is the

8     same report number on --

9          A.   What do they mean by "misuse of a

10    vehicle"?

11         Q.   Well, let me see if you have an idea

12    about that.

13              When you reported to police that your

14    car wasn't where you had parked it, was there

15    a possibility in your mind someone had just

16    taken it for a joyride?

17         A.   Yes.

18         Q.   Did you have any ideas in mind about

19    who might have done that?

20         A.   No.

21         Q.   Had there been anyone at the party or

22    at Mike's house who had left before you?

23         A.   I don't remember.

24              MR. FERGUSON:  There wasn't a party.

25    They just hung out.  It wasn't a party.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

23

                    J. French

1
2      A.   It wasn't a party.

3      Q.   Sorry.  At Mike's house.

4      A.   Correct.

5      Q.   And did you tell the Lynbrook Police

6  you thought someone may have just taken it for

7  a ride as opposed to stealing it?

8      A.   I don't remember.  I reported it

9  stolen.  That was that.

10     Q.   So with the one set of keys that were

11 under the mat on the floorboard, you still had

12 keys on you; is that right?

13     A.   Correct.

14     Q.   After you made the report to the

15 Lynbrook Police that evening of November 10th

16 of 1984, did you do anything to look for your

17 car?

18     A.   Yes.

19     Q.   What did you do?

20     A.   I drove around all over the place

21 looking for my car.

22     Q.   And did there come a time when you

23 found it?

