UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------)
JOHN KOGUT,                   )
            Plaintiff,        )
          vs.                 )  CV-06-6695
THE COUNTY OF NASSAU, POLICE  )
COMMISSIONER DONALD KANE,     )
POLICE COMMISSIONER WILLIAM   )
J. WILLET (2005), POLICE      )
COMMISSIONER JAMES LAWRENCE,  )
DETECTIVE SEAN SPILLANE       )
(HEAD OF HOMICIDE 1985),      )
DETECTIVE DENNIS FARRELL      )
(HEAD OF HOMICIDE 2005),      )
DETECTIVE JOSEPH VOLPE,       )
DETECTIVE ROBERT DEMPSEY,     )
DETECTIVE ALBERT MARTINO,     )
DETECTIVE WANE BIRDSALL,      )
DETECTIVE MILTON G. GRUBER,   )
DETECTIVE CHARLES FRAAS,      )
DETECTIVE FRANK SIRIANNI,     )
DETECTIVE HARRY WALTMAN,      )
P.O., MICHAEL CONNAUGHTON,    )
P.O., WILLIAM DIEHL and       )
JOHN DOES 1-5,                )
            Defendants.       )
-----------------------------)


     (Caption continues on next page.)



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

LORI GABBERTY                                              March 16, 2011

2

```
 1
 2   JOHN RESTIVO, DENNIS HALSTEAD,)
     MELISSA LULLO, JASON HALSTEAD,)
 3   HEATHER HALSTEAD and TAYLOR   )
     HALSTEAD,                      )
 4              Plaintiffs,         )
          vs.                       ) CV-06-6720
 5   NASSAU COUNTY; JOSEPH VOLPE,   )
     in his individual capacity;    )
 6   ROBERT DEMPSEY, in his         )
     individual capacity; FRANK     )
 7   SIRIANNI, in his individual    )
     capacity; MILTON GRUBER, in    )
 8   his individual capacity; HARRY)
     WALTMAN, in his individual     )
 9   capacity; ALBERT MARTINO, in   )
     his individual capacity;       )
10   CHARLIE FRAAS, in his          )
     individual capacity;           )
11   THOMAS ALLEN, in his           )
     individual capacity; RICHARD   )
12   BRUSA, in his individual       )
     capacity; VINCENT DONNELLY,    )
13   in his individual capacity;    )
     MICHAEL CONNAUGHTON, in his    )
14   individual capacity; WAYNE     )
     BIRDSALL, in his individual    )
15   capacity; WILLIAM DIEHL, in    )
     his individual capacity;       )
16   JACK SHARKEY, in his           )
     individual capacity; DANIEL    )
17   PERRINO, in his individual     )
     capacity; ANTHONY KOZIER, in   )
18   his individual capacity;       )
     DETECTIVE SERGEANT CAMPBELL    )
19   (SHIELD #48), in his           )
     individual capacity; SEAN      )
20   SPILLANE, in his individual    )
     capacity; and RICHARD ROE      )
21   SUPERVISORS #1-10, in his      )
     individual capacity.           )
22              Defendants.         )
     ----------------------------)
23
24
25
```



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

LORI GABBERTY                                    March 16, 2011

3

1

2                     March 16, 2011

3

4        VIDEOTAPED DEPOSITION of LORI GABBERTY, a

5    non-party witness, in the above-entitled

6    matter, held at the offices of Grandinette &

7    Serio LLP, 114 Old Country Road, Mineola, New

8    York, before Helga Christiane Lavan, a Notary

9    Public of the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

4

1

2   A P P E A R A N C E S :

3

   GRANDINETTE & SERIO, LLP
4   Attorneys for Plaintiff-John Kogut
   114 Old Country Road
5   Mineola, New York 11501

6      BY:  ANTHONY GRANDINETTE, ESQ.

7

8   NEUFELD, SCHECK & BRUSTIN, LLP
   Attorneys for Plaintiffs-John Restivo, Dennis
9   Halstead, Melissa Lullo, Jason Halstead,
   Heather Halstead and Taylor Halstead
10  99 Hudson Street
   New York, New York 10013

11

      BY:  DEBORAH CORNWALL, ESQ.
12

13

   LORNA B. GOODMAN
14  Nassau County Attorney
   One West Street
15  Mineola, New York 11501

16     BY:  MICHAEL J. FERGUSON, ESQ.
          Deputy County Attorney
17        (Not present)

18

   ALSO PRESENT:
19

   LOUIS FREEMAN, ESQ., Deputy County Attorney
20

   NADJIA LIMANI, Esq.
21

   JORDAN MUMMERT, Videographer
22

23

24

25


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

5

1

2          (Whereupon, Exhibit 258, a copy of

3   Newsday article, was so marked for

4   identification.)

5          THE VIDEOGRAPHER:  This is tape

6   number 1 to the videotaped deposition of Lori

7   Gabberty in the matter of Restivo versus

8   Nassau County.  This deposition is being held

9   at 114 Old Country Road, suite 420, Mineola,

10  New York on March 16, 2011 at approximately

11  10:24 a.m.

12         My name is Jordan Mummert.  I'm the

13  legal videographer.  The court reporter is

14  Helga Lavan.

15         Counsel, will you please introduce

16  yourself and affiliations.

17         MS. CORNWALL:  Debbie Cornwall of

18  Neufeld, Scheck & Brustin for the Restivo and

19  Halstead plaintiffs.  Good morning.

20         MR. FREEMAN:  Louis Freeman

21  representing the County of Nassau.  Also

22  present in a few minutes will be Nadjia

23  Limani, an associate in my office.

24         THE VIDEOGRAPHER:  The witness may be

25  sworn in.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

6

```
 1                    Gabberty
 2          Whereupon,
 3               LORI GABBERTY,
 4    after having been first duly sworn, was
 5    examined and testified as follows:
 6    EXAMINATION BY
 7    MS. CORNWALL:
 8        Q.  Would you mind stating your full name
 9    for the record?
10        A.  Lori Gabberty.
11        Q.  Is that your married name or maiden
12    name?
13        A.  Married.
14        Q.  What is your maiden name?
15        A.  Lori French.
16        Q.  Have you ever given testimony under
17    oath before?
18        A.  No.  I have not.
19        Q.  Let me explain a little bit about the
20    process.
21             You've met the court reporter and the
22    videographer.  I will be asking some
23    questions.  If at any time my questions are
24    confusing or you don't understand, just let me
25    know.  For purposes of the transcription, just
```



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                    Gabberty
2    I would ask you to wait until the question is
3    finished before you answer.
4            Mr. Freeman will also have the
5    opportunity to ask you questions when I've
6    finished.  And from time to time -- this is
7    Ms. Limani entering.
8            (Whereupon, Ms. Limani enters
9    deposition room.)
10           From time to time, you may hear one
11   side or the other voicing an objection.
12   Because there is no judge here to make a
13   ruling on the objection, what happens is the
14   objections are preserved for the record.  You
15   can go ahead and answer and then a judge will
16   make a ruling at some later date.
17           If at any time you have questions or
18   you would like to take a break, just let us
19   know.  Okay?
20           THE WITNESS:  If you could just --
21   what is the purpose of a deposition and the
22   use of a deposition?
23           MS. CORNWALL:  Yeah.  The purpose of
24   a deposition, the reason why we're here, is to
25   take sworn testimony and preserve it for



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

8

Gabberty

1
2    future use in the context of this lawsuit in
3    which John Restivo and Dennis Halstead and
4    John Kogut represented by Tony Grandinette --
5    who we expect to be arriving -- have alleged
6    claims against Nassau County and some of its
7    current and former employees related to their
8    wrongful conviction and imprisonment for a
9    crime they did not commit.
10            So with any witness whom either side
11   believes has any information pertinent to the
12   case -- witnesses who were interviewed by the
13   Nassau County authorities years ago in 1984
14   and 1985 -- either side has the opportunity to
15   take depositions and preserve testimony for
16   the record for purposes of proving claims or
17   defenses.  And you will also receive a copy of
18   your transcript when it's prepared.  All
19   right?
20            THE WITNESS:  Thank you.
21       Q.   Okay.  I would like to just ask some
22   very general questions about you before we get
23   into your memory of events of many years ago.
24            What town do you live in?
25       A.   Today?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                      Gabberty
2          Q.   Yes.
3          A.   Bellmore.
4          Q.   And do you live alone?
5          A.   No.
6          Q.   Who do you live with?
7          A.   My husband and my children.
8          Q.   Do you work?
9          A.   Yes.
10         Q.   What do you do for a living?
11         A.   I am in sales and marketing.
12         Q.   Does your work require you to travel
13    out of state?
14         A.   Yes.
15         Q.   In fact, we had previously scheduled
16    a deposition which you were unable to attend
17    because your work took you out of state?
18         A.   Correct.
19         Q.   Turning back to November of 1984,
20    were you then Lori French?
21         A.   Yes.
22         Q.   Not yet married?
23         A.   Correct.
24         Q.   How old were you in November of 1984?
25         A.   You want me to do math?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 10 of 96 PageID #: 4545

10

1                    Gabberty
2         Q.  Or you could just let me know the
3    month and year of your birth.
4         A.  March '68.
5         Q.  So we could do the math together.
6    That would make you about 16?
7         A.  Correct.
8         Q.  All right.  And at that time where
9    were you living?
10        A.  Malverne.
11        Q.  Who were you living with in Malverne?
12        A.  My mother and my siblings.
13        Q.  Who were your siblings -- excuse me.
14   Who are your siblings?
15        A.  They still are.  John and Lisa.
16        Q.  Where did you fall in the birth
17   order?
18        A.  The youngest.
19        Q.  So John was your older brother?
20        A.  Correct.
21        Q.  How old was he in November of 1984?
22        A.  I can ask questions as we go through,
23   right?  What does the age of my family --
24        Q.  I'm just asking how old your brother
25   was since I'll be asking you questions about



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 11 of 96 PageID #: 4546

11

1                    Gabberty
2    his car and it being stolen and found again.
3    And that is the general subject matter why
4    we've sought your testimony today.
5         A.   Okay.  Well, he was born in '63.
6         Q.   So about five years older than you?
7         A.   Correct.
8         Q.   Which would make him about 21 in
9    November of 1984?
10        A.   Correct.
11        Q.   Okay.  In November of 1984, did your
12   brother John own a car?
13        A.   Yes, he did.
14        Q.   What kind of car was it?
15        A.   I don't recall the make and model.
16        Q.   I would like to show you what has
17   previously been marked as Exhibit 169.  It's a
18   collection of photographs.  I would ask you to
19   look at the first page which you put an A on
20   the bottom to indicate the different pictures.
21   Do you recognize that vehicle?
22        A.   That looks similar to his car.  I
23   can't say for sure.
24        Q.   It looks similar to your brother
25   John's car as of 1984?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

12

1                           Gabberty
2          A.   Right.   It was over 25 years ago.
3          Q.   Of course.   Of course.
4               When did he buy the car?
5          A.   I don't recall.
6          Q.   Do you recall whether he took good
7     care of the car?
8          A.   Yes.   He did.
9          Q.   How do you know that?
10         A.   Because he takes good care of
11    everything.   And he's just very caring of his
12    stuff.
13         Q.   So, for example, was it his practice
14    to keep trash inside of the car?
15         A.   No.
16         Q.   Would it have been his practice to
17    drive around with a cracked windshield?
18         A.   Not that I think he would.   There was
19    a cost associated to fixing that.   So I can't
20    say for sure.
21         Q.   Was John working in November 1984?
22         A.   I believe he was.
23         Q.   Do you know what he was doing for a
24    living at that time?
25         A.   I can't recall.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 13 of 96 PageID #: 4548

13

                            Gabberty
1
2       Q.   In November of 1984 did there come a
3   time when you learned something had happened
4   to John's car?
5       A.   Could you restate the question?
6       Q.   Did something happen to John's car in
7   approximately November of '84?
8       A.   I can't say November.  His car was
9   stolen.  I don't recall the date or month.
10      Q.   How did you find out his car had been
11  stolen?
12      A.   He came home and was very upset.
13      Q.   What did he say?
14      A.   I can't say verbatim what he said.
15  But the essence was, "My car was stolen."
16      Q.   Do you know what if anything he did
17  when he found out his car had been stolen?
18      A.   He called the police.
19      Q.   Which police did he call?
20      A.   I don't know.  Whatever the emergency
21  number, I guess, would be at that time.
22      Q.   Did he tell you where his car had
23  been parked when it was stolen?
24      A.   No.
25      Q.   Did he tell you who he had been with



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

                        Gabberty
1
2    just before the car had been stolen?
3        A.   Not that I remember.
4        Q.   I would like to show you a copy of
5    what has previously been marked Exhibit 166
6    and ask you to turn to the second page of the
7    exhibit.  And we'll give you copies of all the
8    exhibits as well, if you would like.
9        A.   Turn to which page?
10       Q.   The second page.
11       A.   Second page.  Okay.
12            MR. FREEMAN:  Would you identify the
13   document?
14            MS. CORNWALL:  Yes.  The Exhibit 166
15   includes, on the first page, a case report,
16   County of Nassau, New York Vehicle/Boat
17   Recovery Report.  The second page, which I had
18   asked Lori Gabberty to look at, is a
19   supporting deposition.  And the third page is
20   a case report marked "closed."
21       Q.   And turning your attention to the
22   second page, this is a report of a missing
23   car.  And I would like you to look at the
24   bottom of page -- do you see a signature at
25   the bottom there, right?



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

15

1                    Gabberty

2        A.   Uh-huh.

3        Q.   Do you recognize that as the

4   signature of your brother John?

5        A.   I'm not a signature expert.

6        Q.   I'm not asking if you're an expert.

7   But --

8        A.   In my opinion, it looks like it's his

9   signature.

10       Q.   Thank you.  Do you see the date on

11   this report?

12       A.   Where would you find that?

13       Q.   On the lower left.

14       A.   Lower left.  Yes.  I see the date.

15       Q.   November 10th of 1984, late in the

16   evening.  Where it says time 23:25, in

17   military time, would be 11:25 p.m.

18       A.   Okay.

19       Q.   Does that refresh your memory at all

20   of when your brother's car was stolen?

21       A.   No.

22       Q.   Other than calling the police and

23   reporting that his car had been stolen, to

24   your knowledge did your brother do anything

25   else to try and find the car?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

16

                        Gabberty
1
2       A.  Did he do anything else.  Not that
3   night.  At least not to my knowledge.  But he
4   would seek any available friends to drive
5   around and try and find it.
6       Q.  Do you know who he drove around with
7   specifically to try and find the car?
8       A.  No.
9       Q.  Did he find the car that way?
10      A.  I'm not sure if he found it or if
11  someone else found it and called him.  But it
12  was found.
13      Q.  About how long was it between the
14  time that he realized it was stolen and the
15  time he found it?
16      A.  I don't know.
17      Q.  Where did he find the car --
18  withdrawn.  Let me rephrase that question.
19          When -- withdrawn.
20          Did he tell you the car had been
21  found?
22      A.  Yes.
23      Q.  What did you do?
24      A.  I believe I'm the one who took him to
25  the car.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

17

1                        Gabberty

2          Q.   So when you say you took him to the

3     car, did you have a car at that time?

