UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------)
JOHN KOGUT,                    )
            Plaintiff,         )
          vs.                  )   CV-06-6695
THE COUNTY OF NASSAU, POLICE   )
COMMISSIONER DONALD KANE,      )
POLICE COMMISSIONER WILLIAM    )
J. WILLET (2005), POLICE       )
COMMISSIONER JAMES LAWRENCE,   )
DETECTIVE SEAN SPILLANE        )
(HEAD OF HOMICIDE 1985),       )
DETECTIVE DENNIS FARRELL       )
(HEAD OF HOMICIDE 2005),       )
DETECTIVE JOSEPH VOLPE,        )
DETECTIVE ROBERT DEMPSEY,      )
DETECTIVE ALBERT MARTINO,      )
DETECTIVE WANE BIRDSALL,       )
DETECTIVE MILTON G. GRUBER,    )
DETECTIVE CHARLES FRAAS,       )
DETECTIVE FRANK SIRIANNI,      )
DETECTIVE HARRY WALTMAN,       )
P.O., MICHAEL CONNAUGHTON,     )
P.O., WILLIAM DIEHL and        )
JOHN DOES 1-5,                 )
            Defendants.        )
-----------------------------)

      (Caption continues on next page.)



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                        March 22, 2011

2

1

2   JOHN RESTIVO, DENNIS HALSTEAD,)
    MELISSA LULLO, JASON HALSTEAD,)
3   HEATHER HALSTEAD and TAYLOR    )
    HALSTEAD,                      )
4               Plaintiffs,        )
             vs.                   ) CV-06-6720
5   NASSAU COUNTY; JOSEPH VOLPE,   )
    in his individual capacity;    )
6   ROBERT DEMPSEY, in his         )
    individual capacity; FRANK     )
7   SIRIANNI, in his individual    )
    capacity; MILTON GRUBER, in    )
8   his individual capacity; HARRY)
    WALTMAN, in his individual     )
9   capacity; ALBERT MARTINO, in   )
    his individual capacity;       )
10  CHARLIE FRAAS, in his          )
    individual capacity;           )
11  THOMAS ALLEN, in his           )
    individual capacity; RICHARD   )
12  BRUSA, in his individual       )
    capacity; VINCENT DONNELLY,    )
13  in his individual capacity;    )
    MICHAEL CONNAUGHTON, in his    )
14  individual capacity; WAYNE     )
    BIRDSALL, in his individual    )
15  capacity; WILLIAM DIEHL, in    )
    his individual capacity;       )
16  JACK SHARKEY, in his           )
    individual capacity; DANIEL    )
17  PERRINO, in his individual     )
    capacity; ANTHONY KOZIER, in   )
18  his individual capacity;       )
    DETECTIVE SERGEANT CAMPBELL    )
19  (SHIELD #48), in his           )
    individual capacity; SEAN      )
20  SPILLANE, in his individual    )
    capacity; and RICHARD ROE      )
21  SUPERVISORS #1-10, in his      )
    individual capacity.           )
22               Defendants.       )
    ----------------------------)
23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

3

1

2      DEPOSITION in the above-entitled matter,

3   held at the offices of Grandinette & Serio

4   LLP, 114 Old Country Road, Mineola, New York,

5   before Helga Christiane Lavan, a Notary Public

6   of the State of New York.

7

8                        March 22, 2011

9                        114 Old Country Road

10                       Mineola, New York

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1

2     A P P E A R A N C E S:

3

      GRANDINETTE & SERIO, LLP
4     Attorneys for Plaintiff-John Kogut
      114 Old Country Road
5     Mineola, New York 11501

6         BY:  ANTHONY GRANDINETTE, ESQ.

7

8     NEUFELD, SCHECK & BRUSTIN, LLP
      Attorneys for Plaintiffs-John Restivo, Dennis
9     Halstead, Melissa Lullo, Jason Halstead,
      Heather Halstead and Taylor Halstead
10    99 Hudson Street
      New York, New York 10013
11
          BY:  DEBORAH CORNWALL, ESQ.
12

13
      LORNA B. GOODMAN
14    Nassau County Attorney
      One West Street
15    Mineola, New York 11501

16        BY:  MICHAEL J. FERGUSON, ESQ.
               Deputy County Attorney
17

18
      ALSO PRESENT:
19
      LOUIS FREEMAN, ESQ., Deputy County Attorney
20
      NADJIA LIMANI, Esq.
21

22

23

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

5

                        Smith
1
2           (Whereupon, Exhibits 263 and 264 were
3    marked for identification.)
4           Whereupon,
5                   DEBRA SMITH,
6    after having been first duly sworn, was
7    examined and testified as follows:
8    EXAMINATION BY
9    MS. CORNWALL:
10       Q.  Good morning, Ms. Smith.
11       A.  Good morning.
12       Q.  Have you ever had your testimony
13   taken before in a deposition like this, in a
14   room where you had a court reporter and people
15   asking you questions?
16       A.  Yes.
17       Q.  You have.  When was that?
18   Approximately.
19       A.  About a month ago.
20       Q.  Oh, it was.  And were you a party in
21   a lawsuit?
22       A.  Yes.
23       Q.  Was it a civil lawsuit?  Was someone
24   asking for money?
25       A.  Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

6

Smith

1

2     Q.   And were you the party seeking money?

3     A.   Yes.

4     Q.   What was the nature of that lawsuit

5  that you were giving testimony about?

6     A.   I had -- it was a slip and fall at

7  711 and they hadn't had any marking on the

8  part where I fell and I hurt myself.

9     Q.   And did you give testimony under oath

10  in that action?

11     A.   I did.

12     Q.   Other than the slip and fall lawsuit

13  where you gave testimony about a month ago,

14  have you ever done a deposition before?

15     A.   No.

16     Q.   So you've done it once before.  But

17  I'll just explain again for you briefly how it

18  works here.  Okay?

19        I'll be asking you some questions.  I

20  represent the plaintiffs in this lawsuit who

21  are John Restivo and Dennis Halstead in a

22  lawsuit against Nassau County and some of its

23  police officers in connection with their

24  wrongful conviction for a crime they didn't

25  commit.  The attorneys at the other side of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

7

1                    Smith

2    the table, one of whom I think you've met,

3    Michael Ferguson from county attorney's

4    office.

5        A.  Yes.

6        Q.  Nadjia Limani and Lou Freeman are

7    outside lawyers who the county also hired to

8    defend the county in the lawsuit.  Okay?

9            So I will be asking questions first.

10   If you don't understand my question, please

11   just let me know.  If you have questions, feel

12   free to ask them.  If you want to take a break

13   at any point, feel free.  Just let us know.

14           The court reporter, as you can see,

15   is going to be writing down everything that is

16   said so that we have it in writing later on.

17   When I'm finished asking questions, one of the

18   lawyers on the other side will have a chance

19   to ask questions as well.  All right?  When

20   you're asked a question can you answer

21   verbally in a "yes" or "no" or whatever your

22   answer is, just so the court reporter can

23   write it down.

24       A.  Okay.

25       Q.  Because she can't write down nods or



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

8

                        Smith
1
2   shakes of the head.
3        A.   Right.
4        Q.   Okay.
5             From time to time you might hear one
6   of the lawyers say "objection."  Because
7   there's no judge here to make a ruling on an
8   objection, you can go ahead and answer and
9   that objection will be ruled upon at some
10  later time.  All right?
11            Any other questions about the process
12  before we start?
13       A.   No.
14       Q.   Your full name again, please?
15       A.   Debra Smith.
16       Q.   You said you're D-E-B-R-A, Debra?
17       A.   Yes.
18       Q.   And you live in what town?
19       A.   East Meadow.
20       Q.   Do you live with anyone else?
21       A.   No.
22       Q.   Where did you go to school?
23       A.   East Meadow High School; Nassau
24  Community College; Upstate Medical Center;
25  Hofstra University; Adelphi University.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

9

Smith

1

2      Q.   Okay.  I'm going to ask you to answer

3   a little bit more slowly so I can get some

4   more detail about each of those.

5           Did you graduate from East Meadow

6   High School?

7      A.   Yes, I did.

8      Q.   When was that?

9      A.   1974.

10     Q.   And after that where did you go?

11     A.   Nassau Community College.

12     Q.   How long were you there?

13     A.   Two years.

14     Q.   Did you receive a degree?

15     A.   Yes.  Associate of science.

16     Q.   What discipline of science?

17     A.   Pre-physical therapy.

18     Q.   After Nassau County Community College

19  where you got your associates, where did you

20  go next?

21     A.   Upstate Medical Center.

22     Q.   What did you study there?

23     A.   Physical therapy.

24     Q.   Did you receive a degree?

25     A.   No.  I withdrew after my first



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                    Smith

2    semester.

3         Q.   Why did you withdraw?

4         A.   I thought I was pregnant.

5         Q.   You mentioned one other institution

6    after Upstate Medical?

7         A.   I went back to Nassau Community

8    College.

9         Q.   What did you study there?

10        A.   I got a certificate of data

11   processing.

12        Q.   Do you recall what year that was?

13        A.   That was 1979.  One full year.  1979

14   until August of '80.

15        Q.   So you got your certificate around

16   August of 1980?

17        A.   Right.

18        Q.   Then after Nassau County Community

19   College, where did you study next?

20        A.   Hofstra University.

21        Q.   What did you study at Hofstra?

22        A.   Computer science.

23        Q.   Was that a bachelors degree program?

24        A.   Yes.

25        Q.   Did you complete your bachelors?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

11

Smith

1

2      A.   Yes.

3      Q.   When did you get your degree?

4      A.   August 1983.

5      Q.   Once you graduated with your

6   bachelors in computer science from Hofstra in

7   August of '83, did you work?

8      A.   Yes.

9      Q.   What was your first job?

10      A.   I worked --

11      Q.   After you graduated from college.

12      A.   American Technical Ceramics.

13      Q.   What did you do for American

14   Technical Ceramics?

15      A.   Computer programmer and systems

16   analyst.

17      Q.   How long did you work there?

18      A.   One year.  From approximately May of

19   '84 to May of '85.

20      Q.   Was that a Monday-through-Friday job?

21      A.   Monday through Friday, 8 to 4 or 9 to

22   5.  No.  8 to 4, 8 to 5.

23      Q.   You didn't work on the weekends,

24   though, when you worked that job?

25      A.   Oh, yes, I did.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

12

Smith

1

2     Q.  You did?

3     A.  I worked at nights cleaning houses

4  and boats.  And I had one other job and I

5  don't remember what it was, whether it was the

6  restaurant or taxi driver.

7     Q.  At some point in 1984 and '85 you

8  worked as a taxi driver?

9     A.  I'm not sure when it was.  I started

10  around '78, '79 and worked until about '82.

11  But I know I had, like, three jobs at that

12  time.

13     Q.  Who did you drive taxis for?

14     A.  Lynbrook.

15     Q.  Lynbrook Cab?

16     A.  Lynbrook Taxi.

17     Q.  And you mentioned one other thing

18  other than cleaning.  Taxi driving and a

19  restaurant, I think you said?

20     A.  At that time period I worked

21  part-time at a restaurant, a diner.

22     Q.  Where was the diner?

23     A.  In East Meadow.

24     Q.  What did you do for them?

25     A.  Waitress.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

13

                        Smith

1

2      Q.  Were you, to the best of your memory,

3   waitressing in the evenings in 1984 and '85?

4      A.  Evenings -- I think it was weekends.

5   It might have been slightly before that time

6   period.  I don't remember exactly.  I know I

7   had three jobs.

8      Q.  What was the name of the diner, if

9   you remember?

10     A.  Apollo.

11     Q.  After you left American Tech

12   Ceramics, what was the next full-time job that

13   you had after May of '85?

14     A.  Well, at that point I went to Europe

15   for about two months.  So I was in Europe for

16   two months.  From June 2nd of 1985 to around

17   July 23th or 25th of '85.

18     Q.  And did you get a job when you

19   returned back to the states?

20     A.  Yeah.  But I'm having trouble

21   remembering what job it was.  I don't

22   remember.  Because I don't think I worked it

23   that long.  I forgot the name -- it was in New

24   York.  I forgot the name of the place.

25     Q.  Okay.  Why don't we fast forward to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

14

Smith

1
2    are you working now?

3        A.   No.   I'm not.

4        Q.   How long has it been since you've had

5    a job?

6        A.   2001.

7        Q.   What job did you have up to 2001?

8        A.   I was a Cisco engineer, teacher's

9    assistant.

10       Q.   Cisco?

11       A.   Yes.   C-I-S-C-O.

12       Q.   For the company Cisco?

13       A.   Yes.   They make routers and switches

14   and all that.

15       Q.   And then you were also a teacher's

16   assistant?

17       A.   Yes.

18       Q.   Was that a separate job from the

19   Cisco job?

20       A.   No.   That's a type of engineer you

21   are.   That's the type of router, type of

22   switch.   Cisco.

23       Q.   How long did you work for Cisco?

24       A.   No, I didn't work for Cisco.   I

25   worked for Computer Career Center.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

15

                              Smith

1

2      Q.   Thank you.   As a teacher's assistant?

3      A.   Right.

4      Q.   For the Cisco type of router?

5      A.   Right.

6      Q.   Okay.   Thank you.   I got it.

7           So how long did you work for the

8   Computer Career Center before you stopped in

9   2001?

10     A.   About a year -- about 14 months.

11  From June of 2000 to August of 2001.

12     Q.   And generally over the period between

13  1985 and 2000, did you work and have jobs?

14     A.   Not after -- when I had my first

15  child, that was 1989.   So from -- when I got

16  pregnant, from that time period, '89 to

17  present, I've mostly been a full-time mother.

18  I have three children.

19     Q.   How old are your kids?

20     A.   21, 19, 13.

21     Q.   Did you have any full-time work after

22  you had your first kid?

23     A.   No.

24     Q.   Let's go back and talk about November

25  and December of 1984 for a moment.   Okay?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

16

1                        Smith

2        A.   Okay.

3        Q.   In December of 1984, do you recall

4   contacting the Nassau County Police

5   Department's homicide unit?

6        A.   Yes, I do.

7        Q.   How old were you approximately when

8   you made that call?

9        A.   So I would be 28.

10       Q.   And at that time where did you live?

11       A.   East Meadow.

12       Q.   Were you in the same house that you

13   live in now?

14       A.   No.   That's my father's home in East

15   Meadow.

16       Q.   Where you lived back then?

17       A.   Right.

18       Q.   Okay.   Were you living with family

19   then?

20       A.   Yes.

21       Q.   Who specifically in your family were

22   you living with back when you made that call

23   to the police?

24       A.   You know, I forget when some of the

25   sisters and brothers moved out.   But I have



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Case 2:06-cv-06695-JS-SIL   Document 224-13   Filed 06/02/12   Page 17 of 183 PageID #: 4662

17

1                    Smith
2    five sisters and brothers.  So it would have
3    been a few of the sisters and brothers.
4         Q.   Were your parents alive and living
5    there?
6         A.   Yes.
7         Q.   When, at the age of about 28, you
8    called Nassau County police in December of
9    '84, were you at that point working at
10   American Technical Ceramics?
11        A.   Yes, I was.
12        Q.   Was that at 15 Stepar Place?
13        A.   15 Stepar Place, Huntington Station.
14        Q.   Take a look, if you would.  I'm going
15   to show you a couple of documents to establish
16   the timeline and then I'll ask you some more
17   questions.
18             I'm showing you what was marked
19   Exhibit 168, a missing poster for Theresa
20   Fusco.  Also showing you what I've marked
21   today -- and I've given counsel a copy of --
22   Exhibit 263, which is a newspaper article with
23   the headline "Missing Teen Girl's Nude Body
24   Found in Long Island Woods."
25             Do you see the date on the top of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

18

1              Smith

2    that article of the New York Post story?

3        A.   It says Friday, December 7th.

4        Q.   Of what year?

5        A.   1984.

6        Q.   Do you see the caption under the

7    photograph?  Could you read that to us?

8        A.   "Pretty murder victim Theresa Fusco,

9    16, with friend recently."

10       Q.   Okay.  Thank you.

11            So Theresa Fusco had been missing and

12   then her body was found soon before December

13   7th of 1984 as reflected in this article.  Do

14   you have that timing?

15            MR. FREEMAN:  Objection to the form

16   of the question.

17       Q.   Do you have that timing in mind?

18       A.   I never knew anything about Theresa

19   Fusco, the crime, the guys who were convicted.

20   I never knew anything about it.  All I knew is

21   the call I made and the identification of a

22   car.

23       Q.   Okay.  And I'm going to ask you some

24   questions about that.

25       A.   And when I look at the statement, I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

19

                        Smith
 1
 2      see my timeline is different.
 3          Q.   Okay.  We're going to ask you some
 4      questions about that.
 5              First of all, I see you looking at
 6      Mr. Ferguson who has a lovely smile on his
 7      face.  You've met him before?
 8          A.   Yes.
 9          Q.   When did you meet with Mr. Ferguson?
10          A.   I met with Mr. Ferguson, oh, about a
11      month ago or so.
12          Q.   Where was the meeting?
13          A.   My apartment.
14          Q.   How was the meeting set up?
15          A.   I called him to ask him about this
16      deposition.  Because I had questions that I
17      didn't think I could be of any help and why
18      was I being subpoenaed.
19          Q.   How did you find his phone number?
20          A.   I had trouble.  I called the District
21      Attorney's office in, I guess it's Mineola
22      there, at the D.A.'s office, and they told me
23      there was no Mr. Ferguson there.  And then
24      they must have thought about the County
25      Attorney's office and called them over there



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

20

                        Smith

1   and that's how we got together.

2           And then I saw him one other time.  I

3   was in Pilgrim State Hospital for psychiatric

4   care and he came to talk to me.

5       Q.   When did he come to talk to you when

6   you were in the hospital?

7       A.   I don't remember exactly even what

8   year that was.  What was it?  About 2008?  I'm

9   not sure.  You would have to ask Mr. Ferguson.

10      Q.   How did he -- withdrawn.

11          How did he come to visit you in the

12  Pilgrim State Hospital?

13      A.   He told me he wanted to ask me some

14  questions about a statement I made to the

15  police about Theresa Fusco.

16      Q.   So he contacted you while you were in

17  Pilgrim State Hospital?

18      A.   Yes.

19      Q.   At that point, you hadn't made a call

20  to him before he contacted you?

21      A.   No.  I don't believe so.

22      Q.   Were you surprised to be getting a

23  phone call from a county attorney while you

24  were in the Pilgrim State Hospital?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

21

                         Smith

1
2      A.  No.  I just assumed they had some
3  questions for the questions.  I had been
4  called by the police to identify the car.  I
5  figured maybe something about the car panned
6  out or didn't pan out.  I don't know.  So they
7  had questions.
8      Q.  When you say you were called by the
9  police about the car and to identify the car,
10  when was that?
11      A.  That was back in '84.
12      Q.  After 1984, since 1984, has any
13  Nassau County police official ever contacted
14  you again about the car or your statement?
15      A.  Not that I can remember.
16      Q.  Let's talk about the meeting you had
17  with Mr. Ferguson when you were in Pilgrim
18  State Hospital.  You mentioned you think it
19  might have been 2008?  Can you be any more
20  specific?
21      A.  You know, I could actually get a
22  record and see when I was there and then I
23  could give you the information.  But off the
24  top of my head, no.
25      Q.  What's your best memory of when you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-13   Filed 06/02/12   Page 22 of 183 PageID #: 4667

22

                        Smith

1

2    were there?

3        A.   Must have been around 2008 or 2009.

4        Q.   How long were you there?

5        A.   A couple of months.

6        Q.   May I ask why?

7        A.   I have a bipolar disorder and I had

8    a -- I guess they thought I was symptomatic.

9        Q.   Before you went into Pilgrim State

10   Hospital, had you been medicated for your

11   bipolar disorder?

12       A.   I seldomly (sic) took the medication

13   as it makes you very fat.  As I'm medicated

14   now on it which makes you --

15       Q.   Toxic?

16       A.   Very.  And it's very hard to deal

17   with.  Usually the way I am now, pretty lucid

18   and clear, maybe I get a little hyper.  But I

19   didn't think it was a felony offense.  So I

20   prefer not to take the lithium.  But now I

21   have to give it a try because I've had too

22   many hospitalizations.  And I decided to give

23   it a try and it's blown me up a hundred pounds

24   over my normal weight.  So it's a problem.

25       Q.   That's tough.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

23

                         Smith

1

2        A.   Yeah.   It is.

3        Q.   You had mentioned you had other

4    hospitalizations.   Were they other psychiatric

5    hospitalizations?

6        A.   Yes.

7        Q.   When is the first time that you were

8    hospitalized for your bipolar disorder?

9        A.   Around '78, '79.

10       Q.   As of '78, '79 had you yet been

11   diagnosed with bipolar disorder?

12       A.   That was the very first diagnosis.

13       Q.   And where were you hospitalized then?

14       A.   Nassau County Medical Center.

15       Q.   For how long?

16       A.   Then, it was only about usually 7

17   days or 10 days.

18       Q.   What's the next time you were

19   hospitalized for the bipolar disorder?

20       A.   I don't remember.   I've had many.

21   And that's why this time, no matter how fat I

22   get, I'm giving it a try.   No matter -- or

23   toxic or lethargic, you get very lethargic.

24   I'm giving it a try.

25       Q.   Have you been diagnosed with any



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

24

                         Smith

1    other disorder other than bipolar disorder?

2        A.   Sometimes they'll put in -- they'll

3    say bipolar, schizoaffective.  They give it

4    other names.

5        Q.   When were you first diagnosed with

6    schizoaffective disorder?

7        A.   I couldn't begin to tell you.  I

8    couldn't even remember.

9        Q.   Was it before 1984 or since then?

10       A.   I don't know.  Because I was always

11   in the hospital for bipolar.  And then when I

12   was in Pilgrim, they had added schizoaffective

13   to it.  So I'm not sure if it had been there

14   ever before or that was the first time.

15       Q.   When is the first time you were

16   hospitalized in Pilgrim State?

17       A.   It was only that one time.  2008 or

18   so, or thereabouts.

19       Q.   And that's the first time you became

20   aware --

21       A.   Maybe 2009.

22       Q.   And so when you were in Pilgrim State

23   in 2008 or 2009, was that the first time you

24   became aware that anyone had given you a



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

25

                          Smith

1   diagnosis of schizoaffective disorder other

2

3   than your bipolar disorder?

4       A.  Right.

5       Q.  Had you ever been diagnosed with any

6   other psychiatric condition?

7       A.  I don't think so.  I've been

8   basically a true case of manic depression,

9   which is bipolar.

10      Q.  And other than lithium, have you

11  taken any other medication for it?

12      A.  I tried Depakote but that blew me up

13  to even a fatter balloon, that I had to then

14  lose a hundred pounds to get back in shape.

15      Q.  When were you on the Depakote?  Do

16  you recall when you tried it?

17      A.  I think it was Pilgrim.

18      Q.  You mentioned you had had a number of

19  hospitalizations for this condition?

20      A.  Yes.

21      Q.  Can you give me your best estimate?

22  More than five hospitalizations?

23      A.  Yes.

24      Q.  More than ten hospitalizations?

25      A.  I would say so.  I would say about a



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

26

                    Smith

1

2    dozen.

3        Q.   You mentioned the first one was 1978

4    or '79?

5        A.   Yes.

6        Q.   At Nassau County Medical Center?

7        A.   Yes.

8        Q.   What was the next time you were

9    hospitalized after that?

10       A.   Oh, you're asking me --

11       Q.   I know.

12       A.   I don't have a clue.  I don't write

13   these numbers down.  I can't even remember a

14   recent one like Pilgrim, which is 2008 or

15   2009.

16       Q.   Let me ask you a different way to see

17   if that helps.

18       A.   It won't.

19       Q.   Let's just see.  Maybe it will, maybe

20   it won't.

21       A.   All right.

22       Q.   Before you called the police in

23   December of 1984, how many times had you been

24   hospitalized?

25       A.   Maybe about three.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

27

                        Smith

1

2       Q.   And when you called the police in

3  December of 1984, what was the most recent

4  hospitalization?

5       A.   I had a hospitalization May of '84.

6  I know that because I did it right before I

7  went to Europe.  I came out of the hospital in

8  ten days, packed and went to Europe.

9       Q.   Where were you hospitalized in May of

10 1984?

11      A.   Nassau County Medical Center.

12      Q.   Did Mr. Ferguson tell you when he met

13 with you at Pilgrim how he found out you were

14 at Pilgrim?

15      A.   No.  I don't remember anything about

16 that.

17      Q.   Did you ask him how he found you?

18      A.   No.  I wasn't surprised at all.  He's

19 like a little detective himself.  He's a

20 lawyer.  He can figure these mind things out.

21      Q.   Yes, he can.

22           Was anyone with him when you met with

23 him at Pilgrim State?

24      A.   He was alone.

25      Q.   And you mentioned -- withdrawn.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

28

1              Smith
2         How long did you meet with Michael
3  Ferguson at Pilgrim State?
4         A.  When you're in the hospital it's
5  always nice to have a visitor.  So to me, it
6  seemed like a very short time.  But maybe an
7  hour?  I don't know.
8         Q.  Did he take any notes while you two
9  were talking?
10         A.  Yes.
11         Q.  Did you sign anything for him?
12         A.  No.  I don't believe so.
13         Q.  What did he ask you?
14         A.  He asked me did I remember anything
15  about Theresa Fusco.  And then he had to
16  remind me a few things about the situation,
17  the year or whatever.  And then I told him
18  what I remembered.
19         Q.  Did he show you anything?
20         A.  No.
21         Q.  For example, the Missing poster or
22  this statement?
23         A.  No.
24         Q.  Nothing like that?
25         A.  No.  I don't believe so.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

29

Smith

1
2     Q.   And then you mentioned you met with
3  him a second time about a month ago after you
4  received the subpoena for this deposition?
5     A.   Shortly -- not a month after I
6  received the subpoena.  But a short duration
7  after I received the subpoena.
8     Q.   Thank you.  And the meeting was about
9  a month or so ago?
10    A.   Right.  I think so.
11    Q.   And the meeting was at your house?
12    A.   Yes.
13    Q.   How long was that meeting?
14    A.   An hour or two.
15    Q.   Was anyone else with Mr. Ferguson?
16    A.   No.
17    Q.   At this meeting did he show you
18 anything?
19    A.   No.
20    Q.   At this meeting did he ask you to
21 sign anything?
22    A.   No.
23    Q.   So what did he say to you and what
24 did you say to him during that hour or two?
25    A.   Well, he was going over the history



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                March 22, 2011

30

                    Smith

1  and I was telling him some of my wilder

2  adventures, about my adventures in Europe,

3  unusual things that had happened.

4      Q.  Like what?

5      A.  Oh, I would rather not say.

6          I ended up being in the Middle East

7  by Afghanistan, by Iran, Iraq, Egypt, the Gaza

8  Strip where the Palestinians are, that area.

9  Israel, northern Africa.  So I've been to all

10  those different areas.  And I talked about the

11  adventures I got into, about how the ship I

12  was on was the -- that ship that the summer of

13  1985 got hijacked, you know, the Jewish man

14  got shot and then pushed overboard?

15      Q.  The Achille Lauro?

16      A.  Yeah.

17      Q.  You were on the Achille Lauro?

18      A.  Yeah.

19      Q.  Must have been terrifying.

20      A.  My buddy was one of the terrorists.

21  He promised me that I was such a nice person

22  that he wouldn't hurt me.

23      Q.  And it worked out?

24      A.  Yeah.  I managed to get off the ship.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

31

                          Smith

1

2      Q.   And this was in 1985?

3      A.   Yeah.

4      Q.   So your passport must be full of

5  stamps.

6      A.   You know, that passport I got in 1985

7  and it was full of stamps, everywhere, every

8  European country, and in the Middle East.

9  But, you know, I don't have my passport

10  anymore because I lost it.  When it had

11  expired, I must have been careless with it.  I

12  don't have it.

13     Q.   Did you send it in when you applied

14  for a new one after it expired?

15     A.   No.  I never had a passport since

16  that one in '85, that expired in '95.  Because

17  I was home with the kids.  Where was I going

18  to go with kids?  I don't have money or

19  wherewith all to go on a trip like that ever

20  again.  That was, like, once in a lifetime.

21  Besides, I'm not such a brave traveler

22  anymore.  I'm kind of reticent.  So I told him

23  some of the stories like that.

24     Q.   I understand.

25          Debbie, does the bipolar disorder



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

32

                        Smith
1
2    have any impact on your ability to see?
3        A.   No.
4        Q.   Does your bipolar disorder have any
5    impact on your ability to hear?
6        A.   No.
7        Q.   Does your bipolar disorder have any
8    impact on your memory?
9        A.   It might.  If I'm very medicated.
10       Q.   I'm asking right now.  I will ask
11   about the effects of your medication in a
12   moment.  Right now I'm just --
13       A.   I don't think it has an effect on the
14   memory.
15       Q.   So now I would like to ask you the
16   same questions for the lithium.  But first,
17   you've been taking lithium on and off since
18   your first diagnosis?
19       A.   Once I was out of the hospital, I
20   never took it.  I never took it because I
21   didn't like how it blew me up like a balloon.
22   My vanity.  And also, I could function very
23   well without it.  And I found that on it, I
24   couldn't function.  Like, I was like a
25   sluggish snail.  Very sluggish.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

33

1                    Smith

2      Q.   So when you say after you got out of

3   the hospital you didn't take it, starting when

4   did you stop taking the lithium?

5      A.   Every time -- this is the first time

6   in my life that I have consistently taken it

7   regardless of no matter how fat I got.   I

8   said, okay, I got to do it because I can't

9   have another hospitalization.   This is

10   ridiculous.

11          I'm an educated person, smart,

12   personable person.   If I need this to level me

13   off, then that's what I'm going to take.   So

14   this is the first time I've taken it

15   consistently.

