VOLPE        4/6/07   COPY        ~~ORIGINAL~~

```
 1                                   2 3 1
 2    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF NEW YORK
 3    - - - - - - - - - - - - - - - - - - - - - x
      JOHN RESTIVO, DENNIS HALSTEAD, MELISSA LULLO,
 4    JASON HALSTEAD, HEATHER HALSTEAD and TAYLOR
      HALSTEAD,
 5                     Plaintiffs,
 6         - against -                  CV-06-6720
                                        (JS)(WDW)
 7    NASSAU COUNTY, JOSEPH VOLPE, in his
      individual capacity, ROBERT DEMPSEY, in his
 8    individual capacity, FRANK SIRIANNI, in his
      individual capacity, MILTON GRUBER, in his
 9    individual capacity, HARRY WALTMAN, in his
      individual capacity, ALBERT MARTINO, in his
10    individual capacity, CHARLIE FRAAS, in his
      individual capacity, THOMAS ALLEN, in his
11    individual capacity, RICHARD BRUSA, in his
      individual capacity, VINCENT DONNELLY, in his
12    individual capacity, MICHAEL CONNAUGHTON, in
      his individual capacity, WAYNE BIRDSALL, in
13    his individual capacity, WILLIAM DIEHL, in his
      individual capacity, JACK SHARKEY, in his
14    individual capacity, DANIEL PERRINO, in his
      individual capacity, ANTHONY KOZIER, in his
15    individual capacity, DETECTIVE SERGEANT
      CAMPBELL (SHIELD #48) in his individual
16    capacity, ROBERT EDWARDS, in his individual
      capacity, SEAN SPILLANE, in his individual
17    capacity, JOHN DOE OFFICERS AND DETECTIVES
      #1-10, in their individual capacities, and
18    RICHARD ROE SUPERVISORS #1-10, in their
      individual capacities,
19
                       Defendants.
20    - - - - - - - - - - - - - - - - - - - - - x
      UNITED STATES DISTRICT COURT
21    EASTERN DISTRICT OF NEW YORK
      - - - - - - - - - - - - - - - - - - - - - x
22    JOHN KOGUT,
23                     Plaintiff,
24         - against -                  CV-06-6695
                                        (JS)(WDW)
25    THE COUNTY OF NASSAU, POLICE
```

1                                        232

COMMISIONER DONALD KANE, POLICE COMMISSIO,

2    WILLIAM J WILLETT (2005), POLICE COMMISSIONER

JAMES LAWRENCE, DETECTIVE SEAN SPILLANE (HEAD

3    OF HOMICIDE 1985), DETECTIVE DENNIS FARRELL

(HEAD OF HOMICIDE 2005), DETECTIVE JOSEPH VOLPE,

4    DETECTIVE ROBERT DEMPSEY, DETECTIVE ALBERT

MARTINO, DETECTIVE WAYNE BIRDSALL, DETECTIVE

5    MILTON G. GRUBER, DETECTIVE CHARLES FRAAS,

DETECTIVE FRANK SIRIANNI, DETECTIVE HARRY

6    WALTMAN, P.O. MICHAEL CONNAUGHTON, P.O.

WILLIAM DIEHL, and JOHN DOES 1-5,

7

                    Defendants.

8    . . . . . . . . . . . . . . . . . . . . x

9

                    100 Federal Plaza

10                  Central Islip, New York

11                  April 6, 2009

                    11:27 A.M.

12

13

14

15            CONTINUED VIDEOTAPE DEPOSITION of JOSEPH

16   VOLPE, one of the Defendants, taken by Plaintiffs,

17   pursuant to Notice, held at the above-noted time

18   and place, before a Notary Public of the State of

19   New York.

20

21

22

23

24

25

```
 1                                    233
 2  A P P E A R A N C E S:
 3
       COCHRAN, NEUFELD & SCHECK, LLP
 4     Attorneys for Plaintiffs John Restivo,
       Dennis Halstead, Melissa Lullo, Jason
 5     Halstead, Heather Halstead and Taylor Halstead
          99 Hudson Street
 6        New York, New York 10013
 7     BY: BARRY SCHECK, ESQ.
          DEBORAH CORNWALL, ESQ.
 8
 9
10
11     GRANDINETTE & SERIO, LLP
       Co-Counsel for Plaintiff John Kogut
12        114 Old Country Road, Suite 420
          Mineola, New York 11501
13
       BY:  ANTHONY M. GRANDINETTE, ESQ.
14
15
       LORNA B. GOODMAN
16     Nassau County Attorney
          One West Street
17        Mineola, New York 11501
18     BY:  MICHAEL FERGUSON
          Deputy County Attorney
19            and
          LIORA m. BEN-SOREK
20        Deputy County Attorney
21
    ALSO PRESENT:
22
    CARLOS NUNEZ, Videographer
23
24
25
```

1                                               234

2

3              (Debbie Smith lead sheet was marked

4       as Plaintiff's Exhibit 158 for

5       identification, as of this date.)

6              (Statement of Deborah Smith was

7       marked as Plaintiff's Exhibit 159 for

8       identification, as of this date.)

9              (Debbie Smith call was marked as

10      Plaintiff's Exhibit 160 for identification,

11      as of this date.)

12             (Interview 12/6/84 of John T. French

13      was marked as Plaintiff's Exhibit 161 for

14      identification, as of this date.)

15             (Loss from John French's car was

16      marked as Plaintiff's Exhibit 162 for

17      identification, as of this date.)

18             (John French statement was marked as

19      Plaintiff's Exhibit 163 for identification,

20      as of this date.)

21             (People who were in French's car was

22      marked as Plaintiff's Exhibit 164 for

23      identification, as of this date.)

24             (French car fingerprint reports was

25      marked as Plaintiff's Exhibit 165 for

235

identification, as of this date.)

(French missing car report was marked as Plaintiff's Exhibit 166 for identification, as of this date.)

(Crime scene search unit document was marked as Plaintiff's Exhibit 167 for identification, as of this date.)

(Missing person flier for Theresa Fusco was marked as Plaintiff's Exhibit 168 for identification, as of this date.)

(11 pages of photos was marked as Plaintiff's Exhibit 169 for identification, as of this date.)

(Google area map was marked as Plaintiff's Exhibit 170 for identification, as of this date.)

THE VIDEOGRAPHER: This is tape number one, Volume 4, of the continuation of the videotape deposition of Mr. Joseph Volpe.

The time is now 11:27 A.M. and will the court reporter please reswear the witness.

236

JOSEPH VOLPE, the witness herein, having

　　　been first duly sworn by Jeanette L.

　　　Hoolan, a Notary Public in and for the

　　　State of New York, was examined and

　　　testified as follows:

　　　　　THE COURT REPORTER: Would you state

　　　your name on the record, please?

　　　　　THE WITNESS: Joseph P. Volpe,

　　　VOLPE.

CONTINUED EXAMINATION BY

MR. SCHECK:

　　　Q　　Mr. Volpe, it was a little over

two weeks ago that we last discussed the wire tap

affidavit that you submitted in this case.

　　　　　Do you remember that?

　　　A　　Yes.

　　　Q　　And have you had a chance to read

your answers in the deposition that we had

two weeks ago?

　　　A　　No.

　　　Q　　Have you thought about it some more?

　　　　　MR. FERGUSON: Objection.

　　　A　　Oh, of course, yes.

　　　Q　　Okay. And what happened the last

```
 1                     V O L P E                    237

 2  time is that when you saw paragraph 10 of the

 3  Exhibit 157, the eavesdropping warrant, we agreed

 4  that you noticed a problem there, right?

 5              MR. FERGUSON:  Objection.

 6       A      Yes.

 7       Q      And the problem was that in this

 8  affidavit you indicated that a search of that van

 9  produced a hair consistent with Theresa Fusco's

10  and this affidavit you filled out was done at a

11  time before Detective Fraas testified he could

12  have completed his examination wherein he found a

13  hair consistent with Theresa Fusco's, correct?

14       A      My problem with this is that I

15  didn't recall.  The basic problem I had with this

16  I didn't recall who told me or gave that

17  information prior to going for the affidavit on

18  the 29th of March.

19       Q      So you now have an explanation?

20       A      No, I don't.

21              MR. FERGUSON:  Objection to the form

22       of the question.

23       A      I just don't recall who told me

24  about the hairs, you know, I can't speculate or

25  guess.
```

```
1                    V O L P E              2 3 8

2        Q        Okay.  So let's see --

3        A        That's what the problem is I'm

4   having.

5        Q        So let's see if I got this right.

6   We reviewed last time the testimony of Fraas,

7   correct?

8        A        Right.

9        Q        He's the hair examiner, right?

10       A        That's correct.

11       Q        And when we reviewed it you agreed

12  that based on his testimony he couldn't have

13  possibly completed his examination of the hair

14  until March 31st, which was at least two days

15  after you swore out this affidavit, right?

16             MR. FERGUSON:  Objection.

17       A        No, I thought that Fraas said that

18  he could do it anywhere from four hours to four

19  weeks, that type of statement that he made, to you

20  obviously.

21       Q        Didn't he say --

22       A        Didn't he say hours?

23       Q        Didn't he say he could not have

24  possibly completed the hair examination within

25  three or four days?
```

```
 1              V O L P E                    2 3 9

 2          MR. FERGUSON: Objection.

 3      A       I don't recall.

 4          MR. FERGUSON: It's not for him to

 5      say what somebody else could have said or

 6      did say, the record will speak for itself.

 7          MR. SCHECK: We have these questions

 8      and answers. I reviewed the deposition with

 9      him of Mr. Fraas and so let's just be clear

10      about that, okay.

11          MR. FERGUSON: I'm not disputing

12      anything that you say --

13          MR. SCHECK: You read the deposition

14      from last week, sir?

15          MR. FERGUSON: Whatever I did, I

16      did. It's not for you to know that. I'm

17      not here to be deposed.

18          MR. SCHECK: In terms of your

19      objection I just want to make sure you read

20      last week's deposition. Did you?

21          MR. FERGUSON: I am not here to be

22      deposed. I'm objecting to your questions

23      where I feel they are improper.

24          MR. SCHECK: Let's just keep it at

25      that.
```

```
 1              VOLPE                    240

 2      Q       So if I understand you now, we agree

 3   that after we reviewed Fraas' testimony he, at

 4   least based on his deposition and trial testimony

 5   in this case, indicated he could not have possibly

 6   have finished the hair examination by March 29th,

 7   the date that you swore out this affidavit saying

 8   that there was a hair consistent with Theresa

 9   Fusco's in the Restivo van?

10              MR. FERGUSON:  Same objection.

11      A       I thought we said between four hours

12   and four weeks.  If you can correct me on that,

13   that's what he said.

14      Q       You now think  ..

15      A       I'm not sure.

16              MR. FERGUSON:  Wait for a question.

17      Q       All right, here we go.  Let me see

18   if I understand what you're saying.  You don't

19   recall Fraas saying to you prior to filling out

20   this affidavit and prior to him completing the

21   hair examination, oh, Volpe, we've discovered a

22   hair consistent with Theresa Fusco, right?

23      A       If I have that information it may

24   not have come from Fraas, come from a supervisory

25   level, I just don't recall.  It doesn't have to
```

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

```
 1                    V O L P E              241
 2   come from Fraas.
 3        Q.      Who else could it have come from?
 4        A       Could have come Birdsall, could have
 5   come from one of the supervisors.
 6        Q       Who would the supervisor be?
 7        A       Spillane would have been the boss,
 8   Lieutenant Spillane.
 9        Q       So you're thinking that Fraas told
10   Lieutenant Spillane that he had found a hair
11   consistent with Theresa Fusco's in the Restivo van
12   before he completed his hair examination?
13            MR. FERGUSON:  Objection.  He didn't
14        say that.
15        Q       Is that what you're thinking?
16        A       No, that's not what I'm thinking nor
17   did I say that.  What I'm saying is I don't recall
18   who would have given me that information that I
19   would have in turn put in paragraph 10 here,
20   that's what my issue is.
21        Q       So you think Birdsall could have
22   told you that?
23        A       I don't recall.
24        Q       Let me -- so even though we
25   reviewed together Fraas' testimony that he could
```

```
 1                    VOLPE                    242
 2  not have completed his hair examination until
 3  after you filled out this affidavit on March 29th,
 4  it's your assumption, I guess, that somebody must
 5  have told you that there was a hair consistent
 6  with Theresa Fusco's in the Restivo van because
 7  you wouldn't put such a statement in a warrant if
 8  nobody had told you that, right?
 9       A     That's correct.
10       Q     And that's because you would never
11  put anything in an affidavit for a warrant that
12  nobody had told you to be true?
13       A     If I hadn't had that information I
14  wouldn't have put it in there.
15       Q     Well, let's go back to paragraph 10.
16  That says, again, a search of the van has produced
17  hair consistent with Theresa Fusco's and possible
18  human blood.
19             Do you see that?
20       A     Yes.
21       Q     Okay.  So who was it that processed
22  the van, Birdsall?
23       A     Fraas and Birdsall.
24       Q     And you didn't go inside and process
25  the van, did you?
```

```
 1                    V O L P E              2 4 3
 2        A       No.
 3        Q       So they reported back to you their
 4   reports, right?
 5        A       Not on the first night, just what
 6   they had collected.
 7        Q       So you were counting on Birdsall to
 8   report to you whether or not he found possible
 9   human blood in the van?
10        A       Or certainly him or one of his
11   supervisors or one of my supervisors.
12        Q       But as far as you know it was
13   Birdsall that was processing the van?
14        A       As far as I know, yes.
15        Q       So you would expect that Birdsall
16   would have been the person that reported back to
17   you that there was possible human blood in the
18   van, right?
19             MR. FERGUSON:  He just said three
20        times the list of people it could have been.
21        He's already answered that three times.
22        Q       Can you answer my question?
23        A       I've already -- could have been
24   anyone, could have been any one of my supervisors
25   or a lab supervisor.
```

```
1              V O L P E                    2 4 4

2       Q       All right.  Let's go back to this

3   issue of human blood.  Are you with me?

4       A       I'm with you, yes.

5       Q       Birdsall was the one that processed

6   the van, right?

7       A       Correct.

8       Q       So Birdsall, if there were possible

9   human blood in the van Birdsall would have told it

10  to you, right?

11      A       No, he would have told it to his

12  supervisor.

13      Q       Let's just go through the

14  possibilities.  He might have told it directly to

15  you, that's one possibility, right?

16      A       Might have, yes.

17      Q       And he might have told it to his

18  supervisor who would then in turn told it to you,

19  right?

20      A       Or told it to one of my supervisors.

21      Q       Okay.  Now, you would not you're

22  telling us put in a warrant this affidavit of

23  March 29th, that there was possible human blood in

24  the van, unless you would receive that information

25  from Birdsall himself, Birdsall's supervisor or
```

```
 1                    V O L P E              2 4 5
 2  your supervisor, right?
 3       A      That would be it, correct.
 4       Q      And the source of the observation
 5  that there was possible human blood in the van,
 6  that would have to come from Birdsall, right,
 7  because he's the one that processed the van?
 8       A      I don't know that.  I don't know if
 9  he had anybody assisting him or supervising him, I
10  don't know that.
11       Q      Now, this is a copy of Birdsall's
12  deposition in this case and tabbed for you first
13  page 71 and I'm starting at line 10.  Okay, are
14  you with me?
15       A      I got you.
16       Q      And Mr. Birdsall was asked:
17              Question:  "Did you collect any
18  blood from the van?"
19              Answer:  "No."
20              Question:  "Did you see anything
21  that was possibly human blood in the van?"
22              Answer:  "No."
23              Question:  "Did you collect any
24  semen from the van?"
25              Answer:  "No."
```

VOLPE                                    246

Question: "Did you conduct any

serological testing whatsoever on any part of the

van or anything collected from it?"

Answer: "No."

Question: "Did you tell anybody,

anybody, that you had found anything that was

possible human blood?"

Answer: "No."

Do you see that?

A     Yes.

Q     How do you explain that?

MR. FERGUSON:  Objection.

A     Well, you're describing what

Birdsall said.

Q     This is Birdsall's testimony, right?

A     Yes.

MR. FERGUSON:  Objection.

A     That doesn't mean that there wasn't

blood on clothing or some other area in the van.

Q     Well ..

A     You're asking me about the van or

was he talking about the vehicle in its entirety

or its contents?

Q     Let's talk about your affidavit,

VOLPE                    247

1

2      your affidavit on March 29th said to the judge

3      that, "a search of that van has produced hair

4      consistent with Theresa Fusco's and possible human

5      blood." Right?

6          A       Yeah.

7          Q       It didn't say possible human blood

8      on a piece of clothing, did it?

9          A       No.

10         Q       It said possible human blood in the

11     van?

12         A       In the van, but it could have been

13     anywhere, could have been on a blanket.