24     A.   Yes, there was.

25     Q.   About how long after it was stolen



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

24

```
 1                    J. French
 2   did you find your car?
 3        A.   I do not recall.
 4        Q.   Where did you find it?
 5        A.   On Woodfield Road in Lakeview.
 6        Q.   Who were you with when you found it?
 7        A.   I believe I was with my sister.
 8        Q.   Which one?
 9        A.   Lori.
10        Q.   Let's take another look at that map,
11   Exhibit 170-A.  You see the first typed entry
12   on the right side, number 6, "Location where
13   John French reported finding his car"?
14        A.   Number 6?
15        Q.   And then another -- very small,
16   circled 6 on the map next to the railroad
17   tracks.  It's up here (pointing).
18        A.   Down here?
19        Q.   All the way up here.  See that?
20   "Location"?  Then there's a 6 right in there?
21        A.   Oh, I see.
22             That appears to be approximately
23   where I found it.
24        Q.   By Lakeview near the railroad tracks?
25        A.   Correct.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

25

1                      J. French

2        Q.   And that's in Malverne?

3        A.   No.   That's in Lakeview.

4        Q.   So that entry number 6 on the map

5   would be accurate?

6        A.   Correct.

7        Q.   What condition was the car in when

8   you found it?

9        A.   It was abused.

10        Q.   How so?

11        A.   Windshield was cracked, the rearview

12   mirror was ripped off and it smelled funny.

13        Q.   Funny how?

14        A.   Just like it's been sitting, I guess.

15   I remember being unhappy about the car because

16   I loved the car so much, being in that

17   condition.

18        Q.   How about the radio and the speakers,

19   were they still in the car?

20        A.   I don't remember.   I don't recall.

21        Q.   How were -- what was the condition of

22   the inside of the car?

23        A.   A little beat up, so to speak.

24        Q.   Can you be more specific about --

25        A.   No, I can't.   I'm sorry.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                                    April 29, 2011

26

                         J. French

1

2     Q.   Okay.   What did you do when you found

3  the car?

4     A.   I believe we went back to my house

5  and got the keys and we went back to the car.

6  And then I brought it to the Lynbrook Police

7  Department.

8     Q.   And when you got to the Lynbrook

9  Police Department, what happened at that

10  point?

11     A.   I just remember telling -- well, I

12  know I had told them that I found my car and

13  that was that.   That's all I remember.

14     Q.   Your sister Lori testified a couple

15  of weeks ago; are you aware of that?

16     A.   Correct.

17     Q.   And she testified to finding girl's

18  inside-out striped jeans inside your car?

19     A.   I do remember girl's jeans in the

20  car.   Yes, I do.

21     Q.   Where did you see girl's jeans in the

22  car when you found it?

23     A.   I forgot.

24     Q.   On seats, under seats --

25     A.   I do not recall.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

27

                        J. French

1

2       Q.   --  front or back?

3       A.   I do not recall.

4       Q.   Do you as you sit here today remember

5  seeing girl's inside-out striped jeans in the

6  car when you found it?

7       A.   I don't remember what they looked

8  like.  I remember they looked like blue jeans

9  of some type.

10      Q.   Did you pick them up?

11      A.   Probably.

12      Q.   Do you recall what happened to those

13  jeans?

14      A.   We brought them to the Lynbrook

15  Police Department, I believe.

16      Q.   And that's the last you saw of them?

17      A.   Correct.

18      Q.   Had there been girl's jeans in your

19  car when you last left it to go into Mike

20  Becht's house?

21      A.   Not to my recollection.

22      Q.   Did you ask around among your friends

23  if they could have been any of theirs, the

24  pair of jeans?

25      A.   I don't recall.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

28

                          J. French

1

2      Q.   Were you aware at this time that a

3   teen-age Lynbrook girl named Theresa Fusco had

4   been reported missing?

5      A.   I don't recall the chronologic -- I

6   don't remember the chronological part of that.

7      Q.   So I'm just going to see if we could

8   jog your memory by showing you the missing

9   poster that was around town.  It's Exhibit

10   168.

11          Do you remember seeing this years

12   ago?

13      A.   I remember seeing -- I don't remember

14   this specific one.  But I remember seeing a

15   poster of a missing girl.

16      Q.   You see one of the things on the

17   description of what she was wearing was

18   striped blue jeans?

19      A.   Okay.

20      Q.   So at the time that you found the car

21   and the jeans in the car, did you make any

22   kind of connection in your own mind that they

23   might have been connected to Theresa Fusco at

24   this point?

25      A.   I don't recall.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

29

                    J. French

1

2    Q.  So you drop off the jeans, take the

3    car to Lynbrook to let them know you had your

4    car back, you take the car home.  So it was in

5    drivable condition?

6    A.  Yes.

7    Q.  It wasn't stripped, you could use

8    your key?

9    A.  Well, the lock had been broken off

10   anyway.  You know, the ignition lock had been

11   broken off.  I probably could have used a

12   screwdriver, but I used my key.  You know,

13   that's what I did.

14   Q.  And referring to the lock, you're

15   referring to the lock on the ignition as

16   opposed to the lock on the outside of the car?

17   A.  Correct.

18   Q.  Had you left the car doors locked or

19   unlocked?

20   A.  I don't recall.

21   Q.  Were you in the habit of locking your

22   car doors?

23   A.  I don't recall.

24   Q.  Do you recall if there was damage to

25   the lock on the doors?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

30

                         J. French

1
2      A.   I don't recall.
3      Q.   Please take another look at Exhibit
4  166, the first page, the case report of the
5  vehicle recovery.  Again, this refers to the
6  same report, 1084, in that upper left-hand box
7  that related to the report that your car had
8  been stolen.  Do you see that?
9      A.   Yes.
10     Q.   It's describing your car; right?
11     A.   Correct.
12     Q.   And on the right side going five
13  boxes down, do you see a box called "ignition
14  pulled"?
15     A.   Yes.
16     Q.   And the box for "no" is X'd out.
17     A.   Okay.
18     Q.   Is that accurate to say that the
19  ignition was not pulled?
20     A.   I -- I don't know.  "Pulled" means
21  they pulled it out?  I just said the ignition
22  lock was broken off.  I don't know what the
23  exact terminology of "ignition pulled" would
24  mean in that state.
25     Q.   And the date, it says, the car was



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

31

1                        J. French
2      recovered is 11/18/84, on the left side of the
3      next line.  Do you see that?
4           A.  Okay.
5           Q.  Which is about a week after it went
6      missing?
7           A.  Oh, yeah.  I was just checking.
8      Okay.  Only a week later.
9           Q.  Is that consistent with your memory?
10          A.  I don't recall.
11          Q.  You don't remember specifically?
12          A.  I don't recall.  No.
13          Q.  No reason to disbelieve this police
14     report?
15          A.  No.  I don't see any reason to
16     disbelieve that.
17          Q.  Now, it says, at the bottom, there's
18     additional details written in, "Registered
19     plates 5233-BJN New York belonging to owner
20     were put on a car owned by Debra Ann DiCarlo,"
21     and then there's something blacked out, "her
22     plates registered," and then it's blacked out,
23     "New York, were found in the stolen vehicle.
24     Both sets of plates have been exchanged."
25               When you found your car did there





ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

32

                            J. French

1

2    come a time when you realized that the wrong

3    plates were on it?

4         A.   No.  I did not realize.  I was so

5    excited to have found the car I never even

6    checked the plates.

7         Q.   So did there come a time that you

8    were made aware that the wrong plates were on

9    the car?

10        A.   That is correct.

11        Q.   How did that happen?

12        A.   My neighbor Chris Ambrico (phonetic)

13   who lived a couple of houses down on Broadway

14   came over and he immediately realized -- he is

15   a very big motor head, into race cars and

16   stuff -- he noticed immediately, to my

17   amazement.

18        Q.   When you say immediately, was it the

19   same day you brought back the car?

20        A.   I don't recall.

21        Q.   What did you do when he told you you

22   have the wrong plates on your car?

23        A.   I brought it straight to the police

24   department.

25        Q.   What happened when you brought it



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 33 of 119 PageID #:
4449

33

                        J. French

1
2    back?
3        A.   The Lynbrook Police Department took
4    my plates -- took those plates from my car.
5        Q.   And did you receive your own plates
6    back at some point?
7        A.   I believe not at that moment.
8    Obviously.
9        Q.   But did there come a time when your
10   plates were given back to you?
11       A.   I don't recall but I would imagine
12   so.
13       Q.   So you could drive it again?
14       A.   Absolutely.
15       Q.   So you have your car back.  You have
16   your plates back.  You said the car was --
17   what was the word you used for its condition?
18   Forgive me.
19       A.   The word I just used?  I'll use a new
20   word.  It was a little bit in shambles.
21       Q.   Okay.  So at some point after you got
22   your car home, did you clean it up and fix it
23   up?
24       A.   Knowing me, I probably would because
25   I'm kind of a little anal when it comes to



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

34

J. French

1

2  neatness and things.  So I probably did clean

3  it up as much as I could.

4       Q.  As you sit here today, do you

5  remember specifically what you did to clean it

6  up on the inside of the car?

7       A.  No.  I don't recall.

8       Q.  Do you remember if you vacuumed out

9  the car?

10       A.  I don't recall.

11       Q.  I'm going to ask you a number of

12  questions.  If you remember, you remember; if

13  you don't, that's okay.

14       A.  Okay.

15       Q.  Did you wipe down the seats and the

16  dash?

17       A.  I don't recall.

18       Q.  Did you clean the windows?

19       A.  I don't recall.  I -- it was too long

20  ago to be specific on that.

21       Q.  But fair to say as a general matter

22  you took meticulous care of your car?

23       A.  Yes.

24       Q.  And you got it back to a sparkling

25  clean state so you could drive it?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

35

J. French

1

2      A.   I don't recall.  I remember being

3 upset that it used to be sparkling clean and

4 then it was messed up.  So I may have been a

5 little disgruntled over the fact it was

6 destroyed.  So I don't know how well I took

7 care of it afterwards.

8      Q.   It's fair to say you did a thorough

9 job in cleaning it up?

10      A.   I would probably say so.

11      Q.   Did there come a time sometime later

12 in 1984 when you were contacted by Nassau

13 County police about the car?

14      A.   No.  I contacted Nassau County

15 police.

16      Q.   When was that?

17      A.   Sometime afterwards.  When I had

18 realized Theresa Fusco was missing on the same

19 date my car was stolen.

20      Q.   So did there come a time when you

21 made the connection between Theresa Fusco's

22 disappearance and the car being stolen?

23      A.   Yes.

24      Q.   To the best of your ability, could

25 you explain to me how that happened and when



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

36

1                        J. French

2     it happened?

3          A.   I don't remember any of that.  Like,

4     I don't recall -- once again, I don't recall

5     the chronological order of how that all went

6     down.  But I do know for a fact, when I

7     realized she was missing the same date as my

8     car, that's when I contacted Nassau County

9     detectives.  But I don't remember what order

10    it was or what day it was or how that went

11    down.

12         Q.   And it was really the timing that, in

13    your mind, led you to call the police?

14         A.   I remember seeing -- I believe that

15    it was when I saw the -- when I saw the date

16    that she was missing and my car being stolen

17    that night, I thought there may have been a

18    connection.  So I called the police department

19    about that.

20         Q.   I'm going to show you Exhibit 267.

21    It's a copy of a New York Post article from

22    Friday, December 7 reporting that the body of

23    Theresa Fusco had been found.

24              MR. FERGUSON:  This hasn't been

25    previously marked, right?  Has not been marked



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

37

                        J. French
1  
2   so it's todays date.
3           MS. CORNWALL:  Right.
4       Q.  You see the date, Friday, December 7,
5   1984 on the top there.
6       A.  Okay.
7       Q.  Did you become aware by seeing the
8   news or reading the paper that Theresa Fusco's
9   body had been found in early December of 1984?
10      A.  I don't recall.
11      Q.  The date of this story -- it says in
12  the first paragraph, "Her mother had learned
13  yesterday that her body was found."
14          Do you see that?
15      A.  Okay.
16      Q.  In the first paragraph there.
17      A.  Okay.
18      Q.  So I would like to show you --
19      A.  Just for the record, I'm not sure
20  whether I called the police department while
21  she was missing or after she was found.  I
22  don't recall.  I just know I remember calling
23  them.  But I don't remember if it was when
24  they found her body or while she was missing.
25  I don't recall that.  That's why the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

38

                    J. French

1
2    chronological part is, you know, I don't
3    remember.  It was a long time ago.
4         Q.   Who did you call when you called the
5    police?
6         A.   Nassau County Police Department.
7         Q.   And do you know who they connected
8    you to?
9         A.   I do not recall.
10        Q.   Sometime soon after your phone call,
11   did you receive a visit from Nassau County
12   Police?
13        A.   Correct.
14        Q.   Please take a look at what's been
15   previously marked as Exhibit 161 and the date
16   on it is 12/6/84 at 18:40 hours or 6:40 in the
17   evening.
18             Do you see that?
19        A.   Okay.
20        Q.   And that is very soon after the
21   victim's body was found.  You know, you can
22   look at the news article which was published
23   the next day.
24        A.   I see that.
25        Q.   This Exhibit 161 says, "Present at 58



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

39

1              J. French

2    Broadway, Malverne, New York, home of John T.

3    French" -- that was your address, right?

4         A.  Correct.

5         Q.  It says, "He stated that on 11/10/84

6    his 1971 Oldsmobile sedan registration 5233

7    BJN New York, his car was parked on the

8    southwest corner of Lakeview Avenue and Ocean

9    Avenue, it was stolen sometime between 21:30

10   to 23:05 hours that date."

11             That's an accurate description of

12   your car being stolen and your description of

13   your car; right?

14        A.  Correct.

15        Q.  As you sit here today, do you

16   remember that first visit from Nassau Police

17   to your house at 58 Broadway?

18        A.  Vaguely.

19        Q.  Reading on in Exhibit 161, it says,

20   "On 11/18/84 Mr. French went out looking

21   around for his car."