4          A.   Yes, I did.

5          Q.   Did you drive him in your car to pick

6     up his car?

7          A.   Yes.

8          Q.   Where did you drive him to to pick up

9     the car?

10         A.   In Lakeview.

11         Q.   Can you recall any more specifically

12    where in Lakeview you found the car?

13         A.   I don't recall the name of the road.

14    Even to today, I'm not good with names.

15         Q.   Me neither.

16         A.   But it was kind of off the shoulder

17    of the road in, like, a dirt area.

18         Q.   Please take a look at the photographs

19    again in Exhibit 169.  And page forward to

20    page E.  Do you recognize that area?

21         A.   That could be.  It could be.

22         Q.   It could be the place where you

23    brought your brother John to pick up his car?

24         A.   It could be.  I can't say for

25    certain.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

18

1                    Gabberty

2        Q.   It's been a long time.

3        A.   It sure has.  This is an odd angle.

4        Q.   Yeah.

5             Please turn to the next photograph.

6    There are a couple of other angles.

7             Do you recognize this location

8    depicting a railroad crossing and a dirt area

9    off the road?

10       A.   Kind of.  Again, I can't say for

11   certain.

12       Q.   Could that also be another view of

13   the location --

14       A.   Could be.

15       Q.   --  where you brought John to pick up

16   his car?

17            Turning to photograph G, the next one

18   in the sequence.

19       A.   This looks to be a little bit more

20   familiar on that angle.  But, again, I can't

21   say with complete certainty.  It's a long time

22   ago.

23       Q.   Yes.

24            How about photograph H?

25       A.   Same comment.  Looks familiar.  But I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

19

1                       Gabberty
2    can't say for certain.
3         Q.   And finally, photograph I.
4         A.   Same comment.
5         Q.   All right.  Thank you.
6              What happened once you drove your
7    brother John to the dirt area off the side of
8    the road in Lakeville to pick up his car?
9         A.   We took it to the police station.
10        Q.   When you say "we took it," did he
11   drive his car and you drove --
12        A.   Correct.
13        Q.   --  yours?
14             All right.
15             Did you and John take a look at the
16   car inside and out before you got --
17        A.   Yes.
18        Q.   --  to the police station?
19             And what did you see?
20        A.   It was -- I don't know how long it's
21   been there.  But it was clean.  It wasn't
22   dirty.  But it was vandalized.
23        Q.   What makes you say it was vandalized?
24   How was it vandalized?
25        A.   Again, I can't recall with certainty.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

20

1                        Gabberty
2    But I remember there being damage to the
3    dashboard, the windshield.  That front area.
4         Q.   Did you find -- withdrawn.
5              Did you look inside the car as well?
6         A.   Uh-huh.
7         Q.   Did you find anything in the car that
8    didn't seem to belong there?
9         A.   Again, the car was clean except for a
10   pair of pants.
11        Q.   And could you please describe the
12   pair of pants you found?
13        A.   They were stretchy pants, like blue
14   jeans, stretchy pants.
15        Q.   Other than stretchy, was there
16   anything distinguishing about those blue-jean
17   pants?
18        A.   No.  Other than one leg was inside
19   out, I believe.  It was only one leg.
20        Q.   Do you recall seeing stripes on those
21   jeans?
22        A.   There may have been stripes -- and I
23   can't say with certainty.  I'm going from a
24   25-plus year memory.  A lot of pair of pants,
25   a lot of kids.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

21

1                    Gabberty
2         I think the inside had stripes.  Not
3    the outside.
4         Q.  What was your reaction when you
5    found -- well, sorry.  Withdrawn.
6         Were these girls striped jeans or
7    boys, if you could tell?
8         A.  I would say they're more girls.
9         Q.  What was your reaction when you found
10   these inside-out striped blue jeans in the
11   car?
12        A.  It was odd.  They weren't ours.
13        Q.  So what if anything did you do next?
14        A.  Once we got to the police station we
15   brought them in as well.
16        Q.  Who did you speak to if you can
17   recall?
18        A.  Whoever was at the front desk.
19        Q.  And did you give those jeans to the
20   person in the police department?
21        A.  Yes, we did.
22        (Whereupon, Anthony Grandinette
23   entered the deposition room.)
24        Q.  To the best of your memory, what did
25   you say and what was said to you?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

22

1                    Gabberty
2      A.   Again, I can't say verbatim.   But the
3   essence was, these were in the car.   They're
4   not ours.   And so they took them.
5      Q.   Did you see where they put those
6   jeans when you handed them over?
7      A.   I don't know what they did with them.
8         THE WITNESS:   Sorry.   Are you Tony?
9         MR. GRANDINETTE:   Yes I am.   How are
10   you?
11         THE WITNESS:   Good.   And you?
12         MR. GRANDINETTE:   Good.   Thank you.
13         THE WITNESS:   Sorry, Debbie.
14         MS. CORNWALL:   No.   That's okay.
15   Mr. Grandinette has come in.
16   BY MS. CORNWALL:
17      Q.   What happened next after you and your
18   brother John went to the police station, told
19   them the car had been found and gave them the
20   jeans?
21      A.   We took the car home.
22      Q.   Did there come a time after you got
23   home that day or evening that you realized
24   something else was amiss with your brother's
25   car?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

LORI GABBERTY                                    March 16, 2011

                                                              23
                              Gabberty
1
2        A.   I didn't realize.  I don't think my
3   brother realized.  I think it was the guy down
4   the block -- I can't say for certain, again --
5   who noticed the plates were different.
6        Q.   That the plates registered to your
7   brother John's car were not on the car,
8   somebody else's plates were on it?
9        A.   Correct.
10        Q.   So what did you do when you learned
11   that the wrong plates were on the car?
12        A.   Brought the car back to the police.
13        Q.   What happened when you got to the
14   police station?
15        A.   They took the plates.
16        Q.   Did they have your brother's plates
17   to give you?
18        A.   No, they did not.
19        Q.   Did they tell you or your brother
20   anything about whose plates had been on the
21   car?
22        A.   No.  Not at that time.
23        Q.   Did there come a time when your
24   brother John got his plates back?
25        A.   I don't know.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

24

Gabberty

1

2    Q.  As you sit here now so many years
3    later, you don't remember the license plate
4    number; did you?
5        A.  As a matter of fact, when I pulled
6    in, I had to have the front guy tell me what
7    my plate was.  So no.
8        Q.  So that's a no.  Okay.  Fair enough.
9            After turning in the wrong plates
10   that day, did you hear back from the Lynbrook
11   Police Department again?
12       A.  I'm not associated with the theft of
13   the car.  So they would have contacted my
14   brother.  I have no idea.
15       Q.  Did there come a time when your
16   brother cleaned and repaired the car after
17   what you've just described?
18       A.  Yes.
19       Q.  Fair to say that was within the next
20   week or two after finding it?
21       A.  I would say that's probably right.
22       Q.  Did there come a time later in 1984
23   when you and your brother were contacted by
24   police regarding the car?
25       A.  Yes.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 25 of 96 PageID #: 4560

25

1                       Gabberty

2        Q.   About how much later was it after you

3   found the car?

4        A.   I have no idea.  I'm trying to think

5   if the house was decorated for Christmas.  I

6   don't think it was.  So it was probably before

7   Christmas.

8        Q.   Were you aware in late 1984 that a

9   teen-age girl named Theresa Fusco had been

10  missing?

11       A.   I believe I found out after.

12       Q.   After?

13       A.   After the car was returned and -- I

14  don't know if it was late '84 or '85.  But I

15  did become aware.

16       Q.   Do you know how you became aware?

17       A.   I don't.  Possibly signs, I think,

18  were around.

19       Q.   Showing you what has previously been

20  marked as Exhibit 168.

21       A.   This looks familiar.

22       Q.   So you have a memory of having seen

23  the missing poster describing Theresa Fusco at

24  some point?

25       A.   At some point.  Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

26

Gabberty

1

2      Q.   Do you know if, when you found the

3   striped blue jeans in your brother's car, you

4   made the connection that might have something

5   to do with Theresa Fusco?

6      A.   I don't recall when I made the

7   connection.  It could have been when the

8   police came to the house or the detectives

9   came to the house.

10      Q.   Now, you say detectives came to the

11   house.  How many detectives came?

12      A.   I don't recall.  More than one.

13      Q.   Were they in uniform or plain

14   clothes?

15      A.   I'm not sure.  If I had to guess,

16   suits.

17      Q.   What did they say to you and your

18   brother?

19      A.   The conversation was not directed to

20   me.  So I don't know what they said or -- it

21   was probably my brother or my mother.

22      Q.   Where were they in the house during

23   this conversation between the detectives and

24   your brother?

25      A.   Dining room.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

27

1                      Gabberty

2        Q.   Sorry?

3        A.   Dining room.

4        Q.   Were you also there in the dining

5   room?

6        A.   I eventually was.

7        Q.   Did you hear the conversation between

8   the detectives and your brother about his car?

9        A.   Part of it.  I mean, I remember, more

10  so, questions that came to me.

11       Q.   What were the questions that came to

12  you?

13       A.   Questions about the jeans.

14       Q.   What were you asked by the Nassau

15  County detectives about the jeans?

16       A.   Again, just going by memory.  So I'll

17  give you the essence of what was asked.

18            I recall questions about the jeans.

19  "What did they look like?"  They had sample

20  jeans for me to look at and comment on, which

21  ones look like the ones that I found.

22       Q.   So did you describe the jeans you had

23  found in your brother John's car before they

24  showed you any samples?

25       A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

28

Gabberty

1

2    Q.  And how many samples of jeans did

3  they show you?

4    A.  I would have to guess.

5    Q.  Was it more than one pair?

6    A.  I believe it was.

7    Q.  And --

8    A.  And again, I'm guessing.

9    Q.  So it may have been more than one

10 pair, it may have been only one pair?

11   A.  Right.

12   Q.  Did any of the samples of jeans the

13 Nassau County detectives showed you look like

14 the same type of jeans you found in the car?

15   A.  I don't recall.

16   Q.  Did you tell the Nassau County

17 detectives that any of the samples of jeans

18 they showed you did look like the same type

19 you had found in the car?

20   A.  I don't recall.  I mean, I remember

21 describing them.  We described them first.

22 And I don't remember if there was one that was

23 a very close match or not.

24   Q.  What else, if anything, did the

25 Nassau County detectives talk to you about


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

29

                            Gabberty
1
2    that day?
3        A.   For me, it was really just asking me
4    questions about the jeans.
5        Q.   What other questions did they ask you
6    about the jeans?
7        A.   Other than describing them.  You
8    know, and then asking questions on my
9    description of them to get more granular.
10   That was really it, that I recall.
11       Q.   The jeans you found in the car, did
12   you see any blood on them?
13       A.   No.
14       Q.   Any other stains?
15       A.   No.
16       Q.   Were they ripped?
17       A.   No.
18       Q.   Just partially inside out?
19       A.   Yeah.  I recall one leg was inside
20   out.
21       Q.   When you found the jeans, where in
22   the car were they?
23       A.   Back seat.
24       Q.   On the back seat or under the back
25   seat?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

30

1                    Gabberty
2        A.   On the back seat.
3        Q.   Did there come a time when Nassau
4   County police took hair samples --
5        A.   Yes.
6        Q.   -- from you?
7        A.   Uh-huh.
8        Q.   And your brother John?
9        A.   Uh-huh.
10       Q.   And other members of your family who
11   had been in the car?
12       A.   Yes.
13       Q.   Did they explain why?
14       A.   Yes.
15       Q.   What did they tell you?
16       A.   They were going to take the car and,
17   I guess, look at everything in the car and
18   they needed to rule out anything that they
19   found that matched us.
20       Q.   Did they tell you why they wanted to
21   take the car and why they were asking you so
22   many questions about the jeans?
23       A.   I don't know if they said it or if I
24   put two and two together.  But I think it was
25   all about Theresa Fusco.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

                        Gabberty
1
2        Q.   Did you know Theresa Fusco, by the
3    way?
4        A.   Nope.
5        Q.   To your knowledge, did your brother?
6        A.   Nope.
7        Q.   Were the hair samples taken at that
8    first visit by Nassau County authorities or
9    did that come sometime later?
10       A.   I believe it was on that visit.
11            MR. FREEMAN:  I didn't hear that.  I
12   believe it was --
13            THE WITNESS:  On that visit.
14            MR. FREEMAN:  Thank you.
15       Q.   Did the Nassau County authorities
16   also ask about other people aside from your
17   family who spent time in John's car?
18       A.   I think they might have.  But not to
19   me.
20       Q.   To your knowledge, did Nassau County
21   authorities take hair samples from anyone
22   outside your family to compare the hairs from
23   the car?
24       A.   I believe they did.
25       Q.   Showing you what's previously been



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

32

                            Gabberty
1
2      marked Exhibit 164, a document provided to us
3      from Nassau County from the original
4      investigation, which says it's a list of
5      people who had been in the car, your brother
6      John's car.  Did you know Dave Washington?
7          A.   The name doesn't sound familiar.
8          Q.   Did you know Michael Becht?
9          A.   Yes.
10         Q.   Did you know if Nassau County
11     authorities took hair samples from him?
12         A.   I have no idea.
13         Q.   Do you know if Nassau County ever
14     spoke to him?
15         A.   I have no idea.
16         Q.   Do you know Michael Wren?
17         A.   Yes.
18         Q.   Do you know if Nassau County ever
19     took hair samples from him?
20         A.   I have no idea.
21         Q.   Do you have any idea if Nassau County
22     authorities ever spoke to him?
23         A.   I have no idea.
24         Q.   Do you know John Redlefsen?
25         A.   Yes, I do.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

33

                        Gabberty
1
2        Q.   Do you know -- same question -- if
3   they ever took hair from him?
4        A.   I don't know.
5        Q.   Or if they ever spoke to him?
6        A.   I don't know.  These are my brother's
7   friends.  So...
8        Q.   How about Maggie Scalpelli?
9        A.   Same goes for -- I have no idea if
10  they gave hair samples.
11       Q.   Or were ever interviewed?
12       A.   Exactly.
13       Q.   How about Susan Knipe?
14       A.   Same.
15       Q.   Jackie Donovan?
16       A.   Same.
17       Q.   Thomas Glasser?
18       A.   Same.
19       Q.   Jennifer Cone?
20       A.   Same.
21       Q.   And did you know each of those people
22  as well?
23       A.   I know these folks.
24       Q.   And your brother's friends?
25       A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 34 of 96 PageID #: 4569

34

1              Gabberty
2        Q.   Are you in touch with any of them
3    now?
4        A.   Nope.
5        Q.   To your knowledge, is your brother in
6    touch with any of them now?
7        A.   Yes.  Some of them.
8        Q.   To your knowledge has anyone --
9        A.   Some have passed away.
10       Q.   Who has passed away on this list?
11       A.   Jackie Donovan.  She was in the twin
12   towers.  Thomas Keena.  And that's all that I
13   know on this list.
14       Q.   To your knowledge, have any of the
15   surviving people on this list in Exhibit 164
16   been contacted since 1984 or '85 by anyone in
17   Nassau County on behalf of Nassau County in
18   connection with this lawsuit?
19       A.   I have no idea.
20       Q.   Did there come a time when Nassau
21   County authorities did take in the car for
22   processing?
23       A.   I'm sorry.  Could you repeat the
24   question?
25       Q.   Did Nassau County police take the car