16      Q.   So is it fair to say, then, that in

17   November and December of 1984 -- withdrawn.

18          Is it fair to say, then, that in

19   November and December of 1984 you were not

20   taking lithium or any other medication?

21      A.   I'm pretty sure that I wasn't.

22      Q.   When you are taking lithium -- first

23   of all, are you on lithium today?

24      A.   Yes.

25      Q.   Does the lithium have any impact on



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

34

                    Smith

1
2     your ability to understand my questions?
3          A.   No.
4          Q.   Any impact on your ability to give
5     truthful testimony?
6          A.   I believe not.
7          Q.   Any impact at all, the lithium has,
8     on your ability to remember?
9          A.   No.  I don't think so.
10         Q.   So is it fair to say that only during
11    the periods when you were heavily medicated,
12    those would be the only times when there might
13    have been an impact of the medication on your
14    ability to remember?
15         A.   Possibly.  Yes.  Yes.  Possibly.
16         Q.   Other than lithium, are you on any
17    other medication today?
18         A.   Risperdal.
19         Q.   What is Risperdal?
20         A.   It's an antipsychotic, I believe.  I
21    think.  I think so.
22         Q.   When were you first prescribed
23    Risperdal?
24         A.   In the hospital.
25         Q.   And when you say in the hospital, are



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

35

                        Smith

1          you referring to Pilgrim State?

2          A.   No.  Long Beach -- I went to Long

3     Beach for a different doctor, better doctor.

4     And Nassau County Medical Center was too full.

5     So I went to Long Beach Medical Center.

6          Q.   What year was that?  Approximately.

7          A.   That would be 2010.

8          Q.   So within the last year was the first

9     time that you were prescribed Risperdal?

10         A.   Yes.

11         Q.   And what was the condition that

12    you're diagnosed with that warrants the

13    Risperdal?

14         A.   That's -- I think it's also another

15    mood stabilizer.  Just to -- because I'm not

16    prone to -- I'm not prone to psychotic

17    hallucinations or delusions.  So I would say

18    it's mostly as to balance -- to work in

19    conjunction with a mood stabilizer.

20         Q.   So are you taking a separate mood

21    stabilizer other than the Risperdal?

22         A.   No.  That would be it.  Lithium and

23    Risperdal.

24         Q.   Those are the only two medications



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

36

Smith

1                   Smith
2    you currently take?
3         A.   I take a side-effect -- one medicine,
4    like Cogentin for side effects.
5         Q.   What are the side effects the
6    Cogentin helps with?
7         A.   Shaking hands, muscle rigidity.  And
8    that's about it.
9         Q.   You mentioned that you're not prone
10   to hallucinations or delusions?
11        A.   No I'm not.
12        Q.   When you say you're not prone, have
13   you ever been hospitalized for -- or
14   presenting with symptoms of hallucinations or
15   delusions?
16        A.   No.  No.
17        Q.   To the best of your memory had you
18   ever experienced a hallucination or a
19   delusion?
20        A.   No.
21        Q.   Other than the lithium and the
22   Risperdal, which you started taking around
23   2010 after hospitalization in Long Beach?
24        A.   Which I'm being weaned off of right
25   now, by the way.  As a matter of fact, I have



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-13   Filed 06/02/12   Page 37 of 183 PageID #: 4682

1                     Smith

2      an appointment in two weeks.  And he's got me

3      down to only two milligrams.  It's a very

4      small amount.

5           Q.  And other than the Cogentin, have you

6      ever been prescribed any other medication for

7      any psychiatric condition?

8           A.  Ever?

9           Q.  Ever.

10          A.  Oh, I'm sure.  I'm sure I must have.

11     I just don't remember what they are at this

12     point in time.  Depakote.  Did I tell you

13     Depakote?

14          Q.  You did mention the Depakote.  And

15     remind me when you were prescribed the

16     Depakote?

17          A.  Pilgrim State.

18          Q.  That was the first time you were

19     prescribed Depakote?

20          A.  No.  I think I had been prescribed it

21     before.  I'm not sure.  Might have been.  I

22     don't remember.  A lot of these medicines are

23     so inconsequential to me that I just take them

24     or I wean myself off of it as soon as I'm out

25     of the hospital and don't take it because it



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

38

                        Smith

1       has an adverse effect on my physical being.
2
3            Q.   Who is your primary psychiatric
4       doctor now?
5            A.   Dr. Bhatt, B-H-A-T-T.
6            Q.   Where is Dr. Bhatt?
7            A.   Long Beach Medical Center.
8            Q.   Did Mr. Ferguson ask you similar
9       kinds of questions about your history with
10      bipolar disorder and medication?
11           A.   Yes.  I believe he did.  Not the
12      exact ones you asked, though.  But some
13      similar.  You know, we touched on the vein of
14      it.
15           Q.   Let's turn back to December of 1984.
16      So I've shown you the missing poster and the
17      December7, 1984 article reporting that Theresa
18      Fusco's body had been found.
19           A.   When did I make this statement?
20           Q.   Let's take a look at your statement
21      which is Exhibit 159.  And before -- well,
22      what's the date on the top right of the first
23      page?
24           A.   December 9, 1984.
25           Q.   Did you have an opportunity to read



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL   Document 224-13   Filed 06/02/12   Page 39 of 183 PageID #: 4684

Smith

1
2    through this document before we started the
3    deposition today?
4        A.  Yes, I did.
5        Q.  Take a look at the bottom of the
6    first page.  There's a signature there.  Do
7    you recognize that?
8        A.  Yes.  That's my signature.
9        Q.  Please turn to the bottom of the
10   second page.  Do you recognize that signature
11   on the right?
12       A.  Yes.  That's my signature.
13       Q.  And at the bottom of the last page,
14   do you recognize the signature on the
15   right-hand side?
16       A.  Yes.  That's mine.
17       Q.  Let's read through this together and
18   I'm going to ask some questions about it.
19            Now, first of all, as you sit here
20   right now, do you remember giving this
21   statement on December 9th of 1984?
22       A.  I don't remember.  I don't.  I mean,
23   when I read it, everything in there is true
24   about the things.  And now I do remember, kind
25   of remember it.  But before I read it or Mary



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

40

Smith

1

2      told me it existed, I didn't remember it.

3          Q.   Do you recall who you spoke to at the

4      police department on December 9th of 1984?

5          A.   Oh, no.  I don't remember at all.  I

6      just called the number on that poster was on

7      the telephone pole in Lynbrook and I called

8      it.

9          Q.   When you say "that poster," are you

10     referring to Exhibit 168, the Missing poster

11     for Theresa Fusco?

12         A.   Right.  I saw this and I thought

13     about it and I said:  I did hear a scream that

14     night.  What's the chance?  But let me just

15     give a call and see.  So I gave the call.

16         Q.   And that very same day they asked you

17     to come in to the police department, didn't

18     they?

19         A.   I don't remember.

20         Q.   Did there come a time when you went

21     to the police department?

22         A.   I don't remember doing that.

23         Q.   Do you remember where you were when

24     this statement was prepared for you to sign?

25         A.   No.  Because I don't remember it.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

41

                        Smith
1
2       Q.   Let's --
3       A.   But I know I did it because it's my
4   signature and this is my truths.
5       Q.   Let's read through it point by point
6   and I'll ask you some questions.  Why don't
7   you read it into the record starting at the
8   first line?
9       A.   My name is Debra Smith.  I am 28
10  years old.  I was born --
11      Q.   Then it is blacked out.  But when
12  were you born?
13      A.   June 3, 1956.  I live at 1749
14  Glenmore Avenue, East Meadow, New York.
15      Q.   Just for the record, the address on
16  the copy that we all have has been blocked
17  out.  But that's the address you lived at in
18  1984?
19      A.   Yes.
20      Q.   Okay.
21      A.   Because my children live there now.
22      Q.   Okay.  Keep going.
23      A.   My home phone number is
24  (516) 794-7127.
25      Q.   Just for the record, the phone number



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

42

Smith

1
2    is actually blacked out on the copy we have.
3    But was that your home phone number in
4    December of 1984?
5        A.  Yes.  Yes.
6        Q.  Thank you.  Please continue.  Just
7    line by line.
8        A.  "I work at American Technical
9    Ceramics at 15 Stepar Place, Huntington
10   Station, New York, phone 271-9600 extension
11   220, as a computer programmer analyst."
12       Q.  Thank you.  As of December 9th of
13   1984, did you, in fact, work at American
14   Technical Ceramics at that address with that
15   phone?
16       A.  Yes.
17       Q.  Thanks.  Please keep reading.
18       A.  "I live at home with my parents and
19   brothers and sisters."
20       Q.  Was that true as of December 9th of
21   1984?
22       A.  Yes.  I see it only has "sister"
23   there because only one sister lived at home.
24   One had an apartment and the other one got
25   married.  That's why it says "sister."



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

43

Smith

1

2      Q.   Please read the next sentence.

3      A.   "I have been told by the detective

4  who is writing this statement that any false

5  statements I make herein are punishable as a

6  class A misdemeanor pursuant to section 210.45

7  of the penal law of the State of New York."

8      Q.   As you sit here today, do you recall

9  that the detective warned you that making a

10  false statement to the police was punishable

11  as a misdemeanor?

12      A.   I don't remember.  But I wouldn't

13  have anything to worry about because I was

14  just telling them a truth that I had

15  experienced.  And I said to him, "Look, it may

16  not be anything."  As a matter of fact, it was

17  a couple of weeks ago, I think it was.  So I

18  was telling him the truth.  I didn't know if

19  it would be significant.

20      Q.   Sure.  Okay.

21          Why don't you read the next line of

22  the statement into the record starting with "I

23  wish to state"?

24      A.   "I wish to state last month, I

25  believe between November 17th and the 21st, I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

44

                    Smith

1            had gone to my friend James Pearson's house
2
3    at" --
4        Q.   Then it's blacked out.
5        A.   Well, I better not give his address
6    out.
7        Q.   Why don't you read the end of that
8    sentence?
9        A.   -- "for the evening."
10       Q.   Okay.
11            Where did James Pearson live back in
12   December of '84?
13       A.   He lived in East Rockaway.
14       Q.   Did you know his address?
15       A.   I don't think I should give his
16   address because that would make him angry.
17       Q.   Okay.  I wouldn't want to do that.
18            Who was James Pearson?
19       A.   He was a guy I went out with nine
20   years.
21       Q.   So he was your boyfriend in December
22   '84?
23       A.   Right.  When I told him I was going
24   to the police because I heard something, he
25   goes, "Debbie, it could be anything.  What are



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

45

                    Smith

1

2    you talking about?  Don't waste your time,

3    their time.  Don't go.  You'll open up a can

4    of worms.  And, remember, you have a

5    psychiatric background.  Maybe they'll think

6    it's something else.  Don't do it, Debbie."

7    But I said, "Yes.  I think I did hear a

8    scream."

9          And it's only -- suppose that girl,

10   you know, needed help or something?  So I went

11   and did it anyway.  That's why I know he would

12   get mad if I gave his address.

13        Q.  Fair enough.  I won't ask, then.

14          Read the next sentence of the

15   statement into the record.

16        A.  "We had an argument and I left his

17   house to go home.  I started driving on

18   Atlantic Avenue to Central Avenue.  As I got

19   to that corner, I saw that the railroad gates

20   were down for a train that was going towards

21   Long Beach.  I decided to take Rockland Avenue

22   street up to Merrick Road and Ocean Avenue

23   where I go" --

24        Q.  Turning to the next page.

25        A.  -- "to go to Peninsula Boulevard and



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL Document 224-13 Filed 06/02/12 Page 46 of 183 PageID #: 4691

                        Smith

1
2       home."  Because I think I put that in there
3       because that's not the way I normally go if I
4       was late and the train was coming.  So I went
5       around it and went the back way to Rockland
6       Avenue.  That's why I'm saying I specified
7       that in the report to the police.
8            Q.   Okay.  Please read the next sentence?
9            A.   I drove north on Rockland Avenue to
10      Sunrise Highway.  The traffic light was red
11      and I stopped for the light.  I had my window
12      partly open because I was smoking.
13           Q.   Why don't you stop there, please.
14                Were you a smoker in December '84?
15           A.   Yes.
16           Q.   And did you from time to time smoke
17      in the car?
18           A.   Yes.
19           Q.   When you smoked in the car, was it
20      your habit to leave the window partly open?
21           A.   Yes.  Because I don't want all the
22      smoke in the car.
23           Q.   As you sit here now, do you recall
24      having been at James Pearson's house and
25      having had an argument with him and leaving?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL  Document 224-13  Filed 06/02/12  Page 47 of 183 PageID #: 4692

47

                    Smith

1
2      A.   That's not what I remember.   What I
3   remember was we went to a dance that night.
4      Q.   With James?
5      A.   Yeah.   And his mother.   Sometimes,
6   you know -- so his mother, James and me all
7   went to the dance.   And the reason why I'm
8   pretty sure about that -- and I don't know
9   why.   Well, maybe right before I left Jim's
10  house, I had an argument about something.
11  That's possible.   And I didn't think the dance
12  was relevant to mention to them.
13           But I had high heels on.   And when I
14  was going by the trestle, I was going to climb
15  up it.   And I started to but then I was wobbly
16  because of the heels.   And it was sinking in
17  the mud, the dirt.   So I couldn't do that.
18  That's why I didn't go up the trestle looking
19  for what the noise was.
20      Q.   We're going to get to the noise in
21  just a minute.
22           Why don't you read the next line into
23  the record, if you would?
24      A.   "While I was sitting at the light, I
25  heard a woman scream.   I rolled my window down



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

48

                        Smith

1
2    and listened, but did not hear anything else.
3    The scream came from the left and like it was
4    up high.  I looked at the railroad elevated
5    because that seemed to be the direction that
6    the scream came from."
7        Q.  Thank you.
8            As you sit here today, do you recall
9    being in that location and hearing a girl
10   scream?
11       A.  I remember that.
12       Q.  Tell me what you remember of it.
13       A.  I remember getting up to the light.
14   I had the window open and I was smoking and I
15   heard a scream.  It sounded like a female
16   voice.  When I remembered it years later, I
17   remembered also I thought I heard other
18   noises, other sounds like more than one voice,
19   years later.  But this would be the most
20   accurate because this was right about two,
21   three weeks after it happened.
22       Q.  When you say you later remembered
23   having heard other voices and other sounds --
24       A.  When I was asked about the story
25   without having read this, I said that I heard



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

49

                          Smith
1
2    a scream, a female voice.  And then I thought
3    I heard, like, when I was talking to Mr.
4    Ferguson, I told him I thought I heard more
5    than one voice, other voices.
6         Q.   The other voices you heard --
7         A.   Maybe I was also very -- I only wrote
8    down what was definitive, like I heard a
9    definitive scream.  That, I heard.  I did not
10   maybe write the other voices down because I
11   thought that I should just write what I heard
12   clearly, not what was muffled or mumbled, for
13   the police because it was a statement.  I had
14   to make sure it was exactly what I did hear
15   clearly.
16        Q.   Can you describe this scream for us?
17   What did it sound like?
18        A.   Like a woman in trouble.  That she
19   did not want to -- that something was
20   happening that she did not want.  Definitely
21   like she didn't want to be there or it was
22   definitely sounding like a woman in trouble.
23   That's why when the light turned from red to
24   green, I pulled across the highway, parked my
25   car on the side of the road and got out to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

50

                        Smith

1

2      explore.  I wanted to see what was causing

3      some girl to scream.

4          Q.  What if anything did you find or hear

5      when you got out of the car?

6          A.  When I got out of the car, by the

7      time I crossed the highway and got out of the

8      car there was silence.  I heard nothing.  I

9      heard nothing.  But I was going to explore.  I

10     thought maybe she made so much noise that they

11     had their hands over her mouth so she couldn't

12     scream anymore.  So I thought I would go up

13     the trestle where I thought I heard the sound

14     coming from, in that vicinity, back, back that

15     way and see if there was anything up there.

16     But I was a little bit nervous because I had

17     those high heels on from the dance and I

18     couldn't move easily.

19         Q.  Were you at all afraid having heard a

20     girl scream?

21         A.  Yes.  I was afraid, too.  Well, I was

22     mostly afraid when I saw how vulnerable I was

23     with high heels on, the pumps and everything

24     digging into the dirt, putting me off balance.

25     I didn't have my sneakers on.  I always wear



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Smith

1
2   sneakers and I didn't have my sneakers on.
3   So, yeah, I was afraid.  That's what
4   ultimately stopped me.  I said wait a minute,
5   now.  I'm trying to go up this trestle, I'm
6   unbalanced, you know, my high heels.  And what
7   can I do anyway?  I'm going to go up there and
8   I'm going to surprise them and they're going
9   to get me.  I said I don't know.
10      Q.  Now, you had mentioned a moment ago
11  you thought later you might have heard other
12  voices?
13      A.  Yes.  But I didn't -- I don't think I
14  put that in there because that wasn't
15  definitive.  It was like very low talking.
16  Like, very, very low where I could hardly
17  catch it across the highway.
18      Q.  Those other voices you think you may
19  have heard, were they female or male voices?
20      A.  I thought they were male.
21      Q.  Please take a look at a map that has
22  been previously marked as Exhibit 170 and I
23  would like to just make sure we're very clear
24  on where you were.  If you look at the
25  lower --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

52

Smith

1
2      A.   North is to the top, south is to the
3  bottom?  There's no compass on here.
4      Q.   There is no compass.  But if you look
5  down, you see the number 2 that is highlighted
6  in yellow there?
7      A.   Yeah.
8      Q.   Do you see the hatching of the
9  railroad line there?
10      A.   Yes.
11      Q.   And do you see at the intersection to
12  the right of the two, it says "Rockland
13  Avenue" coming up above the railroad trestle?
14      A.   Yes.
15      Q.   Do you see Sunrise Highway going just
16  below and parallel with the trestle?
17      A.   Sunrise Highway.  Yes.  I see that.
18      Q.   So you testified and you wrote in
19  your statement that you were driving up
20  Rockland to the light at Sunrise?
21      A.   I was approximately probably where
22  the number 4 is, at the light when I heard the
23  scream.  Then when I went across Sunrise
24  Highway -- and where it would be if you moved
25  that 4, straight up -- I would be up the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

53

Smith

1

2     trestle there, opposite the 2.

3          Q.  You know what I would ask you to do

4     is take my pen and make a number 6 with a

5     circle around it where you parked your car

6     after you drove under the overpass on

7     Rockland.

8          A.  You know, at this time I'm not sure

9     if I parked -- I think I parked over here.

10          Q.  Before you make any marking, do you

11     want to refer back to your statement again?

12          A.  No, no, no.  I know I pulled the car

13     across the highway.  What I don't remember is

14     did I pull it across and park, like, legally

15     on the right side of the road.  There's no

16     legal parking there, though, at that hour.  So

17     I don't remember how I got around there.  I

18     didn't want to get a ticket or get in trouble

19     for parking illegally at that hour of the

20     night.  So I thought -- what I did was just

21     pull to the right even though that wasn't

22     legal parking.

23          Q.  On the other side of the railroad

24     tracks where you first heard this scream.

25          A.  Right.  Somewhere between the 1 and



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

54

Smith

1
2    4.  It would be the 6.  It would be right
3    about here.  Does that 1 represent where the
4    car was found?
5        Q.  The 1 is not -- the 1 is something
6    else.  It's not the --
7        A.  Oh, because I was going to say that I
8    think I was parked not too far away from the
9    car.
10       Q.  I'm going to ask you questions about
11   the car.  But for now, just enter the 6 where
12   you parked your car.
13           (Witness complies.)
14           So the 4 is where you heard the
15   scream.  But it's not where you saw a car; is
16   that fair to say?
17       A.  Yes.  I didn't see the car until
18   after I parked my car.  I got out and walked
19   towards the trestle under that underpass, over
20   that way, looking to see if there was a girl
21   screaming.  Listening.
22       Q.  Why don't we do this?  See the
23   writing on the right side next to number 4, it
24   says "Debbie Smith's location where she
25   reported seeing the car and hearing a scream,"



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

                              Smith

1  that's no longer accurate?  You're telling us

2  number 4 is only where you heard the scream,

3  right?

4       A.   Right.  Where did you get that "she

5  reported seeing the car" from?

6       Q.   Looks like it's wrong.

7       A.   It is wrong.

8       Q.   So cross out the part that's wrong.

9  Cross out where "she reported seeing the car"

10 so that our map is accurately reflecting what

11 you saw and what you remember.

12      A.   I didn't see the car until -- I saw

13 nothing.  But I was listening.  That's all I

14 was doing at that location number 4, and

15 hearing the screaming.  That's all.  I heard

16 the scream there.

17      Q.   Then you entered a 6 on the other

18 side?

19      A.   Maybe it should be further down.  If

20 that's Hot Skates, the 6 should be further

21 down this way.

22      Q.   Do you want to put an arrow where it

23 should be, where you parked the car?

24           (Witness complies.)



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                March 22, 2011

56

                      Smith

 1

 2          Okay.   Why don't you write on the

 3     right side, "6, Debbie Smith parked car"?

 4             (Witness complies.)

 5             MS. CORNWALL:   And we'll mark this as

 6     170-A.   And I'll get copies out.

 7             (Exhibit 170-A, a map showing

 8     markings witness made, was so marked for

 9     identification.)

10             MS. CORNWALL:   Thank you very much.

11        Q.   Why don't you continue reading from

12     your statement and we'll come back to the map?

13             "The traffic light changed."

14        A.   Where were we?

15             Oh, "and I stopped for the light.   I

16     had my window partly opened because I was

17     smoking.   While I was sitting at the light, I

18     heard a woman scream.   I rolled my window

19     down, listened, but did not hear anything

20     else.   The scream came from the left and like

21     it was up high.   I looked at the railroad

22     elevated because that seemed to be the

23     direction that the scream came from.   The

24     traffic light changed and I drove across

25     Sunrise Highway and under the railroad



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

                    Smith

1                    Smith

2   overpass.  I saw a large, light- to medium-tan

3   car, four-door sedan, early '70s.  It had huge

4   windows.  I looked inside and saw a lot of

5   stuff in the back seat.  I think there were

6   tools, a blanket and other stuff in the back

7   seat.  During this time, I got out of my car

8   and I looked around toward the railroad

9   trestle."

10       Q.  Why don't I stop you there?

11           Would you turn back to our map and

12   indicate on the map where you saw this car?

13   Did you see the car in approximately location

14   number 6 where you parked?

15       A.  Yeah.  Location 6.

16       Q.  Okay.  Why don't you write that,

17   also, on the right side where you just wrote

18   "Debbie Smith parked car," why don't you add

19   in "and saw car"?

20           (Witness complies.)

21       A.  How about I write "and location where

22   she reported seeing the car"?

23       Q.  If that's accurate, go ahead.

24           (Witness complies.)

25           Great.  Thank you.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

58

Smith

1

2          Now, I have one more map to make sure
3     we're seeing this clearly.  I gave counsel a
4     copy.  It's Exhibit 264 and this one is from
5     Google Earth.
6              So it shows, from the sky, a
7     photograph of the same general location.  Do
8     you see Rockland Avenue coming from the left?
9          A.  Yes.
10         Q.  Do you see the railroad tracks in the
11    middle going from left to right, crossing
12    Rockland, this gray band?
13         A.  Oh, that's the railroad.  Okay.  I
14    see that.
15             MR. FREEMAN:  Objection to the form
16    of the question.
17         Q.  And then do you see Sunrise Highway
18    as it was on the other map?
19         A.  Yes.
20         Q.  The wide street below the railroad?
21    And you're generally familiar with this area,
22    aren't you?
23         A.  I drove a taxi in this neighborhood.
24    Yes, I did.
25         Q.  Taking a look at 264, the Google



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

59

                    Smith

1
2   Earth image, do you recognize the neighborhood
3   depicted --
4        A.   Yes.
5        Q.   -- as part of Lynbrook?
6        A.   Yes.
7        Q.   Do you now recognize the gray line
8   just above Sunrise Highway going from the left
9   side of the page to the right as the railroad
10  track?
11       A.   Yes.
12       Q.   Now, does this image give you anymore
13  space or change at all -- withdrawn.
14            Does this image help you at all in
15  determining where you parked your car and
16  where you saw the other car after you drove
17  through the railroad overpass?
18       A.   No.   It's the same whether I use the
19  little map or this map.   Except there's more
20  room to write it on the big one.
21       Q.   Thank you.
22            I would now like to show you
23  something else.   Well, I'm sorry.   Withdrawn.
24            Let's go back and keep reading
25  through your statement.   Three lines from the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

60

                        Smith
1
2    bottom, I think.
3           "I looked"?
4       A.   "I looked inside and saw a lot of
5    stuff in the back seat."
6           That?
7       Q.   Go ahead.
8       A.   "I think there were tools, a blanket
9    and other stuff in the back seat."
10      Q.   As you sit here today, do you
11   remember seeing that car by the side of the
12   road?
13      A.   Yes.
14      Q.   As you sit here today, do you recall
15   seeing those items inside the car?
16      A.   Yes.  I remember -- I thought I saw
17   rope.  I didn't put that down, though.
18      Q.   Where was the rope?
19      A.   Mixed in with all the other stuff.
20      Q.   Do you recall what color the rope
21   was?
22      A.   Beige, tan.  The usual color.
23      Q.   Do you have a specific memory or are
24   you guessing about the color?
25      A.   No.  Specific memory, it was beige.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

61

                    Smith

1

2      Q.  By the way, the writing of this
3   statement, other than your signature, is that
4   your handwriting?
5      A.  No.  It's not mine.  It's his.
6   That's why I'm having trouble reading it.
7      Q.  So a detective wrote this out for you
8   to sign?
9      A.  Right.
10     Q.  Did you read it before you signed it?
11     A.  I don't remember this statement.
12  So -- I'm sure I did because I don't sign
13  anything until I read it.
14     Q.  And we've read about two pages of it
15  so far.  Is there anything here that, as you
16  read it now, feels inaccurate?
17     A.  The only part I was surprised, it
18  didn't mention, was I was surprised it didn't
19  mention the dance.  Because I had high heels
20  on, because I remember it clearly to this day.
21  I'm surprised it didn't mention that.  I must
22  have, after the dance, got into an argument
23  with Jimmy.  That's why I put the argument in.
24  I remember we didn't argue that much.  So I
25  was kind of surprised about that.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

62

                        Smith

1

2     Q.   Other than information that might

3   have been left out of the statement so far, is

4   there anything that's here that's inaccurate?

5     A.   I don't remember the car as being a

6   four-door sedan.  I don't remember that.

7     Q.   Let's keep reading through your

8   statement and then I'm going to show you a

9   couple of other things.

10         You're at the third line from the

11  bottom of the second page, I think.  "I looked

12  at the license plate."  Right-hand side toward

13  the bottom.

14    A.   "I looked at the license plate.  I

15  remember there were four numbers and three

16  letters and the shiny" -- what is that?  I

17  can't read that.  "Shiny sticker on the left

18  side of the rear bumper.  I also remember that

19  the car had a broken windshield and a ticket

20  in the left front window on the dashboard."

21    Q.   As you sit here today, do you have a

22  specific memory of the license plate, the

23  shiny sticker and the broken windshield or any

24  of those things?

25    A.   No.  I have no recall whatsoever of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

63

1                    Smith
2    the broken windshield, the sticker.  I have no
3    recall.
4         Q.  Okay.  Please continue reading your
5    statement.
6         A.  "Today I received a phone call from
7    Detective Joseph Volpe to ask me to come to
8    police headquarters and view a car they have
9    there.  I met with Police Officers Lane and
10   Detective Pierce who showed me a 1971
11   Oldsmobile Delta 88.  And I had looked at the
12   car.  I feel that this is the car I saw that
13   night."
14            The only reservation I have is that
15   the interior of the car does not have all the
16   stuff in it that the car had when I was
17   stopped by the railroad crossing.  I had given
18   this statement to the detectives, and it is
19   the truth.
20        Q.  Thank you.
21        A.  I remember looking at the car.
22        Q.  When you say you remember looking at
23   the car, were you at the police department
24   when you looked at a car?
25        A.  I believe.  If I recall correctly, I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

64

                    Smith

1        was by Franklin Avenue, the police impound

2        area.  There were a lot of other cars and

3        things around.

4            Q.  Showing you what's previously been

5        marked as Exhibit 169.  I'm showing you the

6        first page of that exhibit.

7                Do you recognize that as the 1971

8        Oldsmobile Delta 88 that police showed you

9        when you went to the impound?

10           A.  I have no memory of it.  I just know

11       that there was a car there that night that I

12       thought had suspicious things in it.  It

13       didn't fit there.  It wasn't supposed to

14       legally be there, according to Lynbrook law.

15       And, you know, I mentioned that to them.

16           Q.  And --

17           A.  I don't remember --

18           Q.  -- Ms. Smith, when you signed this

19       statement saying that police showed you a 1971

20       Oldsmobile Delta, and you felt that car they

21       showed you was the same car you had seen, was

22       that a truthful statement?

23           A.  It must have been, because I signed

24       it.  I would have protested it.  And I said --



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

65

Smith

1   then I made a point that the only reservation
2   I had was the car didn't have all the stuff in
3   it.
4
5       Q.   So when you looked at the car in the
6   impound, did you in fact recognize it as the
7   car you had seen that night you were referring
8   to when you heard the scream?  Was that the
9   car that you had seen?
10      A.   I signed it here.  So I would have to
11  say yes.
12      Q.   Showing you what was marked as
13  Exhibit 160, take a look at that.  This is a
14  document provided to us by the Nassau County
15  Police suggesting that two days after -- let
16  me just finish the question and then I'll ask
17  you.
18           This is a document, Exhibit 160,
19  which Nassau County Police gave us suggesting
20  that two days after you signed the statement
21  identifying a car and describing the scream
22  that you had heard, you called back at the
23  police and said you had a question about the
24  date when you had heard the scream.  Do you
25  recall calling the police back?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

66

                              Smith

1
2      A.   Yes.