14         Q       Okay. On a blanket, well --

15         A       Could have been on anything.

16         Q       If there was possible human blood on

17     a blanket in the van wouldn't you put that in your

18     affidavit?

19             MR. FERGUSON: It says in the van.

20         You're saying wouldn't he put it in the

21         affidavit --

22             MR. SCHECK: Don't, don't. I don't

23         want to hear any speaking objections from

24         you, sir.

25             MR. FERGUSON: This is not a

```
1              VOLPE                    248
2    speaking objection.
3         MR. SCHECK:  No, it is a speaking
4    objection.  Don't suggest any answers to the
5    withness.
6    Q     Now i'm asking if you had found
7    human blood on the blanket in the van wouldn't you
8    have stated that in the affidavit?
9    A     I may not have known it at that
10   time.  It's a very benign statement, that there's
11   human blood in the van, wherever I got it from.
12   Q     Well, based on Birdsall's testimony
13   over here on page 71 of his testimony, when he
14   says, did you tell anybody you had found anything
15   that was possible human blood and the answer is
16   no, do you see that?
17   A     Yes.
18   Q     Well, isn't it pretty clear that
19   according to Birdsall's testimony you couldn't
20   have got that information from him or from him
21   reporting to his supervisor or from Birdsall
22   reporting to his supervisor to your supervisor,
23   right?
24        MR. FERGUSON:  Just note my
25   objection.
```

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

```
1                    VOLPE                    249

2       A       I don't -- I don't know how to

3   answer that in a way that would be satisfactory.

4   I just, I recall in the same time frame being told

5   about there were hairs similar and that there was

6   possible human blood.  I can't tell you who it

7   was, can't tell you.

8       Q       Let's take a look at page 150 --

9   115 of the Birdsall deposition starting at line

10  20.  You with me?

11             Question:  "With the exception of

12  identifying hairs on a blanket that you removed

13  and forwarded to Detective Fraas did your

14  examination of any items yield any probative

15  evidence?"

16             Answer:  "No."

17             Question:  "No blood?."

18             Answer:  "No blood."

19             Question:  "No semen?"

20             Answer:  "No semen."

21             Question:  "Nothing of value to the

22  investigation?"

23             Answer:  "No."

24             Do you see that?

25      A       Yes, I do.
```

VOLPE                          250

1

2     Q       So Birdsall is being clear that he

3  didn't see anything in the van, on a blanket, that

4  was possible blood; right?

5     A       That's what he's indicating here,

6  yeah.

7     Q       And he's the one, to the best of

8  your knowledge, that processed the van for

9  serological fluids, right?

10    A       Yes, I guess. I don't know who else

11  would have done it.

12    Q       Well, you have any idea whatsoever

13  how you could write paragraph 10 of this affidavit

14  based on information from Birdsall?

15    A       But I'm not saying I got it from

16  Birdsall, you know. I put that information there

17  on Birdsall. I just don't recall who gave it to

18  me, but I got it.

19    Q       How do you know you got it?

20    A       Because I put it in paragraph 10.

21    Q       Right.

22    A       I wouldn't have recorded that.

23    Q       So it's not possible at all that you

24  put in paragraph 10 that a hair consistent with

25  Theresa Fusco was found in the van because you had

```
 1                    V O L P E              2 5 1
 2   advance knowledge that a hair from Theresa Fusco's
 3   dead body was already in the samples that had had
 4   been forwarded to Fraas for examination?
 5             MR. FERGUSON:  Just note my
 6        objection.
 7        A      Not at all.  I had no idea.
 8        Q      Okay.  Now I'd like to ask you just
 9   a few questions about how communications and
10   passage of paperwork goes between the homicide
11   detectives and the DA, okay?
12        A      Okay.
13        Q      We have been -- what has been
14   produced to us is a lot of files that have been
15   called the homicide file in this case, okay?
16        A      Okay.
17        Q      And it was the practice at the time
18   of this investigation for homicide detectives to
19   keep a file of what was going on in the case,
20   right?
21        A      Yes.
22        Q      And this would include your
23   handwritten notes, right?
24        A      Yes.
25        Q      It would include lead sheets,
```

VOLPE                           252

1

2   correct?

3        A      Yes.

4        Q      It would include reports about the

5   examination of physical evidence?

6        A      Correct.

7        Q      It would include witness interviews?

8        A      Yes.

9        Q      Now, was it your practice to turn

10   over absolutely ever document in the homicide file

11   to the District Attorney?

12        A      I would hope so.

13        Q      Every document?

14        A      Well, it should have.  The file

15   should be -- the file should be in the DA's the

16   same or similar or the same as the homicide file.

17        Q      Are you telling me that it was your

18   practice that when the District Attorney opened up

19   an investigation of the case that you would turn

20   over to the District Attorney's office as opposed

21   to keeping it at the police department, every

22   document in the homicide file?

23              Do you see what I'm asking you?

24        A      I'd like to believe that every

25   document went over or went with it as the file was

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

```
 1              V O L P E              2 5 3
 2   brought over there, that I don't know, I don't
 3   know for sure.
 4        Q      How would the file get brought over
 5   there?  I don't understand.
 6        A      I brought it when I went to court,
 7   at the onset with meetings with the District
 8   Attorney as to where it was going, if there were
 9   any arrests.  Updates on witness statements, on
10   the investigation as it was done, SIB reports or
11   lab reports.
12               You would keep the DA -- you would
13   try to keep the DA up to breast as to what you
14   were doing.
15        Q      Who would do that, would you as lead
16   homicide detective?
17        A      Could have been, one of the people I
18   could have delegated that to someone depending on
19   how busy I was.
20        Q      Was there any particular rule or
21   regulation in the police department that said that
22   every document in a homicide investigation should
23   be turned over to the District Attorney?
24        A      Well, every document, you mean
25   including newspaper articles and the like?
```

1                    V O L P E                    254

2        Q       Or a lead sheets or lead sheets?

3        A       Well, sure, because they would be

4    subsequently used I believe.

5        Q       What about a lead that wasn't

6    pursued?

7        A       I don't -- I don't recall.

8                Now we're talking particularly in

9    the Fusco matter?

10       Q       Yes.  In this case, what about a

11   lead that didn't pan out that had nothing to do

12   John Restivo, Dennis Halstead or John Kogut, would

13   you have turned over such lead sheets?

14       A       I would like to believe I would have

15   turned that over, I just don't recall.

16       Q       But there's no way for you to know

17   for sure that you would have turned over lead

18   sheets from parts of the investigation that didn't

19   work out and didn't connect Kogut, Restivo or

20   Halstead?

21       A       I would believe I would have tried

22   to maintain that file to go to the DA.

23       Q       You believe you would, but there was

24   no process that would assure that you would have

25   turned over absolutely every document?

1          VOLPE                    255

2      A      I just don't recall.

3      Q      Now, I'd like to show you a document

4   that we've premarked, actually three documents

5   that we've premarked, Exhibit 158.

6      A      Can I close this one?

7      Q      Yes.

8          That is a lead sheet from a witness

9   named Debbie Smith, a document 159, that is a

10  statement from Debbie Smith and a document that is

11  160 which is a note from Detective Mitchell dated

12  12/11/84 quoting Debbie Smith.

13         Do you see all those.

14         Here, counsel you can have copies.

15         Now does the name Debbie Smith ring

16  a bell to you?

17     A      It didn't until as I read.

18         MR. FERGUSON:  Could you give him a

19     chance to look at it a second.

20     Q      I'll go over with you, I'll read it

21  to you, but does the name Debbie Smith ring a bell

22  to you?  I see you're reading.  Why don't we just

23  read this together.  Why don't we start with

24  document 158.

25         Now you recognize that this is what

1                         V O L P E                    2 5 5

2     they call a homicide lead sheet?

3          A        Yes.

4          Q        All right.  And it indicates that

5     the lead was received by you on December 9th,

6     1 9 8 4, at 4:25?

7          A        Yes.

8          Q        And how would that work, would that

9     mean that you directly got the call that's

10    explained in this document or it could have been

11    passed on to you, how would that work?

12         A        Could be either way.

13         Q        And under the lead source it says

14    Debbie Smith, right?

15         A        Yes.

16         Q        And that the nature of the lead,

17    called and stated between 11/17 and 11/20 she was

18    driving over at Sunrise and Rockland between 2100

19    and one hours, meaning between, what would that

20    be, 11 -- no, what's 2100 hours?

21         A        Nine p.m.

22         Q        Nine p.m. and 1 a.m., right?

23         A        No, midnight.

24         Q        Sorry?

25         A        No, midnight.  0001 is a minute

VOLPE                    257

after 12.

    Q    That would be a minute after 12, okay.  So from 9 o'clock to a minute after 12 during that period she was at Sunrise and Rockland and she heard a scream, right?

    A    Correct.

    Q    That's what it says.  And then she went, what is that word?

    A    Where?

    Q    On the third line, there's three letters there, something to railroad tracks?

    A    Got, G-O-T.

    Q    So this is your handwriting, right?

    A    Yes.

    Q    You got to say yes?

    A    I said yes.

    Q    When she got to the railroad tracks on Rockland there was a car parked with no one in it.  Auto possibly tan four-door older vehicle large windows, had tools and dark colored blanket in auto, right?

    Do you see that?

    A    Yes, yes.

    Q    Does that ring any bell to you?

1                        V O L P E              2 5 8

2          A      Uh, I remember, I remember the lead.

3   I don't remember the substance of what I did after

4   that.

5          Q      Okay.  So why don't you take a look

6   at Exhibit 159, the statement of Debbie Smith, do

7   you see that, this one, 159?

8          A      I'm going to read the lead sheet

9   first.

10         Q      Okay, read the lead sheet.

11                All right, have you finished 158?

12         A      Yes.

13         Q      Having read the lead sheet which is

14  a document of two pages, 158, does this ring a

15  bell, do you remember this Debbie Smith interview?

16         A      Not too clearly, no.

17         Q      Now, turning to 159, and you can see

18  that this is entitled statement of Debra L. Smith

19  and it's dated December 9th, 1984, right?

20         A      Yes.

21         Q      And that's the same day that she

22  called in, right?

23         A      Yes.

24         Q      And so -- and do you recognize the

25  signature at the bottom of the page, is that

```
 1                          V O L P E                    2 5 9
 2   Sirianni?
 3          A      No.
 4          Q      Who is that?
 5          A      That's Detective Pierce.
 6          Q      Detective Pierce?
 7          A      George Pierce.
 8          Q      So Detective Pierce went out and
 9   took a statement from her, right?
10          A      I think Pierce was with Detective
11   Lane, yeah.
12          Q      Detective Pierce, right, do you see
13   that?
14          A      Yes.
15          Q      So Detective Pierce went out and
16   took a sworn statement from her that very day that
17   she called in, December 9th, right?
18          A      Yes.
19          Q      And the beginning of this statement
20   he has her -- she says, I have been told by the
21   detective who is writing this statement that any
22   false statement I make here are punishable as a
23   Class A misdemeanor pursuant to Section 210.45 of
24   the Penal Law of the State of New York, right?
25          A      Yes.
```

VOLPE                    260

Q     So this is a serious statement,
she's being told if she makes a false statement
this could be a crime, right?

A     Yes.

Q     All right.  And she then describes
an incident and the incident she describes is that
she went to her boyfriend's house for the evening,
they had an argument and she left his home to go
home, right, and she started driving home.

Do you see that on the first page?

MR. FERGUSON:  Could he have an
opportunity to read the three pages before
you question him about this document.
You're asking him questions and he's trying
to read, it's a three-page document.

MR. SCHECK:  I was reading it to
him, but if he wants to read it first.

MR. FERGUSON:  But you're giving him
a document --

MR. SCHECK:  No, no, let him read
the whole thing first, if that's what you're
asking.

Go ahead, you take your time.

(Pause in proceedings.)

```
 1                    V O L P E                 2 6 1

 2        Q        You're finished Exhibit 159, the

 3   three-page sworn statement of Debbie Smith?

 4        A        Yes.

 5        Q        Now, does it refresh your

 6   recollection?

 7        A        I don't remember Debbie Smith.

 8        Q        Okay.  Now, let's turn to the second

 9   page and I'm going to -- she says on page 2, "I

10   drove north on Rockland Avenue to Sunrise Highway,

11   the traffic light was red and I stopped for the

12   light.  I had my window partly opened because I

13   was smoking.  While I was sitting at the light I

14   heard a woman scream.  I rolled my window down and

15   listened, but that I did not hear anything else.

16   The scream came from the left like it was from up

17   high.  I looked at the railroad elevated because

18   that seemed to be the direction that the scream

19   came from."

20               Do you see that?

21        A        Yes.

22        Q        Now, this location of Rockland and

23   Sunrise, if she's driving in the direction that

24   she states, right?

25        A        Yes.
```

1                    VOLPE                    262

2        Q       That scream would come from the area

3    where Theresa Fusco's body was found, right?

4        A       I don't know which side of the

5    tracks she was on. Rockland, there's a traffic

6    light. The traffic light would be south of the

7    entranceway into where Theresa's body was found.

8    She couldn't have heard her from Sunrise and

9    Rockland.

10       Q       She couldn't have heard her from

11   Sunrise and ..

12       A       I don't believe so.

13       Q       She's at Sunrise and Rockland.

14       A       Sunrise and Rockland, she's got to

15   be on the other side of Sunrise. She's got to be

16   on the south side.

17       Q       She said, I heard it from the left,

18   okay, her left?

19       A       Well, the left would be inconsistent

20   with where the body was found, but geographically

21   she's going to be on the other side of Sunrise

22   Highway. She's going to be on the south side

23   light facing north.

24       Q       Let's see if we can orient

25   ourselves.

```
 1                    V O L P E                263

 2      A      She's six lanes away, in other

 3   words.

 4      Q      And I'll show you a document that

 5   was marked Exhibit 170, do you see that?

 6           MR. FERGUSON:  Could you hold it a

 7        second and give us a chance to orientate

 8        ourselves as to what this is.

 9           MR. SCHECK:  And 128 is a larger

10        map, just a blow-up that we've put here,

11        okay?

12           MR. FERGUSON:  Yeah, I know it is.

13        This map, it's a Google map from 2009.  This

14        is Exhibit what?

15           MS. BEN-SOREK:  170.

16           MR. FERGUSON:  This is Exhibit 170?

17      Q      Now let me show you I have a version

18   of Exhibit 170, we have a large one here.  Now the

19   scene in this case, the location is in the north

20   bank of the Long Island Rail Road tracks on the

21   north side of Sunrise Highway between Rockland

22   Avenue and Park Drive in Lynbrook, right?

23           MR. FERGUSON:  Say it again, would

24        you please, on what side?

25      Q      Sure.  I'm giving you Plaintiff's
```

```
1                        V O L P E                        2 6 4
2  Exhibit 45?
3                MR. FERGUSON:  45?
4                MR. SCHECK:  Yes.
5         Q      I'll show this to you.  This is a --
6  it's your report, all right?  And I think I'm
7  reading from it accurately.
8                MR. FERGUSON:  What are you reading?
9                MR. SCHECK:  Plaintiff's 45.  Can I
10        have the document so I can read it?  Let me.
11        A      North bank of the railroad tracks?
12        Q      Yes.  It said the scene in this case
13 in the north bank of the Long Island Rail Road
14 tracks on the north side of Sunrise between
15 Rockland Avenue and Park Drive in Lynbrook; is
16 that accurate?
17        A      Yes, I'm okay with that.
18        Q      And let me show you on Exhibit 170,
19 this is 178.  Do you see where the number 2 is?
20        A      Yes.  I do.
21        Q      And that's been identified as the
22 location of Theresa Fusco's body found on December
23 5th, 1984.
24               Does that look accurate to you?
25               MR. FERGUSON:  Just note my
```

1                    VOLPE                    265

2          objection.

3                 This is not a map drawn to scale; is

4          that correct?

5          A      Generally speaking --

6          Q      It's a fair and accurate

7     representation of --

8          A      Kind of.

9          Q      Of where the body is based on the

10    map, would you not agree?

11                MR. FERGUSON:   Just note my

12          objection.  There's no scale on this map at

13          all.

14          Q      This is a Google map, right?

15          A      Yes.

16          Q      And admittedly it's not drawn to

17    scale.  But would you agree that location number 2

18    here that's identified as location of Theresa

19    Fusco's body is in about the area where the body

20    was found on December 5th?

21          A      Well, on the Google map I wouldn't

22    have put the 2 there, I would have moved it a

23    little bit.