22             That's true, right?

23        A.  Correct.

24        Q.  "He entered Lakeview and found it

25   parked on Woodfield Road near the railroad



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

40

                        J. French

1
2    tracks."

3         A.   Correct.

4         Q.   That's accurate?

5         A.   Correct.

6         Q.   It says, "He then got his keys and

7    drove the car to Lynbrook P.D."

8              Right?

9         A.   Correct.

10        Q.   "Prior to going to the P.D., his

11   sister Lori found a pair of lady's blue jeans

12   with stripes."

13             Is that accurate?

14        A.   Correct.

15        Q.   "Blue jeans were inside out.  Jeans

16   were found on right rear floorboard, halfway

17   under the right passenger's seat."

18             Is that a detail that you recall?

19        A.   I don't recall that exact detail.

20   But I know they were in the car.

21        Q.   When you first spoke to Nassau County

22   officers at your house, do you recall how many

23   of them came to the house?

24        A.   I don't recall.

25        Q.   Do you recall where in the house you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

41

1                        J. French

2    spoke to them?

3         A.   I don't recall.

4         Q.   Do you recall if your sister Lori was

5    there at the same time?

6         A.   I believe so.

7         Q.   So was it possible that she supplied

8    the detail about the jeans and where she found

9    them to them?

10        A.   I don't recall.

11        Q.   And then at the bottom of Exhibit

12   161, there's the identifying information for

13   your car?

14        A.   Yes.

15        Q.   Showing you what's previously been

16   marked Exhibit 162, there is another document

17   provided to us from Nassau County Police.  It

18   says, "Loss from John French's auto."  There's

19   no date on this but let's go through it and

20   see if it is as accurate or if you remember.

21             First it says, "Rope."  Sorry.

22             At the bottom it says, "Prepared

23   12/11/4 by Detective Mitchell?"

24             Do you see that?

25        A.   Okay.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

42

1                    J. French
2       Q.   Do you remember Detective Mitchell?
3       A.   No.
4       Q.   Do you recall if Detective Mitchell
5    or any other officer returned to your house
6    after December 6th?
7       A.   I don't recall.
8       Q.   Do you recall if there was more than
9    one meeting at your house?
10      A.   I don't recall.
11      Q.   Going back to the top, had there been
12   rope in your car that was no longer there when
13   you found it?
14      A.   Probably.
15      Q.   Why do you say probably?
16      A.   Because the cars -- they were old
17   cars.  I probably would use it to have my car
18   pulled or towed.
19      Q.   Just in case?
20      A.   Yeah.  As a young man, the car is
21   usually -- sometimes if I had problems, I
22   couldn't afford to fix it right away.  So I
23   usually would keep things in my car to prepare
24   for that.
25      Q.   And rope was one of the things



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

43

1              J. French
2   usually kept?
3       A.   Yes.
4       Q.   "Tools under the front seat wrapped
5   in plastic carrying case."
6            Was that something that had been in
7   the car that was no longer there when you
8   found it?
9       A.   Details of the tools, I don't
10  remember.  I always had tools in my car.
11  Correct.
12      Q.   As you sit here now, do you recall if
13  those tools were still there when you found
14  the car?
15      A.   I don't recall.
16      Q.   "Cassette tapes, insurance cards,
17  coins, bills, floor mat."
18           Were those items that had been in the
19  car that were no longer there when you --
20      A.   I don't recall.  Probably.
21      Q.   Next entry says, "Nothing was on the
22  back seat of the auto prior to theft of the
23  vehicle."
24           Is that accurate?
25      A.   I don't recall.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

44

1                        J. French

2       Q.   "Radio was taken from dash.  Sanyo

3   AM/FM cassette stereo, two speakers from rear

4   of car"?

5       A.   That's probable.

6       Q.   Does that refresh your memory that

7   your radio and speakers --

8       A.   Yeah.  I believe it does.  Yes.

9       Q.   --  were stolen?

10      A.   Yes, it does.

11      Q.   "Windshield was not broken prior to

12  theft."

13      A.   That's correct.

14      Q.   "At time of theft, French was

15  visiting Mike Becht, 1 Ocean Avenue in

16  Malverne."

17      A.   Correct.

18      Q.   All right.

19           When you were speaking to police at

20  your home, do you remember them taking notes

21  of what you were telling them?

22      A.   I don't recall.

23      Q.   Do you recall whether they told you

24  that either the timing of your car being

25  stolen or the jeans being found in it led them



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

45

                        J. French

1
2  to want to investigate whether there was a
3  link between your car being stolen and Theresa
4  Fusco's case?
5      A.  I honestly don't recall the
6  conversations with the police.
7      Q.  Do you remember --
8      A.  To be precise about things, I really
9  don't remember.  It was a long time ago.
10     Q.  The officers who came to visit you,
11  were they in plain clothes or uniform?
12     A.  I don't recall.
13     Q.  Do you remember anyone identifying
14  themselves as from the Homicide Unit?
15     A.  I believe so.  Yes.
16     Q.  The next document --
17         MR. FERGUSON:  Can I have a short
18  recess to use the men's room?  Could we take a
19  break before we start?
20         MS. CORNWALL:  Sure.
21         (Recess taken.)
22     Q.  Mr. French, you mentioned that you
23  were in the habit of keeping things in the car
24  that would help you tow it if necessary,
25  right?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

46

                        J. French

1

2      A.   Correct.

3      Q.   Were you in the habit of keeping any

4   blankets in the car, tarps?

5      A.   I don't recall.

6      Q.   Please take a look at Exhibit 163

7   that I have put in front of you.  It's a

8   handwritten document that says, "Statements

9   taken from John T. French taken 12/7/84."

10         Do you see that?

11     A.   Yes.

12     Q.   That's the day after Exhibit 161 was

13  made when there was a visit to you at your

14  home.

15     A.   Okay.

16     Q.   So this is at least a second meeting

17  with the police; is that fair to say?

18     A.   Okay.

19         MR. FERGUSON:  Sorry.  What exhibit

20  number is this?

21         MS. CORNWALL:  163.  The copy I gave

22  you has a sticker on it.

23         THE WITNESS:  Want this one?

24         MR. FERGUSON:  No, sir.  Thanks.

25     Q.   "My name is John T. French.  I am 21



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

JOHN T. FRENCH                                    April 29, 2011

47

1              J. French
2    years old being born on 7/31/63."
3         A.   Correct.
4         Q.   "I live at 58 Broadway in Malverne,
5    New York with my mother and two sisters.  My
6    home phone number is 599-3227"?
7         A.   Correct.
8         Q.   At that time that was accurate?
9         A.   Actually, now I remember it.  Yeah.
10        Q.   "Today Detective Sirianni of the
11   homicide squad was present at my home where he
12   showed me a length of rope and a brown, felt
13   pouch."
14             Do you remember that as you sit here
15   today?
16        A.   I don't recall.  No.
17        Q.   Then it goes on, "I have positively
18   identified the rope and the pouch is mine.  I
19   had the length of rope in the back seat of my
20   car because I used it to tie down a bed that I
21   transported for my friend."
22        A.   Oh, okay.
23        Q.   Does that refresh your memory?
24        A.   It's so long ago I really don't
25   remember.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

48

                      J. French

1

2      Q.   Okay.

3           "The felt pouch I used to keep change

4      in"?

5      A.   I don't remember.

6      Q.   "In telling my story to Detective

7      Sirianni of the homicide squad I've read and

8      signed it and it is the truth."  Then, is that

9      your signature at the bottom?

10     A.   Yes.

11     Q.   Are you confident that when you

12     signed this statement on December 7th of 1984

13     your memory was fresher than it is now?

14     A.   Of course.

15     Q.   And you're confident that the things

16     that you wrote down -- that were written for

17     you, were the truth?

18     A.   Yes.

19     Q.   So you were shown a length of rope

20     and a leather pouch, it says?

21     A.   Okay.

22     Q.   Just take a minute and I'm going to

23     show you some photographs.  As I pull them

24     out, let me ask, did the Nassau County Police

25     ask you if they could take your car in for


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

49

1                         J. French
2    processing --
3         A.   Yes.
4         Q.   -- to see if there is any evidence
5    that might link it to the Fusco case?
6         A.   Correct.
7         Q.   I'm going to show you photos.
8         A.   There it is.  Wow.
9         Q.   You see the photo of your car.
10             I'm just going to mark these pages.
11   Handing you what's previously been marked
12   Exhibit 169.  Let's start with the first photo
13   marked as 169-A.
14             Do you recognize what's depicted in
15   this picture?
16        A.   Yes.
17        Q.   What is it?
18        A.   That's my car.  My good ol' car.
19        Q.   And it has your plates back on it?
20        A.   I believe so.  I don't remember my
21   plate numbers back then.
22        Q.   Turning to the next page, B, it's a
23   little bit hard to make out.  But it appears
24   to show a cracked windshield.
25        A.   Correct.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

50

1                    J. French

2        Q.  Do you see that?  And does that

3    fairly and accurately depict the condition of

4    the windshield after you found the car?

5        A.  I would say yes.

6        Q.  And just for the record, back to the

7    first page again, is this a fair and accurate

8    depiction of your 1971 Oldsmobile?

9        A.  Correct.

10       Q.  Turning forward to photograph C.  Do

11   you recognize this as a photograph of the back

12   of the car where the speakers would have been?

13       A.  I would say so.

14       Q.  Was that a fair and accurate

15   depiction of the hole left after the speakers

16   were stolen?

17       A.  I would say yes.

18       Q.  Turning forward to --

19       A.  Look at that dash.  Wow.

20       Q.  Is that a fair and accurate depiction

21   of the dashboard of your Oldsmobile?

22       A.  Yes.

23       Q.  Does it fairly and accurately depict

24   the condition of the car after you found it

25   and cleaned it up?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

51

J. French

1

2      A.  Correct -- well, I do see the rear

3  view mirror on the floor there.  So I don't

4  know whether it was before or after I cleaned

5  it up.

6      Q.  Can you see whether the radio is in

7  or not?

8      A.  I can see it missing.

9      Q.  Please turn to the next page, E.

10     A.  Okay.

11     Q.  Do you recognize this location?

12     A.  It looks familiar.

13     Q.  Page forward to F.  Another view of

14  the same location by the railroad tracks.

15     A.  Okay.

16     Q.  And G, the next page, another view.

17     A.  Okay.

18     Q.  Do these photographs fairly and

19  accurately depict the location where you found

20  your car?

21     A.  I don't recall exactly.  But it is

22  the same area.

23     Q.  Please page forward to H.

24         Was your car found in a dirt parking

25  area?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

                        J. French

1

2       A.   Yes.

3       Q.   Page I.

4       A.   Okay.

5       Q.   Does that look familiar?

6       A.   I don't recall -- once again, I don't

7  recall the exact -- I'm not familiar with the

8  exact spot that the car was stolen from.  But

9  I know, once again, it's the same area.

10      Q.   Where it was found?

11      A.   Correct.

12      Q.   Please page forward to J.

13           A length of rope.  Is this consistent

14  with the type of rope you would have kept in

15  your car?

16      A.   I don't recall.  I don't remember

17  that.

18      Q.   How long did -- well, withdrawn.

19           How long did Nassau County keep your

20  car?

21      A.   I remember longer than I wanted.  But

22  I don't remember how long at all.

23      Q.   Were you told anything about any

24  tests that had been done on it?

25      A.   No.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

53

1                   J. French
2      Q.  Were you told any results of any
3  tests that have been done on it?
4      A.  No.
5      Q.  Exhibit 164, handwritten document
6  provided to us by Nassau County with a list of
7  people who were in John French's car.
8      A.  Correct.
9      Q.  Do you remember being asked who had
10 been in your car?
11     A.  Yes.
12     Q.  And did Nassau County Police tell you
13 why they were asking that question?
14     A.  I believe to take hair samples to
15 negate people from the samples from the car, I
16 believe.
17     Q.  If they were able to find hair in the
18 car?
19     A.  If they were able to find hair.
20 Exactly.
21     Q.  So let's go through the list.
22         Dave Washington.  He had been in your
23 car?
24     A.  Yes.
25     Q.  Who was he?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 54 of 119 PageID #: 4470

54

1                      J. French

2        A.   He worked with me and he did not have

3   a car.   I would give him a ride home from time

4   to time.

5        Q.   Had he ever driven your car?

6        A.   No.

7        Q.   Was he at Mike Becht's the night the

8   car was missing?

9        A.   No.   At least I don't believe that.

10  I wouldn't think so.

11       Q.   To your knowledge did Nassau County

12  Police ever speak to him about the car?

13       A.   I don't know.

14       Q.   Are you still in touch with Dave

15  Washington?

16       A.   No.

17       Q.   How long has it been?

18       A.   I don't recall.

19       Q.   The next name on the list is Michael

20  Becht.

21       A.   Yes.

22       Q.   How did you know Mike Becht?

23       A.   He was a good friend of mine who I

24  grew up with from second grade.   We went to

25  Lady of Lourdes together and things like that.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

55

                          J. French

1

2        Q.   Had he ridden in your car before?

3        A.   Yes.

4        Q.   Had he driven your car before?

5        A.   I don't recall.

6        Q.   Would you have called him your best

7   friend back then?

8        A.   A very good friend.  I wouldn't say

9   best.  But a very good friend.

10       Q.   To your knowledge did Nassau County

11  Police ever talk to him about the car?

12       A.   I don't recall.

13       Q.   Or the party?

14       A.   I don't recall.

15       Q.   Did you ever talk to him about the

16  fact that police had talked to you about the

17  car?

18       A.   Recently?

19       Q.   Ever.

20       A.   I don't recall.  I believe -- I may

21  have.  Yeah.

22       Q.   Did you and your friends have any

23  theories about what had happened during that

24  week, who had taken the car?

25       A.   I remember thinking that it was



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

56

1                    J. French
2    somebody just taking it for a joyride.  And,
3    once again, after I found out about Theresa
4    Fusco thing, I had called the police
5    department saying there could be a link, that
6    was the only time.  After I realized the dates
7    were the same, like that, then I had called
8    the police department about my car.
9         Q.   Are you still in touch with Mike
10   Becht?
11        A.   Yes.
12        Q.   Where is he now?
13        A.   He lives in Pennsylvania.
14        Q.   Where in Pennsylvania is he?