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 35 of 96 PageID #: 4570

35

Gabberty

1
2    to inspect it?
3        A.  Well, whoever was there that day,
4    they took it.  I don't know if the detectives
5    are part of Nassau County police.  Are they?
6        Q.  Yes.
7        A.  Then yes.
8        Q.  Did there come a time when the car
9    was returned to your brother?
10       A.  Yes.
11       Q.  How long did Nassau County police
12   keep the car before they returned it, if you
13   recall?
14       A.  I don't recall.  I don't know.
15       Q.  Did Nassau County police ever contact
16   you again in 1984 or 1985 about either the car
17   or the jeans?
18       A.  Not that I recall.
19       Q.  Did any lawyer or investigator for
20   John Restivo or John Kogut or Dennis Halstead
21   ever contact you between 1984 and 1986 about
22   your brother's car or the jeans that you found
23   in it?
24       A.  No.
25       Q.  Did you ever talk to any district



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

36

1                    Gabberty
2   attorney between 1984 and 1986 about your
3   brother's car or the jeans that you found?
4        A.   No.  Not that I recall.
5        Q.   What's the next time anyone contacted
6   you on behalf of Nassau County in relation to
7   the car and the jeans that you found?
8        A.   On behalf of Nassau County?
9        Q.   Yes.  Turning your attention, if it
10  will help your memory, to late last year,
11  November or December of last year.
12       A.   Late last year?  I'm trying to think
13  of the timing.  If it was late last year or
14  January.
15       Q.   Within the last six months, have you
16  been contacted by someone who told you they
17  were working for Nassau County?
18       A.   Yes.
19       Q.   How many people?
20       A.   One.
21       Q.   Male or female?
22       A.   Male.
23       Q.   Was he a Nassau County detective?
24       A.   I think so.
25       Q.   Do you recall his name?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

37

1                      Gabberty
2        A.   I have it written down, but
3   unfortunately at home.
4        Q.   Was it a Detective Hillman?
5        A.   It's not sounding familiar.  But I
6   could be wrong.
7             I wrote it down.  It was a very quick
8   conversation and I jotted it down on a piece
9   of paper at home.
10       Q.   Could it have been a Detective
11  Goldman?
12       A.   That sounds more familiar.
13       Q.   Where did that meeting take place, or
14  was it a meeting?
15       A.   We met for about five minutes at a
16  diner.
17       Q.   Did the detective ask you questions?
18       A.   A few.
19       Q.   What did he ask?
20       A.   See why I need notes?
21       Q.   To the best of your memory.
22       A.   I would be guessing.  I think he just
23  asked me if I had recalled finding pants.
24       Q.   And did you essentially tell him what
25  you've told us today?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

38

1                    Gabberty
2        A.   Not as much.   These are much more
3    questions.
4        Q.   You said your meeting with him was
5    for about five minutes?
6        A.   Yeah.   It was very brief.
7        Q.   How was the meeting set up?
8        A.   He called.
9        Q.   And how did he explain the reason for
10   his call?
11       A.   I think very similar to when Mary
12   called me.
13       Q.   Was it your understanding that the
14   detective was investigating the rape and
15   murder of Theresa Fusco?
16       A.   Yes.   That was my impression.
17       Q.   And you mentioned that no one else
18   was with the detective when you met for those
19   five minutes?
20       A.   No.
21       Q.   Did you have contact with anyone else
22   on behalf of Nassau County or Nassau County
23   police since that meeting?
24       A.   Nope.
25       Q.   And to the best of your memory, that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

39

                        Gabberty

1
2    was either late last year, probably in January
3    of this year?
4         A.  Yeah.  I would have to go back and
5    check my piece of paper.
6         Q.  But you've made a note of the
7    detective's name at the time?
8         A.  Yes.
9         Q.  To your knowledge, did any Nassau
10   detective -- whether the one who met with you
11   or any other -- also meet with your brother
12   John?
13        A.  I don't know.
14        Q.  To your knowledge did any Nassau
15   County detective or anyone else talk to your
16   brother John about these issues?
17        A.  I don't know.
18        Q.  Have you talked to your brother John
19   about your coming to testify today?
20        A.  I'm trying to think.  I just saw him
21   the other day at my mother's house and I think
22   I may have told him I'm going in for a
23   deposition.  And that was it.
24        Q.  Has he told you whether he's been
25   contacted by anybody?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                    Gabberty

2         A.   No.

3         Q.   Obviously, a number of the questions

4    I asked you would be better directed to him.

5              Where does he live now?

6         A.   In Lynbrook.

7         Q.   What's his address in Lynbrook?

8         A.   I would have to check.

9         Q.   Would you mind?

10        A.   If I have my address book.

11   Otherwise, I would have to get back to you.

12   He's around the corner.  And as I said before

13   with street names...

14        Q.   Sure.

15        A.   I do not have my address book with

16   me.  So I can give it to you later today.

17        Q.   Okay.  That would be fine.  And we'll

18   leave open a space in the deposition to fill

19   that in.

20             What we will do after the close of

21   the deposition, when we get the transcript, is

22   we'll send you a copy and you'll have an

23   opportunity to go through it and make sure

24   it's an accurate transcription of what you

25   said, make any changes, insert that



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 41 of 96 PageID #: 4576

41

1                    Gabberty
2    information in there and send it back once
3    you're confident that it's accurate.
4
5
6          Do you have your brother's number?
7        A.   That would also be in my address
8    book.
9        Q.   Is it in your cell phone, by any
10   chance?
11       A.   Am I supposed to be giving phone
12   numbers and addresses?
13       Q.   It's part of our discovery process to
14   try to talk to each witness who had contact
15   with the police about this case.
16       A.   But I just feel a little
17   uncomfortable to give information other than
18   myself.  I mean, you guys found me.  I'm sure
19   you probably have this already.
20       Q.   I don't.  Otherwise I wouldn't be
21   asking.
22       A.   Again, I don't know what -- I get
23   very uncomfortable giving personal information
24   about other people.
25          MR. FREEMAN:  I believe the decision



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

42

                        Gabberty
1

2    is yours to make.

3         A.   I mean, I would rather ask him if

4    it's okay if I can give it to you.

5         Q.   So why don't we do this?  I would

6    appreciate if you would get back to me with

7    his address, as you've indicated, and feel

8    free to let him know that we would like to

9    speak to him as well.  I would appreciate it.

10   Thank you.

11             When you met with the Nassau County

12   detective either late last year or in January,

13   did he lead you to believe that one of the

14   three plaintiffs in this case, John Kogut,

15   Dennis Halstead or John Restivo, was in jail?

16        A.   I don't recall.

17        Q.   Did you have an understanding that

18   one of them is in jail?

19        A.   There was an article that came out.

20   I think it was Newsday, a couple of pages.

21   Right prior to you and I meeting.  And I

22   believe there might have been some reference

23   in there.  But I can't recall.

24        Q.   Other than reading the article in the

25   Newsday in December of last year and --



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

43

1                          Gabberty

2              MR. FREEMAN:  Objection to the form

3       of the question.

4          Q.   --  the meeting with me and your

5       meeting with the Nassau County police

6       detective, do you have any other source of

7       knowledge about John Kogut, Dennis Halstead or

8       John Restivo?

9          A.   No.

10         Q.   I'll just show you what we have

11      marked as Exhibit 258.  I'll give you the

12      original and then you can keep the copy.

13         A.   So after we met you went and pulled

14      the article that I referenced?

15         Q.   Is this article from Newsday.com

16      entitled, "Decades later still a mystery in

17      Lynbrook," dated December 25th of 2010, the

18      article you were referring to?

19         A.   I think so.  I thought it had more

20      pictures.

21         Q.   Did you read it online or in print?

22         A.   In print.

23         Q.   Would you mind just taking a read

24      through it --

25         A.   Prior to this, I did not even know



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

44

1                     Gabberty
2    these guys' names.
3        Q.   When you say, "Prior to this," prior
4    to --
5        A.   My conversation with Mary and then
6    this article.
7             MR. FREEMAN:   Could we identify Mary
8    for the record?
9             MS. CORNWALL:   Mary Schembri.   Yes.
10       Q.   So would you mind just reading
11   through the article again and telling me
12   whether there's anything in the article
13   suggesting that John Kogut or John Restivo or
14   Dennis Halstead is in prison?
15            (Witness complies.)
16            THE WITNESS:   So what was your
17   question?
18       Q.   The question is did you see anything
19   in that article which you had read reflecting
20   that either John Kogut or Dennis Halstead or
21   John Restivo was then in jail?
22       A.   Well, they, all three of them, went
23   to jail.
24       Q.   Aside from the Fusco imprisonment,
25   for which the article indicates they were



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

45

1                       Gabberty
2    released in 2003, does the article suggest
3    that as of the time of printing, any of those
4    three men was in jail?
5         A.   Right now.
6         Q.   As of December 25, 2010.
7         A.   No.  That's not the impression I got
8    here.
9         Q.   So is it possible that it was the
10   Nassau County police detective who told you
11   that?
12        A.   Why is one in jail?
13        Q.   You mentioned earlier the meeting
14   that I had with you.  And that was in January?
15        A.   Uh-huh.
16        Q.   Do you recall at that time you
17   mentioned that you believed that one of those
18   three men was in jail?
19        A.   I think I was inquiring, actually,
20   about all three, to understand where they were
21   now.
22        Q.   And --
23        A.   This article really -- I think we had
24   a conversation about me being the mother of a
25   daughter and this article was concerning.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

46

1                    Gabberty

2        Q.  And do you recall that you also

3    indicated your belief that one of the three

4    plaintiffs had been arrested for something

5    else separate from the Fusco matter and was in

6    jail?

7        A.  I don't know if it was my belief or

8    if I asked.  And I believe you confirmed.

9        Q.  Did you form an opinion about one of

10   the plaintiffs based on your understanding of

11   why he was in jail?

12       A.  Did I form an opinion -- I don't

13   understand the question.

14       Q.  Do you recall saying something to the

15   effect of you're not interested in helping

16   someone who would be in jail for whatever it

17   was you believed he was in jail for?

18       A.  No.  I did not say "I'm not

19   interested in helping someone."

20       Q.  When we met in January, did you also

21   describe your interaction with Nassau County

22   detectives regarding the jeans?

23       A.  Did I describe my interaction -- yes.

24   When he dropped them off.

25       Q.  And did you and I also discuss at our



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

47

1                    Gabberty
2      meeting in January the conversation you had
3      with Nassau County detectives when they came
4      to your house sometime later in '84?
5          A.  Did -- not really.  Because I don't
6      recall the conversation I had with them other
7      than describing the jeans and then taking hair
8      samples.
9          Q.  Do you recall telling me that Nassau
10     County detectives showed you a sample pair of
11     jeans?
12         A.  I may have said that.
13         Q.  And do you recall telling me that you
14     told them that the pair is the same kind of
15     jeans but not the precise pair you had found?
16         A.  I don't recall saying that.
17         Q.  And as you sit here today, you're
18     just not sure one way or the other whether you
19     did tell Nassau County detectives in 1984 that
20     you recognized the type of jeans they showed
21     you?
22         A.  Yes, I'm not sure.  It was a long
23     time ago.  I can describe the jeans, as I did
24     in your earlier question.  That they were blue
25     jeans, stretchy, one leg I recall being inside



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 48 of 96 PageID #: 4583

48

1                     Gabberty
2   out.  Hence, I remember the inside pattern
3   having stripes.  As far as the pants that they
4   showed me, I don't recall how closely any of
5   them, if there was more than one, resembled
6   the exact jeans.
7       Q.  Did they tell you where they had
8   gotten the sample --
9       A.  No, they did not.
10      Q.  -- or samples?
11          Do you recall the names of the
12  detectives who came to the house and asked you
13  about the jeans?
14      A.  I don't.
15      Q.  Did they leave a card or give you a
16  copy of any documentation?
17      A.  They could have.  Again, this was my
18  brother's car.  So the conversation was mainly
19  with my brother, and I'm sure my mother, at
20  the time.
21      Q.  So again, is it fair to say that
22  between December of 1984 or whenever the
23  detectives came to your house to ask about the
24  jeans and take hair samples and late last year
25  in December of 2010, you had no contact with



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

49

                         Gabberty
1
2    anybody about the jeans or the fact that the
3    car was stolen?
4        A.  Other than Mary called -- I don't
5    remember the dates when Mary called.  We spoke
6    a couple of times on the phone.
7            MS. CORNWALL:  I have nothing further
8    at this time.
9            Mr. Freeman may have some questions
10   and when he's finished I may have a couple of
11   questions to follow up.
12           MR. FREEMAN:  I just need a short
13   break.  Very short.  Are you asking?
14           MR. GRANDINETTE:  No.
15           MR. FREEMAN:  Could we take a five
16   minute break, please?
17           THE VIDEOGRAPHER:  Time is 11:15.
18   We're off the record.
19           (Recess taken.)
20           THE VIDEOGRAPHER:  Time is 11:20.
21   We're on the record.
22   EXAMINATION BY
23   MR. FREEMAN:
24       Q.  Good morning, again.  My name is
25   Louis Freeman and I represent Nassau County in



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

50

                    Gabberty
1
2   this lawsuit.  And the same instructions
3   apply.  If you have a question, need
4   clarification, just ask.  If you need a break
5   or you want to stop for any reason, just let
6   us know and we'll accommodate you.
7         When you looked at the picture that
8   you were shown of a car -- I think it was
9   169 -- you said you weren't sure that that was
10  the exact car; is that correct?
11        A.  Right.  I mean, it looks -- looks
12  familiar.  But it was a long time ago.  It
13  wasn't my car.
14        Q.  So during the questioning by
15  plaintiff's counsel, you talked about a car
16  being stolen and you talked about going to the
17  police department.  Is this the car or are you
18  not sure this is the car?  In other words, are
19  we talking about this car or are we just
20  assuming that this is the car that --
21        A.  A car that looked like this.  I can't
22  say with certainty because I don't know what
23  his license plate was.
24        Q.  And I have a question regarding your
25  ability to drive at 16.  In 1984, I assume you