3      Q.   What prompted you to do that?

4      A.   Because I was thinking about the time

5  period.  I realized I had it wrong, that it

6  wasn't the 17th to 21st time period, that it

7  was actually the week before.

8      Q.   And what was it that made you realize

9  it was the week before?

10     A.   I think I -- because I went to the

11 dance.  And all I did was ask his sister where

12 the dance was.  So whenever that dance was,

13 was the night it happened.

14     Q.   Do you recall where the dance was

15 held?

16     A.   Brooklyn.

17     Q.   So is it fair to say that when you

18 called back the police on December 11th of

19 1984, you were very confident that you had

20 heard the scream and seen that car the weekend

21 of November 10, not the weekend of November

22 17th?

23     A.   Well, that I had -- actually, the

24 whole thing that transpired.  Heard the

25 scream, heard -- I thought it was a Saturday



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

67

                        Smith

1

2    night, around the 10th, looking at this time

3    frame here, as opposed to the week later.

4        Q.  And could it also have been a Friday

5    night, given that November 10th of 1984 was --

6        A.  It had to be either a Friday or

7    Saturday because the dance was held on either

8    Fridays or Saturdays.

9        Q.  After you made this phone call, did

10   anyone from the Nassau County Police

11   Department come back to you and ask you to

12   sign an amended statement?

13       A.  I don't remember.

14       Q.  To your knowledge and the best of

15   your memory, after you made this phone call

16   did any Nassau County Police Officer ever

17   contact you again?

18       A.  Well, I don't remember the time I

19   signed this statement.  And then --

20       Q.  Referring to Exhibit 159, your

21   December 9, 1984 statement.

22       A.  Right.

23           And then I do remember going and

24   looking at the car.

25       Q.  Later the same day?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

68

                        Smith
1
2       A.  I don't know if that was the same
3   day.  Maybe it was.
4       Q.  Well, let's take a look at your
5   statement of December 9th.
6           On the third page, the statement you
7   signed says, "Today I received a phone call
8   from detective Joseph Volpe who asked me to
9   come to police headquarters and view a car."
10  It's on the third page there.
11          "I met with Police Officer Lane and
12  Pierce who showed me a 1971 Oldsmobile Delta."
13          So if you signed this statement --
14      A.  That would be accurate, then.
15      Q.  So you signed a statement the same
16  day that you saw and recognized the vehicle in
17  police impound as the same car you had seen
18  sometime earlier.
19          Other than that -- and your phone
20  call to police two days later -- do you recall
21  any other contact with Nassau County Police in
22  1984, 1985 or 1986?
23      A.  No.  I don't think so.  I mean, I was
24  very busy.  I didn't want to be bothered.  I'm
25  telling you the best I can.  Maybe I didn't



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

69

                        Smith

1
2       hear it.  Maybe it was a truck driving by.

3       Maybe it was a cat squealing in the woods over

4       there or up by the train track.  I didn't

5       really want to be bothered.

6           Q.  As you sit here today, do you really

7       believe that you called the police about a cat

8       screaming?

9           A.  No.  No.  I thought it was a woman

10      screaming.

11          Q.  And that's why you called the police.

12          A.  Yeah.  That's why I did call them,

13      you know.  But I didn't want to be bothered.

14      I didn't want to get involved.  I didn't want

15      to get in between something.  Also, because my

16      psychiatric background, that might raise

17      questions to them.  So I was hesitant about

18      that too.  I just did it because, you know

19      what, in all fair consciousness, let me give

20      them a call and whatever.

21          Q.  So no Nassau County District Attorney

22      ever asked you to talk to him about what you

23      saw or heard that night?

24          A.  I don't remember.

25          Q.  You were never asked to go to court



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

70

                        Smith

1
2    about this, were you?

3         A.   Oh, thank God no.   Could you imagine

4    me saying all this in open court?   I don't

5    think I would like that too much.

6              I didn't ever call them back, I don't

7    think.   See, it says, "She will attempt to put

8    her date and activities in order and will call

9    us back."

10        Q.   You're referring to Exhibit 160.

11             To the best of your memory, you did

12   not call them back?

13        A.   No.   I just called -- because I was

14   hesitant.   Now I've got the dates wrong.   Now

15   I'm not sure.   You know, I got my mental

16   health history.   I mean, you know.

17        Q.   Sorry to interrupt you.

18        A.   No.

19        Q.   Did you tell either Detective Volpe

20   or Detectives Pierce and Lane, who showed you

21   the car and took the statement, or the

22   detective that you spoke to two days later

23   over the phone, that you had had a psychiatric

24   history?

25        A.   No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Smith

1

2    Q.  Did they ask you any questions about
3 psychiatric history?
4    A.  No.  They wouldn't know that.  My
5 boyfriend said to me, "Don't even do it.
6 Don't call them.  Don't bother with it.  It's
7 over and done.  Nothing you can do about it."
8 I said, "Suppose they can't find her?"
9 And he said, "Don't bother with it.  You've
10 got a psychiatric history.  You know how that
11 looks."
12         MS. CORNWALL:  I have no further
13 questions at this point.  I might after the
14 other side questions you.  Would you like to
15 take a minute and stretch your legs?
16         THE WITNESS:  No.  I'm good.
17 EXAMINATION BY
18 MR. FREEMAN:
19    Q.  My name is Mr. Freeman and I'm going
20 to be asking you questions.
21    A.  Okay.
22    Q.  Are you sure you don't want a break
23 before we start?
24    A.  Positive.
25    Q.  Good.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                         March 22, 2011

72

                        Smith

1
2          Same rules apply.  If you don't
3   understand the question, you can ask me to
4   repeat it and I'll repeat it hopefully in a
5   way you can understand.  If you want to take a
6   break, even though you don't want one now, you
7   may want to take a break later, feel free, let
8   us know.  I'm sure we could get some water.
9   Would you like water?
10      A.  Only water they have is a water
11  fountain.
12      Q.  There's a cooler right there?
13          MR. FERGUSON:  I can get some
14  downstairs if you want it.
15          THE WITNESS:  It's okay.
16      Q.  Anyway let me know.  Okay?
17      A.  All right.
18      Q.  In no special order, I'm going to go
19  through the questions that you were asked by
20  Ms. Cornwall and some questions that we have.
21          You were asked a number of questions
22  about your statement that you signed.  Do you
23  recall that?
24      A.  Yes.
25      Q.  You said that you read the statement



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                   Smith
2    before you signed it because that's what you
3    usually do.  Is that right?
4         A.  Yes.  I don't specifically remember
5    sitting there and signing this document.  I
6    said that is my signature and I did sign it.
7    But I do not sign anything unless I read it.
8         Q.  I'm going to ask you to look at the
9    statement again.  Why don't you look at your
10   copy which is 159.  Do you see it?
11        A.  Yes.
12        Q.  Do you see that this statement has a
13   couple of spots where your initials appear?
14        A.  Yes.  That's probably because I
15   erased something, changed something and I
16   initialed it to show that I had done that.
17        Q.  And to your mind, does that make you
18   recall that you did read it before you signed
19   it?
20        A.  I must have.
21        Q.  Let's turn to the third page, please.
22   In the middle, there's a sentence which reads,
23   "I met with Police Officer Lane and Detective
24   Pierce who showed me a 1971 Oldsmobile Delta
25   88 and I have looked at the car."



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

74

Smith

1

2        Do you see that?

3     A.   Yes.

4     Q.   I'm going to be asking you questions

5  about the next sentence.  "I feel that this is

6  the car I saw that night."

7        Now, you seem to be a pretty careful

8  person.  When you wrote "I feel that this is

9  the car" --

10        MS. CORNWALL:  Objection.

11        Sorry.  I'll wait until you're

12  finished.

13     Q.   "I feel this is the car I saw that

14  night."  Did you indicate or did you mean to

15  indicate that you weren't certain that you

16  felt it was the car?

17        MS. CORNWALL:  Objection.  Ms. Smith

18  did not write.  She testified earlier that the

19  detectives wrote.

20     A.   The detectives did write that.

21     Q.   Okay.  Do you recall using the words

22  "I feel"?

23        My mistake.  I said that the wrong

24  way.

25     A.   I know what you're saying.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

75

Smith

1

2       MS. CORNWALL:  Well, objection.  The

3   witness has --

4       A.  I thought it was the car upon viewing

5   it.  But I wrote -- I told him the only

6   reservation I have is that that night it

7   looked so grungy, and all the stuff in the

8   back of the car, and it looked like a

9   workman's car.  It looked like a worker's car.

10      Q.  In fact, it looked like a handyman's

11  car, isn't that right?

12      A.  Right.  A handyman's car.  That's

13  what I meant.

14      Q.  Did you express reservations to the

15  police officer or the detective that took your

16  statement that this might not be the car?

17      A.  I don't remember.  It's a

18  possibility.

19          When I thought back --

20      Q.  Are you finished --

21      A.  When I thought back on it, like, now,

22  27 years later, I thought the car was lighter

23  than that car.  I thought it was a lighter

24  car.  When I look at that car, I don't

25  remember that car, picture of this specific



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                    Smith
2    car.  If that's the car, if that's the Delta.
3        Q.  But you indicated earlier today in
4    your testimony that the statement that you
5    gave in 1984 -- December 9, 1984 to be
6    exact -- in your opinion, is accurate and
7    truthful.  Do you remember saying that?
8        A.  Right.  Because I knew how serious
9    this was.  So I wouldn't -- I wouldn't have
10   stretched it.  I would have shown -- any
11   reservation I had, I described that
12   reservation.  Because this car, the car I'm
13   looking at, looked pretty nice, cleaned up.
14   The car I saw that night looked like junk all
15   stuck in there, rope, tools.  Just a whole
16   bunch of junk in there.  And it was very
17   sloppy.
18           But, yes.  I gave the statement.  I
19   knew there was also a misdemeanor to lie on
20   the report.  So I would have been -- tried to
21   be very accurate.
22       Q.  So if I understand you correctly --
23   let me know if this is a fair statement, the
24   statement I'm going to make -- because you
25   were trying to be accurate, you indicated to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Smith

1    the person that took this statement that you

2    had some reservation whether or not the car

3    that they showed you was the car you saw the

4    night you heard the scream?

5         MS. CORNWALL:   Objection.

6    Q.   Correct?

7    A.   But he's specifying that's what the

8    reservation was all about.  Because it was

9    cleaned up and now it looked -- didn't look

10   all junked up.  I thought to myself if they

11   have it in the police pound, why isn't it all

12   junked up the way I saw it that night?

13   Q.   So I'm going to ask my question

14   again.

15        Is it a fair statement for me to say

16   that you expressed your reservation about the

17   car and whether it was the same car you saw

18   the night of the scream because you wanted to

19   be accurate?  Is that a fair statement that

20   I'm making?

21   A.   Yes.  Yes.  I wanted to make sure --

22   I'm not a car person.  You know, I don't know

23   cars too well.  I wanted to make sure that I

24   did not identify the wrong car or tell them



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Case 2:06-cv-06695-JS-SIL Document 224-13 Filed 06/02/12 Page 78 of 183 PageID #: 4723

78

                    Smith

1

2   what my reservation is.  Yeah, this car looks

3   neat, clean.  My car was dirty, filthy and

4   grungy.  It looked different.

5       Q.  You testified here today, as I

6   indicated earlier, that the statement that you

7   gave in 1984 in December, you intended it to

8   be accurate.  But you said also that you have

9   some recollection still today about the

10  incident; do you recall that testimony?

11      A.  Yeah.

12      Q.  For example, you said, "I remember

13  the rope."  Do you remember saying that here

14  today?

15      A.  Yeah.

16      Q.  Do you recall that -- do you recall,

17  as you sit here today, that the car that you

18  saw the night of the scream was a station

19  wagon?

20      A.  Knowing what I thought about it 27

21  years later, I thought it was a station wagon.

22  But I wouldn't have signed about a Delta 88 if

23  that wasn't true.  You know what I mean?  I

24  mean, that's how I'm looking at it.  In

25  hindsight, I thought it was a beige-ish,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                    Smith
2    tannish station wagon.  Because most repairmen
3    have station wagons, things in it.  I thought
4    that was my impression of it.  But here,
5    according to the statement I signed, the Delta
6    88.  I know what that Delta 88 looks like
7    because Jimmy's mother had a Delta 88.
8        Q.  Jimmy meaning James Pearson, your
9    boyfriend at that time?
10       A.  Yes.  His mother had an old model
11   Delta 88.
12       Q.  Didn't you growing up have a station
13   wagon in your family?
14       A.  Yes.
15       Q.  And was that a car that was familiar
16   to you?
17       A.  Yes.  The Vista Cruiser, Oldsmobile.
18       Q.  The station wagon that you had when
19   you were growing up, when you were younger,
20   did it have a door that opened up in the back
21   the way most station wagons do, like a tail
22   that goes down, tailgate?
23       A.  I don't think the Vista Cruiser went
24   down.  I think it opened up this way
25   (indicating).



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

80

Smith

1

2      Q.  So as you look back, as you put it,

3  27 years later, you think -- when you think

4  about the incident today, you think it

5  might -- that the car you saw that night, the

6  night of the scream, might have been a station

7  wagon, however, you want to -- you believe

8  that the statement you gave --

9      A.  Was accurate.

10     Q.  --  was accurate at the time you gave

11 it; correct?

12     A.  Yes.  But 27 years, to remember

13 something like the make of a car, I mean, to

14 even remember all the incident and everything,

15 when so many things happen in the course of a

16 month, let alone...

17     Q.  When you looked -- withdrawn.

18         Do you recall whether you gave the

19 statement -- the one that you gave on December

20 9, 1984 -- do you recall whether you gave it

21 after you looked at the car that the police

22 were going to show you?

23     A.  After the car.

24     Q.  And do you believe that the viewing

25 of the car may have affected your memory and



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

DEBRA SMITH                                    March 22, 2011

81

                          Smith
1
2    you put in the make and model of the car
3    because you had just seen a car in police
4    custody?
5         A.  I didn't give the make and model of
6    the car.  The car they showed me, asked me my
7    opinion of, I thought it was the car.  They
8    then put in the make and model and everything
9    of the car.  I didn't know.
10        Q.  I see.
11        A.  I didn't give them a make and model
12   of a car.  I said "a car."  I just -- a
13   woman's explanation of a car, you know.
14        Q.  Okay.  Now, you testified that, the
15   night of the scream, that you heard what you
16   believed to be a scream; correct?
17        A.  Yes.
18        Q.  And there were some questions asked
19   about your ability to describe that scream;
20   correct?
21        A.  It wasn't blood curdling.  But it
22   was -- definitely sounded like a scream that
23   got muffled with a hand.
24        Q.  In other words, it is your
25   interpretation of the events that there might


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

82

                        Smith
1
2      have been a hand over the person's mouth.
3          A.   After they started the scream.
4          Q.   I see.
5              Do you know if -- what words were
6      used?
7              Let me rephrase that.  That's a bad
8      question.
9              Do you recall if the person said
10     "help" or was it just a scream, like -- I'm
11     going to scream.
12             (Mr. Freeman is screaming.)
13         A.   It was --
14             (The witness is screaming.)
15         Q.   Is that your best recollection of how
16     it sounded to you?
17         A.   Yeah.  Like that.
18         Q.   Are you demonstrating for the record
19     what the scream sounded like?
20         A.   Yes.
21         Q.   You also said that you heard what
22     could have been muffled voices?
23         A.   This was my recall years later --
24     years later.  I remember hearing almost, like,
25     the person was chastising, like a person would



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

83

                    Smith

1
2      be chastising the one who screamed.  All of a
3      sudden, you don't hear anymore screaming.  But
4      you hear some other sounds.  But because it
5      was not clear, I did not put it in the report.
6      Because that was something that was too
7      muffled.  Maybe it was my interpretation.  I
8      don't know.  I didn't want to take any chance.
9      So I put what I clearly heard, what I clearly
10     saw, what I clearly knew.  Because it's a
11     misdemeanor thing.
12         Q.  So my question is, as you sit here
13     today, is this a recollection that you had at
14     the time of the event -- withdrawn.
15             It's an experience that you had at
16     the time of the event, in other words, hearing
17     muffled voices at that time, but you didn't
18     tell the detective because you weren't
19     certain; is that right?
20         A.  Yes.
21         Q.  This is not something that you
22     thought of --
23         A.  Because, don't forget now, I'm across
24     a highway.
25         Q.  --  years later?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                      March 22, 2011

84

                        Smith

1

2     A.   There wasn't that much traffic at

3  that hour of the night.  I'm across the

4  highway and your mind could play tricks on

5  you.  You're not a hundred percent sure.  You

6  think you hear.  That's why I pulled over.  I

7  thought I may have heard.  Let me go and see

8  if maybe I can help this lovers quarrel out,

9  or whatever.  You know.  But I can't say I

10  clearly heard it and that's clearly what I

11  knew.

12     Q.   Okay.  You drove a taxi in Lynbrook;

13  correct?

14     A.   Yes.

15     Q.   On and off for sometime around?

16     A.   Yes.  From '78, around.

17     Q.   Until '89?

18     A.   No.  Until about '82, '83.  Maybe

19  '84.  I may have only driven one night a week

20  around, like, in the '80s, one night a week.

21  Like a Saturday or Friday night.

22     Q.   But you're familiar with the area

23  around Rockland and Sunrise Highway?

24     A.   Yes.  Very familiar with that.

25     Q.   And you're also familiar with train



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

85

                    Smith

1  tracks and the trestles; correct?

2       A.  Well, I never went up to the train

3  tracks or trestle there.

4       Q.  I mean their location and their

5  existence.

6       A.  Yeah.

7       Q.  You testified today that you didn't

8  want to wait for a train to go pass.  Do you

9  recall testifying --

10      A.  Yes.

11      Q.  --  that the bars were down?

12      A.  Right.  That was in my letter -- my

13 statement.

14      Q.  And I'm asking you if you recall --

15 having been a taxi driver, having dated James

16 Pearson for some time -- in your experience,

17 how long does it take for a train to go by?

18      A.  Not that long.  Trains go by pretty

19 quickly.

20      Q.  The train tracks that you're talking

21 about are Long Island Rail Road train tracks,

22 right?

23      A.  Yeah.

24      Q.  It's not a freight train.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                    Smith
2          A.   No, it's Long Island Rail Road.
3          Q.   And it's Saturday night or Friday
4    night.  Would it be a long train, in your
5    experience?
6          A.   No.  But you know what?  I like to
7    try and get home without stopping at lights,
8    stop signs.  I go the way with the least
9    amount of lights, least amount of stop signs.
10   I usually don't go that way home that I went
11   down Rockland Avenue.  But the train was
12   coming, I wanted to avoid it.  So I scooted
13   down Rockland, avoided it.
14         Q.   Do you recall if the train --
15         A.   You know, we're not talking about
16   Sunrise Highway.
17         Q.   Do you recall if the train was going
18   east or west?
19         MS. CORNWALL:  Objection.  Or north
20   or south.
21         Q.   Let me start by saying do you know
22   whether the Long Island Rail Road goes
23   north-south or east-west?
24         A.   It's travel north-south at that
25   location over by East Rockaway.  You have



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

87

                        Smith

1   Sunrise Highway railroad that goes east-west.

2   Then you have it where it comes off somewhere

3   by, maybe Valley Stream, I'm not sure where,

4   and comes down that way.

5           MS. CORNWALL:  I'm a little confused.

6   For the record, you're referring to where she

7   says she was at Central?

8           THE WITNESS:  Central Avenue.  Yeah.

9           MR. FREEMAN:  Do you have the other

10  map as well?  I have it here.

11          THE WITNESS:  I don't think you have

12  it on here.

13      Q.  Do you want to look at -- either map?

14      A.  No.  We're not talking about this

15  east-west Sunrise Highway.  We're talking

16  about the one that cuts down Central Avenue.

17  Oh, here it is.  Here is the train.  There it

18  is.  See?

19          MS. CORNWALL:  Just for clarity of

20  the record, I ask that Debbie make a number 7

21  at the intersection where she stopped where

22  the gates were down and write that on the

23  exhibit on the map.

24          THE WITNESS:  I'm not sure I did on



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

88

Smith

1

2    Central Avenue or what.  I'm sure I scooted

3    around somewhere.  Probably Central Avenue.

4    Did I say Central Avenue in there?

5         MS. CORNWALL:  It's the bottom of

6    page 1 of the statement.

7         Q.  Let me ask you this.  I think earlier

8    you indicated that the train tracks were

9    visible on 170.  I'm going to ask you to look

10   at 170 again, which is this map, and see if

11   you see some indication of where the train

12   tracks are.

13        A.  On this map.  Where do you see

14   Rockland Avenue on here?  I can't find it

15   right now.

16        Q.  Look at the bottom of the map.  I

17   would rather not point to you.

18        Look at the bottom of the map and see

19   if you see it.

20        A.  Here is Sunrise Highway, Lincoln.

21   Here is Rockland.  There it is.  All right.

22   We're not talking about this train track that

23   I went around at all, you know.

24        Q.  Actually, I'm asking you is there an

25   indication on that map of train tracks?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

89

                        Smith

1
2       A.  Right here.  These little
3   crosshatches.
4       Q.  Are those the train tracks?
5       A.  Those are the train tracks where I
6   was waiting at the light.
7       Q.  Would you use a yellow marker to
8   indicate on 170 where the train tracks are?
9           (Witness complies.)
10          MS. CORNWALL:  Just for clarity of
11   the record, Lou, this line of questioning
12   pertains to the tracks, you're asking about
13   the tracks where Debbie stopped and heard the
14   sound and then drove through the underpass and
15   saw the car?
16          MR. FREEMAN:  Yes.  The answer is yes
17   to that.
18          THE WITNESS:  These are the tracks.
19          MS. CORNWALL:  As opposed to the
20   tracks earlier on in the statement where the
21   gate was down by Rockland and Center.
22          THE WITNESS:  That was East Rockaway.
23   That's what I went around to avoid that
24   intersection.  That's when I got onto Rockland
25   Avenue and I was on Rockland Avenue by East



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

90

Smith

1

2  Rockaway.  And I traveled -- here is Rockland

3  Avenue.  See this?  And here is Central

4  Avenue.  See this?  This is another set of

5  train tracks.  Just going from my boyfriend's

6  house, these are the trains at East Rockaway.

7  See them?  I was coming from his house over

8  here, let's say, and went and saw the train

9  was coming and I looked up and down Rockland

10  Avenue, which is here, and I went up to

11  Rockland Avenue and that's where I stopped at

12  a red light on Sunrise Highway.  See the train

13  tracks there?

14      Q.  Thank you.

15      A.  So I stopped at that red light and

16  that's where I heard the scream.

17      Q.  Is it your testimony that there are

18  also train tracks indicated on this map, and

19  if so, would you mark those train tracks in

20  yellow as well.

21      A.  Mark them, too?

22      Q.  Yes, please.

23      A.  Where I went around the light?

24      Q.  I'm not sure it's on the map but --

25      A.  It's here.  See the crosshatch?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

91

Smith

1        Little crosshatch?  My boyfriend's house is
2        here in East Rockaway, let's say.
3              Q.   Below the map?
4              A.   Right.  Now I'm heading north.  I
5        have to pass these tracks.  If I see a train
6        is going to come, I'll quick jump onto
7        Rockland Avenue here, get onto Rockland Avenue
8        as fast as I can.  Then I took Rockland Avenue
9        all the way up out of East Rockaway into
10       Lynbrook.  And then, now, this is the Babylon
11       line of the Long Island Rail Road -- did you
12       ever hear of Babylon?
13             Q.   Yes, I have.
14             A.   That goes through Lynbrook, Freeport.
15             Q.   So is it also true that on Exhibit
16       264, one can see the intersection where you
17       stopped, Rockland Avenue --
18             A.   And Sunrise Highway.  Yes.  Here is
19       Rockland Avenue.  Here is Rockland Avenue and
20       the 27 equals Sunrise Highway.  27 is Sunrise
21       Highway.  Here, see Rockland?
22                  Don't forget, I'm stopped.  This
23       brown mark here, that's the Long Island Rail
24       Road.



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

92

1                    Smith

2          So I'm stopped over on Rockland

3     Avenue right -- I'm on the south side of

4     Sunrise Highway.  Here.  That's where I hear

5     the sound.

6          Q.  Could you use this marker to put your

7     location?

8          A.  On which one?

9          Q.  Use this one.  264.

10         A.  All right.

11              Here is Rockland and Sunrise and I'm

12    on the south side of Sunrise Highway.  This is

13    East Rockaway section, then it becomes

14    Lynbrook here.  Here is that Hot Skates where

15    I think the girl worked.

16         Q.  Could you please put a circle around

17    the area you marked with the highlighter, use

18    that pen, if you will, so we can tell?

19    Because the marker didn't make as much color

20    as I had hoped.

21              (Witness complies.)

22              THE WITNESS:  See how you see 27?

23    Sunrise.  Rockland.

24         Q.  Okay.  So I'm going to focus you on

25    being stopped at the light.  All right.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Smith

1                   Smith

2          So you're stopped at the light on

3     Rockland heading north?

4          A.   Heading north.

5          Q.   You stopped at the light.

6          A.   Right.

7          Q.   You say you have the window down

8     because you are smoking a cigarette?

9          A.   Bad vice.

10         Q.   Right.  So you say at that vantage

11    point, you heard the scream before -- while

12    you were still south of Sunrise Highway on

13    Rockland; am I right?

14         A.   Yes.

15         Q.   Now, is the train line elevated at

16    that point?

17         A.   It is above.  If you go under it,

18    it's above you.  It is elevated.

19         Q.   And is there -- I think people have

20    referred to that area as having a trestle?

21         A.   Yes.  I call it a trestle.

22         Q.   Define trestle.

23         A.   Trestle is the structure of, like, a

24    bridge that belongs to a railroad that they

25    use to go over streets.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

94

Smith

1
2    Q.   And other than the trestle area where
3    you can drive under the overpass, is it fair
4    to say that there's -- that the Long Island
5    Rail Road is on a hill?
6        A.   Yes.
7        Q.   Would you guess or estimate -- I
8    didn't mean the word guess -- would you
9    estimate -- sorry -- how high off the ground
10   that is?  If you know?
11           MS. CORNWALL:  Sorry.  The hill or
12   the track?
13       Q.   The hill.  Or the track.  How high
14   the track is.
15       A.   Above you?  If you're on the ground
16   below, track's got to be high enough for
17   tractor trailers, trucks, buses to go under it
18   and all kinds of traffic.  So what would that
19   be?  15 feet, 20 feet?
20       Q.   Thank you.  And do you recall how far
21   the hill is from the south side to the north
22   side?  In other words, there's dirt
23   supporting --
24       A.   Three lanes of traffic.  Sunrise,
25   three lanes on one side, three lanes of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

95

Smith

1
2      traffic on the other side and trestle comes
3      right there.
4           Q.   Okay.  You read my mind.
5               So you have three lanes, plus three
6      lanes.  Six lanes of traffic before you get to
7      the beginning of the structure that holds the
8      tracks, keeps the tracks 15 or 20 feet up in
9      the air; correct?
10          A.   Right.
11          Q.   And then there is dirt or a hill.
12     And I'm asking you from the south side to the
13     north side, how much space is there?
14          A.   You mean like the sidewalk would be?
15          Q.   Yes.
16          A.   Got to be at least ten feet.
17               MS. CORNWALL:  Objection.  Calls for
18     speculation.
19               MR. FREEMAN:  If she knows.
20          A.   No.  It's got to be more.  It's got
21     to be a car length.  Well, think.  Sunrise
22     Highway to the overpass.  Do you know this
23     area that we're talking about?  It's got to be
24     at least a car length.  20 feet.
25          Q.   So what you're saying, now that we've



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

96

                         Smith

1

2    gone over the numbers -- by the way, do you

3    know the approximate distance from the light

4    to the other side of Sunrise Highway?   In

5    other words, how many feet six lanes is the

6    equivalent of?

7         MS. CORNWALL:   Objection.

8         A.   I don't know how many six lanes is

9    the equivalent of.   Maybe 60 to 80 feet.

10        MS. CORNWALL:   Objection.   At this

11   point the witness is guessing.

12        THE WITNESS:   You know what I'm

13   guessing?   I'm saying if you take a car

14   length, you go across the highway.

15        MS. CORNWALL:   It's something we

16   could measure.

17        Q.   Well, you may answer, if you know.

18        A.   I don't know definitively.   But I

19   would guess it's got to be at least 80 feet.

20        Q.   Not only did you use that road or you

21   used it from time to time, but you also drove

22   a cab in that area; correct?