24          Q      Where would you move it to?

25          A      You got it right on Park Place.  The

```
 1              VOLPE              266
 2   body was more right here.
 3        Q    All right.  Why don't you take this
 4   red pen and put an X as to where you think the
 5   body was.
 6        A    I don't know if I can though, the
 7   same reason I  ..
 8        Q    You just said it was a little
 9   closer.
10        A    You said it was a Google map and I
11   said this is not accurate like I'd like it to be.
12   If you want to get it accurate it would have to be
13   to scale.
14        Q    Knowing that it's not drawn to scale
15   and it's just a Google map, all right ..
16        A    Uh-huh.
17        Q    Could you do your very best in terms
18   of showing us on the map where you think the body
19   was found if it's not in the area that we've
20   circled as 2?
21        A    I'm uncomfortable with it, you
22   understand why though, why I'm uncomfortable even
23   just to make a mark.  I'm going to memorialize
24   something that I don't even know if it's accurate
25   based on the sizes.
```

1                    V O L P E                         267

2        Q      What we're trying to do here is,

3    understanding that this is not drawn precisely to

4    scale, it's a Google map ..

5              MR. FERGUSON:  What do you mean

6        precisely, it's not even drawn in any way to

7        scale.

8        Q      Are you saying this map doesn't help

9    you at all in terms of just locating the general

10   area of where Theresa Fusco's body was found?

11       A      I'm uncomfortable with it, but ..

12       Q      I'm talking about general area where

13   number 2 is, not saying precise place where the

14   body was, right, wouldn't you agree that's the

15   general area where the body was found?

16       A      I shouldn't label that way, and I'm

17   not being sarcastic, don't get me wrong,  I

18   understand that this has got to be done the right

19   way but it should have been labled as general area

20   then I would feel more comfortable with it.

21       Q      This says location.  I will amend it

22   and I will say general area; does that help you?

23       A      Makes it easier for me.

24       Q      All right, I'll put down here

25   general area, okay?

ALLIANCE REPORTING SERVICE, INC. (516) 741-7585

```
 1              VOLPE                  268
 2      A     I'm not geting this copy, am I?
 3      Q     Yeah, that's an exhibit.  We'll put
 4  down general area right there too, okay?
 5      A     I'm okay with it now.
 6      Q     Good.  And would you agree from what
 7  Debbie Smith says is that she stopped, she drove
 8  north on Rockland Avenue to Sunrise Highway, the
 9  traffic light was red, I stopped for the light.  I
10  had my window partly opened because i was smoking,
11  right?  I was sitting at the light and I heard a
12  woman scream.  I rolled my window down and
13  listened, but did not hear anything else, the
14  scream came from the left and like it was up high,
15  okay?
16              Now wouldn't you agree that where 4
17  is here would be the location of Debbie Smith's
18  car, that is Sunrise and Rockland, at the time
19  that she reported hearing the scream?
20      A     Yes.
21              MR. FERGUSON:  Note my objection.
22      A     Yeah, but I ..
23      Q     Yes?
24      A     Yes.
25      Q     And assuming that this map is north,
```

```
 1              VOLPE                    269
 2  okay, if she's at the location 4 wouldn't you
 3  agree that when she says she heard a scream coming
 4  from her left she heard a scream from the general
 5  area of where Theresa Fusco's body was eventually
 6  found, fair enough?
 7      A       I'm uncomfortable with that.  I find
 8  it hard to believe.  It's December 9th, it's cold,
 9  she got the window open because she was smoking
10  and unless you've been there, physically seen that
11  location at that traffic light, that railroad
12  mound, you couldn't even see Noble Machinery or
13  any of the businesses on the other side.
14          This is, you're talking about
15  three lanes, six lanes and an island over here.
16  Here's where she is.  The four takes up west and
17  east.
18          MR. FERGUSON:  Just note my
19      objection, Mr. Scheck.  If I may I don't
20      know if I'm permitted to say this, you let
21      me know, but you've got Number 4 in the
22      middle of the roadway and not at the light
23      where she supposedly says she is.  If I'm
24      out of line you let me know, but I think
25      this map is inaccurate.
```

```
 1                     V O L P E                    270

 2         Q       Detective, with this red pen, all

 3    right, could you draw an X in the area of the 4 if

 4    you can do it more precisely as to where you

 5    believe her car would have been located if she had

 6    stopped at the light at Sunrise and Rockland?

 7         A       This is the curb, so she can't be

 8    over the curb, she's got to be here and there's

 9    three lanes, island, three lanes.

10               (The witness compled with the

11    request)

12         Q       Now, you see that she is saying that

13    it's not December that this happened, it's

14    November?

15         A       It's November.

16         Q       Right?

17         A       Sorry.

18         Q       Is that okay?

19         A       Obviously, the weather, she's only

20    opening the window enough to get the smoke out.   I

21    don't know what the temperature studies were at

22    that time in November.

23         Q       She's saying that in the area where

24    you put the red mark, right, she's saying she

25    rolled her window down and sometime between nine
```

VOLPE                           271

and 12 on a night in November she heard a scream coming from the general area of where Theresa Fusco's body was found, right?

    A    Yes.

    Q    And that's a potential lead, isn't it?

    A    Well, that's up for evaluation, you have to investigate the lead.

    Q    Well, she's calling in on December 9th and Theresa Fusco's body was found on December 5th, right?

    A    One of hundreds of leads that came in.

    Q    But that was a lead, right?

    A    It was a lead, that's all it was.

    Q    Well, you took the lead, right?

    A    Yeah, and you prioritize it or you delegate someone to follow it up.

    Q    Well, the same day that she called in at 4:25 and you took the lead sheet Detective Pierce went out and immediately got a sworn statement from her, right?

    A    Absolutely, yes.

    Q    One reason that this could be an

VOLPE                                    272

2    important lead in the case is that she's parked

3    where -- she's stopping at a light. Now, Theresa

4    -- withdrawn.

5            Let's do it this way. Theresa Fusco

6    disappeared or she was last seen at 9:30 on

7    November 10th, correct?

8            MR. FERGUSON: Note my objection.

9    A       9:40 or something like that.

10    Q       9:40, right? She was last seen at

11    Hot Skates, correct, leaving Hot Skates?

12    A       Yes.

13    Q       And let's write on this map, you see

14    where it's 1, is that you think a fair and

15    accurate representation of the general location of

16    where Hot Skates is?

17    A       Fair and accurate, general, yes.

18    Q       Just a general location, right?

19    A       All of the above, yes, I can live

20    with that.

21    Q       So she disappears or she's last seen

22    around 9:40, okay. This location where she's got

23    her car stopped at the light, that's near Hot

24    Skates, right?

25            MR. FERGUSON: Note my objection.

VOLPE                              273

2        When you say near that's what I'm objecting

3        to.

4        A        What is near?

5        Q        Well, it's a short distance away

6   from Hot Skates, isn't it?

7                MR. FERGUSON:  Same objection.

8        A        To answer that, my definition of

9   near and yours might be different than yours might

10  be a quarter mile, might be an eight of mile.

11       Q        How far is that, you know this area,

12  don't you?

13       A        At that time I did.

14       Q        Yeah.

15       A        Maybe between an eighth, maybe about

16  an eighth of a mile, maybe a little bit more.

17       Q        Now, you see what we've marked

18  number 5 and identified that as Theresa Fusco's

19  home in 1984; do you see that?

20       A        Yes.

21       Q        Would you think that is a fair and

22  accurate representation of the general location of

23  where Theresa Fusco's home was, right?

24       A        Same answer, yes, generally.

25       Q        So Debra Smith is hearing a scream

VOLPE                          274

sometime between nine and 12 p.m. on a night in

November in an area that is really between Hot

Skates and Theresa Fusco's home, right?

          A      Yes.

          Q      And near and to the left of from

where she's facing, to the left of an area where

Theresa Fusco's body is eventually found, right?

          A      Yes.

          Q      So looking back at this now you

can -- wouldn't you agree that potentially Debbie

Smith's statement here is a pretty significant

lead?

          A      Well, again, the investigation or

the obligation to do the investigation, we have

her missing November 10th, I don't recollect, but

I think Miss Smith is after the 10th.  She's

giving a three-day window from the 17th through

the 20th.

          Q      Right.  But when she's filing this

report, she's coming forward, it's about a month

after Theresa Fusco disappeared, right?

          A      What is, her information?

          Q      Yes, when she's calling in this lead

it is now December 9th and Theresa Fusco

1                    VOLPE                    275

2    disappeared on December 10th, right?

3        A       Her body was found on December 5th,

4    that's what lights up Debbie Smith coming forward.

5        Q       Right, Debbie Smith comes forward

6    because it was reported in the press the next day

7    that Theresa Fusco's body was found, right?

8        A       Yeah.

9        Q       And the area where it was found,

10   right?  Yes?

11       A       Yeah.

12       Q       She now reports an incident to you

13   that happened a few weeks earlier; correct?

14       A       Her recollection, yeah.

15       Q       Okay.  And I show you what's been

16   marked as 160 and this is a report from Detective

17   Mitchell on December 11th who says that Debbie

18   Smith called command and states she is not sure if

19   she saw the automobile before November 17th and

20   November 20th, or between November 10th and

21   November 14th; do you see that?

22       A       I certainly do, yes.

23       Q       So and in your experience what's

24   really important ordinarily is sequence.

25   Sometimes witnesses when recalling something in

VOLPE                                    276

the past get the dates mixed up, but the sequence

of events is very important for an investigator to

follow, right?

    A       Well, add a little more to this one,

she was trying it seemed to me when you say as an

investigator that she was trying to bring it in

with November 10th through 14th to be helpful.

    Q       Wait a second.

    A       Because her first reaction is that

it's the 17th through the 21st.

    Q       As you're saying this right now,

you're just speculating because the fact of the

matter is as you sit here today you have no

memory ..

    A       I don't.

    Q       Of the Debbie Smith lead, right?

    A       I don't.

        MR. FERGUSON:  Objection.

    A       What I'm reading.

    Q       Well, you're reading that and I'm

just pointing out to you ..

        MR. FERGUSON:  But your question was

    about investigation, as you do

    investigations.  You mean as in general?

VOLPE                    277

Q      I'm asking you a general question about investigations and the general question about investigations is often when witness comes forward to describe something that happened weeks earlier, right, they get the dates wrong, but as a trained investigator what you try to focus on are the sequence of events, right?

A      I can live with that.

Q      And so Debbie Smith is reporting an incident where she has a fight with her boyfriend and then she drives to this location of Rockland and Sunrise Highway and stops at a light and hears a scream from the general area of where Theresa Fusco's body is found, right?

A      Right.

Q      And if it turns out when she checks with her boyfriend and goes through her calendar it that is more likely to have happened on the period between November 10th, right, than in the November 17th period that would be important to you as an investigator, correct?

MR. FERGUSON:  Objection.

A      Well, I don't know what motivated the change with her.

VOLPE                                    278

1

2        Q        Okay.

3        A        All right, I don't recollect.

4        Q        You don't remember this at all,

5    okay, let's go a little further in the statement?

6                 MR. FERGUSON:  Which one?

7        A        Which one?

8        Q        159.  Are you with me?

9        A        Give me a second, okay.

10       Q        Do you see it?

11       A        Go ahead.

12       Q        Next thing she says, "The traffic

13   light changed and I drove across Sunrise Highway

14   and under the railroad overpass.  I saw a large

15   light to medium tan car, four-door sedan, early

16   '70s, it had large windows.  I looked inside and I

17   saw a lot of stuff in the back seat.  I think

18   there were tools, a blanket and other stuff in the

19   back seat.  During this time I got out of my car

20   and I looked around towards the railroad trestle.

21   I looked at the license plate.  I remember there

22   were four numbers and three letters and a shiny

23   sticker on the left side of the rear bumper.  I

24   also remember that the car had a broken windshield

25   and a ticket in the left," what is that, "front

```
1                    VOLPE                    279

2   window on the dashboard."

3              Do you see that?

4       A      Yes.

5       Q      Now, is this beginning to ring a

6   bell to you about the tan car?

7       A      Generally. It does, but it's

8   ringing a bell to me as I'm reading, but as far as

9   my recollection today --

10      Q      The next thing she says --

11             MR. FERGUSON: He's trying to answer

12       the question and you're speaking over him.

13             MR. SCHECK: I understand. I'm

14       sorry, I didn't mean to speak over him.

15      A      You know, this is my recollection

16   today.

17      Q      Yes.

18      A      So it's all from what I'm reading

19   from what Pierce did, but if Debbie Smith walked

20   in I wouldn't know her, you know.

21      Q      But at each point along the way as

22   you can tell, what I'm trying to do in fairness is

23   see if any of these documents refresh your

24   recollection and when it does you tell me, okay?

25      A      Some do, some don't, as you can see.
```

```
1              V O L P E              280

2       Q       All right.  Now the next sentence

3  is, "Today," and that's December 9th, right, the

4  same day she reported this lead to you.

5              "I received a phone call from

6  Detective Joseph Volpe who asked me to come to

7  police headquarters and view a car that they have

8  there.   I met with Police Officer Lane and

9  Detective Pierce who showed me a 1971 Oldsmobile

10 Delta 88 and I have looked at the car.  I feel

11 that this is the car I saw that night.  The only

12 reservation I have is that the interior of the car

13 does not have all of the stuff in it that the car

14 had when I had stopped by the railroad crossing."

15              Do you see that?

16       A       Yes.

17       Q       Now, do you remember as soon as, you

18 know, the same day that you got this lead from

19 Debbie Smith saying that she had heard a scream in

20 the area where Theresa Fusco's body is found when

21 she stopped at the light and then she said she saw

22 this tan car with a broken windshield.

23              That immediately rang a bell for

24 you, didn't it?

25       A       Repeat that?
```

VOLPE                    281

1

2          Q       You knew what that tan car was,

3    didn't you?

4          A       I don't recall today what I had.

5          Q       Incidentally, just so we're clear

6    about this, on the lead sheet, the first lead

7    sheet which I think is 158 ..

8          A       Go ahead.

9          Q       In addition to saying that she  ..

10   in the lead sheet looking at the second paragraph

11   down, right, or the third paragraph, do you see

12   where I am right here?

13         A       Yes.

14         Q       She also stated that there was a lot

15   of garbage in the rear seat and remembers a

16   blanket, thinks tools and rope.  Do you see rope?

17         A       Yes.

18         Q       So among .. when you put the lead

19   sheet together with her statement, she saw a lot

20   of stuff in the back seat, tools, a blanket and a

21   rope; fair enough?

22         A       Yes.

23         Q       Now, I'm showing you what's 161,

24   premarked Exhibit 161, okay, you want to read

25   that?

```
 1                    V O L P E                 2 8 2

 2        A     Might I please?

 3        Q     Sure.  Do you see that -- are you

 4   finished 161?

 5        A     Yes.

 6        Q     Does this document refresh your

 7   recollection?

 8        A     I remember the car.  I remember the

 9   car and the incident.

10        Q     Do you know whose handwriting this

11   is on 161?

12        A     On 161?

13        Q     Do you happen to recognize the

14   handwriting?

15        A     I'm trying to.  I can't, I can't.

16        Q     Well, I represent to you, sir, that

17   this was a document that we found in the homicide

18   file and we don't know whose handwriting it is,

19   but I represent to you this came from the homicide

20   file?

21        A     Yes.

22              MR. FERGUSON:  What is the question?

23        Is there a question here?

24              MR. SCHECK:  I'm about to get to it.

25              MR. FERGUSON:  Okay, he's saying yes
```

```
 1                    V O L P E                 2 8 3
 2        and I'm trying to get to the question.
 3        Q      Are you saying you recognize the
 4   handwriting or you don't?
 5        A      I don't.
 6        Q      But you can see that this is a
 7   report dated December 6th, 1984, right?
 8        A      Yes.
 9        Q      And 6:40 p.m., right?
10        A      1840 hours, 6:40 p.m.
11        Q      And the person who wrote this report
12   says, present at 58, what is that?
13        A      Broadway, I think.
14        Q      58 Broadway, Malverne, New York,
15   home of John French.  He stated that on November
16   10th, '84 his 1971 Oldsmobile, registration
17   52332JN New York.  His car was parked on the
18   southwest corner of Lakeview and Ocean Avenue, it
19   was stolen sometime between 2130 and 2305 hours.
20   That would be what, 9:30?
21        A      9:30 p.m.
22        Q      And 11 --
23        A      11:05 p.m.
24        Q      That date.  Now between 9:30 and
25   11:05, that's, on November 10th, that's around the
```

```
 1              VOLPE                    284

 2   time that Theresa Fusco was last seen alive,

 3   right?

 4        A      Yes.

 5        Q      And let me -- looking at number 3

 6   on our map, okay, would you agree that number 3 is

 7   drawn to be the southwest corner of Lakeview and

 8   Ocean Avenue which is the location where John

 9   French reported his car was stolen on November

10   10th, 1984, sometime between 9:30 and 11:05,

11   right?

12        A      Yes.

13        Q      Now, in the next paragraph of this

14   interview with Mr. French, all right, go back to

15   that.

16        A      Got it.

17        Q      He then says on November 18th, 1984,

18   Mr. French went out looking around for his car.

19   He entered Lakeview and he found it parked on

20   Woodfield near the railroad tracks.  He then got

21   his keys and drove the car to the Lynbrook police

22   department.  Prior to going to the police

23   department his sister, Lori, found a pair of

24   lady's bluejeans with stripes.  Bluejeans were

25   inside out, jeans were found on the right rear
```

```
 1                    V O L P E                    285
```

2   floorboard halfway under the right passenger seat.