15        A.   Salt Creek.
16        Q.   The next person on the list is
17   Michael Wren.
18        A.   Okay.
19        Q.   Who is Michael Wren?
20        A.   He was also a friend of mine from
21   back then.
22        Q.   Says he worked as a private
23   investigator?
24        A.   He did at one point.
25        Q.   For whom?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

57

                         J. French
1
2        A.   I don't remember.
3        Q.   What did he do as a private
4   investigator?
5        A.   I don't recall.  He just did private
6   investigation work.  I don't recall exactly
7   what he did.
8        Q.   Did he have any theories about your
9   car?
10       A.   I don't recall.
11       Q.   Had he ridden in your car?
12       A.   Yes.
13       Q.   Had he driven your car?
14       A.   I don't recall.
15       Q.   Was he at Mike Becht's house the
16  night it was stolen?
17       A.   I don't recall.
18       Q.   Was he the part of the regular crew
19  of people who would be at Mike's house?
20       A.   Yes.  Probably.
21       Q.   Are you still in touch with him, Mike
22  Wren?
23       A.   No.
24       Q.   When were you last in touch with him?
25       A.   I don't recall.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

58

                        J. French

1

2    Q.   Do you know where he lives now?

3    A.   I do not know.  No.

4    Q.   Did he have any brothers?

5    A.   Yes.

6    Q.   What were his brothers' names?

7    A.   I know he had Chris Wren, John Wren.

8    There was a couple of brothers.  I don't

9    remember them all.  He had a big family.

10   Q.   Did you ever learn that Mike Wren was

11   a police informant?

12   A.   No.  I had no idea.

13   Q.   Had you ever been to Mike Wren's

14   house?

15   A.   The house he grew up in in Malverne?

16   Yes.

17   Q.   Let's look at Exhibit 170-A, if I

18   could bring it up here.

19   A.   I have a copy here.

20   Q.   Great.  There you go.

21        So starting from location 6, near the

22   top, where you found the car, do you see where

23   Mike Wren lived in November of '84 on the map?

24   A.   I know he lived on Rider Avenue in

25   Melville -- Malverne.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

59

1                    J. French

2       Q.   In Lakeview?

3       A.   In Malverne.

4       Q.   All right.  I think this map may be

5  too small?

6            MR. GRANDINETTE:  Do you know if

7  that's an I or Y, Rider?

8       A.   R-I-D-E-R.

9       Q.   I don't want to make you go blind.

10      A.   I'm getting older now.  I may go with

11  laser vision instead of having reading glasses

12  and bifocal glasses.

13      Q.   Let's get through this list.  John

14  Livingston is the next one on the list.  Who

15  is he?

16      A.   Also one of our friends that we hung

17  out with back then.

18      Q.   Was he at Mike Becht's the night your

19  car was stolen?

20      A.   I don't know.

21      Q.   Had he ridden in your car?

22      A.   I believe so.

23      Q.   Had he driven your car?

24      A.   I don't recall.

25      Q.   Are you still in touch with him?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

60

1                      J. French

2        A.   No.

3        Q.   How about Maggie Scarpelli?

4        A.   Yes.  I had known her a long time as

5    well.

6        Q.   Friend from school?

7        A.   Yes.  She hung out with us back then

8    also.

9        Q.   Was she at Mike Becht's house that

10   night?

11       A.   I don't recall.

12       Q.   Are you still in touch?

13       A.   Yes.

14       Q.   Where is she?

15       A.   She lives in Lynbrook.  She's married

16   now.

17       Q.   Do you know her married name?

18       A.   McDonald.

19       Q.   And she had ridden in your car?

20       A.   Yes.

21       Q.   Had she ever driven it?

22       A.   I believe not.

23       Q.   How about Susan Knight, how did you

24   know her?

25            With a K.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 61 of 119 PageID #: 4477

61

                          J. French

1
2       A.   Same thing.   One of the girls we hung

3    out with.

4       Q.   From school?

5       A.   Yes.

6       Q.   Was she at Mike Becht's house --

7       A.   I don't recall.

8       Q.   Had she ridden in your car?

9       A.   I believe so.

10      Q.   Had she driven your car?

11      A.   I believe not.

12      Q.   And are you still in touch with her?

13      A.   No.   But once in a while I probably

14   would see her.   I know she lives in Merrick

15   and she's married also.

16      Q.   What's her married name?

17      A.   Halverson.

18      Q.   How about Jackie Donovan?

19      A.   Yes.   She was definitely in my car.

20      Q.   Had she driven your car?

21      A.   I believe not.   She's no longer with

22   us.   She died in 9/11.

23      Q.   Your sister told us.   I'm so sorry.

24      A.   Oh, she was such a great person.   I

25   loved her so much.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

62

1                     J. French

2       Q.   How did you know Thomas Glasser?

3       A.   He was a friend of mine also, Tommy.

4       Q.   Was he at Mike Becht's that night?

5       A.   I believe not.  I'm not sure.

6       Q.   What did he do for a living back

7    then?

8       A.   I don't recall.

9       Q.   Had he ridden in your car?

10      A.   Probably.

11      Q.   Had he ever driven it?

12      A.   I believe not.  But I'm not sure.

13      Q.   Are you still in touch with him?

14      A.   No.

15      Q.   How long has it been?

16      A.   It's been a while.

17      Q.   Do you know where he lives now?

18      A.   I believe he lives out in South Hold.

19      Q.   And Jennifer Cohn.

20      A.   Yes.

21      Q.   What was your relationship with her?

22      A.   We kind of like -- she was a friend.

23      Q.   Kind of dated?

24      A.   Well, I think after Tommy we dated a

25    little bit.  But we weren't



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

63

                    J. French

1      boyfriend/girlfriend.

3          Q.   Was she at Mike Becht's that night?

4          A.   I believe not.  But once again, I

5      don't recall.

6          Q.   She had ridden in your car?

7          A.   Yes.

8          Q.   Had she driven it?

9          A.   I believe not.  But I'm not sure.

10         Q.   You said after Tommy, so did she date

11     Tom Glasser?

12         A.   Yes.

13         Q.   Are you still in touch with Jennifer

14     Cohn?

15         A.   Not really.  She's friends with

16     another friend of mine.  So I'll see her once

17     in a blue moon.

18         Q.   She's still in the New York area?

19         A.   She lives upstate.  She's a teacher.

20         Q.   Then it says, "Mother and sister

21     moved John's car from time to time."

22              That would be your mom and Lori or

23     your other sister?

24         A.   Yeah.  My mom, Lisa, Lori, we all

25     lived in the same house.  So yeah.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

64

1                        J. French
2        Q.  Now, all the people on these two
3   pages that we've just gone through, to your
4   knowledge do any of them know that you kept an
5   extra set of keys under the floor mat?
6        A.  I don't recall.  I don't recall.
7        Q.  Then looking at the next page, "Hair
8   samples submitted 12/27/84."
9            Do you see that?
10       A.  Okay.
11       Q.  Thomas Keena, do you know who that
12   is?
13       A.  Yes.
14       Q.  Who is that?
15       A.  He was a friend from back then also.
16       Q.  Had he also been in the car?
17       A.  I believe so.
18       Q.  Had he ever driven your car?
19       A.  I don't recall.
20       Q.  Are you still in touch with him?
21       A.  He's dead.
22       Q.  Oh, I'm sorry.
23       A.  I think he had a heart attack or
24   something.  But I hadn't really been in touch
25   with him anyway.  But I had just found out



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 65 of 119 PageID #: 4481

65

1                    J. French

2    that he passed away though.

3        Q.   Then Mrs. French, Lori and Lisa, your

4    mom and your sisters.  How about -- we talked

5    about Dave Washington and then John French.

6    So do you remember Nassau County Police taking

7    hair samples from you?

8        A.   Yeah.  Vaguely I remember that.

9        Q.   Do you recall where you were when

10   that happened?

11       A.   I believe it may have been at my

12   house, Broadway in Malverne.

13       Q.   So December 27th of '84.  Third

14   visit.  We had first visit on 12/6/84.  We had

15   the statement on 12/7 and then another visit

16   on the 27th?

17       A.   Even though -- obviously, on paper,

18   yes.  I don't recall those dates.  But, yes,

19   obviously it did happen.

20       Q.   Fair enough.

21       A.   That's okay.

22       Q.   To the best of your memory were Tom

23   and Dave also at your house when samples were

24   collected?

25       A.   I don't recall.  I don't recall.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 66 of 119 PageID #: 4482

66

1                      J. French

2        Q.   Did you ever hear back about the

3    processing of those hairs?

4        A.   I believe not.  But I don't recall.

5        Q.   After your car was returned back to

6    you and the hair samples were taken, did

7    Nassau County Police ever contact you again in

8    1984, 1985 or 1986?

9        A.   I don't recall.

10        Q.   Did any Nassau County District

11    Attorney or prosecutor ever contact you to

12    come talk to them or testify at a trial?

13        A.   No.  At a trial?  No.

14        Q.   Did any defense lawyer or

15    investigator working for John Kogut or Dennis

16    Halstead or John Restivo contact you in the

17    1980s?

18        A.   I believe not.

19        Q.   What's the next time after the end of

20    1984 anyone from Nassau County contacted you

21    about your car and these issues?

22        A.   I don't recall.  My memory is very

23    vague.  It's so long ago.

24        Q.   Well, when you walked in this morning

25    Mr. Ferguson recognized you?



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                    J. French

2          MR. FERGUSON:  How do you know that?

3     A.   You said in the '80s.

4          MR. FERGUSON:  Objection to the

5     question.

6     Q.   When you walked in -- I was there

7     when you walked in, right, to the office?

8     A.   Okay.

9     Q.   And you saw Mr. Ferguson and he had a

10    smile on his face and he reminded you that you

11    two had met before; right?

12         MR. FERGUSON:  Just note my

13    objection.

14    A.   Okay.  I guess so.

15    Q.   Do you remember when that meeting

16    was?

17    A.   No.

18    Q.   But are you confident you have met

19    with Mr. Ferguson before?

20    A.   I didn't fully recognize his face.

21    But so I just don't recall.  I don't remember

22    his face.

23    Q.   Do you recall talking to him about

24    these issues?

25    A.   I don't recall.  Yeah, it's -- I'm a



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

68

                        J. French

1
2      very busy person.  I may have spoke to
3      somebody.  It may have been him.  I don't
4      remember, you know.
5          Q.  Do you recall being contacted by any
6      Nassau County detective in the last couple of
7      years about these issues?
8          A.  Last couple of years?  Not that I
9      recall.
10         Q.  A Detective Hillman?
11         A.  Oh, yes.  Absolutely.  Oh, God.  I am
12     so busy it's like -- yes, I did talk to
13     Detective Hillman.
14         Q.  How did Detective Hillman contact
15     you?
16         A.  I forgot.  Maybe he called me?  I
17     don't recall.
18         Q.  Are you on Facebook by any chance?
19         A.  No.
20         Q.  Me neither.  We're the two people
21     left on the earth, I think.
22             Did you meet with Detective Hillman
23     in person?
24         A.  Yes.
25         Q.  Where was the meeting?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

69

J. French

1

2      A.  It was at the Malbrook Diner in
3  Valley Stream, border of Lynbrook, called the
4  Malbrook Diner.
5      Q.  How recent was that meeting?
6      A.  Months ago.  I forgot exactly when
7  though.
8      Q.  How did he introduce himself to you?
9      A.  As a detective.
10     Q.  And was it your understanding he was
11 working on the Fusco case trying to solve that
12 crime?
13     A.  I don't recall.
14     MR. FERGUSON:  Note my objection to
15 the form of the question.
16     A.  I don't recall.  He just asked me
17 some questions.  That's all I remember.
18     Q.  Did he tell you why he wanted to ask
19 you questions?
20     A.  Not specifically.  From what I can
21 recall -- I don't really remember.  I was
22 working in Valley Stream and I was very tired.
23 So I met him there and that's all -- I
24 remember him asking questions.  I don't really
25 recall exactly about what, you know.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

70

1                    J. French

2       Q.  Was anyone with him when you had that

3   meeting?

4       A.  There was another detective with him.

5       Q.  Detective Goldman, by any chance?

6       A.  That's correct.

7       Q.  Did they show you their badges?

8       A.  I believe so.

9       Q.  How long did you meet with Detectives

10  Hillman and Goldman at the diner?

11      A.  We met over a cup of coffee.  That

12  was about it.  We had about a cup of coffee.

13  I don't remember how long exactly the meeting

14  was.

15      Q.  And generally speaking, was the

16  subject of discussion your car and its being

17  stolen?

18      A.  I believe so.  I really don't

19  remember the questions in detail at all of

20  what they asked.  Like I said, I was tired

21  that day.  I work very hard.

22      Q.  What time did you meet?

23      A.  It was after work.  So I don't

24  remember exactly what time.  But it was after

25  work.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

71

1                    J. French

2        Q.   And you work --

3        A.   Generally an 8-to-10 hour day.  Now

4    8.  No more overtime.

5        Q.   Right.  Other than the meeting over a

6    cup of coffee at the diner with Detective

7    Hillman and Detective Goldman, as you sit here

8    today do you recall having any other

9    meeting --

10        A.   No, no.

11        Q.   --  with Mr. Ferguson or any other

12    Nassau County person?

13        A.   No.

14        Q.   Were you asked to sign any statement

15    or document?

16        A.   I don't believe so.  I don't recall.

17    But I'm pretty easygoing.  But I just don't

18    recall, you know.

19        Q.   Sure.

20             Other than the statement that I

21    showed you a minute ago that you signed

22    identifying the rope and the pouch, do you

23    recall Nassau County police officers asking

24    you to sign anything else back in 1984 and

25    1985?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

72

1                    J. French

2       A.   Other than this?  I don't recall.

3       Q.   Was your sister Lori with you when

4  you met with Detectives Hillman and Goldman?

5       A.   No.

6       Q.   But you're aware that she did speak

7  to them?

8       A.   I -- I'm not sure.  I don't recall.

9       Q.   Have you two talked about the fact

10  that you're being asked questions about these

11  events from so long ago?

12      A.   We talked about it once, telling the

13  story to my mom.  And we really didn't get

14  into it.  You know, she's extremely busy like

15  me.  So it's not really a topic of discussion

16  for us because we're just so busy.

17      Q.   Sure.

18           Mr. French, did you know John

19  Restivo?

20      A.   No.

21      Q.   Had you ever met him?

22      A.   No.

23      Q.   Had you ever met Dennis Halstead?

24      A.   No.

25      Q.   Have you ever met John Kogut?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

73

                    J. French

1

2       A.   No.

3       Q.   Did you even know those names in

4    1984?

5       A.   Not at all.

6       MS. CORNWALL:   I have no further

7    questions at this time.   But I'm sure

8    Mr. Ferguson will.

9    EXAMINATION BY