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

51

```
1                      Gabberty
2      had taken drivers ed. and you were able to get
3      a license at 16?
4           A.   And get insured.  I had my own car.
5           Q.   You said that.  So there was no bar
6      to your driving alone in 1984 or '85 at the
7      age of 16; correct?
8           A.   Not to my knowledge.
9           Q.   And you recall driving to the police
10     station with your brother, you think you're
11     the one that drove him?
12          A.   Yes.
13          Q.   Because he was careless at that
14     point; correct?
15          A.   No.  I followed him.  Drove him to
16     his car.
17          Q.   In Lakeview.
18          A.   Right.
19          Q.   And then did you go right to the
20     police department?
21          A.   Yes.
22          Q.   So was he able to drive his car at
23     that point?
24          A.   Yes.
25          Q.   Do you recall there being a problem
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

LORI GABBERTY                                    March 16, 2011

52

                        Gabberty
1
2    with the steering column?
3         A.   I don't know.   I didn't drive the
4    car.
5         Q.   But you recall following him and him
6    driving his car to the police station?
7         A.   Yes.   It was drivable.
8         Q.   When you went to the police station,
9    was that a police station that you were
10   familiar with?
11        A.   No.
12        Q.   Did you know -- previous to that day,
13   whatever day that was, had you been to that
14   police station?
15        A.   Not that I recall.
16        Q.   Do you recall today where it was
17   generally?
18        A.   In Lynbrook.
19        Q.   But where in Lynbrook?
20        A.   Right off the Merrick Road.   I don't
21   think it was too far from the movie theater,
22   if I recall.
23        Q.   Is that a precinct house, a
24   freestanding building?
25        A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

53

1                    Gabberty
2        Q.   And was the first time you went to
3   the Lynbrook police station, the time that you
4   turned in the jeans?
5        A.   Yes.
6        Q.   You said that you encountered
7   somebody when you walked in sitting behind a
8   desk or maybe a raised platform; does that
9   sound right?
10        A.   Right.   There was a raised platform.
11        Q.   Did this person, if you recall, act
12   professionally?
13        A.   Yeah.   What you would expect going
14   into the precinct.
15        Q.   And you described the jeans that you
16   found as stretchy.   And you seemed to have a
17   distinct recollection that they were stretchy.
18        A.   Yes.
19        Q.   Now, when you say "stretchy," you
20   mean that the fabric would give?   You could
21   actually stretch the fabric?
22        A.   Yes.
23        Q.   I know that there are jeans that
24   exist today that have a cotton in the fabric
25   and also some stretchy material that would



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

54

                    Gabberty
1
2   allow you to, like, pull the jeans so that
3   they give and that makes them easier to get
4   on; correct?
5       A.  Or makes them fitted.
6       Q.  I was going to say or allows them to
7   be form-fitted; correct?
8       A.  Right.
9       Q.  Your recollection is that these jeans
10  were like that?
11      A.  Yes.  They were very popular at the
12  time.
13      Q.  You also said, you described them as
14  blue jeans; correct?
15      A.  Yes.
16      Q.  Meaning --
17      A.  Color.
18      Q.  It's going to sound silly, but --
19      A.  Meaning the color.
20      Q.  Just blue jeans, meaning the color?
21  You weren't using that as a description of a
22  kind of jeans?
23      A.  Correct.
24      Q.  Just color blue, stretchy material?
25      A.  Right.  Denim.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

55

Gabberty

1

2      Q.   Pardon?

3      A.   Denim.   That's how I described them.

4      Q.   And you also said that one leg was

5  inside out?

6      A.   That's what I recall.

7      Q.   And I'll say again, that seems to be

8  a fairly distinct recollection?

9      A.   Yes.

10      Q.   You also testified that the stripes

11  that you saw were on the inside of the fabric.

12      A.   Yes.

13      Q.   Do you recall whether there were any

14  stripes on the outside of the fabric?

15      A.   I don't recall.   That's what I was

16  trying to sit here and think, if those stripes

17  which were -- if I recall correctly, I think

18  they were more stitching, if they created a

19  bin-stripe on the other side.   I can't recall.

20      Q.   Were you able to eyeball the size of

21  the jeans?   In other words, just so I'm clear

22  with my question, did you hold them up to

23  yourself?

24      A.   No, I did not.

25      Q.   Now, it's hard to tell now.   But I



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

56

1                    Gabberty
2    saw when you came in you're above average for
3    female height; correct?
4         A.   Yes.
5         Q.   How tall are you?
6         A.   Just shy of five-eight.
7         Q.   Do you have a recollection today of
8    making a mental note that the jeans were --
9    the jeans we're talking about, the blue jeans
10   we're talking about -- of being jeans that you
11   couldn't fit into or they were jeans that
12   would fit smaller person?  Do you recall
13   making any kind of mental note like that?
14        A.   I don't.  I don't.  What I recall is
15   that they would be about the size for someone
16   roughly my age bracket at that time.
17        Q.   Size, not style.
18        A.   I believe it was size.  It just --
19   again, I did not hold them up.  I did not --
20   literally, just grabbed them, handed them.  I
21   didn't right-side-out the leg.  So I can't say
22   with certainty.  But I do recall it would be
23   for about someone around my age at that time.
24        Q.   Because the jeans, the jeans we're
25   talking about were popular --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

57

1                      Gabberty
2         A.   Right.
3         Q.   --  and they were common for persons
4    approximately 16 years old --
5         A.   Right.
6         Q.   Correct?
7              You indicated that you were contacted
8    by a person that you believed to be a
9    detective not too long ago, maybe late
10   December, early January.
11        A.   (Nodding).
12        Q.   Did that person leave his card or
13   give you the card?
14        A.   I don't think -- I don't know if I
15   have the card or if I wrote it down but I have
16   it written down at home.
17        Q.   And I'm talking about a meeting you
18   had in a diner.
19        A.   Correct.
20        Q.   And was that person, did that person
21   act professionally?
22        A.   Yes.
23        Q.   Going back to 1984, you said that at
24   least one -- and I believe you said you
25   believed it was more than one detective --



ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

58

                    Gabberty
1
2    came to the house --
3         A.   It was definitely more than one.
4         Q.   Definitely more than one and they
5    came more than once.  You believe they came
6    more than twice?
7         A.   I don't know how many times.
8         Q.   Sorry.  I didn't write this down.
9         Do you recall if those detectives
10   acted professionally?
11        A.   Yes.
12        Q.   Those are the same detectives that
13   asked for hair samples?
14        A.   Correct.
15        Q.   From what you remember, did they
16   appear to be thorough in their investigation?
17        A.   Yeah.
18        MS. CORNWALL:   Objection.
19        Q.   You may answer.
20        A.   In my opinion.  Again, with the
21   jeans, that's the questions that came towards
22   me.  I just remember a lot of questions about
23   the jeans.
24        Q.   You testified today that you were not
25   in the dining room at all times, that you came



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

59

                        Gabberty
1
2    somewhat later, and you remember mostly the
3    questions about the jeans.
4         A.   Right.
5         Q.   From what you heard --
6         A.   As far as physically being there, I
7    couldn't tell you when I joined or when I
8    left.
9         Q.   I understand that.  I'm saying from
10   what you saw, from what you heard and from
11   what you recall, the detectives were thorough
12   and professional as best you can recall?
13        A.   Correct.
14        Q.   You also testified that the
15   detectives that we're referring to that came
16   to your home --
17        A.   At that time.
18        Q.   --  showed you either a sample or
19   samples of other jeans, and I believe you
20   testified that you can't remember with any
21   specificity what those jeans looked like?
22        A.   Correct.
23        Q.   Do you recall -- I'm going to prod a
24   little bit.  But do you recall thinking at the
25   time these are close?  I mean, do you have a



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

60

1                        Gabberty
2    recollection of your reaction when you saw the
3    jeans?
4         A.   I don't.  Best I can do is guess.  I
5    can't say for certainty what my reaction was.
6         Q.   I'm not going to ask you to guess.
7    But you do recall thinking, when you saw the
8    jeans, when they were found in the back seat,
9    that they were typical of jeans worn by
10   teenagers at that time?
11        A.   Yes.
12        Q.   Were you the person that found the
13   jeans in the back seat?
14        A.   Yes.
15        Q.   Were they found at the time that you
16   went to Lakeview to see the car for the first
17   time?
18        A.   Yeah.
19        Q.   Did you put the jeans in a bag, if
20   you recall, when you took them to the police
21   station?
22        A.   No.  I did not.
23        Q.   You just took them.
24             And do you recall whose decision it
25   was to take the jeans to the police station?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 61 of 96 PageID #: 4596

61

                        Gabberty
1
2      A.   It wasn't taking the jeans to the
3 police station.   It was taking the car to the
4 police station.
5      Q.   Thank you for that clarification.
6      A.   The car was called in stolen.   When
7 it was found, the reaction was to bring the
8 car to the police station to say we found the
9 car.   We didn't know at the time what the
10 protocol was when you have found a car that
11 you reported missing.
12         So we went in to say that the car has
13 been found.   We brought the jeans in with us.
14 They weren't ours.
15      Q.   So you weren't thinking at the time
16 that the jeans were -- could possibly be a
17 piece of evidence?
18      A.   No.   But, just, they weren't ours and
19 it's odd.
20      Q.   You were doing --
21      A.   An odd find.
22      Q.   --  a civic duty.
23         Who is Mary?   You've mentioned a
24 person by the name of Mary.   Who is Mary, to
25 your knowledge?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

62

1                    Gabberty

2        A.  To my knowledge, she's an

3    investigator that works for Debbie.

4        Q.  You said that you have spoken to her

5    on, I think you said, at least two occasions?

6        A.  Uh-huh.

7        Q.  Were those occasions on the phone or

8    in person?

9        A.  First two were on the phone, third

10   one was in person.

11       Q.  And that was when?

12       A.  With Debbie.

13       Q.  And that was approximately when?

14       A.  Here we go again with these dates.

15   Late last year.

16       Q.  Late 2010?  Rough is fine.

17       A.  That's rough.  Give or take a month.

18       Q.  And did you meet at her office, at

19   your home or a neutral place?

20       A.  Neutral place.

21       Q.  You were asked to look at a newspaper

22   article that appeared in Newsday.  I think it

23   was late 2010, if I read it correctly.  That's

24   258 in evidence at this hearing.

25       A.  Which means that we met after.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

63

1                      Gabberty
2          Q.   What's the date?
3          A.   It says December 25, 2010.  Because I
4     remember referencing the article at our
5     meeting.
6          Q.   Do you know or do you recall if there
7     were any other articles about any part of this
8     case in this litigation in Newsday or any
9     other paper in 2010 or early 2011?
10         A.   I don't recall.  I don't recall.
11         Q.   To the best of your recollection --
12         A.   I thought there might have been one
13    small article --
14         Q.   To -- sorry.
15         A.   -- about the parents.  But I can't be
16    certain.
17         Q.   Well, might you have read the other
18    article as well?
19              MS. CORNWALL:  Objection.  Calls for
20    speculation.  Go ahead.
21         A.   If it was in there, yeah.  There's
22    been a lot of odd cases like this.
23              MR. FREEMAN:  I'm going to mark for
24    identification -- are we going --
25              MS. CORNWALL:  Yeah.  In order.  It



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 64 of 96 PageID #: 4599

64

                        Gabberty
1
2    would be 259.
3         MR. FREEMAN:  I'm going to mark for
4    identification 259, 260, 261 and 262, four
5    photographs that I'm going to show the
6    witness.  I ran out of ink so...
7         MS. CORNWALL:  Have these been
8    previously disclosed?
9         MR. FREEMAN:  No.
10        MS. LIMANI:  They're not from
11   discovery.
12        MR. FREEMAN:  They were never used by
13   anyone prior to today.
14        (Exhibits 259 through 262, a series
15   of copied photographs, were so marked for
16   identification.)
17     Q.  Ms. Gabberty, I'm going to ask you to