23        A.   Yes.

24        Q.   And so spatially or distance wise,

25   you're indicating that you heard a scream from



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

97

                    Smith

1
2   approximately 90 feet; correct?
3         MS. CORNWALL:  Objection.
4      A.  Yeah.  But I have a story behind
5   that.
6      Q.  We'll get to that.
7      A.  I can hear better than you can, or
8   could.
9      Q.  Is that what you're saying, that you
10  heard a scream?
11     A.  Yes.  Yes.
12     Q.  I'm going to ask you the next
13  question.  And that is, to your recollection
14  was the scream coming from the north side or
15  was it coming from the south side as you were
16  facing the trestle?
17     A.  I'm facing the trestle, which means
18  I'm looking towards the north and the scream
19  was coming from the north to -- slightly to my
20  left or slightly to the west.  Northwest is
21  where it was coming from.
22     Q.  So on the far side of the trestle.
23     A.  Right.
24     Q.  And now I'm going to ask you where
25  the car was that you saw when you went past



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

98

                    Smith

1
2    the light under the trestle?
3        A.   Right to the right there.
4        Q.   How many --
5        A.   Or to the east.
6        Q.   Okay.  How long did it take you, if
7    you can recall, to get from the spot where you
8    were stopped at the light to where you saw the
9    car?
10           Do you understand the question?
11       A.   Well, do you mean how long was I
12   waiting for that light to change?  Time period
13   there?
14       Q.   I'm going to ask you to
15   incorporate --
16       A.   The whole shebang?
17       Q.   Yes.
18       A.   It was a very long light.  Rockland
19   Avenue is a small intersection.  I was there a
20   while.
21       Q.   What's a while to you?  Does that
22   mean one minute, five minutes?
23       A.   At least three minutes to four.
24       Q.   So it's your testimony that you were
25   at the light three or four minutes and then



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

99

                        Smith

1                        Smith
2   you went through the intersection under the
3   trestle; correct?
4       A.  And pulled my car to the right.
5       Q.  You pulled your car to the right.
6   Did you park -- or stop, I should say -- stop
7   your car behind the car that we're talking
8   about?
9       A.  That car was up more.  Mine was north
10  of it.  North.
11      Q.  Okay.  Now, you didn't stop because
12  of the car.  If I understand, you stopped --
13      A.  I stopped because of the scream.
14      Q.  And, as you said, earlier you wanted
15  to explore?
16      A.  I wanted to investigate.  I thought
17  some boys were giving a girl a hard time.  And
18  I wanted to find out if I could help her.  I
19  just thought:  You know what?  Who do they
20  think they are?  And I just...
21      Q.  And I think you testified that you
22  were afraid or a little scared?
23      A.  I had reservations.  I was definitely
24  afraid.
25      Q.  But that wasn't going to stop you?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

100

Smith

1
2      A.   Oh, what stopped me were those high
3  heels of mine.
4      Q.   We'll get to that in a minute.
5      A.   That stopped me.
6      Q.   I understand you have been given a
7  commendation for helping out during what I
8  believe to be -- you'll correct me if I'm
9  wrong -- an accident or some other occasion
10  where you helped someone in distress while you
11  were driving a taxi cab; is that right?
12      A.   Yes.  In Hempstead.
13      Q.   Was that before or after this
14  incident?
15      A.   Before.
16      Q.   Tell me about the incident.  Because
17  apparently you are willing to --
18      A.   Take a chance.
19      Q.   -- take a chance.  Yes.
20      A.   Well, what would you do?
21      Q.   I'm asking you to tell us.
22      A.   I was turning in my taxi cab in
23  Hempstead.  I turned it in.  Even though I
24  drive in Lynbrook and it has Lynbrook Cab on
25  it, I bring it to the main depot in Hempstead



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                March 22, 2011

101

Smith

1
2    where you get gasoline, check the car out and
3    all that.  I was almost there when I saw this
4    little old man being beat up by three gang
5    boys, three guys beating on this one
6    defenseless man.  Well, I had to stop.  I
7    stopped my car, I jumped out.  And right away,
8    they stopped shaking him down and beating him
9    up.  And I guess one of them was getting ready
10   to come at me when I saw out of the corner of
11   my eye a cop car passing the intersection.  So
12   I jumped out in the intersection screaming for
13   help because it was a cop.  The cop came
14   along, he caught the guys.  And that's what I
15   did.
16          But it was one older man.  A man,
17   maybe 70 years old being beat up by three
18   20-year-olds.  I mean, who wouldn't stop?
19        Q.  Glad you did.
20        A.  Yeah.
21        Q.  Now, let's go back to this incident.
22        A.  I would do the same thing.
23        Q.  You said that -- earlier you said
24   that you would explain why your hearing is
25   better than the average person's hearing?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

102

Smith

1

2     A.   Yes, it is.

3     Q.   Would you tell us how that's so?

4     A.   I went for a complete physical over

5  on -- that hospital on Merrick Road and --

6  what is it?  Oceanside Hospital?  That's

7  Merrick Road?  One of the hospitals right over

8  there.  And it was for a complete physical.

9       I'm going for the hearing portion of

10 the test.  So I keep on -- I look at the

11 woman.  I keep raising my hands, whatever she

12 tells me, you know.  Right hand this sound,

13 that sound.  She keeps doing the same sounds

14 over and over.  I said to her, "Look, you just

15 did four times the same exact sound over and

16 over again.  Why are you doing that?"  She

17 goes, "Because I can't believe what I'm

18 seeing.  I can't believe what you're hearing."

19 She goes, "Do you understand that you can hear

20 better than a dog can?"

21 I said, "What?"

22 She said, "Human beings can't hear that."

23    Q.   When was that examination, how

24 recently?

25    A.   It was '79.  '79.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1                    Smith

2        Q.   I see.   Before this incident?

3        A.   It was before the incident.   A long

4    time ago.

5            So she said to me, "How did you get

6    such good hearing?   I'm shocked."   So she was

7    amazed that I could hear what I could hear.

8    That's why I also knew that I had extra

9    special hearing, good hearing, that most human

10   beings can't hear what I hear.   That's why I

11   only picked the one sound, the loudest yell.

12   Because they would then believe what I could

13   hear, you know what I mean?   Because it was so

14   far away.

15       Q.   I understand your testimony that, to

16   your knowledge, you have hearing that's better

17   than the average person.

18       A.   Yes.

19       Q.   Could you tell us how you knew that

20   the scream that you heard was coming from a

21   particular direction or a particular place?

22       A.   Well, if I'm to understand it, I

23   might not have had that right.   I, for some

24   reason, thought it was coming up.   Like,

25   because from the distance it was, I thought it



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

104

                        Smith

1  was coming from up on the trestle.  But if I'm

2  to understand it -- and I just read it today

3  in the article -- the girl was found

4  underneath somewhere by the little forest or

5  woods there.  So maybe I didn't hear right.

6  You know what I mean?  I thought it sounded

7  like it was coming up and to the west.

8          All I know, it was coming west and it

9  seemed up.  I might have been wrong about

10 that.  That's why I was going up to the

11 trestle to look and see.  Maybe I should have

12 walked along those woods there and looked and

13 looked and looked.  That's what I should have

14 done, just taken a walk along the woods.  But

15 I was afraid to get in trouble with the police

16 because my car was parked where it was not

17 legally parked.

18      Q.  How long did you leave your car

19 unattended, if you recall?

20      A.  I was mostly -- you could see it from

21 where I was.  Because I started to walk up

22 that trestle, up that little hill.

23      Q.  And it's your testimony -- and you

24 seem to be clear about this -- that the night



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

105

                            Smith
1
2    that you heard the scream was the same night
3    as the dance; correct?
4         A.  Yes.
5         Q.  And that you were wearing high heels
6    because you had been to the dance?
7         A.  Right.
8         Q.  And that the dances usually took
9    place on a Friday or a Saturday?
10        A.  Right.
11        Q.  And you went with James Pearson?
12        A.  Right.
13        Q.  And I think you said you went with
14   his mother?
15        A.  Right.  Mom went, too, because her
16   daughter is performing.
17        Q.  When you say daughter is performing,
18   what do you mean?
19        A.  These are folkdances, Swedish or
20   Finnish folkdance.
21        Q.  Is it a dance that is observed by an
22   audience or --
23        A.  Yes.
24        Q.  -- something that you partake in?
25        A.  Both.  First part of the show we



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

106

1                    Smith

2    observe the folk dancers dancing.  And

3    Mrs. Pearson's daughter was a folk dancer.  So

4    she would want to go with Jimmy and me to the

5    dance.  After that, they had dancing and food

6    and whatever.

7        Q.  How many times, if you recall, did

8    you go to such an event?

9        A.  I went to them two, three times a

10   year.  So I've been to -- I've been to at

11   least ten of them.

12       Q.  And do you know whether this

13   particular -- do you know if they were more

14   than one Swedish or Finnish folkdance that

15   time of the year?

16           Do you understand my question?

17           In other words, are they every week

18   or spaced out?

19       A.  No, no.  They're special.  They're

20   special.  Lucia, the Lucia is one dance.  It's

21   spaced out.  One every three, four months

22   maybe.  Usually for something special like the

23   Lucia.  Like James Pearson's sister was Lucia

24   one year.  Dressed in all white, pure,

25   virginal type of costume.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

107

Smith

1

2    Q.  So getting back to your exploration

3 in heels.  How far -- were you trying to go

4 up?

5    A.  I was trying to go up that little

6 hill that's towards the trestle.  I wanted to

7 go up there and see if I could see anything

8 down the tracks or see if I could see anything

9 on the side of the -- there.  And --

10    Q.  How far up were you able to get?

11    A.  I went halfway up.  And then my heels

12 were, like, digging into the dirt, soft dirt.

13 So my heels were digging in.  And I was all

14 off kilter.  I was afraid to fall and hurt

15 myself.  I was going by the tracks.  I didn't

16 know how it looks up there.  I don't know how

17 close they are to the trestle I'm climbing.

18 It's a little dangerous to do that.

19        And then I said what if somebody is

20 having a fight with their boyfriend and I come

21 along and they toss me onto the tracks?

22        Well, I do these things.

23    Q.  So you've actually had a number of

24 adventures, right?  I mean, aside from this.

25 I think you just made a reference of a fact



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                        March 22, 2011

108

                        Smith

1              that -- withdrawn.

3              You said, "I do these things," right?

4        A.  Well, you know, if I think it's
5   something -- one time I'm driving along and
6   this car in front of me hit this little boy or
7   barely hit him.  They were making a big deal.
8   It was in Hempstead.  A whole gang of blacks
9   ready to attack this little old man driving
10  his car.

11             So I come along and I pull up behind
12  him and I get out of the car.  And I said,
13  "Well, come on.  We have to get this kid to
14  the ambulance."  You know?  I said, "He's
15  alive.  It's okay."  But they wanted to kill
16  the guy who accidentally hit the kid.  So I
17  tried to, like, stop it.  You know what I
18  mean?  And I did.

19       Q.  So you're willing to take risks when
20  the situation requires?

21       A.  Yeah.  I guess.

22       Q.  Have you ever taken risks -- did you
23  take a risk by going on the Achille Lauro?  Or
24  maybe you didn't know something was going to
25  happen?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                      March 22, 2011

109

                        Smith

1

2       A.   No.   I didn't know anything was going

3    to happen.   I was told by the Italian ship

4    liners, "Do not take this ship because it is

5    not a union ship.   It is not a union ship.

6    They get in trouble, hijacked, all kinds of

7    problems.   Don't take it."

8          But here I was.   I'm traveling alone.

9    I want to get to Greece.   So I said:   I'm not

10   going to let this stop me.   I'm sure I won't

11   get a bad ship.

12         So I went to the un-union ships,

13   signed up for the Achilles Lauro and I went on

14   it.   That was just because I wanted to go.

15   And I knew that the Italian ships wouldn't be

16   going for days and days and days.   I just

17   wanted to go.

18      Q.   You testified that you were in Europe

19   for approximately two months?

20      A.   Yeah.

21      Q.   And you --

22      A.   Alone.

23      Q.   --  gave a long list of countries,

24   including Afghanistan, Iran?

25      A.   Yeah.   That happened after the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

110

1                    Smith

2    Achilles Lauro.  I ended up in the Middle

3    East.

4        Q.  I'm trying to figure out if you were

5    able to visit all of those countries in that

6    two-month period.

7        A.  Oh, yeah.  Because I have a Euro

8    Pass.  So when I'm going -- say I'm in

9    Portugal.  Because when I was in Portugal, I

10   got mugged and I wanted to get out.  So they

11   had the super trains.  And in ten hours, you

12   would be all the way to Germany.

13           One day I'm in Portugal.  Ten hours

14   later, I'm in Germany.  And I used to do it,

15   hook up all those trains I took, I took at

16   night with sleeping time.  So I slept on the

17   train and then I went to the next country

18   while I was sleeping.  And I managed to

19   optimize my time.  I made it so every moment

20   counted, even sleeping.  I was traveling en

21   route.

22       Q.  Did you use the Euro Pass to get to

23   Afghanistan?

24       A.  No.  You're not allowed to.  No.

25   Euro Passes are only allowed to be used in



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

111

1                    Smith
2    Europe.  Any country in Europe, anywhere, any
3    bus, any train.  Any -- all those things you
4    can take with Euro Pass.  Cruises, you can
5    take the Euro Pass.  But not Afghanistan,
6    India, all those other areas.
7            But I had $10,000 on me.  Can you
8    imagine if they knew I was walking around with
9    $10,000 on me?
10       Q.  Did you go to Afghanistan?
11       A.  Yes.
12       Q.  How long did you stay there?
13       A.  Oh, no.  I was just on my way through
14   there.
15       Q.  On your way to?
16       A.  I was heading north to get back on
17   track.  I was trying to go to a major city
18   where I could take transportation back to
19   Europe.
20       Q.  What major city were you heading
21   towards?
22            MS. CORNWALL:  Objection.  I think
23   this is no longer a relevant line of
24   questioning to the purpose of why this witness
25   is testifying.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

                                                        112

                         Smith

1         Q.   You may answer.

2         A.   At that point, I didn't know my

3    Middle Eastern traffic that well.  So I just

4    kept telling people that I want to go to a

5    major city.  But I didn't know the language.

6    And they did speak English, some of them.  But

7    I don't recall at this point in time.

8         Q.   Did there come a time when you flew

9    on a jet -- I mean, a fighter jet?  Not a

10   passenger plane.  A fighter jet?

11        A.   Yes, I did.

12        Q.   Could you tell us the situation that

13   allowed that at that happen?

14        MS. CORNWALL:  Objection.

15   Irrelevant.

16        Q.   You may answer.

17        A.   I was in Iran and I was -- when I was

18   in Iraq, they said that somehow friends were

19   captured over in Iran.  So they asked if I

20   would go over to help facilitate him getting

21   out there.  I agreed to.  I went to Iran, it

22   was in a cave type of area with a bunch of

23   Iranian, I guess, military, if you call them

24   that.  And the blood started flying.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

113

Smith

1
2     I accidentally touched the Iranian
3 leaders' guy there and blood started flying.
4 So I had to get out of there as quick as I
5 could.  And I ran out of the cave, blood was
6 flying.  They started to kill the guys in the
7 cave.
8         I ran across the tundra, I call it,
9 it's that kind of earth.  I ran across the
10 tundra and there was, I think, an Iraqi plane.
11 I don't know who it was.  But he landed his
12 plane because he was talking to the guys
13 running in behind me.  And as soon as they got
14 him, they pulled him out and attacked him.  So
15 his plane was standing there empty.  And I had
16 taken flying lessons.  So hopped in the plane
17 and took off with it.
18     Q.  So this would be, again, during the
19 two-month period that you were in Europe?
20     A.  In '85.  Yeah.
21     Q.  Let's talk about '84 for a minute.  I
22 certainly appreciate your candor and
23 willingness to talk about your life openly the
24 way you do.
25         In May '84, you were hospitalized;



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

114

                        Smith

1  correct?

2       A.  Right.

3       Q.  I think you said you were in the

4  hospital for about seven days?

5       A.  A short period of time, yes.

6       Q.  If I understand your testimony

7  correctly, when you were in the hospital

8  you're medicated?

9       A.  Right.

10      Q.  And when you leave the hospital

11 you're told to stay on medication; correct?

12      A.  Yes.

13      Q.  And, at least at that time in your

14 life, meaning in '84, '85, '86, you aren't

15 always --

16      A.  Compliant.

17      Q.  --  following doctor's orders to stay

18 on medication; is that right?

19      A.  Correct.

20      Q.  When you didn't take your medication

21 was there a time period that you can tell us

22 about that would -- let me rephrase the

23 question.

24          In other words, if you didn't take



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

115

Smith

1

2  your medication, could you last six months

3  without an episode, a year, year and a half?

4      A.  Usually about a year and a half.

5      Q.  So I think you understand my

6  question.  You could go without taking

7  medication for a certain amount of time and

8  then if you didn't take your medication, you

9  would have an episode; is that fair statement?

10     A.  Not exactly.  It depends on my

11 lifestyle.

12          What I did basically, and most of my

13 life was that -- before I had the kids -- was

14 that I worked three jobs and also would go to

15 school.  Now, that would be school part-time

16 probably.

17          But when I was working school -- when

18 I was going to school full-time, I was working

19 two full-time jobs.  So here I have three

20 full-time jobs.  So basically some people

21 thought that I overdid it.  That going to

22 school full-time and working two full-time

23 jobs or working a full-time and two, three

24 part-time jobs was too much.  For anybody.

25 Who do you know that ever worked two



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

116

                    Smith

1    full-times jobs going to Hofstra University

2    with 17 credits, computer science.  Not an

3    easy major, but a tough major, computer

4    science.  So I would burn out.

5           Also, I worked nights.  A person like

6    me can't work nighttime hours like midnight to

7    6 a.m.  I used to drive a cab from 5 p.m. to 5

8    a.m. all through the night.

9           Also, another thing is I worked the

10   post office.  I worked for the federal post

11   office all night long, 11:00 to, like, 7:00,

12   8:00 in the morning.  Then I went to school.

13   Then I went to two other part-time jobs.

14          So I'm doing all this work that you

15   burn out.

16      Q.  Let me ask you this question.  Do you

17   think that holding two or three jobs and going

18   to school, that is it fair to say that your

19   energy level is very high?

20      A.  Oh, I'm dying.  The whole way through

21   I'm dying of fatigue and exhaustion trying to

22   do that.  I did it years at a time.  But I was

23   dying.

24      Q.  Had you ever heard the phrase --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

117

                        Smith

1

2      A.   Manic.

3      Q.   -- manic?

4           Were you manic at certain times when

5   you didn't take your medication?

6      A.   Yes.  I would say so.

7      Q.   And, by the way, could you look at

8   158, this document?  I'm going to ask you --

9   do you need a copy or you have it?

10          MS. CORNWALL:  I have it.

11     Q.   I'm going to ask you if you recall

12  approximately what time -- you don't have to

13  look at it yet.  You can look at it or not.

14  It's up to you.

15          Do you recall the first time you

16  called the police what time it was?

17     A.   I think it was in between my jobs or

18  something.  I think it was late.  I don't

19  think it was early.

20     Q.   Well, depends on how you define early

21  and late.  I don't know what you mean.

22     A.   I don't really remember.  But I

23  remember it not being -- I don't know.  It was

24  not 9 to 5, I think.  I don't remember

25  exactly.  When was it?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

118

Smith

1

2     Q.  I don't know.  I'm going to ask you.

3         I'm going to ask you to look at this

4  document, 158.  I'm going to ask you to look

5  at the upper left-hand corner --

6     A.  Oh, it's late.  Between 21:00 and --

7     Q.  No.  Look higher.

8         MS. CORNWALL:  Objection.

9  Foundation, what the document is and whether

10 it refreshes.

11        MR. FREEMAN:  I'm going to ask her.

12    Q.  I'm going to ask you to look at a

13 document and see if it refreshes your

14 recollection.  It's 158.  And I'm going to ask

15 you if the document refreshes your

16 recollection as to the time that you called in

17 to the police for the first time.

18    A.  Oh, my God.  I must have been driving

19 the taxi.  Look what time.  Is that the time?

20 4:25?  That's a.m., isn't it?

21    Q.  I'm asking if it refreshes your

22 recollection.  Not whether it's true or not.

23    A.  Sure.  Reading this will refresh my

24 recollection.  Excuse me.  Refresh my

25 recollection.  Excuse me.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

119

                        Smith
1
2            MS. CORNWALL:  You might want to
3    define that.
4            MR. FREEMAN:  Define what?
5            MS. CORNWALL:  "Refreshing
6    recollection" in a sense of does it bring back
7    a memory.
8            MR. FREEMAN:  I'll be happy to do
9    that.
10       Q.  Does looking at the document, any
11   part of it, bring back a memory as to what
12   time you called the police for the first time?
13       A.  I thought I called at a strange time
14   of the day.  I thought I called very early.
15       Q.  Would 4 a.m. be very early?
16       A.  Yeah.
17       Q.  Is that what you mean by very early?
18       A.  Yeah.
19       Q.  Okay.  I'm just asking.
20       A.  I thought I called, like, at a
21   strange time.  But it was probably because --
22   you know why I might have called?  Because I
23   remember seeing it and I thought I was driving
24   my Lynbrook Taxi at that point.
25       Q.  Seeing what?  You said "seeing it."



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

120

Smith

1
2     A.   Seeing the poster that has the phone
3     number on it.  The poster of the missing Fuchs
4     (phonetic), whatever -- Fusco?
5     Q.   Correct.
6     A.   And I said, "Oh, my God.  I might
7     have heard something."  And said I should call
8     as soon as I could.  It was the middle of the
9     night.  But I was up, I was working.
10    Q.   Even if you weren't working driving a
11    cab, would you be -- if you were in a manic
12    stage would you have trouble sleeping?
13    A.   No.  No.  I love my sleep.  Do you
14    know that I sleep -- this is a terrible thing
15    to confess to -- but I sleep ten hours every
16    night medicated or not medicated.  And when I
17    have to be sleep deprived, I crack like a nut.
18    Literally.
19    Q.   Do you know -- or can you help us
20    with this question?
21    A.   Go ahead.
22    Q.   In November of 1984 --
23    A.   Right.
24    Q.   -- you were working at Ceramic; you
25    testified to that, correct?  In November '84



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

121

                    Smith

1

2   you've already testified that you were working

3   at Ceramic?

4       A.  All I remember, what I was

5   definitively doing in '84, I know I had three

6   jobs because I remember saying to some people

7   on the trip, well, look, I begged them to

8   sleep for a year of working.  I know a

9   computer program analyst, that was 8 to 4 --

10  what day was this?  On the 9th, was it a

11  weekend?

12      Q.  I'm asking you at the moment,

13  generally in November of '84 --

14      A.  I cleaned boats and cars --

15      Q.  Go ahead.

16      A.  -- part-time after work during the

17  week.  And I did something on the weekends.  I

18  can't remember what it was.

19      Q.  Was it cleaning houses?

20      A.  No.  It wasn't cleaning houses or

21  boats.

22      Q.  Was it driving a taxi?

23      A.  I thought, if I would have guessed, I

24  thought I did one day a week on Saturdays from

25  5 to 5.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

122

Smith

1

2      Q.  5 p.m. to 5 a.m.; correct?  Is that

3   what you mean?

4      A.  Right.  5 p.m. to 5 a.m.

5      Q.  Can you be any more certain as to

6   what you were doing in November of '84?

7   You've just told us --

8      A.  I can't be sure.  Oh, I was going to

9   school part-time for accounting.

10      Q.  So in other words, even though you

11   had graduated from Hofstra in May of '83, you

12   were going to school for another subject?

13      A.  Why.  Because a program -- it has to

14   be a mass of two things.  You have to know

15   programming, computers.  But you have to know

16   a subject matter.  Accounting is an

17   application that's often -- I was programming

18   at that time.  I was programming accounts

19   payable.  So I needed to know accounting in

20   order to program it correctly.  How can I

21   program something I don't know?

22      Q.  So to the best of your recollection,

23   in November you worked for American Ceramics

24   as a computer programmer.  You also were going

25   to school for accounting.  You were also



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

123

1                Smith

2   cleaning boats.  You were also cleaning houses

3   and you believe you were driving a cab;

4   correct?  Some or all of those.

5       A.  All of them.  Only one I'm not sure

6   about was the cab bit.  But if I did, I was

7   driving it Saturday 5 to 5.  5 p.m. to 5 a.m.

8   That's the only way I can explain calling at

9   that strange hour.

10      Q.  Did you ever work driving a cab on

11  Friday nights?

12      A.  Yes.

13      Q.  During November.

14          MS. CORNWALL:  If you recall.

15      Q.  If you recall.

16      A.  Yeah, I did.  But I can't say it was

17  November.  I have worked Friday and Saturday

18  night.

19      Q.  If you had a plan with your boyfriend

20  to go to a dance in Brooklyn, would you have

21  to make special arrangements to get off of

22  work?

23      A.  I would have to ask to get off.

24      Q.  Now, remind me.  In November of '84

25  your children weren't born yet; correct?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

124

                        Smith

1

2      A.   No.   My oldest is 1989.

3      Q.   And in 1989, you testified, that once

4   you had your first child, you didn't work

5   full-time anymore?

6      A.   I never worked full-time anymore.

7   No.   That's it.

8      Q.   Raising children is a big

9   responsibility; correct?

10     A.   Yes.   It takes a lot of time.   Even

11  to this day, I still drive my children to

12  school, to work, to all over the place.

13     Q.   Have you and your children ever lived

14  in the same house full time?

15     A.   In Brooklyn.

16     Q.   When was that?

17     A.   1989 to 1997 when Paul died.

18     Q.   Is that your husband?

19     A.   Yes.

20     Q.   And subsequent to that, have your

21  children lived in the same house with you?

22     A.   No.   I can't live with my father.   I

23  need my own space.   My father, he has custody

24  of them.   I mean, I go there every day, cook,

25  clean, do everything I have to do every day.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

125

Smith

1 But, no.  They don't live in my apartment.

3     Q.  Is that because of a court order or

4 is that voluntary?

5     A.  My personal opinion on it?  Is my

6 father didn't have any money for his golden

7 years.  So he wanted the checks for the kids.

8 And so he went to court and fought custody and

9 he won.  I lost custody of my kids.

10     Q.  Do you recall the basis for his

11 petition?

12         MS. CORNWALL:  Objection.  Family

13 proceedings are, I believe, private and

14 privileged in New York State.  So it's your

15 choice of whether you choose to answer that or

16 not.

17         THE WITNESS:  It's all right.

18     A.  No.  I don't remember.  All I

19 remember is we had a custody battle and he won

20 custody.  Because of my psychiatric

21 background.  Which, as you can see, hampers

22 and gets in the way very frequently.

23     Q.  Getting back to Sunrise Highway and

24 Rockland, did you --

25         MR. FERGUSON:  At an appropriate time



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

126

                    Smith

1

2    I need to take a recess.  I just need to use

3    the restroom.

4              MR. FREEMAN:  Let's do it now, then.

5              (Recess taken.)

6         Q.   Before today's deposition, did you

7    meet with somebody by the name of Mary?

8         A.   Yes.

9         Q.   Who is Mary?  What is her role in

10   this case, if you know?

11        A.   Mary is a private detective for

12   Restivo, I believe, Kogut and the other

13   fellow.

14        Q.   And how many times did you meet with

15   her?

16        A.   Once.

17        Q.   Where was that?

18        A.   In my apartment.

19        Q.   And how long did that meeting take?

20        A.   About two hours.

21        Q.   Was anybody else present?

22        A.   No.

23        Q.   Did Mary write, take notes while she

24   was talking to you?

25        A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

127

                        Smith

1

2        Q.  Did she sign -- sorry.  Did she ask

3    you to sign a statement?

4        A.  No.

5        Q.  Did you meet with the attorney for

6    the plaintiffs, Ms. Cornwall, before today?

7        A.  Not that I think -- I don't know.  I

8    don't think so.

9        Q.  Let's talk to the same --

10       A.  No.

11       Q.  I'm talking about the woman sitting

12   here, the blond sitting across from you.  Did

13   you ever meet her before today?

14       A.  I don't think so.

15       Q.  When you talked to Mary, did you talk

16   about the case?

17       A.  That's all we talked about.

18       Q.  Did she talk about the facts of the

19   case?

20       A.  She mentioned -- no.  I don't

21   think -- me might have mentioned a few things

22   that were on the map, type of thing.

23       Q.  Did she talk about whether she

24   believed the three men that you've just named,

25   whether she believed them to be innocent or



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

128

                          Smith
1
2    not?
3        A.  She believed them to be innocent.  I
4    said to her I wasn't so sure.  I said to her,
5    "Why would the D.A. go through all the trouble
6    of prosecuting them?"
7        Q.  And did she -- I think you said you
8    talked about the map; correct?
9        A.  Well, things about the map.  Like the
10   car, that type of thing that were on the map,
11   those numbers on the map.
12           She didn't have that map, though.
13   She didn't produce it.  She just spoke about
14   the car, where it was, where my car was.  That
15   type of thing.
16       Q.  When was this meeting?  Do you
17   recall?
18       A.  I was home.  I heard the doorbell
19   ring.  I opened the door.  "Oh, hello.  Who
20   are you?"
21       Q.  Would this be five years ago, one
22   year ago?
23       A.  Oh, this is this year.  Last month,
24   month and a half.
25       Q.  So you were surprised?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

129

                        Smith

1
2       A.  Very -- shocked.  I almost bawled
3   over.
4       Q.  Well, you had met with Mr. Ferguson;
5   correct?
6       A.  Yes.
7       Q.  Was Mr. Ferguson before Mary or
8   after?
9       A.  Mr. Ferguson was first, then Mary.
10  Then Mr. Ferguson again.
11      Q.  So you've had a lot of visitors
12  lately?
13      A.  I didn't want anymore.  I said,
14  "Look, we're talking about a long time ago.
15  You expect me to remember 27 years ago?"  I
16  had trouble getting the dates straight three
17  weeks after the fact.  If you think about it,
18  I didn't want to be bothered with it.
19      Q.  You just made reference to the fact
20  that you didn't have the dates straight three
21  weeks after the incident involving the scream;
22  correct?
23      A.  Yeah.  Because I'm looking at this,
24  the date the lead was received.  I didn't call
25  until December 9th.  That's when I saw the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

130

                    Smith

1

2  poster.  I didn't see the poster before then.

3       I thought there might be some, you

4  know, something to it.  So I decided to call

5  them.

6       But look at that.  That's one month

7  after everything started happening.

8     Q.  When you first met with the

9  detectives, you told them that you thought

10 that the incident -- your hearing the scream

11 incident -- might have been between the 17th

12 and the 20th of November.  Do you have those

13 dates right?

14    A.  "Called and stated that between 11/17

15 and 11/20 she was driving over Sunrise to

16 Rockland."

17      But don't forget.  What time?  It was

18 4:00 in the morning.