3   Do you see that?

4        A      Yes.

5        Q      Now, I show you what's been marked

6   as Exhibit 168.  That is a copy of the missing

7   poster that was distributed about Theresa Fusco,

8   correct?

9               MR. FERGUSON:  This is 168, okay.

10       Q      Yes?

11       A      Do I remember seeing this one?

12       Q      Yeah.

13       A      Oh, yes.

14       Q      And wouldn't you agree that when

15  Theresa Fusco was last seen alive she was wearing

16  striped bluejeans?

17       A      I don't recall the description

18  Mrs. Napoli gave us.

19       Q      Take a look at that.

20       A      Well, but I don't remember her

21  saying in her missing person report, and this, I

22  believe, was the first one.  They may have amended

23  it, that's all I'm saying.

24       Q      Looking at Exhibit 46 which is the

25  missing persons report, do you see where it says

```
 1                    V O L P E                  286
 2   she was last seen wearing bluejeans striped;
 3   correct?
 4        A     Yes, I do.
 5        Q     So wouldn't you agree that the tan
 6   car that French reports as stolen, right, is the
 7   same car that you took Debbie Smith to look at,
 8   right?
 9        A     I don't remember if that's what it
10   says.
11        Q     Isn't that what it says in your
12   report?
13        A     I don't recall.
14        Q     Go back and look at 159.
15        A     Oh, okay, yes.
16        Q     Right?
17              MR. FERGUSON:  159 is not his
18        report.  What are you referring to?
19        Q     I'm referring to 159 that is the
20   sworn statement by Detective, taken by Detective
21   Pierce, where Debbie Smith says that she received
22   a call from Detective Volpe who asked me to come
23   to police headquarters and view a car that they
24   have there.  Do you see that?
25        A     Yes, Yes.  Yes.
```

```
 1                         V O L P E              287
 2        Q      And that was the tan car that John
 3   French reported stolen, right?
 4        A      Yes.
 5        Q      And he reported it stolen at or
 6   around the time on November 10th that Theresa
 7   Fusco went missing, right?
 8        A      Within the time frame.
 9        Q      Yes, within the time frame, right?
10        A      9:30 to 12 -- whatever he said on
11   his report.
12        Q      And now French is saying that his
13   sister found a pair of striped jeans, lady's
14   jeans, underneath the right rear seat of the car
15   turned inside out, right?
16        A      Okay, yes.
17        Q      Now, don't you think that that's a
18   pretty important lead?
19        A      I don't have a clear recollection
20   right now, but that whole portion of that
21   investigation was followed up.
22        Q      Well --
23        A      I just don't remember.
24        Q      I understand you don't remember.
25        A      What the end result was.
```

```
1              VOLPE                    288

2       Q      I know you don't remember, but just

3   going through the documents, right, and examining

4   them, wouldn't you agree with me that Debbie Smith

5   reports seeing a tan car in the area where Theresa

6   Fusco's body was found, right.  Yes?

7       A      Yes.

8       Q      And then you take her and you show

9   her a car that John French reported being stolen

10  that night, right?

11      A      Yes.

12      Q      And John French says that when he

13  found the car later on November 18th in that car

14  were striped lady's jeans, right?

15      A      Yes.

16      Q      Now, as a trained investigator

17  wouldn't you think that there was a chance that

18  somebody, the perpetrator of this crime, had

19  abducted Theresa Fusco in that tan car, disrobed

20  her there and the jeans that had been turned

21  inside out, the lady's striped jeans, came from

22  Theresa Fusco?

23      A      My problem in answering that is that

24  i can't recall how that lead was finished.

25      Q      Well, we're going through this right
```

```
 1                    V O L P E                    289
 2   now.
 3        A      But we're just starting.
 4        Q      We're just starting it.
 5        A      Now this is the finding of the car,
 6   I don't recall what the forensics on the car was.
 7   I don't know if there was anything in the car that
 8   was any value to us.
 9        Q      Let's just take it a step at a time,
10   all right, Detective?
11        A      I hope you would.
12        Q      Wouldn't you agree that it is an
13   important working theory one would have as an
14   investigator that when Debbie Smith says she saw
15   this tan car in the area where Theresa Fusco's
16   body was found, right?
17        A      Yes.
18        Q      And that car had in it striped jeans
19   which are consistent with the description of the
20   last -- of the clothing that Theresa Fusco was
21   last seen wearing, right?
22             MR. FERGUSON:  Objection.  She
23        didn't say this car had striped jeans.  The
24        way your question is phrased, it says, she
25        said.
```

```
 1                    VOLPE                    290

 2              MR. SCHECK:  I'll withdraw that.

 3         Thanks.

 4         Q      She said she saw this tan car,

 5    right?

 6         A      Yes.

 7         Q      And let's look at the top of her

 8    statement here, all right, 159?

 9         A      159.

10              MS. BEN-SOREK:  What page?

11              MR. SCHECK:  The third page of her

12         statement.

13         Q      She also says, I also remember that

14    the car had --

15         A      Wait a minute, third page.  I

16    thought you said the top.  Sorry, go ahead.

17         Q      I also remember that this car had a

18    broken windshield.  See that?

19         A      Yes.

20         Q      Let me introduce to you, we'll mark

21    it as 167 and here's 169.

22              When you look at 167 and 169, don't

23    you recognize this to be photographs that were

24    taken of the John French car on December 6th,

25    1984; correct?
```

```
 1                    V O L P E              291

 2       A       By the documentation, yes.

 3       Q       And if you notice at the top of 167

 4  it indicates that the vehicle had a cracked

 5  windshield, right?

 6       A       Correct.

 7       Q       And that's consistent with what

 8  Debbie Smith said she saw, right?

 9       A       Yes.

10           MR. FERGUSON:  Can you give me a

11       chance to look at these documents.  This

12       document is not dated.  You got to put the

13       date on this exhibit sticker, no?

14           MS. CORNWALL:  That will be done.

15       You have courtesy copies as well.

16           MR. FERGUSON:  Okay, but I'm trying

17       to just look at them a second.

18           MS. BEN-SOREK:  I ask we agree that

19       there are 11 photographs attached in 169 for

20       the record.  Just make sure that we have it

21       all.

22           MS. CORNWALL:  Yes.

23           MS. BEN-SOREK:  Thank you.

24           THE WITNESS: We're good, 11.

25       Q       Now, do you have any recollection of
```

```
 1                    V O L P E                    292
 2    this car now?  I'm asking you for your independent
 3    recollection.
 4         A      I have no recollection of this
 5    portion of the investigation with French's car.
 6         Q      Okay.  What is your recollection?
 7                MR. FERGUSON:  Objection.  What is
 8         the question?
 9         Q      What do you remember about this,
10    about the investigation of French's car, what is
11    it that you remember?
12         A      That I remember Debbie Smith, the
13    car, the recovery of the car, report that it was
14    stolen and recovery by the owner and the
15    evaluation.  I don't recall the results of the
16    evaluation by the lab on the car, in other words
17    the processing of the car.  I just don't remember
18    it.
19         Q      Now, there was a Detective Doughty
20    that was working on this case, right, do you
21    remember there was a Detective Doughty?
22         A      From missing persons bureau,
23    Detective Doughty.
24         Q      Now, we have 62.  Let me just show
25    you a copy of 62.  Let me see if this refreshes
```

VOLPE                          293

your recollection.

MR. FERGUSON: Can I see what you're showing him before you ask anything.

MR. SCHECK: Yes, take a look at the highlighted paragraph, okay.

MR. FERGUSON: Is this 62 or something else, this is 62?

MR. SCHECK: Yes, Bates stamp number 5425, okay. Why don't you look on with your lawyer, okay?

MR. FERGUSON: Let me just see what this is first.

Q      Now, you see here that in Doughty's investigation he says and I'm reading from Bates stamp page 5425. On November 23rd Detective Bailey and I went to the Lynbrook Police Department. There we received information that a John French had reported his car stolen on November 11th from Lakeview Avenue and Ocean Avenue. The car was recovered on November 18th with different plates on it by the owner at Lakeview. Bluejeans that were found in the car were turned in to the Lakeview Police Department to Sergeant Spraig (phonetic). He saw Sergeant

```
1                    V O L P E                    2 9 4
2    Spraig later that evening and he said the pants
3    were thrown into the garbage.
4              Do you see that?
5         A    Yes.
6         Q    So obviously Spraig didn't realize
7    the importance of these striped jeans that were
8    found inside out in the French car, right?
9         A    I don't recall this, but ..
10        Q    Doesn't that make sense to you based
11   as an investigator?
12             MR. FERGUSON:  What's your question?
13        Q    Obviously the Lynbrook police when
14   they got this car from French on November 18th
15   they didn't know about the Debbie Smith call,
16   right?  Debbie Smith didn't call in until
17   November, November 9th, right?
18             MR. FERGUSON:  November 9th?
19        Q    December 9th, I'm sorry, December
20   9th, right?
21        A    Yes.
22        Q    So doesn't it appear to you as
23   though the Lynbrook police, it turns out, threw
24   these jeans away?
25        A    My difficulty is that the
```

```
1                    V O L P E                    295
2    jurisdiction where the car is found is not
3    Lynbrook's jurisdiction.
4         Q       What does that matter?
5         A       It doesn't matter, but.
6         Q       It was told to the Lynbrook police
7    department.  I'm trying to be very specific with
8    you now, okay?  Based on what Debbie Smith said
9    there was a tan car that she says was French's
10   car, right?
11            MR. FERGUSON:  She didn't say it was
12        French's car.
13            MR. SCHECK:  That is not true.
14            MR. FERGUSON:  You want to be
15        specific?
16        Q       Did she not state, say in her
17   statement, that she believed that the car she was
18   taken to see by you on December 9th, right, which
19   was French's car, is the car that she saw that
20   night?
21        A       But she didn't know John French.
22   Isn't that, comma, which is French car, comma?
23   That's the detectives writing that statement.  I
24   don't have any recollection of Debbie knowing John
25   French.
```

```
 1                 V O L P F                    296
 2      Q      That's not the point of my question
 3 and you know it.
 4      A      What is it?
 5      Q      My point is that Debbie Smith said
 6 in her sworn statement to Detective Pierce that
 7 the car that she saw on a November night in the
 8 area ..
 9      A      Well, on a November night, okay.
10      Q      -- where Theresa Fusco's body was
11 found was John French's car, right, she said that?
12      A      Yeah, we brought her in to view the
13 car.
14      Q      Right, and she said that's the car I
15 saw, right?
16      A      Yeah, yes.
17      Q      And before she had seen the car she
18 said she seen a car with a broken windshield that
19 was tan car, right?
20      A      Yes.
21      Q      And that matched exactly what
22 French's car was like, right?
23      A      Yes.
24      Q      And we now know that in French's car
25 on November 18th striped lady's bluejeans had been
```

```
1                        V O L P E                    2 9 7
2    found under the rear seat, right?
3         A      Yes.
4         Q      And that would be consistent would
5    it not with Theresa Fusco having been abducted by
6    somebody and her striped bluejeans being taken off
7    and left in the car, right?
8         A      I can't, I just can't agree with
9    that.  I mean, there's a lot of information there,
10   but I can't make it an absolute that Theresa Fusco
11   was in French's car that night, I just can't do
12   it.
13        Q      I'm not asking you for an absolute.
14   I'm asking, looking at this information, wouldn't
15   you agree that was a theory that you were
16   developing after you got the Debbie Smith call?
17        A      Correct.
18        Q      And doesn't it make sense that if
19   she saw a tan car with a broken windshield and the
20   windshield wasn't broken when the car was stolen
21   on November 10th, that would indicate that there
22   might have been a struggle in the car with Theresa
23   Fusco and that's how the windshield got broken?
24             MR. FERGUSON:  Objection.
25        A      Oh, I can't agree with that, I
```

1                    VOLPE                    298

2   can't.

3        Q      You really can't, why not?

4            MR. FERGUSON:  Objection.

5        A      I don't know the quality of the

6   glass, I don't know punching it, kicking it,

7   pitchfork.  A cracked windshield is the

8   strongest window in the car, the windshield, front

9   windshield.

10       Q      Well, let me show you ..

11       A      I saw the picture.

12       Q      I understand.  Just so that .. I'll

13  show you 162, okay?  And you can see that's a

14  report from Mitchell, correct?

15           MR. FERGUSON:  Can we have a chance

16       to look at this?

17           MR. SCHECK:  Yes.

18           MR. FERGUSON:  What number is this?

19           MR. SCHECK:  162.

20       Q      Do you see that, this is a statement

21  taken from John French on December 11th, 1984, by

22  Detective Mitchell, right?

23       A      Notes, yeah, notes of Mitchell.

24       Q      And Mitchell says that the

25  windshield of his car was not broken prior to it

VOLPE                    299

being stolen, right?

    A     Yes.

    Q     So now we have French's car being stolen at location number 3, right, between 9:30 and 11 on November 10th, the night that Theresa Fusco went missing, right?

    A     Yes.

    Q     And Debbie Smith reports seeing this same car with the windshield broken near the area where Debbie Smith's body was found, right?

    A     Where Theresa Fusco's body was found.

    Q     Theresa Fusco's body was found, right?

    A     Yes.

    Q     And there were also striped ladies bluejeans that were found inside out that were found in French's car when he eventually recovered it, right?

    A     Right.

    Q     Now, putting that together as a detective isn't it logical to you that one possible lead here is that Debbie Smith heard a scream from Theresa Fusco on the night of her

1                    V O L P E                    3 0 0

2   murder and that when she drove through the

3   intersection and saw this tan car that had been

4   stolen from John French, the perpetrator was off

5   with Theresa Fusco?

6       A       Problem I have answering that

7   question is, I'm trying to figure out what was

8   done on the French/Debbie Smith lead, meaning the

9   car in its entirety and the canvas, whatever else,

10  I don't remember what we did.

11      Q       Well, I'll go through that with you.

12      A       You know what we did on that whole

13  car and French.

14      Q       Absolutely, but I'm only going

15  through one step at a time.

16      A       Appreciate that.

17      Q       This document, Debbie Smith's

18  statement that you got on December 9th, you

19  immediately had taken her to see the French car,

20  right?

21      A       Absolutely.

22      Q       And looking at this paperwork, the

23  reason that seemed so important is that she had

24  been stopped in an intersection, right, near the

25  general area where Theresa Fusco's body had been

```
 1                    V O L P E                    3 0 1

 2   found; correct?

 3        A      Yes.

 4        Q      She heard a scream during a time

 5   period in the evening which was just after Theresa

 6   Fusco had last been seen alive, correct?

 7               MR. FERGUSON:  Just note my

 8        objection.

 9        A      Yeah, I mean I have a problem with

10   that.

11        Q      Well ..

12        A      If she heard a scream and she

13   stopped and got out of her car to look at French's

14   car, what we now know to be French's car, you

15   wouldn't have a time, she still leaves it that

16   three hour time.  I'm at an a disadvantage because

17   I don't recall ..

18        Q      We can go over the statement again

19   now?

20        A      I can't now because I'm just about

21   starting to feel it, all right.  I'm trying to go

22   as long as I can with you.

23               MR. FERGUSON:  Do you want to take a

24        short break or do you want to keep on going.

25               MR. SCHECK:  Well, it's up to him.
```

VOLPE                         302

2      I know he doesn't have much time left.

3          A      It's over an hour.

4          Q      Just one more thing for you to

5   consider, okay?  If you're able, one little thing

6   I'll point out to you here?

7          A      Okay, yeah, then I want to use the

8   men's room.  Go ahead.

9          Q      You notice that French indicated

10   that there was a rope that was missing from his

11   car, correct?

12         A      Something he describes as  ..

13              MR. FERGUSON:  You saying French

14         said that, is that what you're saying?

15              MR. SCHECK:  Yes.

16              MR. FERGUSON:  What document are you

17         referring to here?

18              MS. CORNWALL:  162.

19         A      Doesn't this say, this is loss from

20   his auto so he lost all his tools and the rope.