10   MR. FERGUSON:

11      Q.   Good morning, Mr. French.

12      A.   Good morning.

13      Q.   Mr. French, I think you just said a

14   few minutes ago that you're not sure whether

15   you recognize me or did you say you don't

16   recognize me?

17      A.   You look familiar.   But I -- yeah --

18   but I didn't really fully recognize you right

19   off the bat.

20      Q.   Okay.   In the last two years has your

21   appearance changed at all?

22      A.   Has my appearance changed?

23      Q.   Yes.

24      A.   In the last two years?

25      Q.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 74 of 119 PageID #: 4490

74

                         J. French

1

2        A.   Well, I did have a mustache which I
3    shaved off.  My hair got a little longer.
4        Q.   Did you have the hair that's, you
5    know, below the --
6        A.   Yes.  I always had that.
7        Q.   But you used to have a mustache?
8        A.   It bothered my girlfriend and I love
9    her.  So I shaved it for her.
10       Q.   Mr. French, although maybe you
11   vaguely remember me or you don't, do you
12   recall, though, that you did have a meeting
13   with attorneys from the county to discuss many
14   or most of the things that have been discussed
15   here today?
16       A.   Yes.  I remember going to Mineola.  I
17   believe it was you and the D.A.?  The girl?
18       Q.   So you do remember a woman being
19   present as well?
20       A.   Yeah.
21       Q.   And --
22       A.   Sullivan maybe?
23       Q.   Your memory is getting better.  Okay,
24   Mr. French.
25            Do you remember -- you do remember a



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

75

1                    J. French
2    meeting and it was one meeting and it was with
3    two people, male and female, and the female's
4    name was Sullivan?
5         A.   Yes.
6         Q.   Do you recall a Christine Sullivan?
7         A.   Okay.  Yes.
8         Q.   And do you remember that both of us
9    spoke to you at the same time?
10        A.   Yes.  Absolutely.
11        Q.   And that was the only meeting,
12   correct?
13        A.   Yes.
14        Q.   And you had been contacted in some
15   fashion and asked if you would be willing to
16   meet with us?
17        A.   Sure.
18        Q.   Do you recall how you were contacted?
19        A.   No.
20        Q.   Do you recall, Mr. French, that
21   before you actually sat down and met with us,
22   that you had some telephone conversation with
23   Ms. Sullivan?
24        A.   I believe so.  That's probably how I
25   was contacted.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

                        J. French
1
2        Q.  Do you recall how long ago this was?
3        A.  Not really, no.  Maybe a year ago?  I
4   don't really recall.
5        Q.  Would it be at least a year ago?
6        A.  Probably, I guess.  I don't recall.
7        Q.  Do you recall, Mr. French, speaking
8   to Ms. Sullivan on the phone and telling her
9   that you had previously been contacted by
10  someone else?
11       A.  Yes.
12       Q.  And who was that?
13       A.  I believe it was the attorneys
14  from -- you guys.
15       Q.  Pointing towards Ms. Cornwall?
16       A.  Yes.
17       Q.  Did you use the word Project Freedom?
18       A.  Somebody told me about something.  I
19  forgot.  Or she said -- she mentioned
20  something.  I don't recall.
21       Q.  Do you recall who you were contacted
22  by for the attorneys for the other side?
23       A.  I don't remember the name.  I don't
24  remember the name.
25       Q.  Did you describe that to Ms. Sullivan



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

                    J. French
2  as a bad experience for you?
3      A.  I was upset because I didn't like the
4  way they came to my mom's house and, like,
5  squeezed things out of her.  She's very ill.
6  She has multiple sclerosis.  I was upset about
7  that and she was upset.  Having MS, to disturb
8  somebody and ask questions like that, really
9  hurts her.  It makes her very weak, you know.
10 So I was very upset about that, I recall.
11     Q.  Do you recall being approached by a
12 Mary Shembre, S-H-E-M-B-R-E.
13     A.  The name -- I believe that's the
14 person who may have called me.
15     Q.  Did that person indicate that she was
16 an investigator?
17     A.  I don't recall.
18     Q.  Did that person ask you questions?
19     A.  Probably.
20     Q.  Did you indicate in some fashion that
21 you had a problem with the way she was going
22 about that?
23     A.  Yes.  I -- like I said, being as busy
24 as I am, I felt like, you know -- I didn't
25 like the way she approached my mom and the



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

78

J. French

1
2    way -- you know, it's like -- I didn't want to
3    get involved in, like, something that's not --
4    really has nothing to do with me, so to speak,
5    basically.
6        Q.  This Mary Shembre, was she giving or
7    telling you information about what had
8    happened back in 1984?
9        A.  I don't recall.  I don't recall.  She
10   called me during work and was a little
11   persistent.  And I was really busy that day.
12   I remember I had a lot on my mind for work.
13       Q.  Did she tell you that you could be
14   subpoenaed?
15       A.  I believe so.
16       Q.  How did that discussion come up?
17       A.  I don't recall.  I don't recall.
18       Q.  The time that you met with Ms.
19   Sullivan, that was the same time that you met
20   with another attorney who you think is me; is
21   that correct?
22       A.  Yes.
23       Q.  I don't want to put words in your
24   mouth.
25       A.  I believe it was you.  Yeah.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                          J. French

2          Q.   If you didn't meet me that day, you

3     never met me before, right?

4          A.   No.

5          Q.   And you never met me since?

6          A.   No.

7          Q.   And we never spoke since, right?

8          A.   No.  Not at all.

9          Q.   Okay.  Now, the discussion with us

10    was about your car and the fact that it had

11    been stolen on November 10th around the time

12    that you've indicated, at the location you've

13    indicated, and that you recovered it when you

14    went out looking for it with your sister;

15    correct?

16         A.   Correct.

17         Q.   And you loved that car?

18         A.   Yes.

19         Q.   And you kept that car at the time

20    meticulously clean, did you say?

21         A.   Yes, I did.  I kept it clean, very

22    clean.

23         Q.   And when you bought that car or when

24    you had the car, would it be fair to say that

25    that car was in good condition?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

80

                         J. French

1

2       A.   Yes.

3       Q.   Would it be fair to say that because

4  of your love for that car, you maintained that

5  car in very good condition?

6       A.   Yes.

7       Q.   And would it be fair to say, sir,

8  that you never had occasion to tow that car at

9  all?

10      A.   I think one time something may have

11 happened where, like, the fluid was drained on

12 my radiator and I had to have it towed.  Yeah.

13 I mean, I had my friend tow it with me, you

14 know.

15      Q.   Do you recall how you did that, that

16 tow that you say you did with your friend?

17      A.   No.  I remember having fluid problems

18 with it where I didn't want to use it and

19 overheat the car.  I remember things like that

20 happening it to it, you know.

21      Q.   Do you recall telling, when you had

22 met with myself and Ms. Sullivan, that you

23 kept the car neat and clean and that you kept

24 nothing in the back seat?

25      A.   I would imagine so.  I don't remember



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                               April 29, 2011

81

1               J. French

2    about keeping anything in the back seat or

3    not.

4        Q.   Did you keep anything in the back

5    seat?

6        A.   How could I -- I don't recall.

7        Q.   Well, I understand you don't recall.

8    But based on the way you maintained that car

9    and the way you know you are, as you described

10   here today, would you have kept a back seat

11   disheveled with respect to a bunch of things?

12           MR. GRANDINETTE:  Object to the form.

13       A.   Not really.  But, like I said, I did

14   keep it neat.

15       Q.   Do you recall telling Ms. Sullivan

16   and myself that you would not normally keep a

17   rope in your car?

18       A.   I don't recall.

19       Q.   You were shown a statement, I think,

20   here today dated December 7, 1984, Exhibit

21   number 163.  And do you have it in front of

22   you there?  Do you see it?  And in that

23   statement -- I think you already indicated you

24   don't specifically recall this now -- but the

25   statement says that, "I had the length of rope



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

82

                              J. French

1

2      in the back of my car because I used it to tie

3      down a bed that I had transported for my

4      friend."

5           A.   Okay.

6           Q.   Now, would it be fair to say, sir,

7      after you recovered the car on November 18th,

8      you then continued to use that car?

9           A.   Yes.

10          Q.   And did you use it for work?

11          A.   I don't recall.  But I believe so.

12          Q.   You were working at that Lemarc Watch

13     Company?

14          A.   Yes.  I'm sure I would have used my

15     car for work.

16          Q.   That's how you did get back and forth

17     to work at that time; is that correct?

18          A.   Yes.

19          Q.   Would it be fair to say, then, in the

20     time period between November -- withdrawn.

21          Do you know, this statement being

22     December 7th, if the use of the rope here,

23     referring to "tying down a bed" whether that

24     could have been after you had recovered your

25     car on November 18th?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

83

1                    J. French

2        A.  I don't recall.

3        Q.  You don't remember one way or the

4    other?

5        A.  No.

6        Q.  But this statement here, which you

7    don't remember exactly the details of it,

8    says, "I used it to tie down a rope that I

9    used to transport for my friend"?

10       A.  Bed.

11       Q.  Sorry.  You used it to tie down a

12   bed.  I think I said to tie down a rope.

13           "Used it to tie down a bed."  Is that

14   something that you might do?

15       A.  Yes.  Yeah.  I help people out a lot.

16   Yes.

17       Q.  There's nothing, by the way, in this

18   statement, December 7th, that says anything

19   about why you normally kept a rope in your car

20   in case you needed to get a tow?

21       A.  I imagine I did because even my other

22   cars before that -- you know, I was a young

23   kid.  So I remember I always kept something to

24   be able to tow my car.  You know, when you

25   can't afford to fix your car, as a young --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 84 of 119 PageID #: 4500

84

                    J. French

1    you know, I was prepared if I needed to make a

2    call and have somebody help me out.

3        Q.   When it says, "I positively

4    identified the rope and pouch," do you recall

5    telling Ms. Sullivan and myself that the pouch

6    may have been connected with the fact that you

7    worked for the watch company?

8        A.   Yes.  Probably.

9        Q.   And with the watch company you had

10   pouches?

11       A.   Yes.

12       Q.   And you remember telling us that?

13       A.   I believe -- yeah.

14       Q.   And do you have -- withdrawn.

15           One of the things, would it be fair

16   to say, Mr. French, that as you testify here

17   today, that after you got your car back it was

18   you who contacted the Nassau County Police

19   Department because you thought there might be

20   a connection between your car and the death of

21   this woman?

22       A.   Yes.  Yes.

23       Q.   And you were living in the community

24   at the time and the discovery of the body of



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

85

                              J. French
1
2    this woman was a big deal; wasn't it?
3         A.   Yes.
4         Q.   And you knew that this was something
5    that had occurred recently and that no one had
6    been immediately apprehended for this, right?
7         A.   Yes.
8         Q.   And you knew that the dates were,
9    when she supposedly went missing, was the same
10   date and time when your car went missing,
11   right?
12        A.   Yes.
13        Q.   So you thought there possibly could
14   be a connection, right?
15        A.   Yes.
16        Q.   And you, in fact, told that to Ms.
17   Sullivan and myself?
18        A.   Yes.
19        Q.   And you contacted the police
20   department, right?
21        A.   Correct.
22        Q.   Did you tell us that the police,
23   homicide police came right away?
24        A.   I believe they did, yes.
25        Q.   Did you tell us that they took your



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

86

                        J. French
1
2   car on a flatbed truck?
3       A.   Yes.
4       Q.   And they took it away right away,
5   didn't they?
6       A.   Yes.
7       Q.   And that you were driven to
8   headquarters in the back of a detective car,
9   yes?
10      A.   Yes.
11      Q.   And that was something that never
12  happened to you before, right?
13      A.   No.
14      Q.   So there was no doubt in your mind
15  that the police were very interested in this
16  car?
17      A.   Yes.
18      Q.   And they didn't try to drive it, in
19  fact, they put it on a flatbed?
20      A.   Absolutely.
21      Q.   And they took you right down to
22  homicide, right?
23      A.   Yes.
24      Q.   And then, according to what you've
25  been asked here today from the newspaper



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 87 of 119 PageID #: 4503

87

J. French

1
2   articles that you were shown, this was right
3   after, within a day or so of the body being
4   discovered of this woman?
5       A.   Chronologically I don't remember the
6   dates about these things.  But if it's on
7   paper, then it must have happened, you know.
8       Q.   You were shown here documents today
9   indicating that you were spoken to by the
10  police, say, on December 6th by detectives on
11  December 6, 1984 and also December 7th, I
12  think, am I correct, 1984?
13      A.   Yes.
14      Q.   And also there was here a
15  statement -- there was also, you mentioned,
16  the hair and there's another statement here --
17  let me see if I can get my hands on it right
18  now.  There's a statement that you were shown
19  today that was marked today as an exhibit.
20  But it says prepared by Detective Mitchell and
21  it's December 11th?
22          MS. CORNWALL:  Exhibit 162.
23      A.   Correct.
24      Q.   So the -- do you recall, Mr. French,
25  telling us that the police had that car for



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

JOHN T. FRENCH                                April 29, 2011

88

1                       J. French
2    quite some time?
3         A.   Yes.
4         Q.   And it was actually not them who
5    contacted you.  But you finally contacted them
6    about, "Hey, what's the status of my car?"
7         A.   "Can I have my car back please?"
8    Yes.
9         Q.   And then you recovered your car,
10   right?
11        A.   Yes.
12        Q.   Do you recall telling us that when
13   you did recover it, it was filled with
14   fingerprint dust?
15        A.   Yes.
16        Q.   So it indicated that investigators
17   had gone through that car?
18        A.   Yes.  Absolutely.
19             MR. GRANDINETTE:  Objection as to
20   form.
21        Q.   Do you recall telling Ms. Sullivan
22   and myself that the police told you that there
23   was no connection between your car and that
24   homicide?
25        A.   That's correct.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

89

1                           J. French
2          Q.   And do you recall telling us that you
3     were kind of actually a little disappointed
4     because the thought the situation might be
5     different?