18   look at photographs and see if the photographs
19   I show you refresh your recollection of what
20   the jeans looked like, the ones that you took
21   out of the car.
22     A.  Okay.
23     Q.  I'm going to hand you, first, 259 and
24   I'm going to ask you to disregard the stripes
25   that go perpendicular to the vertical stripes



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

1                    Gabberty
2   because it's a printing error.  I'm sure you
3   can see that.  And I'm asking you if it
4   refreshes your recollection.  Because you've
5   said that you don't -- you're really not sure
6   as you sit here today what the jeans looked
7   like.  And I thought perhaps viewing a photo
8   of jeans would refresh your recollection.
9          MS. CORNWALL:  And could you just put
10  on the record the source of the four
11  photographs of various types of striped jeans
12  and clarify whether these photographs come
13  from any police file in connection with this
14  investigation or whether they are just
15  examples of striped jeans that you found
16  independently?
17         MR. FREEMAN:  Nadjia Limani will
18  answer that question.
19         MR. GRANDINETTE:  The other thing, if
20  I can impose on you, you mentioned in this
21  specific photograph that there was some form
22  of printing error.
23         MR. FREEMAN:  Yes.
24         MR. GRANDINETTE:  Could you just
25  clarify for the record what you mean by, you


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

66

1                  Gabberty
2    know, what is an error or what was the
3    printing error so we're clear?  The horizontal
4    lines is what you're referring to?
5              MR. FREEMAN:  Yes.
6              MR. GRANDINETTE:  Okay.
7              MR. FREEMAN:  I think it's obvious.
8              MR. GRANDINETTE:  So the series of
9    horizontal lines from the bottom of the leg up
10   to the torso.
11             MR. FREEMAN:  Right.  You can see at
12   the waist, you can see the true color of the
13   print.  And as we go down from the waist to
14   the knee, the colors get lighter and more
15   faded.  The printing error is the horizontal
16   lines.
17             MR. GRANDINETTE:  So then can we have
18   an agreement, just so -- because you're using
19   this -- with respect to what has been marked
20   259, the purpose of that photograph is the
21   lines which run vertical as opposed to
22   horizontal and the horizontal lines are the
23   error?
24             MR. FREEMAN:  Correct.  And we can
25   also say that at the very top of this



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 67 of 96 PageID #: 4602

67

1                    Gabberty
2    particular pair of jeans, the picture is not
3    affected, it appears not to be affected by the
4    printing error.  So we can see at the top what
5    the jeans look like.
6            MS. LIMANI:  Okay.  As for the
7    source, this was research that I did and
8    they're from various thrift stores or Etsy
9    that have jeans from the early to mid '80s as
10   vintage.  And I downloaded the images and we
11   printed them out.  So, no, they do not come
12   from any Nassau County police file or any
13   Nassau County District Attorney's file, for
14   the record.
15          MS. CORNWALL:  Thank you.
16   BY MR. FREEMAN:
17      Q.  Ms. Gabberty, you were able to hear
18   that conversation.  So keep that in mind when
19   you look at picture 259.
20      A.  Okay.
21          This is definitely the category of
22   jeans as I described before being stretchy and
23   denim color.  As far as the details on the
24   pants, I honestly don't recall.
25      Q.  I'm going to hand you what's been



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 68 of 96 PageID #: 4603

                    Gabberty
1
2   marked as 260 for identification at this
3   deposition and ask you the same question with
4   respect to that picture.
5        A.   Yeah.   These look a little bit
6   more -- again, it's on a model.   So I don't
7   know -- they look a little more baggier, a
8   little more like jeans versus being stretchy
9   and more fitted.
10       Q.   So what we can take away from your
11  testimony is that the jeans that you recall
12  were not only stretchy, but they were
13  tapered --
14       A.   Yes.
15       Q.   --  and intended to be formfitting?
16       A.   Yes.
17       Q.   I would like to show you what's been
18  marked as 261 and ask you the same set of
19  questions.
20       A.   Yeah.   These don't look as tapered
21  and as fitted.
22       Q.   Likewise with respect to 262?
23       A.   Yeah.   259 is the closest.
24            MS. CORNWALL:   Just for the record,
25  photograph 262 does not show the legs of the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 69 of 96 PageID #: 4604

69

1                    Gabberty
2     jeans.
3          MS. LIMANI:  No.  The last one.  The
4     behind.  That one.
5          THE WITNESS:  Yeah.  You can tell,
6     just here, how baggy.  Not that I'm a stylist
7     person or anything.  But they were definitely
8     intended to be fitted.
9          Q.  And having -- sorry.  Go ahead.
10         A.  The closest comparison would be to
11    today's version of skinny jeans, if anybody
12    knows what that is.  Tapered and fitted.
13         Q.  And as you have finished looking at
14    259 through 262, is your memory refreshed with
15    respect to whether the -- there were stripes
16    on the outside or whether there were colors on
17    the stripes or any such recollection?
18         A.  No.
19         MR. FREEMAN:  I have nothing further.
20         MS. CORNWALL:  Just very briefly.
21    CONTINUED EXAMINATION
22    BY MS. CORNWALL:
23         Q.  I would like to show you what has
24    been previously marked as Exhibit 161.  It's a
25    report made by a Nassau County officer on



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

70

Gabberty

1

2  December 6th of 1984 indicating, "present at

3  58 Broadway in Malverne, home of John T.

4  French."  John T. French is your brother?

5       A.   Uh-huh.

6       Q.   And is 58 Broadway in Malverne where

7  you grew up?

8       A.   Uh-huh.  Yes.  Sorry.

9       Q.   And the report indicates "he,"

10  meaning John French, "stated that on November

11  10, 1984 his 1971 Oldsmobile sed," short for

12  sedan, I presume, "registration 5233 BJN, New

13  York, his car was parked on southwest corner

14  of Lakeview Avenue and Ocean Avenue.  It was

15  stolen sometime between 21:30 to 23:05 hours

16  that date."

17       Is that consistent with your

18  understanding of your brother's car and when

19  it was stolen?

20       A.   I'll go by what's on here.  Like I

21  said, I don't know the exact date or location.

22       Q.   Exhibit 161 goes on to say, "On

23  11/18/84, Mr. French went out looking around

24  for his car.  He entered Lakeview and he found

25  it parked on Woodfield Road near the railroad



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1           Gabberty

2    tracks."

3           Is that consistent with your memory

4    of where you drove your brother to pick up the

5    car?

6        A.  As I said before, that -- it was a

7    dirt area and I believe the street name was

8    Woodfield Road.

9        Q.  Was the area where you picked up the

10   car with your brother by a railroad track?

11       A.  I think so.

12       Q.  The report continues, "He then got

13   his keys and drove the car to Lynbrook PD.

14   Prior to going to the PD, his sister Lori

15   found a pair of ladies blue jeans with

16   stripes.  Blue jeans were inside out.  Jeans

17   were found on right rear floorboard, halfway

18   under right passenger seat."

19       A.  My recollection was that they were on

20   the seat.

21       Q.  With the exception that your memory

22   is that you found the jeans on the seat as

23   opposed to on the right rear floorboard

24   halfway under the seat, is this report mainly

25   that you found ladies' blue jeans with stripes



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 71 of 96 PageID #: 4606

72

                        Gabberty
1
2    inside out consistent with your memory?
3        A.  Yes.  Again, though, I recall one leg
4    being inside out.  But it was a long time ago.
5            MS. CORNWALL:  Thank you very much.
6    I have no further questions.
7            MR. FREEMAN:  I just have some
8    questions relating to that last series of
9    questions.
10   CONTINUED EXAMINATION
11   BY MR. FREEMAN:
12       Q.  You do not recall the date that the
13   car was found; correct?
14       A.  Correct.
15       Q.  And your recollection is that the
16   jeans that you found had stripes on the inside
17   of the fabric?
18       A.  Yeah.  And as I stated, it could have
19   come through as pinstripes on the other side.
20       Q.  But you don't recall whether the
21   jeans you found had pinstripes showing on the
22   outside of the fabric?
23       A.  I don't recall.  No.
24       Q.  And your recollection is that the
25   jeans were found on the back seat; correct?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                     Gabberty
2          A.   That's what I recall now.
3          Q.   Do you know whether you imparted the
4   information contained in this report, 161, or
5   whether your brother gave the information?
6          A.   I don't.
7               MR. FREEMAN:  I have nothing further.
8               MS. CORNWALL:  One last question.
9   CONTINUED EXAMINATION
10  BY MS. CORNWALL:
11         Q.   Did any Nassau County officer ever
12  ask you to sign a statement?
13         A.   In 1984 or '85?  I don't recall.  I
14  don't know if there were things we signed.  I
15  know we gave hair.  There was a lot of
16  questions.  Did we sign anything?  I don't
17  recall.
18         Q.   Do you recall sitting down with any
19  Nassau County police officer and having them
20  write out a statement reflecting your memory
21  of finding the car and the jeans, whether or
22  not you were asked to sign it?
23         A.   I don't recall.
24              MS. CORNWALL:  I have nothing
25  further.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL  Document 224-8  Filed 06/02/12  Page 73 of 96 PageID #: 4608

Case 2:06-cv-06695-JS-SIL   Document 224-8   Filed 06/02/12   Page 74 of 96 PageID #: 4609

1                    Gabberty

2           MR. FREEMAN:  Same.

3           MS. CORNWALL:  Thank you so much for

4     coming in.

5           THE VIDEOGRAPHER:  Time is 11:49.

6     We're off the record.

7           (Time noted:  11:49 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

LORI GABBERTY                                    March 16, 2011

75

1

2                      I N D E X

3

4    EXHIBITS                              PAGE

5    258 copy of Newsday article          5
     (pre-marked)

6
     259 through 262, a series of copied
7    photographs                          64

8
     PRODUCTION REQUESTS

9
     Space left in transcript for         40
10   witness to fill in information

11
     EXAMINATION BY

12
     Ms. Cornwall                         4, 69
13                                         73

14   Mr. Freeman                          49
                                               72
15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

76

1

2            C E R T I F I C A T E

3    STATE OF NEW YORK        )
                      :  SS.:
4    COUNTY OF NEW YORK       )

5

6

7         I, Helga Christiane Lavan, a Notary

8    Public for and within the State of New York,

9    do hereby certify:

10        That the witness whose examination is

11   hereinbefore set forth was duly sworn and that

12   such examination is a true record of the

13   testimony given by that witness.

14        I further certify that I am not

15   related to any of the parties to this action

16   by blood or by marriage and that I am in no

17   way interested in the outcome of this matter.

18        IN WITNESS WHEREOF, I have hereunto

19   set my hand this 25th day of March 2011.

20

21

                    _____

22                    Helga Christiane Lavan, RPR

23

24

25


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

LORI GABBERTY                                          March 16, 2011

77

1    DEPOSITION ERRATA SHEET

2

3    Our Assignment No.  318507

4    Case Caption:  Restivo v. Nassau County

5

6              DECLARATION UNDER PENALTY OF PERJURY

7          I declare under penalty of perjury that I have

8    read the entire transcript of my Deposition taken in the

9    captioned matter or the same has been read to me, and the

10   same is true and accurate, save and except for changes

11   and/or corrections, if any, as indicated by me on the

12   DEPOSITION ERRATA SHEET hereof, with the understanding

13   that I offer these changes as if still under oath.

14

15   Signed on the _____ day of_____, 20____.

16

17   _____

18              LORI GABBERTY

19

20

21

22

23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

LORI GABBERTY                                    March 16, 2011

78

1    DEPOSITION ERRATA SHEET

2        Page No._____Line No._____Change to:_____

3        _____

4        Reason for change:_____

5        Page No._____Line No._____Change to:_____

6        _____

7        Reason for change:_____

8        Page No._____Line No._____Change to:_____

9        _____

10       Reason for change:_____

11       Page No._____Line No._____Change to:_____

12       _____

13       Reason for change:_____

14       Page No._____Line No._____Change to:_____

15       _____

16       Reason for change:_____

17       Page No._____Line No._____Change to:

18   _____

19       Reason for change:_____

20       Page No._____Line No._____Change to:_____

21       _____

22       Reason for change:_____

23           SIGNATURE:_____DATE:_____

24               LORI GABBERTY

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

LORI GABBERTY                                    March 16, 2011

79