19    Q.  What does that mean to you?

20    A.  Meaning, I'm ready to go to bed and

21 I'm tired.  Meaning I must have been driving

22 the taxi.

23      What's 129?  I was up because I was

24 doing some kind of work.  I had to be doing

25 something.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

131

Smith

1

2      Q.   Are you suggesting that if you were

3   up and you were tired, you might not have been

4   as accurate about facts as you would have been

5   if you had just gotten up from a ten-hour

6   sleep?  Is that what you're saying?

7      A.   It depends on my schedule, what I was

8   doing before that.  Did I have a class that

9   day?  Did I work full-time as a programmer?

10  Did I work full-time as a taxi driver that

11  night?

12           That's bedtime.  I'm supposed to be

13  going home and going to bed.

14     Q.   So I'm asking you --

15     A.   What does it mean?

16     Q.   Yes.

17     A.   I think after a good night's sleep, a

18  good ten-hour's sleep, everybody is a lot more

19  fresher and alert than they are after a 15-,

20  16-, 20-hour day.

21     Q.   On 160 -- I think you might have that

22  in front of you here -- on 160, you called in

23  and you said that you had called the command

24  bus.  Do you know what a command bus is?

25     A.   Yes.   A bus they put on the scene of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

132

1                    Smith
2    the accident or scene of a crime that they
3    collect information from.
4         Q.   Do you recall seeing a command bus in
5    this case?
6         A.   No.
7         Q.   Does this refresh your recollection?
8         A.   I did call -- I know I called back
9    when I said:  No, I've got the date wrong.  It
10   was the week before and I called them up to
11   tell them that.
12        Q.   Do you recall what made you call and
13   say that you got the date wrong?  Was there a
14   triggering event?
15        A.   Because I think somebody might have
16   mentioned to me it's a misdemeanor if I make a
17   false statement or lie.  So that, to me, was:
18   Oh, my gosh.  It wasn't that week.  It was the
19   week of the dance, the 10th, 11th or 12th.  So
20   I knew I had the date wrong.
21        Q.   Was it --
22        A.   Because I called on the spur of the
23   moment when I saw I was over by -- I think I
24   was over by Lynbrook Taxi.  I saw the poster,
25   I saw that it said about the missing girl.  I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

133

                    Smith

1

2    said:  I better call right away.  So I called

3    then and there.  That's why I called at such a

4    strange hour.

5         I remember, whatever I was doing I

6    stopped and said:  Wait a minute.  I better

7    call right now even if it's a strange hour.

8        Q.  Do you recall your testimony earlier

9    that your boyfriend Mr. Pearson told you not

10   to call?

11       A.  Yeah.  Of course, he didn't want me

12   to call.  "Debbie what are you going to do

13   about it?  It's too late now.  Nothing to do

14   with you.  It's a month ago.  Who can even

15   remember?"

16       Q.  But my question was, was he telling

17   you not to call and then you called or did you

18   call on the spur of the moment before you had

19   a chance to talk to him?  That's my question.

20       A.  I'm not sure.  At that hour, I would

21   not have called him because he would be in bed

22   sleeping.  So I wouldn't have called him.

23        So I might have called on the spur of

24   the moment that I have to call and get this

25   over with.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

134

                      Smith

1          Q.   I'm asking you if you called -- I'm
2    asking you directly if you called the command
3    bus on December 11, 1984 because you had read
4    newspaper articles about the case?
5          A.   No.   I didn't read anything about the
6    case.   As a matter of fact, the first time I
7    saw any article was the article you showed me.
8          MS. CORNWALL:   Exhibit 263 that I
9    showed you at the beginning of the deposition.
10         A.   Yes.   That one.   The only thing I saw
11   was that poster about the missing girl.
12         Q.   Do you read the papers regularly?   I
13   know you're busy.
14         A.   Newsday.   Yes.
15         Q.   Were you reading it in November of
16   1984, if you recall?
17         A.   I may have.   May have.   But if I'm
18   really busy, I don't go into the back of it.
19   I just read the first five or six pages.
20   Maybe glance at the back sports page and move
21   on.
22         Q.   We've already gone over this.   But
23   you say that you remember seeing a rope in the
24   vehicle that you saw at the corner of Rockland



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

135

                    Smith

1

2   and Sunrise?

3       A.   All kinds of tools.

4       Q.   But do you specifically remember a

5   rope?

6       A.   Yeah, I did.

7       Q.   But I think you've indicated already

8   that it's not in your statement; correct?

9       A.   No.  It's not in my statement.

10      Q.   Do you recall --

11      A.   I just put that in with tools.

12      Q.   Okay.  Are you testifying today that

13  there should have been a rope because there

14  were tools or are you testifying that you

15  recall seeing a rope?

16      A.   I believe recalled seeing one.

17      Q.   Do you recall seeing jeans?

18      A.   I don't recall.

19      Q.   Do you know what I mean?

20      A.   Blue jeans, denim.

21      Q.   In the car?

22      A.   I don't recall seeing that.

23      Q.   Do you recall getting out of your car

24  and peering into the window of the car that

25  you saw at Rockland and Sunrise?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

136

                        Smith

1
2      A.  I was -- first of all, I got out of
3   the car because I was investigating the
4   scream.  I was going all over the place.  I
5   wasn't just going after that car.  As a matter
6   of fact, that was hindsight.
7           First I heard the scream.  Pulled my
8   car over, I parked.  I got out of my car,
9   walked by the trestle, was walking up the
10  trestle because I thought the sound came from
11  that direction, realized I could not make it
12  because of my high heels.  I was not able to
13  climb up there.  Also, realizing it was
14  dangerous, I don't have sneakers.  And the
15  reason why I'm so bold is I'm a martial
16  artist.  I'm very good at jujitsu.
17          And I just headed back down the
18  trestle.  And now I said:  Wait a minute.
19  Now, let's see if there's anything around
20  here.  And then I started looking around, the
21  general vicinity of things and into the car, I
22  looked and peered in the car and I saw
23  everything that was in the car.
24     Q.  Now, this was still nighttime,
25  correct?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

137

Smith

1

2       A.   Excuse me?

3       Q.   It is still nighttime?

4       A.   This is nighttime.

5       Q.   Somewhere around 1 or 2 in the

6    morning; correct?  I don't mean to put words

7    in your mouth.  What time was it?

8       A.   You know what?  I'm not sure.  I

9    remember it being late.  1:00.

10       Q.   But it was dark?

11       A.   Well, you know --

12       Q.   I'm not talking about the lights yet.

13       A.   The trestle area is lit up.

14       Q.   I'm saying the sky was dark, it was

15    nighttime?

16       A.   Yes.  Yes, it's night.

17       Q.   Did you need a flashlight to look

18    into the car?

19       A.   No.  Because it's in an area that's

20    pretty not that dark.  There are lights there.

21    I remember it being -- I could see anything

22    inside the car.

23       Q.   That night you didn't report the fact

24    that you heard the scream or saw the car;

25    correct?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

138

Smith

1

2      A.   If I reported every time I heard a

3    scream or heard a noise or heard something, I

4    would be carted off to the hospital, mental

5    case number 101, into the hospital.  Are you

6    kidding?  I've got a mental health background.

7    That's like a death sentence hanging over my

8    head.  That's why my boyfriend didn't want me

9    to call.  He said, "Debbie, don't bother with

10   it."

11     Q.   You said just a moment ago that

12   you're good or an expert -- I'm not sure what

13   you said -- jujitsu?

14     A.   Not an expert.  Good at jujitsu.

15     Q.   Where did you learn that?

16     A.   At the Silent Flute.

17     Q.   Is that the name of --

18     A.   It's the name of dojo.

19     Q.   Were you ever an Intelligence

20   officer?

21     A.   I was not an Intelligence officer.

22   In 1980 I took the test -- not 1980.  In 1977,

23   March of 1977 I took the military test.  Like

24   an idiot, I signed all the forms they told me

25   to sign.  And they had said I got such high



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

139

                           Smith

1  scores on everything that I could pick
2  whatever expertise I wanted.  I said, "What
3  would you pick?"  He said Intelligence.
4
5       So I picked military Intelligence
6  army, designation and coding decoding.  Okay.
7  But like a fool, I just signed.  Sign, sign.
8  I didn't realize I signed myself into the
9  military.
10      Well, I was actually AWOL because I
11 didn't go in when I was supposed to.  And
12 that's all my Intelligence career, went down
13 the drain.
14     Q.  I may have been mistaken.  So you
15 didn't learn jujitsu --
16     A.  No.  I learned jujitsu on my own.
17     Q.  Did you actually -- even though you
18 didn't join the Intelligence division of the
19 United States CIA or whatever --
20     A.  Right.  Military Intelligence.
21     Q.  --  did you do work for the
22 Intelligence agency?
23     A.  On the books, no.
24     Q.  I'm talking about off the books.
25     A.  No.  I never worked for the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

140

                    Smith

government.

     Q.   Did you work for somebody else
besides the government as an Intelligence
agent?

     A.   No.

     Q.   Were you ever shot down in a
helicopter?

     A.   Was I shot down in a helicopter?

     Q.   Yes.

     A.   No.

     Q.   When you were flying a jet in Iraq,
did that have anything to do with the
Intelligence --

     A.   No.  It was out of Iran.

     Q.   I'm sorry if I misspoke.

     A.   It was out of Iran.  It came over to
the U.S.A., North America where I landed it.
I was very lucky they did not shoot me down.
I landed it in the desert with the help of the
American military.  They're the ones that
needed my help because I did not have enough
expertise in flying that particular bird.  I
only took private lessons in little things.

     Q.   I'm sorry if I'm confused.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

141

Smith

1

2    A.   I did not do that for the government.

3  I did that as matter of survival.  I took the

4  plane to the United States Government and they

5  happened to tell me that they didn't know that

6  plane could do what I had done with it.

7    Q.   Let me see if I understand.

8        You drove it -- flew it, excuse me --

9  by yourself?

10    A.   Yes.

11    Q.   From Iran?

12    A.   Yes.

13    Q.   To Nevada?

14    A.   Yes.  U.S.A.

15    Q.   Nonstop?

16    A.   Yes.

17    Q.   Not for some military agency?

18    A.   No.

19    Q.   On your own?

20    A.   Yes.  Whereupon, the American

21  government kept it.

22    Q.   And also kept what you had done

23  secret?

24    A.   No.  There was a diplomatic problem

25  in the Middle East and they sent me back to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

142

Smith

1

2  the Middle East in one of their fighter jets.

3  He flew his fighter jet with me in the back.

4      Q.  Who is he?

5      A.  An American military pilot.  Or might

6  have been an Israeli.  I don't know what

7  culture he is.  I didn't ask him.  I assumed

8  he was American.  He told me the government is

9  keeping the plane.

10     Q.  How long did it take to fly from Iran

11 to Nevada and Nevada back?

12     A.  Oh, my God.  We were traveling almost

13 the speed of light.  It was robbing Mach 4.

14 You know how fast you move?

15     Q.  I don't.  That's why I'm asking.

16     A.  Since I was a passenger, I'll say, in

17 the fighter jet, from that fighter jet back to

18 the Middle East, I did it in about 15 minutes,

19 20 minutes.

20     Q.  And without refueling; correct?

21     A.  No.  Probably didn't need to.  We

22 didn't have to refuel.

23     Q.  We don't have to go into that much

24 more detail about that, especially if it makes

25 you uncomfortable.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

143

                          Smith

1           But was it in connection with those

2    flights and the work that you did, helping a

3    diplomatic crisis, that you met the President

4    of the United States?

5           A.   No.  I didn't meet the President.

6           Q.   You never met -- you have not met any

7    of the presidents of the United States?

8           A.   Not as presidents, no.

9           Q.   Did you meet George Bush when he was

10   not in office?

11          A.   He was director of the CIA.

12          Q.   And that's --

13          A.   That's when I met him.  But he wasn't

14   President at the time.

15          Q.   That's Senior?

16          A.   Yes.  Senior.

17          Q.   What year was that?

18          A.   That was 1976.  August.

19          Q.   Where was that?

20          A.   August '76.

21          Q.   Physically where were you when you

22   met him?

23          A.   The Holiday Inn lounge across from

24   Kings Point where I worked.  That's Sunnyside



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

144

1              Smith

2    Boulevard, Plainview.

3        Q.   Did this meeting have anything to do

4    with the diplomatic crisis and the flying of

5    the jets that we just spoke about?

6        A.   Well, yes it did in a sense.  Because

7    he told me that he wanted his fighter jet

8    back.  The American government lost a very

9    valuable jet because it was connected with the

10   Space Program or something.  And he wanted to

11   get it back and he thought my friends would

12   know how to tell him to get it back.

13          And then -- I assumed that the stolen

14   fighter jet that I took out of Iran, I had

15   acquired the one that George Bush was missing.

16          I thought I did a big favor.  He got

17   back for free.  No expense to the government,

18   the tax payers, no trouble.  Crazy Debbie is

19   flying it back.  You know, I think I did him a

20   big favor.  I think he owes me one, personally

21   speaking.

22          MS. CORNWALL:  Do you have any more

23   questions?

24          MR. FREEMAN:  I don't think so.

25   Anything else?  Just give us a minute.  We may



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

145

                        Smith
1    need some cleanup.
2
3             (Brief recess taken.)
4    BY MR. FREEMAN:
5        Q.   Just a couple of questions, Ms.
6    Smith.   I understand that, in addition to
7    hearing a scream, that you believed that you
8    also may have heard the sound of a shovel.   Is
9    that right?
10       A.   Oh, yes.   Now I remember that.
11       Q.   You remember?
12       A.   Yes.   That creepy sound of the
13   shovel.
14       Q.   Getting back to your conversation
15   with Mary Schembri, the investigator.   You say
16   that you haven't read much about this case in
17   the newspapers or anyplace else, right?
18       A.   No, I haven't.
19       Q.   Did Ms. Schembri tell you where the
20   body was found?
21       A.   She said it was found underneath a
22   bunch of those pallets, I think.
23       Q.   And did she say where in relation to
24   your testimony, where in relation to where you
25   say you heard the scream, the body was found?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

146

              Smith
1
2       A.   Not so much the scream.   But she
3   mentioned that it was not far from Rockland
4   and Sunrise on the north side of the highway.
5       Q.   And did she tell you about the
6   condition of the body when it was found?
7       A.   No.   Not that.
8       Q.   Did she tell you anything with
9   respect to DNA evidence?
10      A.   No.
11      Q.   Did you know about Hot Skates?   I
12  know you mentioned it?
13      A.   I know it's a skating rink right
14  there.
15      Q.   But did you know it at the time?   In
16  other words, in 1984 did you know what Hot
17  Skates was?
18      A.   Oh, yeah.
19      Q.   Did you talk about Hot Skates with
20  the investigator?   Did she mention Hot Skates
21  during her talk with you?
22      A.    I think she mentioned that Theresa
23  was working at Hot Skates and leaving Hot
24  Skates walking home.
25      Q.   Is that where you learned it from,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

147

1          Smith

2    from your conversation with Mary Schembri?

3         A.  Yes.  Yes.  Just, you know, a month

4    and a half ago, two months ago.

5              MR. FREEMAN:  I have nothing further.

6              MS. CORNWALL:  Nor do I.

7              Thanks so much for coming in.

8              THE WITNESS:  You're welcome.

9              (Time noted:  1:25 p.m.)

10

11

12         _____

            DEBRA SMITH

13

     Subscribed and sworn to before me

14   This _____ day of _____, 2011.

15

     _____

16        NOTARY PUBLIC

17

18

19

20

21

22

23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                      March 22, 2011

148

I N D E X

EXHIBITS                                          PAGE

  263, newspaper article                            5

  264, Google Earth map                             5

  170-A, a map showing markings                    56
  witness made


EXAMINATION BY

  Ms. Cornwall                                       5

  Mr. Freeman                                       71



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                          March 22, 2011

149

C E R T I F I C A T I O N

        I, HELGA CHRISTIANE LAVAN, a
Shorthand Reporter and notary public, within
and for the State of New York, do hereby
certify:

        That DEBRA SMITH, the witness
whose examination is hereinbefore set forth,
was first duly sworn by me, and that
transcript of said testimony is a true record
of the testimony given by said witness.

        I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no way
interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have
hereunto set my hand this        day of
, 20__.

              _____

              HELGA CHRISTIANE LAVAN, Reporter



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

1    DEPOSITION ERRATA SHEET

2

3

4    Our Assignment No.  318667

5    Case Caption:  Restivo v. Nassau County

6

7              DECLARATION UNDER PENALTY OF PERJURY

8         I declare under penalty of perjury that I have

9    read the entire transcript of my Deposition taken in the

10   captioned matter or the same has been read to me, and the

11   same is true and accurate, save and except for changes

12   and/or corrections, if any, as indicated by me on the

13   DEPOSITION ERRATA SHEET hereof, with the understanding

14   that I offer these changes as if still under oath.

15

16   Signed on the _____ day of_____, 20____.

17

18   _____

19              DEBRA SMITH

20

21

22

23

24

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                    March 22, 2011

1    DEPOSITION ERRATA SHEET

2       Page No._____Line No._____Change to:_____

3       _____

4       Reason for change:_____

5       Page No._____Line No._____Change to:_____

6       _____

7       Reason for change:_____

8       Page No._____Line No._____Change to:_____

9       _____

10      Reason for change:_____

11      Page No._____Line No._____Change to:_____

12      _____

13      Reason for change:_____

14      Page No._____Line No._____Change to:_____

15      _____

16      Reason for change:_____

17      Page No._____Line No._____Change to:

18   _____

19      Reason for change:_____

20      Page No._____Line No._____Change to:_____

21      _____

22      Reason for change:_____

23         SIGNATURE:_____DATE:_____

24                  DEBRA SMITH

25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH                                          March 22, 2011

152

1                    DEPOSITION ERRATA SHEET

2       Page No._____Line No._____Change to:_____

3       _____

4       Reason for change:_____

5       Page No._____Line No._____Change to:_____

6       _____

7       Reason for change:_____

8       Page No._____Line No._____Change to:_____

9       _____

10      Reason for change:_____

11      Page No._____Line No._____Change to:_____

12      _____

13      Reason for change:_____

14      Page No._____Line No._____Change to:_____

15      _____

16      Reason for change:_____

17      Page No._____Line No._____Change to:_____

18      _____

19      Reason for change:_____

20      Page No._____Line No._____Change to:_____

21      _____

22      Reason for change:_____

23

24      SIGNATURE:_____DATE:_____

25                    DEBRA SMITH



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

## A

**a.m**
118:20 122:2

**ability**
32:2,5 34:2,
4,8,14 81:19

**able**
107:10 110:5
136:12

**above-
entitled**
3:2

**accident**
100:9 132:2

**accidentally**
108:16 113:2

**accounting**
122:9,16,19,
25

**accounts**
122:18

**accurate**
48:20 55:2
57:23 68:14
76:6,21,25
77:20 78:8
80:9,10 131:4
150:11

**accurately**
55:11

**Achille**
30:16,18
108:23

**Achilles**
109:13 110:2

**acquired**
144:15

**action**
6:10 149:15

**activities**
70:8

**add**
57:18

**added**
24:13

**addition**
145:6

**address**
41:15,17
42:14 44:5,
14,16 45:12

**Adelphi**
8:25

**adventures**
30:3,12
107:24

**adverse**
38:2

**Afghanistan**
30:8 109:24
110:23 111:5,
10

**afraid**
50:19,21,22
51:3 99:22,24
104:16 107:14

**Africa**
30:10

**age**
17:7

**agency**
139:22 141:17

**agent**
140:5

**ago**
5:19 6:13
19:11 29:3,9
43:17 51:10
103:4 128:21,
22 129:14,15
133:14 138:11
147:4

**agreed**

**112:22**

**ahead**
8:8 57:23
60:7 120:21
121:15

**air**
95:9

**ALBERT**
1:10 2:9

**alert**
131:19

**alive**
17:4 108:15

**ALLEN**
2:11

**allowed**
110:24,25
112:14

**alone**
27:24 109:8,
22

**alone..**
80:16

**along**
101:14
104:13,15
107:21 108:5,
11

**already**
121:2 134:23
135:7

**ALSO**
4:18 7:7
14:15 17:20
32:22 35:15
48:17 49:7
57:17 62:18
67:4 69:15
76:19 78:8
82:21 84:25
90:18 91:16
96:21 103:8

**115:14 116:6,
10 122:24,25
123:2 136:13
141:22 145:8**

**always**
24:11 28:5
50:25 114:16

**amazed**
103:7

**ambulance**
108:14

**amended**
67:12

**America**
140:18

**American**
11:12,13
13:11 17:10
42:8,13
122:23 140:21
141:20 142:5,
8 144:8

**amount**
37:4 86:9
115:7

**analyst**
11:16 42:11
121:9

**and/or**
150:12

**angry**
44:16

**another**
33:9 35:15
90:4 116:10
122:12

**answer**
7:20,22 8:8
9:2 89:16
96:17 112:2,
17 125:15

**ANTHONY**

**2:17 4:6**

**antipsychoti
c**
34:20

**anybody**
115:24 126:21

**anymore**
31:10,22
50:12 59:12
83:3 124:5,6
129:13

**anyplace**
145:17

**anyway**
45:11 51:7
72:16

**anywhere**
111:2

**apartment**
19:13 42:24
125:2 126:18

**Apollo**
13:10

**apparently**
100:17

**appear**
73:13

**application**
122:17

**applied**
31:13

**apply**
72:2

**appointment**
37:2

**appreciate**
113:22

**appropriate**
125:25

**approximate**
96:3



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**Approximately**
5:18 11:18
16:7 35:7
52:21 57:13
97:2 109:19
117:12

**area**
30:9 58:21
64:3 84:22
92:17 93:20
94:2 95:23
96:22 112:23
137:13,19

**areas**
30:11 111:6

**argue**
61:24

**argument**
45:16 46:25
47:10 61:22,
23

**army**
139:6

**around**
10:15 12:10
13:16 22:3
23:9 36:22
46:5 53:5,17
57:8 64:4
67:2 84:15,
16,20,23
88:3,23 89:23
90:23 92:16
111:8 136:19,
20 137:5

**arrangements**
123:21

**arrow**
55:23

**article**
17:22 18:2,13
38:17 104:4

**articles**
134:5

**artist**
136:16

**aside**
107:24

**asked**
7:20 28:14
38:12 40:16
48:24 68:8
69:22,25
72:19,21
81:6,18
112:20

**asking**
5:15,24 6:19
7:9,17 26:10
32:10 71:20
74:4 85:15
88:24 89:12
95:12 100:21
118:21 119:19
121:12 131:14
134:2,3
142:15

**Assignment**
150:4

**assistant**
14:9,16 15:2

**Associate**
9:15

**associates**
9:19

**assumed**
21:2 142:7
144:13

**Atlantic**
45:18

**attack**
108:9

**attacked**

134:8 148:4

**attempt**
70:7

**Attorney**
4:14,16,19
20:24 69:21
127:5

**Attorneys**
4:4,8 6:25

**attorney's**
7:3 19:21,25

**audience**
105:22

**August**
10:14,16
11:4,7 15:11
143:19,21

**Avenue**
41:14 45:18,
21,22 46:6,9
52:13 58:8
64:2 86:11
87:9,17 88:2,
3,4,14 89:25
90:3,4,10,11
91:8,9,18,20
92:3 98:19

**average**
101:25 103:17

**avoid**
86:12 89:23

**avoided**
86:13

**aware**
24:21,25

**AWOL**
139:10

_____
**B**
_____

**B**
4:13

**Babylon**

113:14

**attempt**
70:7

91:11,13

**bachelors**
10:23,25 11:6

**back**
10:7 13:19
15:24 16:16,
22 21:11
25:14 38:15
44:11 46:5
50:14 53:11
56:12 57:5,6,
11 59:24
60:5,9 65:22,
25 66:18
67:11 70:6,9,
12 75:8,19,21
79:20 80:2
101:21 107:2
111:16,18
119:6,11
125:23 132:8
134:19,21
136:17 141:25
142:3,11,17
144:8,11,12,
17,19 145:14

**background**
45:5 69:16
125:21 138:6

**bad**
82:7 93:9
109:11

**balance**
35:19 50:24

**balloon**
25:13 32:21

**band**
58:12

**barely**
108:7

**bars**
85:12

**basically**

25:8 115:12,
20

**basis**
125:10

**battle**
125:19

**bawled**
129:2

**Beach**
35:3,4,6
36:23 38:7
45:21

**beat**
101:4,17

**beating**
101:5,8

**bed**
130:20 131:13
133:21

**bedtime**
131:12

**begged**
121:7

**beginning**
95:7 134:10

**Beige**
60:22,25

**beige-ish**
78:25

**being**
19:18 30:7
36:24 38:2
48:9 62:5
92:25 101:4,
17 117:23
137:9,21

**beings**
102:22 103:10

**believe**
20:22 28:12,
25 34:6,20
38:11 43:25



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

63:25 69:7
80:7,24 100:8
102:17,18
103:12 123:3
125:13 126:12
135:16

**believed**
81:16 127:24,
25 128:3
145:7

**belongs**
93:24

**Besides**
31:21 140:4

**best**
13:2 21:25
25:21 36:17
67:14 68:25
70:11 82:15
122:22

**better**
35:4 44:5
97:7 101:25
102:20 103:16
133:2,6

**between**
15:12 43:25
53:25 69:15
117:17 118:6
130:11,14

**Bhatt**
38:5,6

**B-H-A-T-T**
38:5

**big**
59:20 108:7
124:8 144:16,
20

**bipolar**
22:7,11 23:8,
11,19 24:2,4,
12 25:3,9
31:25 32:4,7

38:10

**bird**
140:23

**BIRDSALL**
1:11 2:14

**bit**
9:3 50:16
123:6

**blacked**
41:11 42:2
44:4

**blacks**
108:8

**blanket**
57:6 60:8

**blew**
25:12 32:21

**blocked**
41:16

**blond**
127:12

**blood**
81:21 112:25
113:3,5
149:16

**blown**
22:23

**Blue**
135:20

**boats**
12:4 121:14,
21 123:2

**Body**
17:23 18:12
38:18 145:20,
25 146:6

**bold**
136:15

**books**
139:23,24

**born**

41:10,12
123:25

**Both**
105:25

**bother**
71:6,9 138:9

**bothered**
68:24 69:5,13
129:18

**bottom**
39:5,9,13
52:3 60:2
62:11,13
88:5,16,18

**Boulevard**
45:25 144:2

**boy**
108:6

**boyfriend**
44:21 71:5
79:9 107:20
123:19 133:9
138:8

**boyfriend's**
90:5 91:2

**boys**
99:17 101:5

**brave**
31:21

**break**
7:12 71:22
72:6,7

**bridge**
93:24

**Brief**
145:3

**briefly**
6:17

**bring**
100:25 119:6,
11

**broken**
62:19,23 63:2

**Brooklyn**
66:16 123:20
124:15

**brothers**
16:25 17:2,3
42:19

**brown**
91:24

**BRUSA**
2:12

**BRUSTIN**
4:8

**buddy**
30:21

**bumper**
62:18

**bunch**
76:16 112:23
145:22

**burn**
116:5,16

**bus**
111:3 131:24,
25 132:4
134:4

**buses**
94:17

**Bush**
143:10 144:15

**busy**
68:24 134:14,
19

─────── **C** ───────

**C**
4:2 149:3

**Cab**
12:15 96:22
100:11,22,24
116:8 120:11

123:3,6,10

**call**
16:8,22 18:21
20:20,24
40:15 63:6
67:9,15 68:7,
20 69:12,20
70:6,8,12
71:6 93:21
112:24 113:8
120:7 129:24
130:4 132:8,
12 133:2,7,
10,12,17,18,
24 138:9

**called**
17:8 19:15,
20,25 21:4,8
26:22 27:2
40:6,7 65:22
66:18 69:7,11
70:13 117:16
118:16
119:12,13,
14,20,22
130:14
131:22,23
132:8,10,22
133:2,3,17,
21,22,23
134:2,3

**calling**
65:25 123:8

**Calls**
95:17

**came**
20:5 27:7
48:3,6 56:20,
23 101:13
136:10 140:17

**CAMPBELL**
2:18

**candor**
113:22



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

DEBRA SMITH

**capacity**
2:5,6,7,8,9,
10,11,12,13,
14,15,16,17,
18,19,20,21

**Caption**
1:17 18:6
150:5

**captioned**
150:10

**captured**
112:20

**car**
18:22 21:4,5,
9,14 46:17,
19,22 49:25
50:5,6,8
53:5,12 54:4,
9,11,12,15,
17,18,25
55:6,10,13,
24 56:3 57:3,
7,12,13,18,
19,22 59:15,
16 60:11,15
62:5,19 63:8,
12,15,16,21,
23,24 64:12,
21,22 65:3,5,
7,9,21 66:20
67:24 68:9,17
70:21 73:25
74:6,9,13,16
75:4,8,9,11,
12,16,22,23,
24,25 76:2,
12,14 77:3,4,
18,23,25
78:2,3,17
79:15 80:5,
13,21,23,25
81:2,3,6,7,
9,12,13 89:15
95:21,24

96:13 97:25
98:9 99:4,5,
7,9,12 101:2,
7,11 104:17,
19 108:6,10,
12 128:10,14
135:21,23,24
136:3,5,8,
21,22,23
137:18,22,24