21   See, I don't recall what this picture is from.

22         Q      I'll show you what that is.  But you

23   remember Debbie Smith saying in her statement in

24   her call sheet in her statement to you that in the

25   back seat of French's car she saw tools and she

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

```
1                    V O L P E              3 0 3

2    saw a rope, right?  Do you recall seeing that, a

3    rope?

4         A      The lead sheet.

5         Q      In the lead sheet, it says rope, do

6    you remember that?

7                MS. BEN-SOREK:  The record referred

8         to exhibit --

9         A      158.

10               MS. BEN-SOREK:  158.

11        A      Read that four lines for me.

12   Blanket, thinks tools and rope.  Thinks tools and

13   rope.  She wasn't positive on this.  You're asking

14   me to read what she wrote?

15        Q      Rope.

16        A      She says, thinks, thinks tools and

17   rope.

18        Q      You see that French said --

19        A      What he lost.

20        Q      There was a rope missing from his

21   car, correct?

22        A      Yes.

23        Q      Now Theresa Fusco was murdered by

24   ligature strangulation, right?

25        A      Yes.
```

```
 1                    V O L P E              3 0 4

 2       Q        And there were  -- and reading now

 3   from Exhibit 56, the autopsy report, let's see if

 4   this refreshes your recollection.

 5            MR. FERGUSON:  You're saying that's

 6       an autopsy?

 7            MR. SCHECK:  Yes.

 8            MR. FERGUSON:  56.

 9       Q        The neck shows an extensive ligature

10   abrasion about the neck measuring one inch on the

11   right and central portions expanding approximately

12   to one and three quarters inches over the region

13   of the left carotid with a complete encircling of

14   the neck structure, it is deep and reddish black

15   in color with abrasions on the skin.

16            Do you recall that?

17       A        Generally I recall.  I haven't read

18   that document in 25 years.

19       Q        But you do recall that she was --

20   cause of death was ligature strangulation?

21       A        Yes.

22       Q        And that would be consistent with

23   being strangled by a rope, right?

24       A        It's one of the tools of a ligature

25   strangulation, is a rope.
```

1              V O L P E                    305

2       Q      Yeah.  And the injuries described in

3   this autopsy report it's fairly extensive ligature

4   strangulation, it goes around the whole neck,

5   right?

6       A      Yes.

7       Q      And wouldn't you agree, this is the

8   last question before you take a break or however

9   you want to do it, wouldn't you agree that on

10  December 9th when you got the lead from Debbie

11  Smith the reason that you immediately took her to

12  see John French's car is you thought that given

13  what she said she saw, John French's car was

14  involved in the homicide, right?

15      A      Well, not at that point.  Just that

16  it was an interesting lead to turn in to the

17  investigation, it was very interesting.

18      Q      Very interesting lead, right?

19      A      But, you know, I didn't make a

20  decision that John French's car was used in a

21  homicide, couldn't.

22      Q      I'm asking you the reason that you

23  immediately took her to see John French's car is

24  that after hearing the incident that Debbie Smith

25  reported you thought that that car could have been

```
1                    V O L P E                    3 0 6
2   involved in the homicide, right?
3        A       You know, I don't want to get to the
4   point of tunnel vision at that time.  It was
5   something that I was very interested in and we
6   followed it up accordingly.
7        Q       But the reason you followed it up
8   was that you thought it was possible that John
9   French's car had been involved in the homicide,
10  right?
11       A       Well, to me it was a lead that had
12  to be investigated.  Did you hear me counselor?
13  To me it was a lead that had to be investigated.
14       Q       Why?
15       A       Because of all the little one, two,
16  three, four, fives, all the information we got
17  from Debbie Smith.
18       Q       I just want to review that with you.
19  But the reason it had to be investigated is that
20  Debbie Smith said that she was parked in an area
21  around the time in the evening in November that
22  Theresa Fusco went missing, right?
23       A       Uh-huh.
24       Q       Yes?
25       A       Yes.
```

```
1                    VOLPE                    307

2        Q       That she heard a scream from

3        A       I have to back up on that one

4   because I have two times.  I have two dates

5   rather.  I know she changed it from the 17th to

6   the 21st to the 10th through the 14th.

7        Q       Right.

8        A       That forces me to keep an open mind

9   on that.

10       Q       Right, but putting the date aside

11  for a second, I'm just reviewing the reasons why

12  you took her to see that car, okay, why it was a

13  promising lead, would that be a fair statement?

14       A       If it was an accurate lead, sure.

15       Q       Okay, and the lead, the possible

16  lead that you were investigating was that Debbie

17  Smith had been stopped at a light in the area

18  where she heard a woman scream during the period

19  that Theresa Fusco had been last seen alive,

20  right?

21       A       Well, I'm not going to say my

22  recollection of it just because she told me she

23  heard a scream that it was a scream or that it was

24  Theresa Fusco's scream.  We're doing an

25  investigation.  I have to do French's car with
```

1                    V O L P E                    3 0 8

2    her, there's so many things.

3         Q        I'm only trying to go back over what

4    the reason you ..

5         A        I can't lock myself into it being

6    that.

7              MR. SCHECK:  I think the tape is

8         almost done all, okay.

9              THE VIDEOGRAPHER:  The time is 1:01

10        p.m., this concludes tape number one of the

11        videotape deposition of Mr. Joseph Volpe.

12              (Time Noted:  1:01 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

309

ACKNOWLEDGMENT

STATE OF NEW YORK)
                    ss.:
COUNTY OF NASSAU)


          I, JOSEPH VOLPE, hereby certify that I
have read the transcript of my testimony taken
under oath in my deposition of April 6, 2009; that
the transcript is a true, complete and correct
record of what was asked, answered and said during
this deposition, and that the answers are true and
correct.




          - - - - - - - - - - - - - - - - - - - -
                    JOSEPH VOLPE



Subscribed and sworn to
before me this _ _ _ _ _ day
of _ _ _ _ _ _ _ _ _ _ _ _ _ _ _, 2009.


- - - - - - - - - - - - - - - - - - - - - -
  NOTARY PUBLIC

```
 1                                              310
 2                    I N D E X
 3  WITNESS        EXAMINATION BY
 4  JOSEPH VOLPE      MR. SCHECK              PAGE
 5                                             6
 6
 7
 8
 9                  E X H I B I T S
10  PLAINTIFF'S EXHIBITS
    FOR IDENTIFICATION         PAGE        LINE
11
    158        Debbie Smith
12             lead sheet        4          3
13  159        Statement of
               Debra Smith       4          6
14
    160        Debbie Smith
15             call              4          9
16  161        12/6/84 interview
               Of John French    4         12
17
    162        Loss from John
18             French's car      4         15
19  163        John French
               statement         4         18
20
    164        People in French's
21             car               4         21
22  165        French car
               fingerprint reports  4       24
23
    166        French missing car
24             report            5          3
25             (Continued)
```

311

EXHIBITS (CONTINUED)          PAGE     LINE

167          Crime scene search
             unit document        5        6
168          Missing peson flier   5        9
169          11 pages photographs  5       12
170          Google area map       5       15

```
 1                                              3 1 2
 2           C E R T I F I C A T E
 3   STATE OF NEW YORK)
                         s s . :
 4   COUNTY OF SUFFOLK)
 5
 6           I, JEANETTE L. HOOLAN, a Notary
 7   Public in and for the State of New York, do
 8   hereby certify:
 9           THAT the testimony of JOSEPH VOLPE was
10   held before me at the aforesaid time and place.
11           THAT said witness was duly sworn before
12   the commencement of the testimony and
13   that the testimony was taken stenographically by
14   me and is a true and accurate transcript of
15   my stenographic notes.
16           I further certify that I am not related to
17   any of the parties to the action by blood or
18   marriage and that I am in no way interested in the
19   outcome of this matter.
20           IN WITNESS WHEREOF, I have hereunto set my
21   hand this 17th day of APRIL, 2009.
22
23                          Jeanette L. Hoolan
         ---------------------------------------
24                    JEANETTE L. HOOLAN
25
```

ALLIANCE REPORTING SERVICE, INC. (516) 741-7585

313

E R R A T A   S H E E T

DEPOSITION OF: JOSEPH VOLPE

RE:  RESTIVO VS. NASSAU COUNTY

DATE TAKEN:  APRIL 6, 2009

PAGE      LINE        CORRECTION            . REASON

----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------
----      ----        --------------------  --------------


                        --------------------------------

                        JOSEPH VOLPE

Subscribed and sworn to
before me this _____ day
of ------------------, 2009.


--------------------------------
     NOTARY PUBLIC

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

1

**A**

abducted 288:19
  297:5
able 302:5
above-noted
  232:17
abrasion 304:10
abrasions 304:15
absolute 297:10
  297:13
absolutely
  252:10 254:25
  271:24 300:14
  300:21
accurate 264:16
  264:24 265:6
  266:11,12,24
  272:15,17
  273:22 307:14
  312:14
accurately 264:7
action 312:17
add 276:5
addition 281:9
admittedly
  265:16
advance 251:2
affidavit 236:15
  237:8,10,17
  238:15 240:7
  240:20 242:3
  242:11 244:22
  246:25 247:2
  247:18,21
  248:8 250:13
aforesaid 312:10
ago 236:14,20
agree 240:2
  265:10,17
  267:14 268:6
  268:16 269:3
  274:11 284:6
  285:14 286:5
  288:4 289:12
  291:18 297:8
  297:15,25
  305:7,9
agreed 237:3
  238:11
ahead 260:24
  278:11 281:8

290:16 302:8
ALBERT 231:9
  232:4
alive 284:2
  285:15 301:6
  307:19
ALLEN 231:10
amend 267:21
amended 285:22
answer 243:22
  245:19,22,25
  246:5,9 248:15
  249:3,16,18,20
  249:23 273:8
  273:24 279:11
answered 243:21
  309:12
answering 288:23
  300:6
answers 236:19
  239:8 248:4
  309:13
ANTHONY
  231:14 233:13
anybody 245:9
  246:6,7 248:14
appear 294:22
Appreciate
  300:16
approximately
  304:11
April 232:11
  309:10 312:21
  313:4
area 235:15
  246:20 262:2
  265:19 266:19
  267:10,12,15
  267:19,22,25
  268:4 269:5
  270:3,23 271:3
  273:11 274:3,7
  275:9 277:14
  280:20 288:5
  289:15 296:8
  299:10 300:25
  306:20 307:17
  311:7
argument 260:9
arrests 253:9
articles 253:25

aside 307:10
asked 245:16
  280:6 286:22
  309:12
asking 246:22
  248:6 252:23
  260:15,23
  277:2 292:2
  297:13,14
  303:13 305:22
assisting 245:9
assuming 268:25
assumption
  242:4
assure 254:24
attached 291:19
Attorney 233:16
  233:18,20
  252:11,18
  253:8,23
Attorneys 233:4
Attorney's 252:20
auto 257:20,22
  302:20
automobile
  275:19
autopsy 304:3,6
  305:3
Avenue 261:10
  263:22 264:15
  268:8 283:18
  284:8 293:20
  293:21
a.m 232:11
  235:22 256:22

**B**

B 233:15 310:9
  311:2
back 242:15
  243:3,16 244:2
  274:10 278:17
  278:19 281:20
  284:14 286:14
  302:25 307:3
  308:3
Bailey 293:17
bank 263:20
  264:11,13
BARRY 233:7
based 238:12

240:4 248:12
  250:14 265:9
  266:25 294:10
  295:8
basic 237:15
Bates 293:9,16
beginning 259:19
  279:5
believe 252:24
  254:4,14,21,23
  262:12 269:8
  270:5 285:22
believed 295:17
bell 255:16,21
  257:25 258:15
  279:6,8 280:23
benign 248:10
BEN-SOREK
  233:19 263:15
  290:10 291:18
  291:23 303:7
  303:10
best 250:7
  266:17
Birdsall 231:12
  232:4 241:4,21
  242:22,23
  243:7,13,15
  244:5,8,9,25
  245:6,16
  246:15 248:21
  249:9 250:2,14
  250:16,17
Birdsall's 244:25
  245:11 246:16
  248:12,19
bit 265:23
  273:16
black 304:14
blanket 247:13
  247:14,17
  248:7 249:12
  250:3 257:21
  278:18 281:16
  281:20 303:12
blood 242:18
  243:9,17 244:3
  244:9,23 245:5
  245:18,21
  246:8,20 247:5
  247:7,10,16

248:7,11,15
249:6,17,18
250:4 312:17
blow-up 263:10
bluejeans 284:24
284:24 285:16
286:2 293:23
296:25 297:6
299:18
body 251:3 262:3
262:7,20
264:22 265:9
265:19,19
266:2,5,18
267:10,14,15
269:5 271:4,11
274:8 275:3,7
277:15 280:20
288:6 289:16
296:10 299:11
299:12,14
300:25
boss 241:7
bottom 258:25
boyfriend 277:11
277:18
boyfriend's 260:8
break 301:24
305:8
breast 253:13
bring 276:7
Broadway 283:13
283:14
broken 278:24
280:22 290:18
296:18 297:19
297:20,23
298:25 299:10
brought 253:2,4
253:6 296:12
BRUSA 231:11
bumper 278:23
bureau 292:22
businesses
269:13
busy 253:19

C
C 233:2 309:2
312:2,2
calendar 277:18

call 234:9 256:2
256:9 280:5
286:22 294:15
294:16 297:16
302:24 310:15
called 251:15
256:17 258:22
259:17 271:20
275:18
calling 271:10
274:24
CAMPBELL
231:15
canvas 300:9
capacities 231:17
231:18
capacity 231:7,8
231:8,9,9,10
231:10,11,11
231:12,12,13
231:13,14,14
231:15,16,16
231:17
car 234:15,21,24
235:3 257:19
268:18 270:5
272:23 278:15
278:19,24
279:6 280:7,10
280:11,12,13
280:22 281:2
282:8,9 283:17
284:9,18,21
286:6,7,23
287:2,14 288:5
288:9,13,13,19
289:5,6,7,15
289:18,23
290:4,14,17,24
292:2,5,10,13
292:13,16,17
293:19,21,23
294:8,14 295:2
295:9,10,12,17
295:19,19,22
296:7,11,13,14
296:17,18,19
296:22,24
297:7,11,19,20
297:22 298:8
298:25 299:4

299:10,19
300:3,9,13,19
301:13,14,14
302:11,25
303:21 305:12
305:13,20,23
305:25 306:9
307:12,25
310:18,21,22
310:23
CARLOS 233:22
carotid 304:13
case 236:15
240:5 245:12
251:15,19
252:19 254:10
263:19 264:12
272:2 292:20
cause 304:20
central 232:10
304:11
certainly 243:10
275:22
certify 309:8
312:8,16
chance 236:18
255:19 263:7
288:17 291:11
298:15
change 277:25
changed 278:13
307:5
CHARLES 232:5
CHARLIE 231:10
checks 277:17
circled 266:20
Class 259:23
clear 239:9
248:18 250:2
281:5 287:19
clearly 258:16
close 255:6
closer 266:9
clothing 246:20
247:8 289:20
COCHRAN 233:3
cold 269:8
collect 245:17,23
collected 243:6
246:4
color 304:15

colored 257:21
come 240:24,24
241:2,3,4,5
245:6 262:2
280:6 286:22
comes 275:5
277:4
comfortable
267:20
coming 269:3
271:3 274:21
275:4
comma 295:22
295:22
command 275:18
commencement
312:12
COMMISIONER
232:1
COMMISSIONER
232:1,2
communications
251:9
compled 270:10
complete 304:13
309:11
completed
237:12 238:13
238:24 241:12
242:2
completing
240:20
concludes 308:10
conduct 246:2
CONNAUGHTON
231:12 232:6
connect 254:19
consider 302:5
consistent 237:9
237:13 240:8
240:22 241:11
242:5,17 247:4
250:24 289:19
291:7 297:4
304:22
contents 246:24
continuation
235:19
Continued
232:15 236:11
310:25 311:2

3

copies 255:14
  291:15
copy 245:11
  268:2 285:6
  292:25
corner 283:18
  284:7
CORNWALL
  233:7 291:14
  291:22 302:18
correct 237:13
  238:7,10
  240:12 242:9
  244:7 245:3
  252:2,6 257:7
  265:4 272:7,11
  275:13 277:22
  285:8 286:3
  290:25 291:6
  297:17 298:14
  301:2,6 302:11
  303:21 309:11
  309:14
CORRECTION
  313:5
counsel 255:14
counselor 306:12
counting 243:7
Country 233:12
County 231:2,7
  231:25 233:16
  233:18,20
  309:5 312:4
  313:3
course 236:24
court 231:2,20
  235:23 236:7
  253:6
courtesy 291:15
Co-Counsel
  233:11
cracked 291:4
  298:7
crime 235:6
  260:4 288:18
  311:3
crossing 280:14
curb 270:7,8
CV-06-6695
  231:24
CV-06-6720