6          A.   Yes.   Just because of the pants and
7     everything, I really thought there was going
8     to be a connection.
9          Q.   But after speaking to you several
10    times, and after speaking and after taking
11    these hair samples and after the fingerprint
12    dust and so forth, when you finally got the
13    car back you were notified there wasn't a
14    connection and --
15              MR. GRANDINETTE:   Objection to the
16    form.
17              MR. FERGUSON:   Can I finish the
18    question?
19              MR. GRANDINETTE:   I thought you were
20    finished.
21         Q.   In the opinion of the homicide
22    detectives there wasn't a connection between
23    your car and --
24         A.   Correct.
25              MR. GRANDINETTE:   Objection to form.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

90

1                    J. French
2      Q.  But it was certainly your opinion
3  that initially the detectives were very
4  interested in your car?
5      A.  Yes.
6      Q.  Do you recall at all, Mr. French, one
7  way or the other, that you telling Ms.
8  Sullivan and myself that it was definitely not
9  your practice to keep a rope in your car?
10         MR. GRANDINETTE:  Objection.
11         MS. CORNWALL:  Objection.  Asked and
12  answered.
13      A.  Repeat the question, please?
14         MR. FERGUSON:  Could you read it
15  back?
16         (Record read.)
17      A.  I don't recall.
18      Q.  Are you familiar with the area where
19  your car was found by yourself by the Lakeview
20  railroad station?
21      A.  Yeah.  I would say yes.
22      Q.  Had you ever gone to any houses in
23  that area?
24      A.  No.  No houses in that area.
25      Q.  Did you use that railroad station?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

91

1                        J. French

2          A.   No.

3          Q.   So if you used the railroad it would

4    have been a different station?   Lynbrook

5    station?

6          A.   Malverne or Lynbrook, yes.

7          Q.   So it wouldn't have been that?

8          A.   No.

9          Q.   Do you happen to know if near where

10   your car was found by you there was a home or

11   homes for boys?

12         A.   I have no idea.

13         Q.   You have no idea about that?

14         A.   No.

15         Q.   Do you remember keeping anything else

16   in your car at all other than what you've told

17   us today?   Except, possibly, I think you told

18   us there might have been a hunting knife and

19   maybe some tools that you would keep normally

20   in the truck, right?

21         A.   Yes.

22              MR. GRANDINETTE:   Objection to form.

23         Q.   That was your practice, you always

24   kept tools?

25         A.   Always.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

92

                        J. French

1

2       Q.  When you say you always kept tools

3  what kinds of tools are you talking about?

4       A.  Ratchets, screw drivers, things like

5  that.

6       Q.  Basically small hand tools?

7       A.  Yes.  All hand tools.

8       Q.  I think you were shown a photograph

9  today.  One of the photographs, if I'm

10  correct, might be Exhibit I, shows a piece of

11  rope?

12       A.  J.

13       Q.  J.

14           Do you recognize that at all?

15       A.  No.  I don't recognize it.

16           MR. FERGUSON:  Can I have just a

17  minute to speak to her for a second?

18           (Mr. Ferguson and Ms. Limani leave

19  the room for a brief recess.)

20           MR. FERGUSON:  I have no further

21  questions, Mr. French.  Thank you very much.

22           MS. CORNWALL:  I just have a couple

23  of follow-ups.

24  CONTINUED EXAMINATION

25  BY MS. CORNWALL:



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

93

1                     J. French

2        Q.   The meeting you had with Mr. Ferguson

3    and Christine Sullivan, was that before or

4    after you met with Detectives Hillman and

5    Goldman?

6        A.   Before.

7        Q.   How much before?

8        A.   I would say months.  I don't know

9    exactly how --

10       Q.   When you met with Mr. Ferguson and

11   Ms. Sullivan, were either of them taking

12   notes?

13       A.   I don't recall.

14       Q.   Did they ask you to sign anything?

15       A.   I don't recall.

16       Q.   Before today you and I have never

17   met, have we?

18       A.   No.

19       Q.   I would ask you to take a look at a

20   couple of items to see if you recognize them.

21            Exhibit 268 is a photograph of a red,

22   white and blue quilt.  Do you recognize that?

23       A.   No.  I do not recognize that.

24       Q.   How about Exhibit 269?

25       A.   I do not recognize this either.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

94

                              J. French

1

2        Q.   Okay.  And 270?

3        A.   No.  I do not recognize that either.

4        Q.   As you sit here today, Mr. French,

5    you don't have any personal knowledge of

6    whether the stealing of your car has any

7    connection with the Theresa Fusco case, do

8    you?

9        A.   No, I don't.

10       MS. CORNWALL:  Thank you.  I have

11   nothing further.  Thank you so much for coming

12   in.

13       MR. FERGUSON:  Thank you, Mr. French.

14       THE WITNESS:  Take care.

15       (Time noted:  11:36 a.m.)

16

                    _____

17                      John T. French

18

     Subscribed and sworn to before me
19   This _____ day of _____, 2011.

20

     _____
21        NOTARY PUBLIC

22

23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                                    April 29, 2011

95

I N D E X

EXHIBITS                                            PAGE

265, Subpoena                                         5

266, Police report                                   5

266, copy of a photograph of blanket                 5

267, copy of a photograph of blanket                 5

268, copy of a photograph                            5

269, copy of a photograph                            5

270, copy of a photograph                            5


EXAMINATION BY

 MS. CORNWALL                                         5

 MR. FERGUSON                                        73

 MS. CORNWALL                                        92



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1

2

C E R T I F I C A T I O N

3

4           I, HELGA CHRISTIANE LAVAN, a

5    Shorthand Reporter and notary public, within

6    and for the State of New York, do hereby

7    certify:

8              That JOHN T. FRENCH, the witness

9    whose examination is hereinbefore set forth,

10   was first duly sworn by me, and that

11   transcript of said testimony is a true record

12   of the testimony given by said witness.

13             I further certify that I am not

14   related to any of the parties to this action

15   by blood or marriage, and that I am in no way

16   interested in the outcome of this matter.

17

18             IN WITNESS WHEREOF, I have

19   hereunto set my hand this        day of

20   , 20__.

21

22             _____

23             HELGA CHRISTIANE LAVAN, Reporter

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                                    April 29, 2011

97

1    DEPOSITION ERRATA SHEET

2

3

4    Our Assignment No.  319647

5    Case Caption:  Restivo v. Nassau County

6

7              DECLARATION UNDER PENALTY OF PERJURY

8         I declare under penalty of perjury that I have

9    read the entire transcript of my Deposition taken in the

10   captioned matter or the same has been read to me, and

11   the same is true and accurate, save and except for

12   changes and/or corrections, if any, as indicated by me

13   on the DEPOSITION ERRATA SHEET hereof, with the

14   understanding that I offer these changes as if still

15   under oath.

16

17   Signed on the _____ day of_____, 20____.

18

19   _____

20        JOHN T. FRENCH

21

22

23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                                          April 29, 2011

98

1    DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23        SIGNATURE:_____DATE:_____

24             JOHN T. FRENCH

25

99



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH                                    April 29, 2011

99

DEPOSITION ERRATA SHEET

1

2   e No._____Line No._____Change to:_____

3   _____

4   son for change:_____

5   e No._____Line No._____Change to:_____

6   _____

7   son for change:_____

8   e No._____Line No._____Change to:_____

9   _____

10  son for change:_____

11  e No._____Line No._____Change to:_____

12  _____

13  son for change:_____

14  e No._____Line No._____Change to:_____

15  _____

16  son for change:_____

17  Page No._____Line No._____Change to:_____

18  _____

19  son for change:_____

20  e No._____Line No._____Change to:_____

21  _____

22  son for change:_____

23

24  SIGNATURE:_____DATE:_____

25          JOHN T. FRENCH



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

A

**A.D.T** 7:24,25
**a.m** 94:15
**ability** 35:24
**able** 53:17,19 83:24
**a b o v e - e n t i t l e d** 3:3
**Absolutely** 11:12 33:14 68:11 75:10 86:20 88:18
**abused** 25:9
**accurate** 17:14 18:15 25:5 30:18 39:11 40:4,13 41:20 43:24 47:8 50:7,14, 20 97:11
**accurately** 50:3,23 51:19
**action** 96:14
**additional** 31:18
**address** 7:7 14:25 39:3
**afford** 42:22 83:25
**ago** 8:6 20:2 26:15 28:12 34:20 38:3 45:9 47:24 66:23 69:6 71:21 72:11 73:14 76:2,3, 5
**alarm** 7:21
**ALBERT** 1:10 2:9
**ALLEN** 2:11
**already** 81:23
**ALSO** 4:18 5:20 7:6 56:20 59:16 60:8 61:15 62:3 64:15,16 65:23 87:11, 14,15
**although** 74:10
**altogether** 12:17
**always** 11:14 43:10 74:6 83:23 91:23,25 92:2
**AM/FM** 44:3
**amazement** 32:17
**Ambrico** 32:12
**American** 8:2
**among** 27:22
**anal** 33:25
**and/or** 97:12
**Ann** 31:20
**another** 24:10,15 30:3 41:16 51:13, 16 63:16 65:15 70:4 78:20 87:16
**answer** 6:3,14
**answered** 90:12
**ANTHONY** 2:17 4:6
**anyway** 29:10 64:25
**anywhere** 16:11
**appearance** 73:21,22
**appears** 13:12 14:2 24:22 49:23
**apprehended** 85:6
**approached** 77:11,25
**Approximatel y** 8:17 9:4 18:12 24:22
**April** 3:9
**area** 51:22,25 52:9 63:18 90:18, 23,24
**around** 9:7 14:18 19:20 23:20 27:22 28:9 39:21 79:11
**article** 36:21 38:22
**articles** 87:2
**asked** 53:9 69:16 70:20 71:14 72:10 75:15 86:25 90:11
**asking** 53:13 69:24 71:23
**assigned** 22:6
**Assignment** 97:4
**associates** 7:17
**attack** 64:23
**Attorney** 4:14,16 66:11 78:20
**Attorneys** 4:4,8 74:13 76:13,22
**auto** 20:18 41:18 43:22
**Avenue** 7:3 12:9 15:12,13 18:7 20:18,24,25 21:15 39:8,9 44:15 58:24
**aware** 26:15 28:2 32:8 37:7 72:6

B

**B** 4:13 49:22
**back** 8:7 18:19 26:4,5 27:2 29:4 32:19 33:2,6,10, 15,16 34:24 42:11 43:22 47:19 49:19, 21 50:6,11 55:7 56:21 59:17 60:7 62:6 64:15 66:2,5 71:24 78:8 80:24 81:2,4,10 82:2,16 84:18 86:8 88:7 89:13 90:15
**bad** 77:2
**badges** 70:7
**based** 81:8
**basically** 78:5 92:6
**bat** 73:19
**bearings** 17:18
**beat** 25:23
**Becht** 12:13 16:6 44:15 54:20, 22 56:10
**B-E-C-H-T** 12:13
**Becht's** 15:19 18:23

27:20 54:7
57:15 59:18
60:9 61:6
62:4 63:3

**bed**
47:20 82:3,23
83:10,12,13

**being**
25:15,16
35:2,22 36:16
39:12 44:24,
25 45:3 47:2
53:9 68:5
70:16 72:10
74:18 77:11,
23 82:21 87:3

**believe**
5:17 11:5,22
17:6 19:11
24:7 26:4
27:15 33:7
36:14 41:6
44:8 45:15
49:20 53:14,
16 54:9 55:20
59:22 60:22
61:9,11,21
62:5,12,18
63:4,9 64:17
65:11 66:4,18
70:8,18 71:16
74:17 75:24
76:13 77:13
78:15,25
82:11 84:14
85:24

**belonging**
31:19

**best**
6:3 17:12
35:24 55:6,9
65:22

**better**
74:23

**between**
15:2 18:21
35:21 39:9
45:3 82:20
84:21 88:23
89:22

**bifocal**
59:12

**big**
32:15 58:9
85:2

**Bill**
11:8

**bills**
43:17

**BIRDSALL**
1:11 2:14

**birth**
8:25

**bit**
12:19 17:19
33:20 49:23
62:25

**BJN**
16:23 39:7

**black**
17:4,5

**blacked**
31:21,22

**blanket**
95:6,7

**blankets**
46:4

**blind**
59:9

**block**
19:20

**blocked**
14:25

**blood**
96:15

**blue**
27:8 28:18
40:11,15
63:17 93:22

**body**
36:22 37:9,
13,24 38:21
84:25 87:3

**border**
21:24 69:3

**born**
8:12 47:2

**Both**
31:24 75:8

**bothered**
74:8

**bottom**
14:7 18:9
31:17 41:11,
22 48:9

**bought**
10:8,14,16,
21,25 79:23

**box**
14:15 16:20
30:6,13,16

**boxes**
30:13

**boyfriend/gi
rlfriend**
63:2

**boys**
91:11

**break**
6:6 45:19

**brief**
92:19

**bring**
58:18

**Broadway**
8:20 21:11

32:13 39:2,17
47:4 65:12

**broken**
29:9,11 30:22
44:11

**brothers**
58:4,8

**brothers'**
58:6

**brought**
26:6 27:14
32:19,23,25

**brown**
47:12

**BRUSA**
2:12

**BRUSTIN**
4:8

**bunch**
81:11

**burglary**
7:22

**busy**
68:2,12
72:14,16
77:23 78:11

**But..**
9:20

---
**C**
---

**C**
4:2 50:10
96:2

**call**
36:13 38:4,10
84:3

**called**
30:13 36:18
37:20 38:4
55:6 56:4,7
68:16 69:3
77:14 78:10

**calling**
37:22

**came**
32:14 40:23
45:10 77:4
85:23

**CAMPBELL**
2:18

**capacity**
2:5,6,7,8,9,
10,11,12,13,
14,15,16,17,
18,19,20,21

**Caption**
1:17 97:5

**captioned**
97:10

**car**
9:21,24 10:5,
15 11:11,21,
22 12:7,9
14:3,18
15:17,20,23
16:8,17 17:24
18:13 19:9,17
20:4,18,21
21:19 22:14
23:17,21
24:2,13 25:7,
15,16,19,22
26:3,5,12,
18,20,22
27:6,19
28:20,21
29:3,4,16,
18,22 30:7,
10,25 31:20,
25 32:5,9,19,
22 33:4,15,
16,22 34:6,9,
22 35:13,19,
22 36:8,16
39:7,12,13,
21 40:7,20


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH

41:13 42:12,
17,20,23
43:7,10,14,
19 44:4,24
45:3,23 46:4
47:20 48:25
49:9,18 50:4,
12,24 51:20,
24 52:8,15,20
53:7,10,15,
18,23 54:3,5,
8,12 55:2,4,
11,17,24 56:8
57:9,11,13
58:22 59:19,
21,23 60:19
61:8,10,19,
20 62:9 63:6,
21 64:16,18
66:5,21 70:16
79:10,17,19,
23,24,25
80:4,5,8,19,
23 81:8,17
82:2,7,8,15,
25 83:19,24,
25 84:18,21
85:10 86:2,8,
16 87:25
88:6,7,9,17,
23 89:13,23
90:4,9,19
91:10,16 94:6

**cards**
43:16

**care**
11:11,13
34:22 35:7
94:14

**carrying**
43:5

**cars**
32:15 42:16,
17 83:22

**case**
5:22 19:13
30:4 42:19
43:5 45:4
49:5 69:11
83:20 94:7
97:5

**Cassette**
43:16 44:3

**certainly**
90:2

**certify**
14:24 96:7,13

**chance**
6:18 68:18
70:5

**change**
48:3 98:4,7,
10,13,16,19,
22 99:4,7,10,
13,16,19,22

**changed**
11:15 73:21,
22

**changes**
97:12,14

**CHARLES**
1:12

**CHARLIE**
2:10

**checked**
32:6

**checking**
31:7

**chief**
11:2,4

**Chris**
32:12 58:7

**Christiane**
3:5 96:4,23

**Christine**

75:6 93:3

**chronologic**
28:5

**chronologica
l**
28:6 36:5
38:2

**Chronologica
lly**
87:5

**circled**
17:23 24:16

**civil**
5:14,22

**clean**
11:17 33:22
34:2,5,18,25
35:3 79:20,
21,22 80:23

**cleaned**
11:15 50:25
51:4

**cleaning**
35:9

**Close**
8:18

**closed**
16:3

**clothes**
45:11

**coffee**
70:11,12 71:6

**Cohn**
62:19 63:14

**coins**
43:17

**collected**
65:24

**College**
7:17

**color**
10:12

**come**
11:20 23:22
32:2,7 33:9
35:11,20
66:12 78:16

**comes**
33:25

**coming**
94:11

**COMMISSIONER**
1:5,6,7

**common**
16:11

**Community**
7:16 84:24

**Company**
9:13 82:13
84:8,10

**Complainant**
21:10

**Complaint**
21:5 22:5

**condition**
25:7,17,21
29:5 33:17
50:3,24 79:25
80:5

**confident**
48:11,15
67:18

**confusing**
6:5

**CONNAUGHTON**
1:13 2:13

**connected**
28:23 38:7
84:7

**connection**
28:22 35:21

**color**

36:18 84:21
85:14 88:23
89:8,14,22
94:7

**consistent**
15:16,18
20:20 31:9
52:13

**contact**
66:7,11,16
68:14

**contacted**
35:12,14 36:8
66:20 68:5
75:14,18,25
76:9,21 84:19
85:19 88:5

**continued**
82:8 92:24

**continues**
1:17

**conversation**
75:22

**conversation
s**
45:6

**copy**
36:21 46:21
58:19 95:6,7,
8,9,10

**corner**
39:8

**CORNWALL**
4:11 5:9,13
37:3 45:20
46:21 73:6
76:15 87:22
90:11 92:22,
25 94:10
95:12,14

**Correct**
9:8 10:11



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

13:3 14:4
15:3,6,22
16:22,24
17:3,15 18:8,
11,14,17,25
19:8 20:5,8
21:3 23:4,13
24:25 25:6
26:16 27:17
29:17 30:11
32:10 38:13
39:4,14,23
40:3,5,9,14
43:11 44:13,
17 46:2 47:3,
7 49:6,25
50:9 51:2
52:11 53:8
70:6 75:12
78:21 79:15,
16 82:17
85:21 87:12,
23 88:25
89:24 92:10
**corrections**
97:12
**couldn't**
42:22
**counsel**
6:11
**Country**
3:4,10 4:4
**COUNTY**
1:5 2:5 4:14,
16 5:15,21
13:15 35:13,
14 36:8 38:6,
11 40:21
41:17 48:24
52:19 53:6,12
54:11 55:10
65:6 66:7,10,
20 68:6
71:12,23

74:13 84:19
97:5
**couple**
26:14 32:13
58:8 68:6,8
92:22 93:20
**course**
8:3 48:14
**COURT**
1:2
**cracked**
25:11 49:24
**credits**
7:18
**Creek**
56:15
**crew**
57:18
**crime**
69:12
**Croyden**
21:15,17,18,
22
**cup**
70:11,12 71:6
**CV-06-6695**
1:4
**CV-06-6720**
2:4

___ D ___

**D**
95:2
**D.A**
74:17
**damage**
29:24
**DANIEL**
2:16
**dash**
34:16 44:2
50:19

**dashboard**
50:21