```
 1                DEPOSITION ERRATA SHEET

 2      Page No._____Line No._____Change to:_____

 3      _____

 4      Reason for change:_____

 5      Page No._____Line No._____Change to:_____

 6      _____

 7      Reason for change:_____

 8      Page No._____Line No._____Change to:_____

 9      _____

10      Reason for change:_____

11      Page No._____Line No._____Change to:_____

12      _____

13      Reason for change:_____

14      Page No._____Line No._____Change to:_____

15      _____

16      Reason for change:_____

17      Page No._____Line No._____Change to:_____

18      _____

19      Reason for change:_____

20      Page No._____Line No._____Change to:_____

21      _____

22      Reason for change:_____

23

24      SIGNATURE:_____DATE:_____

25                    LORI GABBERTY
```



# ESQUIRE
### an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**A**

a.m
74:7

ability
50:25

able
51:2,22 55:20
67:17

a b o v e -
e n t i t l e d
3:5

accommodate
50:6

accurate
40:24 41:3
77:10

act
53:11 57:21

acted
58:10

action
76:15

address
40:7,10,15
41:7 42:7

addresses
41:12

affiliations
5:16

age
10:23 51:7
56:16,23

ago
8:13,23 12:2
18:22 47:23
50:12 57:9
72:4

agreement
66:18

ahead

7:15 63:20
69:9

ALBERT
1:10 2:9

alleged
8:5

ALLEN
2:11

allow
54:2

allows
54:6

alone
9:4 51:6

already
41:19

ALSO
4:18 5:21 7:4
8:17 18:12
27:4 31:16
39:11 41:7
46:2,20,25
53:25 54:13
55:4,10 59:14
66:25

amiss
22:24

and/or
77:11

angle
18:3,20

angles
18:6

another
18:12

answer
7:3,15 58:19
65:18

ANTHONY
2:17 4:6
21:22

anybody
39:25 49:2
69:11

appear
58:16

appeared
62:22

appears
67:3

apply
50:3

appreciate
42:6,9

approximatel
y
5:10 13:7
57:4 62:13

area
17:17,20 18:8
19:7 20:3
71:7,9

around
12:17 16:5,6
25:18 40:12
56:23 70:23

arrested
46:4

arriving
8:5

article
5:3 42:19,24
43:14,15,18
44:6,11,12,
19,25 45:2,
23,25 62:22
63:4,13,18
75:5

articles
63:7

aside
31:16 44:24

asked
14:18 27:14,
17 37:23 40:4
46:8 48:12
58:13 62:21
73:22

asking
6:22 10:24,25
15:6 29:3,8
30:21 41:21
49:13 65:3

Assignment
77:3

associate
5:23

associated
12:19 24:12

assume
50:25

assuming
50:20

attend
9:16

attention
14:21 36:9

Attorney
4:14,16,19
36:2

Attorneys
4:4,8

Attorney's
67:13

authorities
8:13 31:8,15,
21 32:11,22
34:21

available
16:4

Avenue
70:14

average

56:2

aware
25:8,15,16

**B**

B
4:13

back
9:19 23:12,24
24:10 29:23,
24 30:2 39:4
40:11 41:2
42:6 57:23
60:8,13 72:25

bag
60:19

baggier
68:7

baggy
69:6

bar
51:5

based
46:10

Becht
32:8

behalf
34:17 36:6,8
38:22

being
5:8 11:2 20:2
45:24 47:25
50:16 51:25
56:10 59:6
67:22 68:8
72:4

belief
46:3,7

believe
12:22 16:24
20:19 25:11
28:6 31:10,
12,24 41:25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

42:13,22 46:8
56:18 57:24
58:5 59:19
71:7

**believed**
45:17 46:17
57:8,25

**believes**
8:11

**Bellmore**
9:3

**belong**
20:8

**best**
21:24 37:21
38:25 59:12
60:4 63:11

**better**
40:4

**between**
16:13 26:23
27:7 35:21
36:2 48:22
70:15

**bin-stripe**
55:19

**BIRDSALL**
1:11 2:14

**birth**
10:3,16

**bit**
6:19 18:19
59:24 68:5

**BJN**
70:12

**block**
23:4

**blood**
29:12 76:16

**blue**
20:13 21:10
26:3 47:24

**book**
40:10,15 41:8

**born**
11:5

**bottom**
11:20 14:24,
25 66:9

**boys**
21:7

**bracket**
56:16

**break**
7:18 49:13,16
50:4

**brief**
38:6

**briefly**
69:20

**bring**
61:7

**Broadway**
70:3,6

**brother**
10:19,24
11:12,24
15:4,24 17:23
19:7 22:18
23:3,7,19,24
24:14,16,23
26:18,21,24
27:8,23 30:8
31:5 32:5
34:5 35:9
39:11,16,18
48:19 51:10
70:4 71:4,10
73:5

**brother's**
15:20 22:24
23:16 26:3
33:6,24 35:22
36:3 41:6
48:18 70:18

**brought**
17:23 18:15
21:15 23:12
61:13

**BRUSA**
2:12

**BRUSTIN**
4:8 5:18

**building**
52:24

**buy**
12:4

---
### C

**C**
4:2 76:2

**call**
13:19 38:10

**called**
13:18 16:11
38:8,12 49:4,
5 61:6

**calling**
15:22

**Calls**
63:19

**came**
13:12 26:8,9,
10,11 27:10,
11 42:19 47:3
48:12,23 56:2
58:2,5,21,25
59:15

**CAMPBELL**
2:18

**capacity**

2:5,6,7,8,9,
10,11,12,13,
14,15,16,17,
18,19,20,21

**Caption**
1:17 77:4

**captioned**
77:9

**car**
11:2,12,14,
22,25 12:4,7,
14 13:4,6,8,
10,15,17,22
14:2,23
15:20,23,25
16:7,9,17,
20,25 17:3,5,
6,9,12,23
18:16 19:8,
11,16 20:5,7,
9 21:11 22:3,
19,21,25
23:7,11,12,
21 24:13,16,
24 25:3,13
26:3 27:8,23
28:14,19
29:11,22
30:11,16,17,
21 31:17,23
32:5,6 34:21,
25 35:8,12,
16,22 36:3,7
48:18 49:3
50:8,10,13,
15,17,18,19,
20,21 51:4,
16,22 52:4,6
60:16 61:3,6,
8,9,10,12
64:21 70:13,
18,24 71:5,
10,13 72:13
73:21

**card**
48:15 57:12,
13,15

**care**
12:7,10

**careless**
51:13

**caring**
12:11

**case**
8:12 14:15,20
41:15 42:14
63:8 77:4

**cases**
63:22

**category**
67:21

**cell**
41:9

**certain**
17:25 18:11
19:2 23:4
63:16

**certainty**
18:21 19:25
20:23 50:22
56:22 60:5

**certify**
76:9,14

**chance**
41:10

**change**
78:4,7,10,
13,16,19,22
79:4,7,10,
13,16,19,22

**changes**
40:25 77:10,
13

**CHARLES**
1:12



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**CHARLIE**
2:10

**check**
39:5 40:8

**children**
9:7

**Christiane**
3:8 76:7,22

**Christmas**
25:5,7

**civic**
61:22

**claims**
8:6,16

**clarificatio
n**
50:4 61:5

**clarify**
65:12,25

**clean**
19:21 20:9

**cleaned**
24:16

**clear**
55:21 66:3

**close**
28:23 40:20
59:25

**closed**
14:20

**closely**
48:4

**closest**
68:23 69:10

**clothes**
26:14

**collection**
11:18

**Color**
54:17,19,20,

24 66:12
67:23

**colors**
66:14 69:16

**column**
52:2

**come**
13:2 22:15,22
23:23 24:15,
22 30:3 31:9
34:20 35:8
65:12 67:11
72:19

**coming**
39:19 74:4

**comment**
18:25 19:4
27:20

**COMMISSIONER**
1:5,6,7

**commit**
8:9

**common**
57:3

**compare**
31:22

**comparison**
69:10

**complete**
18:21

**complies**
44:15

**concerning**
45:25

**Cone**
33:19

**confident**
41:3

**confirmed**
46:8

**confusing**

6:24

**CONNAUGHTON**
1:13 2:13

**connection**
26:4,7 34:18
65:13

**consistent**
70:17 71:3
72:2

**contact**
35:15,21
38:21 41:14
48:25

**contacted**
24:13,23
34:16 36:5,16
39:25 57:7

**contained**
73:4

**context**
8:2

**CONTINUED**
69:21 72:10
73:9

**continues**
1:17 71:12

**conversation**
26:19,23 27:7
37:8 44:5
45:24 47:2,6
48:18 67:18

**conviction**
8:8

**copied**
64:15 75:6

**copies**
14:7

**copy**
5:2 8:17 14:4
40:22 43:12
48:16 75:5

**corner**

40:12 70:13

**CORNWALL**
4:11 5:17 6:7
7:23 14:14
22:14,16 44:9
49:7 58:18
63:19,25 64:7
65:9 67:15
68:24 69:20,
22 72:5 73:8,
10,24 74:3
75:12

**Correct**
9:18,23 10:7,
20 11:7,10
19:12 23:9
50:10 51:7,14
54:4,7,14,23
56:3 57:6,19
58:14 59:13,
22 66:24
72:13,14,25

**corrections**
77:11

**correctly**
55:17 62:23

**cost**
12:19

**cotton**
53:24

**couldn't**
56:11 59:7

**Counsel**
5:15 50:15

**Country**
3:7 4:4 5:9

**COUNTY**
1:5 2:5 4:14,
16,19 5:8,21
8:6,13 14:16
27:15 28:13,
16,25 30:4
31:8,15,20

32:3,10,13,
18,21 34:17,
21,25 35:5,
11,15 36:6,8,
17,23 38:22
39:15 42:11
43:5 45:10
46:21 47:3,
10,19 49:25
67:12,13
69:25 73:11,
19 76:4 77:4

**couple**
18:6 42:20
49:6,10

**course**
12:3

**COURT**
1:2 5:13 6:21

**cracked**
12:17

**created**
55:18

**crime**
8:9

**crossing**
18:8

**current**
8:7

**CV-06-6695**
1:4

**CV-06-6720**
2:4

**D**

**D**
75:2

**damage**
20:2

**DANIEL**
2:16

**dashboard**



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

20:3
**date**
7:16 13:9
15:10,14 63:2
70:16,21
72:12
**dated**
43:17
**dates**
49:5 62:14
**daughter**
45:25
**Dave**
32:6
**day**
22:23 24:10
29:2 35:3
39:21 52:12,
13 76:19
77:15
**Debbie**
5:17 22:13
62:3,12
**DEBORAH**
4:11
**Decades**
43:16
**December**
36:11 42:25
43:17 45:6
48:22,25
57:10 63:3
70:2
**decision**
41:25 60:24
**DECLARATION**
77:6
**declare**
77:7
**decorated**
25:5
**Defendants**

1:15 2:22
**defenses**
8:17
**definitely**
58:3,4 67:21
69:7
**DEMPSEY**
1:10 2:6
**Denim**
54:25 55:3
67:23
**DENNIS**
1:8 2:2 4:8
8:3 35:20
42:15 43:7
44:14,20
**department**
21:20 24:11
50:17 51:20
**depicting**
18:8
**DEPOSITION**
3:4 5:6,8
7:9,21,22,24
9:16 14:19
21:23 39:23
40:18,21 68:3
77:1,8,12
78:1 79:1
**depositions**
8:15
**Deputy**
4:16,19
**describe**
20:11 27:22
46:21,23
47:23
**described**
24:17 28:21
53:15 54:13
55:3 67:22
**describing**

25:23 28:21
29:7 47:7
**description**
29:9 54:21
**desk**
21:18 53:8
**details**
67:23
**DETECTIVE**
1:7,8,9,10,
11,12,13 2:18
36:23 37:4,
10,17 38:14,
18 39:10,15
42:12 43:6
45:10 57:9,25
**detectives**
26:8,10,11,
23 27:8,15
28:13,17,25
35:4 46:22
47:3,10,19
48:12,23
58:9,12
59:11,15
**detective's**
39:7
**didn't**
20:8 23:2
31:11 52:3
56:21 58:8
61:9
**DIEHL**
1:14 2:15
**different**
11:20 23:5
**diner**
37:16 57:18
**Dining**
26:25 27:3,4
58:25
**directed**

26:19 40:4
**dirt**
17:17 18:8
19:7 71:7
**dirty**
19:22
**disclosed**
64:8
**discovery**
41:13 64:11
**discuss**
46:25
**disregard**
64:24
**distinct**
53:17 55:8
**distinguishi
ng**
20:16
**DISTRICT**
1:2 35:25
67:13
**document**
14:13 32:2
**documentatio
n**
48:16
**doesn't**
32:7
**doing**
12:23 61:20
**DONALD**
1:5
**DONNELLY**
2:12
**Donovan**
33:15 34:11
**down**
23:3 37:2,7,8
57:15,16 58:8

66:13 73:18
**downloaded**
67:10
**drivable**
52:7
**drive**
12:17 16:4
17:5,8 19:11
50:25 51:22
52:3
**drivers**
51:2
**driving**
51:6,9 52:6
**dropped**
46:24
**drove**
16:6 19:6,11
51:11,15
71:4,13
**duly**
6:4 76:11
**during**
26:22 50:14
**duty**
61:22

---

**E**

**E**
4:2 17:20
75:2 76:2
**each**
33:21 41:14
**earlier**
45:13 47:24
**early**
57:10 63:9
67:9
**easier**
54:3
**EASTERN**
1:2



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ed
51:2

effect
46:15

either
8:10,14 35:16
39:2 42:12
44:20 59:18

else's
23:8

emergency
13:20

employees
8:7

encountered
53:6

enough
24:8

entered
21:23 70:24

entering
7:7

enters
7:8

entire
77:8

entitled
43:16

ERRATA
77:1,12 78:1
79:1

error
65:2,22 66:2,
3,15,23 67:4

ESQ
4:6,11,16,
19,20

essence
13:15 22:3
27:17

essentially

37:24

Etsy
67:8

evening
15:16 22:23

events
8:23

eventually
27:6

evidence
61:17 62:24

exact
48:6 50:10
70:21

Exactly
33:12

EXAMINATION
6:6 49:22
69:21 72:10
73:9 75:11
76:10,12

examined
6:5

example
12:13

examples
65:15

exception
71:21

excuse
10:13

Exhibit
5:2 11:17
14:5,7,14
17:19 25:20
32:2 34:15
43:11 69:24
70:22

exhibits
14:8 64:14
75:4

exist
53:24

expect
8:5 53:13

expert
15:5,6

explain
6:19 30:13
38:9

eyeball
55:20

---

**F**

F
76:2

fabric
53:20,21,24
55:11,14
72:17,22

fact
9:15 24:5
49:2

faded
66:15

Fair
24:8,19 48:21

fairly
55:8

fall
10:16

familiar
18:20,25
25:21 32:7
37:5,12 50:12
52:10

family
10:23 30:10
31:17,22

far
48:3 52:21
59:6 67:23

FARRELL

1:8

feel
41:16 42:7

female
36:21 56:3

FERGUSON
4:16

file
65:13 67:12,
13

fill
40:18 75:10

finally
19:3

find
13:10 15:12,
25 16:5,7,9,
17 20:4,7
61:21

finding
24:20 37:23
73:21

fine
40:17 62:16

finished
7:3,6 49:10
69:13

first
6:4 11:19
14:15 28:21
31:8 53:2
60:16 62:9
64:23

fit
56:11,12

fitted
54:5 68:9,21
69:8,12

five
11:6 37:15
38:5,19 49:15

five-eight

56:6

fixing
12:19

floorboard
71:17,23

folks
33:23

follow
49:11

followed
51:15

following
52:5

follows
6:5

form
43:2 46:9,12
65:21

former
8:7

form-fitted
54:7

formfitting
68:15

forth
76:11

forward
17:19

found
11:2 13:17
16:10,11,12,
15,21 17:12
20:12 21:5,9
22:19 25:3,11
26:2 27:21,23
28:14,19
29:11,21
30:19 35:22
36:3,7 41:18
47:15 53:16
60:8,12,15
61:7,8,10,13

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



ESQUIRE
an Alexander Gallo Company

LORI GABBERTY

65:15 70:24
71:15,17,22,
25 72:13,16,
21,25

**four**
64:4 65:10

**FRAAS**
1:12 2:10

**FRANK**
1:12 2:6

**free**
42:8

**FREEMAN**
4:19 5:20 7:4
14:12 31:11,
14 41:25 43:2
44:7 49:9,12,
15,23,25
63:23 64:3,9,
12 65:17,23
66:5,7,11,24
67:16 69:19
72:7,11 73:7
74:2 75:14

**freestanding**
52:24

**French**
6:15 9:20
70:4,10,23

**friends**
16:4 33:7,24

**front**
20:3 21:18
24:6

**full**
6:8

**further**
49:7 69:19
72:6 73:7,25
76:14

**Fusco**
25:9,23 26:5

30:25 31:2
38:15 44:24
46:5

**future**
8:2

_____
G
_____

**G**
1:11 18:17

**GABBERTY**
3:4 5:7 6:1,