**care**
20:5

**Career**
14:25 15:8
139:12

**careful**
74:7

**careless**
31:11

**cars**
64:3 77:24
121:14

**carted**
138:4

**case**
25:8 126:10
127:16,19
132:5 134:5,7
138:5 145:16
150:5

**cat**
69:3,7

**catch**
51:17

**caught**
101:14

**causing**
50:2

**cave**
112:23 113:5,
7

**Center**

8:24 9:21
14:25 15:8
23:14 26:6
27:11 35:5,6
38:7 89:21

**Central**
45:18 87:8,9,
17 88:2,3,4
90:3

**Ceramic**
120:24 121:3

**Ceramics**
11:12,14
13:12 17:10
42:9,14
122:23

**certain**
74:15 83:19
115:7 117:4
122:5

**certainly**
113:22

**certificate**
10:10,15

**certify**
149:8,14

**chance**
7:18 40:14
83:8 100:18,
19 133:19

**change**
59:13 98:12
151:4,7,10,
13,16,19,22
152:4,7,10,
13,16,19,22

**changed**
56:13,24
73:15

**changes**
150:11,14

**CHARLES**

1:12

**CHARLIE**
2:10

**chastising**
82:25 83:2

**check**
101:2

**checks**
125:7

**child**
15:15 124:4

**children**
15:18 41:21
123:25 124:8,
11,13,21

**choice**
125:15

**choose**
125:15

**Christiane**
3:5 149:5,24

**CIA**
139:19 143:12

**cigarette**
93:8

**circle**
53:5 92:16

**Cisco**
14:8,10,12,
19,22,23,24
15:4

**C-I-S-C-O**
14:11

**city**
111:17,20
112:6

**civil**
5:23

**clarity**
87:20 89:10

**class**

43:6 131:8

**clean**
78:3 124:25

**cleaned**
76:13 77:10
121:14

**cleaning**
12:3,18
121:19,20
123:2

**cleanup**
145:2

**clear**
22:18 51:23
83:5 104:25

**clearly**
49:12,15 58:3
61:20 83:9,10
84:10

**climb**
47:14 136:13

**climbing**
107:17

**close**
107:17

**clue**
26:12

**coding**
139:6

**Cogentin**
36:4,6 37:5

**collect**
132:3

**College**
8:24 9:11,18
10:8,19 11:11

**color**
60:20,22,24
92:19

**come**
20:6,12



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

40:17,20
56:12 63:7
67:11 68:9
91:7 101:10
107:20
108:11,13
112:9
**comes**
87:3,5 95:2
**coming**
46:4 50:14
52:13 58:8
86:12 90:7,9
97:14,15,19,
21 103:20,24
104:2,8,9
147:7
**command**
131:23,24
132:4 134:3
**commendation**
100:7
**COMMISSIONER**
1:5,6,7
**commit**
6:25
**Community**
8:24 9:11,18
10:7,18
**company**
14:12
**compass**
52:3,4
**complete**
10:25 102:4,8
**Compliant**
114:17
**complies**
54:13 55:25
56:4 57:20,24
89:9 92:21
**Computer**

10:22 11:6,15
14:25 15:8
42:11 116:3,4
121:9 122:24
**computers**
122:15
**condition**
25:6,19 35:12
37:7 146:6
**confess**
120:15
**confident**
66:19
**confused**
87:6 140:25
**conjunction**
35:20
**CONNAUGHTON**
1:13 2:13
**connected**
144:9
**connection**
6:23 143:2
**consciousnes
s**
69:19
**consistently**
33:6,15
**contact**
67:17 68:21
**contacted**
20:17,21
21:13
**contacting**
16:4
**continue**
42:6 56:11
63:4
**continues**
1:17
**conversation**

145:14 147:2
**convicted**
18:19
**conviction**
6:24
**cook**
124:24
**cooler**
72:12
**cop**
101:11,13
**copies**
56:6
**copy**
17:21 41:16
42:2 58:4
73:10 117:9
**corner**
45:19 101:10
118:5 134:25
**CORNWALL**
4:11 5:9
56:5,10 71:12
72:20 74:10,
17 75:2 77:6
86:19 87:6,20
88:5 89:10,19
94:11 95:17
96:7,10,15
97:3 111:22
112:15 117:10
118:8 119:2,5
123:14 125:12
127:6 134:9
144:22 147:6
148:10
**Correct**
77:7 80:11
81:16,20
84:13 85:2
95:9 96:22
97:2 99:3
100:8 105:3

114:2,12,20
120:5,25
122:2 123:4,
25 124:9
128:8 129:5,
22 135:8
136:25 137:6,
25 142:20
**corrections**
150:12
**correctly**
63:25 76:22
114:8 122:20
**costume**
106:25
**couldn't**
24:8,9 32:24
47:17 50:11,
18
**counsel**
17:21 58:3
**counted**
110:20
**countries**
109:23 110:5
**Country**
3:4,9 4:4
31:8 110:17
111:2
**COUNTY**
1:5 2:5 4:14,
16,19 6:22
7:3,7,8 9:18
10:18 16:4
17:8 19:24
20:24 21:13
23:14 26:6
27:11 35:5
65:14,19
67:10,16
68:21 69:21
150:5
**couple**

17:15 22:5
43:17 62:9
73:13 145:5
**course**
80:15 133:11
**COURT**
1:2 5:14
7:14,22 69:25
70:4 125:3,8
**crack**
120:17
**Crazy**
144:18
**credits**
116:3
**creepy**
145:12
**crime**
6:24 18:19
132:2
**crisis**
143:4 144:4
**cross**
55:9,10
**crossed**
50:7
**crosshatch**
90:25 91:2
**crosshatches**
89:3
**crossing**
58:11 63:17
**Cruiser**
79:17,23
**Cruises**
111:4
**culture**
142:7
**curdling**
81:21
**currently**


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

36:2

**custody**
81:4 124:23
125:8,9,19,
20

**cuts**
87:17

**CV-06-6695**
1:4

**CV-06-6720**
2:4

---
**D**
---

**D**
148:2

**D.A**
128:5

**D.A.'s**
19:22

**dance**
47:3,7,11
50:17 61:19,
22 66:11,12,
14 67:7
105:3,6,21
106:5,20
123:20 132:19

**dancer**
106:3

**dancers**
106:2

**dances**
105:8

**dancing**
106:2,5

**dangerous**
107:18 136:14

**DANIEL**
2:16

**dark**
137:10,14,20

**dashboard**

62:20

**data**
10:10

**date**
17:25 38:22
65:24 70:8
129:24 132:9,
13,20

**dated**
85:16

**dates**
70:14 129:16,
20 130:13

**daughter**
105:16,17
106:3

**day**
40:16 61:20
67:25 68:3,16
110:13 119:14
121:10,24
124:11,24,25
131:9,20
147:14 149:20
150:16

**days**
23:17 27:8
65:15,20
68:20 70:22
109:16 114:5

**deal**
22:16 108:7

**death**
138:7

**Debbie**
31:25 44:25
45:6 54:24
56:3 57:18
87:21 89:13
133:12 138:9
144:18

**DEBORAH**
4:11

**DEBRA**
5:5 8:15,16
41:9 147:12
149:9 150:19
151:24 152:25

**D-E-B-R-A**
8:16

**December**
15:25 16:3
17:8 18:3,12
26:23 27:3
33:17,19
38:15,24
39:21 40:4
42:4,12,20
44:12,21
46:14 66:18
67:21 68:5
76:5 78:7
80:19 129:25
134:4

**December7**
38:17

**decided**
22:22 45:21
130:4

**DECLARATION**
150:7

**declare**
150:8

**decoding**
139:6

**defend**
7:8

**Defendants**
1:15 2:22

**defenseless**
101:6

**Define**
93:22 117:20
119:3,4

**Definitely**

49:20,22
81:22 99:23

**definitive**
49:8,9 51:15

**definitively**
96:18 121:5

**degree**
9:14,24 10:23
11:3

**Delta**
63:11 64:9,21
68:12 73:24
76:2 78:22
79:5,6,7,11

**delusion**
36:19

**delusions**
35:18 36:10,
15

**demonstrating**
82:18

**DEMPSEY**
1:10 2:6

**denim**
135:20

**DENNIS**
1:8 2:2 4:8
6:21

**Depakote**
25:12,15
37:12,13,14,
16,19

**department**
40:4,17,21
63:23 67:11

**Department's**
16:5

**depends**
115:10 117:20
131:7

**depicted**
59:3

**DEPOSITION**
3:2 5:13 6:14
19:16 29:4
39:3 126:6
134:10 150:1,
9,13 151:1
152:1

**depot**
100:25

**depression**
25:8

**deprived**
120:17

**Deputy**
4:16,19

**describe**
49:16 81:19

**described**
76:11

**describing**
65:21

**desert**
140:20

**designation**
139:6

**detail**
9:4 142:24

**DETECTIVE**
1:7,8,9,10,
11,12,13 2:18
27:19 43:3,9
61:7 63:7,10
68:8 70:19,22
73:23 75:15
83:18 126:11

**detectives**
63:18 70:20
74:19,20
130:9

**determining**



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

59:15

**diagnosed**
23:11,25 24:6
25:5 35:13

**diagnosis**
23:12 25:2
32:18

**didn't**
6:24 11:23
14:24 19:17
21:6 22:19
32:21 33:3
40:2,17 43:18
47:11,18
49:21 50:25
51:2,13 53:18
54:17 55:13
60:17 61:18,
21,24 64:14
65:3 68:24,25
69:4,13,14
70:6 77:10
79:12 81:5,9,
11 83:8,17
85:8 92:19
94:8 99:11
104:6 107:15
108:24 109:2
112:3,6
114:21,25
115:8 117:5
124:4 125:6
128:12,13
129:13,18,
20,24 130:2
133:11 134:6
137:23 138:8
139:8,11,15,
18 141:5
142:7,21,22
143:6

**died**
124:17

**DIEHL**

1:14 2:15

**different**
19:2 26:16
30:11 35:4
78:4

**digging**
50:24 107:12,
13

**diner**
12:21,22 13:8

**diplomatic**
141:24 143:4
144:4

**direction**
48:5 56:23
103:21 136:11

**directly**
134:3

**director**
143:12

**dirt**
47:17 50:24
94:22 95:11
107:12

**dirty**
78:3

**discipline**
9:16

**disorder**
22:7,11 23:8,
11,19 24:2,7
25:2,3 31:25
32:4,7 38:10

**distance**
96:3,24
103:25

**distress**
100:10

**DISTRICT**
1:2 19:20
69:21

**division**

139:18

**DNA**
146:9

**doctor**
35:4 38:4

**doctor's**
114:18

**document**
39:2 65:14,18
73:5 117:8
118:4,9,13,
15 119:10

**documents**
17:15

**dog**
102:20

**doing**
40:22 55:15
102:13,16
116:15 121:5
122:6 130:24
131:8 133:5

**dojo**
138:18

**DONALD**
1:5

**DONNELLY**
2:12

**door**
79:20 128:19

**doorbell**
128:18

**down**
7:15,23,25
26:13 37:3
45:20 47:25
49:8,10 52:5
55:20,22
56:19 60:17
79:22,24
85:12 86:11,
13 87:5,17,23

89:21 90:9
93:7 101:8
107:8 136:17
139:12 140:7,
9,19

**downstairs**
72:14

**dozen**
26:2

**Dr**
38:5,6

**drain**
139:13

**Dressed**
106:24

**drive**
12:13 94:3
100:24 116:8
124:11

**driven**
84:19

**driver**
12:6,8 85:16
131:10

**driving**
12:18 45:17
52:19 69:2
100:11 108:5,
9 118:18
119:23 120:10
121:22 123:3,
7,10 130:15,
21

**drove**
46:9 53:6
56:24 58:23
59:16 84:12
89:14 96:21
141:8

**duly**
5:6 149:11

**duration**

29:6

**during**
29:24 34:10
57:7 100:7
113:18 121:16
123:13 146:21

**dying**
116:21,22,24

---

**E**

**E**
4:2 148:2
149:3

**each**
9:4

**earlier**
68:18 74:18
76:3 78:6
88:7 89:20
99:14 101:23
133:8

**early**
57:3 117:19,
20 119:14,15,
17

**Earth**
58:5 59:2
113:9 148:5

**easily**
50:18

**East**
8:19,23 9:5
12:23 16:11,
14 30:7 31:8
41:14 44:13
86:18,25
89:22,25 90:6
91:3,10 92:13
98:5 110:3
141:25 142:2,
18

**EASTERN**
1:2 112:4



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

east-west
86:23 87:2,16

easy
116:4

educated
33:11

effect
32:13 38:2

effects
32:11 36:4,5

Egypt
30:8

either
67:6,7 70:19
87:14

elevated
48:4 56:22
93:15,18

empty
113:15

en
110:20

end
44:7

ended
30:7 110:2

energy
116:20

engineer
14:8,20

English
112:7

enough
45:13 94:16
140:22

enter
54:11

entered
55:18

entire

150:9

episode
115:3,9

equals
91:21

equivalent
96:6,9

erased
73:15

ERRATA
150:1,13
151:1 152:1

especially
142:24

ESQ
4:6,11,16,
19,20

establish
17:15

estimate
25:21 94:7,9

Euro
110:7,22,25
111:4,5

Europe
13:14,15
27:7,8 30:3
109:18 111:2,
19 113:19

European
31:8

evening
44:9

evenings
13:3,4

event
83:14,16
106:8 132:14

events
81:25

everybody

131:18

everywhere
31:7

evidence
146:9

exact
38:12 76:6
102:15

exactly
13:6 20:8
49:14 115:10
117:25

EXAMINATION
5:8 71:17
102:23 148:9
149:10

examined
5:7

example
28:21 78:12

Excuse
118:24,25
137:2 141:8

exhaustion
116:22

Exhibit
17:19,22
38:21 40:10
51:22 56:7
58:4 64:6,7
65:13,18
67:20 70:10
87:24 91:16
134:9

Exhibits
5:2 148:3

existed
40:2

existence
85:6

expect
129:15

expense
144:17

experience
83:15 85:17
86:5

experienced
36:18 43:15

expert
138:12,14

expertise
139:3 140:23

expired
31:11,14,16

explain
6:17 101:24
123:8

explanation
81:13

exploration
107:2

explore
50:2,9 99:15

express
75:14

expressed
77:17

extension
42:10

extra
103:8

eye
101:11

_____
F
_____

F
149:3

face
19:7

facilitate
112:21

facing

97:16,17

fact
36:25 42:13
43:16 65:6
75:10 107:25
129:17,19
134:7 136:6
137:23

facts
127:18 131:4

fair
33:16,18
34:10 45:13
54:16 66:17
69:19 76:23
77:16,20 94:3
115:9 116:19

fall
6:6,12 107:14

false
43:4,10
132:17

familiar
58:21 79:15
84:22,24,25

family
16:18,21
79:13 125:12

far
54:8 61:15
62:3 94:20
97:22 103:14
107:3,10
146:3

FARRELL
1:8

fast
13:25 91:9
142:14

fat
22:13 23:21
33:7



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

father
124:22,23
125:6

father's
16:14

fatigue
116:22

fatter
25:13

favor
144:16,20

federal
116:11

feel
7:11,13 63:12
72:7 74:5,8,
13,22

feels
61:16

feet
94:19 95:8,
16,24 96:5,9,
19 97:2

fell
6:8

fellow
126:13

felony
22:19

felt
64:21 74:16

female
48:15 49:2
51:19

FERGUSON
4:16 7:3
19:6,9,10,23
20:10 21:17
27:12 28:3
29:15 38:8
49:4 72:13
125:25 129:4,

7,9,10

fight
107:20

fighter
112:10,11
142:2,3,17
144:7,14

figure
27:20 110:4

figured
21:5

filthy
78:3

find
19:19 50:4
71:8 88:14
99:18

finish
65:16

finished
7:17 74:12
75:20

Finnish
105:20 106:14

first
5:6 7:9 9:25
11:9 15:14,22
19:5 23:7,12
24:6,15,16,
20,24 26:3
32:16,18
33:5,14,22
34:22 35:9
37:18 38:22
39:6,19 41:8
53:24 64:7
105:25 117:15
118:17 119:12
124:4 129:9
130:8 134:7,
20 136:2,7
149:11

fit

64:14

five
17:2 25:22
98:22 128:21
134:20

flashlight
137:17

flew
112:9 141:8
142:3

flights
143:3

Flute
138:16

fly
142:10

flying
112:25 113:3,
6,16 140:12,
23 144:4,19

focus
92:24

folk
106:2,3

folkdance
105:20 106:14

folkdances
105:19

following
114:18

follows
5:7

food
106:5

fool
139:7

forest
104:5

forget
16:24 83:23
91:23 130:17

forgot
13:23,24

form
18:15 58:15

forms
138:24

forth
149:10

forward
13:25

fought
125:8

Found
17:24 18:12
27:13,17
32:23 38:18
54:4 104:4
145:20,21,25
146:6

Foundation
118:9

fountain
72:11

four
62:15 98:23,
25 102:15
106:21

four-door
57:3 62:6

FRAAS
1:12 2:10

frame
67:3

FRANK
1:12 2:6

Franklin
64:2

free
7:12,13 72:7
144:17

FREEMAN

4:19 7:6
18:15 58:15
71:18,19
82:12 87:10
89:16 95:19
118:11 119:4,
8 126:4
144:24 145:4
147:5 148:11

Freeport
91:15

freight
85:25

frequently
125:22

fresher
131:19

Friday
11:21 18:3
67:4,6 84:21
86:3 105:9
123:11,17

Fridays
67:8

friend
18:9 44:2

friends
112:19 144:11

front
62:20 108:6
131:22

Fuchs
120:3

full
8:14 10:13
31:4,7 35:5
124:14

full-time
13:12 15:17,
21 115:18,19,
20,22,23
124:5,6



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

131:9,10

**full-times**
116:2

**function**
32:22,24

**further**
55:20,21
71:12 147:5
149:14

**Fusco**
17:20 18:8,
11,19 20:16
28:15 40:11
120:4

**Fusco's**
38:18

---
**G**

**G**
1:11

**gang**
101:4 108:8

**gasoline**
101:2

**gate**
89:21

**gates**
45:19 87:23

**gave**
6:13 40:15
45:12 58:3
65:19 76:5,18
78:7 80:8,10,
18,19,20
109:23

**Gaza**
30:8

**general**
58:7 136:21

**generally**
15:12 58:21
121:13

**George**
143:10 144:15

**Germany**
110:12,14

**getting**
20:23 48:13
101:9 107:2
112:21 125:23
129:16 135:23
145:14

**girl**
45:9 48:9
50:3,20 54:20
92:15 99:17
104:4 132:25
134:12

**Girl's**
17:23

**give**
6:9 21:23
22:21,22 24:4
25:21 34:4
40:15 44:5,15
59:12 69:19
81:5,11
144:25

**given**
17:21 24:25
63:17 67:5
100:6 149:13

**giving**
6:5 23:22,24
39:20 99:17

**Glad**
101:19

**glance**
134:21

**Glenmore**
41:14

**go**
8:8,22 9:10,
20 15:24

31:18,19
45:3,17,23,
25 46:3 47:18
50:12 51:5,7
57:23 59:24
60:7 69:25
72:18 84:7
85:9,18,19
86:8,10
93:17,25
94:17 96:14
101:21 106:4,
8 107:3,5,7
109:14,17
111:10,17
112:5,21
115:6,14
120:21 121:15
123:20 124:24
128:5 130:20
134:19 139:11
142:23

**God**
70:3 118:18
120:6 142:12

**goes**
44:25 79:22
86:22 87:2
91:15 102:17,
19

**going**
7:15 9:2
17:14 18:23
19:3 29:25
31:17 33:13
39:18 41:22
44:23 45:20
47:14,20 50:9
51:7,8 52:15
54:7,10 58:11
59:8 62:8
67:23 71:19
72:18 73:8
74:4 76:24
77:14 80:22

82:11 86:17
88:9 90:5
91:7 92:24
97:12,24
98:14 99:25
102:9 104:11
107:15
108:23,24
109:2,10,16
110:8 115:18,
21 116:2,18
117:8,11
118:2,3,4,
11,12,14
122:8,12,24
131:13 133:12
136:4,5

**golden**
125:6

**gone**
44:2 96:2
134:23

**Good**
5:10,11
71:16,25
103:6,9
131:17,18
136:16
138:12,14

**GOODMAN**
4:13

**Google**
58:5,25 148:5

**gosh**
132:18

**gotten**
131:5

**government**
140:2,4
141:2,4,21
142:8 144:8,
17

**graduate**

9:5

**graduated**
11:5,11
122:11

**Grandinette**
3:3 4:3,6

**gray**
58:12 59:7

**Great**
57:25

**Greece**
109:9

**green**
49:24

**ground**
94:9,15

**growing**
79:12,19

**GRUBER**
1:11 2:7

**grungy**
75:7 78:4

**guess**
19:21 22:8
94:7,8 96:19
101:9 108:21
112:24

**guessed**
121:23

**guessing**
60:24 96:11,
13

**guy**
44:19 108:16
113:3

**guys**
18:19 101:5,
14 113:6,12

---
**H**

**habit**
46:20



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

hadn't
6:7 20:20
half
115:3,4
128:24 147:4
halfway
107:11
hallucinatio
n
36:18
hallucinatio
ns
35:18 36:10,
14
HALSTEAD
2:2,3 4:9
6:21
hampers
125:21
hand
81:23 82:2
102:12 149:20
hands
36:7 50:11
102:11
handwriting
61:4
handyman's
75:10,12
hanging
138:7
happen
80:15 108:25
109:3 112:14
happened
30:4 48:21
66:13 109:25
141:5
happening
49:20 130:7
happy

119:8
hard
22:16 99:17
hardly
51:16
HARRY
1:13 2:8
hatching
52:8
haven't
145:16,18
HEAD
1:8,9 8:2
21:24 138:8
headed
136:17
heading
91:5 93:3,4
111:16,20
headline
17:23
headquarters
63:8 68:9
health
70:16 138:6
hear
8:5 32:5
40:13 45:7
48:2 49:14
50:4 56:19
69:2 83:3,4
84:6 91:13
92:4 97:7
102:19,22
103:7,10,13
104:6
heard
44:24 47:25
48:15,17,23,
25 49:3,4,6,
8,9,11 50:8,
9,13,19

51:11,19
52:22 53:24
54:14 55:3,16
56:18 65:8,
22,24 66:20,
24,25 69:23
77:5 81:15
82:21 83:9
84:7,10 89:13
90:16 93:11
96:25 97:10
103:20 105:2
116:25 120:7
128:18 136:7
137:24 138:2,
3 145:8,25
hearing
48:9 54:25
55:16 82:24
83:16 101:24,
25 102:9,18
103:6,9,16
130:10 145:7
HEATHER
2:3 4:9
heavily
34:11
heels
47:13,16
50:17,23 51:6
61:19 100:3
105:5 107:3,
11,13 136:12
held
3:3 66:15
67:7
Helga
3:5 149:5,24
helicopter
140:8,9
hello
128:19
help

19:17 45:10
59:14 82:10
84:8 99:18
101:13 112:21
120:19
140:20,22
helped
100:10
helping
100:7 143:3
helps
26:17 36:6
Hempstead
100:12,23,25
108:8
her
18:12 50:11
70:8 71:8
99:18 102:14
105:15 118:11
126:9,15
127:13 128:4
146:21
hereby
149:7
herein
43:5
hereinbefore
149:10
hereof
150:13
hereunto
149:20
hesitant
69:17 70:14
High
8:23 9:6
47:13 48:4
50:17,23 51:6
56:21 61:19
94:9,13,16
100:2 105:5

116:20 136:12
138:25
higher
118:7
highlighted
52:5
highlighter
92:17
Highway
46:10 49:24
50:7 51:17
52:15,17,24
53:13 56:25
58:17 59:8
83:24 84:4,23
86:16 87:2,16
88:20 90:12
91:19,21,22
92:4,12 93:12
95:22 96:4,14
125:23 146:4
hijacked
30:14 109:6
hill
94:5,11,13,
21 95:11
104:23 107:6
hindsight
78:25 136:6
hired
7:7
history
29:25 38:9
70:16,24
71:3,10
hit
108:6,7,16
Hofstra
8:25 10:20,21
11:6 116:2
122:11
holding



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 116:18 | 24:17 26:9,24 | 124:18 | 37:23 | intended |
| **holds** | 27:9 36:13 | **hyper** | **incorporate** | 78:7 |
| 95:7 | 113:25 | 22:18 | 98:15 | **interested** |
| **Holiday** | **hospitals** | _____ | **India** | 149:17 |
| 143:24 | 102:7 | **I** | 111:6 | **interior** |
| **home** | **Hot** | **identificati** | **indicate** | 63:15 |
| 16:14 31:17 | 55:21 92:14 | **on** | 57:12 74:14, | **interpretati** |
| 41:23 42:3, | 146:11,16, | 5:3 18:21 | 15 89:8 | **on** |
| 18,23 45:17 | 19,20,23 | 56:9 | **indicated** | 81:25 83:7 |
| 46:2 86:7,10 | **hour** | **identify** | 76:3,25 78:6 | **interrupt** |
| 128:18 131:13 | 28:7 29:14,24 | 21:4,9 77:25 | 88:8 90:18 | 70:17 |
| 146:24 | 53:16,19 84:3 | **identifying** | 135:7 150:12 | **intersection** |
| **HOMICIDE** | 123:9 133:4, | 65:21 | **indicating** | 52:11 87:22 |
| 1:8,9 16:5 | 7,20 | **idiot** | 79:25 96:25 | 89:24 91:17 |
| **hook** | **hours** | 138:24 | **indication** | 98:19 99:2 |
| 110:15 | 110:11,13 | **illegally** | 88:11,25 | 101:11,12 |
| **hoped** | 116:7 120:15 | 53:19 | **individual** | **investigate** |
| 92:20 | 126:20 | **image** | 2:5,6,7,8,9, | 99:16 |
| **hopefully** | **house** | 59:2,12,14 | 10,11,12,13, | **investigatin** |
| 72:4 | 16:12 29:11 | **imagine** | 14,15,16,17, | **g** |
| **hopped** | 44:2 45:17 | 70:3 111:8 | 18,19,20,21 | 136:3 |
| 113:16 | 46:24 47:10 | **impact** | **information** | **investigator** |
| **Hospital** | 90:6,7 91:2 | 32:2,5,8 | 21:23 62:2 | 145:15 146:20 |
| 20:4,7,13, | 124:14,21 | 33:25 34:4,7, | 132:3 | **involved** |
| 18,25 21:18 | **houses** | 13 | **initialed** | 69:14 |
| 22:10 24:12 | 12:3 121:19, | **impound** | 73:16 | **involving** |
| 27:7 28:4 | 20 123:2 | 64:2,10 65:6 | **initials** | 129:21 |
| 32:19 33:3 | **Hudson** | 68:17 | 73:13 | **Iran** |
| 34:24,25 | 4:10 | **impression** | **Inn** | 30:8 109:24 |
| 37:25 102:5,6 | **huge** | 79:4 | 143:24 | 112:18,20,22 |
| 114:5,8,11 | 57:3 | **inaccurate** | **innocent** | 140:15,17 |
| 138:4,5 | **Human** | 61:16 62:4 | 127:25 128:3 | 141:11 142:10 |
| **hospitalizat** | 102:22 103:9 | **incident** | **inside** | 144:14 |
| **ion** | **hundred** | 78:10 80:4,14 | 57:4 60:4,15 | **Iranian** |
| 27:4,5 33:9 | 22:23 25:14 | 100:14,16 | 137:22 | 112:24 113:2 |
| 36:23 | 84:5 | 101:21 103:2, | **institution** | **Iraq** |
| **hospitalizat** | **Huntington** | 3 129:21 | 10:5 | 30:8 112:19 |
| **ions** | 17:13 42:9 | 130:10,11 | **Intelligence** | 140:12 |
| 22:22 23:4,5 | **hurt** | **including** | 138:19,21 | **Iraqi** |
| 25:19,22,24 | 6:8 30:23 | 109:24 | 139:4,5,12, | 113:10 |
| **hospitalized** | 107:14 | **inconsequent** | 18,20,22 | **Irrelevant** |
| 23:8,13,19 | **husband** | **ial** | 140:4,14 | |



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

112:16
**Island**
17:24 85:22
86:2,22
91:12,24 94:4
**Israel**
30:10
**Israeli**
142:6
**Italian**
109:3,15
**items**
60:15

---
J
---

**J**
1:6 4:16
**JACK**
2:16
**JAMES**
1:7 44:2,11,
18 46:24
47:4,6 79:8
85:16 105:11
106:23
**JASON**
2:2 4:9
**jeans**
135:17,20
**jet**
112:10,11
140:12 142:3,
17 144:7,9,14
**jets**
142:2 144:5
**Jewish**
30:14
**Jimmy**
61:23 79:8
106:4
**Jimmy's**
79:7

**Jim's**
47:9
**job**
11:9,20,24
12:4 13:12,
18,21 14:5,7,
18,19
**jobs**
12:11 13:7
15:13 115:14,
19,20,23,24
116:2,14,18
117:17 121:6
**JOHN**
1:3,14 2:2
6:21
**join**
139:18
**JOSEPH**
1:9 2:5 63:7
68:8
**judge**
8:7
**jujitsu**
136:16
138:13,14
139:15,16
**July**
13:17
**jump**
91:7
**jumped**
101:7,12
**June**
13:16 15:11
41:13
**junk**
76:14,16
**junked**
77:11,13
**just**
6:17 7:11,13,

22 21:2 26:19
32:12 35:16
37:11,23
40:6,14
41:15,25 42:6
43:14 47:21
49:11 51:23
52:15 53:20
54:11 57:17
59:8 64:11
65:16 69:18
70:13 76:15
81:3,12 82:10
87:20 89:10
90:5 99:19
102:14 104:3,
15 107:25
109:14,16
111:13 112:4
119:19 122:7
126:2 127:24
128:13 129:19
131:5 134:20
135:11 136:5,
17 138:11
139:7 144:5,
25 145:5
147:3
**just..**
99:20