231:6

— D —
D 309:2 310:2
DA 251:11
  253:12,13
  254:22
DANIEL 231:14
dark 257:21
dashboard 279:2
date 234:5,8,11
  234:14,17,20
  234:23 235:2,5
  235:8,11,14,17
  240:7 283:24
  291:13 307:10
  313:4
dated 255:11
  258:19 283:7
  291:12
dates 276:2
  277:6 307:4
day 258:21
  259:16 271:20
  275:6 280:4,18
  309:20 312:21
  313:23
days 238:14,25
DA's 252:15
dead 251:3
death 304:20
Debbie 234:3,9
  255:9,10,12,15
  255:21 256:14
  258:6,15 261:3
  261:7 268:7,11
  274:11 275:4,5
  275:17 276:17
  277:10 279:19
  280:19 286:7
  286:21 288:4
  289:14 291:8
  292:12 294:15
  294:16 295:8
  295:24 296:5
  297:16 299:9
  299:11,24
  300:17 302:23
  305:10,24
  306:17,20
  307:16 310:11

310:14
Deborah 233:7
  234:6
Debra 258:18
  273:25 310:13
December 256:5
  258:19 259:17
  264:22 265:20
  269:8 270:13
  271:10,11
  274:25 275:2,3
  275:17 280:3
  283:7 290:24
  294:19,19
  295:18 298:21
  300:18 305:10
decision 305:20
deep 304:14
Defendants
  231:19 232:7
  232:16
definition 273:8
delegate 271:19
delegated 253:18
Delta 280:10
DEMPSEY 231:7
  232:4
Dennis 231:3
  232:3 233:4
  254:12
department
  252:21 253:21
  284:22,23
  293:18,24
  295:7
depending
  253:18
deposed 239:17
  239:22
deposition
  232:15 235:20
  236:19 239:8
  239:13,20
  240:4 245:12
  249:9 308:11
  309:10,13
  313:3
Deputy 233:18
  233:20
describe 277:5
described 305:2

describes 260:6
  260:7 302:12
describing
  246:14
description
  285:17 289:19
detective 231:15
  232:2,3,3,4,4,4
  232:4,5,5,5
  237:11 249:13
  253:16 255:11
  259:5,6,8,10
  259:12,15,21
  270:2 271:21
  275:16 280:6,9
  286:20,20,22
  289:10 292:19
  292:21,23
  293:16 296:6
  298:22 299:23
detectives 231:17
  251:11,18
  295:23
developing
  297:16
DIEHL 231:13
  232:6
different 273:9
  293:22
difficulty 294:25
direction 261:18
  261:23
directly 244:14
  256:9
disadvantage
  301:16
disappeared
  272:6 274:22
  275:2
disappears
  272:21
discovered
  240:21
discussed 236:14
disputing 239:11
disrobed 288:19
distance 273:5
distributed 285:7
District 231:20
  231:21 252:11
  252:18,20

4

253:7,23
document 235:6
 252:10,13,22
 252:25 253:22
 253:24 254:25
 255:3,9,10,24
 256:10 258:14
 260:14,16,20
 263:4 264:10
 282:6,17
 291:12 300:17
 302:16 304:18
 311:4
documentation
 291:2
documents 255:4
 279:23 288:3
 291:11
DOE 231:17
doing 253:14
 307:24
DONALD 232:1
DONNELLY
 231:11
Doughty 292:19
 292:21,23
Doughty's 293:14
draw 270:3
drawn 265:3,16
 266:14 267:3,6
 284:7
Drive 263:22
 264:15
drives 277:12
driving 256:18
 260:10 261:23
drove 261:10
 268:7 278:13
 284:21 300:2
duly 236:3
 312:11

————— E —————
E 233:2,2 236:2
 236:2,10 309:2
 309:2 310:2,9
 311:2 312:2,2
 313:2,2,2
earlier 275:13
 277:6
early 278:15

easier 267:23
east 269:17
EASTERN 231:21
eavesdropping
 237:3
EDWARDS
 231:16
eight 273:10
eighth 273:15,16
either 256:12
elevated 261:17
encircling 304:13
entered 284:19
entirety 246:23
 300:9
entitled 258:18
entranceway
 262:7
ESQ 233:7,7,13
evaluation 271:8
 292:15,16
evening 260:8
 294:2 301:5
 306:21
events 276:3
 277:8
eventually 269:5
 274:8 299:19
evidence 249:15
 252:5
exactly 296:21
examination
 236:11 237:12
 238:13,24
 240:6,21
 241:12 242:2
 249:14 251:4
 252:5 310:3
examined 236:5
examiner 238:9
examining 288:3
exception 249:11
exhibit 234:4,7
 234:10,13,16
 234:19,22,25
 235:4,7,10,13
 235:16 237:3
 255:5 258:6
 261:2 263:5,14
 263:16,18
 264:2,18 268:3

281:24 285:6
 285:24 291:13
 303:8 304:3
EXHIBITS 310:10
expanding
 304:11
expect 243:15
experience
 275:23
explain 246:12
explained 256:10
explanation
 237:19
extensive 304:9
 305:3

————— F —————
F 312:2
facing 262:23
 274:7
fact 276:13
fair 265:6 269:6
 272:14,17
 273:21 281:21
 307:13
fairly 305:3
fairness 279:22
false 259:22
 260:3
far 243:12,14
 273:11 279:8
FARRELL 232:3
Federal 232:9
feel 239:23
 267:20 280:10
 301:21
FERGUSON
 233:18 236:23
 237:5,21
 238:16 239:2,4
 239:11,15,21
 240:10,16
 241:13 243:19
 246:13,18
 247:19,25
 248:24 251:5
 255:18 260:12
 260:19 263:6
 263:12,16,23
 264:3,8,25
 265:11 267:5

268:21 269:18
 272:8,25 273:7
 276:19,23
 277:23 278:6
 279:11 282:22
 282:25 285:9
 286:17 289:22
 291:10,16
 292:7 293:3,7
 293:12 294:12
 294:18 295:11
 295:14 297:24
 298:4,15,18
 301:7,23
 302:13,16
 304:5,8
fight 277:11
figure 300:7
file 251:15,19
 252:10,14,15
 252:16,22,25
 253:4 254:22
 282:18,20
files 251:14
filing 274:20
filled 237:10
 242:3
filling 240:19
find 269:7
finding 289:5
fingerprint
 234:24 310:22
finished 240:6
 258:11 261:2
 282:4 288:24
first 236:3 243:5
 245:12 258:9
 260:11,18,22
 276:10 281:6
 285:22 293:13
fives 306:16
flier 235:9 311:5
floorboard 285:2
fluids 250:9
focus 277:7
follow 271:19
 276:4
followed 287:21
 306:6,7
follows 236:6
forces 307:8

5

forensics 289:6
form 237:21
forward 274:21
  275:4,5 277:5
forwarded 249:13
  251:4
found 237:12
  241:10 243:8
  246:7 248:6,14
  250:25 262:3,7
  262:20 264:22
  265:20 266:19
  267:10,15
  269:6 271:4,11
  274:8 275:3,7
  275:9 277:15
  280:20 282:17
  284:19,23,25
  287:13 288:6
  288:13 289:16
  293:23 294:8
  295:2 296:11
  297:2 299:11
  299:13,14,18
  299:19 301:2
four 238:18,18
  238:25 240:11
  240:12 269:16
  278:22 303:11
  306:16
four-door 257:20
  278:15
Fraas 231:10
  232:5 237:11
  238:6,17 239:9
  240:3,19,24
  241:2,9,25
  242:23 249:13
  251:4
frame 249:4
  287:8,9
FRANK 231:8
  232:5
French 234:12,18
  234:24 235:3
  283:15 284:9
  284:14,18
  286:6 287:3,12
  288:9,12
  290:24 293:19
  294:8,14

295:21,22,25
  298:21 300:4
  300:13,19
  302:9,13
  303:18 310:16
  310:19,22,23
French's 234:15
  234:21 292:5
  292:10 295:9
  295:12,19
  296:11,22,24
  297:11 299:4
  299:19 301:13
  301:14 302:25
  305:12,13,20
  305:23 306:9
  307:25 310:18
  310:20
French/Debbie
  300:8
front 278:25
  298:8
further 278:5
  312:16
Fusco 235:10
  240:22 250:25
  254:9 272:5
  274:22,25
  284:2 285:7,15
  287:7 288:19
  288:22 289:20
  297:5,10,23
  299:7,25 300:5
  301:6 303:23
  306:22 307:19
Fusco's 237:9,13
  240:9 241:11
  242:6,17 247:4
  251:2 262:3
  264:22 265:19
  267:10 269:5
  271:4,11
  273:18,23
  274:4,8 275:7
  277:15 280:20
  288:6 289:15
  296:10 299:12
  299:14 300:25
  307:24
——— G ———

G 232:5 309:2
garbage 281:15
  294:3
general 267:9,12
  267:15,19,22
  267:25 268:4
  269:4 271:3
  272:15,17,18
  273:22 276:25
  277:2,3,14
  300:25
generally 265:5
  273:24 279:7
  304:17
geographically
  262:20
George 259:7
geting 268:2
give 255:18
  263:7 278:9
  291:10
given 241:18
  305:12
giving 260:19
  263:25 274:18
glass 298:6
go 240:17
  242:15,24
  244:2,13
  254:22 255:20
  260:9,24 278:5
  278:11 281:8
  284:14 286:14
  290:16 300:11
  301:18,21
  302:8 308:3
goes 251:10
  277:18 305:4
going 237:17
  251:19 253:8
  258:8 261:9
  262:21,22
  266:23 284:22
  288:3,25
  300:14 301:24
  307:21
good 268:6
  291:24
GOODMAN
  233:15
Google 235:15

263:13 265:14
  265:21 266:10
  266:15 267:4
  311:7
GRANDINETTE
  233:11,13
GRUBER 231:8
  232:5
guess 237:25
  242:4 250:10
G-O-T 257:13
——— H ———
H 236:2 310:9
  311:2 313:2
hair 237:9,13
  238:9,13,24
  240:6,8,21,22
  241:10,12
  242:2,5,17
  247:3 250:24
  251:2
hairs 237:24
  249:5,12
halfway 285:2
Halstead 231:3,4
  231:4,4 233:4
  233:5,5,5
  254:12,20
hand 312:21
handwriting
  257:14 282:10
  282:14,18
  283:4
handwritten
  251:23
happen 282:13
happened 236:25
  270:13 275:13
  277:5,19
hard 269:8
HARRY 231:9
  232:5
HEAD 232:3
headquarters
  280:7 286:23
hear 247:23
  261:15 268:13
  306:12
heard 257:6
  261:14 262:8

6

262:10,17
268:11 269:3,4
271:2 280:19
299:24 301:4
301:12 307:2
307:18,23
hearing 268:19
273:25 305:24
hears 277:13
Heather 231:4
233:5
held 232:17
312:10
help 267:8,22
helpful 276:8
hereunto 312:20
high 261:17
268:14
highlighted 293:6
Highway 261:10
262:22 263:21
268:8 277:13
278:13
hold 263:6
home 260:9,10
260:10 273:19
273:23 274:4
283:15
homicide 232:3,3
251:10,15,18
252:10,16,22
253:16,22
256:2 282:17
282:19 305:14
305:21 306:2,9
Hoolan 236:4
312:6,24
hope 252:12
289:11
Hot 272:11,11,16
272:23 273:6
274:3
hour 301:16
302:3
hours 238:18,22
240:11 256:19
256:20 283:10
283:19
house 260:8
Hudson 233:5
human 242:18

243:9,17 244:3
244:9,23 245:5
245:21 246:8
247:4,7,10,16
248:7,11,15
249:6
hundreds 271:13

——— I ———

idea 250:12
251:7
identification
234:5,8,10,14
234:17,19,23
235:2,5,8,11
235:13,16
310:10
identified 264:21
265:18 273:18
identifying
249:12
immediately
271:22 280:23
300:19 305:11
305:23
importance 294:7
important 272:2
275:24 276:3
277:21 287:18
289:13 300:23
improper 239:23
inaccurate
269:25
inch 304:10
inches 304:12
incident 260:7,7
275:12 277:11
282:9 305:24
incidentally
281:5
include 251:22
251:25 252:4,7
including 253:25
inconsistent
262:19
independent
292:2
indicate 297:21
indicated 237:8
240:5 302:9
indicates 256:4

291:4
indicating 250:5
individual 231:7
231:8,8,9,9,10
231:10,11,11
231:12,12,13
231:13,14,14
231:15,15,16
231:16,17,18
information
237:17 240:23
241:18 242:13
244:24 248:20
250:14,16
274:23 293:18
297:9,14
306:16
injuries 305:2
inside 242:24
278:16 284:25
287:15 288:21
294:8 299:18
interested 306:5
312:18
interesting
305:16,17,18
interior 280:12
intersection
300:3,24
interview 234:12
258:15 284:14
310:16
interviews 252:7
introduce 290:20
investigate 271:9
investigated
306:12,13,19
investigating
307:16
investigation
249:22 251:18
252:19 253:10
253:22 254:18
274:14,15
276:24 287:21
292:5,10
293:15 305:17
307:25
investigations
276:25 277:3,4
investigator

276:3,7 277:7
277:22 288:16
289:14 294:11
involved 305:14
306:2,9
island 263:20
264:13 269:15
270:9
Islip 232:10
issue 241:20
244:3
items 249:14

——— J ———

J 232:2 236:2
JACK 231:13
JAMES 232:2
Jason 231:4
233:4
Jeanette 236:3
312:6,24
jeans 284:25
287:13,14
288:14,20,21
289:18,23
294:7,24
John 231:3,17,22
232:6 233:4,11
234:12,15,18
254:12,12
283:15 284:8
287:2 288:9,12
290:24 293:19
295:21,24
296:11 298:21
300:4 305:12
305:13,20,23
306:8 310:16
310:17,19
Joseph 231:7
232:3,15
235:20 236:9
280:6 308:11
309:8,17 310:4
312:9 313:3,21
JS 231:6,24
judge 247:2
jurisdiction 295:2
295:3

——— K ———

7

K 309:2
KANE 232:1
keep 239:24
  251:19 253:12
  253:13 301:24
  307:8
keeping 252:21
keys 284:21
kicking 298:6
Kind 265:8
knew 281:2
know 237:24
  239:16 243:12
  243:14 245:8,8
  245:10 249:2
  250:10,16,19
  253:2,3 254:16
  262:4 263:12
  266:6,24
  269:20,21,24
  270:21 273:11
  277:24 279:15
  279:20,20
  280:18 282:10
  282:18 288:2
  289:7 294:15
  295:21 296:3
  296:24 298:5,6
  300:12 301:14
  302:2 305:19
  306:3 307:5
knowing 266:14
  295:24
knowledge 250:8
  251:2
known 248:9
Kogut 231:22
  233:11 254:12
  254:19
KOZIER 231:14

_____
       L
_____
L 236:2,3,10
  258:18 309:2
  312:6,24
lab 243:25
  253:11 292:16
label 267:16
labled 267:19
ladies 299:17
lady's 284:24

287:13 288:14
  288:21 296:25
Lakeview 283:18
  284:7,19
  293:20,23,24
Lane 259:11
  280:8
lanes 263:2
  269:15,15
  270:9,9
large 257:21
  263:18 278:14
  278:16
larger 263:9
Law 259:24
LAWRENCE
  232:2
lawyer 293:11
lead 234:3
  251:25 253:15
  254:2,2,5,11
  254:13,17
  255:8 256:2,5
  256:13,16
  258:2,8,10,13
  271:6,9,15,16
  271:17,21
  272:2 274:13
  274:24 276:17
  280:4,18 281:6
  281:6,10,18
  287:18 288:24
  299:24 300:8
  303:4,5 305:10
  305:16,18
  306:11,13
  307:13,14,15
  307:16 310:12
leads 271:13
leaves 301:15
leaving 272:11
left 260:9 261:16
  262:17,18,19
  268:14 269:4
  274:6,7 278:23
  278:25 297:7
  302:2 304:13
letters 257:12
  278:22
let's 238:2,5
  239:9,24

242:15 244:2
  244:13 246:25
  249:8 261:8
  262:24 272:5
  272:13 278:5
  289:9 290:7
  304:3
level 240:25
license 278:21
Lieutenant 241:8
  241:10
ligature 303:24
  304:9,20,24
  305:3
light 261:11,12
  261:13 262:6,6
  262:23 268:9,9
  268:11 269:11
  269:22 270:6
  272:3,23
  277:13 278:13
  278:15 280:21
  307:17
lights 275:4
line 245:13 249:9
  257:11 269:24
  310:10 311:2
  313:5
lines 303:11
LIORA 233:19
list 243:20
listened 261:15
  268:13
little 236:13
  265:23 266:8
  273:16 276:5
  278:5 302:5
  306:15
live 272:19 277:9
LLP 233:3,11
located 270:5
locating 267:9
location 261:22
  263:19 264:22
  265:17,18
  267:21 268:17
  269:2,11
  272:15,18,22
  273:22 277:12
  284:8 299:5
lock 308:5

logical 299:23
long 263:20
  264:13 301:22
look 249:8
  255:19 258:5
  264:24 285:19
  286:7,14 290:7
  290:22 291:11
  291:17 293:5
  293:10 298:16
  301:13
looked 261:17
  278:16,20,21
  280:10
looking 274:10
  281:10 284:5
  284:18 285:24
  297:14 300:22
Lori 284:23
LORNA 233:15
loss 234:15
  302:19 310:17
lost 302:20
  303:19
lot 251:14
  278:17 281:14
  281:19 297:9
Lullo 231:3 233:4
Lynbrook 263:22
  264:15 284:21
  293:17 294:13
  294:23 295:6
Lynbrook's 295:3