**date**
14:12 15:7
30:25 35:19
36:7,15 37:2,
4,11 38:15
39:10 41:19
63:10 85:10
**dated**
62:23,24
81:20
**dates**
56:6 65:18
85:8 87:6
**Dave**
53:22 54:14
65:5,23
**day**
32:19 36:10
38:23 46:12
70:21 71:3
78:11 79:2
87:3 94:19
96:19 97:17
**dead**
64:21
**deal**
85:2
**death**
84:21
**DEBORAH**
4:11 5:13
**Debra**
31:20
**December**
36:22 37:4,9
42:6 48:12
65:13 81:20
82:22 83:18
87:10,11,21
**DECLARATION**

97:7
**declare**
97:8
**Defendants**
1:15 2:22
5:22
**defense**
66:14
**definitely**
61:19 90:8
**Delta**
9:25 10:10
16:25
**DEMPSEY**
1:10 2:6
**DENNIS**
1:8 2:2 4:8
5:16 66:15
72:23
**department**
9:13,18 13:14
20:7 26:7,9
27:15 32:24
33:3 36:18
37:20 38:6
56:5,8 84:20
85:20
**depict**
50:3,23 51:19
**depicted**
49:14
**depiction**
50:8,15,20
**DEPOSITION**
3:2 5:23
13:13 97:1,9,
13 98:1 99:1
**Deputy**
4:16
**describe**
76:25
**described**

81:9
**describing**
16:17 30:10
**description**
28:17 39:11,
12
**destroyed**
35:6
**detail**
40:18,19 41:8
70:19
**details**
31:18 43:9
83:7
**DETECTIVE**
1:7,8,9,10,
11,12,13 2:18
41:23 42:2,4
47:10 48:6
68:6,10,13,
14,22 69:9
70:4,5 71:6,7
86:8 87:20
**detectives**
36:9 70:9
72:4 87:10
89:22 90:3
93:4
**DiCarlo**
31:20
**didn't**
19:19 67:20
72:13 73:18
77:3,24 78:2
79:2 80:18
86:5,18
**died**
61:22
**DIEHL**
1:14 2:15
**different**
12:6 89:5



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

91:4

Diner
69:2,4 70:10
71:6

dirt
51:24

disappearance
35:22

disappointed
89:3

disbelieve
31:13,16

discovered
87:4

discovery
84:25

discuss
74:13

discussed
74:14

discusses
21:9

discussion
70:16 72:15
78:16 79:9

disgruntled
35:5

disheveled
81:11

DISTRICT
1:2 8:2 66:10

disturb
77:7

document
12:24 13:4
41:16 45:16
46:8 53:5
71:15

documents
87:8

DONALD
1:5

DONNELLY
2:12

Donovan
61:18

door
17:8

doors
29:18,22,25

double-sided
13:21

doubt
86:14

down
17:22 21:4
24:18 30:13
32:13 34:15
36:6,11 47:20
48:16 75:21
82:3,23 83:8,
11,12,13
86:21

drained
80:11

drinks
19:20

drivable
29:5

drive
19:16 33:13
34:25 86:18

driven
54:5 55:4
57:13 59:23
60:21 61:10,
20 62:11 63:8
64:18 86:7

drivers
92:4

drop
29:2

drove
23:20 40:7

duly
5:6 96:10

during
6:10 18:24
55:23 78:10

dust
88:14 89:12

**E**

E
4:2 51:9 95:2
96:2 99:2,5,
8,11,14,20

early
37:9

earth
68:21

EASTERN
1:2

easygoing
71:17

either
44:24 93:11,
25 94:3

end
66:19

enough
8:18 65:20

entered
39:24

entire
97:9

entries
21:4

entry
20:14 22:6
24:11 25:4
43:21

ERRATA
97:1,13 98:1

99:1

ESQ
4:6,11,16,19

evening
23:15 38:17

events
72:11

evidence
49:4

exact
30:23 40:19
52:7,8

exactly
10:16 22:3
51:21 53:20
57:6 69:6,25
70:13,24 83:7
93:9

EXAMINATION
5:8 73:9
92:24 95:11
96:9

examined
5:7

exchanged
31:24

excited
32:5

Exhibit
13:5 17:13,20
20:12 24:11
28:9 30:3
36:20 38:15,
25 39:19
41:11,16
46:6,12,19
49:12 53:5
58:17 81:20
87:19,22
92:10 93:21,
24

Exhibits

5:2 95:3

experience
77:2

explain
35:25

extra
64:5

extremely
72:14

**F**

F
51:13 96:2

face
67:10,20,22

Facebook
68:18

fact
35:5 36:6
55:16 72:9
79:10 84:7
85:16 86:19

fair
14:17,20
34:21 35:8
46:17 50:7,
14,20 65:20
79:24 80:3,7
82:6,19 84:16

fairly
50:3,23 51:18

familiar
51:12 52:5,7
73:17 90:18

family
58:9

FARRELL
1:8

fashion
75:15 77:20

father
11:2



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

feet
15:12

felt
47:12 48:3
77:24

female
75:3

female's
75:3

FERGUSON
4:16 5:17
6:17 19:7
22:24 36:24
45:17 46:19,
24 66:25
67:2,4,9,12,
19 69:14
71:11 73:8,10
89:17 90:14
92:16,18,20
93:2,10 94:13
95:13

filled
14:23 88:13

finally
88:5 89:12

find
24:2,4 53:17,
19

finding
24:13 26:17

fingerprint
88:14 89:11

finish
89:17

finished
6:9 7:19
89:20

finishing
15:8

fire
7:22

first
5:6 6:10 8:10
10:5,7 24:11
30:4 37:12,16
39:16 40:21
41:21 49:12
50:7 65:14
96:10

five
9:4 30:12

fix
33:22 42:22
83:25

flatbed
86:2,19

floor
43:17 51:3
64:5

floorboard
23:11 40:16

fluid
80:11,17

follows
5:7

follow-ups
92:23

Forgive
33:18

forgot
11:5,6 19:13
26:23 68:16
69:6 76:19

form
69:15 81:12
88:20 89:16,
25 91:22

forth
82:16 89:12
96:9

forward
50:10,18
51:13,23

52:12

found
20:4 23:23
24:6,23 25:8
26:2,12,22
27:6 28:20
31:23,25 32:5
36:23 37:9,
13,21,24
38:21 39:24
40:11,16 41:8
42:13 43:8,13
44:25 50:4,24
51:19,24
52:10 56:3
58:22 64:25
90:19 91:10

four
9:4

four-door
16:25

FRAAS
1:12 2:10

FRANK
1:12 2:6

Freedom
76:17

FRENCH
3:2 5:1,5,10
6:1,25 7:1
8:1 9:1 10:1
11:1 12:1
13:1,16 14:1,
24 15:1 16:1
17:1,24 18:1
19:1 20:1,17
21:1,10 22:1
23:1 24:1,13
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1

37:1 38:1
39:1,3,20
40:1 41:1
42:1 43:1
44:1,14 45:1,
22 46:1,9,25
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1 64:1
65:1,3,5 66:1
67:1 68:1
69:1 70:1
71:1 72:1,18
73:1,11,13
74:1,10,24
75:1,20 76:1,
7 77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1,17
85:1 86:1
87:1,24 88:1
89:1 90:1,6
91:1 92:1,21
93:1 94:1,4,
13,17 96:8
97:20 98:24
99:25

French's
41:18 53:7

fresher
48:13

Friday
12:22 36:22
37:4

friend
16:5 47:21
54:23 55:7,8,

9 56:20 60:6
62:3,22 63:16
64:15 80:13,
16 82:4 83:9

friends
12:15 18:24
19:6,16 27:22
55:22 59:16
63:15

friend's
10:25 11:7
12:11

front
16:3,9 27:2
43:4 46:7
81:21

Fs
11:9

full
6:23

fully
67:20 73:18

funny
25:12,13

further
73:6 92:20
94:11 96:13

Fusco
28:3,23 35:18
36:23 49:5
56:4 69:11
94:7

Fusco's
35:21 37:8
45:4

G

G
1:11 51:16

gas
16:2,3,9,14

gave
46:21



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

general
34:21

generally
70:15 71:3

getting
59:10 74:23

girl
28:3,15 74:17

girlfriend
74:8

girls
61:2

girl's
26:17,19,21
27:5,18

give
54:3

given
33:10 96:12

giving
78:6

Glasser
62:2 63:11

glasses
59:11,12

go
6:13 7:9,15
19:19 20:6,9
27:19 41:19
53:21 58:20
59:9,10

God
68:11

goes
47:17

going
6:2 7:17 13:7
14:22 17:17
18:6,9,19
20:11 21:4
28:7 30:12

34:11 36:20
40:10 42:11
48:22 49:7,10
74:16 77:21
89:7

Gold
10:13 17:4

Goldman
70:5,10 71:7
72:4 93:5

gone
7:16 64:3
88:17 90:22

Good
5:10,11 10:2
11:11 49:18
54:23 55:8,9
73:11,12
79:25 80:5

GOODMAN
4:13

grade
54:24

graduate
7:11,13

Grandinette
3:4 4:3,6
59:6 81:12
88:19 89:15,
19,25 90:10
91:22

Great
58:20 61:24

grew
54:24 58:15

group
19:5

GRUBER
1:11 2:7

guess
25:14 67:14
76:6

guys
76:14

---

H
---

H
51:23

habit
29:21 45:23
46:3

hadn't
64:24

hair
53:14,17,19
64:7 65:7
66:6 74:3,4
87:16 89:11

hairs
66:3

halfway
40:16

HALSTEAD
2:2,3 4:9
5:16 66:16
72:23

Halverson
61:17

hand
92:6,7 96:19

Handing
49:11

hands
87:17

handwritten
46:8 53:5

hang
12:20

happen
32:11 65:19
91:9

happened
11:21 20:25
26:9 27:12

32:25 35:25
36:2 55:23
65:10 78:8
80:11 86:12
87:7

happening
80:20

hard
17:19 49:23
70:21

HARRY
1:13 2:8

hasn't
36:24

Haven't
11:6

HEAD
1:8,9 9:12
32:15

headquarters
86:8

hear
6:11 66:2

heart
64:23

HEATHER
2:3 4:9

held
3:3

Helga
3:5 96:4,23

help
45:24 83:15
84:3

her
31:21 37:12,
13,24 60:4,
17,24 61:12,
14,16,25
62:21 63:16
74:9 76:8
77:5,9 92:17

hereby
96:6

hereinbefore
96:9

hereof
97:13

hereunto
96:19

Hey
88:6

high
7:9,10

Hillman
68:10,13,14,
22 70:10 71:7
72:4 93:4

Hold
62:18

hole
50:15

home
29:4 33:22
39:2 44:20
46:14 47:6,11
54:3 91:10

homes
91:11

HOMICIDE
1:8,9 45:14
47:11 48:7
85:23 86:22
88:24 89:21

honestly
45:5

hour
71:3

hours
38:16 39:10

house
7:8 12:11,12
15:20 18:23



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

22:22 23:3
26:4 27:20
39:17 40:22,
23,25 42:5,9
57:15,19
58:14,15 60:9
61:6 63:25
65:12,23 77:4

**houses**
32:13 90:22,
24

**Hudson**
4:10

**hung**
22:25 59:16
60:7 61:2

**hunting**
17:7 91:18

**hurts**
77:9

___

**I**

**idea**
22:11 58:12
91:12,13

**ideas**
22:18

**identificati
on**
5:3

**identified**
47:18 84:5

**identifying**
41:12 45:13
71:22

**ignition**
29:10,15
30:13,19,21,
23

**ill**
77:5

**imagine**

33:11 80:25
83:21

**Immediately**
12:4 20:3
32:14,16,18
85:6

**inaccurate**
21:2,21

**indicate**
77:15,20

**indicated**
79:12,13
81:23 88:16
97:12

**indicating**
87:9

**individual**
2:5,6,7,8,9,
10,11,12,13,
14,15,16,17,
18,19,20,21
5:21

**informant**
58:11

**information**
16:16 17:13
41:12 78:7

**initially**
90:3

**inside**
11:17 25:22
26:18 34:6
40:15

**inside-out**
26:18 27:5

**instead**
59:11

**insurance**
43:16

**interested**
86:15 90:4
96:16

**introduce**
69:8

**investigate**
45:2

**investigatio
n**
57:6

**investigator**
56:23 57:4
66:15 77:16

**investigator
s**
88:16

**involved**
78:3

**issues**
6:15 66:21
67:24 68:7

**items**
43:18 93:20

___

**J**

**J**
1:6 4:16 5:1
6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1

46:1 47:1
48:1 49:1
50:1 51:1
52:1,12 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1,12,13
93:1 94:1

**JACK**
2:16

**Jackie**
61:18

**JAMES**
1:7

**JASON**
2:2 4:9

**jeans**
26:18,19,21
27:5,8,13,
18,24 28:18,
21 29:2
40:11,15 41:8
44:25

**Jennifer**
62:19 63:13

**job**
35:9

**jog**
28:8

**JOHN**
1:3,14 2:2
3:2 5:5,15
6:25 13:16
14:24 17:24
20:17 21:10
24:13 39:2
41:18 46:9,25
53:7 58:7
59:13 65:5
66:15,16
72:18,25
94:17 96:8
97:20 98:24
99:25

**John's**
63:21

**JOSEPH**
1:9 2:5

**joyride**
22:16 56:2

**judge**
6:12,14

**just**
5:20 6:6
12:14,20 13:6
14:22 18:6,23
19:5 20:11
22:7,15,25
23:6 25:14
26:11 28:7
30:21 31:7
33:19 37:19,
22 42:19
48:22 49:10
50:6 56:2
57:5 64:3,25
67:12,21
69:16 71:17
72:16 73:13
89:6 92:16,22



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

## K

**K**
60:25

**KANE**
1:5

**Keena**
64:11

**keep**
11:17 42:23
48:3 52:19
81:4,14,16
90:9 91:19

**keeping**
45:23 46:3
81:2 91:15

**kept**
43:2 52:14
64:4 79:19,21
80:23 81:10
83:19,23
91:24 92:2

**key**
29:8,12

**keys**
19:9,14,24
23:10,12 26:5
40:6 64:5

**kid**
83:23

**kind**
9:15,24 19:5
22:2 28:22
33:25 62:22,
23 89:3

**kinds**
92:3

**knew**
85:4,8

**knife**
17:7 91:18

**Kniffing**
11:8

**K-N-I-F-F-I-N-G**
11:8

**Knight**
60:23

**know**
6:5,7,20 7:25
10:3,18,25
13:18 16:13
19:19,23,25
26:12 29:3,
10,12 30:20,
22 35:6 36:6
37:22 38:2,7,
21 40:20 51:4
52:9 54:13,22
58:2,3,7,24
59:6,20
60:17,24
61:14 62:2,17
64:4,11 67:2
68:4 69:25
71:18 72:14,
18 73:3 74:5
77:9,24 78:2
80:14,20 81:9
82:21 83:22,
24 84:2 87:7
91:9 93:8

**Knowing**
33:24

**knowledge**
54:11 55:10
64:4 94:5

**known**
60:4

**KOGUT**
1:3 4:4 66:15
72:25

**KOZIER**
2:17

## L

**Lady**
54:25

**lady's**
40:11

**Lakeview**
12:9 15:12
18:7 21:15
24:5,24 25:3
39:8,24 59:2
90:19

**laser**
59:11

**last**
12:7 27:16,19
57:24 68:6,8
73:20,24

**late**
9:6

**later**
6:15 31:8
35:11

**Lavan**
3:6 96:4,23

**LAWRENCE**
1:7

**lawsuit**
5:14

**lawyer**
5:13 66:14

**learn**
58:10

**learned**
37:12

**least**
46:16 54:9
76:5

**leather**
48:20

**leave**
19:10 92:18

**led**

36:13 44:25

**left**
14:13 18:6,9
19:9 20:15
22:22 27:19
29:18 31:2
50:15 68:21

**left-hand**
30:6

**Lemarc**
9:13 82:12

**length**
47:12,19
48:19 52:13
81:25

**Let's**
6:23 13:22
17:19 24:10
41:19 49:12
53:21 58:17
59:13

**license**
16:18,21

**LIMANI**
4:19 5:20
6:17 92:18

**line**
31:3

**link**
45:3 49:5
56:5

**Lisa**
8:24 9:2
63:24 65:3

**list**
53:6,21 54:19
56:16 59:13,
14

**little**
12:19 17:18
25:23 33:20,
25 35:5 49:23

62:25 74:3
78:10 89:3

**live**
7:2,5,6 47:4

**lived**
32:13 58:23,
24 63:25

**lives**
56:13 58:2
60:15 61:14
62:17,18
63:19

**living**
7:20 8:18,21
62:6 84:24

**Livingston**
59:14

**LLP**
3:4 4:3,8

**Local**
7:21

**location**
15:9,10 17:25
18:12 21:19
24:12,20
51:11,14,19
58:21 79:12

**lock**
29:9,10,14,
15,16,25
30:22

**locked**
29:18

**locking**
29:21

**long**
23:25 34:19
38:3 45:9
47:24 52:18,
19,22 54:17
60:4 62:15
66:23 70:9,13



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

72:11 76:2
**longer**
42:12 43:7,19
52:21 61:21
74:3
**look**
13:23 14:13
17:17 23:16
24:10 30:3
38:14,22 46:6
50:19 52:5
58:17 73:17
93:19
**looked**
27:7,8
**looking**
23:21 39:20
64:7 79:14
**looks**
51:12
**Lori**
8:24 9:3 24:9
26:14 40:11
41:4 63:22,24
65:3 72:3
**LORNA**
4:13
**Loss**
41:18
**lost**
19:14
**lot**
15:23 78:12
83:15
**Lourdes**
54:25
**love**
10:4 11:15
74:8 80:4
**loved**
25:16 61:25
79:17

**lower**
14:13
**LULLO**
2:2 4:9
**Lynbrook**
7:4,5,6 12:10
13:2 15:14
20:13,22
21:25 23:5,15
26:6,8 27:14
28:3 29:3
33:3 40:7
60:15 69:3
91:4,6
**Lynbrook's**
22:7

**M**

**Maggie**
60:3
**mailing**
7:7
**maintained**
80:4 81:8
**Malbrook**
69:2,4
**male**
75:3
**Malverne**
7:4,7,10 8:20
9:14 12:11
20:18 21:11,
23,25 25:2
39:2 44:16
47:4 58:15,25
59:3 65:12
91:6
**man**
17:10 42:20
**manager**
9:19
**map**
17:17,21

18:16 24:10,
16 25:4 58:23
59:4
**mark**
49:10
**marked**
5:3 13:5
17:20 20:12
36:25 38:15
41:16 49:11,
13 87:19
**marriage**
96:15
**married**
60:15,17
61:15,16
**MARTINO**
1:10 2:9
**Mary**
77:12 78:6
**mat**
19:11,24
23:11 43:17
64:5
**math**
8:14,16
**matter**
3:3 34:21
96:16 97:10
**McDonald**
60:18
**mean**
22:9 30:24
80:13
**means**
30:20
**meet**
68:22 70:9,22
75:16 79:2
**meeting**
42:9 46:16
67:15 68:25

69:5 70:3,13
71:5,9 74:12
75:2,11 93:2
**MELISSA**
2:2 4:9
**Melville**
58:25
**memory**
6:4 10:2
15:16 17:12
28:8 31:9
44:6 47:23
48:13 65:22
66:22 74:23
**men's**
45:18
**mentioned**
45:22 76:19
87:15
**Merrick**
61:14
**messed**
35:4
**met**
5:12,17,20
67:11,18
69:23 70:11
72:4,21,23,
25 75:21
78:18,19
79:3,5 80:22
93:4,10,17
**meticulous**
34:22
**meticulously**
79:20
**MICHAEL**
1:13 2:13
4:16 12:13
15:19 54:19
56:17,19
**Mike**

16:6 18:23
27:19 44:15
54:7,22 56:9
57:15,21
58:10,13,23
59:18 60:9
61:6 62:4
63:3
**Mike's**
22:22 23:3
57:19
**military**
18:22
**MILTON**
1:11 2:7
**mind**
22:15,18
28:22 36:13
78:12 86:14
**mine**
47:18 54:23
56:20 62:3
63:16
**Mineola**
3:5,11 4:5,15
74:16
**minute**
20:2 48:22
71:21 92:17
**minutes**
73:14
**mirror**
25:12 51:3
**missing**
12:3 20:21
28:4,8,15
31:6 35:18
36:7,16
37:21,24 51:8
54:8 85:9,10
**misuse**
22:9



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**Mitchell**
41:23 42:2,4
87:20

**mom**
8:22 63:22,24
65:4 72:13
77:25

**moment**
33:7

**mom's**
7:8 77:4

**Months**
69:6 93:8

**moon**
63:17

**morning**
5:10,11 66:24
73:11,12

**most**
74:14

**mother**
37:12 47:5
63:20

**motor**
13:13 15:7
16:20 21:6,14
32:15

**mouth**
78:24

**moved**
63:21

**multiple**
77:6

**must**
87:7

**mustache**
74:2,7

**myself**
80:22 81:16
84:6 85:17
88:22 90:8

---

### N

**N**
4:2 95:2 96:2

**NADJIA**
4:19

**name**
5:12 6:23
11:7 13:15
14:23 46:25
54:19 60:17
61:16 75:4
76:23,24
77:13

**named**
28:3

**names**
58:6 73:3

**NASSAU**
1:5 2:5 4:14
5:15,21 7:16
13:14 35:12,
14 36:8 38:6,
11 39:16
40:21 41:17
48:24 52:19
53:6,12 54:11
55:10 65:6
66:7,10,20
68:6 71:12,23
84:19 97:5

**near**
21:15,18
24:24 39:25
58:21 91:9

**neat**
80:23 81:14

**neatness**
34:2

**necessary**
45:24

**needed**
83:20 84:2

---

**negate**
53:15

**neighbor**
32:12

**neither**
68:20

**NEUFELD**
4:8

**never**
7:18 32:5
79:3,5,7 80:8
86:11 93:16

**NEW**
1:2 3:5,6,11
4:5,10,15 7:4
15:14 31:19,
23 33:19
36:21 39:2,7
47:5 63:18
96:6

**news**
37:8 38:22

**newspaper**
86:25

**night**
7:17 12:22
14:19 16:12
18:21 36:17
54:7 57:16
59:18 60:10
62:4 63:3

**No.Change**
98:2,5,8,11,
14,17,20
99:2,5,8,11,
14,17,20

**No.Line**
98:2,5,8,11,
14,17,20
99:2,5,8,11,
14,17,20

**normally**

---

81:16 83:19
91:19

**Notary**
3:6 94:21
96:5

**note**
67:12 69:14

**noted**
94:15

**notes**
44:20 93:12

**Nothing**
43:21 78:4
80:24 83:17
94:11

**noticed**
32:16

**notified**
89:13

**November**
8:8,15,19
9:21 10:19
11:20,23
23:15 58:23
79:11 82:7,
20,25

**number**
15:9 16:21
17:23 18:4
21:5 22:6,8
24:12,14 25:4
34:11 46:20
47:6 81:21

**numbers**
18:2 49:21

---

### O

**O**
96:2

**oath**
97:15

**Object**
81:12

---

**Objection**
19:7 67:4,13
69:14 88:19
89:15,25
90:10,11
91:22

**objections**
6:11,13

**obviously**
16:12 33:8
65:17,19

**occasion**
80:8

**occurred**
85:5

**Ocean**
15:13 18:10
20:17,24,25
39:8 44:15

**offer**
97:14

**office**
67:7

**officer**
21:9 42:5

**officers**
5:22 40:22
45:10 71:23

**offices**
3:3

**Oh**
18:3 24:21
31:7 47:22
61:24 64:22
68:11

**oil**
11:14

**Okay**
6:8,16 8:9
10:5,24 13:25
15:8 18:3,18
21:24 22:5

---



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

26:2 28:19
30:17 31:4,8
33:21 34:13,
14 37:6,15,17
38:19 41:25
46:15,18
47:22 48:2,21
51:10,15,17
52:4 56:18
64:10 65:21
67:8,14 73:20
74:23 75:7
79:9 82:5
94:2

**ol'**
49:18

**Old**
3:4,10 4:4
8:10,14,17
42:16 47:2

**older**
59:10

**oldest**
9:2

**Oldsmobile**
9:25 10:10
16:25 39:6
50:8,21

**once**
36:4 52:6,9
56:3 61:13
63:4,16 72:12

**opinion**
89:21 90:2

**opposed**
23:7 29:16

**order**
8:25 36:5,9

**outcome**
96:16

**outdoors**
17:10

**outside**
29:16

**over**
23:20 32:14
35:5 70:11
71:5

**overheat**
80:19

**overtime**
71:4

**owned**
31:20

**owner**
31:19

---
**P**

**P**
4:2

**P.D**
40:7,10

**P.O**
1:13,14

**page**
1:17 13:6,8,
10,19,23
14:5,8 17:13
30:4 49:22
50:7 51:9,13,
16,23 52:3,12
64:7 95:3
98:2,5,8,11,
14,17,20
99:17

**pages**
13:20 49:10
64:3

**pair**
27:24 40:11