3,10 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1,18 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1,17 65:1
66:1 67:1,17
68:1 69:1
70:1 71:1
72:1 73:1
74:1 77:18

78:24 79:25

**gave**
22:19 33:10
73:5,15

**general**
8:22 11:3

**generally**
52:17

**girl**
25:9

**girls**
21:6,8

**give**
14:7 21:19
23:17 27:17
40:16 41:17
42:4 43:11
48:15 53:20
54:3 57:13
62:17

**given**
6:16 76:13

**giving**
41:11,23

**Glasser**
33:17

**go**
7:15 10:22
39:4 40:23
51:19 62:14
63:20 64:25
66:13 69:9
70:20

**goes**
33:9 70:22

**going**
20:23 27:16
30:16 39:22
50:16 53:13
54:6,18 57:23
59:23 60:6
63:23,24

64:3,5,17,
23,24 67:25
71:14

**Goldman**
37:11

**Good**
5:19 12:6,10
17:14 22:11,
12 49:24

**GOODMAN**
4:13

**gotten**
48:8

**grabbed**
56:20

**Grandinette**
3:6 4:3,6 8:4
21:22 22:9,
12,15 49:14
65:19,24
66:6,8,17

**granular**
29:9

**grew**
70:7

**GRUBER**
1:11 2:7

**guess**
13:21 26:15
28:4 30:17
60:4,6

**guessing**
28:8 37:22

**guy**
23:3 24:6

**guys**
41:18

**guys'**
44:2

_____
H
_____

**H**

18:24

**hair**
30:4 31:7,21
32:11,19
33:3,10 47:7
48:24 58:13
73:15

**hairs**
31:22

**halfway**
71:17,24

**HALSTEAD**
2:2,3 4:9
5:19 8:3
35:20 42:15
43:7 44:14,20

**hand**
64:23 67:25
76:19

**handed**
22:6 56:20

**happen**
13:6

**happened**
13:3 19:6
22:17 23:13

**happens**
7:13

**hard**
55:25

**HARRY**
1:13 2:8

**HEAD**
1:8,9

**hear**
7:10 24:10
27:7 31:11
67:17

**heard**
59:5,10

**hearing**
62:24



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**HEATHER**
2:3 4:9

**height**
56:3

**held**
3:6 5:8

**Helga**
3:8 5:14
76:7,22

**help**
36:10

**helping**
46:15,19

**Hence**
48:2

**her**
62:4,18

**hereby**
76:9

**hereinbefore**
76:11

**hereof**
77:12

**hereunto**
76:18

**Hillman**
37:4

**hold**
55:22 56:19

**home**
13:12 22:21,
23 37:3,9
57:16 59:16
62:19 70:3

**HOMICIDE**
1:8,9

**honestly**
67:24

**horizontal**
66:3,9,15,22

**hours**
70:15

**house**
25:5 26:8,9,
11,22 39:21
47:4 48:12,23
52:23 58:2

**Hudson**
4:10

**husband**
9:7

---
**I**
---

**idea**
24:14 25:4
32:12,15,20,
21,23 33:9
34:19

**identificati
on**
5:4 63:24
64:4,16 68:2

**identify**
14:12 44:7

**images**
67:10

**imparted**
73:3

**impose**
65:20

**impression**
38:16 45:7

**imprisonment**
8:8 44:24

**includes**
14:15

**independentl
y**
65:16

**indicate**
11:20

**indicated**
42:7 46:3
57:7 77:11

**indicates**
44:25 70:9

**indicating**
70:2

**individual**
2:5,6,7,8,9,
10,11,12,13,
14,15,16,17,
18,19,20,21

**information**
8:11 41:2,17,
23 73:4,5
75:10

**ink**
64:6

**inquiring**
45:19

**insert**
40:25

**inside**
12:14 19:16
20:5,18 21:2
29:18,19
47:25 48:2
55:5,11 71:16
72:2,4,16

**inside-out**
21:10

**inspect**
35:2

**instructions**
50:2

**insured**
51:4

**intended**
68:15 69:8

**interaction**
46:21,23

**interested**
46:15,19
76:17

**interviewed**
8:12 33:11

**introduce**
5:15

**investigatin
g**
38:14

**investigatio
n**
32:4 58:16
65:14

**investigator**
35:19 62:3

**issues**
39:16

---
**J**
---

**J**
1:6 4:16

**JACK**
2:16

**Jackie**
33:15 34:11

**jail**
42:15,18
44:21,23
45:4,12,18
46:6,11,16,
17

**JAMES**
1:7

**January**
36:14 39:2
42:12 45:14
46:20 47:2
57:10

**JASON**
2:2 4:9

**jeans**

20:14,21
21:6,10,19
22:6,20 26:3
27:13,15,18,
20,22 28:2,
12,14,17
29:4,6,11,21
30:22 35:17,
22 36:3,7
46:22 47:7,
11,15,20,23,
25 48:6,13,24
49:2 53:4,15,
23 54:2,9,14,
20,22 55:21
56:8,9,10,
11,24 58:21,
23 59:3,19,21
60:3,8,9,13,
19,25 61:2,
13,16 64:20
65:6,8,11,15
67:2,5,9,22
68:8,11 69:2,
11 71:15,16,
22,25 72:16,
21,25 73:21

**Jennifer**
33:19

**JOHN**
1:3,14 2:2
8:3,4 10:15,
19 11:12
12:21 15:4
17:23 18:15
19:7,15 22:18
23:24 30:8
32:24 35:20
39:12,16,18
42:14,15
43:7,8 44:13,
20,21 70:3,4,
10

**John's**
11:25 13:4,6



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

23:7 27:23
31:17 32:6

**joined**
59:7

**JORDAN**
4:21 5:12

**JOSEPH**
1:9 2:5

**jotted**
37:8

**judge**
7:12,15

**just**
6:24,25 7:18,
20 8:21 10:2,
24 12:11 14:2
24:17 27:16
29:3,18 37:22
39:20 41:16
43:10,23
44:10 47:18
49:12 50:4,5,
19 54:20,24
55:21 56:6,
18,20 58:22
60:23 61:18
65:9,14,24
66:18 68:24
69:6,20 72:7

— K —

**KANE**
1:5

**Keena**
34:12

**keep**
12:14 35:12
43:12 67:18

**keys**
71:13

**kids**
20:25

**kind**

11:14 17:16
18:10 47:14
54:22 56:13

**knee**
66:14

**Knipe**
33:13

**know**
6:25 7:19
10:2 12:9,23
13:16,20
16:6,16 19:20
22:7 23:25
25:14,16
26:2,20 29:8
30:23 31:2
32:6,8,10,
13,16,18,24
33:2,4,6,21,
23 34:13
35:4,14
39:13,17
41:22 42:8
43:25 46:7
50:6,22 52:3,
12 53:23
57:14 58:7
61:9 63:6
66:2 68:7
70:21 73:3,
14,15

**knowledge**
15:24 16:3
31:5,20 34:5,
8,14 39:9,14
43:7 51:8
61:25 62:2

**knows**
69:12

**KOGUT**
1:3 4:4 8:4
35:20 42:14
43:7 44:13,20

**KOZIER**

2:17

— L —

**ladies**
71:15

**ladies'**
71:25

**Lakeview**
17:10,12
51:17 60:16
70:14,24

**Lakeville**
19:8

**last**
36:10,11,12,
13,15 39:2
42:12,25
48:24 62:15
69:3 72:8
73:8

**late**
15:15 25:8,14
36:10,12,13
39:2 42:12
48:24 57:9
62:15,16,23

**later**
7:16 24:3,22
25:2 31:9
40:16 43:16
47:4 59:2

**Lavan**
3:8 5:14
76:7,22

**LAWRENCE**
1:7

**lawsuit**
8:2 34:18
50:2

**lawyer**
35:19

**lead**
42:13

**learned**
13:3 23:10

**least**
16:3 57:24
62:5

**leave**
40:18 48:15
57:12

**left**
15:13,14 59:8
75:9

**leg**
20:18,19
29:19 47:25
55:4 56:21
66:9 72:3

**legal**
5:13

**legs**
68:25

**license**
24:3 50:23
51:3

**lighter**
66:14

**Likewise**
68:22

**LIMANI**
4:20 5:23
7:7,8 64:10
65:17 67:6
69:3

**lines**
66:4,9,16,
21,22

**Lisa**
10:15

**list**
32:4 34:10,
13,15

**literally**
56:20

**litigation**
63:8

**little**
6:19 18:19
41:16 59:24
68:5,7,8

**live**
8:24 9:4,6
40:5

**living**
9:10 10:9,11
12:24

**LLP**
3:7 4:3,8

**location**
18:7,13 70:21

**long**
16:13 18:2,21
19:20 35:11
47:22 50:12
57:9 72:4

**look**
11:19 14:18,
23 17:18
19:15 20:5
27:19,20,21
28:13,18
30:17 62:21
64:18 67:5,19
68:5,7,20

**looked**
50:7,21 59:21
64:20 65:6

**looking**
69:13 70:23

**looks**
11:22,24 15:8
18:19,25
25:21 50:11

**LORI**
3:4 5:6 6:3,
10,15 9:20



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

14:18 71:14
77:18 78:24
79:25

**LORNA**
4:13

**lot**
20:24,25
58:22 63:22
73:15

**LOUIS**
4:19 5:20
49:25

**lower**
15:13,14

**LULLO**
2:2 4:9

**Lynbrook**
24:10 40:6,7
43:17 52:18,
19 53:3 71:13

_____
**M**

**Maggie**
33:8

**maiden**
6:11,14

**mainly**
48:18 71:24

**making**
56:8,13

**Male**
36:21,22

**Malverne**
10:10,11
70:3,6

**March**
3:2 5:10 10:4
76:19

**mark**
63:23 64:3

**marked**
5:3 11:17

14:5,20 25:20
32:2 43:11
64:15 66:19
68:2,18 69:24

**marketing**
9:11

**marriage**
76:16

**married**
6:11,13 9:22

**MARTINO**
1:10 2:9

**Mary**
38:11 44:5,7,
9 49:4,5
61:23,24

**match**
28:23

**matched**
30:19

**material**
53:25 54:24

**math**
9:25 10:5

**matter**
3:6 5:7 11:3
24:5 46:5
76:17 77:9

**mean**
27:9 28:20
41:18 42:3
50:11 53:20
59:25 65:25

**Meaning**
54:16,19,20
70:10

**means**
62:25

**meet**
39:11 62:18

**meeting**
37:13,14

38:4,7,23
42:21 43:4,5
45:13 47:2
57:17 63:5

**MELISSA**
2:2 4:9

**members**
30:10

**memory**
8:23 15:19
20:24 21:24
25:22 27:16
36:10 37:21
38:25 69:14
71:3,21 72:2
73:20

**men**
45:4,18

**mental**
56:8,13

**mentioned**
38:17 45:13,
17 61:23
65:20

**Merrick**
52:20

**met**
6:21 37:15
38:18 39:10
42:11 43:13
46:20 62:25

**MICHAEL**
1:13 2:13
4:16 32:8,16

**mid**
67:9

**military**
15:17

**MILTON**
1:11 2:7

**mind**
6:8 40:9

43:23 44:10
67:18

**Mineola**
3:7 4:5,15
5:9

**minute**
49:16

**minutes**
5:22 37:15
38:5,19

**missing**
14:22 25:10,
23 61:11

**model**
11:15 68:6

**month**
10:3 13:9
62:17

**months**
36:15

**morning**
5:19 49:24

**mostly**
59:2

**mother**
10:12 26:21
45:24 48:19

**mother's**
39:21

**movie**
52:21

**MUMMERT**
4:21 5:12

**murder**
38:15

**myself**
41:18

**mystery**
43:16

_____
**N**

**N**

4:2 75:2

**NADJIA**
4:20 5:22
65:17

**name**
5:12 6:8,11,
12,14 17:13
32:7 36:25
39:7 49:24
61:24 71:7

**named**
25:9

**names**
17:14 44:2
48:11

**names..**
40:13

**NASSAU**
1:5 2:5 4:14
5:8,21 8:6,13
14:16 27:14
28:13,16,25
30:3 31:8,15,
20 32:3,10,
13,18,21
34:17,20,25
35:5,11,15
36:6,8,17,23
38:22 39:9,14
42:11 43:5
45:10 46:21
47:3,9,19
49:25 67:12,
13 69:25
73:11,19 77:4

**near**
70:25

**need**
37:20 49:12
50:3,4

**needed**
30:18

**neither**



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

17:15

**NEUFELD**
4:8 5:18

**neutral**
62:19,20

**never**
64:12

**NEW**
1:2 3:7,9
4:5,10,15
5:10 14:16
70:12 76:3,4,
8

**Newsday**
5:3 42:20,25
62:22 63:8
75:5

**Newsday.com**
43:15

**newspaper**
62:21

**night**
16:3

**No.Change**
78:2,5,8,11,
14,17,20
79:2,5,8,11,
14,17,20

**No.Line**
78:2,5,8,11,
14,17,20
79:2,5,8,11,
14,17,20

**Nodding**
57:11

**non-party**
3:5

**Nope**
31:4,6 34:4
38:24

**Notary**
3:8 76:7

**note**
39:6 56:8,13

**noted**
74:7

**notes**
37:20

**nothing**
49:7 69:19
73:7,24

**noticed**
23:5

**November**
9:19,24 10:21
11:9,11 12:21
13:2,7,8
15:15 36:11
70:10

**number**
5:6 13:21
24:4 40:3
41:6

**numbers**
41:12

---O---

**oath**
6:17 77:13

**objection**
7:11,13 43:2
58:18 63:19

**objections**
7:14

**obvious**
66:7

**Obviously**
40:3

**occasions**
62:5,7

**Ocean**
70:14

**odd**
18:3 21:12

61:19,21
63:22

**offer**
77:13

**office**
5:23 62:18

**officer**
69:25 73:11,
19

**offices**
3:6

**Okay**
7:19 8:21
11:5,11 14:11
15:18 22:14
24:8 40:17
42:4 64:22
66:6 67:6,20

**Old**
3:7 4:5 5:9
9:24 10:21,24
57:4

**older**
10:19 11:6

**Oldsmobile**
70:11

**once**
19:6 21:14
41:2 58:5

**ones**
27:21 64:20

**online**
43:21

**open**
40:18

**opinion**
15:8 46:9,12
58:20

**opportunity**
7:5 8:14
40:23

**opposed**

66:21 71:23

**order**
10:17 63:25

**original**
32:3 43:12

**outcome**
76:17

**outside**
21:3 31:22
55:14 69:16
72:22

**over**
12:2 22:6

---P---

**P**
4:2

**P.O**
1:13,14

**page**
1:17 11:19
14:6,9,10,
11,15,17,19,
22,24 17:19,
20 75:4 78:2,
5,8,11,14,
17,20 79:2,5,
8,11,14,17,
20

**pages**
42:20

**pair**
20:10,12,24
28:5,10
47:10,14,15
67:2 71:15

**pants**
20:10,12,13,
14,17,24
37:23 48:3
67:24

**paper**
37:9 39:5

63:9

**Pardon**
55:2

**parents**
63:15

**parked**
13:23 70:13,
25

**Part**
27:9 35:5
41:13 63:7

**partially**
29:18

**particular**
67:2

**parties**
76:15

**passed**
34:9,10

**passenger**
71:18

**pattern**
48:2

**PD**
71:13,14

**PENALTY**
77:6,7

**people**
31:16 32:5
33:21 34:15
36:19 41:24

**PERJURY**
77:6,7

**perpendicula
r**
64:25

**PERRINO**
2:17

**person**
21:20 53:11
56:12 57:8,



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

12,20 60:12
61:24 62:8,10
69:7

**personal**
41:23

**persons**
57:3

**pertinent**
8:11

**phone**
41:9,11 49:6
62:7,9

**photo**
65:7

**photograph**
18:5,17,24
19:3 65:21
66:20 68:25

**photographs**
11:18 17:18
64:5,15,18
65:11,12 75:7

**physically**
59:6

**pick**
17:5,8,23
18:15 19:8
71:4

**picked**
71:9

**picture**
50:7 67:2,19
68:4

**pictures**
11:20 43:20

**piece**
37:8 39:5
61:17

**pinstripes**
72:19,21

**place**
17:22 37:13

62:19,20

**plain**
26:13

**Plaintiff**
1:4

**Plaintiff-
John**
4:4

**Plaintiffs**
2:4 5:19
42:14 46:4,10

**plaintiff's**
50:15

**Plaintiffs-
John**
4:8

**plate**
24:3,7 50:23

**plates**
23:5,6,8,11,
15,16,20,24
24:9

**platform**
53:8,10

**please**
5:15 17:18
18:5 20:11
49:16

**point**
25:24,25
51:14,23

**POLICE**
1:5,6 13:18,
19 15:22
19:9,18
21:14,20
22:18 23:12,
14 24:11,24
26:8 30:4
34:25 35:5,
11,15 38:23
41:15 43:5

45:10 50:17
51:9,20 52:6,
8,9,14 53:3
60:20,25
61:3,4,8
65:13 67:12
73:19

**popular**
54:11 56:25

**possible**
45:9

**Possibly**
25:17 61:16

**poster**
25:23

**practice**
12:13,16

**precinct**
52:23 53:14

**precise**
47:15

**pre-marked**
75:5

**prepared**
8:18

**present**
4:17,18 5:22
70:2

**preserve**
7:25 8:15

**preserved**
7:14

**presume**
70:12

**previous**
52:12

**previously**
9:15 11:17
14:5 25:19
31:25 64:8
69:24

**print**
43:21,22
66:13

**printed**
67:11

**printing**
45:3 65:2,22
66:3,15 67:4

**prior**
42:21 43:25