---
K
---

**KANE**
1:5
**Keep**
41:22 42:17
59:24 62:7
102:10,11
**keeping**
142:9
**keeps**
95:8 102:13
**kept**
112:5 141:21,

22
**kid**
15:22 108:13,
16
**kidding**
138:6
**kids**
15:19 31:17,
18 115:13
125:7,9
**kill**
108:15 113:6
**kilter**
107:14
**kind**
31:22 39:24
61:25 113:9
130:24
**kinds**
38:9 94:18
109:6 135:3
**Kings**
143:25
**knew**
18:18,20
76:8,19 83:10
84:11 103:8,
19 109:15
111:8 132:20
**know**
7:11,13 12:11
13:6 16:24
21:6,21 24:11
26:11 27:6
28:7 30:14
31:6,9 38:13
41:3 43:18
44:14 45:10,
11 47:6,8
51:6,9 53:3,
8,12 64:11,16
68:2 69:13,18
70:15,16

71:4,10 72:8,
16 74:25
76:23 77:23
78:23 79:6
81:9,13 82:5
83:8 84:9
86:6,15,21
88:23 94:10
95:22 96:3,8,
12,17,18
99:19 102:12
103:13 104:7,
9 106:12,13
107:16 108:4,
14,17,24
109:2 112:3,6
113:11 115:25
117:21,23
118:2 119:22
120:14,19
121:5,8
122:14,15,
19,21 126:10
127:7 130:4
131:24 132:8
134:14 135:19
137:8,11
141:5 142:6,
14 144:12,19
146:11,12,
13,15,18,
147:3
**Knowing**
78:20
**knowledge**
67:14 103:16
**knows**
95:19
**KOGUT**
1:3 4:4
126:12
**KOZIER**
2:17

---
L
---



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

March 22, 2011
166

landed
113:11
140:18,20

Lane
63:9 68:11
70:20 73:23

lanes
94:24,25
95:5,6 96:5,8

language
112:6

large
57:2

last
35:9 39:13
43:24 115:2
128:23

late
46:4 117:18,
21 118:6
133:13 137:9

lately
129:12

later
7:16 8:10
48:16,19,22
51:11 67:3,25
68:20 70:22
72:7 75:22
78:21 80:3
82:23,24
83:25 110:14

Lauro
30:16,18
108:23 109:13
110:2

Lavan
3:5 149:5,24

law
43:7 64:15

LAWRENCE
1:7

lawsuit
5:21,23 6:4,
12,20,22 7:8

lawyer
27:20

lawyers
7:7,18 8:6

lead
129:24

leaders'
113:3

learn
138:15 139:15

learned
139:16 146:25

least
86:8,9 95:16,
24 96:19
98:23 106:11
114:14

leave
46:20 104:19
114:11

leaving
46:25 146:23

left
13:11 45:16
47:9 48:3
56:20 58:8,11
59:8 62:3,17,
20 97:20

left-hand
118:5

legal
53:16,22

legally
53:14 64:15
104:18

legs
71:15

length

lawsuit
95:21,24
96:14

lessons
113:16 140:24

lethargic
23:23

Let's
15:24 21:16
26:19 38:15,
20 39:17
41:2,5 59:24
62:7 68:4
73:21 90:8
91:3 101:21
113:21 126:4
127:9 136:19

letter
85:13

letters
62:16

level
33:12 116:20

license
62:12,14,22

lie
76:19 132:17

life
33:6 113:23
114:15 115:13

lifestyle
115:11

lifetime
31:20

light
46:10,11
47:24 48:13
49:23 52:20,
22 56:13,15,
17,24 89:6
90:12,15,23
92:25 93:2,5
96:3 98:2,8,

12,18,25
142:13

light-
57:2

lighter
75:22,23

lights
86:7,9
137:12,20

LIMANI
4:20 7:6

Lincoln
88:20

line
41:8 42:7
43:21 47:22
52:9 59:7
62:10 89:11
91:12 93:15
111:23

liners
109:4

lines
59:25

list
109:23

listened
48:2 56:19

Listening
54:21 55:14

lit
137:13

Literally
120:18

lithium
22:20 25:10
32:16,17
33:4,20,22,
23,25 34:7,16
35:23 36:21

little
9:3 22:18

27:19 50:16
59:19 87:6
89:2 91:2
99:22 101:4
104:5,23
107:5,18
108:6,9
140:24

live
8:18,20
16:10,13
41:13,21
42:18 44:11
124:22 125:2

lived
16:16 41:17
42:23 44:13
124:13,21

living
16:18,22 17:4

LLP
3:4 4:3,8

location
48:9 54:24
55:15 57:13,
15,21 58:7
85:5 86:25
92:7

long
9:12 11:17
13:23 14:4,23
15:7 17:24
22:4 23:15
28:2 29:13
35:3,6 36:23
38:7 45:21
85:18,19,22
86:2,4,22
91:12,24 94:4
98:6,11,18
103:3 104:19
109:23 111:12
116:12 126:19
129:14 142:10



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

longer
55:2 111:23

look
17:14 18:25
38:20 39:5
43:15 51:21,
24 52:4 58:25
65:13 68:4
73:8,9 75:24
77:10 80:2
87:14 88:9,
16,18 102:10,
14 104:12
117:7,13
118:3,4,7,
12,19 121:7
129:14 130:6
137:17

looked
48:4 56:21
57:4,8 60:3,4
62:11,14
63:11,24 65:5
73:25 75:7,8,
9,10 76:13,14
77:10 78:4
80:17,21 90:9
104:13,14
136:22

looking
19:5 47:18
54:20 63:21,
22 67:2,24
76:13 78:24
97:18 119:10
129:23 136:20

Looks
55:7 71:11
78:2 79:6
107:16

LORNA
4:13

lose
25:14

lost
31:10 125:9
144:8

lot
37:22 57:4
60:4 64:3
124:10 129:11
131:18

Lou
7:6 89:11

loudest
103:11

LOUIS
4:19

lounge
143:24

love
120:13

lovely
19:6

lovers
84:8

low
51:15,16

lower
51:25

Lucia
106:20,23

lucid
22:17

lucky
140:19

LULLO
2:2 4:9

Lynbrook
12:14,15,16
40:7 59:5
64:15 84:12
91:11,15
92:14 100:24
119:24 132:24

M

Mach
142:13

mad
45:12

main
100:25

major
111:17,20
112:6 116:4

making
43:9 77:21
108:7

male
51:19,20

man
30:14 101:4,
6,16 108:9

managed
30:25 110:18

manic
25:18 117:2,3,
4 120:11

map
51:21 55:11
56:7,12
57:11,12
58:2,18 59:19
87:11,14,24
88:10,13,16,
18,25 90:18,
24 91:4
127:22 128:8,
9,10,11,12
148:5,6

March
3:8 138:23

mark
56:5 90:19,21
91:24

marked
5:3 17:18,20

51:22 56:8
64:6 65:12
92:17

marker
89:7 92:6,19

marking
6:7 53:10

markings
56:8 148:6

marriage
149:16

married
42:25

martial
136:15

MARTINO
1:10 2:9

Mary
39:25 126:7,
9,11,23
127:15 129:7,
9 145:15
147:2

mass
122:14

matter
3:2 23:21,22
33:7 36:25
43:16 122:16
134:7 136:5
141:3 149:17
150:10

Meadow
8:19,23 9:5
12:23 16:11,
15 41:14

mean
39:22 68:23
70:16 74:14
78:23,24
80:13 85:5
94:8 95:14

98:11,22
101:18 103:13
104:7 105:18
107:24 108:18
112:10 117:21
119:17 122:3
124:24 130:19
131:15 135:19
137:6

meaning
79:8 114:15
130:20,21

means
97:17

meant
75:13

measure
96:16

Medical
8:24 9:21
10:6 23:14
26:6 27:11
35:5,6 38:7

medicated
22:10,13 32:9
34:11 114:9
120:16

medication
22:12 25:11
32:11 33:20
34:13,17 37:6
38:10 114:12,
19,21 115:2,
7,8 117:5

medications
35:25

medicine
36:3

medicines
37:22

medium-tan
57:2



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**meet**
19:9 28:2
126:7,14
127:5,13
143:6,10

**meeting**
19:12,14
21:16 29:8,
11,13,17,20
126:19 128:16
144:3

**MELISSA**
2:2 4:9

**memory**
13:2 21:25
32:8,14 36:17
60:23,25
62:22 64:11
67:15 70:11
80:25 119:7,
11

**men**
127:24

**mental**
70:15 138:4,6

**mention**
37:14 47:12
61:18,19,21
146:20

**mentioned**
10:5 12:17
21:18 23:3
25:18 26:3
27:25 29:2
36:9 51:10
64:16 127:20,
21 132:16
146:3,12,22

**Merrick**
45:22 102:5,7

**met**
7:2 19:7,10
27:12,22 29:2

63:9 68:11
73:23 129:4
130:8 143:4,
7,14,23

**MICHAEL**
1:13 2:13
4:16 7:3 28:2

**Middle**
30:7 31:8
58:11 73:22
110:2 112:4
120:8 141:25
142:2,18

**midnight**
116:7

**military**
112:24 138:23
139:5,9,20
140:21 141:17
142:5

**milligrams**
37:3

**MILTON**
1:11 2:7

**mind**
18:17 27:20
73:17 84:4
95:4

**mine**
39:16 61:5
99:9 100:3

**Mineola**
3:4,10 4:5,15
19:21

**minute**
47:21 51:4
71:15 98:22
100:4 113:21
133:6 136:18
144:25

**minutes**
98:22,23,25
142:18,19

**misdemeanor**
43:6,11 76:19
83:11 132:16

**missing**
17:19,23
18:11 28:21
38:16 40:10
120:3 132:25
134:12 144:15

**misspoke**
140:16

**mistake**
74:23

**mistaken**
139:14

**Mixed**
60:19

**model**
79:10 81:2,5,
8,11

**Mom**
105:15

**moment**
15:25 32:12
51:10 110:19
121:12 132:23
133:18,24
138:11

**Monday**
11:21

**M o n d a y -
t h r o u g h -
F r i d a y**
11:20

**money**
5:24 6:2
31:18 125:6

**month**
5:19 6:13
19:11 29:3,5,
9 43:24 80:16
128:23,24

130:6 133:14
147:3

**months**
13:15,16
15:10 22:5
106:21 109:19
115:2 147:4

**mood**
35:16,20,21

**morning**
5:10,11
116:13 130:18
137:6

**most**
27:3 48:19
79:2,21 103:9
115:12

**mostly**
15:17 35:19
50:22 104:21

**mother**
15:17 47:5,6
79:7,10
105:14

**mouth**
50:11 82:2
137:7

**move**
50:18 134:21
142:14

**moved**
16:25 52:24

**mud**
47:17

**muffled**
49:12 81:23
82:22 83:7,17

**mugged**
110:10

**mumbled**
49:12

**murder**

18:8

**muscle**
36:7

**must**
19:24 22:3
30:20 31:4,11
37:10 61:21
64:24 73:20
118:18 130:21

**myself**
6:8 37:24
77:11 107:15
139:8

_____
**N**
_____

**N**
4:2 148:2
149:3

**NADJIA**
4:20 7:6

**name**
8:14 13:8,23,
24 41:9 71:19
126:7 138:17,
18

**named**
127:24

**names**
24:5

**NASSAU**
1:5 2:5 4:14
6:22 8:23
9:11,18 10:7,
18 16:4 17:8
21:13 23:14
26:6 27:11
35:5 65:14,19
67:10,16
68:21 69:21
150:5

**nature**
6:4

**neat**



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

78:3
**need**
33:12 117:9
124:23 126:2
137:17 142:21
145:2
**needed**
45:10 122:19
140:22
**neighborhood**
58:23 59:2
**nervous**
50:16
**NEUFELD**
4:8
**Nevada**
141:13 142:11
**never**
18:18,20
31:15 32:20
69:25 85:3
124:6 139:25
143:7
**NEW**
1:2 3:4,6,10
4:5,10,15
13:23 18:2
31:14 41:14
42:10 43:7
125:14 149:7
**Newsday**
134:15
**newspaper**
17:22 134:5
148:4
**newspapers**
145:17
**nice**
28:5 30:22
76:13
**night**
40:14 47:3

53:20 63:13
64:12 65:7
66:13 67:2,5
69:23 74:6,14
75:6 76:14
77:5,13,19
78:18 80:5,6
81:15 84:3,
19,20,21
86:3,4 104:25
105:2 110:16
116:9,12
120:9,16
123:18 131:11
137:16,23
**nights**
12:3 116:6
123:11
**night's**
131:17
**nighttime**
116:7 136:24
137:3,4,15
**nine**
44:19
**No.Change**
151:2,5,8,
11,14,17,20
152:2,5,8,
11,14,17,20
**No.Line**
151:2,5,8,
11,14,17,20
152:2,5,8,
11,14,17,20
**nods**
7:25
**noise**
47:19,20
50:10 138:3
**noises**
48:18
**Nonstop**

141:15
**normal**
22:24
**normally**
46:3
**north**
46:9 52:2
86:19 91:5
93:3,4 94:21
95:13 97:14,
18,19 99:9,10
111:16 140:18
146:4
**northern**
30:10
**north-south**
86:23,24
**Northwest**
97:20
**Notary**
3:5 147:16
149:6
**noted**
147:9
**notes**
28:8 126:23
**Nothing**
28:24 50:8,9
55:14 71:7
133:13 147:5
**November**
15:24 33:17,
19 43:25
66:21 67:5
120:22,25
121:13 122:6,
23 123:13,17,
24 130:12
134:16
**Nude**
17:23
**number**

19:19 25:18
40:6 41:23,25
42:3 52:5,22
53:4 54:23
55:3,15 57:14
72:21 87:21
107:23 120:3
138:5
**numbers**
26:13 62:15
96:2 128:11
**nut**
120:17

---

O

---

**O**
149:3
**oath**
6:9 150:14
**objection**
8:6,8,9 18:15
58:15 74:10,
17 75:2 77:6
86:19 95:17
96:7,10 97:3
111:22 112:15
118:8 125:12
**observe**
106:2
**observed**
105:21
**occasion**
100:9
**Ocean**
45:22
**Oceanside**
102:6
**offense**
22:19
**offer**
150:14
**office**
7:4 19:21,22,

25 116:11,12
143:11
**Officer**
67:16 68:11
73:23 75:15
138:20,21
**officers**
6:23 63:9
**offices**
3:3
**official**
21:13
**Oh**
5:20 11:25
19:10 26:10
30:6 37:10
40:5 54:7
56:15 58:13
70:3 87:18
100:2 110:7
111:13 116:21
118:6,18
120:6 122:8
128:19,23
132:18 142:12
145:10 146:18
**Okay**
6:18 7:8,24
8:4 9:2 13:25
15:6,25 16:2,
18 18:10,23
19:3 33:8
41:20,22
43:20 44:10,
17 46:8 56:2
57:16 58:13
63:4 71:21
72:15,16
74:21 81:14
84:12 92:24
95:4 98:6
99:11 108:15
119:19 135:12
139:6

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



ESQUIRE
an Alexander Gallo Company

**Old**
3:4,9 4:4
15:19 16:7
41:10 79:10
101:4,17
108:9

**older**
101:16

**oldest**
124:2

**Oldsmobile**
63:11 64:9,21
68:12 73:24
79:17

**once**
6:16 11:5
31:20 32:19
124:3 126:16

**ones**
38:12 140:21

**open**
45:3 46:12,20
48:14 70:4

**opened**
56:16 79:20,
24 128:19

**openly**
113:23

**opinion**
76:6 81:7
125:5

**opportunity**
38:25

**opposed**
67:3 89:19

**opposite**
53:2

**optimize**
110:19

**order**
70:8 72:18
122:20 125:3

**orders**
114:18

**outcome**
149:17

**outside**
7:7

**over**
15:12 19:25
22:24 29:25
50:11 53:9
54:19 69:3
70:23 71:7
82:2 84:6
86:25 90:7
92:2 93:25
96:2 102:4,7,
14,15,16
112:20,21
124:12 129:3
130:15
132:23,24
133:25 134:23
136:4,8 138:7
140:17

**overboard**
30:15

**overdid**
115:21

**overpass**
53:6 57:2
59:17 94:3
95:22

**owes**
144:20

**P**

**P**
4:2

**p.m**
147:9

**P.O**
1:13,14

**packed**

27:8

**page**
1:17 38:23
39:6,10,13
45:24 59:9
62:11 64:7
68:6,10 73:21
88:6 134:21
148:3 151:2,
5,8,11,14,
17,20 152:2,
5,8,11,14,
17,20

**pages**
61:14 134:20

**Palestinians**
30:9

**pallets**
145:22

**pan**
21:6

**panned**
21:5

**papers**
134:13

**parallel**
52:16

**parents**
17:4 42:18

**park**
53:14 99:6

**parked**
49:24 53:5,9
54:8,12,18
55:24 56:3
57:14,18
59:15 104:17,
18 136:8

**parking**
53:16,19,22

**part**
6:8 55:9 59:5

61:17 105:25
119:11

**partake**
105:24

**particular**
103:21 106:13
140:23

**parties**
149:15

**partly**
46:12,20
56:16

**part-time**
12:21 115:15,
24 116:14
121:16 122:9

**party**
5:20 6:2

**pass**
85:9 91:6
110:8,22
111:4,5

**passenger**
112:11 142:16

**Passes**
110:25

**passing**
101:11

**passport**
31:4,6,9,15

**Paul**
124:17

**payable**
122:19

**payers**
144:18

**Pearson**
44:11,18 79:8
85:17 105:11
133:9

**Pearson's**

44:2 46:24
106:3,23

**peered**
136:22

**peering**
135:24

**pen**
53:4 92:18

**penal**
43:7

**PENALTY**
150:7,8

**Peninsula**
45:25

**people**
5:14 93:19
112:5 115:20
121:6

**percent**
84:5

**performing**
105:16,17

**period**
12:20 13:6
15:12,16
66:5,6 98:12
110:6 113:19
114:6,22

**periods**
34:11

**PERJURY**
150:7,8

**PERRINO**
2:17

**person**
30:22 33:11,
12 74:8 77:2,
23 82:9,25
103:17 116:6

**personable**
33:12



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

personal
125:5

personally
144:20

person's
82:2 101:25

pertains
89:12

petition
125:11

phone
19:19 20:24
41:23,25
42:3,10,15
63:6 67:9,15
68:7,19 70:23
120:2

phonetic
120:4

photograph
18:7 58:7

phrase
116:25

Physical
9:23 38:2
102:4,8

Physically
143:22

pick
139:2,4

picked
103:11 139:5

picture
75:25

Pierce
63:10 68:12
70:20 73:24

Pilgrim
20:4,13,18,
25 21:17 22:9
24:13,17,23

25:17 26:14
27:13,14,23
28:3 35:2
37:17

pilot
142:5

place
13:24 17:12,
13 42:9
103:21 105:9
124:12 136:4

Plaintiff
1:4

Plaintiff-John
4:4

Plaintiffs
2:4 6:20
127:6

Plaintiffs-John
4:8

Plainview
144:2

plan
123:19

plane
112:11
113:10,12,
15,16 141:4,6
142:9

plate
62:12,14,22

play
84:4

please
7:10 8:14
39:9 42:6,17
43:2 46:8,13
51:21 63:4
73:21 90:22
92:16

plus
95:5

point
7:13 12:7
13:14 17:9
20:20 37:12
41:5 65:2
71:13 88:17
93:11,16
96:11 112:3,8
119:24 143:25

pole
40:7

POLICE
1:5,6 6:23
16:4,23 17:8
20:16 21:4,9,
13 26:22 27:2
40:4,17,21
43:10 44:24
46:7 49:13
63:8,9,23
64:2,9,20
65:15,19,23,
25 66:18
67:10,16
68:9,11,17,
20,21 69:7,11
73:23 75:15
77:12 80:21
81:3 104:16
117:16 118:17
119:12

portion
102:9

Portugal
110:9,13

Positive
71:24

possibility
75:18

possible
47:11

Possibly
34:15

Post
18:2 116:11

poster
17:19 28:21
38:16 40:6,9,
10 120:2,3
130:2 132:24
134:12

pound
77:12

pounds
22:23 25:14

prefer
22:20

pregnant
10:4 15:16

prepared
40:24

Pre-physical
9:17

prescribed
34:22 35:10
37:6,15,19,
20

PRESENT
4:18 15:17
126:21

presenting
36:14

President
143:4,6,15

presidents
143:8,9

Pretty
18:8 22:17
33:21 47:8
74:7 76:13
85:19 137:20

previously

51:22 64:5

primary
38:3

private
125:13 126:11
140:24

privileged
125:14

probably
52:21 73:14
88:3 115:16
119:21 142:21

problem
22:24 141:24

problems
109:7

proceedings
125:13

process
8:11

processing
10:11

produce
128:13

program
10:23 121:9
122:13,20,21
144:10

programmer
11:15 42:11
122:24 131:9

programming
122:15,17,18

promised
30:22

prompted
66:3

prone
35:17 36:9,12

prosecuting
128:6



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

**protested**
64:25

**provided**
65:14

**psychiatric**
20:4 23:4
25:6 37:7
38:3 45:5
69:16 70:23
71:3,10
125:20

**psychotic**
35:17

**Public**
3:5 147:16
149:6

**pull**
53:14,21
108:11

**pulled**
49:24 53:12
84:6 99:4,5
113:14 136:7

**pumps**
50:23

**punishable**
43:5,10

**pure**
106:24

**purpose**
111:24

**pursuant**
43:6

**pushed**
30:15

**put**
24:3 46:2
51:14 55:23
60:17 61:23
70:7 80:2
81:2,8 83:5,9
92:6,16

131:25 135:11
137:6

**putting**
50:24

**Q**

**quarrel**
84:8

**question**
7:10,20 18:16
58:16 65:16,
23 72:3 77:14
82:8 83:12
97:13 98:10
106:16 114:24
115:6 116:17
120:20
133:16,19

**questioning**
89:11 111:24

**questions**
5:15 6:19
7:9,11,17,19
8:11 17:17
18:24 19:4,16
20:15 21:3,7
32:16 34:2
38:9 39:18
41:6 54:10
69:17 71:2,
13,14,20
72:19,20,21
74:4 81:18
144:23 145:5

**quick**
91:7 113:4

**quickly**
85:20

**R**

**R**
4:2 149:3

**Rail**
85:22 86:2,22

91:12,24 94:5

**railroad**
45:19 48:4
52:9,13 53:23
56:21,25 57:8
58:10,13,20
59:9,17 63:17
87:2 93:24

**raise**
69:16

**raising**
102:11 124:8

**ran**
113:5,8,9

**read**
18:7 38:25
39:17,23,25
41:5,7 43:2,
21 44:7 45:14
46:8 47:22
48:25 61:10,
13,14,16
62:17 72:25
73:7,18 95:4
104:3 134:4,
6,13,20
145:16 150:9,
10

**reading**
42:17 56:11
59:24 61:6
62:7 63:4
118:23 134:16

**reads**
73:22

**ready**
101:9 108:9
130:20

**realize**
66:8 139:8

**realized**
66:5 136:11

**realizing**

136:13

**really**
69:5,6 117:22
134:19

**rear**
62:18

**reason**
47:7 103:24
136:15 151:4,
7,10,13,16,
19,22 152:4,
7,10,13,16,
19,22

**recall**
10:12 16:3
25:16 40:3
43:8 46:23
48:8 60:14,20
62:25 63:3,25
65:25 66:14
68:20 72:23
73:18 74:21
78:10,16
80:18,20
82:9,23
85:10,15
86:14,17
94:20 98:7
104:20 106:7
112:8 117:11,
15 123:14,15
125:10 128:17
132:4,12
133:8 134:17
135:10,15,
17,18,22,23

**recalled**
135:16

**receive**
9:14,24

**received**
29:4,6,7 63:6
68:7 129:24

**recess**
126:2,5 145:3

**recognize**
39:7,10,14
59:2,7 64:8
65:6

**recognized**
68:16

**recollection**
78:9 82:15
83:13 97:13
118:14,16,
22,24,25
119:6 122:22
132:7

**record**
21:22 41:7,
15,25 43:22
46:24 61:23
82:18 87:7,21
89:11 149:12

**red**
46:10 49:23
90:12,15

**refer**
53:11

**reference**
107:25 129:19

**referred**
93:20

**referring**
35:2 40:10
65:7 67:20
70:10 87:7

**reflected**
18:13

**reflecting**
55:11

**refresh**
118:23,24
132:7

**refreshes**



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 118:10,13, 15,21 | 121:4,6,18 125:18,19 129:15 133:5, 15 134:24 135:4 137:9, 21 145:10,11 | **respect** 146:9 | 95:3,10 97:23 98:3 99:4,5 100:11 101:7 102:7,12 103:23 104:6 105:7,10,12, 15 107:24 108:3 114:3, 10,19 120:23 122:4 125:17 130:13 133:2, 7 139:20 145:9,17 146:13 | 89:22 90:2,6 91:3,10 92:13 |
| **Refreshing** 119:5 | | **responsibili ty** 124:9 | | **Rockland** 45:21 46:5,9 52:12,20 53:7 58:8,12 84:23 86:11,13 88:14,21 89:21,24,25 90:2,9,11 91:8,9,18, 20,22 92:2, 11,23 93:3,13 98:18 125:24 130:16 134:25 135:25 146:3 |
| **refuel** 142:22 | **remembered** 28:18 48:16, 17,22 | **restaurant** 12:6,19,21 | | |
| **refueling** 142:20 | **remembering** 13:21 | **RESTIVO** 2:2 4:8 6:21 126:12 150:5 | | |
| **regardless** 33:7 | **remind** 28:16 37:15 123:24 | **restroom** 126:3 | | |
| **regularly** 134:13 | **repairmen** 79:2 | **reticent** 31:22 | | |
| **related** 149:15 | **repeat** 72:4 | **returned** 13:19 | | |
| **relation** 145:23,24 | **rephrase** 82:7 114:23 | **RICHARD** 2:11,20 | **right-hand** 39:15 62:12 | **ROE** 2:20 |
| **relevant** 47:12 111:23 | **report** 46:7 76:20 83:5 137:23 | **ridiculous** 33:10 | **rigidity** 36:7 | **role** 126:9 |
| **remember** 12:5 13:6,9, 22 20:8 21:15 23:20 24:9 26:13 27:15 28:14 34:8,14 37:11,22 39:20,22,24, 25 40:2,5,19, 22,23,25 43:12 45:4 47:2,3 48:11, 12,13 53:13, 17 55:12 60:11,16 61:11,20,24 62:5,6,15,18 63:21,22 64:18 67:13, 18,23 69:24 73:4 75:17,25 76:7 78:12,13 80:12,14 82:24 117:22, 23,24 119:23 | **reported** 54:25 55:6,10 57:22 138:2 | **right** 7:19 8:3,10 10:17 15:3,5 16:17 25:4 26:21 27:6 29:10 32:10, 12 36:24 38:22 39:11, 20 40:12 44:23 47:9 48:20 52:12 53:15,21,25 54:2,23 55:4, 5 56:3 57:17 58:11 59:9 61:9 67:22 72:12,17 73:3 75:11,12 76:8 83:19 85:13, 23 88:15,21 89:2 91:5 92:3,10,25 93:6,10,13 | **ring** 128:19 | **rolled** 47:25 56:18 |
| | **reporter** 5:14 7:14,22 149:6,24 | | **rink** 146:13 | **room** 5:14 59:20 |
| | **reporting** 38:17 | | **risk** 108:23 | **rope** 60:17,18,20 76:15 78:13 134:24 135:5, 13,15 |
| | **represent** 6:20 54:3 | | **risks** 108:19,22 | **route** 110:21 |
| | **requires** 108:20 | | **Risperdal** 34:18,19,23 35:10,14,22, 24 36:22 | **router** 14:21 15:4 |
| | **reservation** 63:14 65:2 75:6 76:11,12 77:3,9,17 78:2 | | **Road** 3:4,9 4:4 45:22 49:25 53:15 60:12 85:22 86:2,22 91:12,25 94:5 96:20 102:5,7 | **routers** 14:13 |
| | | | **robbing** 142:13 | **ruled** 8:9 |
| | **reservations** 75:14 99:23 | | **ROBERT** 1:10 2:6 | **rules** 72:2 |
| | | | **Rockaway** 44:13 86:25 | **ruling** 8:7 |
| | | | | **running** |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

113:13

**S**

**S**
4:2

**Saturday**
66:25 67:7
84:21 86:3
105:9 123:7,
17

**Saturdays**
67:8 121:24

**save**
150:11

**saw**
20:3 40:12
45:19 50:22
54:15 55:12,
13 57:2,4,12,
19 59:16
60:4,16 63:12
68:16 69:23
74:6,13 76:14
77:4,13,18
78:18 80:5
83:10 89:15
90:8 97:25
98:8 101:3,10
129:25
132:23,24,25
134:8,11,25
135:25 136:22
137:24

**saying**
46:6 64:20
70:4 74:25
76:7 78:13
86:21 95:25
96:13 97:9
121:6 131:6
137:14

**says**
18:3 42:25
52:12 54:24

68:7 70:7
87:8

**scared**
99:22

**scene**
131:25 132:2

**SCHECK**
4:8

**schedule**
131:7

**Schembri**
145:15,19
147:2

**schizoaffect**
**ive**
24:4,7,13
25:2

**school**
8:22,23 9:6
115:15,17,
18,22 116:13,
19 122:9,12,
25 124:12

**science**
9:15,16 10:22
11:6 116:3,5

**scooted**
86:12 88:2

**scores**
139:2

**scream**
40:13 45:8
47:25 48:3,6,
10,15 49:2,9,
16 50:3,12,20
52:23 53:24
54:15,25
55:3,17
56:18,20,23
65:8,21,24
66:20,25
77:5,19 78:18

80:6 81:15,
16,19,22
82:3,10,11,
19 90:16
93:11 96:25
97:10,14,18
99:13 103:20
105:2 129:21
130:10 136:4,
7 137:24
138:3 145:7,
25 146:2