_____
       M
_____
m 233:13,19
  309:2
Machinery
  269:12
maintain 254:22
Malverne 283:14
map 235:15
  263:10,13,13
  265:3,10,12,14
  265:21 266:10
  266:15,18
  267:4,8 268:25
  269:25 272:13
  284:6 311:7
March 237:18
  238:14 240:6

8

242:3 244:23
247:2
mark 266:23
270:24 290:20
marked 234:3,7
234:9,13,16,18
234:22,25
235:4,7,10,12
235:15 263:5
273:17 275:16
285:5
marriage 312:18
MARTINO 231:9
232:4
matched 296:21
matter 254:9
276:14 295:4,5
312:19
mean 246:19
253:24 256:9
267:5 276:25
279:14 297:9
301:9
meaning 256:19
300:8
measuring
304:10
medium 278:15
meetings 253:7
Melissa 231:3
233:4
memorialize
266:23
memory 276:15
men's 302:8
met 280:8
MICHAEL 231:12
232:6 233:18
middle 269:22
midnight 256:23
256:25
mile 273:10,10
273:16
MILTON 231:8
232:5
mind 307:8
Mineola 233:12
233:17
minute 256:25
257:3,4 290:15
misdemeanor

259:23
missing 235:3,9
274:16 285:6
285:21,25
287:7 292:22
299:7 302:10
303:20 306:22
310:23 311:5
Mitchell 255:11
275:17 298:14
298:22,23,24
mixed 276:2
month 274:21
motivated 277:24
mound 269:12
move 265:24
moved 265:22
murder 300:2
murdered 303:23

—————— N ——————

N 233:2 309:2,2
310:2
name 236:8
255:15,21
named 255:9
Napoli 285:18
Nassau 231:7,25
233:16 309:5
313:3
nature 256:16
near 272:23
273:2,4,9
274:6 284:20
299:10 300:24
neck 304:9,10,14
305:4
NEUFELD 233:3
never 242:10
New 231:2,2,21
232:10,19
233:6,6,12,17
236:5 259:24
283:14,17
309:4 312:3,7
newspaper
253:25
night 243:5
271:2 274:2
280:11 288:10
295:20 296:7,9

297:11 299:6
299:25
nine 256:21,22
270:25 274:2
Noble 269:12
north 261:10
262:23 263:19
263:21 264:11
264:13,14
268:8,25
Notary 232:18
236:4 309:22
312:6 313:25
note 248:24
251:5 255:11
264:25 265:11
268:21 269:18
272:8,25 301:7
Noted 308:12
notes 251:23
298:23,23
312:15
notice 232:17
291:3 302:9
noticed 237:4
November
270:14,15,22
271:2 272:7
274:3,16
275:19,20,20
275:21 276:8
277:20,21
283:15,25
284:9,17 287:6
288:13 293:16
293:20,21
294:14,17,17
294:18 296:7,9
296:25 297:21
299:6 306:21
number 235:13
264:19 265:17
267:13 269:21
273:18 284:5,6
293:9 298:18
299:5 308:10
numbers 278:22
NUNEZ 233:22

—————— O ——————

O 236:2,2,10

309:2
oath 309:10
objecting 239:22
273:2
objection 236:23
237:5,21
238:16 239:2
239:19 240:10
241:13 246:13
246:18 248:2,4
248:25 251:6
265:2,12
268:21 269:19
272:8,25 273:7
276:19 277:23
289:22 292:7
297:24 298:4
301:8
objections
247:23
obligation 274:15
observation
245:4
obviously 238:20
270:19 294:6
294:13
Ocean 283:18
284:8 293:20
office 252:20
Officer 280:8
OFFICERS
231:17
oh 236:24
240:21 285:13
286:15 297:25
okay 236:25
238:2 239:10
242:21 244:21
245:13 247:14
251:8,11,12,15
251:16 257:4
258:5,10 261:8
262:18 263:11
264:17 267:25
268:4,5,15
269:2 270:18
272:22 275:15
278:2,5,9
279:24 281:24
282:25 284:6
285:9 286:15

287:16 291:16
292:6 293:6,10
293:11 295:8
296:9 298:13
302:5,7 307:12
307:15 308:8
Old 233:12
older 257:20
Oldsmobile 280:9
283:16
onset 253:7
open 269:9 307:8
opened 252:18
261:12 268:10
opening 270:20
opportunity
260:13
opposed 252:20
ordinarily 275:24
orient 262:24
orientate 263:7
outcome 312:19
overpass 278:14
owner 292:14
293:22
o'clock 257:4

— P —
P 233:2,2 236:2
236:2,9,10
page 245:13
248:13 249:8
258:25 260:11
261:9,9 290:10
290:11,15
293:16 310:3
310:10 311:2
313:5
pages 235:12
258:14 260:13
pages-photogra...
311:6
pair 284:23
287:13
pan 254:11
pants 294:2
paperwork
251:10 300:22
paragraph 237:2
241:19 242:15
250:13,20,24

281:10,11
284:13 293:6
Park 263:22
264:15 265:25
parked 257:19
272:2 283:17
284:19 306:20
part 246:3
particular 253:20
particularly 254:8
parties 312:17
partly 261:12
268:10
parts 254:18
passage 251:10
passed 256:11
passenger 285:2
Pause 260:25
pen 266:4 270:2
Penal 259:24
people 234:21
243:20 253:17
310:20
period 257:5
277:20,21
301:5 307:18
permitted 269:20
perpetrator
288:18 300:4
PERRINO 231:14
person 235:9
243:16 283:11
285:21
persons 285:25
292:22
peson 311:5
phone 280:5
phonetic 293:25
photographs
290:23 291:19
photos 235:12
phrased 289:24
physical 252:5
physically 269:10
picture 298:11
302:21
piece 247:8
Pierce 259:5,6,7
259:8,10,12,15
271:22 279:19
280:9 286:21

296:6
pitchfork 298:7
place 232:18
265:25 267:13
312:10
Plaintiff 231:23
233:11
Plaintiffs 231:5
232:16 233:4
Plaintiff's 234:4,7
234:10,13,16
234:19,22,25
235:4,7,10,13
235:16 263:25
264:9 310:10
plate 278:21
plates 293:22
Plaza 232:9
please 235:23
236:8 263:24
282:2
point 279:21
296:2,5 302:6
305:15 306:4
pointing 276:22
police 231:25
232:1,2 252:21
253:21 280:7,8
284:21,22
286:23 293:17
293:24 294:13
294:23 295:6
portion 287:20
292:5
portions 304:11
positive 303:13
possibilities
244:14
possibility
244:15
possible 242:17
243:8,17 244:8
244:23 245:5
246:8 247:4,7
247:10,16
248:15 249:6
250:4,23
299:24 306:8
307:15
possibly 238:13
238:24 240:5

245:21 257:20
poster 285:7
potential 271:6
potentially
274:11
practice 251:17
252:9,18
precise 267:13
precisely 267:3,6
270:4
premarked 255:4
255:5 281:24
present 233:21
283:12
press 275:6
pretty 248:18
274:12 287:18
prior 237:17
240:19,20
284:22 298:25
prioritize 271:18
probative 249:14
problem 237:4,7
237:14,15
238:3 288:23
300:6 301:9
proceedings
260:25
process 242:24
254:24
processed
242:21 244:5
245:7 250:8
processing
243:13 292:17
produced 237:9
242:16 247:3
251:14
promising 307:13
Public 232:18
236:4 309:22
312:7 313:25
punching 298:6
punishable
259:22
pursuant 232:17
259:23
pursued 254:6
put 241:19 242:7
242:11,14
244:22 247:17

247:20 250:16
250:20,24
263:10 265:22
266:4 267:24
268:3 270:24
281:18 291:12
putting 299:22
307:10
p.m 256:21,22
274:2 283:9,10
283:21,23
308:10,12
P.O 232:6,6

Q

quality 298:5
quarter 273:10
quarters 304:12
question 237:22
240:16 243:22
245:17,20,23
246:2,6 249:11
249:17,19,21
260:14 276:23
277:2,3 279:12
282:22,23
283:2 289:24
292:8 294:12
296:2 300:7
305:8
questions 239:7
239:22 251:9
260:15
quoting 255:12

R

R 233:2 312:2
313:2,2
Rail 263:20
264:13
railroad 257:12
257:18 261:17
264:11 269:11
278:14,20
280:14 284:20
rang 280:23
reaction 276:10
read 236:18
239:13,19
255:17,20,23
258:8,10,13

260:13,16,18
260:21 264:10
281:24 303:11
303:14 304:17
309:9
reading 255:22
260:17 264:7,8
276:20,21
279:8,18
293:15 304:2
realize 294:6
really 274:3
275:24 298:3
rear 278:23
281:15 284:25
287:14 297:2
reason 266:7
271:25 300:23
305:11,22
306:7,19 308:4
313:5
reasons 307:11
recall 237:15,16
237:23 239:3
240:19,25
241:17,23
249:4 250:17
254:7,15 255:2
281:4 285:17
286:13 288:24
289:6 292:15
294:9 301:17
302:21 303:2
304:16,17,19
recalling 275:25
receive 244:24
received 256:5
280:5 286:21
293:18
recognize 255:25
258:24 282:13
283:3 290:23
recollect 274:16
278:3
recollection
261:6 275:14
279:9,15,24
282:7 287:19
291:25 292:3,4
292:6 293:2
295:24 304:4

307:22
record 236:8
239:6 291:20
303:7 309:12
recorded 250:22
recovered 293:21
299:19
recovery 292:13
292:14
red 261:11 266:4
268:9 270:2,24
reddish 304:14
referred 303:7
referring 286:18
286:19 302:17
refresh 261:5
279:23 282:6
refreshes 292:25
304:4
region 304:12
registration
283:16
regulation 253:21
related 312:16
remember
236:16 258:2,2
258:3,15 261:7
278:4,21,24
280:17 282:8,8
285:11,20
286:9 287:23
287:24 288:2
290:13,17
292:9,11,12,17
292:21 300:10
302:23 303:6
remembers
281:15
removed 249:12
Repeat 280:25
report 235:3
243:8 264:6
274:21 275:16
283:7,11
285:21,25
286:12,18
287:11 292:13
298:14 304:3
305:3 310:24
reported 243:3
243:16 268:19

275:6 280:4
284:9 287:3,5
288:9 293:19
305:25
reporter 235:23
236:7
reporting 248:21
248:22 277:10
reports 234:24
243:4 252:4
253:10,11
275:12 286:6
288:5 299:9
310:22
represent 282:16
282:19
representation
265:7 272:15
273:22
request 270:11
reservation
280:12
Restivo 231:3
233:4 240:9
241:11 242:6
254:12,19
313:3
result 287:25
results 292:15
reswear 235:23
review 306:18
reviewed 238:6
238:11 239:8
240:3 241:25
reviewing 307:11
RICHARD 231:11
231:18
right 237:4 238:5
238:8,9,15
240:17,22
242:8 243:4,18
244:2,6,10,15
244:19 245:2,6
246:16 247:5
248:23 250:4,9
250:21 251:20
251:23 256:4
256:14,22
257:6,14,22
258:11,19,22
259:9,12,17,24

260:4,6,10
261:24 262:3
263:22 264:6
265:14,25
266:2,3,15
267:14,18,24
268:4,11 270:3
270:16,24
271:4,12,15,17
271:23 272:10
272:18,24
273:23 274:4,8
274:20,22
275:2,5,7,10
276:4,12,17
277:6,8,15,16
277:20 278:3
280:2,3 281:11
281:12 283:7,9
284:3,11,14,25
285:2 286:6,8
286:16 287:3,7
287:9,14,15,20
288:3,6,10,14
288:25 289:10
289:16,21
290:5,8 291:5
291:8 292:20
294:8,16,17,20
295:10,18
296:11,14,15
296:19,22
297:2,7 298:22
299:2,5,7,11
299:15,20,21
300:20,24
301:21 303:2
303:24 304:11
304:23 305:5
305:14,18
306:2,10,22
307:7,10,20
ring 255:15,21
257:25 258:14
279:5
ringing 279:8
Road 233:12
263:20 264:13
roadway 269:22
ROBERT 231:7
231:16 232:4

Rockland 256:18
257:5,19
261:10,22
262:5,9,13,14
263:21 264:15
268:8,18 270:6
277:12
ROE 231:18
rolled 261:14
268:12 270:25
room 302:8
rope 281:16,16
281:21 302:10
302:20 303:2,3
303:5,12,13,15
303:17,20
304:23,25
rule 253:20

————— S —————
S 233:2 236:2
310:9 311:2
313:2
samples 251:3
sarcastic 267:17
satisfactory
249:3
saw 237:2
275:19 278:14
278:17 280:11
280:21 281:19
289:14 290:4
291:8 293:25
295:19 296:7
296:15 297:19
298:11 300:3
302:25 303:2
305:13
saying 240:7,18
240:19 241:17
247:20 250:15
267:8,13
270:12,23,24
276:12 280:19
281:9 282:25
283:3 285:21
285:23 287:12
302:13,14,23
304:5
says 242:16
247:19 248:14

256:13 257:8
259:20 261:9
267:21 268:7
269:3,23
275:17 278:12
279:10 283:12
284:17 285:25
286:10,11,21
288:12 289:14
289:24 290:13
293:15 295:9
298:24 303:5
303:16
scale 265:3,12
265:17 266:13
266:14 267:4,7
scene 235:6
263:19 264:12
311:3
Scheck 233:3,7
236:12 239:7
239:13,18,24
247:22 248:3
260:17,21
263:9 264:4,9
269:19 279:13
282:24 290:2
290:11 293:5,9
295:13 298:17
298:19 301:25
302:15 304:7
308:7 310:4
scream 257:6
261:14,16,18
262:2 268:12
268:14,19
269:3,4 271:2
273:25 277:14
280:19 299:25
301:4,12 307:2
307:18,23,23
307:24
SEAN 231:16
232:2
search 235:6
237:8 242:16
247:3 311:3
seat 278:17,19
281:15,20
285:2 287:14
297:2 302:25

second 255:19
261:8 263:7
276:9 278:9
281:10 291:17
307:11
Section 259:23
sedan 278:15
see 238:2,5
240:17 242:19
245:20 246:10
248:16 249:24
250:3 252:23
255:13,22
257:23 258:7
258:17 259:12
260:11 261:20
262:24 263:5
264:19 269:12
270:12 272:13
273:17,19
275:21 278:10
279:3,23,25
280:15 281:11
281:16 282:3
283:6 285:3,25
286:24 290:18
292:25 293:3
293:12,14
294:4 295:18
298:13,20
300:19 302:21
303:18 304:3
305:12,23
307:12
seeing 285:11
288:5 299:9
303:2
seen 269:10
272:6,10,21
284:2 285:15
286:2 289:21
296:17,18
301:6 307:19
semen 245:24
249:19,20
sense 294:10
297:18
sentence 280:2
sequence 275:24
276:2 277:8
Sergeant 231:15

293:25,25
SERIO 233:11
serious 260:2
serological 246:3
250:9
set 312:20
SHARKEY 231:13
sheet 234:3
255:8 256:2
258:8,10,13
271:21 281:6,7
281:10,19
302:24 303:4,5
310:12
sheets 251:25
254:2,2,13,18
SHIELD 231:15
shiny 278:22
short 273:5
301:24
show 255:3
263:4,17 264:5
264:18 275:15
285:5 288:8
292:24 298:10
298:13 302:22
showed 280:9
showing 266:18
281:23 293:4
shows 304:9
SIB 253:10
side 262:4,15,16
262:21,22
263:21,24
264:14 269:13
278:23
signature 258:25
significant
274:12
similar 249:5
252:16
sir 239:14
247:24 282:16
Sirianni 231:8
232:5 259:2
sister 284:23
287:13
sit 276:14
sitting 261:13
268:11
six 263:2 269:15

sizes 266:25
Skates 272:11,11
272:16,24
273:6 274:4
skin 304:15
Smith 234:3,6,9
255:9,10,12,15
255:21 256:14
258:6,15,18
261:3,7 268:7
273:25 274:17
275:4,5,18
276:17 277:10
279:19 280:19
286:7,21 288:4
289:14 291:8
292:12 294:15
294:16 295:8
296:5 297:16
299:9,24 300:8
302:23 305:11
305:24 306:17
306:20 307:17
310:11,13,14
Smith's 268:17
274:12 299:11
300:17
smoke 270:20
smoking 261:13
268:10 269:9
somebody 239:5
242:4 288:18
297:6
soon 280:17
sorry 256:24
270:17 279:14
290:16 294:19
source 245:4
256:13
south 262:6,16
262:22
southwest 283:18
284:7
speak 239:6
279:14
speaking 247:23
248:2,3 265:5
279:12
specific 295:7,15
speculate 237:24
speculating