**pants**
89:6

**paper**
37:8 65:17

87:7

**paragraph**
37:12,16

**park**
12:7 16:8

**parked**
12:9 15:17,21
16:3,10 18:13
21:19 22:14
39:7,25

**parking**
15:23 51:24

**part**
28:6 38:2
57:18

**parties**
96:14

**party**
12:18,20 19:3
22:21,24,25
23:2 55:13

**passed**
65:2

**passenger**
17:8

**passenger's**
40:17

**passenger-
side**
19:11

**Pause**
13:17

**PENALTY**
97:7,8

**Pennsylvania**
56:13,14

**people**
12:17 53:7,15
57:19 64:2
68:20 75:3
83:15

**period**
18:24 82:20

**PERJURY**
97:7,8

**PERRINO**
2:17

**persistent**
78:11

**person**
56:16 61:24
68:2,23 71:12
77:14,15,18

**personal**
94:5

**phone**
38:10 47:6
76:8

**phonetic**
32:12

**photo**
49:9,12

**photograph**
50:10,11 92:8
93:21 95:6,7,
8,9,10

**photographs**
48:23 51:18
92:9

**photos**
49:7

**physically**
20:6

**pick**
27:10

**picture**
49:15

**piece**
92:10

**place**
23:20

**plain**

45:11

**Plaintiff**
1:4

**Plaintiff-
John**
4:4

**Plaintiffs**
2:4 5:14

**Plaintiffs-
John**
4:8

**plans**
6:21

**plastic**
43:5

**plate**
16:18,21
49:21

**plates**
13:14 31:19,
22,24 32:3,6,
8,22 33:4,5,
10,16 49:19

**Please**
30:3 38:14
46:6 51:9,23
52:12 88:7
90:13

**point**
26:10 28:24
33:6,21 56:24

**pointing**
13:24 24:17
76:15

**POLICE**
1:5,6 5:21
11:2,4,24
12:25 13:2,14
20:3,6,13,22
22:13 23:5,15
26:6,9 27:15
31:13 32:23



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 111 of 119 PageID #:
4527

33:3 35:13,15 36:13,18 37:20 38:5,6,12 39:16 41:17 44:19 45:6 46:17 48:24 53:12 54:12 55:11,16 56:4,8 58:11 65:6 66:7 71:23 84:19 85:19,22,23 86:15 87:10,25 88:22 95:5

**position** 9:16

**positively** 47:17 84:4

**possibility** 22:15

**possible** 41:7

**possibly** 85:13 91:17

**post** 15:9 36:21

**poster** 28:9,15

**pouch** 47:13,18 48:3,20 71:22 84:5,6

**pouches** 84:11

**practice** 16:8,11 90:9 91:23

**precise** 45:8

**prepare** 42:23

**Prepared** 41:22 84:2 87:20

**PRESENT** 4:18 21:9 38:25 47:11 74:19

**pretty** 15:18 71:17

**previously** 17:20 36:25 38:15 41:15 49:11 76:9

**Prior** 40:10 43:22 44:11

**private** 56:22 57:3,5

**probable** 44:5

**probably** 12:16 17:9 27:11 29:11 33:24 34:2 35:10 42:14,15,17 43:20 57:20 61:13 62:10 75:24 76:6 77:19 84:9

**problem** 77:21

**problems** 42:21 80:17

**processing** 49:2 66:3

**Project** 76:17

**prosecutor** 66:11

**provided** 13:5 20:12

41:17 53:6

**Public** 3:6 94:21 96:5

**published** 38:22

**pull** 48:23

**pulled** 30:14,19,20,21,23 42:18

**purposes** 22:7

**put** 31:20 46:7 78:23 86:19

**putting** 6:23

___

**Q**

**question** 6:14 53:13 67:5 69:15 89:18 90:13

**questioning** 6:9,10

**questions** 6:2,4,18 13:7 34:12 69:17,19,24 70:19 72:10 73:7 77:8,18 92:21

**quickly** 6:20

**quilt** 93:22

**quite** 88:2

___

**R**

**R** 4:2 96:2

**race**

32:15

**radiator** 80:12

**radio** 25:18 44:2,7 51:6

**railroad** 24:16,24 39:25 51:14 90:20,25 91:3

**ran** 9:17

**Rarely** 19:18

**Ratchets** 92:4

**read** 15:10 17:19 48:7 90:14,16 97:9,10

**reading** 37:8 39:19 59:11

**realize** 32:4

**realized** 12:2,8 32:2,14 35:18 36:7 56:6

**really** 9:18 21:20 36:12 45:8 47:24 63:15 64:24 69:21,24 70:18 72:13,15 73:18 76:3,4 77:8 78:4,11 81:13 89:7

**rear** 40:16 44:3 51:2

**rearview** 25:11

**reason** 31:13,15 98:4,7,10,13,16,19,22

**recall** 10:14,21 19:2 24:3 25:20 26:25 27:3,12,25 28:5,25 29:20,23,24 30:2 31:10,12 32:20 33:11 34:7,10,17,19 35:2 36:4 37:10,22,25 38:9 40:18,19,22,24,25 41:3,4,10 42:4,7,8,10 43:12,15,20,25 44:22,23 45:5,12 46:5 47:16 51:21 52:6,7,16 54:18 55:5,12,14,20 57:5,6,10,14,17,25 59:24 60:11 61:7 62:8 63:5 64:6,19 65:9,18,25 66:4,9,22 67:21,23,25 68:5,9,17 69:13,16,21,25 71:8,16,18,23 72:2,8 74:12 75:6,18,20 76:2,4,6,7,20,21 77:10,11,17 78:9,17



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

80:15,21 81:6,7,15,18,24 82:11 83:2 84:5 87:24 88:12,21 89:2 90:6,17 93:13,15

**receive**
33:5 38:11

**recess**
45:18,21 92:19

**recognize**
13:10 14:5 49:14 50:11 51:11 67:20 73:15,16,18 92:14,15 93:20,22,23,25 94:3

**recognized**
66:25

**recollection**
19:22 27:21

**record**
5:12 6:13,24 15:11 37:19 50:6 90:16 96:11

**recover**
88:13

**recovered**
31:2 79:13 82:7,24 88:9

**recovery**
30:5

**red**
93:21

**referring**
29:14,15 82:23

**refers**

30:5

**refresh**
44:6 47:23

**Registered**
31:18,22

**registration**
13:13 39:6

**regular**
19:5 57:18

**regularly**
16:5

**related**
30:7 96:14

**relationship**
62:21

**remember**
10:16 11:3 12:23 16:18 19:25 20:10 22:23 23:8 25:15,20 26:11,13,19 27:4,7,8 28:6,11,13,14 31:11 34:5,8,12 35:2 36:3,9,14 37:22,23 38:3 39:16 41:20 42:2 43:10 44:20 45:7,9,13 47:9,14,25 48:5 49:20 52:16,21,22 53:9 55:25 57:2 58:9 65:6,8 67:15,21 68:4 69:17,21,24 70:13,19,24 74:11,16,18,25 75:8

76:23,24 78:12 80:17,19,25 83:3,7,23 84:13 87:5 91:15

**reminded**
67:10

**Repeat**
90:13

**rephrase**
6:5

**report**
11:24 12:3,25 14:2,12 18:20 22:8 23:14 30:4,6,7 31:14 95:5

**reported**
14:18 17:24 18:20 20:3,21 22:13 23:8 24:13 28:4

**Reporter**
96:5,23

**reporting**
21:10 36:22

**reports**
20:18 21:14

**represent**
5:15

**representation**
18:16

**represents**
5:21

**reside**
14:24

**respect**
81:11

**RESTIVO**
2:2 4:8 5:15 66:16 72:19

97:5

**results**
53:2

**returned**
42:5 66:5

**RICHARD**
2:11,20

**ridden**
55:2 57:11 59:21 60:19 61:8 62:9 63:6

**ride**
19:20 23:7 54:3

**Rider**
58:24 59:7

**R-I-D-E-R**
59:8

**right**
5:18 15:2,5 17:16,23 18:6 21:12,24 22:3 23:12 24:12,20 30:10,12 36:25 37:3 39:3,13,22 40:8,16,17 42:22 44:18 45:25 59:4 67:7,11 71:5 73:18 79:3,7 85:6,11,14,20,23 86:4,12,21,22 87:2,17 88:10 91:20

**ripped**
25:12

**Road**
3:4,10 4:4 24:5 39:25

**ROBERT**

1:10 2:6

**ROE**
2:20

**room**
45:18 92:19

**Rope**
41:21 42:12,25 47:12,18,19 48:19 52:13,14 71:22 81:17,25 82:22 83:8,12,19 84:5 90:9 92:11

**rule**
6:12

---
**S**
---

**S**
4:2

**Salt**
56:15

**samples**
53:14,15 64:8 65:7,23 66:6 89:11

**Sanyo**
44:2

**sat**
75:21

**save**
97:11

**saw**
27:16 36:15 67:9

**saying**
56:5

**says**
14:23 15:8 16:21,23 17:7,24 20:17 30:25 31:17



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH

April 29, 2011

114

37:11 38:25
39:5,19 40:6
41:18,21,22
43:21 46:8
48:20 56:22
63:20 81:25
83:8,18 84:4
87:20

**Scarpelli**
60:3

**SCHECK**
4:8

**school**
7:9,10,15,17
60:6 61:4

**sclerosis**
77:6

**screw**
92:4

**screwdriver**
29:12

**SEAN**
1:7 2:19

**seat**
40:17 43:4,22
47:19 80:24
81:2,5,10

**seats**
26:24 34:15

**second**
13:8 46:16
54:24 92:17

**section**
16:17

**sedan**
17:2 39:6

**see**
14:7,15 16:20
17:19,21,25
18:2,4,5
20:14 21:7
22:11 24:11,

19,21 26:21
28:7,16 30:8,
13 31:3,15
37:4,14
38:18,24
41:20,24
46:10 49:4,9
50:2 51:2,6,8
58:22 61:14
63:16 64:9
81:22 87:17
93:20

**seeing**
27:5 28:11,
13,14 36:14
37:7

**seen**
11:6

**sentence**
15:8

**SERGEANT**
2:18

**Serio**
3:4 4:3

**service**
7:21

**set**
19:10,23
23:10 64:5
96:9,19

**sets**
31:24

**shambles**
33:20

**SHARKEY**
2:16

**shaved**
74:3,9

**sheet**
14:23 97:1,13
98:1 99:1

**Shembre**

77:12 78:6

**S-H-E-M-B-R-E**
77:12

**SHIELD**
2:19

**shipping**
9:12,18

**short**
45:17

**Shorthand**
96:5

**show**
12:24 20:11
36:20 37:18
48:23 49:7,24
70:7

**showed**
47:12 71:21

**showing**
28:8 41:15

**shown**
48:19 81:19
87:2,8,18
92:8

**shows**
92:10

**side**
6:12 12:10
15:12 20:15
24:12 30:12
31:2 76:22

**sign**
71:14,24
93:14

**signature**
14:7 48:9

**SIGNATUREDATE**
98:23 99:24

**signed**

48:8,12 71:21
97:17

**sir**
46:24 80:7
82:6

**SIRIANNI**
1:12 2:7
47:10 48:7

**sister**
9:2,3 24:7
26:14 40:11
41:4 61:23
63:20,23 72:3
79:14

**sisters**
8:22,23 47:5
65:4

**sit**
27:4 34:4
39:15 43:12
47:14 71:7
94:4

**sitting**
25:14

**situation**
89:4

**small**
17:23 24:15
59:5 92:6

**smelled**
25:12

**smile**
67:10

**solve**
69:11

**somebody**
56:2 68:3
76:18 77:8
84:3

**somewhere**
19:15

**son**

99:4,7,10,
13,16,19,22

**soon**
12:2 38:10,20

**Sorry**
23:3 25:25
41:21 46:19
61:23 64:22
83:11

**sort**
6:15

**South**
15:12 62:18

**southwest**
39:8

**spare**
19:10

**sparkling**
34:24 35:3

**speak**
25:23 54:12
72:6 78:4
92:17

**speakers**
25:18 44:3,7
50:12,15

**speaking**
44:19 70:15
76:7 89:9,10

**specific**
25:24 28:14
34:20

**specifically**
10:3 13:8
31:11 34:5
69:20 81:24

**SPILLANE**
1:7 2:20

**spoke**
40:21 41:2
68:2 75:9
79:7

Toll Free: 800.944.9454
Facsimile: 212.557.5972



ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

spoken
87:9

spot
52:8

squad
47:11 48:7

squeezed
77:5

stands
7:25

start
6:23 8:5
45:19 49:12

started
8:4

starting
58:21

State
3:6 30:24
34:25 96:6

stated
39:5

statement
48:12 65:15
71:14,20
81:19,23,25
82:21 83:6,18
87:15,16,18

Statements
46:8

STATES
1:2

station
16:2,4,9,14
90:20,25
91:4,5

status
88:6

stealing
23:7 94:6

stereo

44:3

sticker
46:22

stolen
11:22 12:8
14:3,18 15:9
17:24 18:20
20:18 23:9,25
30:8 31:23
35:19,22
36:16 39:9,12
44:9,25 45:3
50:16 52:8
57:16 59:19
70:17 79:11

story
37:11 48:6
72:13

straight
32:23

Stream
69:3,22

Street
4:10,14 12:11
15:20,24,25
16:2 18:5
21:16,17,18,
22

striped
26:18 27:5
28:18

stripes
40:12

stripped
29:7

stuff
32:16

subject
70:16

submitted
64:8

Subpoena

95:4

subpoenaed
78:14

Subscribed
94:18

Sullivan
74:22 75:4,6,
23 76:8,25
78:19 80:22
81:15 84:6
85:17 88:21
90:8 93:3,11

supervising
9:19

supervisor
9:15,17

SUPERVISORS
2:21

supplied
41:7

supporting
13:12

supposedly
85:9

sure
11:9,14 37:19
45:20 62:5,12
63:9 71:19
72:8,17 73:7,
14 75:17
82:14

Susan
60:23

sworn
5:6 94:18
96:10

_____ T _____

T
3:2 5:5 13:16
14:24 21:10
39:2 46:9,25
94:17 96:2,8

97:20 98:24
99:25

take
6:6 8:7 11:11
13:23 19:20
24:10 29:2,4
30:3 38:14
45:18 46:6
48:22,25
53:14 93:19
94:14

taken
5:24 22:16
23:6 44:2
45:21 46:9
55:24 66:6
97:9

taking
44:20 56:2
65:6 89:10
93:11

talk
55:11,15
66:12 68:12

talked
55:16 65:4
72:9,12

talking
67:23 92:3

tapes
43:16

tarps
46:4

TAYLOR
2:3 4:9

teacher
63:19

technician
7:22

teen-age
28:3

teens

9:6

Telegraph
8:2

telephone
75:22

tell
23:5 53:12
69:18 78:13
85:22,25

telling
26:11 44:21
48:6 72:12
76:8 78:7
80:21 81:15
84:6,13 87:25
88:12,21 89:2
90:7

ten
12:16

terminology
30:23

testified
5:7 20:2
26:14,17

testify
66:12 84:17

testimony
96:11,12

tests
52:24 53:3

Thank
6:22 11:10
18:18 92:21
94:10,11,13

Thanks
46:24

theft
43:22 44:12,
14

theirs
27:23

themselves



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-7   Filed 06/02/12   Page 116 of 119 PageID #: 4532

45:14

**theories**
55:23 57:8

**Theresa**
28:3,23
35:18,21
36:23 37:8
45:3 56:3
94:7

**thing**
56:4 61:2

**things**
28:16 34:2
42:23,25
45:8,23 48:15
54:25 74:14
77:5 80:19
81:11 84:16
87:6 92:4

**think**
54:10 59:4
62:24 64:23
68:21 73:13
78:20 80:10
81:19,23
83:12 87:12
91:17 92:8

**thinking**
55:25

**third**
13:18 65:13

**THOMAS**
2:11 6:25
62:2 64:11

**thorough**
35:8

**thought**
23:6 36:17
84:20 85:13
89:4,7,19

**three**
5:14

**tie**
47:20 82:2
83:8,11,12,
13

**time**
6:6 9:7,9
11:20 14:15
15:4 18:22
19:12 23:22
28:2,20 32:2,
7 33:9 35:11,
20 38:3 41:5
44:14 45:9
47:8 54:3,4
56:6 60:4
63:21 66:19
70:22,24 73:7
75:9 78:18,19
79:11,19
80:10 82:17,
20 84:25
85:10 88:2
94:15

**times**
89:10

**timing**
20:20 36:12
44:24

**tired**
69:22 70:20

**today**
5:18 27:4
34:4 39:15
47:10,15 71:8
74:15 81:10,
20 84:18
86:25 87:8,19
91:17 92:9
93:16 94:4

**todays**
37:2

**together**
12:20 54:25

**told**
26:12 32:21
44:23 52:23
53:2 61:23
76:18 85:16
88:22 91:16,
17

**Tom**
63:11 65:22

**Tommy**
62:3,24 63:10

**Tools**
43:4,9,10,13
91:19,24
92:2,3,6,7

**top**
13:15 14:22
17:4,5 18:9
37:5 42:11
58:22

**topic**
72:15

**totally**
11:5

**touch**
54:14 56:9
57:21,24
59:25 60:12
61:12 62:13
63:13 64:20,
24

**tow**
45:24 80:8,
13,16 83:20,
24

**towards**
76:15

**towed**
42:18 80:12

**town**
28:9

**tracks**

24:17,24 40:2
51:14

**transcript**
96:11 97:9

**transport**
83:9

**transported**
47:21 82:3

**trial**
66:12,13

**truck**
86:2 91:20

**true**
39:22 96:11
97:11

**truth**
48:8,17

**try**
6:19 13:22
86:18

**trying**
69:11

**turn**
51:9

**turning**
13:8 49:22
50:10,18

**two**
5:13 11:9
13:20 17:13
21:4 44:3
47:5 64:2
67:11 68:20
72:9 73:20,24
75:3

**two-thirds**
17:22

**tying**
82:23

**type**
27:9 52:14

**typed**
24:11

---
**U**
---

**unauthorized**
21:5,14

**unclear**
6:4

**under**
19:10,24
23:11 26:24
40:17 43:4
64:5 97:7,8,
15

**understand**
81:7

**understandin
g**
69:10 97:14

**unhappy**
25:15

**uniform**
45:11

**Unit**
45:14

**UNITED**
1:2

**unlocked**
29:19

**upper**
30:6

**upset**
35:3 77:3,6,
7,10

**upstate**
63:19

**use**
21:5,14 29:7
33:19 42:17
45:18 76:17
80:18 82:8,
10,22 90:25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH

usually
42:21,23 43:2

**V**

v
97:5

vacuumed
34:8

vague
66:23

Vaguely
39:18 65:8
74:11

Valley
69:3,22

vehicle
15:7 16:21
21:6,15 22:10
30:5 31:23
43:23

vehicle/boat
13:13

vehicles
10:4 11:16

victim's
38:21

view
51:3,13,16

VINCENT
2:12 7:3

vision
59:11

visit
16:5 38:11
39:16 45:10
46:13 65:14,
15

visiting
12:14 44:15

VOLPE
1:9 2:5

vs

1:4 2:4

**W**

walked
66:24 67:6,7

WALTMAN
1:13 2:8

WANE
1:11

want
6:6 8:16 45:2
46:23 59:9
78:2,23 80:18

wanted
52:21 69:18

washed
11:15

Washington
53:22 54:15
65:5

wasn't
9:17,18
16:10,11
22:14,24,25
23:2 29:7
85:2 89:13,22

Watch
9:13 82:12
84:8,10

way
12:6 17:22
24:19 77:4,
21,25 78:2
81:8,9 83:3,
17 90:7 96:15

WAYNE
2:14

weak
77:9

wearing
28:17

week

31:5,8 55:24

weeks
26:15

we'll
6:19

went
26:4,5 31:5
36:5,10 39:20
54:24 79:14
85:9,10

We're
68:20 72:16

weren't
62:25

West
4:14 15:13

we've
13:4 20:11
64:3

WHEREOF
96:18

Whereupon
5:2,4

whether
37:20 44:23
45:2 51:4,6
73:14 82:23
94:6

white
93:22

WILLET
1:6

WILLIAM
1:6,14 2:15

willing
75:15

windows
34:18

Windshield
25:11 44:11
49:24 50:4

wipe
34:15

withdrawn
12:5 52:18
82:20 84:15

within
87:3 96:5

WITNESS
46:23 94:14
96:8,12,18

woman
74:18 84:22
85:2 87:4

Woodfield
24:5 39:25

word
33:17,19,20
76:17

words
78:23

work
9:9 57:6
70:21,23,25
71:2 78:10,12
82:10,15,17

worked
16:13 54:2
56:22 84:8

working
66:15 69:11,
22 82:12

wouldn't
54:10 55:8
91:7

Wow
49:8 50:19

wrapped
43:4

Wren
56:17,19
57:22 58:7,
10,23

Wren's
58:13

written
17:13,21
31:18 48:16

wrong
32:2,8,22

wrote
48:16

**X**

X
95:2

X'd
30:16

**Y**

Y
59:7

Yeah
5:19 12:19
15:18 31:7
42:20 44:8
47:9 55:21
63:24,25 65:8
67:25 73:17
74:20 78:25
80:12 83:15
84:14 90:21

year
8:12 9:3
76:3,5

years
8:6,17 9:4
11:6 28:11
47:2 68:7,8
73:20,24

yesterday
37:13

YORK
1:2 3:5,7,11
4:5,10,15 7:4
15:14 31:19,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

JOHN T. FRENCH

23 36:21 39:2,7 47:5 63:18 96:6

**young**
42:20 83:22, 25

**younger**
9:3,4

**yourself**
90:19

---
**1**

**1**
18:2 20:17, 24,25 44:15

**10013**
4:10

**1005**
3:12

**1084**
21:5 22:6 30:6

**10th**
23:15 79:11

**11/10/84**
14:14 15:4,7 39:5

**11/18/84**
31:2 39:20

**1-10**
2:21

**1105**
18:22

**1130**
14:18

**1136**
94:15

**114**
3:4,10 4:4

**11501**
4:5,15

**11th**

87:21

**12/11/4**
41:23

**12/27/84**
64:8

**12/6/84**
38:16 65:14

**12/7**
65:15

**12/7/84**
46:9

**130**
15:2

**15**
8:6

**1-5**
1:14

**161**
38:15,25 39:19 41:12 46:12

**162**
41:16 87:22

**163**
46:6,21 81:21

**164**
53:5

**166**
13:5 17:14 30:4

**168**
28:10

**169**
49:12

**169-A**
49:13

**170-A**
17:20 24:11 58:17

**1840**
38:16

**1874**
8:4

**18th**
82:7,25

**1963**
8:13

**1971**
9:25 39:6 50:8

**1980s**
66:17

**1981**
7:14

**1984**
8:8,15 9:22 11:21 23:16 35:12 37:5,9 48:12 66:8,20 71:24 73:4 78:8 81:20 87:11,12

**1985**
1:8 66:8 71:25

**1986**
66:8

**1996**
8:6

---
**2**

**2**
18:2

**20**
96:20 97:17

**200**
15:12

**2005**
1:6,9

**2011**
3:9 94:19

**21**
8:17 46:25

**2130**
18:21 39:9

**224**
7:3

**2305**
15:4 18:22 39:10

**2310**
20:14

**2325**
14:16

**2345**
21:4

**24**
18:2

**265**
5:2 95:4

**266**
20:12 95:5,6

**267**
36:20 95:7

**268**
93:21 95:8

**269**
93:24 95:9

**27**
18:2

**270**
5:2 94:2 95:10

**27th**
65:13,16

**29**
3:9

---
**3**

**3**
7:21 15:9 17:23 18:4,6, 10

**30**

7:18

**319647**
97:4

**364**
7:3

---
**4**

**47**
8:11

**48**
2:19

---
**5**

**5**
95:4,5,6,7, 8,9,10,12

**5233**
16:23 39:6

**5233-BJN**
31:19

**563**
20:19

**58**
21:11 38:25 39:17 47:4

**599-3227**
47:6

---
**6**

**6**
24:12,14,16, 20 25:4 58:21 87:11

**613**
20:19

**640**
38:16

**6th**
42:6 87:10

---
**7**

**7**
36:22 37:4 81:20



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**7/31/63**
47:2
_____
_____'_____

**'71**
10:10
_____7_____

**73**
95:13

**7th**
48:12 82:22
83:18 87:11
_____8_____

**8**
71:4

_____'_____

**'80s**
67:3

**'84**
8:19 10:19
58:23 65:13
_____8_____

**88**
9:25 10:10
16:25

**8-to-10**
71:3
_____9_____

**9/11**
61:22

**92**
95:14

**930**
18:21

**99**
4:10 98:25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com