44:3 64:13
71:14

**prison**
44:14

**probably**
24:21 25:6
26:21 39:2
41:19

**problem**
51:25

**process**
6:20 41:13

**processing**
34:22

**prod**
59:23

**PRODUCTION**
75:8

**professional**
59:12

**professional
ly**
53:12 57:21
58:10

**protocol**
61:10

**provided**
32:2

**proving**
8:16

**Public**

3:9 76:8

**pull**
54:2

**pulled**
24:5 43:13

**purpose**
7:21,23 66:20

**purposes**
6:25 8:16

**put**
11:19 22:5
30:24 60:19
65:9

---
**Q**

**question**
7:2 13:5
16:18 33:2
34:24 43:3
44:17,18
46:13 47:24
50:3,24 55:22
65:18 68:3
73:8

**questioning**
50:14

**questions**
6:23 7:5,17
8:22 10:22,25
27:10,11,13,
18 29:4,5,8
30:22 37:17
38:3 40:3
49:9,11
58:21,22 59:3
68:19 72:6,8,
9 73:16

**quick**
37:7

---
**R**

**R**
4:2 76:2

**railroad**



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

18:8 70:25
71:10
**raised**
53:8,10
**ran**
64:6
**rape**
38:14
**reaction**
21:4,9 60:2,5
61:7
**read**
43:21,23
44:19 62:23
63:17 77:8,9
**reading**
42:24 44:10
**realize**
23:2
**realized**
16:14 22:23
23:3
**really**
29:3,10 45:23
47:5 65:5
**rear**
71:17,23
**reason**
7:24 38:9
50:5 78:4,7,
10,13,16,19,
22 79:4,7,10,
13,16,19,22
**recall**
11:15 12:5,6,
25 13:9
17:11,13
19:25 20:20
21:17 26:6,12
27:18 28:15,
20 29:10,19
35:13,14,18

36:4,25
42:16,23
45:16 46:2,14
47:6,9,13,
16,25 48:4,11
51:9,25 52:5,
15,16,22
53:11 55:6,
13,15,17,19
56:12,14,22
58:9 59:11,
12,23,24
60:7,20,24
63:6,10 67:24
68:11 72:3,
12,20,23
73:2,13,17,
18,23
**recalled**
37:23
**receive**
8:17
**Recess**
49:19
**recognize**
11:21 15:3
17:20 18:7
**recognized**
47:20
**recollection**
53:17 54:9
55:8 56:7
60:2 63:11
64:19 65:4,8
69:17 71:19
72:15,24
**record**
6:9 7:14 8:16
44:8 49:18,21
65:10,25
67:14 68:24
74:6 76:12
**Recovery**

14:17
**Redlefsen**
32:24
**reference**
42:22
**referenced**
43:14
**referencing**
63:4
**referring**
43:18 59:15
66:4
**reflecting**
44:19 73:20
**refresh**
15:19 64:19
65:8
**refreshed**
69:14
**refreshes**
65:4
**regarding**
24:24 46:22
50:24
**registered**
23:6
**registration**
70:12
**related**
8:7 76:15
**relating**
72:8
**relation**
36:6
**released**
45:2
**remember**
14:3 20:2
24:3 27:9
28:20,22 48:2
49:5 58:15,22

59:2,20 63:4
**repaired**
24:16
**repeat**
34:23
**rephrase**
16:18
**report**
14:15,17,20,
22 15:11
69:25 70:9
71:12,24 73:4
**reported**
61:11
**reporter**
5:13 6:21
**reporting**
15:23
**represent**
49:25
**represented**
8:4
**representing**
5:21
**REQUESTS**
75:8
**require**
9:12
**research**
67:7
**resembled**
48:5
**respect**
66:19 68:4,22
69:15
**restate**
13:5
**RESTIVO**
2:2 4:8 5:7,
18 8:3 35:20
42:15 43:8

44:13,21 77:4
**returned**
25:13 35:9,12
**RICHARD**
2:11,20
**right**
8:19 10:8,23
12:2 14:25
19:5,14 24:21
28:11 42:21
45:5 50:11
51:18,19
52:20 53:9,10
54:8,25 57:2,
5 59:4 66:11
71:17,18,23

**right-side-
out**
56:21
**ripped**
29:16
**Road**
3:7 4:4 5:9
17:13,17 18:9
19:8 52:20
70:25 71:8
**ROBERT**
1:10 2:6
**ROE**
2:20
**room**
7:9 21:23
26:25 27:3,5
58:25
**Rough**
62:16,17
**roughly**
56:16
**RPR**
76:22
**rule**
30:18



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ruling
7:13,16
run
66:21

---S---

S
4:2
sales
9:11
sample
27:19 47:10
48:8 59:18
samples
27:24 28:2,
12,17 30:4
31:7,21
32:11,19
33:10 47:8
48:10,24
58:13 59:19
save
77:10
saw
39:20 55:11
56:2 59:10
60:2,7
saying
46:14 47:16
59:9
says
15:16 32:4
63:3
Scalpelli
33:8
SCHECK
4:8 5:18
scheduled
9:15
Schembri
44:9
SEAN

1:7 2:19
seat
29:23,24,25
30:2 60:8,13
71:18,20,22,
24 72:25
second
14:6,10,11,
17,22
sed
70:11
sedan
70:12
see
14:24 15:10,
14 19:19 22:5
29:12 37:20
44:18 60:16
64:18 65:3
66:11,12 67:4
seeing
20:20
seek
16:4
seen
25:22
send
40:22 41:2
separate
46:5
sequence
18:18
SERGEANT
2:18
series
64:14 66:8
72:8 75:6
Serio
3:7 4:3
set
38:7 68:18
76:11,19

SHARKEY
2:16
SHEET
77:1,12 78:1
79:1
SHIELD
2:19
short
49:12,13
70:11
shoulder
17:16
show
11:16 14:4
28:3 43:10
64:5,19
68:17,25
69:23
showed
27:24 28:13,
18 47:10,20
48:4 59:18
Showing
25:19 31:25
72:21
shown
50:8
shy
56:6
siblings
10:12,13,14
side
7:11 8:10,14
19:7 55:19
72:19
sign
73:12,16,22
signature
14:24 15:4,5,
9
SIGNATUREDAT

E
78:23 79:24
signed
73:14 77:15
signs
25:17
silly
54:18
similar
11:22,24
38:11
SIRIANNI
1:12 2:7
sister
71:14
sit
24:2 47:17
55:16 65:6
sitting
53:7 73:18
six
36:15
size
55:20 56:15,
17,18
skinny
69:11
small
63:13
smaller
56:12
So..
33:7 64:6
somebody
23:8 53:7
somewhat
59:2
sorry
21:5 22:8,13
27:2 34:23
58:8 63:14

69:9 70:8
sought
11:4
sound
32:7 53:9
54:18
sounding
37:5
sounds
37:12
source
43:6 65:10
67:7
southwest
70:13
space
40:18 75:9
speak
21:16 42:9
specific
65:21
specifically
16:7 17:11
specificity
59:21
speculation
63:20
spent
31:17
SPILLANE
1:7 2:20
spoke
32:14,22 33:5
49:5
spoken
62:4
SS
76:3
stains
29:14



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**State**
3:9 9:13,17
76:3,8

**stated**
70:10 72:18

**statement**
73:12,20

**STATES**
1:2

**stating**
6:8

**station**
19:9,18 21:14
22:18 23:14
51:10 52:6,8,
9,14 53:3
60:21,25
61:3,4,8

**steering**
52:2

**stitching**
55:18

**stolen**
11:2 13:9,11,
15,17,23 14:2
15:20,23
16:14 49:3
50:16 61:6
70:15,19

**stop**
50:5

**stores**
67:8

**Street**
4:10,14 40:13
71:7

**stretch**
53:21

**stretchy**
20:13,14,15
47:25 53:16,
17,19,25

54:24 67:22
68:8,12

**striped**
21:6,10 26:3
65:11,15

**stripes**
20:20,22 21:2
48:3 55:10,
14,16 64:24,
25 69:15,17
71:16,25
72:16

**stuff**
12:12

**style**
56:17

**stylist**
69:6

**subject**
11:3

**suggest**
45:2

**suggesting**
44:13

**suite**
5:9

**suits**
26:16

**SUPERVISORS**
2:21

**supporting**
14:19

**supposed**
41:11

**sure**
11:23 12:20
16:10 18:3
26:15 40:14,
23 41:18
47:18,22
48:19 50:9,18
65:2,5

**surviving**
34:15

**Susan**
33:13

**sworn**
5:25 6:4 7:25
76:11

---
**T**
---

**T**
70:3,4 76:2

**take**
7:18,25 8:15
17:18 19:15
30:16,21
31:21 34:21,
25 37:13
48:24 49:15
60:25 62:17
68:10

**taken**
31:7 49:19
51:2 77:8

**takes**
12:10

**taking**
43:23 47:7
61:2,3

**talk**
28:25 35:25
39:15 41:14

**talked**
39:18 50:15,
16

**talking**
50:19 56:9,
10,25 57:17

**tall**
56:5

**tape**
5:5

**tapered**

68:13,20
69:12

**TAYLOR**
2:3 4:9

**teen-age**
25:9

**teenagers**
60:10

**tell**
13:22,25
16:20 21:7
23:19 24:6
28:16 30:15,
20 37:24
47:19 48:7
55:25 59:7
69:5

**telling**
44:11 47:9,13

**testified**
6:5 55:10
58:24 59:14,
20

**testify**
39:19

**testimony**
6:16 7:25
8:15 11:4
68:11 76:13

**Thank**
8:20 15:10
19:5 22:12
31:14 42:10
61:5 67:15
72:5 74:3

**theater**
52:21

**theft**
24:12

**Theresa**
25:9,23 26:5
30:25 31:2

38:15

**thing**
65:19

**things**
73:14

**think**
12:18 21:2
23:2,3 25:4,
6,17 30:24
31:18 36:12,
24 37:22
38:11 39:20,
21 42:20
43:19 45:19,
23 50:8 51:10
52:21 55:16,
17 57:14
62:5,22 66:7
71:11

**thinking**
59:24 60:7
61:15

**third**
14:19 62:9

**THOMAS**
2:11 33:17
34:12

**thorough**
58:16 59:11

**thought**
43:19 63:12
65:7

**three**
42:14 44:22
45:4,18,20
46:3

**thrift**
67:8

**time**
6:23 7:6,10,
17 10:8 12:24
13:3,21
15:16,17



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

16:14,15 17:3
18:2,21 22:22
23:22,23
24:15,22 30:3
31:17 34:20
35:8 36:5
39:7 45:3,16
47:23 48:20
49:8,17,20
50:12 53:2,3
54:12 56:16,
23 59:17,25
60:10,15,17
61:9,15 72:4
74:5,7

**times**
49:6 58:7,25

**timing**
36:13

**Today**
8:25 11:4
17:14 37:25
39:19 40:16
47:17 52:16
53:24 56:7
58:24 64:13
65:6

**today's**
69:11

**together**
10:5 30:24

**told**
22:18 36:16
37:25 39:22,
24 45:10
47:14

**Tony**
8:4 22:8

**top**
66:25 67:4

**torso**
66:10

**touch**

**34:2,6

**towards**
58:21

**towers**
34:12

**town**
8:24

**track**
71:10

**tracks**
71:2

**transcript**
8:18 40:21
75:9 77:8

**transcription**
6:25 40:24

**trash**
12:14

**travel**
9:12

**true**
66:12 76:12
77:10

**try**
15:25 16:5,7
41:14

**trying**
25:4 36:12
39:20 55:16

**turn**
14:6,9 18:5

**turned**
53:4

**Turning**
9:19 14:21
18:17 24:9
36:9

**twice**
58:6

**twin**

34:11

**two**
24:20 30:24
62:5,9

**type**
28:14,18
47:20

**types**
65:11

**typical**
60:9

**U**

**Uh-huh**
15:2 20:6
30:7,9 45:15
62:6 70:5,8

**unable**
9:16

**uncomfortable**
41:17,23

**under**
6:16 29:24
71:18,24
77:6,7,13

**understand**
6:24 45:20
46:13 59:9

**understanding**
38:13 42:17
46:10 70:18
77:12

**unfortunately**
37:3

**uniform**
26:13

**UNITED**
1:2

**upset**

13:12

**use**
7:22 8:2

**V**

**v**
77:4

**vandalized**
19:22,23,24

**various**
65:11 67:8

**vehicle**
11:21

**Vehicle/Boat**
14:16

**verbatim**
13:14 22:2

**version**
69:11

**versus**
5:7 68:8

**vertical**
64:25 66:21

**Videographer**
4:21 5:5,13,
24 6:22
49:17,20 74:5

**VIDEOTAPED**
3:4 5:6

**view**
18:12

**viewing**
65:7

**VINCENT**
2:12

**vintage**
67:10

**visit**
31:8,10,13

**voicing**
7:11

**VOLPE**
1:9 2:5

**vs**
1:4 2:4

**W**

**waist**
66:12,13

**wait**
7:2

**walked**
53:7

**WALTMAN**
1:13 2:8

**WANE**
1:11

**want**
9:25 50:5

**wanted**
30:20

**Washington**
32:6

**wasn't**
19:21 50:13
61:2

**way**
16:9 31:3
47:18 76:17

**WAYNE**
2:14

**week**
24:20

**we'll**
14:7 40:17,22
50:6

**went**
22:18 43:13
44:22 52:8
53:2 60:16
61:12 70:23

**we're**
7:24 49:18,21

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



LORI GABBERTY

56:9,10,24
59:15 66:3
74:6

**weren't**
21:12 50:9
54:21 61:14,
15,18

**West**
4:14

**we've**
11:4

**Whatever**
13:20 46:16
52:13

**whenever**
48:22

**WHEREOF**
76:18

**Whereupon**
5:2 6:2 7:8
21:22

**whether**
12:6 39:10,24
44:12 47:18
55:13 65:12,
14 69:15,16
72:20 73:3,5,
21

**Whoever**
21:18 35:3

**WILLET**
1:6

**WILLIAM**
1:6,14 2:15

**windshield**
12:17 20:3

**withdrawn**
16:18,19 20:4
21:5

**within**
24:19 36:15
76:8

**witness**
3:5 5:24 7:20
8:10,20 22:8,
11,13 31:13
41:14 44:15,
16 64:6 69:5
75:10 76:10,
13,18

**witnesses**
8:12

**Woodfield**
70:25 71:8

**words**
50:18 55:21

**work**
9:8,12,17

**working**
12:21 36:17

**works**
62:3

**worn**
60:9

**wouldn't**
41:20

**Wren**
32:16

**write**
58:8 73:20

**written**
37:2 57:16

**wrong**
23:11 24:9
37:6

**wrongful**
8:8

**wrote**
37:7 57:15

---
X
---

**X**
75:2

---
Y
---

**Yeah**
7:23 18:4
29:19 38:6
39:4 53:13
58:17 60:18
63:21,25
68:5,20,23
69:5 72:18

**year**
10:3 20:24
36:10,11,12,
13 39:2,3
42:12,25
48:24 62:15

**years**
8:13,23 11:6
12:2 24:2
57:4

**YORK**
1:2 3:8,9
4:5,10,15
5:10 14:16
70:13 76:3,4,
8

**youngest**
10:18

**yourself**
5:16 55:23

---
1
---

**1**
5:6

**10**
70:11

**10013**
4:10

**1024**
5:11

**10th**
15:15

**11/18/84**
70:23

**1-10**
2:21

**1115**
49:17

**1120**
49:20

**1125**
15:17

**114**
3:7 4:4 5:9

**1149**
74:5,7

**11501**
4:5,15

**1-5**
1:14

**16**
3:2 5:10 10:6
50:25 51:3,7
57:4

**161**
69:24 70:22
73:4

**164**
32:2 34:15

**166**
14:5,14

**168**
25:20

**169**
11:17 17:19
50:9

**1971**
70:11

**1984**
8:13 9:19,24
10:21 11:9,
11,25 12:21
13:2 15:15
24:22 25:8
34:16 35:16,

**21** 36:2 47:19
48:22 50:25
51:6 57:23
70:2,11 73:13

**1985**
1:8 8:14
35:16

**1986**
35:21 36:2

---
2
---

**20**
77:15

**2003**
45:2

**2005**
1:6,9

**2010**
43:17 45:6
48:25 62:16,
23 63:3,9

**2011**
3:2 5:10 63:9
76:19

**21**
11:8

**2130**
70:15

**2305**
70:15

**2325**
15:16

**25**
12:2 45:6
63:3

**258**
5:2 43:11
62:24 75:5

**259**
64:2,4,14,23
66:20 67:19
68:23 69:14



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

75:6

**25-plus**
20:24

**25th**
43:17 76:19

**260**
64:4 68:2

**261**
64:4 68:18

**262**
64:4,14
68:22,25
69:14 75:6

———————— 3 ————————

**318507**
77:3

———————— 4 ————————

**4**
75:12

**40**
75:9

**420**
5:9

**48**
2:19

**49**
75:14

———————— 5 ————————

**5**
75:5

**5233**
70:12

**58**
70:3,6

———————— ' ————————

**'63**
11:5

———————— 6 ————————

**64**

75:7

———————— ' ————————

**'68**
10:4

———————— 6 ————————

**69**
75:12

**6th**
70:2

———————— 7 ————————

**72**
75:14

**73**
75:13

———————— ' ————————

**'80s**
67:9

**'84**
13:7 25:14
47:4

**'85**
25:14 34:16
51:6 73:13

———————— 9 ————————

**99**
4:10



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com