**screamed**
83:2

**screaming**
54:21 55:16
69:8,10
82:12,14 83:3
101:12

**SEAN**
1:7 2:19

**seat**
57:5,7 60:5,9

**second**
29:3 39:10
62:11

**secret**
141:23

**section**
43:6 92:13

**sedan**
57:3 62:6

**see**
7:14 17:25
18:6 19:2,5
21:22 26:16,
19 32:2 40:15
42:22 50:2,15
52:5,8,11,
15,17 54:17,
20,22 55:13
57:13 58:8,
10,14,17 70:7

73:10,12 74:2
81:10 82:4
84:7 87:19
88:10,11,13,
18,19 90:3,4,
7,12,25 91:6,
17,22 92:22
103:2 104:12,
21 107:7,8
118:13 125:21
130:2 136:19
137:21 141:7

**seeing**
54:25 55:6,10
57:22 58:3
60:11,15
102:18
119:23,25
120:2 132:4
134:24
135:15,16,
17,22

**seeking**
6:2

**seen**
64:22 65:7,9
66:20 68:17
81:3

**seldomly**
22:12

**semester**
10:2

**send**
31:13

**Senior**
143:16,17

**sense**
119:6 144:6

**sent**
141:25

**sentence**
43:2 44:8
45:14 46:8

73:22 74:5
138:7

**separate**
14:18 35:21

**SERGEANT**
2:18

**Serio**
3:3 4:3

**serious**
76:8

**set**
19:14 90:4
149:10,20

**seven**
114:5

**shakes**
8:2

**Shaking**
36:7 101:8

**shape**
25:14

**SHARKEY**
2:16

**shebang**
98:16

**SHEET**
150:1,13
151:1 152:1

**SHIELD**
2:19

**shiny**
62:16,17,23

**ship**
30:12,13,25
109:3,4,5,11

**ships**
109:12,15

**shocked**
103:6 129:2

**shoot**
140:19



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

**short**
28:6 29:6
114:6

**Shorthand**
149:6

**Shortly**
29:5

**shot**
30:15 140:7,9

**shovel**
145:8,13

**show**
17:15 28:19
29:17 59:22
62:8 73:16
80:22 105:25

**showed**
63:10 64:9,
20,22 68:12
70:20 73:24
77:4 81:6
134:8,10

**showing**
17:18,20 56:7
64:5,6 65:12
148:6

**shown**
38:16 76:10

**shows**
58:6

**sic**
22:12

**side**
6:25 7:18
36:4,5 39:15
49:25 53:15,
23 54:23
55:19 56:3
57:17 59:9
60:11 62:12,
18 71:14
92:3,12

94:21,22,25
95:2,12,13
96:4 97:14,
15,22 107:9
146:4

**side-effect**
36:3

**sidewalk**
95:14

**sign**
28:11 29:21
40:24 61:8,12
67:12 73:6,7
127:2,3
138:25 139:7

**signature**
39:6,8,10,
12,14 41:4
61:3 73:6

**SIGNATUREDAT
E**
151:23 152:24

**signed**
61:10 64:19,
24 65:10,20
67:19 68:7,
13,15 72:22
73:2,18 78:22
79:5 109:13
138:24 139:7,
8 150:16

**significant**
43:19

**signing**
73:5

**signs**
86:8,9

**silence**
50:8

**Silent**
138:16

**similar**

38:8,13

**sinking**
47:16

**SIRIANNI**
1:12 2:7

**sister**
42:22,23,25
66:11 106:23

**sisters**
16:25 17:2,3
42:19

**sit**
39:19 43:8
46:23 48:8
60:10,14
62:21 69:6
78:17 83:12

**sitting**
47:24 56:17
73:5 127:11,
12

**situation**
28:16 108:20
112:13

**Six**
95:6 96:5,8
115:2 134:20

**Skates**
55:21 92:14
146:11,17,
19,20,23,24

**skating**
146:13

**sky**
58:6 137:14

**sleep**
120:13,14,
15,17 121:8
131:6,17,18

**sleeping**
110:16,18,20
120:12 133:22

**slept**
110:16

**slightly**
13:5 97:19,20

**slip**
6:6,12

**sloppy**
76:17

**slowly**
9:3

**sluggish**
32:25

**small**
37:4 98:19

**smart**
33:11

**smile**
19:6

**Smith**
5:1,5,10 6:1
7:1 8:1,15
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1,9
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1

54:1 55:1
56:1,3 57:1,
18 58:1 59:1
60:1 61:1
62:1 63:1
64:1,19 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1,17 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1,6

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



ESQUIRE
an Alexander Gallo Company

146:1 147:1, 12 149:9 150:19 151:24 152:25

**Smith's** 54:24

**smoke** 46:16,22

**smoked** 46:19

**smoker** 46:14

**smoking** 46:12 48:14 56:17 93:8

**snail** 32:25

**sneakers** 50:25 51:2 136:14

**soft** 107:12

**somebody** 107:19 126:7 132:15 140:3

**Somewhere** 53:25 87:3 88:3 104:5 137:5

**soon** 18:12 37:24 113:13 120:8

**sorry** 59:23 70:17 74:11 94:9,11 127:2 140:16, 25

**sound** 49:17 50:13 89:14 92:5 102:12,13,15 103:11 136:10

145:8,12

**sounded** 48:15 81:22 82:16,19 104:7

**sounding** 49:22

**sounds** 48:18,23 83:4 102:13

**south** 52:2 86:20 92:3,12 93:12 94:21 95:12 97:15

**space** 59:13 95:13 124:23 144:10

**spaced** 106:18,21

**spatially** 96:24

**speak** 112:7

**speaking** 144:21

**special** 72:18 103:9 106:19,20,22 123:21

**specific** 21:20 60:23, 25 62:22 75:25

**specifically** 16:21 73:4 135:4

**specified** 46:6

**specifying** 77:8

**speculation**

95:18

**speed** 142:13

**SPILLANE** 1:7 2:20

**spoke** 40:3 70:22 128:13 144:5

**sports** 134:21

**spot** 98:7

**spots** 73:13

**spur** 132:22 133:18,23

**squealing** 69:3

**stabilizer** 35:16,20,22

**stage** 120:12

**stamps** 31:5,7

**standing** 113:15

**start** 8:12 71:23 86:21

**started** 12:9 36:22 39:2 45:17 47:15 82:3 104:22 112:25 113:3,6 130:7 136:20

**starting** 33:3 41:7 43:22

**State**

3:6 20:4,13, 18,25 21:18 22:9 24:17,23 27:23 28:3 35:2 37:17 43:7,23,24 125:14 149:7

**stated** 130:14

**statement** 18:25 20:15 21:14 28:22 38:19,20 39:21 40:24 43:4,10,22 45:15 49:13 52:19 53:11 56:12 59:25 61:3,11 62:3, 8 63:5,18 64:20,23 65:20 67:12, 19,21 68:5,6, 13,15 70:21 72:22,25 73:9,12 75:16 76:4,18,23, 24 77:2,16,20 78:6 79:5 80:8,19 85:14 88:6 89:20 115:9 127:3 132:17 135:8, 9

**statements** 43:5

**STATES** 1:2 13:19 139:19 141:4 143:5,8

**Station** 17:13 42:10 78:18,21 79:2,3,12,

18,21 80:6

**stay** 111:12 114:12,18

**Stepar** 17:12,13 42:9

**sticker** 62:17,23 63:2

**stolen** 144:13

**stop** 33:4 46:13 57:10 86:8,9 99:6,11,25 101:6,18 108:17 109:10

**stopped** 15:8 46:11 51:4 56:15 63:17 87:22 89:13 90:11, 15 91:18,23 92:2,25 93:2, 5 98:8 99:12, 13 100:2,5 101:7,8 133:6

**stopping** 86:7

**stories** 31:23

**story** 18:2 48:24 97:4

**straight** 52:25 129:16, 20

**strange** 119:13,21 123:9 133:4,7

**Stream** 87:4

**Street**



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

4:10,14 45:22 58:20

**streets**
93:25

**stretch**
71:15

**stretched**
76:10

**Strip**
30:9

**structure**
93:23 95:7

**stuck**
76:15

**study**
9:22 10:9,19, 21

**stuff**
57:5,6 60:5, 9,19 63:16 65:3 75:7

**subject**
122:12,16

**subpoena**
29:4,6,7

**subpoenaed**
19:18

**Subscribed**
147:13

**subsequent**
124:20

**sudden**
83:3

**suggesting**
65:15,19 131:2

**summer**
30:13

**Sunnyside**
143:25

**Sunrise**

46:10 52:15, 17,20,23 56:25 58:17 59:8 84:23 86:16 87:2,16 88:20 90:12 91:19,21 92:4,11,12, 23 93:12 94:24 95:21 96:4 125:23 130:15 135:2, 25 146:4

**super**
110:11

**SUPERVISORS**
2:21

**supporting**
94:23

**suppose**
45:9 71:8

**supposed**
64:14 131:12 139:11

**sure**
12:9 20:10 24:14 33:21 37:10,21 43:20 47:8 49:14 51:23 53:8 58:2 61:12 70:15 71:22 72:8 77:22,24 84:5 87:4,25 88:2 90:24 109:10 118:23 122:8 123:5 128:4 133:20 137:8 138:12

**surprise**
51:8

**surprised**

20:23 27:18 61:17,18,21, 25 128:25

**survival**
141:3

**suspicious**
64:13

**Swedish**
105:19 106:14

**switch**
14:22

**switches**
14:13

**sworn**
5:6 147:13 149:11

**symptomatic**
22:8

**symptoms**
36:14

**systems**
11:15

---
**T**
---

**T**
149:3

**table**
7:2

**tail**
79:21

**tailgate**
79:22

**take**
7:12 17:14 22:20 28:8 33:3,13 36:2, 3 37:23,25 38:20 39:5 45:21 51:21 53:4 65:13 68:4 71:15 72:5,7 83:8

85:18 96:13 98:6 100:18, 19 108:19,23 109:4,7 111:4,5,18 114:21,25 115:8 117:5 126:2,19,23 142:10

**taken**
5:13 25:11 33:6,14 104:15 108:22 113:16 126:5 145:3 150:9

**takes**
124:10

**taking**
32:17 33:4, 20,22 35:21 36:22 58:25 115:6

**talk**
15:24 20:5,6 21:16 69:22 113:21,23 127:9,15,18, 23 133:19 146:19,21

**talked**
30:11 127:15, 17 128:8

**talking**
28:9 45:2 49:3 51:15 85:21 86:15 87:15,16 88:22 95:23 99:7 113:12 126:24 127:11 129:14 137:12 139:24

**tan**
60:22

**tannish**
79:2

**tax**
144:18

**taxi**
12:6,8,16,18 58:23 84:12 85:16 100:11, 22 118:19 119:24 121:22 130:22 131:10 132:24

**taxis**
12:13

**TAYLOR**
2:3 4:9

**teacher's**
14:8,15 15:2

**Tech**
13:11

**Technical**
11:12,14 17:10 42:8,14

**Teen**
17:23

**telephone**
40:7

**tell**
24:8 27:12 37:12 48:12 70:19 77:25 83:18 92:18 100:16,21 102:3 103:19 112:13 114:22 132:11 141:5 144:12 145:19 146:5,8

**telling**
30:2 43:14,18 55:2 68:25 112:5 133:16



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

tells
102:12

ten
25:24 27:8
95:16 106:11
110:11,13
120:15

ten-hour
131:5

ten-hour's
131:18

terrible
120:14

terrifying
30:20

terrorists
30:21

test
102:10
138:22,23

testified
5:7 52:18
74:18 78:5
81:14 85:8
99:21 109:18
120:25 121:2
124:3

testifying
85:10 111:25
135:12,14

testimony
5:12 6:5,9,13
34:5 76:4
78:10 90:17
98:24 103:15
104:24 114:7
133:8 145:24
149:12,13

Thank
15:2,6 18:10
29:8 42:6,12
48:7 56:10

57:25 59:21
63:20 70:3
90:14 94:20

Thanks
42:17 147:7

therapy
9:17,23

thereabouts
24:19

Theresa
17:19 18:8,
11,18 20:16
28:15 38:17
40:11 146:22

thing
12:17 66:24
83:11 101:22
116:10 120:14
127:22
128:10,15
134:11

things
27:20 28:16
30:4 39:24
62:9,24 64:4,
13 79:3 80:15
107:22 108:3
111:3 122:14
127:21 128:9
136:21 140:24

think
7:2 12:19
13:4,22 19:17
21:18 22:19
25:7,17 29:10
32:13 34:9,21
35:15 37:20
43:17 44:15
45:5,7 46:2
47:11 51:13,
18 53:9 54:8
57:5 60:2,8
62:11 66:10
68:23 70:5,7

79:23,24
80:3,4 84:6
87:12 88:7
92:15 93:19
95:21 99:20,
21 105:13
107:25 108:4
111:22 113:10
114:4 115:5
116:18
117:17,18,
19,24 127:7,
8,14,21 128:7
129:17
131:17,21
132:15,23
135:7 144:19,
20,24 145:22
146:22

thinking
66:4

third
62:10 68:6,10
73:21

THOMAS
2:11

thought
10:4 19:24
22:8 40:12
48:17 49:2,4,
11 50:10,12,
13 51:11,20
53:20 60:16
64:13 66:25
69:9 75:4,19,
21,22,23
77:11 78:20,
21,25 79:3
81:7 83:22
84:7 99:16,19
103:24,25
104:7 115:21
119:13,14,
20,23 121:23,
122:18

24 130:3,9
136:10
144:11,16

three
12:11 13:7
15:18 26:15
48:21 59:25
62:15 94:24,
25 95:5
98:23,25
101:4,5,17
106:9,21
115:14,19,23
116:18 121:5
127:24
129:16,20

ticket
53:18 62:19

time
8:5,10 12:12,
20 13:5 15:16
16:10 20:3
23:7,18,21
24:15,16,18,
20,24 26:8
28:6 29:3
33:5,14 35:10
37:12,18
40:20 45:2,3
46:16 50:7
53:8 57:7
66:4,6 67:2,
18 79:9 80:10
83:14,16,17
85:17 96:21
98:12 99:17
103:4 106:15
108:5 110:16,
19 112:8,9
114:6,14,22
115:7 116:23
117:12,15,16
118:16,17,19
119:12,13,21
122:18

124:10,14
125:25 129:14
130:17 134:7
137:7 138:2
143:15 146:15
147:9

timeline
17:16 19:2

times
26:23 34:12
102:15 106:7,
9 117:4
126:14

timing
18:14,17

tired
130:21 131:3

today
17:21 33:23
34:17 39:3
43:8 48:8
60:10,14
62:21 63:6
68:7 69:6
76:3 78:5,9,
14,17 80:4
83:13 85:8
104:3 127:6,
13 135:12

today's
126:6

together
20:2 39:17

told
19:22 20:14
28:17 31:22
40:2 43:3
44:23 49:4
75:5 109:3
114:12 122:7
130:9 133:9
138:24 142:8
144:7



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

March 22, 2011

179

**tools**
57:6 60:8
76:15 135:3,
11,14

**top**
17:25 21:24
38:22 52:2

**toss**
107:21

**touched**
38:13 113:2

**tough**
22:25 116:4

**toward**
57:8 62:12

**towards**
45:20 54:19
97:18 107:6
111:21

**town**
8:18

**Toxic**
22:15 23:23

**track**
59:10 69:4
88:22 94:12,
13,14 111:17

**tracks**
53:24 58:10
85:2,4,21,22
88:8,12,25
89:4,5,8,12,
13,18,20
90:5,13,18,
19 91:6 95:8
107:8,15,21

**track's**
94:16

**tractor**
94:17

**traffic**
46:10 56:13,

24 84:2
94:18,24
95:2,6 112:4

**trailers**
94:17

**train**
45:20 46:4
69:4 84:25
85:3,9,18,
21,22,25
86:4,11,14,
17 87:18
88:8,11,22,
25 89:4,5,8
90:5,8,12,
18,19 91:6
93:15 110:17
111:3

**Trains**
85:19 90:6
110:11,15

**transcript**
149:12 150:9

**transpired**
66:24

**transportati
on**
111:18

**travel**
86:24

**traveled**
90:2

**traveler**
31:21

**traveling**
109:8 110:20
142:12

**trestle**
47:14,18
50:13 51:5
52:13,16 53:2
54:19 57:9

85:4 93:20,
21,22,23 94:2
95:2 97:16,
17,22 98:2
99:3 104:2,
12,23 107:6,
17 136:9,10,
18 137:13

**trestles**
85:2

**tricks**
84:4

**tried**
25:12,16
76:20 108:17

**triggering**
132:14

**trip**
31:19 121:7

**trouble**
13:20 19:20
49:18,22
53:18 61:6
104:16 109:6
120:12 128:5
129:16 144:18

**truck**
69:2

**trucks**
94:17

**true**
25:8 39:23
42:20 78:23
91:16 118:22
149:12 150:11

**truth**
43:14,18
63:19

**truthful**
34:5 64:23
76:7

**truths**

41:4

**try**
22:21,23
23:22,24 86:7

**trying**
51:5 76:25
107:3,5 110:4
111:17 116:22

**tundra**
113:8,10

**turn**
38:15 39:9
57:11 73:21

**turned**
49:23 100:23

**Turning**
45:24 100:22

**Two**
9:13 13:15,16
28:8 29:14,24
35:25 37:2,3
48:20 52:12
61:14 65:15,
20 68:20
70:22 106:9
109:19
115:19,22,
23,25 116:14,
18 122:14
126:20 147:4

**two-month**
110:6 113:19

**type**
14:20,21 15:4
106:25 112:23
127:22
128:10,15

――――――――――
U
――――――――――

**U.S.A**
140:18 141:14

**ultimately**
51:4

**unattended**
104:20

**unbalanced**
51:6

**uncomfortabl
e**
142:25

**under**
6:9 18:6 53:6
54:19 56:25
93:17 94:3,17
98:2 99:2
150:7,8,14

**underneath**
104:5 145:21

**underpass**
54:19 89:14

**understand**
7:10 31:24
34:2 72:3,5
76:22 98:10
99:12 100:6
102:19
103:15,22
104:3 106:16
114:7 115:5
141:7 145:6

**understandin
g**
150:13

**union**
109:5

**unit**
16:5

**UNITED**
1:2 139:19
141:4 143:5,8

**University**
8:25 10:20
116:2

**unless**
73:7



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

un-union
109:12

unusual
30:4

upper
118:5

Upstate
8:24 9:21
10:6

use
59:18 89:7
92:6,9,17
93:25 96:20
110:22 126:2

usual
60:22

Usually
22:17 23:16
73:3 86:10
105:8 106:22
115:4

─────── V ───────

v
150:5

Valley
87:4

valuable
144:9

vanity
32:22

vantage
93:10

vehicle
68:16 134:25

vein
38:13

verbally
7:21

vice
93:9

vicinity

50:14 136:21

victim
18:8

view
63:8 68:9

viewing
75:4 80:24

VINCENT
2:12

virginal
106:25

visible
88:9

visit
20:12 110:5

visitor
28:5

visitors
129:11

Vista
79:17,23

voice
48:16,18
49:2,5

voices
48:23 49:5,6,
10 51:12,18,
19 82:22
83:17

VOLPE
1:9 2:5 63:7
68:8 70:19

voluntary
125:4

vs
1:4 2:4

vulnerable
50:22

─────── W ───────

wagon
78:19,21

79:2,13,18
80:7

wagons
79:3,21

wait
51:4 74:11
85:9 133:6
136:18

waiting
89:6 98:12

Waitress
12:25

waitressing
13:3

walk
104:15,22

walked
54:18 104:13
136:9

walking
111:8 136:9
146:24

WALTMAN
1:13 2:8

WANE
1:11

want
7:12 44:17
46:21 49:19,
20,21 53:11,
18 55:23
68:24 69:5,
13,14 71:22
72:5,6,7,14
80:7 83:8
85:9 87:14
106:4 109:9
112:5 119:2
129:13,18
133:11 138:8

wanted
20:14 50:2

77:19,22,24
86:12 99:14,
16,18 107:6
108:15
109:14,17
110:10 125:7
139:3 144:7,
10

warned
43:9

warrants
35:13

wasn't
27:18 33:21
51:14 53:21
64:14 66:6
78:23 81:21
84:2 99:25
121:20 128:4
132:18 136:5
143:14

waste
45:2

water
72:8,9,10

way
22:17 26:16
36:25 46:3,5
50:15 54:20
55:22 61:2
72:5 74:24
77:13 79:21,
24 86:8,10
87:5 91:10
96:2 110:12
111:13,15
113:24 116:21
117:7 123:8
125:22 149:16

WAYNE
2:14

wean
37:24

weaned
36:24

wear
50:25

wearing
105:5

week
66:7,9 67:3
84:19,20
106:17
121:17,24
132:10,18,19

weekend
66:20,21
121:11

weekends
11:23 13:4
121:17

weeks
37:2 43:17
48:21 129:17,
21

weight
22:24

welcome
147:8

we'll
56:5,12 97:6
100:4

went
10:7 13:14
22:9 27:7,8
35:3,6 40:20
44:19 45:10
46:4,5 47:3,7
52:23 64:10
66:10 79:23
85:3 86:10
88:23 89:23
90:8,10,23
97:25 99:2
102:4 105:11,
13,15 106:9



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

DEBRA SMITH

March 22, 2011

181

107:11
109:12,13
110:17 112:22
116:13,14
125:8 139:12

**We're**
19:3 47:20
51:23 58:3
86:15 87:15,
16 88:22
95:23 99:7
129:14

**weren't**
74:15 83:18
120:10 123:25

**West**
4:14 86:18
97:20 104:8,9

**we've**
61:14 95:25
134:23

**whatever**
7:21 28:17
69:20 84:9
102:11 106:6
120:4 133:5
139:3,19

**whatsoever**
62:25

**whenever**
66:12

**WHEREOF**
149:19

**Whereupon**
5:2,4 141:20

**wherewith**
31:19

**whether**
12:5 59:18
77:3,18
80:18,20
86:22 106:12
118:9,22

125:15
127:23,25

**white**
106:24

**whole**
66:24 76:15
98:16 108:8
116:21

**wide**
58:20

**wilder**
30:2

**WILLET**
1:6

**WILLIAM**
1:6,14 2:15

**willing**
100:17 108:19

**willingness**
113:23

**window**
46:11,20
47:25 48:14
56:16,18
62:20 93:7
135:24

**windows**
57:4

**windshield**
62:19,23 63:2

**wise**
96:24

**wish**
43:23,24

**withdraw**
10:3

**withdrawn**
20:11 27:25
33:17 59:13,
23 80:17
83:14 108:2

**withdrew**
9:25

**within**
35:9 149:6

**Witness**
54:13 55:25
56:4,8 57:20,
24 71:16
72:15 75:3
82:14 87:9,
12,25 89:9,
18,22 92:21,
22 96:11,12
111:24 125:17
147:8 148:7
149:9,13,19

**wobbly**
47:15

**woman**
47:25 49:18,
22 56:18 69:9
102:11 127:11

**woman's**
81:13

**won**
125:9,19

**Woods**
17:24 69:3
104:6,13,15

**word**
94:8

**words**
74:21 81:24
82:5 83:16
94:22 96:5
106:17 114:25
122:10 137:6
146:16

**work**
11:7,17,23
14:23,24
15:7,13,21
35:19 42:8,13

116:7,15
121:16
123:10,22
124:4,12
130:24 131:9,
10 139:21
140:3 143:3

**worked**
11:10,24
12:3,8,10,20
13:22 14:25
30:24 92:15
115:14,25
116:6,10,11
122:23 123:17
124:6 139:25
143:25

**worker's**
75:9

**working**
14:2 17:9
115:17,18,
22,23 120:9,
10,24 121:2,8
146:23

**workman's**
75:9

**works**
6:18

**worms**
45:4

**worry**
43:13

**wouldn't**
30:23 43:12
44:17 71:4
76:9 78:22
101:18 109:15
133:22

**write**
7:23,25 26:12
49:10,11 56:2
57:16,21

59:20 74:18,
20 87:23
126:23

**writing**
7:15,16 43:4
54:23 61:2

**wrong**
55:7,8,9 66:5
70:14 74:23
77:25 100:9
104:10 132:9,
13,20

**wrongful**
6:24

**wrote**
49:7 52:18
57:17 61:7
74:8,19 75:5

--- X ---

**X**
148:2

--- Y ---

**Yeah**
13:20 23:2
30:17,19,25
31:3 47:5
51:3 52:7
57:15 69:12
78:2,11,15
82:17 85:7,24
87:9 97:4
101:20 108:21
109:20,25
110:7 113:20
119:16,18
123:16 129:23
133:11 135:6
146:18

**year**
10:12,13
11:18 15:10
18:4 20:9
28:17 35:7,9



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

March 22, 2011

182

106:10,15,24
115:3,4 121:8
128:22,23
143:18

**years**
9:13 41:10
44:20 48:16,
19 75:22
78:21 80:3,12
82:23,24
83:25 101:17
116:23 125:7
128:21 129:15

**yell**
103:11

**yellow**
52:6 89:7
90:20

**YORK**
1:2 3:4,6,10
4:5,10,15
13:24 18:2
41:14 42:10
43:7 125:14
149:7

**younger**
79:19

**yourself**
141:9

---
**1**

**1**
53:25 54:3,5
88:6 137:5

**10**
23:17 66:21

**100**
137:9

**10000**
111:7,9

**10013**
4:10

**101**

138:5

**10th**
67:2,5 132:19

**11**
134:4

**11/17**
130:14

**11/20**
130:15

**1-10**
2:21

**1100**
116:12

**114**
3:4,9 4:4

**11501**
4:5,15

**11th**
66:18 132:19

**125**
147:9

**129**
130:23

**12th**
132:19

**13**
15:20

**14**
15:10

**15**
17:12,13 42:9
94:19 95:8
142:18

**1-5**
1:14

**15-**
131:19

**158**
117:8 118:4,
14

**159**
38:21 67:20
73:10

**16**
18:9

**16-**
131:20

**160**
65:13,18
70:10 131:21,
22

**168**
17:19 40:10

**169**
64:6

**17**
116:3

**170**
51:22 88:9,10
89:8

**170-A**
56:6,7 148:6

**1749**
41:13

**17th**
43:25 66:6,22
130:11

**19**
15:20

**1956**
41:13

**1971**
63:10 64:8,20
68:12 73:24

**1974**
9:9

**1976**
143:19

**1977**
138:22,23

**1978**

26:3

**1979**
10:13

**1980**
10:16 138:22

**1983**
11:4

**1984**
12:7 13:3
15:25 16:3
18:5,13 21:12
24:10 26:23
27:3,10
33:17,19
38:15,17,24
39:21 40:4
41:18 42:4,
13,21 66:19
67:5,21 68:22
76:5 78:7
80:20 120:22
134:4,17
146:16

**1985**
1:8 13:16
15:13 30:14
31:2,6 68:22

**1986**
68:22

**1989**
15:15 124:2,
3,17

**1997**
124:17

---
**2**

**2**
52:5 53:2
137:5

**20**
94:19 95:8,24
142:19 149:21
150:16

**2000**
15:11,13

**2001**
14:6,7 15:9,
11

**2005**
1:6,9

**2008**
20:9 21:19
22:3 24:18,24
26:14

**2009**
22:3 24:22,24
26:15

**2010**
35:8 36:23

**2011**
3:8 147:14

**20-hour**
131:20

**20th**
130:12

**20-year-olds**
101:18

**21**
15:20

**210.45**
43:6

**2100**
118:6

**21st**
43:25 66:6

**22**
3:8

**220**
42:11

**23th**
13:17

**25th**
13:17



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

DEBRA SMITH

**263**
5:2 17:22
134:9 148:4

**264**
5:2 58:4,25
91:17 92:9
148:5

**27**
75:22 78:20
80:3,12 91:21
92:22 129:15

**271-9600**
42:10

**28**
16:9 17:7
41:9

**2nd**
13:16

———— 3 ————

**3**
41:13

**318667**
150:4

———— 4 ————

**4**
11:21,22
52:22,25
54:2,14,23
55:3,15
119:15 121:9
142:13

**400**
130:18

**425**
118:20

**48**
2:19

———— 5 ————

**5**
11:22 116:8
117:24 121:25

**122:2,4 123:7**
148:4,5,10

**516**
41:24

**56**
148:6

———— 6 ————

**6**
53:4 54:2,11
55:18,21 56:3
57:14,15
116:8

**60**
96:9

———— 7 ————

**7**
23:16 87:21

**70**
101:17

**700**
116:12

———— ' ————

**'70s**
57:3

———— 7 ————

**71**
148:11

**711**
6:7

———— ' ————

**'76**
143:21

**'78**
12:10 23:9,10
84:16

**'79**
12:10 23:9,10
26:4 102:25

———— 7 ————

**794-7127**
41:24

**7th**
18:3,13

———— 8 ————

**8**
11:21,22
121:9

**80**
96:9,19

———— ' ————

**'80**
10:14

———— 8 ————

**800**
116:13

———— ' ————

**'80s**
84:20

**'82**
12:10 84:18

**'83**
11:7 84:18
122:11

**'84**
11:19 17:9
21:11 27:5
44:12,22
46:14 84:19
113:21,25
114:15 120:25
121:5,13
122:6 123:24

**'85**
11:19 12:7
13:3,13,17
31:16 113:20
114:15

**'86**
114:15

———— 8 ————

**88**
63:11 64:9
73:25 78:22
79:6,7,11

———— ' ————

**'89**
15:16 84:17

———— 9 ————

**9**
11:21 38:24
67:21 76:5
80:20 117:24

**90**
97:2

———— ' ————

**'95**
31:16

———— 9 ————

**99**
4:10

**9th**
39:21 40:4
42:12,20 68:5
121:10 129:25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com