276:13
Spillane 231:16
241:7,8,10
SPILLANE(HEAD
232:2
Spraig 293:25
294:2,6
ss 309:4 312:3
stamp 293:9,16
start 255:23
started 260:10
starting 245:13
249:9 289:3,4
301:21
state 231:2
232:18 236:5,7
259:24 295:16
309:4 312:3,7
stated 248:8
256:17 281:14
283:15
statement 234:6
234:18 238:19
242:7 248:10
255:10 258:6
258:18 259:9
259:16,19,21
259:22 260:2,3
261:3 271:23
274:12 278:5
281:19 286:20
290:8,12
295:17,23
296:6 298:20
300:18 301:18
302:23,24
307:13 310:13
310:19
statements 253:9
states 231:20
261:24 275:18
stenographic
312:15
stenographically
312:13
step 289:9
300:15
sticker 278:23
291:13
stolen 283:19
284:9 286:6

287:3,5 288:9
292:14 293:19
297:20 299:2,5
300:4
stopped 261:11
268:7,9 270:6
272:23 280:14
280:21 300:24
301:13 307:17
stopping 272:3
stops 277:13
strangled 304:23
strangulation
303:24 304:20
304:25 305:4
Street 233:5,16
striped 285:16
286:2 287:13
288:14,21
289:18,23
294:7 296:25
297:6 299:17
stripes 284:24
strongest 298:8
structure 304:14
struggle 297:22
studies 270:21
stuff 278:17,18
280:13 281:20
submitted
236:15
Subscribed
309:19 313:22
subsequently
254:4
substance 258:3
SUFFOLK 312:4
suggest 248:4
Suite 233:12
Sunrise 256:18
257:5 261:10
261:23 262:8
262:11,13,14
262:15,21
263:21 264:14
268:8,18 270:6
277:13 278:13
supervising 245:9
supervisor 241:6
243:25 244:12
244:18,25

245:2 248:21
248:22,22
supervisors
231:18 241:5
243:11,11,24
244:20
supervisory
240:24
supposedly
269:23
SUPREME 231:2
sure 239:19
240:15 253:3
254:3,17
263:25 275:18
282:3 291:20
307:14
swore 238:15
240:7
sworn 236:3
259:16 261:3
271:22 286:20
296:6 309:19
312:11 313:22

T

T 234:12 309:2
310:9 311:2
312:2,2 313:2
313:2
tabbed 245:12
take 249:8 258:5
260:24 266:3
285:19 288:8
289:9 293:5
301:23 305:8
taken 232:16
286:20 290:24
295:18 297:6
298:21 300:19
309:9 312:13
313:4
takes 269:16
talk 246:25
talking 246:23
254:8 267:12
269:14
tan 257:20
278:15 279:6
280:22 281:2
286:5 287:2

288:5,19
289:15 290:4
295:9 296:19
297:19 300:3
tap 236:14
tape 235:18
308:7,10
Taylor 231:4
233:5
tell 246:6 248:14
249:6,7 279:22
279:24
telling 244:22
252:17
temperature
270:21
terms 239:18
266:17 267:9
testified 236:6
237:11
testimony 238:6
238:12 240:3,4
241:25 246:16
248:12,13,19
309:9 312:9,12
312:13
testing 246:3
Thank 291:23
Thanks 290:3
theory 289:13
297:15
Theresa 235:9
237:9,13 240:8
240:22 241:11
242:6,17 247:4
250:25 251:2
262:3 264:22
265:18 267:10
269:5 271:3,11
272:3,5 273:18
273:23 274:4,8
274:22,25
275:7 277:14
280:20 284:2
285:7,15 287:6
288:5,19,22
289:15,20
296:10 297:5
297:10,22
299:6,12,14,25
300:5,25 301:5

303:23 306:22
307:19,24
Theresa's 262:7
thing 260:22
278:12 279:10
302:4,5
things 308:2
think 240:14
241:21 259:10
264:6 266:4,18
269:24 272:14
273:21 274:17
278:17 281:7
283:13 287:17
288:17 308:7
thinking 241:9,15
241:16
thinks 281:16
303:12,12,16
303:16
third 257:11
281:11 290:11
290:15
THOMAS 231:10
thought 236:22
238:17 240:11
290:16 305:12
305:25 306:8
three 238:25
243:19,21
255:4 257:11
260:13 269:15
270:9,9 278:22
301:16 304:12
306:16
three-day 274:18
three-page
260:16 261:3
threw 294:23
thrown 294:3
ticket 278:25
time 232:17
235:22 237:2
237:11 238:6
248:10 249:4
251:17 260:24
268:18 270:22
273:13 278:19
284:2 287:6,8
287:9 289:9
300:15 301:4

301:15,16
302:2 306:4,21
308:9,12
312:10
times 243:20,21
307:4
today 276:14
279:9,16 280:3
281:4
told 237:16,23
241:9,22 242:5
242:8,12 244:9
244:11,14,17
244:18,20
249:4 259:20
260:3 295:6
307:22
tools 257:21
278:18 281:16
281:20 302:20
302:25 303:12
303:12,16
304:24
top 290:7,16
291:3
tracks 257:12,18
262:5 263:20
264:11,14
284:20
traffic 261:11
262:5,6 268:9
269:11 278:12
trained 277:7
288:16
transcript 309:9
309:11 312:14
trestle 278:20
trial 240:4
tried 254:21
true 242:12
295:13 309:11
309:13 312:14
try 253:13 277:7
trying 260:15
267:2 276:6,7
279:11,22
282:15 283:2
291:16 295:7
300:7 301:21
308:3
tunnel 306:4

14

turn 241:19
  244:18 252:9
  252:19 261:8
  305:16
turned 253:23
  254:13,15,17
  254:25 287:15
  288:20 293:24
turning 258:17
turns 277:17
  294:23
two 236:14,20
  238:14 258:14
  306:15 307:4,4
type 238:19

—————— U ——————

Uh 258:2
Uh-huh 266:16
  306:23
uncomfortable
  266:21,22
  267:11 269:7
underneath
  287:14
understand 240:2
  240:18 253:5
  266:22 267:18
  279:13 287:24
  298:12
understanding
  267:3
unit 235:6 311:4
UNITED 231:20
Updates 253:9
use 302:7

—————— V ——————

V 236:2,10
value 249:21
  289:8
van 237:8 240:9
  241:11 242:6
  242:16,22,25
  243:9,13,18
  244:6,9,24
  245:5,7,18,21
  245:24 246:4
  246:20,22
  247:3,11,12,17
  247:19 248:7

248:11 250:3,8
  250:25
vehicle 246:23
  257:20 291:4
version 263:17
Videographer
  233:22 235:18
  308:9
videotape 232:15
  235:20 308:11
view 280:7
  286:23 296:12
VINCENT 231:11
vision 306:4
Volpe 231:7
  232:3,16
  235:21 236:9
  236:13 237:1
  238:1 239:1
  240:1,21 241:1
  242:1 243:1
  244:1 245:1
  246:1 247:1
  248:1 249:1
  250:1 251:1
  252:1 253:1
  254:1 255:1
  256:1 257:1
  258:1 259:1
  260:1 261:1
  262:1 263:1
  264:1 265:1
  266:1 267:1
  268:1 269:1
  270:1 271:1
  272:1 273:1
  274:1 275:1
  276:1 277:1
  278:1 279:1
  280:1,6 281:1
  282:1 283:1
  284:1 285:1
  286:1,22 287:1
  288:1 289:1
  290:1 291:1
  292:1 293:1
  294:1 295:1
  296:1 297:1
  298:1 299:1
  300:1 301:1
  302:1 303:1

304:1 305:1
  306:1 307:1
  308:1,11 309:8
  309:17 310:4
  312:9 313:3,21
Volume 235:19
VS 313:3

—————— W ——————

W 309:2
Wait 240:16
  276:9 290:15
walked 279:19
WALTMAN 231:9
  232:6
want 239:19
  247:23 266:12
  281:24 295:14
  301:23,24
  302:7 305:9
  306:3,18
wants 260:18
warrant 237:3
  242:7,11
  244:22
wasn't 246:19
  254:5 297:20
  303:13
way 249:3
  254:16 256:12
  267:6,16,19
  272:5 279:21
  289:24 312:18
WAYNE 231:12
  232:4
WDW 231:6,24
wearing 285:15
  286:2 289:21
weather 270:19
week 239:14
weeks 236:14,20
  238:19 240:12
  275:13 277:5
week's 239:20
went 252:25,25
  253:6 257:9
  259:8,15 260:8
  271:22 284:18
  287:7 293:17
  299:7 306:22
west 233:16

269:16
we'll 268:3
  290:20
we're 254:8
  267:2 281:5
  288:25 289:3,4
  291:24 307:24
we've 240:21
  255:4,5 263:10
  266:19 273:17
whatsoever 246:3
  250:12
WHEREOF
  312:20
WILLETT 232:2
WILLIAM 231:13
  232:2,6
window 261:12
  261:14 268:10
  268:12 269:9
  270:20,25
  274:18 279:2
  298:8
windows 257:21
  278:16
windshield
  278:24 280:22
  290:18 291:5
  296:18 297:19
  297:20,23
  298:7,8,9,25
  299:10
wire 236:14
withdraw 290:2
withdrawn 272:4
witness 248:5
witness 235:24
  236:2,9 252:7
  253:9 255:8
  270:10 277:4
  291:24 310:3
  312:11,20
witnesses 275:25
woman 261:14
  268:12 307:18
Woodfield 284:20
word 257:9
words 263:3
  292:16
work 254:19
  256:8,11

working 289:13
  292:20
wouldn't 242:7
  242:14 247:17
  247:20 248:7
  250:22 265:21
  267:14 268:16
  269:2 274:11
  279:20 285:14
  286:5 288:4,17
  289:12 297:14
  301:15 305:7,9
write 250:13
  272:13
writing 259:21
  295:23
wrong 267:17
  277:6
wrote 283:11
  303:14

—— X ——
x 231:3,20,21
  232:8 266:4
  270:3 310:2,9
  311:2

—— Y ——
yeah 247:6 250:6
  259:11 263:12
  268:3,22
  271:18 273:14
  275:8,11,14
  285:12 296:12
  296:16 298:23
  301:9 302:7
  305:2
years 304:18
yield 249:14
York 231:2,2,21
  232:10,19
  233:6,6,12,17
  236:5 259:24
  283:14,17
  309:4 312:3,7

—— # ——
#1-10 231:17,18
#48 231:15

—— 0 ——

0001 256:25

—— 1 ——
1 256:22 272:14
1-5 232:6
1:01 308:9,12
10 237:2 241:19
  242:15 245:13
  250:13,20,24
10th 272:7
  274:16,17
  275:2,20 276:8
  277:20 283:16
  283:25 284:10
  287:6 297:21
  299:6 307:6
100 232:9
10013 233:6
11 235:12
  256:20 283:22
  291:19,24
  299:6 311:6
11th 275:17
  293:20 298:21
11/17 256:17
11/20 256:17
11:05 283:23,25
  284:10
11:27 232:11
  235:22
114 233:12
115 249:9
11501 233:12,17
12 257:2,3,4
  271:2 274:2
  287:10 310:16
  311:6
12/11/84 255:12
12/6/84 234:12
  310:16
128 263:9
14th 275:21
  276:8 307:6
15 310:18 311:7
150 249:8
157 237:3
158 234:4 255:5
  255:24 258:11
  258:14 281:7
  303:9,10
  310:11

159 234:7 255:9
  258:6,7,17
  261:2 278:8
  286:14,17,19
  290:8,9 310:13
160 234:10
  255:11 275:16
  310:14
161 234:13
  281:23,24
  282:4,11,12
  310:16
162 234:16
  298:13,19
  302:18 310:17
163 234:19
  310:19
164 234:22
  310:20
165 234:25
  310:22
166 235:4
  310:23
167 235:7
  290:21,22
  291:3 311:3
168 235:10
  285:6,9 311:5
169 235:13
  290:21,22
  291:19 311:6
17th 274:18
  275:19 276:11
  277:21 307:5
  312:21
170 235:16
  263:5,15,16,18
  264:18 311:7
178 264:19
18 310:19
18th 284:17
  288:13 293:21
  294:14 296:25
1840 283:10
1971 280:9
  283:16
1984 256:6
  258:19 264:23
  273:19 283:7
  284:10,17
  290:25 298:21

1985 232:3

—— 2 ——
2 261:9 264:19
  265:17,22
  266:20 267:13
20 249:10
20th 274:19
  275:20
2005 232:2,3
2009 232:11
  263:13 309:10
  309:20 312:21
  313:4,23
21 310:21
21st 276:11
  307:6
210-45 259:23
2100 256:18,20
2130 283:19
23rd 293:16
2305 283:19
231 231:1
232 232:1
233 233:1
234 234:1
235 235:1
236 236:1
237 237:1
238 238:1
239 239:1
24 310:22
240 240:1
241 241:1
242 242:1
243 243:1
244 244:1
245 245:1
246 246:1
247 247:1
248 248:1
249 249:1
25 304:18
250 250:1
251 251:1
252 252:1
253 253:1
254 254:1
255 255:1
256 256:1
257 257:1

| | | |
|---|---|---|
| 258 258:1 | 302 302:1 | 84 283:16 |
| 259 259:1 | 303 303:1 | 88 280:10 |
| 260 260:1 | 304 304:1 | |
| 261 261:1 | 305 305:1 | ———— 9 ———— |
| 262 262:1 | 306 306:1 | 9 257:4 310:15 |
| 263 263:1 | 307 307:1 | 311:5 |
| 264 264:1 | 308 308:1 | 9th 256:5 258:19 |
| 265 265:1 | 309 309:1 | 259:17 269:8 |
| 266 266:1 | 31st 238:14 | 271:11 274:25 |
| 267 267:1 | 310 310:1 | 280:3 294:17 |
| 268 268:1 | 311 311:1 | 294:18,19,20 |
| 269 269:1 | 312 312:1 | 295:18 300:18 |
| 270 270:1 | 313 313:1 | 305:10 |
| 271 271:1 | | 9:30 272:6 |
| 272 272:1 | ———— 4 ———— | 283:20,21,24 |
| 273 273:1 | 4 235:19 268:16 | 284:10 287:10 |
| 274 274:1 | 269:2,21 270:3 | 299:5 |
| 275 275:1 | 310:12,13,15 | 9:40 272:9,10,22 |
| 276 276:1 | 310:16,18,19 | 99 233:5 |
| 277 277:1 | 310:21,22 | |
| 278 278:1 | 4:25 256:6 | |
| 279 279:1 | 271:21 | |
| 280 280:1 | 420 233:12 | |
| 281 281:1 | 45 264:2,3,9 | |
| 282 282:1 | 46 285:24 | |
| 283 283:1 | | |
| 284 284:1 | ———— 5 ———— | |
| 285 285:1 | 5 273:18 310:24 | |
| 286 286:1 | 311:4,5,6,7 | |
| 287 287:1 | 5th 264:23 | |
| 288 288:1 | 265:20 271:12 | |
| 289 289:1 | 275:3 | |
| 29th 237:18 | 52332JN 283:17 | |
| 240:6 242:3 | 5425 293:10,16 | |
| 244:23 247:2 | 56 304:3,8 | |
| 290 290:1 | 58 283:12,14 | |
| 291 291:1 | | |
| 292 292:1 | ———— 6 ———— | |
| 293 293:1 | 6 232:11 309:10 | |
| 294 294:1 | 310:4,13 311:4 | |
| 295 295:1 | 313:4 | |
| 296 296:1 | 6th 283:7 290:24 | |
| 297 297:1 | 6:40 283:9,10 | |
| 298 298:1 | 62 292:24,25 | |
| 299 299:1 | 293:7,8 | |
| | | |
| ———— 3 ———— | ———— 7 ———— | |
| 3 284:5,6 299:5 | 70s 278:16 | |
| 310:12,24 | 71 245:13 | |
| 300 300:1 | 248:13 | |
| 301 301:1 | ———— 8 ———— | |