UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN KOGUT, | ) |
| Plaintiff, | ) |
| | ) |
| -against- | ) |
| | ) |
| THE COUNTY OF NASSAU, POLICE | ) |
| COMMISSIONER DONALD KANE, POLICE | ) |
| COMMISSIONER WILLIAM J. WILLETT (2005), | ) |
| POLICE COMMISSIONER JAMES LAWRENCE, | ) 06-CV-6695 (JS)(WDW) |
| DETECTIVE SEAN SPILLANE (HEAD OF HOMICIDE | ) |
| 1985), DETECTIVE DENNIS FARRELL (HEAD OF | ) |
| HOMICIDE 2005), CAROLANN HESSEMAN, AS | ) |
| EXECUTRIX FOR THE ESTATE OF JOSEPH VOLPE, | ) |
| DETECTIVE ROBERT DEMPSEY, DETECTIVE | ) |
| ALBERT MARTINO, DETECTIVE WAYNE | ) |
| BIRDSALL, DETECTIVE MILTON G. GRUBER, | ) |
| DETECTIVE CHARLES FRAAS, DETECTIVE FRANK | ) |
| SIRIANNI, DETECTIVE HARRY WALTMAN, P.O. | ) |
| MICHAEL CONNAUGHTON, P.O. WILLIAM DIEHL, | ) |
| and JOHN DOES 1-5, | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

| | |
|---|---|
| JOHN RESTIVO, DENNIS HALSTEAD, MELISSA | ) |
| LULLO, JASON HALSTEAD, TAYLOR HALSTEAD, | ) |
| and HEATHER HALSTEAD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| NASSAU COUNTY, CAROLANN HESSEMAN, AS | ) |
| EXECUTRIX FOR THE ESTATE OF JOSEPH VOLPE, | ) 06-CV-6720(JS)(WDW) |
| in his individual capacity, ROBERT DEMPSEY, | ) |
| in his individual capacity, FRANK SIRIANNI, | ) |
| in his individual capacity, MILTON GRUBER, | ) |
| in his individual capacity, HARRY WALTMAN | ) |
| in his individual capacity ALBERT MARTINO, | ) |
| in his individual capacity, CHARLIE FRAAS, | ) |
| in his individual capacity, THOMAS ALLEN | ) |
| in his individual capacity, RICHARD BRUSA, | ) |
| in his individual capacity, VINCENT DONNELLY, | ) |

in his individual capacity, MICHAEL                    )
CONNAUGHTON, in his individual capacity,               )
WAYNE BIRDSALL, in his individual capacity,            )
WILLIAM DIEHL, in his individual capacity,             )
JACK SHARKEY, in his individual capacity,              )
DANIEL PERRINO, in his individual capacity,            )
ANTHONY KOZIER, in his individual capacity,            )
Detective Sergeant CAMPBELL, (Shield #48),             )
in his individual capacity, SEAN SPILLANE,             )
in his individual capacity, RICHARD ROE                )
SUPERVISORS #1-10, in their individual                 )
capacities,                                            )
                                                       )
                    Defendants.                        )

---

## JOINT PRETRIAL ORDER

2.    **Trial Counsel**:

Plaintiff John Kogut is represented by:

> Paul Casteleiro
> 200 Washington St., 5th Fl
> Hoboken, NJ 07030
> pcasteleiro@aol.com
> (o): (201) 656-1696
> (f): (201) 656-4688

> Anthony Grandinette
> GRANDINETTE & SERIO, LLP
> 114 Old Country Rd., Suite 420
> Mineola, NY 11501
> grandinettelaw@gmail.com
> (o): (516) 248-5317
> (f): (516) 294-5348

Plaintiffs John Restivo and Dennis Halstead are represented by:

> Barry C. Scheck
> Debi Cornwall
> Anna Benvenutti Hoffmann
> Sonam Henderson
> NEUFELD SCHECK & BRUSTIN, LLP
> 99 Hudson St., 8th Floor
> New York, NY 10013

evaca@innocenceproject.org
debi@nsbcivilrights.com
anna@nsbcivilrights.com
sandy@nsbcivilrights.com
(o)(212) 965-9081
(f) (212) 965-9084

Defendants are represented by:

Lou Freeman
Lee Ginsburg
Nadjia Limani
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

Michael Ferguson
Nassau County Attorney's Office
Ralph G. Caso Executive & Legislative Building
One West Street
Mineola, NY 11501-4820

3.     **Subject Matter Jurisdiction**:

This Court has federal question jurisdiction, pursuant to 28 U.S.C. § 1331, over claims arising under 42 U.S.C. § 1983.  Title 28 U.S.C. § 1367(a) provides supplemental jurisdiction over plaintiffs' state law claims.

4.     **Claims and Defenses remaining to be tried**:

This Court granted in part and denied in part defendants' Rule 12(c) motion for judgment on the pleadings (D.E. 67), but reconsidered in part (D.E. 83), leaving the following claims against the following defendants to be tried:

Plaintiff John Kogut:

- 42 U.S.C. § 1983 malicious prosecution (1985/1986) (Count 3);
- 42 U.S.C. § 1983 malicious prosecution (2005) (Count 4);
- 42 U.S.C. § 1983 14th Amendment falsification of evidence (Count 5);
- 42 U.S.C. § 1983 14th Amendment  falsification of documents (Count 6);
- 42 U.S.C. § 1983 Monell (Count 9);
- 42 U.S.C. § 1983 Monell unconstitutional pattern/practices (Count 10);
- 42 U.S.C. § 1983 Brady (Count 11);
- State law malicious prosecution (Count 15);
- State law respondent superior (Count 17); and
- State law negligent supervision (Count 18).

Plaintiffs John Restivo and Dennis Halstead (Amended Complaint, No. 2:06 Civ. 6790 (JS)(WDW), D.E. 33, as amended by substitution of Carolann Hesseman as Executrix for the Estate of Joseph Volpe, *see* Case No. 2:06 Civ. 6695 (JS)(WDW), D.E. 121):

- 42 U.S.C. § 1983 malicious prosecution (Count 1);
- 42 U.S.C. § 1983 due process, including theories of a) fabrication and b) suppression from prosecutors of material exculpatory and impeachment information (Count 2);
- 42 U.S.C. § 1983 conspiracy (Count 4);
- 42 U.S.C. § 1983 supervisory liability (Count 5);
- 42 U.S.C. § 1983 municipal liability (Count 6); and
- State law malicious prosecution (Count 8)

The following claims alleged by plaintiffs Restivo and Halstead have been dismissed and will not be tried:

- 42 U.S.C. § 1983 false arrest (Count 1)
- 42 U.S.C. § 1983 failure to intercede (Count 3);
- 42 U.S.C. § 1983 familial association (Count 7);
- State law false arrest (Count 8);
- State law assault & battery (Count 9);
- State law intentional or reckless infliction of emotional distress (Count 10);
- State law reckless infliction of emotional distress (Count 11); and
- State law respondeat superior (Count 12).

Defenses:

TBA

5.   **Jury Statement**:

All plaintiffs have demanded a jury trial and tentatively anticipate (pending summary judgment and *in limine* rulings), the plaintiffs' case will collectively take 18 trial days.

Defendants have demanded a jury trial and will estimate the number of days for the defense case in the amended pretrial order.

6.   **No Consent to trial by Magistrate Judge**:

The parties do not consent to trial by a Magistrate Judge.

7.   **Stipulations or agreed statements of fact or law agreed to by all parties**:

**As per the letter of Mr. Freeman of 7/21/12 (D.E. 291), the parties will continue to meet and confer on stipulations of law and fact and file an amended Joint Pretrial Order on 8/27/12 with joint stipulations.  Plaintiffs' proposals are listed here:**

3

**Plaintiffs' Proposed Stipulated Facts**:[1]

Sixteen year-old Theresa Fusco went missing after being fired from her job at the roller rink Hot Skates in Lynbrook at or about 9:47 p.m. on Saturday, November 10, 1984.  She was wearing a denim jacket, striped blue jeans, white balloon sneakers, several rings and necklaces, and carried a burgundy vinyl pocketbook.  She had planned to meet her best friend, Lisa Kaplan, after work, but never arrived.  When she did not return home the next morning, Miss Fusco's mother filed a missing person's report.  Detective George Doherty of the Missing Person's Bureau of the Nassau County Police Department (NCPD) started an investigation.

Miss Fusco's naked body was found on December 5, 1984.  She was covered with leaves and wooden pallets, face-down in a wooded area on the north side of the railroad tracks, between Park Place and Rockland Avenue in Lynbrook, two blocks away from Hot Skates.  All of her clothing and jewelry had been removed.

Nassau County police responded to the scene. The Homicide Bureau's Commanding Officer, Lt. Sean Spillane, assigned Det. Joseph Volpe to lead the investigation.  NCPD crime scene technicians photographed the scene and processed it for various types of evidence (physical, forensic, etc.), the results of which were forwarded to Detective Volpe as the carrying Detective, prior to his interrogation of John Kogut.

The next day, Nassau County Medical Examiner ("NCME") Dr. Daniel McCarthy conducted the autopsy.  He determined that Miss Fusco's cause of death was strangulation by ligature.  Under the direction of Dr. McCarthy, Dr. Robert Baumann, a forensic medical investigator with the Nassau County Police Department ("NCPD"), collected biological samples from the body of Theresa Fusco, including vaginal swabs, anal swabs, oral swabs, oral smears, anal smears, vaginal smears, fingernail scrapings, and hair.  NCPD Homicide Detective Harry Waltman attended Fusco's autopsy, at which he received samples of Fusco's hair and blood, thereafter he personally delivered these samples to the NCPD Scientific Investigations Bureau (SIB).

As part of an analysis completed on January 3, 1985, Dr. Baumann analyzed the Fusco smears for the presence of spermatozoa and determined that spermatozoa were present on the vaginal smears.  Some of the biological samples from Miss Fusco remained in storage at the Nassau County Medical Examiners Office ("NCME").  Dr. Baumann delivered other samples from Miss Fusco to the NCPD's Scientific Investigation Bureau.

On March 26, 1985, after an overnight interrogation by Nassau County Police detectives, John Kogut was arrested and jailed.  The interrogation yielded a handwritten confession, a Miranda rights card and a videotaped confession by John Kogut.  Mr. Kogut contends that these statements were false, coerced and fabricated.  Defendants contend that these statements are

---

[1] All of the plain text is from plaintiffs' 4th Set of Requests to Admit ,which the Court has deemed are admitted.  *See* D.E. 173 (granting D.E. 168, R/H plaintiffs' motion to deem admitted their 4th Set of Requests to Admit).  The highlighted text is proposed by plaintiffs, setting out additional facts we do not believe to be in dispute.

truthful, and were freely and voluntarily given.  On May 8, 1985, a grand jury indicted John Kogut for three felony counts committed against Theresa Fusco on or about November 10, 1985: 1) intentional second-degree murder by ligature strangulation, 2) second-degree murder in the course of rape, and 3) first-degree rape.

On June 20, 1985, a grand jury indicted John Restivo and Dennis Halstead for three felony counts committed against Theresa Fusco on or about November 10, 1985: 1) intentional second-degree murder by strangulation; 2) second-degree murder in the course of a rape, and 3) first-degree rape.  John Restivo and Dennis Halstead were both arrested and jailed on June 20, 1985.

John Kogut was tried alone and convicted of all three counts on June 27, 1986. He was sentenced to serve 31 ½ years to life in prison.  After a separate trial, John Restivo and Dennis Halstead were convicted of all three counts on December 3, 1986.  In February, 1987, John Restivo and Dennis Halstead were each sentenced to serve 33 1/3 years to life in prison.  John Kogut, John Restivo and Dennis Halstead each appealed their convictions.  Those appeals were denied.

In 1993, by agreement with the Nassau County District Attorney's Office ("NCDA"), biological evidence collected from Miss Fusco at autopsy, including one of the vaginal swabs, was delivered from the NCME to Lifecodes Laboratory for forensic testing.  With their consent, blood was drawn from John Kogut, John Restivo and Dennis Halstead in October of 1993.  Those sealed samples were delivered to Lifecodes.

Lifecodes performed "DQ Alpha" testing, an early form of DNA testing, on the biological evidence received from the NCME.  On November 22, 1993, Lifecodes reported that its testing excluded Dennis Halstead as the source of the male DNA present in the biological evidence received from the NCME.  Lifecodes then returned the evidence back to the NCME via UPS, retaining the remnants of its DNA testing.

On June 23, 1994, pursuant to an agreement between the NCDA and counsel for John Kogut, John Restivo and Dennis Halstead, Lifecodes sent the remnants of its DNA testing, as well as reference samples of blood from John Kogut, John Restivo and Dennis Halstead, to CBR Laboratories via Federal Express.

Again by agreement with the NCDA, on September 19, 1994, the NCME sent via Federal Express biological evidence collected from Miss Fusco, including vaginal swabs, an oral swab, and a slide containing a vaginal smear, to CBR Laboratories, Inc., for additional DNA testing. CBR Laboratories reported on November 29, 1994 that DNA testing using the DQ Alpha method excluded John Kogut, John Restivo and Dennis Halstead as the source of male DNA found in the samples collected from Miss Fusco.

At the request of the NCDA, in December 1994, biological samples collected from Misss Fusco's vagina as well as blood samples from John Kogut, John Restivo and Dennis Halstead were sent from the NCME and from CBR Laboratories to Cellmark Diagnostics for DNA testing.  On January 5, 1995, Cellmark reported that, consistent with the findings of CBR

5

Laboratories, its testing excluded excluded John Kogut, John Restivo and Dennis Halstead as the source of male DNA found in the vaginal samples it tested.

Based on these DNA results, plaintiffs each moved to vacate their convictions.  The NCDA opposed the motions and they were denied on August 14, 1995.

Cellmark returned the remaining evidence to the NCME, which received it via Federal Express from Cellmark in a sealed box on March 28, 1995. The NCME maintained the sealed box of evidence containing biological samples from Theresa Fusco until March of 2001, when it was opened and the sealed packages inside the box were examined to identify whether samples remained for additional DNA testing using the more advanced Short Tandem Repeat ("STR") method.

STR DNA testing permits a determination, to a reasonable degree of scientific certainty, whether a given person is, or is not, a contributor of the DNA profile yielded from a given forensic sample.

On March 8, 2001, the NCME sent samples of biological material from the Fusco vaginal smear to the Laboratory Corporation of America ("LabCorp") by Federal Express overnight delivery.  On March 20, 2001, LabCorp reported that it had identified a male DNA profile in one of the Fusco vaginal smear samples it had received from the NCME.  The NCME then sent LabCorp an oral swab collected from Theresa Fusco at autopsy.  On June 7, 2001, LabCorp reported that it had identified Theresa Fusco's DNA profile from the oral swab.

The Office of the Chief Medical Examiner of the City of New York, Department of Forensic Biology ("NY OCME"), after identifying the DNA profiles of all three men, reported on December 4, 2001 that John Restivo, Dennis Halstead and John Kogut were all excluded as the source of male DNA identified by LabCorp.

In January 2003, Nassau County authorities located an additional item of evidence, a sealed envelope containing a glass tube with the remnants of a swab, which had been vouchered by the NCPD Property Bureau as a swab from Theresa Fusco.  This newly discovered evidence was unsealed, examined and photographed under controlled conditions at a lab within the Nassau County Medical Examiner's Office.

This newly discovered evidence, along with other remaining samples collected from Theresa Fusco and reference samples of blood from John Kogut, John Restivo and Dennis Halstead, was sent to Orchid Cellmark Laboratories, formerly Cellmark Diagnostics ("Cellmark") in March of 2003.  On March 21, 2003, Cellmark reported finding a mixture of female DNA matching Theresa Fusco and male DNA on the newly discovered vaginal swab. Cellmark reported that John Restivo, Dennis Halstead and John Kogut were all excluded as the source of the male DNA from the newly discovered swab.

All three laboratories that conducted STR DNA testing – LabCorp, New York's Office of the Chief Medical Examiner, and Cellmark – identified the same single, intact DNA profile of an unknown male as the source of the semen found in Miss Fusco's vagina.  All three laboratories

reported that Dennis Halstead, John Restivo and John Kogut were each excluded as the source of the male DNA collected from Miss Fusco.  At all three laboratories, STR DNA testing was performed under scientifically acceptable protocols.

These test results excluded all three plaintiffs as the source of semen found in the Miss Fusco's vaginal cavity.  These test results are accurate and reliable.

The Nassau County Medical Examiner's Department of Forensic Genetics uploaded the unidentified male profile in the Combined DNA Index System Database, known as "CODIS." To date, the profile does not match any profile contained in CODIS.

STR analysis was not available for use as a forensic technique in 1986, when Halstead, Restivo and Kogut were tried.

Based on these STR DNA results, counsel for Dennis Halstead, John Restivo and John Kogut, as well as the Nassau County District Attorney's Office entered into a stipulation in May 2003 and moved the Court to vacate the convictions of all three men.  The Nassau County Court granted the parties' motion and, on June 11, 2003, all three men's convictions were vacated.

The NCPD Homicide Bureau reinvestigated the Fusco case but found no new reliable evidence linking Mr. Kogut, Mr. Restivo or Mr. Halstead to the crime, nor any reliable evidence that the semen recovered from Miss Fusco's body was the product of a consensual sexual encounter before her death.

John Kogut was retried.  On December 23, 2005, he was acquitted by County Court Judge Victor Ort.  On December 29, 2005, upon the Nassau County District Attorney's Office's motion, the indictment charging Dennis Halstead and John Restivo with the rape and murder of Theresa Fusco was dismissed.

**Stipulations of Law**:

**As per the letter of Mr. Freeman of 7/21/12 (D.E. 291), the parties will continue to meet and confer and file an amended Joint Pretrial Order including any stipulations of law on 8/27/12.  Plaintiffs' proposals are included here:**

**Plaintiffs' Proposed Stipulations of Law:**

The parties stipulate that the individual defendants were acting under color of law and within the scope of their employment in connection with their work on the Fusco investigation and prosecution.

Plaintiffs Kogut, Restivo and Halstead consent to the voluntary dismissal of the following defendants: Richard Brusa, Vincent Donnelly, John Does 1-5 and Richard Roe supervisors 1-10.

8.    <u>Witness Lists</u>:

**As per the letter of Mr. Freeman of 7/21/12 (D.E. 291), the parties will exchange designations of any additional witnesses, including rebuttal witnesses, by 8/20/12 and list them in an amended Joint Pretrial Order on 8/27/12.**

Plaintiffs' Witness List:

*All addresses of defendants and NCPD witness are c/o defense counsel at Freeman, Nooter & Ginsburg, and all addresses of plaintiffs and plaintiffs' family members are c/o plaintiffs' counsel at Neufeld Scheck & Brustin, Grandinette & Serio or the Law Office of Paul Casteleiro..*

**Thomas Allen, defendant**

Detective Allen will testify about his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**Marcello Baez**
Current address unknown

Offer TT in lieu of live testimony regarding finding Theresa Fusco's body.

**Michael L. Baird, Ph.D.**
One DDC Way
Fairfield, OH 45014

Dr. Baird was the Vice President of Laboratory Operations at Lifecodes Corporation (Lifecodes) from 1992 to 2001. If necessary he will testify about Lifecodes' procedures during the time of his employment, including 1993, for record-keeping related to the DNA testing it conducted for and the use and maintenance of the forensic and biological materials used in such testing, and DNA testing of evidence in the underlying criminal case.

**Robert Baumann**
Suffolk County Crime Laboratory
Building 487
North County Complex
Veterans Highway
New City, NY 10956

Robert Baumann was a serologist for the Nassau County Medical Examiner's Office and will testify about forensic evidence obtained from Theresa Fusco's corpse. Mr. Baumann testified in *People v. Restivo & Halstead* (1986), *People v. Kogut* (1986) and *People v. Kogut* (2005).

**Adele Bernhard, Esq.**
c/o Pace University Law School

8

78 North Broadway
White Plains, NY 10603

Ms. Bernhard represented Dennis Halstead during postconviction proceedings and will testify about the process of post-conviction litigation, efforts to access evidence and discovery of a Fusco vaginal swab and damages.

**Rochelle Bernstein**
1414 Merrick Road
Lynbrook, NY 11563

Offer TT in lieu of live witness

**Wayne Birdsall, defendant**

Detective Birdsall will testify about his examination of the Restivo van for bodily fluid evidence on March 26, 1985, his reporting of his findings, his assisting Charles Fraas in processing the van for trace evidence, his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision as well as the NCPD's Scientific Investigation Bureau (SIB).

**Gregory Brock**
c/o New York State Department of Corrections

Mr. Brock will testify as to his role in the Joshua Chisolm homicide and that Robert Moore was not involved or present at that time.

**Elizabeth Cagan**
1893 Emma Lee Lane
Hanford, CA 93230

Elizabeth Cagan was a customer of Move-Rite Movers and will testify about a moving job performed on November 10, 1984 by Move-Rite Movers, the NCPD's interview of and display of photographs to her and her husband Steven, and her ultimate identification of the men who did the moving job.

**Steven Cagan**
739 Paseo Camarillo, Apt. 63
Camarillo, CA 93010

Steven Cagan was a customer of Move-Rite Movers and will testify about a moving job performed on November 10, 1984 by Move-Rite Movers, the NCPD's interview of and display of photographs to him and his wife Elizabeth.

**Anna Campbell**
2944 Lindale Street

9

Wantagh, New York 11975

Ms. Campbell was a neighbor of the Restivos on Doxsie Place in Lynbrook who will testify to having seen the blue van on blocks in November of 1984.

**Dorsha Campbell**
18203 Neff Rd
Cleveland OH 44119-2646

Mrs. Campbell will testify about Move-Rite's moving a piano into her house in Hempstead on or about November 24, 1984, and the police interview of her about that on or about April 3, 1985.

**Jareau Carter**
Address Unknown

Mr. Carter will testify as to his role in the Jose Alberto Cruz homicide and that Jose Anibal Martinez was not involved or present at that time.

**James Casatelli**
321 Fourth Street
Lindenhurst, NY 11757

Mr. Casatelli will testify as to John Kogut's alibi on the evening of November 10, 1984 at Atlantic Avenue school yard.

**Meghan E. Clement**
Laboratory Corporation of America
1912 Alexander Drive
Research Triangle Park, NC 27709

Ms. Clement is the current Technical Directory, Forensic Identity Testing at the Laboratory Corporation of America (LabCorp) in Research. Should it be necessary, she will testify about LabCorp's procedures used from 2001 through the present for record-keeping related to the DNA testing it conducts and for the use and maintenance of the forensic and biological materials used in that testing, and DNA testing of evidence in the underlying criminal case.

**Michael Cockerel**
316 Beach 63 St.
Queens, NY 11692

Michael Cockerel will testify as to John Restivo's whereabouts and activities on November 10, 1984, as well as his knowledge of the NCPD investigation. His deposition is to take place in August by Order of Magistrate Wall.

**Kenneth Cockerel*** (pending *in limine* ruling regarding his unavailability)
78 Union Avenue
Lynbrook, NY

If plaintiffs' motion *in limine* to deem him unavailable is not granted, Kenneth Cockerel will testify to the NCPD's coercive and suggestive interrogation of him in 1985, and his grand jury testimony, and his knowledge of the NCPD investigation.

**Michael Connaughton, defendant**

Officer Connaughton will testify about his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**Robin Cotton**
72 East Concord Street, Room R806A
Boston, MA 02118

Ms. Cotton was employed at Cellmark Diagnostics (Cellmark) from 1988 to 2006 as the Director of Research and Development and Director of Laboratories. If necessary, she will testify about Cellmark's procedures used during her employment, including 1994 and 1995, for record-keeping related to the DNA testing conducted at the lab and for the use and maintenance of the forensic and biological materials used in such testing, and DNA testing of evidence in the underlying criminal case.

**Carolann Davies**
Current address unknown

Propose to offer R/H trial testimony. Testified regarding Dennis Halstead conducting work on her house on November 10, 1984, his children arriving on bicycles, eating lunch, and leaving in the afternoon.

**Debbie DeCarlo**
1504 White Hall Dr. #103
Davie, FL 33324

Ms. DeCarlo will testify about the theft of her license plates in 1984; those plates being found on John French's car when the car was recovered after being stolen the night of Theresa Fusco's disappearance; and the subsequent NCPD investigation of the possible links between the theft of her plates and Fusco homicide.

**Thomas DeCrascenzo**
Current address unknown

Propose to read TT of R/H trial, regarding a 15-20 minute phone call he received at 8:10 p.m. on November 10, 1984, and conversation with John Restivo and Michael Cockerel. Alibi witness.

**Peter DeForest**
P.O. Box 141
Ardsley, NY 10502-0141

Mr. DeForest will testify as an expert in forensic hair examination regarding postmortem hair banding and his observations and comparison of hair evidence as a defense witness in the underlying criminal proceedings, consistent with his report and testimony at the *Daubert/Kumho Tire* hearing.

**Robert Dempsey, defendant**

Det. Dempsey will testify about his role in the Fusco investigation, his knowledge of NCPD practices, customs, policies, training and supervision, and his role in eliciting other false confessions including that of Shonnard Lee as well as the civil suit and verdict that followed.

**Renee DeStefano/Sandie**
13 Wesley Drive   or   129 Sherman Street
East Rockaway, NY    Lynbrook, NY

Ms. DeStefano will testify as to John Kogut's alibi on the evening of November 10, 1984 at Atlantic Avenue school yard.

**William Diehl, defendant**

Officer Diehl will testify about his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**George Doherty, former NCPD Det.**

Det. Doherty will testify about his role in the Fusco missing persons investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**Vincent Donnelly, defendant**

Det. Donnelly will testify about his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**ADA Joseph Dompkowski**
c/o Nassau County District Attorney's Office
262 Old Country Road
Mineola, New York 11501

ADA Dompkowski will testify concerning the dismissal of the Robert Moore criminal complaint for the murder of Joshua Chisolm along with his knowledge of the false confession of Robert Moore.

**Frances Berry Doyle**
1342 Menard St.
Uniondale, NY 11553

Mrs. Doyle was Mr. Halstead's counselor prior to his arrest in the Fusco case. She will testify as to damages.

**Joe Dragatto (Mugsey)**
3 Crest Court
Middle Island, NY 11953

Mr. Dragatto will testify as to John Kogut's alibi on the evening of November 10, 1984 at Atlantic Avenue school yard.

**Robert Edwards, defendant**

Sgt. Edwards will testify about his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**Dennis Farrell, former NCPD Det. Lt.**

Former Det. Lt. Farrell will testify about his role overseeing the NCPD's "reinvestigation" and "blind-eye" investigation of the Fusco homicide and his knowledge of NCPD practices, customs, policies, training and supervision.

**Russell Fischer**
11035 NW 28 Drive
Coral Springs, Florida 33065

Mr. Fischer will testify as an expert on police practices, consistent with his report.

**Arthur Fleishman**
Address unknown

Mr. Fleishman testified as a defense witness at the criminal trial of Mr. Halstead and Mr. Restivo. He is likely to have discoverable information related to the reputation of Brian O'Hanlon.

**Dr. Elizabeth Ford**
200 E. 94th St. #808
New York, NY 10128

Dr. Ford is a psychiatrist will testify as an expert as to Dennis Halstead's damages.

**Charles Fraas, defendant**

Former Det. Fraas will testify about his role in the Fusco investigation, specifically including his processing the Restivo van for trace evidence, the chain of custody of hair evidence, his microscopic comparison of hairs, his reporting of results, and his knowledge of NCPD and SIB practices, customs, policies, training and supervision.

**John French**
224 Rolling Street
Malverne, NY 11565

Mr. French will testify about the theft of his car on the night that Theresa Fusco disappeared; the condition, location and contents of the car when it was recovered (including striped girls' jeans); and NCPD investigation of the possible links between the theft of the car and the Fusco homicide, as per his deposition.

**Lori French Gabberty**
2426 Wood Avenue
Bellmore, NY 11710

Mrs. Gabberty will testify about the theft of her brother's car on the night that Theresa Fusco disappeared; the condition, location and contents of the car (including striped girls' jeans) when it was located; and NCPD investigation of the possible links between the theft of the car and the Fusco homicide, as per her deposition.

**Pat Galligan**
428 N. W. Canterbury Court
Port Saint Lucy Florida 34983

Mr. Pat Galligan will testify as to John Kogut's alibi on the evening of November 10, 1984 at Atlantic Avenue school yard.

**Sean Galligan**
1752 Jefferson Street
Seaford, NY

Mr. Sean Galligan will testify as to John Kogut's alibi on the evening of November 10, 1984 at Atlantic Avenue schoolyard.

**Carol Germano**
65 Lincoln Boulevard, Apt F12
Long Beach, NY

Ms. Germano will testify as to John Kogut's alibi on the evening of November 10, 1984 at Atlantic Avenue school yard.

**Kate Germond**
c/o Centurion Ministries
221 Witherspoon Street
Princeton, NJ 08542

Ms. Germond will testify concerning the factual history of Centurion Ministries, on or about 1993, t to establish the unjust convictions and actual innocence of all three plaintiffs, and damages as to plaintiff, John Kogut.

**Thomas Gilhooley**
Current address unknown

Offer TT in lieu of live testimony; was Theresa Fusco's boss at Hot Skates. Testimony about her dismissal and exit from Hot Skates on November 10, 1984.

**Retired Detective Frank Guidice**

Mr. Guidice will testify concerning his supervisory role within the Nassau County Police Department Homicide Bureau, it's policies and procedures, and his knowledge of numerous false confessions in homicide cases.

**Dennis Halstead, plaintiff**

Mr. Halstead will testify regarding liability and damages.

**Jason Halstead**, c/o NSB
**Heather Halstead**, c/o NSB
**Taylor Halstead**, c/o NSB
**Melissa Halstead Lullo**, c/o NSB

Jason, Heather, Taylor and Melissa Halstead are children of plaintiff Dennis Halstead and will testify about Dennis Halstead's whereabouts on November 10, 1984 and damages.

**Robert Hillman, NCPD Det.**

Det. Hillman will testify about his investigation of the Fusco homicide, subject to *in limine* rulings.

**Prof. Charles Honts**
Boise State University
3105 Sweetwater Drive
Boise, ID 83716-5664

Honts will testify as a polygraph expert regarding the NCPD's use of the Arther Method during the Fusco investigation, as well as the Kogut polygraph, as per his report and testimony in the 2005 Kogut retrial.

15

**Max Houck**
P.O. Box 6250
Arlington, VA 22206

Mr. Houck will testify as an expert in forensic anthropology and forensic hair examination regarding postmortem hair banding, consistent with his report and testimony at the *Daubert/Kumho Tire* hearing.

**Lisa Kaplan Johnson**
12 Summerfield Drive
Holtsville, NY 11742

Ms. Johnson was Theresa Fusco's best friend and will testify about Theresa Fusco's activities and plans on November 10, 1984, and her knowledge of Miss Fusco's lack of sexual activity.

**Saul Kassin**
John Jay College of Criminal Justice
445 West 59th Street
New York, NY 10019

Saul Kassin is a social psychologist who will testify about the phenomenon of false confessions and the Kogut confession, as per his expert report.

**Fred Klein, Esq.**
c/o Michael Sepe, Esq.
11 Clinton Avenue
Rockville Centre, N.Y. 11570

Mr. Klein was the trial prosecutor in the 1986 trials of plaintiffs.  He will testify about whether he received certain information during those proceedings, as well as his statements in moving to dismiss the Restivo/Halstead indictment in December of 2005, consistent with his deposition. Mr. Klein will also testify about his knowledge of Defendants' Volpe and Dempsey procuring false confessions in the Lee and Moore cases and Brady violations in the Lee case. Mr. Klein will also testify concerning other false confession cases in Nassau County.

**Leo Klein**
273 Lexington Ave.
West Babylon, NY 11704

Leo Klein will testify about his misdating a receipt for equipment rented by John Restivo on November 10, 1984, his correction of that receipt, and the NCPD's questioning of him. He testified at the Restivo/Halstead trial in 1986.

**Lucille Klein, aka Roxanne Pizzolo**
5165 Merrick Road
Massapequa Park, NY 11762-3728

Mrs. Klein was the wife of Leo Klein, who testified during the criminal trial of Mr. Halstead and Mr. Restivo, and is likely to have discoverable information related to coercive conduct by NCPD defendants in questioning her husband.

**John Kogut**, plaintiff

Mr. Kogut will testify as to liability and damages.

**Anthony Kosior, defendant**

Subject to *in limine* rulings regarding polygraph evidence, Det. Kosior will testify about his use of the Arther method in polygraphing various individuals during the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**Shonnard Lee**
c/o Grandinette & Serio

Mr. Lee will testify about defendant Dempsey's coercing and fabrication of evidence in his homicide case, his subsequent complaints, lawsuit, and civil verdict.

**Silas Lee**
9 Jackson Place
Freeport, NY 11520

Mr. Lee will testify as to Shonnard Lee's whereabouts on the date and time of Sammy Jones' death and the subsequent events surrounding Shonnard's arrest and malicious prosecution in State and Federal Court.

**Dorothy Lee**
9 Jackson Place
Freeport, NY 11520

Ms. Lee will testify about her son Shonnard Lee's false arrest and malicious prosecution in State and Federal Court.

**Dennis Lempke, Esq.**
114 Old Country Road
Mineola, NY 11501

Mr. Lempke will testify concerning the malicious prosecution of Shonnard Lee for the murder of Sammy Jones including the withholding of critical *Brady* material during Lee's

criminal prosecution and his knowledge of other false confessions obtained by Nassau County Police Department, including Blair Gardner.

**Joann Lenahan**
16 Julie Walk
Long Beach, New York 11561

Offer TT in lieu of live witness.

**Regan Martin, Deceased**

Mr. Martin was an eyewitness to the homicide of Sammy Jones. His deposition was recorded on videotape and will be offered pursuant to Rule 32.

**Anibal Martinez**
c/o Grandinette & Serio

Mr. Martinez will testify as to the fabricaton of false evidence against him, including a false confession, by the Nassau County Police Department in a homicide prosecution of Jose Alberto Cruz and the events surrounding his criminal prosecution, dismissal of his charges, and subsequent civil action and settlement.

**Albert Martino, defendant**

Det. Martino will testify about his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**Hon. Edward W. McCarty, III**
Nassau County Supreme Court
100 Supreme Court Drive
Mineola, NY 11501

Judge McCarty was a deputy district attorney for the Nassau County District Attorney's Office at the time that Mr. Halstead and Mr. Restivo were arrested and will testify about the preparation of eavesdropping warrants and supporting affidavits with defendant Volpe in 1985 prior to the empaneling of a grand jury.

**Honorable Judge James McCormack**
**262 Old Country Road**
**Mineola, New York 11501**

Judge McCormack will testify concerning facts related to the criminal prosecution of Douglas Smith for the homicide of Joshua Chisolm

**Frank Meyers, deceased***

Mr. Meyer was a former FBI agent and plaintiff John Restivo's uncle. His deposition was recorded on videotape and will be offered pursuant to Rule 32. He testified about seeing John Restivo's blue van in the driveway of Frida Restivo, on blocks, on Saturday evening, November 10, 1984.

**Robert Moore**
c/o Grandinette & Serio

Mr. Moore is ill living out of state and is unavailable. Mr. Moore's deposition testimony will be offered regarding coercion and fabrication of a false homicide confession from him, the subsequent dismissal of all criminal charges against him, followed by his 1983 claim.

**Deputy U.S. Marshal Michael Morpeau**
225 Cadman Plaza East (G-20)
Brooklyn, NY 11201

Mr. Morpeau is a Deputy United States Marshal based in the Eastern District of New York, who has discoverable information about his unsuccessful attempt to serve Kenneth Cockerel at 78 Union Avenue, Lynbrook, with a court-ordered order to show cause and deposition subpoena in this action.

**Nina Morrison, Esq.**
The Innocence Project
100 Fifth Avenue, 3rd Floor
New York, NY 10011

Ms. Morrison represented John Restivo during post-conviction proceedings and will testify about the process of post-conviction litigation, efforts to access evidence and discovery of a Fusco vaginal swab, and damages.

**Andre Myriee**
Address Unknown

Mr. Myriee will testify as to his role in the Joshua Chisolm homicide and that Robert Moore was not involved or present at that time.

**Concetta Napoli**
6 Windsor Place
Lynbrook, New York 11563

Ms. Napoli is the mother of Theresa Fusco and will testify about her daughter's last day, her clothing and accessories, and that she was a virgin. She was a witness at the criminal trials.

**Margaret Niedecker**, c/o NSB

Ms. Niedecker is married to John Restivo and will testify as a damages witness.

**K. O'Donnell, Esq.**

Will testify concerning facts related to the criminal prosecution of Jareau Carter for the homicide of Alberto Cruz.

**Brian O'Hanlon**
234 Ocean Ave., Lynbrook, NY 11563 or
116 Bedford Avenue, Merrick, NY 11566

Brian O'Hanlon testified as a witness in the 1986 Restivo/Halstead trial.  He will testify about his role in the Fusco investigation, benefits he received for his testimony, and the NCPD conspiracy.

**Michael O'Leary**, former NCPD Det.

Det. O'Leary will testify about the "reinvestigation" of the Fusco case, his contacts with defendant Volpe, and his knowledge of NCPD practices, customs, policies, training and supervision.

**Sgt. Overs,**  Lynbrook P.D.

Offer TT in lieu of live testimony regarding finding Theresa Fusco's body.

**Robert Peck, Esq.**
107 Dogwood Lane
Manhasset, New York

Mr. Peck was Mr. Martinez's criminal attorney and Mr. Peck will testify concerning about his knowledge about the criminal prosecution of Mr. Martinez including the false confession created by the Nassau County Police Department and the subsequent prosecution of Jareau Carter, the true killer of Jose Alberto Cruz.

**Nicholas Petraco**
73 Ireland Place
Suite 128
Amityville, NY 11701

Mr. Petraco will testify as an expert in forensic hair examination regarding postmortem hair banding and his observations and comparison of hair evidence as a prosecution witness in the underlying criminal proceedings, consistent with his report and testimony at the *Daubert/Kumho Tire* hearing.

**Daniel Perrino**, defendant

Det. Perrino will testify about his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**Carl Pozzini**
75 Beatrice Ave.
West Islip, NY 11795

Mr. Pozzini was a fact witness at Mr. Halstead and Mr. Restivo=s criminal trial and will testify about his interactions with NCPD defendants who elicited false statements from him.

**Lisa Price**
Address Unknown

Ms. Price will testify as to John Kogut's alibi on the evening of November 10, 1984 at Atlantic Avenue school yard as well as damages.

**Mechthild Prinz, Ph.D.**
421 East 26th Street
New York, New York 10016

Dr. Prinz is the Director of the Department of Forensic Biology at the Office of the Chief Medical Examiner (OCME) of the City of New York. If necessary he will testify as to OCME's procedures from 2001 through the present for record-keeping related to the DNA testing it conducts and for the use and maintenance of the forensic and biological materials used in that testing.

**David Rapp***
417 Spring Avenue
Liberty, MO 64048

As he resides out of state, Mr. Rapp's sworn deposition testimony will be offered. His testimony is about NCPD defendants' coercive and suggestive interrogation of him, and statements they elicited from him.

**Paul Rauch**
Current address unknown

Offer TT in lieu of live testimony regarding call to police about discovery of Theresa Fusco's body

**John Restivo**, plaintiff

Mr. Restivo will testify as to liability and damages.

21

**Frida Restivo**, c/o NSB

Mrs. Restivo is plaintiff John Restivo's mother and will testify about his van being in her driveway on blocks on November 10, 1984, as well as damages.

**Theodore Robinson, Esq.**
26 St. Paul's Place
Hempstead, NY 11501

Mr. Robinson represented Mr. Restivo at his criminal trial and post-conviction proceedings and will testify about the interrogation and arrest of Mr. Restivo for the rape and murder of Theresa Fusco, and the pre-trial, trial, and post-conviction proceedings that followed. Mr. Robinson will testify about his knowledge and documentation of the injuries Mr. Restivo suffered after his interrogation by the defendant officers. He will also testify that he was never made aware of the striped jeans/John French lead.

**William Rost, Esq.**
33 Willis Avenue
Mineola, New York 11501

Mr. Rost will testify concerning facts related to the criminal prosecution of Gregory Brock for the homicide of Joshua Chisolm

**Retired Detective Daniel Severin**

Mr. Severin will testify concerning the operation of the Homicide Bureau during his tenure within the bureau, his knowledge of the Jose Alberto Cruz murder investigation and prosecution, and his knowledge of other false confession cases within the Nassau County Police Department.

**Jack Sharkey**, defendant

**Dr. Steven Simring**
72 Churchill Rd.
Tenafly, NJ 07670

Dr. Simring is a forensic psychiatrist who will testify as to John Restivo's damages.

**Frank Sirianni**, defendant*

Det. Sirianni will testify as to his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision. As he resides in Florida and his doctor represents that he is unable to fly, his testimony may be offered by way of videotaped deposition pursuant to Rule 32.

**Brian Skellington**
30 Centre Ave
East Rockaway 11518

Brian Skellington will testify about his knowledge of the NCPD Fusco investigation and his treatment by NCPD investigators.

**Debra Smith**
1485 Front St. #33
E. Meadow, NY 11554

Ms. Smith will testify about seeing the John French car, reporting what she saw and heard to the NCPD, and the NCPD's investigation of her report, as per her deposition and 1985 statement to the NCPD.

**Douglas Smith**

Mr. Smith will testify as to his role in the Joshua Chisolm homicide and that Robert Moore was not involved or present at that time.

**Harold Smyle**
460 Salisbury Park Drive, Apt. 1K
Westbury, New York 11590

Mr. Smyle was a witness at the 1986 Restivo/Halstead trial. He will testify about his knowledge of the operability of the Restivo blue van, his contact with NCPD defendants, and the coercive questioning that induced him to make false statements against Restivo.

**Sean Spillane**, defendant

Former Lt. Spillane was the commanding officer of the NCPD's Homicide Bureau during the original Fusco investigation.  He will testify as to his role in the Fusco investigation, his recommendation that defendants Volpe, Connaughton and Diehl receive a commendation for their work, and his knowledge of NCPD practices, customs, policies, training and supervision.

**Andrew Tursi**
Current address unknown

Offer TT in lieu of live testimony regarding finding Theresa Fusco's body.

**Detective Edwin Trujillo**

Detective Trujillo will testify concerning the homicide and prosecution related to the death of Jose Alberto Cruz.

**Mary Ann Rosino Vasquez**
48 Washington Avenue in Lynbrook, New York.

Ms. Vasquez will testify about seeing Theresa Fusco leave Hot Skates on November 10, 1984 and her interaction with NCPD officers.

**Joseph Volpe**, defendant (deceased)*

Det. Volpe was the lead detective in the Fusco investigation.  His deposition was videotaped and will be offered pursuant to Rule 32.  He testified about his role in the Fusco investigation and in other false confession cases including that of Robert Moore, as well as his knowledge of NCPD practices, customs, policies, training and supervision.

**Anthony Walsh**
Current address unknown

Propose to offer TT from R/H trial. Was an NCCC inmate regarding Steven Dorfman and John Restivo. Testified for the Restivo defense as impeachment of Dorfman.

**Harry Waltman**, defendant

Det. Waltman will testify as to his role in the Fusco investigation and his knowledge of NCPD practices, customs, policies, training and supervision.

**Peter Weinstein, Esq.**
42 Nancy Boulevard
Merrick, New York

Mr. Weinstein was the Chief of the Appeals Bureau of the Nassau County District Attorney's Office during the post-conviction litigation of the underlying criminal case.  He will testify about the NCPD investigation and the NCDA decision about whether to consent to plaintiffs' motion for a new trial based on DNA exclusions in 1995 and 2003, as per his deposition and 1995 memorandum to then-NCDA Dennis Dillon.

**Norcen Wiley**
Address Unknown

Mr. Wiley will testify as to John Kogut's alibi on the evening of November 10, 1984 at Atlantic Avenue schoolyard.

**Henrietta Williams**
45 Rutland Road
Freeport, New York

Ms. Williams will testify concerning her eyewitness observations relative to the assault of Samuel Jones on February 10, 1997.

24

**Charlotte J. Word, Ph.D.**
P.O. Box 5207
Gaithersburg, MD 20882

Dr. Word is a DNA expert. She will testify about the forensic evidence and DNA results reported by various laboratories using various techniques, as per her expert report.

**John Youngblood, Esq.**
New York County Defender Services
225 Broadway Suite 111
New York, New York 10007
(212)803-5160

Mr. Youngblood will testify his assignment to the Moore case from the New York Capital Defenders office and his knowledge about the case including the false confession of Robert Moore and subsequent dismissal of the charges.

**Corrections Personnel as Designated by NYS Dept. of Corrections**

**Custodians of Records, as necessary**

Additional witnesses TBA:

**TBA, Esq.**

Will testify concerning facts related to the criminal prosecution of Jareau Carter for the homicide of Alberto Cruz.

**TBA, Esq.**

Will testify concerning facts related to the criminal prosecution of Gregory Brock for the homicide of Joshua Chisolm

**TBA, Esq.**

Will testify concerning facts related to the criminal prosecution of Douglas Smith for the homicide of Joshua Chisolm

**TBA, Esq.**

Will testify concerning facts related to the criminal prosecution of Adrienne Hudgen for the homicide of Joshua Chisolm.

Defendants' Witness List:[2]

---

[2] * denotes that the witness' deposition testimony will be read and/or played in accordance with FRCP 32.

25

**Detective Thomas Allen**

Detective Allen is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide as well as patterns and practices of the Nassau County Police Department in 1984-1986.  Det. Allen previously testified in the grand jury investigation regarding the Theresa Fusco homicide, in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**Marcello Baez**
22 Park Place
Lynbrook, NY 11563

Mr. Baez is expected to testify regarding his discovery of the corpse of Theresa Fusco on December 5, 1984 and subsequent events.  Mr. Baez previously testified in People v. Kogut (2005).

**Robert Baumann**
Suffolk County Crime Laboratory
Building 487
North County Complex
Veterans Highway
New City, NY 10956

Mr. Baumann was a serologist for the Nassau County Medical Examiner's Office and is expected to testify regarding forensic evidence obtained from Theresa Fusco's corpse and the autopsy of Theresa Fusco.  Mr. Baumann previously testified in People v. Restivo (1986) and in People v. Kogut (2005).

**Detective Edward Beahr**

Detective Beahr was a police officer in the Nassau County Police Department in 1985 and is expected to testify regarding forensic evidence relevant to the investigation of the Theresa Fusco homicide as well as patterns and practices of the Nassau County Police Department in 1985.  Mr. Beahr previously testified in People v. Restivo (1986) and in People v. Kogut (2005).

**Rochelle Bernstein**
Hot Skates
14 Merrick Road
Lynbrook, NY 11563

Mrs. Bernstein is the owner of Hot Skates roller rink located at 14 Merrick Road.  Ms. Bernstein is expected to testify regarding Theresa Fusco's behavior prior to her disappearance on November 10, 1984 and the time and circumstances under which Ms.

Fusco was fired and left Hot Skates on November 10, 1984.  Ms. Bernstein previously testified in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**Detective Wayne Birdsall**

Detective Birdsall is a named defendant and is expected to testify regarding forensic evidence relevant to the investigation of the Theresa Fusco homicide as well as patterns and practices of the Nassau County Police Department in 1985.  Det. Birdsall previously testified in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**Dr. Tamara Bloom**
Nassau County Medical Examiner's Office
2251 Hempstead Turnpike, Building R
East Meadow, NY 11554

Dr. Bloom is the chief medical examiner for the Nassau County Medical Examiner's Office and is expected to testify regarding the homicide and autopsy of Theresa Fusco.  Dr. Bloom previously testified in People v. Kogut (2005).

**Detective Richard Brusa**, deceased

Detective Brusa is a named defendant and has previously testified in
People v. Restivo (1986) and in People v. Kogut (2005) regarding the investigation of the homicide of Theresa Fusco.  Detective Brusa's prior testimony will be offered into evidence as he is unavailable.

**Detective Ken Blumgrene**

Detective Blumgrene was a Nassau County police officer in 1985 and is expected to testify regarding forensic evidence relevant to the investigation of the Theresa Fusco homicide as well as patterns and practices of the Nassau County Police Department in 1985.

**Patricia Braggata**
704 Mockingbird Lane
Cuddebackville, NY 12729

Ms. Braggata is the current wife of Dennis Halstead and is expected to testify regarding her visitation of Mr. Halstead while he was incarcerated.

**Pasquale Buffolino**
Nassau County Medical Examiner's Office
2251 Hempstead Turnpike, Building R
East Meadow, NY 11554

Pasquale Buffolino is the director of forensic genetics for the Nassau

27

County Medical Examiner's Office and is expected to testify regarding forensic evidence in the investigation of the homicide of Theresa Fusco, including the vaginal swabbing of Theresa Fusco and [other subjects]. Mr. Buffolino previously testified in People v. Kogut (2005).

**Elizabeth Cagan**
1893 Emma Lee Lane
Hanford, CA 93230

Elizabeth Cagan was a customer of Move-Rite Movers and is expected to testify regarding a moving job performed on November 10, 1984 by Move-Rite Movers.

**Steven Cagan**
739 Paseo Camarillo, Apt. 63
Camarillo, CA 93010

Steven Cagan was a customer of Move-Rite Movers and is expected to testify regarding a moving job performed on November 10, 1984 by Move-Rite Movers.

**Dorsha Campbell**
18203 Neff Rd
Cleveland OH 44119-2646

Dorsha Campbell was a customer of Move-Rite Movers and is expected to testify regarding a moving job performed on November 24, 1984 by Move-Rite Movers.

**Paul Cassell**
332 S. 1400 E., Room 101
Salt Lake City, UT 84112

Subject to this Court's *in limine* rulings, Mr. Cassell will testify as an expert in criminal justice issues, specifically police interrogations, false confessions and probable cause determinations.

**Michael Cockerel**
316 Beach 63 St.
Queens, NY 11692

Michael Cockerel was an associate of the plaintiffs, an employee of John Restivo's and is expected to testify about admissions from John Restivo and Dennis Halstead regarding the homicide of Theresa Fusco, being assaulted by Charles Restivo and being intimidated by Rick Arden and the friends and family of John Restivo. Mr. Cockerel previously testified in the grand jury investigation regarding Theresa Fusco's homicide and in People v. Restivo (1986).

**Gail Cole**
131 Oak Drive

28

Baiting Hollow, NY 11933

Ms. Cole is expected to testify regarding being interviewed by the Nassau County Police Department in connection with the homicide of Theresa Fusco and frequenting Dennis Halstead's apartment as a teenage girl. Ms. Cole previously testified in the grand jury investigation of the Theresa Fusco homicide.

**Police Officer Michael Connaughton**

Officer Connaugton is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and patterns and practices of the Nassau County Police Department in 1985. Mr. Connaughton previously testified in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**John Considine**
49 Hawthorne St.,
Selden, NY 11784

Mr. Considine was a corrections officer at the Nassau County Correctional Center in 1985 and is expected to testify regarding a statement John Kogut wrote and signed and gave to Charles Clink which contained an admission regarding the Theresa Fusco homicide.

**Detective Ronald Crowe**

Detective Crowe was a Nassau County police officer in 1985 and is expected to testify regarding forensic evidence relevant to the investigation of the Theresa Fusco homicide as well as patterns and practices of the Nassau County Police Department in 1985.

**Carol Davies**
*Address Unknown*

Mrs. Davies was a customer of Dennis Halstead's aluminum siding business and is expected to testify regarding Dennis Halstead and John Kogut's behavior while they were working on her home in November of 1984. Ms. Davies previously testified in People v. Restivo (1986).

**David Devine**
9692 Southeast Little Club Way South
Tequesta, Fl 33469

Mr. Devine was a cellmate of John Kogut's at the Nassau County Correctional Center and is expected to testify pertaining to a statement John Kogut wrote and signed and gave to Charles Clink which contained an admission regarding the Theresa Fusco homicide.

**Detective Robert Dempsey**

29

Detective Robert Dempsey is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and patterns and practices of the Nassau County Police Department in 1985.  Det. Dempsey previously testified in People v. Kogut (1986) and in People v. Kogut (2005).

**Police Officer William Diehl**

Officer Diehl is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and patterns and practices of the Nassau County Police Department in 1985.  Mr. Diehl previously testified in People v. Restivo (1986).

**Detective George Doherty**

Detective Doherty was a Nassau County police detective in 1984 and was assigned to the missing person case of Theresa Fusco.  Mr. Doherty is expected to testify regarding his investigation of the disappearance of Theresa Fusco.

**Detective Vincent Donnelly**

Detective Donnelly is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and patterns and practices of the Nassau County Police Department in 1985.

**Stephen Dorfman, deceased**

Stephen Dorfman previously testified in People v. Restivo (1986) regarding an admission from John Restivo. His prior testimony will be offered into evidence as he is unavailable.

**Detective Sergeant Robert Edwards**

Detective Sergeant Edwards is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and patterns and practices of the Nassau County Police Department in 1985.  Det. Sgt. Edwards previously testified in People v. Restivo (1986) and in People v. Kogut (2005).

**Detective Lieutenant Dennis Farrell**

Detective Lieutenant Farrell is a Nassau County police detective and is expected to testify regarding the investigation of the Theresa Fusco homicide from 2002-2005 and patterns and practices of the Nassau County Police Department during this period.

**Detective Charles Fraas**

Detective Fraas is a named defendant and is expected to testify regarding investigation of the Theresa Fusco homicide and patterns and practices of the Nassau County Police Department in 1985.  Det. Fraas previously testified in the grand jury investigation

regarding the Theresa Fusco homicide, in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**John French**
224 Rolling Street
Malverne, NY 11565

Mr. French is expected to testify regarding the theft and recovery of his automobile in November of 1984, the discovery of a pair of blue jeans in the automobile, his report to the Lynbrook Police Department of the same, his report to the Nassau County Police Department of a possible connection between this theft and the homicide of Theresa Fusco and the Nassau County Police Department's thorough investigation of any connection.

**John Fusco**
*Address Unknown*

John Fusco is the brother of Theresa Fusco and is expected to testify regarding her behavior in and around 1984.

**Thomas Fusco**
93-12 101 Avenue
Queens, NY 11416

Thomas Fusco is the father of Theresa Fusco and is expected to testify regarding Ms. Fusco's behavior in 1984 and her plans for Sunday November 11, 1984.

**Lori French Gabberty**
2426 Wood Avenue
Belllmore, NY 11710

Mrs. Gabberty is the sister of John French and is expected to testify regarding the theft and recovery of Mr. French's automobile in November of 1984, the discovery of a pair of blue jeans in the automobile, Mr. French's report to the Lynbrook Police Department of same, Mr. French's report to the Nassau County Police Department of a possible connection between this theft and the homicide of Theresa Fusco and the Nassau County Police Department's thorough investigation of any connection.

**Howard Garcia**
587 Scranton Avenue
Lynbrook, NY 11563

Howard Garcia is expected to testify regarding the discovery of Theresa Fusco' corpse on December 5, 1984 and his reporting the discovery to the police department.

**Thomas Gilhooley**
*Address Unknown*

Thomas Gilhooley was as assistant manager at Hot Skates roller rink in November 1984 and is expected to testify regarding Theresa Fusco's behavior in 1984 and the time and circumstances during Ms. Fusco was fired and left Hot Skates on November 10, 1984.  Mr. Gilhooley previously testified in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**Detective Frederick Goldman**

Detective Frederick Goldman is expected to testify regarding the civil investigation of Kogut v. County of Nassau, et al.

**Tara Gonzalez**
*Address unknown*

Mrs. Gonzalez was present at Hot Skates on November 10, 1984 and is expected to testify regarding her witnessing Theresa Fusco entering a van on that evening.  Mrs. Gonzalez previously testified in People v. Kogut (2005).

**Detective Milton Gruber, deceased**

Detective Gruber is a named defendant and has previously testified in People v. Kogut (1986) and in People v. Kogut (2005) regarding the investigation of the homicide of Theresa Fusco.  Detective Gruber's prior testimony will be offered into evidence as he is unavailable.

**Carey Guerrero**
Employed at Rockville Cemetery
45 Merrick Road
Lynbrook, NY 11563

Carey Guerrero was working at the Rockville Cemetery on March 26, 1985 and is expected to testify regarding John Kogut's description to Nassau County police detectives and officers of where Theresa Fusco was assaulted and murdered on November 10, 1984.  Mr. Guerrero previously testified in People v. Kogut (2005).

**Dennis Halstead**

Mr. Halstead is a plaintiff in this action and is expected to testify as to liability and damages.

**Thomas Hennenlotter**
42 Oakland Ave.
Lynbrook, NY 11563

Thomas Henenlotter was an associate of the plaintiffs and is expecting to testify

regarding Rick Arden's attempt to alter a statement that Mr. Henenlotter had given to him and the operability of the blue Ford Econoline van in December of 1984.

**Detective Robert Hillman**

Detective Hillman is expected to testify regarding the civil investigation of Kogut v. County of Nassau, et al.

**Chester Johnson**
62 Sunrise Highway
Lynbrook, NY 11563

Chester Johnson was an associate of Michael Cockerel and is expected to testify regarding the sanding of John Restivo's blue Ford Econoline van on November 11, 1984.

**Lisa Johnson**
12 Summerfield Drive
Holtsville, NY 11742

Lisa Johnson was Theresa Fusco's best friend and is expected to testify regarding the jewelry and clothing last worn by Theresa Fusco and her behavior in 1984. Mrs. Johnson previously testified in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**Joseph B. Jay Kadane, PhD**
Department of Statistics
Carnegie Mellon University
Pittsburgh, PA 15213

Subject to a ruling on defendants' *Daubert* motion to exclude plaintiffs' expert testimony regarding post-mortem root banding, Professor Kadane is expected to testify as an expert on statistics and post-mortem root banding, consistent with his report.

**Detective William Kelly**

Detective Kelly is expected to testify regarding the blind-eye investigation of the homicide of Theresa Fusco in 2002-2005.

**Leo Klein**
273 Lexington Ave.
West Babylon, NY 11704

Leo Klein was the vice-president of Prez Tool Rental, Inc. in 1985 and is

expected to testify  regarding attempts by John Restivo and Rick Arden to alter dates on receipts for the purchase and rental of tools and materials.  Mr. Klein previously testified in the grand jury investigation regarding Theresa Fusco's homicide and in People v. Restivo (1986).

**Fred Klein**
c/o Michael Sepe, Esq.
11 Clinton Avenue
Rockville Centre, NY 11570

Mr. Klein was the trial prosecutor in People v. Kogut (1986) and People v. Restivo and Halstead (1986).  Mr. Klein is expected to testify regarding his prosecutions of these actions, subsequent post-conviction proceedings involving John Kogut, Dennis Halstead and John Restivo and patterns and practices of the Nassau County District Attorney's Office during his career as a NCDA.

**John Kogut**

Mr. Kogut is a plaintiff in this action and is expected to testify regarding liability and damages.

**Detective Anthony Kosior**

Detective Kosior is a named defendant and expected to testify regarding polygraph examinations performed in the investigation of the homicide of Theresa Fusco.

**Detective Scott Kovar**

Detective Kovar is expected to testify regarding the investigation of the homicide of Theresa Fusco in 2002-2005.  Detective Kovar previously testified in People v. Kogut (2005).

**Detective Michael Kuhn**

Detective Michael Kuhn is expected to testify regarding the investigation of the homicide of Theresa Fusco in 2002-2005.

**Kim Beyer Kruse**
1111 West Summit Place
Chandler, Arizona 85224

Mrs. Kruse is expected to testify regarding frequenting Dennis Halstead's apartment as a teenage girl and her friendship with Theresa Fusco.

**Charles Lewis**
808 South Cashua Dr.
Florence, South Carolina 29501

Charles Lewis was incarcerated at the Nassau County Correctional Center
with John Restivo and is expected to testify regarding an admission made to him by John Restivo
regarding Theresa Fusco's homicide.

**Kerry Lomando**
142 Seville Blvd.
Sayville, NY 11782

Kerry Lomando was a friend of Theresa Fusco's and is expected to testify
regarding Ms. Fusco's behavior in 1984 and Ms. Fusco's plans on November 10, 1984.  Mrs.
Lomando previously testified in People v. Kogut (2005).

**Detective Albert Martino**

Detective Martino is a named defendant and is expected to testify regarding the
investigation of the homicide of Theresa Fusco and patterns and practices of the Nassau County
Police Department in 1984-1986.  Detective Martino previously testified in People v. Kogut
(1986) and in People v. Kogut (2005).

**Thomas McBride**
112 South Bungalow Dr., Apt A
Tampa, Fl 33609

Thomas McBride was incarcerated at the Nassau County Correctional
Facility with John Kogut and John Restivo and is expected to testify regarding admissions from
both John Restivo and John Kogut regarding Theresa Fusco's homicide.  Mr. McBride is
expected to testify regarding a conversation he had with Charles Restivo regarding the Theresa
Fusco homicide.

**Dr. Daniel P. McCarthy, deceased**

Dr. McCarthy performed the autopsy of Theresa Fusco and previously testified in the
grand jury investigation of the Theresa Fusco homicide, People v. Kogut (1986) and
People v. Restivo (1986).  Dr. McCarthy's prior testimony will be offered into evidence as he is
unavailable.

**Honorable Edward McCarty**
Nassau County Supreme Court
100 Supreme Court Drive
Mineola, NY 11501

Hon. Edward McCarty was the Nassau County Assistant District Attorney
originally assigned subsequent to the arrests of John Kogut, John Restivo and Dennis Halstead
and is expected to testify regarding the prosecutions against John Restivo, John Kogut and

35

Dennis Halstead and the patterns and practices of the Nassau County District Attorney's Office during 1985.

**Dr. Terry Melton**
Mitotyping Technologies, LLC
2565 Park Center Blvd.
Suite 200
State College, PA 16801

Dr. Melton is expected to testify as an expert regarding the DNA analysis of a sample of Theresa Fusco's hairs and two hair samples recovered from John Restivo's blue Econoline van.

**Fred Meyer**
131 Fox Hollow Drive
Lanokoa Harbor, NJ 08734

Mr. Meyer is expected to testify as an expert regarding polygraph examinations, the Arther method of polygraph examinations and the polygraph examination of John Kogut performed by Detective Milton Gruber (now deceased).

**Glen Mielinis**
39 Cambridge Rd.,
Hewlett Point, NY 11518

Glen Mielinis was incarcerated at the Nassau County Correctional Center with John Kogut and is expected to testify regarding an admission from John Kogut regarding the Theresa Fusco homicide.

**Detective Joel Mitchell**

Detective Mitchell is expected to testify regarding the investigation of the homicide of Theresa Fusco and patterns and practices of the Nassau County Police Department in 1984-1986.

**Concetta Napoli**
6 Windsor Pl.
Lynbrook, NY 11563

Concetta Napoli is the mother of Theresa Fusco and is expected to testify regarding her daughter's behavior in 1984, her daughter's clothing and jewelry and her daughter's plans for the weekend of November 10, 1984.  Ms. Napoli previously testified in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**Samuel Newsome, deceased**

Samuel Newsome previously testified in People v. Restivo (1986) regarding an admission from Dennis Halstead.  His testimony will be offered into evidence as he is unavailable.

**Regina Furman Nezomoudeen**
2811 Riverside Drive
Wantagh, NY 11793

Mrs. Nezomoudeen is expected to testify regarding frequenting Dennis Halstead's apartment as a teenage girl and her friendship with Theresa Fusco.

**Joanne Egington Nitti**
153 Awin Circle Southeast
 Palm Bay, FL 32909

Mrs. Nitti is the former girlfriend of John Restivo, mother of his child and is the estranged wife of John Nitti.  Mrs. Nitti is expected to testify regarding John Restivo's behavior in 1984 and 1985, the extent of any injuries suffered by John Restivo in March of 1985, an admission from John  Restivo regarding the whereabouts of Theresa Fusco's corpse, information known to Harold and Linda Smyle regarding the homicide of Theresa Fusco and John Restivo's behavior and the physical abuse she suffered at the hands of John Restivo.  She previously testified at the grand jury investigation regarding Theresa Fusco's homicide, in People v. Restivo (1986) and in People v. Kogut (2005).

**John Nitti**
3042 Chica Circle
West Melbourne, FL 32904

John Nitti was an associate of John Restivo's and Dennis Halstead's and is the estranged husband of Joanne Nitti. Mr. Nitti is likely to testify regarding an admission from John Restivo regarding the whereabouts of Theresa Fusco's corpse, threats from the friends and family of John Restivo, the operability of the blue Ford Econoline van in November of 1984 and the behavior of Dennis Halstead before his incarceration.

**Brian O'Hanlon**
234 Ocean Ave.
Lynbrook, NY 11563

Brian O'Hanlon was an associate of Dennis Halstead's prior to his incarceration and is expected to testify regarding an admission made by Dennis Halstead regarding the Theresa Fusco homicide.  Mr. O'Hanlon previously testified in People v. Restivo (1986)

**Carrie O'Hanlon**
105 Seneca Rd.
Brightwaters, NY 11718

Carrie O'Hanlon is the estranged wife of Brian O'Hanlon and is an

associate of Dennis Halstead's.  Mrs. O'Hanlon is expected to testify regarding an admission from Dennis Halstead regarding the Theresa Fusco homicide.  Ms. O'Hanlon previously testified in People v. Restivo (1986).

**Detective Michael O'Leary**

Detective O'Leary  is expected to testify regarding the investigation of the homicide of Theresa Fusco in 2002-2005.

**Lieutenant John Overs**
Lynbrook Police Department
1 Columbus Drive
Lynbrook, NY 11563

Lieutenant John Overs was a sergeant in the Lynbrook police department in 1984 and is expected to testify regarding his response to the call informing the Lynbrook police of the discovery of Theresa Fusco's corpse.  Lt. Overs previously testified in People v. Restivo (1986), in People v. Kogut (1986) and in People v. Kogut (2005).

**James Pearson**
28 Grant Avenue
East Rockaway, NY 11518

James Pearson was the boyfriend of Debra Smith in 1984 and 1985 and is expected to testify regarding Ms. Smith's statements to Nassau County police detectives.

**Honorable George R. Peck**
Nassau County Court
262 Old Country Road
Mineola, NY 11501

Judge Peck was a Nassau County Assistant District Attorney in 1985 and is expected to testify regarding John Kogut's videotaped confession on March 26, 1985.  Judge Peck testified in People v. Kogut (1986) and in People v. Kogut (2005).

**Walter Poppe**
*Address Unknown*

Walter Poppe was a forensic photographer for the Nassau County Medical Examiner's Office in December of 1984 and is expected to testify regarding photographs taken during the autopsy of Theresa Fusco on December 6, 1984.  Mr. Poppe previously testified in People v. Kogut (2005).

**Joan Prisco**
*Address Unknown*

Joan Prisco was an acquaintance of Theresa Fusco's and is expected to testify regarding seeing Theresa Fusco leave Hot Skates on November 10, 1984.  Mrs. Prisco previously testified in People v. Kogut (1986).

**David Rapp \***
417 Spring Avenue
Liberty, MO 64048

As Mr. Rapp resides out of state, his deposition testimony will be offered per Rule 32 of the Federal Rules of Civil Procedure.

**Walter Rapp**
172 Oxhead Rd.
Centerrreach, NY 11720

Walter Rapp is the cousin of Carl Pozzini and was an associate of John Restivo's prior to his incarceration.  Mr. Rapp is expected to testify regarding his knowledge of a conversation between John Restivo and David Rapp regarding the Theresa Fusco homicide.  Mr. Rapp previously testified in the grand jury investigation regarding the Theresa Fusco homicide.

**Paul Rauch**
*Address Unknown*

Paul Rauch is expected to testify regarding his discovery of Theresa Fusco' corpse on December 5, 1984.  Mr. Rauch previously testified in People v. Restivo (1986), in People v. Kogut (1986) and People v. Kogut (2005).

**John Restivo**

John Restivo is a plaintiff in this action and is expected to testify as to liability and damages.

**Alex Sapounas**
*Address Unknown*

Alex Sapounas was an associate of John Kogut's and was incarcerated at the Nassau County Correctional Facility with Dennis Halstead.  Mr. Sapounas is expected to testify regarding John Kogut's drug use before his incarceration and Dennis Halstead's admission regarding the Theresa Fusco homicide.

**Detective Vito Schiraldi**

Detective Schiraldi is a Nassau County police detective and is expected to testify regarding forensic evidence relevant to the investigation of the Theresa Fusco homicide. Det. Schiraldi previously testified in People v. Kogut (2005).

**Cheryl Schneider**
6327 Critten Road
Hornell, NY 14843

Cheryl Schneider is the sister of Donna Schneider, Charles Restivo's girlfriend in 1985-1986.  Ms. Schneider was also an associate of the plaintiffs and lived in John Restivo's blue Ford Econoline van while she was homeless.  Ms. Schenider is expected to testify regarding Dennis Halstead threatening her for sexual relations, John Kogut forcibly engaging in sexual contact with her and drug use by the plaintiffs, all before their incarcerations.  Ms. Schneider previously testified at the grand jury investigation of the Theresa Fusco homicide.

**Josephine Cathy Sciurba**
27 Park Place
Apt. 2
Lynbrook, NY 11563

Josephine Cathy Sciurba was the girlfriend of Robert Eisemann, an associate of Brian and Keith Skellington, John Kogut and Dennis Halstead.  Ms. Sciurba is expected to testify regarding John Kogut meeting Theresa Fusco at her apartment in 1985.

**Detective Jack Sharkey**

Detective Sharkey is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and the patterns and practices of the Nassau County Police Department in 1985.

**Detective Frank Sirianni***

Detective Sirianni is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and the patterns and practices of the Nassau County Police Department in 1985.  Det. Sirianni previously testified in People v. Kogut (1986) and in People v. Kogut (2005).  In the event that Det. Sirianni is unable to attend trial (per his doctor's orders), his deposition testimony will be offered per Rule 32 of the Federal Rules of Civil Procedure.  In addition, his trial testimony will be offered as he is unavailable.

**David Skellington**
41 Central Ave.
Valley Stream, NY 11580

David Skellington was an associate of the plaintiffs and the uncle of Brian Skellington, who lived with John Kogut.  Mr. Skellington is expected to testify regarding the drug use of the plaintiffs before their incarcerations.  Mr. Skellington previously testified at the grand jury investigation of the Theresa Fusco homicide.

**Debra Smith**

1485 Front Street, #33
East Meadow, NY 11554

Ms. Smith is expected to testify regarding the vehicle she viewed near the Lynbrook train station, her investigation and subsequent report to the Nassau County police department.

**Harold Smyle**
460 Salisbury Park Drive
Building 1, Apt 1K
Westbury, NY 11590

Harold Smyle was an associate and employee of John Restivo's and married to Linda Smyle, Joann Egington Nitti's cousin.  Mr. Smyle is expected to testify regarding admissions made by John Restivo regarding the homicide of Theresa Fusco, information shared between Linda Smyle, Joann Egington Nitti and himself regarding the homicide of Theresa Fusco and John Restivo's behavior and physical abuse suffered by Joann Egington at the hands of John Restivo.  Mr. Smyle previously testified in the grand jury investigation of the homicide of Theresa Fusco and People v. Restivo (1986).

**Detective Lieutenant Shaun Spillane**

Detective Lieutenant Spillane is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and the patterns and practices of the Nassau County Police Department in 1985.

**Dr. Elizabeth Spratt**
Director of Toxicology
Westchester County Department of Laboratories and Research
2 Dana Road
Valhalla, NY 10595

Dr. Elizabeth Spratt is the director of toxicology of Westchester County Department of Laboratories and Research and is expected to testify regarding the effects of elicit drugs on the human body.  Dr. Spratt previously testified in People v. Kogut (2005).

**Dr. Mark Taff**
Nassau County Medical Exminer's Office
2251 Hempstead Turnpike, Building R
East Meadow, NY 11554

Dr. Taff was a deputy Nassau County Medical Examiner in 1984 and is expected to testify regarding the completion of the Report of Death for Theresa Fusco.

**Angelo Talierco**
21 Dianne Place
Port Jervis, NY 12771

41

Angelo Talierico was an associate of John Kogut and is the brother of Peter Talierico, who was an associate of John Kogut and Dennis Halstead.  Mr. Talierico is expected to testify regarding a conversation he had with John Kogut at the Twin Harps bar regarding the Theresa Fusco homicide.

**Joseph Taylor**
*Address Unknown*

Joseph Taylor was an investigator in the security department of the New York Telephone Company.  Mr. Taylor is expected to testify regarding the toll records for Harold Hanlon's telephone in January of 1986.  If the event that Mr. Taylor is unavailable, defendants will offer an alternate phone company representative as custodian of these records.

**Eileen Tosner**
*Address Unknown*

Eileen Tosner was a friend of Theresa Fusco's and is expected to testify regarding a conversation she had with Harold Smyle on January 20, 1985 regarding the Theresa Fusco homicide.

**Detective Federico Trillo**

Detective Trillo is expected to testify regarding the blind-eye investigation of the homicide of Theresa Fusco in 2002-2005.

**Andrew Tursi**
21 Park Place
Lynbrook, NY 11563

Andrew Tursi is expected to testify regarding his discovery of the corpse of Theresa Fusco on December 5, 1984.  Mr. Tursi previously testified in People v. Restivo (1986) and in People v. Kogut (1986).

**Detective Joseph Volpe, deceased\***

Detective Volpe is a named defendant and was the lead detective assigned to the Theresa Fusco homicide. Det. Volpe previously testified in the grand jury investigation of the Theresa Fusco homicide, People v. Kogut (1986) and People v. Kogut (2005).  His deposition testimony will be offered in evidence per Rule 32 of the Federal Rules of Civil Procedure. In addition, his grand jury and trial testimony will be offered as he is unavailable.

**Detective Harry Waltman**

42

Detective Waltman is a named defendant and is expected to testify regarding the investigation of the Theresa Fusco homicide and the patterns and practices of the Nassau County Police Department in 1984-1986.  Det. Waltman testified in People v. Restivo (1986), People v. Kogut (1986) and People v. Kogut (2005).

**Detective [need first name] Walsh**

Detective Walsh is expected to testify regarding the investigation of the Theresa Fusco homicide patterns and practices of the Nassau County Police Department in 1984-1986.

**Peter Weinstein, Esq**
10 West Broadway
Apt. 3D
Long Beach, NY 11561

Peter Weinstein was the Chief of the Appeals Bureau of the Nassau County District Attorney's Office and is expected to testify regarding the post-conviction litigation of the plaintiffs.

**Dr. Charles Welti**
*Address Unknown*

Dr. Charles Welti is a consultant in forensic pathology and is expected to testify regarding the ligature strangulation of Theresa Fusco.  Dr. Welti testified in People v. Kogut (2005).

9.    **Rule 32 Designations and Objections**:

Plaintiffs designate the following deposition testimony, subject to redaction pending rulings on *in limine* motions and objections:

Frank Meyers deposition (videotaped, deceased):

      Direct: 7:1-33:2
      Cross: 42:21-44:21, 52:12-15, 64:18-65:17

David Rapp deposition (Resides in Missouri):

      Direct: 4:5-16, 4:24-11:3, 11:8-32:4, 32:17-41:22

Defendant Joseph Volpe (deceased):

      1st dep. Videotaped (1/26/09): 24:9-77:25

      2nd dep. (3/5/09): 88:23-96:14, 98:8-158:8

\* To be read, not shown by video, to redact references to Kelly and Iris Morrissey (at 113:21, 114:12, 118:14, 118:25, 119:5-12, 120:8-14, 120:24, 127:15, 148:22, 149:13) pursuant to plaintiffs' motion *in limine*.

3rd dep. Videotaped (3/18/09): 166-172:15, 173:4-194:1, 197:21-226:6

4th dep. Videotaped (4/6/09):  235:18-239:3, 240:255:2-291:9, 291:25-308:12.

5th dep. Videotaped (5/4/09): 317:12-338:15, 340:8-372:21, 373:15-395:4

6th dep. (11/24/09): 413:17-420:16, 421:2-460:14, 461:21-466:7, 469:13-479:11, 483:5-488:6
\* To be read rather than shown on video to redact references to Kelly Morrissey (466-469:12) as per plaintiffs' motion *in limine*

7th dep. Videotaped (12/2/09): 6:16-34:15, 37:6-40:16, 41:12-47:25, 48:21-62:21, 63:25-70:19, 71:10-84:12, 86:13-104:16, 104:20-115:4 [excluding speaking objections]; 117:4-125:24, 127:4-128:13, 129:12-19, 131:20-135:20

8th dep. Videotaped (11/19/10):

> Direct: 135:14-156:6, 157:15-158:16, 158:22-204:3, 205:8-206:3, 206:12-239:24, 241:8-256:11, 260:4-266:4

> Cross: 266-276

Defendant Frank Sirianni depositions (out of state, medical condition prevents travel):

1st dep. Videotaped (6/15/10):
> Cornwall: beginning-7:25, 9:10-20, 12:14-17:2, 17:20-77:1,  79:5-100:9, 102:9-25,  105:9-106:3, 107:3-133:17, 134:22-152:18, 153:11-154:20, 155:4-158:2, 158:3-164:9

> \* To be read rather than shown on video to redact references to Kelly Morrissey (76, 121) & polygraph (81-89, 91, 97) as per plaintiffs' motion *in limine*

> Grandinette: 165:3-225:3, 226:2-14, 227:6-229:8, 229:16-235:22, 236:9-248:25, 249:10-253:23, 255:11-261:25, 262:1-3, 263:3-266:17

2nd dep. Videotaped (12/13-14/11):

> Cornwall: 390:1-23, 395:22-401:24, 403:23-405:23, 406:22-410:13, 411:2-425:20, 426:20-431:7, 431:23-437:20, 437:25-443:3
> [Redacted of references to Kelly Morrissey and Jacqueline Martarella at 425]

44

Casteleiro: 443:6-460:15, 461:1-475:9

Freeman: 476:12-477:8

Defendants designate the following deposition testimony:

Specific deposition designations to be added

Defendants' will use the deposition testimony of Detective Joseph Volpe, Detective Frank Sirianni and David Rapp, as denoted in footnote 1.

10. **Exhibits and Objections**:

Plaintiffs offer the following Exhibits subject to the agreement as per D.E. 291, the Freeman letter, that the parties will exchange rebuttal material by 8/20 and file an amended Joint Pretrial Order including all exhibits, including impeachment and rebuttal, on 8/27.  The Amended JPTO will indicate whether admission has been stipulated, or, if defendants object, the basis for the objection,.

**Plaintiffs' Exhibits**:*

*To be redacted or cut consistent with rulings on plaintiffs'* in limine *motions*; plaintiffs do not waive objections to any exhibits on this list. Exhibits in strikeout indicate documents identified as deposition exhibits but not offered as trial exhibits.
**Plaintiffs request that defendants make all original exhibits and physical evidence from the underlying criminal trials, and police documents, available for use at trial.**

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 1 | Fraas Report (NC13084-87) | | |
| 2 | 3/26/1985 Blotter (NC10725-27) | | |
| 3 | Fraas transcript - R/H trial 1986 (1139, 1206-1290) | | |
| 4 | Fraas Transcript  - Kogut retrial 2005 (CM2095, CM2151-CM2251) | | |
| 5 | Fraas Transcript - Kogut trial 1986 (Vol III of IV Cover, 649-686A) | | |
| 6 | Fraas Employee Work Record (NC037322-23) | | |
| 7 | Binder of Diehl documents | | |
| 8 | Kogut polygraph (NC000401-406) | | |
| 8A | Highlighted Polygraph Examination Question Sheet of J. Kogut | | |
| 9 | Kogut alibi investigation at theater (NC13807, NC13882, NC13883, NC025378) | | |

| | | | |
|---|---|---|---|
| 10 | Allen interview: Connie Napoli (NC026539-45) | | |
| 11 | Dennis Halstead Lead Sheet (NC022820-21) | | |
| 12 | 4/23/85 Call (NC020290) | | |
| 13 | Volpe/Allen 5/4/85 statement of David Rapp (NC029607-9) | | |
| 14 | 4/19/85 Statement of Kenneth Cockeral (NC020065-67) | | |
| 14-A | 4/19/85 Statement of Kenneth Cockeral (IP0662-664) | | |
| 15 | 4/19/85 Form 79: Kenneth Cockeral (NC020079) | | |
| 16 | Grand Jury Tr.: Thomas Allen (B3536-42) | | |

| | | | |
|---|---|---|---|
| 17 | Polygraph Exam Card: Kenneth Cockeral (NC000516-17) | | |
| 18 | NCPD General Guidelines for Taking Statements (NC000149-153) | | |
| 19* | Polygraph Exam Card: Paul Bastian (NC028132) | | |
| 20* | Polygraph Exam Card: Benjamin Langdon (NC028168) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 21* | Polygraph Exam Card: Brian Reed (NC028189) | | |
| 22* | Polygraph Exam Card: Richard Brown (NC028137) | | |
| 23* | Polygraph Exam Card: John Laing (NC028169) | | |
| 24* | Polygraph Exam Card: John Fusco(NC28149) | | |
| 25* | Polygraph Exam Card: Brian Skellington (NC028195-96) | | |
| 26* | Polygraph Exam Card: Michael Backman (NC028128-NC028129) | | |
| 27* | Polygraph Exam Card: Jeremiah Breen (NC028133) | | |
| 28 | Polygraph Exam Card: Brian O'Hanlon (NC028179) | | |
| 29 | Crime Scene Roll Call | | |
| 30 | Lead Sheet: Donna Irving (NC023355) | | |
| 31 | Statement: Carl Pozzini  (NC13717-18) | | |
| 32 | Notes: Michael Backman  (NC019225-32) | | |
| 33 | Interview: Paul Lampasona (NC018314) | | |
| 34 | Lead Sheet: Brian Skellington (NC18357-8) | | |
| 35 | Lead Sheet: John Caputo (NC024905) | | |
| 36 | Lead Sheet: Dawn Nese (NC024928) | | |
| 37 | Lead Sheet: Charles Collura (NC024724) | | |
| 38 | Lead Sheet: Gavin Loyer  (NC020869 | | |
| 39 | Lead Sheet: Dennis Acker (NC020856-57) | | |
| 40 | Lead Sheet: James Hensley (NC024834) | | |
| 41 | Lead Sheet: Keran Ferrara (NC025379) | | |
| 42 | Lead Sheet: Renee Benedetto (NC024804-5) | | |
| 43 | Interview: Eileen McGovern (NC024788-9) | | |
| 44-A | Overs, Tursi, & Baez statements (Kogut Retrial Rosario #43, #36, #41) (CM4604, CM4588, CM4599) | | |
| 45 | Crime Scene Photograph | | |
| 45-A | Volpe DD report 11/25/94 (CM4390) | | |
| 46 | missing person's report 11/11/84 filed by Connie Napoli (duplicates PX 61) | | |
| | | | |
| 48 | map of Lynbrook | | |
| 49 | crime scene photo log and all photographs identified (JK '86 Trial Exs. 49-1 to 49-129) | | |
| 50 | photos - examples of property recovered | | |
| 51 | photos of TF at crime scene (3 pages) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 52 | SIB receipts, property from crime scene (3 pages 12/6/84, #1, 2 & 4) (B09327, IP7211, NC000299) | | |
| 54 | 12/5/84 Fusco death report by Dr. Green | | |
| 55 | TF SIB receipt - blood and hair | | |
| 56 | autopsy report (NC017513-NC017525) | | |
| 57 | Handwritten confession signed by Kogut 3/26/85 (duplicates PX63) | | |
| 58 | interview notes Lisa Kaplan, typed by Volpe, lead sheets, Alger/Sharkey interview notes (Kogut retrial Rosario 14, 11, 12, 10, 13) (CM4527, CM4516-CM4519) | | |
| 59&59A | 12/7/84 Teletype alarm sheets re Fusco jewelry, clothes | | |
| 60 | typed notes of Concetta Napoli interview (tyed version of PX10) (CM4563-CM4565) | | |
| 61 | missing persons report filed by Connie Napoli (duplicates PX46) | | |
| 62 | Doherty 11/11/84 Missing Person's report | | |
| 63 | Handwritten confession signed by Kogut (duplicates PX57) | | |
| 64 | Miranda rights card signed by Kogut | | |
| 65 | Volpe notes - 3/21/85 | | |
| 66 | Volpe notes 3/26/85 JK | | |
| 67 | Farrell supervision course certificate (NC036864) | | |
| 68 | 12/4/01 OCME DNA report (IP1721-IP1724) | | |
| 69 | Vacatur stipulation (B07486-B07488) | | |
| 70 | Peter Weinstein Affirmation (B07494-500) | | |
| 71 | 12/29/05 Dismissal Hearing transcript (IP1569-IP1580) | | |

| | | | |
|---|---|---|---|
| 72 | Postconviction correspondence between NCPD/IP/Pace/Wilmer Hale (IP5053-5, NC018400-1, NC12089-91, NC018409, NC018411-3, IP5248-50, NC018417, NC018432, NC018434, NC018449, NC12010-11, NC12008-09, NC12001-07) | | |
| 73 | Reinvestigation supplement report (O'Leary/Kuhn) | | |
| 74 | 1/5/04 Farrell travel request (NC025577-78) | | |
| 75 | NCPD list of DNA exclusions (NC11619) | | |
| 76 | Kuhn Inmate informant letter  (NC018414) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 77 | Carl Macedonio documents  (NC025517, NC025514, IP9276-77, NC018468) | | |
| 78 | Michael Backman 4/3/85 typed statement (NC018282) | | |
| 79 | Michael Backman polygraph cards 4/3/85, 4/18/85, 4/18/85 examination question sheet (NC028126-29, NC019235) | | |
| 80 | 1/28/03 Farrell travel request (NC018451) | | |
| 81 | 11/25/02 Farrell travel request (NC018410) | | |
| 82 | 4/3/85 typed notes of Michael Backman interview (NC019183, NC019167-69) | | |
| 83 | 4/13/05 press releases by NCPD, NCDA re videotaping interrogations (NC000209, NC000206) | | |
| 84 | 1/16/09 Newsday report: NCPD to videotape homicide & serious robbery interrogations | | |
| 85 | Gruber polygraph exam sheet for Kogut | | |
| 86 | Form 79: Michael Cockeral, 3/15/1985 (NC020086) | | |
| 87 | Kuhn Fax with Michael Connaughton notes (NC032772-94) | | |
| 88 | Nitti, 4/1/1985  (NC032642-43) | | |
| 89 | Vacatur Order (IP1733-34) | | |
| 90 | M. Goergis, 8/22/1985  (NC030328) | | |
| 91 | Lisa Cagan, 5/1/1995 (NC13821-NC13822) | | |
| 92 | Steve Cagan, 5/1/1995 (NC13818-NC13820) | | |
| 93 | Arden Statement, 11/22/85 (IP0761-IP0763) | | |
| 94 | Connaughton Notes re Leo Klein (NC033025) | | |
| 95 | Connaughton notes re David Skellington (NC033026) | | |

| | | | |
|---|---|---|---|
| 96 | 4/2/1986 Handwritten Dorfman Statement (NC11872-74) | | |
| 97 | Typed Statement Steven Dorfman, 4/2/1986 (NC018298-99) | | |
| 98 | Steven Dorfman Statement, 6/25/1986 (NC13541-44) | | |
| 99 | Steven Dorfman, Buckholz Transcript (TR000516-17) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 100 | 7/7/1986 Steven Dorfman plea minutes (B03690-B03708) | | |
| 101 | 2/27/1987F. Klein Letter re: Dorfman (TR0003130) | | |
| 102 | 5/12/1986 Typed Patrick Proctor Statement (NC018336) | | |
| 103 | Connaughton handwritten notes re: Proctor, 5/7/1986   (NC028351-52) | | |
| 104 | Volpe notes in DA's office, 5/12/1986 (NC028353-NC028357) | | |
| 105 | Birdsall Training Record (NC000054-56) | | |
| 106 | Birdsall, Kogut Retrial Transcript (CM1946, CM2030-CM2147) | | |
| 107 | McCarthy Autopsy Report, 12/6/84 (NC14557-65) | | |
| 108 | Birdsall Report, 12/6/84  (NC13088-94) | | |
| 109 | Birdsall, R/H 1986 trial transcript (1154, 1175-1220) | | |
| 110 | Van Photos (NC12312-13) | | |
| 111 | Search Warrant for Van, Order, Affidavit with Exhibit (NC10728-40) | | |
| 112 | 3/26/86 Crime Scene Search Unit Receipt (NC13067-NC13068) | | |
| 113 | Spillane Training Record (NC60004-66) | | |
| 114 | R/H Article 78 Petition Affirmation (NC14232-NC14235) | | |
| 115 | Rozzi Letter to Robinson (3/28/85) (NC14237) | | |
| 116 | Robinson Letter to Spillane (2/13/86) (NC14113-14) | | |
| 117 | Article "Man Held in Rape-Murder of Teen" (IP7663) | | |
| 118 | Article "Slaying Suspect, Friends Probed in Village Rapes"  (NC026584) | | |
| 119 | Article "Killer Gang Prowls L.I. for Victims" (NC026589) | | |
| 120 | Article "Hunt a Van Gang in LI Teen Killings"  (NC026609) | | |
| 121 | Article "2 More Arrests in Teen Murder" (B06070) | | |
| 122* | Kosior Training Record (NC000059-61) | | |
| 123* | Goutink Polygraph Worksheet: Matt Wilson (NC12548-NC12549) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 124 | Kogut Polygraph Materials  (NC000404, NC12543-46, NC12535-36, NC000401, NC12550, NC12533, NC12517-32) | | |
| 125 | NCPD Polygraph Examinations Policy (NC000168-NC000170) | | |
| 126* | Polygraph Cards by Goutink, Gruber (NC028200, NC12548-49, NC028162, NC028168, NC028188, NC028137, NC028169, NC028148, NC028173, NC028142-43, NC000515, NC028126-27, NC019213, NC023896, NC023895, NC028128-29, NC019198, NC019235, NC028146-NC028147, NC028193-NC028194, NC14539-NC14540) | | |

| | | | |
|---|---|---|---|
| 127* | Polygraph Cards by Kosior (NC028132, NC008108, NC008069, NC008118, NC028134, NC008112-13, NC029501-5, NC029499-500, NC008116-7, NC008094, NC000516-17, NC008102, NC008106, NC028182) | | |
| 128* | Restivo Polygraph Materials (NC000416, NC11806, NC028731-34, NC11803-04) | | |
| 129 | Dempsey's Training Record (NC000044) | | |
| 130 | Restivo Form 79, 3/6/85 at 0350 hrs. (NC000277) | | |
| 131 | Dempsey's Notes from 3/5/85 (NC13332-NC13334) | | |
| 132 | Sharkey's Notes from 3/6/85 (NC13319-NC13322) | | |
| 133 | Form 79 at 1430 for JR, 3/6/85 (NC13352) | | |
| 134 | Homicide Bureau Blotter Entries 3/5, 3/6, 3/25, 3/26 | | |
| 135 | NCPD General Order - Notification of Rights, 2/15/84 (NC000154-NC000155) | | |

| | | | |
|---|---|---|---|
| 136 | 3/6/85 Volpe handwritten statement signed by Restivo  (NC000379-NC000380) | | |
| 137 | Waltman 12/6/84 Report (NC14218) | | |
| 138 | Hair Invoice, 3/2/87  (NC017548) | | |
| 139 | Article "Detective Told to Tighten Belts" (B06078) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 140 | NPCD Blotter entries 1986: Island Inn (NC019460, NC019464) | | |
| 141 | Waltman Notes re: B. O'Hanlon, 9/12/85 (NC026882-NC026886) | | |
| 142 | Lane Notes re: B O'Hanlon, 9/12/1985 (NC026889-NC026890) | | |
| 143 | Waltman B. O'Hanlon Statement, 9/12/1985 (NC13662-NC13663) | | |
| 144 | Typed B. O'Hanlon Statement, 9/12/1985 (NC000902) | | |
| 145 | Sharkey Training Record (NC000057) | | |
| 146 | Sharkey Notes  (NC032740-NC023747) | | |
| 147 | Foodtown Lead Sheets  (NC024702, NC025395-96, NC018741, NC018763) | | |

| | | | |
|---|---|---|---|
| 148 | Missing Persons Supplementary Report, Last Page, Notification to Mother (NC14192) | | |
| 149 | Hand-drawn Map (NC11904) | | |
| 150 | Robert Martini Interview Notes | | |
| 151 | Langdon Lead Sheet and Extended Notes (NC024791-NC024794) | | |
| 152 | Aerial Photo – Kogut '86 trial Ex. 37 | | |
| 153 | Photo: Hot Skates, Kogut '86 trial Ex. 74 | | |
| 154 | mounted autopsy photo of ligature marks | | |
| 155 | mounted photo - body under pallets | | |
| 157 | Eavesdropping Warrant & Affidavits, 3/29/85              (NC009436-462) | | |
| 158 | Debbie Smith Lead Sheet, 12/9/84 (NC024707-NC024708) | | |
| 159 | Debbie Smith Statement, 12/9/84 (NC024709-NC024711) | | |
| 160 | Debbie Smith--Mitchell Notes, 12/11/84 (NC024712) | | |
| 161 | John French–Sirianni Notes, 12/6/84 (NC029663) | | |
| 162 | John French Loss from Car Notes (NC029642) | | |
| 163 | John French Statement (NC029655) | | |
| 164 | List of people who were in French's car (NC002200, NC002299, NC002202) | | |
| 165 | LFU Vehicle Processing Worksheet & related documents   (CM4763-64, CM4750-52, CM4765-66, NC002994) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|-------|-------------|------------|-------------------|
| 166 | French Stolen & Recovered Car Reports (NC002213, NC002211, NC002214) | | |
| 167 | Crime Scene Search Unit Photos: French Car (CM4619) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|-------|-------------|------------|-------------------|
| 168 | Theresa Fusco Missing Poster (NC021939) | | |
| 169 | Photos of French's car | | |
| 170 | Map, with French/Smith details | | |
| 170A | Map, marked by Debbie Smith | | |
| 171 | J. Volpe Handwritten Notes (NC001208) | | |
| 172 | Large map with Google directions | | |
| 173 | Chart of facts known to Volpe | | |
| 174 | Newspaper article: "Missing Teen Girl's Body Found" (NC026607, -21, -57) | | |
| 175 | Volpe Notes of Restivo interrogation (NC13335-NC13336) | | |
| 176 | Volpe Notes of Restivo interrogation: 2350 (NC11817-NC11818) | | |
| 177 | Typed version of statement Restivo signed | | |
| 178 | Volpe Affidavit for Eavesdropping Warrant Application (NC000611-NC000621) | | |
| 178-A | 8-page Detective Division Report of Napoli Interview | | |
| 179 | Det. Mitchell's Interview of Thomas Gilhooley | | |
| 180 | Lead Sheet of Joan Lenahan | | |
| 181 | Joan Lenahan Trial Testimony | | |
| 182 | Excerpt Connie Napoli's Trial Testimony | | |
| 183 | Photograph of jean jacket | | |
| 184 | Spillane Commendation Letter, 11/27/85 (NC038841-NC038844) | | |
| 185 | Retyped Version of PX184 | | |
| 186 | Newsday 12/26/86, "Homicide Squad Chief Being Shifted" | | |
| 187 | Dempsey 2005 Kogut retrial transcript | | |
| 188 | Volpe 2005 Kogut retrial transcript | | |
| 189 | Tosner 1/22/85 Lead Sheet  (NC029839) | | |
| 190 | Smyle Lead Sheet 3/5/85 (NC10101-04) | | |
| 191 | Perrino handwritten Smyle notes 3/5/85 (NC10109-NC10115) | | |
| 192 | Smyle Form 79 3/5/85 (NC029517) | | |
| 193 | Typed Smyle Notes 3/5/85 (NC000253-55) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 194 | Strangled Rumor Lead Sheets (NC018365, NC009204-05, NC002539, NC002538, NC007861, NC021582) | | |
| 195 | 3/7/85 Smyle Statement by Sirianni (NC029525-27) | | |
| 196 | 2/27/85 Joann Eginton Interview (NC11824-26) | | |
| 197 | Smyle R/H Grand Jury transcript (NC039527-34) | | |
| 198 | 3/27/85 Handwritten Smyle Statement (NC029522-24, NC0292520-21) | | |
| 199 | 3/27/85 Typed Smyle Statement (NC000256-NC000257) | | |
| 200 | 3/15/85 Perrino Michael Cockeral Statement   (NC13444-NC13446) | | |
| 201 | 3/15/85 Perrino Michael Cockeral Notes (NC020142-NC020143) | | |
| 202 | 3/15/85 Form 79 Michael Cockeral (NC020181) | | |
| 203 | 4/2/85 Michael Cockeral Interview Notes (NC020129-131) | | |
| 204 | 4/2/85 Michael Cockeral Polygraph (NC000513-14) | | |
| 205 | 4/2/85 Handwritten M. Cockeral Statement (NC020112-13) | | |
| 206 | 4/2/85 Typed Michael Cockeral Statement (NC020163-64) | | |
| 207 | 4/2/85  Form 79 Michael Cockeral (NC000495) | | |
| 208 | 6/10/85 Kenneth Cockeral Statement (NC13835) | | |
| 209 | 4/19/85 Kenneth Cockeral Statement (NC13829-31) | | |
| 210 | Kenneth Cockeral R/H Grand Jury transcript | | |
| 211 | Michael Cockeral R/H Grand Jury transcript | | |
| 212 - Rapp | Subpoena for David Rapp from NSB | | |
| 213 - Rapp | 2003 Affidavit of David Rapp (IP6377-9) | | |
| 214 Rapp | Statement of Carl Pozzini (NC018335) | | |
| 215 Rapp | R/H Trial Testimony of Carl Pozzini | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 216 | Grand Jury Testimony of Carl Pozzini | | |
| 217 | Photo of Volpe at 3/5/09 Deposition | | |
| 218 | May 3, 1985 handwritten notes (NC043093-5) | | |
| 219 | Polygraph Examination Card: David Rapp (NC005983-4) | | |
| 220 | May 4, 1985 Statement of David Rapp (NC007930-2) | | |
| 221-A | Unredacted David Rapp Form 79 | | |
| 222 | Photograph of Restivo van (NC12787) | | |
| 223 | Photograph of Restivo van | | |
| 224 | Photograph of Restivo van | | |
| 225 | Photograph of Restivo van | | |
| 226-Volpe | Volpe notes of Kogut interrogation, 3/25-3/26/85 (duplicates PX66) | | |
| 227-JPV | Robert Moore Binder | | |
| 227-FK | Brian O'Hanlon's R/H Trial Testimony | | |
| 228-FK | Brian O'Hanlon's Statement | | |
| 229* | Brian O'Hanlon Polygraph Examination Card (NC026952-53) | | |
| 230 | Vincent Crawford letter to Dillon (NC020385-86) | | |
| 231 | Document from Steven Dorfman's Case File (NC037129) | | |
| 232 | Typed Version of Kenneth Cockeral's Statement (NC000903-04) | | |
| 233 | Kenneth Cockeral 5/16/85 Statement to Arden (B03559-60) | | |

| 234 | Kenneth Cockeral's 1st R/H GJ Testimony (B03494-538) | | |
|---|---|---|---|
| 235 | Kenneth Cockeral's 2nd GJ Testimony (B03543-48, IP5581-85) | | |
| 236 | Progress Report signed by McCarty dated 04/19/85 (B05083) | | |
| 237 | Progress Report signed by McCarty dated 04/17/85 (B05079-80) | | |
| 238 | Transcript of Kogut Acquittal Verdict 12/21/05 (CM0576, CM715-717) | | |
| 239 | Murder Book table of contents (NC017375-NC017376) | | |
| 240 | Index of Boxes (NC018675-NC018680) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|-------|-------------|------------|-------------------|
| 241 | Macedonio Package of Documents (NC11217-20, NC025577-78, NC12278-79, NC017472, NC025508-09, NC025514, NC018468) | | |
| 242 | Excerpt from Macedonio Brief (NC11221 NC11238) | | |
| 243 | Shonnard Lee Binder | | |
| 243-A | False Confessions article from S. Lee binder | | |
| 244-PW | Timeline | | |
| 245 | Restivo appeal, Respondent's brief (IP1889-IP1961) | | |
| 246 | Harry Smyle R/H Trial Testimony (508-673) | | |
| 247 | 3/15/95Weinstein/ Whitney Memo (NC033667-NC033703) | | |
| 248 | O'Leary notebook | | |
| 249 | D. Rapp arrest report 6/29/04 | | |
| 250 | Statement of Anibal Martinez | | |
| 251 | Various: Jarreu Carter Statements, Articles, Transcript | | |
| 252 | Trujillo depo excerpt, Martinez action | | |
| 253 | *Martinez v Nassau County*, Complaint | | |
| 254 | Martinez statement translated | | |
| 255 | "No Thank You" note, subpoena, check | | |
| 256 | 2/1/11 DLC letter to K. Cockerel re: returned subpoena | | |
| 257 | "Learn the word no" letter, K. Cockerel | | |
| | | | |
| 259 | 3/21/95 Volpe DNA consent from Matt Wilson (NOT DEP EX) (NC030387) | | |
| 260 | 12/7/95 Volpe letter to AUSA/EDNY re Roger Offner cooperation (NC026866-88) (NOT DEP EX) | | |
| 261 | 6/3/97 SIB Receipt from Volpe (NC5992) (NOT DEP EX) | | |
| 262 | 11/12/97 Memo to Volpe (020229) (NOT DEP EX) | | |
| 263 | 2/7/84 Newsday article | | |
| 264 | Google earth map with marking: Hot Skates, Sunrise & Rocklyn | | |
| 265 | DMV-Plate# of John French car | | |
| 266 | Lynbrook Police Blotter 11/10/84 | | |
| 267 | 12/7/84 Newsday Article | | |
| 268 | Crime scene photo – red/white/blue quilt | | |

56

| Ex. # | Description | Stipulated | Defense Objection |
|-------|-------------|------------|-------------------|
| 269 | Crime scene photo – white blanket with border | | |
| 270 | Crime scene photo – white blanket | | |
| 271 | 8/22/02 Morrison let. to Pavlides (IP5307-9) (NOT DEP EX) | | |
| 272 | Excerpt of 1986 Kogut *Wade/Huntley* Hearing (pp. 257-58) | | |
| 273 | Excerpt of Sirianni's R/H Trial Testimony (pp. 573-4, 587-8) | | |
| 274 | Excerpt of Sirianni's 2005 Kogut rerial testimony (pp. 1083-4, 1107-11) | | |
| 275 | 1/16/03 Pavlides let to Morrison (IP6934-5) (NOT DEP EX) | | |
| 276* | 4/2/84 Brian O'Hanlon Polygraph Examination Card (NC008101) | | |
| 277 | NC Sheriff's Department Location History for Glenn Mielinis (IP9283) | | |
| 278 | Declaration of Carl Pozzini with attachments | | |
| 279 | NCME Report 4/7/11 excluding Pozzini (NC070824-7) | | |
| 280 | NC Probation Department Resentence Report for Glen Mielinis | | |
| 281 | Certificate of Disposition, People v. Mielinis | | |
| 282 | Commitment to State Department of Corrections, People v. Mielinis | | |
| 283 | Mielinis 1986 Kogut trial transcript 5/13/86 | | |
| 284 | NCPD Supplementary Report (6/4/2003) | | |
| 285 | NCCC Chronological History Display: Glen Mielinis | | |
| 286 | NCCC Chronological History Display: John Kogut | | |
| 287 | Glen Mielinis Rap Sheet   (NC070944-66) | | |
| 288 | NY *Post*, Missing Teen Girl's Nude Body Found in LI Woods (12/7/84) (NOT DEP EX) | | |
| 289 | note on Mielinis with Case Report (NC02134, NC026108-11) | | |
| 290 | NCPD Property Bureau Invoice, DNA Sample and Report) (NC017614, NC017868, NC017897) | | |
| 291 | DR 7-103 (B) | | |
| 292 | 3/15/95 Fred Klein Inter-Departmental Memo (NC063035-6) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 293 | Postconviction Timeline | | |
| 294 | *Newsday*, "Nude Body of Teen Found", 12/7/84 (NOT DEP EX) | | |
| 295 | *NY Times*, "Missing Girl, 16, Found Strangled in LI Woods" (12/7/84) (NOT DEP EX) | | |
| 296 | Declaration of Theodore W. Robinson with exhibits | | |
| 297 | *Newsday*, "One found dead one still missing," (NC026621) (NOT DEP EX) | | |

| 298 | NCPD Teletypewriter alarm sheets 12/7/84 & 12/13/84 (NC021971, 021912) (NOT DEP EX) | | |
|---|---|---|---|
| 299 | Excerpts from Shonnard Lee case | | |
| 300 | Shonnard Lee Article from Newsday "$2M in faulty arrest" | | |
| 301-RD | Lee Homicide Book with 34 tabs | | |
| 302 | 3/10/2000 Dempsey DD Report re Sammy Jones homicide | | |
| 303 | Crime Stoppers Flyer – Sammy Jones | | |
| 304 | 2/24/97 Dempsey Statement of Henrietta Williams | | |
| 305 | 2/4/03 Affidavit of Tajuan Crum | | |
| 306 | Notice of 30(b)(6) Deposition | | |
| 307 | NCPD Mission Statement | | |
| 309* | Hillman/Goldman 262 Report (NC077082-NC077138) (REDACTED) | | |
| 310* | Det. Hillman's Notes (NC076736-819) (REDACTED) | | |
| 311 | Preliminary death report, Taff/McCarthy (IP1560-61)  (NOT DEP EX) | | |
| 312 | Grand jury report (NC14468-69) (NOT DEP EX) | | |
| 313 | Goldman's Subpoena Request for Employee Records of M. Wilson (NC071194) | | |
| 314 | Det. Goldman's Request to M. Wilson's Employer (NC071195) | | |
| 315 | DNA Documents (NC077344, NC075399-NC075400, NC073425, NC073424, NC074074-75, NC072832, NC072831, NC072875, NC076998, NC071718, NC071717, NC071635, NC071636, NC071623, NC076169, NC073980, NC074073, NC076375) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 316 | Goldman Request for Interview with Carl Macedonio (NC071445) | | |
| 317 | Hillman request for S. Newsome's Death Certificate (NC072906) | | |
| 318 | Hillman Request to Interview Alex Sapounas (NC071714) | | |
| 320 | Goldman Request to interview Richard Sloan (NC071185) | | |
| 321 | Goldman Request to interview Patrick Proctor (NC075699) | | |
| 322 | Goldman Request to interview Richard Marino (NC071580) | | |
| 323 | Goldman Request to interview Robert Garcia (NC074558) | | |
| 324 | James Ravenell Rap Sheet | | |
| 325 | James Ravenell Repository Inquiry | | |
| 326 | Det. Hillman's Request to interview Alex Sapounas (NC071714-NC071713) | | |
| 330 | 1/22/09 Allen deposition | | |
| 331 | 1/29/09 Connaughton deposition | | |
| 332 | 2/13/09 Dempsey deposition | | |
| 333 | 5/18/10 & 1/24/12 Dempsey deposition | | |
| 334 | 1/26/09 Lt. Dennis Farrell deposition | | |
| 335 | 4/29/11 John French deposition | | |
| 336 | 3/16/11 Lori French Gabberty deposition | | |
| 337 | 3/29/12 Det. Robert Hillman deposition | | |
| 338 | 8/23/10, 9/1/10, 9/8/10 & 4/3/12 Fred Klein deposition | | |
| 339 | 12/20/10 Judge Edward McCarty deposition | | |
| 340 | 12/16/11 Brian O'Hanlon deposition | | |
| 341 | 1/18/11 & 2/28/11 Det. Michael O'Leary deposition | | |
| 342 | 1/4/12 Carl Pozzini deposition | | |
| 343 | 8/2/10 David Rapp deposition | | |
| | | | |
| 345 | 6/15/10, 12/13/11 & 12/14/11 Sirianni deposition        *videotaped | | |
| 346 | 1/5/12 Harold Smyle deposition | | |
| 347 | 2/9/09 & 4/21/10 Lt. Spillane deposition | | |
| 348 | 1/26/09, 3/5/09, 3/18/09, 4/6/09, 5/4/09, & 11/24/09 Volpe deposition   *videotaped | | |
| 349 | 12/2/09 & 11/19/10 Volpe deposition * videotaped | | |

| Ex. # | Description | Stipulated | Defense Objection |
|-------|-------------|------------|-------------------|
| 350 | 2/10/11 Peter Weinstein deposition | | |
| 351 | 1/13/12 Peter Weinstein deposition | | |
| 352 | Restivo & Halstead Pltfs' 4TH Set of RTAS | | |
| 353 | Expert report of Russell Fischer | | |
| 354 | Map of Lynbrook | | |
| 355 | 12/8/84 NCPD Crime Scene Unit Scene Examination Report | | |
| 357 | 11/25/94 NCPD Supplementary Report of defendant Volpe | | |
| 358 | 4/25/85 Affirmation of Theodore Robinson in Reply to Article 78 petition | | |
| 359 | 12/21/05 acquittal verdict of the Hon. Victor Ort, *People v. Kogut*, Ind. No. 61029/85 | | |
| 360 | 7/13/10 declaration of Harold Smyle | | |
| 361* | 3/5/85 NCPD Polygraph Examination card for Harold Smyle | | |
| 362 | Criminal Information and Indictment, *People v. Steven Dorfman*, Ind. No. 63090/86 | | |
| 363 | Brian O'Hanlon's New York State Division of Criminal Justice Services Repository Inquiry Record | | |
| 364 | 1/29/86 Nassau County Correctional Center ("NCCC") Administrative Segregation Report for Samuel Newsome | | |
| 365 | 3/3/86 NCCC sign-in form for Samuel Newsome reflecting a visit by Det. Pizer | | |
| 366 | handwritten notes by NCPD Det. Pizer regarding an interview with Samuel Newsome | | |
| 367 | 10/22/86 statement of Samuel Newsome, handwritten by defendant Connaughton | | |
| 368 | handwritten statement of Shonnard Lee | | |
| 369 | Al Baker, "Teen Held in Death," *Newsday*, 6/19/97 | | |
| 370 | 6/13/97 statement of Tajuan Crum | | |
| 371 | Affidavit of Tajuan Crum, *Shonnard Lee v. Nassau County, et al.*, No. 00 Civ. 0881 (WDW) | | |
| 372 | Affidavit of Winona Hammonds, *Shonnard Lee v. Nassau County, et al.*, No. 00 Civ. 0881 (WDW) | | |
| 373 | Statement of Ragan Martin, *Shonnard Lee v. Nassau County, et al.*, No. 00 Civ. 0881 (WDW) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 375 | Shonnard Lee Deposition, *Lee v. Nassau County, et al.*, No. 00 CV 0881 (WDW) | | |
| 376 | Handwritten statement of Robert Moore | | |
| 377 | Affidavit of Robert Moore, *Robert Moore v. Nassau County*, No. 00 Civ. 881 (JS)(WDW) | | |
| 378 | Deposition of Robert Moore, *Moore v. Nassau County*, No. 00 Civ. 881 (JS)(WDW) | | |
| 379 | Deposition of NCPD Det. Jerl Mullen *Moore v. Nassau County*, No. 00 Civ. 881 (JS)(WDW) | | |
| 380 | Deposition of Joseph Volpe, *Moore v. Nassau County*, No. 00 Civ. 881 (JS)(WDW) | | |
| 381 | NCPD training class lists | | |
| 382 | Defendants' Amended Response to Plaintiffs' Seventh Set of Interrogatories | | |
| 383 | NCPD Comprehensive Officer Report- Volpe | | |
| 384 | Excerpts of the 1986 trial in *People v. Restivo & Halstead*, Ind. No. 61322-85 | | |
| 385 | Dempsey notes re Ted Robinson's 3/7/85 telephone complaint | | |
| 386 | Excerpts of the 2005 retrial, *People v. Kogut*, Ind. No. 61029/85. | | |
| 387 | Declaration of DNA expert Charlotte Word | | |
| 388 | Affidavit of Shonnard Lee, *Shonnard Lee v. Nassau County, et al.*, No. 00 Civ. 0881 (WDW) | | |
| 389 | Affidavit of Dorothy Lee, *Lee v. Nassau County, et al.*, No. 00 Civ. 0881 (WDW) | | |
| 390 | Affidavit of Jeffrey Bourne, *Lee v. Nassau County, et al.*, No. 00 Civ. 0881 (WDW) | | |
| 391 | Affidavit of Ragan Martin, *Lee v. Nassau County, et al.*, No. 00 Civ. 0881 (WDW) | | |
| 392 | Comprehensive Officer History for defendant Dempsey | | |
| 393 | SWGMAT Forensic Human Hair Comparison Guidelines (Hrg. Ex. 3) | | |
| 394 | SWGMAT Atlas Photos (Hrg. Ex. 4) | | |
| 395 | SWGMAT Atlas Photo – Putrid Root (Hrg. Ex. 5) | | |
| 396 | 1984 Seta article (Hrg. Ex. 6) | | |
| 397 | 1985 Symposium (Hrg. Ex. 7) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|-------|-------------|------------|-------------------|
| 398 | 1988 Petraco, Fraas JFS Article (Hrg. Ex. 8) | | |
| 399 | 2000 Tafaro JFS article (Hrg. Ex. 9) | | |
| 400 | 2001 Linch & Prahlow article (Hrg. Ex. 10) | | |
| 401 | 2005 Jefferey gorilla article (Hrg. Ex. 11) | | |
| 402 | 2012 Shaw Abstract (Hrg. Ex. 12) | | |
| 403 | Domzalski thesis (Hrg. Ex. 13) | | |
| 404 | Collier Thesis (Hrg. Ex. 14) | | |
| 405 | Petraco Rpt. & CV (Hrg. Ex. 15) | | |
| 406 | Petraco 2003 Affidavit (Hrg. Ex. 16) | | |
| 407 | Kogut Retrial Q8 Hair photo (KRT Ex. DL; Hrg. Ex. 17) | | |
| 408 | Kogut retrial Q8 hair photo (KRT Ex. DM; Hrg. Ex. 18) | | |
| 409 | Kogut retrial Q4 hair photo (KRT Ex. DN; Hrg. Ex. 19) | | |
| 410 | Kogut retrial debris hair photo (KRT Ex. 132, OOO; Hrg. Ex. 22) | | |
| 410 | Kogut retrial debris hair photo (KRT Ex. 131, MMM; Hrg. Ex. 23) | | |
| 411 | Houck Report & CV (Hrg. Ex. 1) | | |
| 412 | Houck Powerpoint (Hrg. Ex. 2) | | |
| 413 | Deforest report & CV (Hrg. Ex. 25) | | |
| 414 | Deforest Powerpoint (Hrg. Ex. 26) | | |
| 415 | Photo of TF known hair (KRT Ex. DO; Hrg. Ex. 27) | | |
| 416 | Domzalski photo of hair buried in soil 6 days (Hrg. Ex. 28) | | |
| 417 | 1/3/85 Baumann serology report | | |
| 418 | 11/22/93 Lifecodes DQAlpha report | | |
| 419 | 11/29/94 CBR Labs DQ Alpha report | | |
| 420 | 1/5/95 Cellmark DQ Alpha DNA report | | |
| 421 | 3/20/01 Labcorp DNA report – male profile | | |
| 422 | 6/7/01 Labcorp DNA report – TF profile | | |
| 423 | 12/4/01 NY OCME DNA report | | |
| 424 | 3/31/03 Cellmark DNA report | | |
| 425 | 7/7/03 Labcorp DNA report | | |
| 426 | Crime scene photograph | | |
| 427 | Crime scene photograph | | |
| 428 | Crime scene photograph | | |
| 429 | Crime scene photograph | | |
| 430 | Crime scene photograph | | |
| 431 | Crime scene photograph | | |
| 432a- | Restivo photographs | | |
| 433a- | Halstead photographs | | |

| Ex. # | Description | Stipulated | Defense Objection |
|-------|-------------|------------|-------------------|
| 434 | Photograph of Joseph Volpe | | |
| 435 | Photograph of John Restivo during 1986 trial | | |
| 436 | Photograph of John Restivo postconviction | | |
| 437 | Photograph of Dennis Halstead at 1986 trial | | |
| 438 | Photograph of John Kogut upon arrest | | |
| 439 | Photograph of John Restivo at release | | |
| 440 | Photograph of Dennis Halstead before release | | |
| 441 | Photograph of John Kogut before release | | |
| 443 | Photograph of 3 plaintiffs upon release | | |
| 444 | Photograph of Halstead upon release with grown children | | |
| 445 | Photo of Restivo & Halstead after release | | |
| 446 | Newsday photo of 1986 trial | | |
| 447 | Newsday photo of 1986 trial | | |
| 448 | Newsday photo of 1986 trial | | |
| 448 | Photograph of John Kogut and counsel at 2005 reading of acquittal verdict | | |
| 449 | Photograph of John Kogut at acquittal | | |
| 450 | Photo of Kogut team after acquittal | | |
| 451 | Photo of Kogut after acquittal | | |
| 452 | Photo of Kogut with Casteleiro after acquittal | | |
| 453 | Photo of Kogut hugging Casteleiro after acquittal | | |
| 454 | Collection of invoices and cancelled checks re payment to Ted Robinson | | |
| 455 | Collection of invoices and cancelled checks re payment to Investigator Rick Arden | | |
| 456a- | Robinson photos of Restivo injuries | | |
| 457 | Halstead – Eastern NYCF records (HP0030) | | |
| 458 | Halstead – Attica records (HP0033-34) | | |
| 459 | Halstead – Attica records (HP0135) | | |
| 460 | Halstead – Downstate records (HP0139) | | |
| 461 | Halstead – Downstate records (HP0166) | | |
| 462 | Halstead – NCCC record (HP0172) | | |
| 463 | Halstead – Downstate record (HP0175) | | |
| 464 | Halstead – 4/9/87 Correspondence to President Reagan (HP0194-95) | | |
| 465 | Halstead – prison record (HP0255) | | |
| 466 | Halstead –Great Meadow record (HP269-71) | | |
| 467 | Halstead –prison record (HP0308-09) | | |
| 468 | Halstead – bail order (HP0453-54) | | |
| 469 | Halstead – prison record (HP0529) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 470 | Halstead – GED diploma (HP0783) | | |
| 471 | Halstead – medical record (HPMED0095) | | |
| 472 | Halstead – NCDA letter re taking blood for DNA testing (HPMED0193-95) | | |
| 473 | Halstead – prison medical (HPMED0380-81) | | |
| 474 | Halstead – additional prison/medical records | | |
| 475 | Restivo Sentencing & Commitment Order (JP0001-2) | | |
| 476 | Halstead Sentencing & Commitment Order | | |
| 477 | Order to Vacate Convictions (JP03-04) | | |
| 478 | Restivo bond order (JP0008) | | |
| 479 | Restivo property transferred records (JP0021-23, JP28, JP49-50) | | |
| 480 | Restivo correspondence (JP158-59) | | |
| 481 | Restivo correspondence (JP169) | | |
| 482 | Restivo progress reports (JP174, 177, 182-83, 186-87, 198 et seq.) | | |
| 483 | Restivo prison records (JP0543-97) | | |
| 484 | Restivo prison records (JP0619) | | |
| 485 | Restivo Tutor Training certificate (JP659) | | |
| 486 | Restivo Inmate Program Associate training certificate (JP660) | | |
| 487 | Restivo basic legal research and law library management training certificate (JP661) | | |
| 488 | Restivo legal research for the law library certificate of merit (JP662) | | |
| 489 | Restivo vocational school certificate of proficiency (JP663) | | |
| 490 | Restivo Stormville School IPA Training certificate (JP691) | | |
| 491 | Restivo prison memo re tutoring (JP714) | | |
| 492 | "Were Three Men Framed for Fusco Slaying?" (JP738) | | |
| 493 | Halstead correspondence re erroneous enemy status (JP739) | | |
| 494 | Restivo correspondence re erroneous enemy status (JP742 et seq.) | | |
| 495 | Halstead prison records | | |
| 496 | Restivo prison records | | |
| 497 | Halstead medical records | | |
| 498 | Restivo medical records | | |
| 499 | Restivo sentencing statement (B05361-78) | | |
| 500 | JR letter to Frida (JR001985-1987) | | |
| 501 | JR letter to son (JR028764) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 502 | JR to Barry Scheck / IP  (JR001751-52) | | |
| 503 | JR to Albany Law School (JR000313-14) | | |
| 504 | DH to Trager (SIC) (B07839-42) | | |
| 505 | Lorraine to DH (DHCOR000547-8) | | |
| 506 | Lorraine to DH (DHCOR000576-81) | | |
| 507 | Lorraine to DH (DHCOR000532-37) | | |
| 508 | Lorraine and son to DH (DHCOR519-31) | | |
| 509 | Lorraine to DH (DHCOR000598-99) | | |
| 510 | Lorraine to DH postcard (DHCOR00054-46) | | |
| 511 | DH to Jason letter (DHCOR274-275) | | |
| 512 | family to DH re heart attack (DHCOR873-6) | | |
| 513 | DH to President Reagan (HP0194-5) | | |
| 514 | Lorraine to DH Xmas card (DHCOR560-5) | | |
| 515 | Christopher/Lorraine to DH birthday card (DHCOR000549-53) | | |
| 516 | DH to Christopher (DHCOR000507-10) | | |
| 517 | DH to Heather (DHCOR000753-57) | | |
| 518 | DH to Melissa (DHCOR000761-3) | | |
| 519 | DH to Heather Xmas card (DHCOR758-60) | | |
| 520 | DH to Jason (DHCOR000213-6) | | |
| 521 | DH to Jason (DHCOR000241-7) | | |
| 522 | DH to Jason (DHCOR000261-2) | | |
| 523 | DH to Jason (DHCOR000256-60) | | |
| 524 | DH to Taylor Halstead (DHCOR263-5) | | |
| 525 | DH to Jason (DHCOR000269-70 ) | | |
| 526 | DH to family (DHCOR000276-9) | | |
| 527 | DH to family (DHCOR000282-) | | |
| 528 | school photos (DHCOR000188-92) | | |
| 529 | DH to Lorraine (DHCOR000495-500) | | |
| 530 | DH to Lorraine & Melissa (DHCOR472-85) | | |
| 531 | DH to Melissa (DHCOR000749-52) | | |
| 532 | DH to Melissa (DHCOR000790-2) | | |
| 533 | DH to son (DHCOR000292-4) | | |
| 534 | Family to DH (DHCOR000729-32) | | |
| 535 | Chris to DH birthday card (DHCOR627-31) | | |
| 536 | Chris to DH Xmas card (DHCOR000566-70) | | |
| 537 | Jason to DH birthday card (DHCOR318-23) | | |
| 538 | Jason to DH birthday card (DHCOR638-42) | | |
| 539 | Chris to DH birthday card (DHCOR514-8) | | |
| 540 | Melissa to DH birthday card (DHCOR305-8) | | |
| 541 | Michael to DH Valentines card (DHCOR439-42) | | |
| 542 | Melissa to DH Valentines day card (DHCOR000387-90) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| 543 | Commissary deposit receipt (DHCOR831-2) | | |
| 544 | Heather to DH birthday card (DHCOR01327-32) | | |
| 545a- | DH family photos 1990s – various (DHCOR000031-86) | | |
| 546 | photo of family with kids (DHCOR0031-2) | | |
| 547 | 7/29/98, photo of 3 family members (DHCOR33-34) | | |
| 548 | 1996 photo of 3 family members (DHCOR35-36) | | |
| 549 | 10/18/02 DH family photo (DHCOR37-8) | | |
| 550 | 09/29/02 DH family photo (DHCOR39-40) | | |
| 551 | DH family photo (DHCOR41-42) | | |
| 552 | 2/6/2000 DH family photo (DHCOR43-44 ) | | |
| 553 | 1/21/96 DH photo (DHCOR45-46) | | |
| 554 | 1996 family photo (DHCO047-48) | | |
| 555 | 11/18/98 DH family photo (DHCOR49-50) | | |
| 556 | DH family photo (DHCOR51-52) | | |
| 557 | 9/3/95 DH family photo (DHCOR053-54) | | |
| 558 | DH family photo (DHCOR55-56) | | |
| 559 | DH family photo (DHCOR57-58) | | |
| 560 | DH family photo (DHCOR59-60) | | |
| 561 | DH family photo 2/6/2000 (DHCOR61 | | |
| 562 | DH family photo (DHCOR000063) | | |
| 563 | DH family photo 07/29/98 (DHCOR000065) | | |
| 564 | DH family photo 1998 (DHCOR000067) | | |
| 565 | DH family photo 2/6/2000 (DHCOR000069) | | |
| 566 | DH family photo 1/21/96 (DHCOR000071) | | |
| 567 | DH family photo 1996 (DHCOR000073) | | |
| 568 | DH family photo 1997 (DHCOR000075) | | |
| 569 | DH family photo (DHCOR000077) | | |
| 570 | DH family photo 1998 (DHCOR000079) | | |
| 571 | DH family photo 2/11/98 (DHCOR000081) | | |
| 572 | DH family photo (DHCOR000083) | | |
| 573 | DH family photo 09/29/02 (DHCOR000085) | | |
| 574 | DH family photo (DHCOR000364) | | |
| 575 | DH family photo (DHCOR000365) | | |
| 576 | DH family photo (DHCOR000366) | | |
| 577 | DH family photo (DHCOR000367) | | |
| 578 | DH family photo – christening (DHCOR000369) | | |
| 579 | DH family photo (DHCOR000370) | | |
| 580 | DH family photo – wedding  (DHCOR0371) | | |
| 581 | DH family photo – wedding (DHCOR0372) | | |

| Ex. # | Description | Stipulated | Defense Objection |
|-------|-------------|------------|-------------------|
| 582 | DH family photo – wedding (DHCOR0374) | | |
| 583 | DH family photo – wedding party (DHCOR0375-76) | | |
| 584 | DH family photo (DHCOR000377) | | |
| 585 | DH family photo (DHCOR000378-79) | | |
| 586 | DH family photo (DHCOR000380) | | |
| 587 | DH family photo (DHCOR000381) | | |
| 588 | DH family photo (DHCOR000382) | | |
| 589 | DH family photo (DHCOR000383) | | |
| 590 | DH family photo (DHCOR000384) | | |
| 591 | DH family photo (DHCOR000385) | | |
| 592 | DH family photo (DHCOR001181) | | |
| 593 | DH family photo (DHCOR001182-83) | | |
| 594 | DH family photo (DHCOR001184) | | |
| 595 | DH family photo – engagement party (DHCOR001185-86) | | |
| 596 | DH family photo (DHCOR001187) | | |
| 597 | DH family photo (DHCOR001188-89) | | |
| 598 | DH family photo (DHCOR001190) | | |
| 599 | DH family photo (DHCOR001192) | | |
| 600 | DH family photo (DHCOR001193) | | |
| 601 | DH family photo (DHCOR001195) | | |
| 602 | DH family photo (DHCOR001197) | | |
| 603 | DH family photo (DHCOR001198) | | |
| 604 | DH family photo (DHCOR001199) | | |
| 605 | DH family photo (DHCOR001200) | | |
| 606 | DH family photo (DHCOR001202) | | |
| 607 | DH family photo (DHCOR001238) | | |
| 608 | DH family photo – pregnant (DHCOR001240) | | |
| 609 | DH family photo – pregnant (DHCOR001242) | | |
| 610 | DH family photo – grandchild (DHCOR1244) | | |
| 611 | DH family photo (DHCOR001246) | | |
| 612 | DH family photo – pregnant (DHCOR001248) | | |
| 613 | DH family photo – grandson (DHCOR001250) | | |
| 614 | DH family photo (DHCOR001252) | | |
| 615 | DH family photo – 5 months pregnant (DHCOR001254) | | |
| 616 | DH family photo – 4 months pregnant (DHCOR001256) | | |

| Ex. # | Description | Stipulated | Defendants' Objection |
|-------|-------------|------------|----------------------|
| 617 | DH family photo (DHCOR001265) | | |
| 618 | DH family photo (DHCOR001267) | | |
| 619 | DH family photo (DHCOR001269) | | |
| 620 | DH family photo (DHCOR001271) | | |
| 621 | DH family photo – grandfather (DHCOR001272) | | |
| 622 | DH family photo – grandson Chris (DHCOR001274) | | |
| 623 | DH family photo (DHCOR001275) | | |
| 624 | DH family photo (DHCOR001276) | | |
| 625 | DH family photo (DHCOR001277) | | |
| 626 | DH family photo – deceased nephew (DHCOR001279) | | |
| 627 | DH family photo (DHCOR001281) | | |
| 628 | DH family photo 9/29/02 (DHCOR001283) | | |
| 629 | DH family photo (DHCOR001284) | | |
| 630 | DH family photo (DHCOR001285) | | |
| 631 | DH family photo (DHCOR001287) | | |
| 632 | DH family photo (DHCOR001288) | | |
| 633 | DH family photo (DHCOR001289) | | |
| 634 | DH family photo (DHCOR001290) | | |
| 635 | DH family photo (DHCOR001291) | | |
| 636 | DH family photo (DHCOR001292) | | |
| 637 | DH family photo (DHCOR001293) | | |
| 638 | DH family photo (DHCOR001294) | | |
| 639 | DH family photo (DHCOR001295) | | |
| 640 | DH family photo (DHCOR001297) | | |
| 641 | DH family photo (DHCOR001298) | | |
| 642 | DH family photo – grandson Chris (DHCOR001299) | | |
| 643 | DH family photo 1996 (DHCOR001301) | | |
| 644 | DH family photo (DHCOR001303) | | |
| 645 | DH family photo (DHCOR001305) | | |
| 646 | DH family photo (DHCOR001307) | | |
| 647 | DH family photo (DHCOR001309) | | |
| 648 | DH family photo (DHCOR001310) | | |
| 649 | DH family photo (DHCOR001311) | | |
| 650 | DH family photo – Sean & Alex, Heather's kids (DHCOR001313) | | |
| 651 | DH family photo - Jennis, Jason's daughter (DHCOR001315) | | |
| 652 | DH family photo (DHCOR001317) | | |
| 653 | DH family photo (DHCOR001318) | | |
| 654 | DH family photo (DHCOR001319) | | |

| Ex. # | Description | Stipulated | Defendants' Objection |
|---|---|---|---|
| 655 | DH family photo (DHCOR001320) | | |
| 656 | DH family photo (DHCOR001321) | | |
| 657 | DH family photo (DHCOR001322) | | |
| 658 | DH family photo – wedding first dance (DHCOR001324-25) | | |
| 659 | DH family photo (DHCOR001326) | | |
| 660 | DH family photo (DHCOR001327) | | |
| 661 | DH family photo (DHCOR001329) | | |
| 662 | DH family photos (DHCOR001648-9) | | |
| 663 | DH family photo (DHCOR001650) | | |
| 664 | DH family photo – Jennis (DHCOR001651) | | |
| 665 | DH family photo (DHCOR1653) | | |
| 666 | DH family photo (DHCOR1655) | | |
| 667 | DH Father's day card (DHCOR001742-45) | | |
| 668 | Restivo family photos – various | | |

| | Description | Stipulated | Defendants' Objection |
|---|---|---|---|
| | **R/H Trial Exhibits (to the extent not already identified)** | | |
| | 20: Large envelope w/ 4 small envelopes w/ hair samples | | |
| | 21: Photo of area where TF jewelry found | | |
| | 23: tool rental contract | | |
| | 31: Form 350, contents taken from van | | |
| | 32: Q8 envelope with contents collected from van right front seat floor | | |
| | 37: Prez Tools blank receipt | | |
| | 40: Rental car receipt | | |
| | C: Photo of Hot Skates parking lot | | |
| | D: Photo of Hot Skates parking lot | | |
| | E: Photo of Hot Skates parking lot | | |
| | H: Photo of paved driveway alongside Noble Machinery (east) | | |
| | I: Photo of paved driveway alongside Noble Machinery (west) | | |
| | J: Autopsy report | | |
| | K: Serology report | | |
| | L: Photo of broken glass marked #4 | | |
| | M: Photo of broken glass marked #4 | | |
| | N: Photo of broken glass marked #4 | | |
| | O: Van registration record | | |
| | P: Smyle statement to Rick Arden | | |
| | T: Bill for rental of screw gun (in evidence as AAA) | | |

69

| Ex. # | Description | Stipulated | Defense Objection |
|---|---|---|---|
| | BB: Thomas DeCrascenzo telephone records 11/10/1984 | | |
| | HH: diagram of growing hair | | |
| | II: hair diagram | | |
| | KK: Pergament register receipt | | |
| | LL: Receipt from E. Rockaway Paint & Hardware | | |
| | MM: Receipt, E. Rockaway Paint | | |
| | NN: Receipt, Prez Tool Rental | | |
| | OO: Receipt from Prez Tools – screwgun | | |
| | PP: Receipt from Prez Tools – screwgun | | |
| | QQ: Photographs of Restivo by Robinson | | |
| | RR: Photographs of Restivo by Robinson | | |
| | SS: Photographs of Restivo by Robinson | | |
| | TT: Photographs of Restivo by Robinson | | |
| | UU: copy of receipt for rug | | |
| | VV: Check for rug | | |
| | WW: Prez Tool receipt | | |
| | XX: Prez Tool receipt | | |
| | YY: Prez Tool receipt | | |
| | ZZ: Cockerel statement to Rick Arden | | |
| | AAA: Machine receipt – tool gun rental | | |
| | BBB:  bills of lading, 11/13/84 | | |
| | CCC:   bills of lading, 11/13/84 | | |
| | DDD: Contract | | |
| | EEE: hair slides | | |
| | OOO: hair slides | | |
| | SSS: car rental invoice | | |
| | TTT: Contract between Davies and Halstead | | |
| | UUU: Check from Davies to Halstead, 11/4/84 | | |
| | VVV: E. Rockaway Raiders football schedule | | |
| | XXX: JFK Airport climatic record Nov 1984 | | |
| | | | |
| | **Kogut Trial/Retrial Exhibit (to the extent not already identified)** | | |
| | All autopsy photographs introduced during Kogut's 2005 retrial | | |
| | Department of Correction tabs 1-7 and all photographs | | |
| | | | |
| | | | |
| | | | |

Defendants offer the following Exhibits. The Amended Pretrial Order to be filed on 8/27/12 will indicate whether their admission has been stipulated, or, if plaintiffs object, the basis for the objection:

**Defendants' Exhibits**

| Document Description | Reference | Stip | Objections |
|---|---|---|---|
| Transcript of Trial Testimony of Arthur Fleishman, H/R | | | |
| Transcript of Deposition of Anthony Kosior, 2/10/09 | | | FRE802,803 |
| Polygraph File Case Synopsis Re: Polygraph File # 200-1984 concerning the Murder of Theresa Fusco | NC 14527; 028111 | | FRE403,802,803, MILs |
| Polygraph Exam Card Michael Backman | NC 028128-29 | | FRE403,802,803, MILs |
| Polygraph Exam Materials for Michael Backman | NC 048757-759 | | FRE403,802,803, MILs |
| Polygraph Exam Card Paul Bastian | NC 028132 | | FRE403,802,803, MILs |
| Polygraph Exam Card Jeremiah Breen | NC 028133 | | FRE403,802,803, MILs |
| Polygraph Exam Card for Richard Brown | NC 028155-36 | | FRE403,802,803, MILs |
| Polygraph Exam Card for Francis Capone | NC 028138-39 | | FRE403,802,803, MILs |
| Polygraph Examination Card for Kenneth Cockerel dated 4/19/85 | Pl. Ex. 15 | | FRE403,802,803, MILs |
| Polygraph Exam Card for Kenneth Cockeral | NC 028140-41 | | FRE403,802,803, MILs |
| Polygraph Exam Card for John Evelly | NC 028145-46 | | FRE403,802,803, MILs |
| Polygraph Examination Card for John Fusco | NC 28148 | | |
| Polygraph Exam Card for Charles Kouyoumdjian | NC 028157-160 | | FRE403,802,803, MILs |
| Polygraph Examination Card for John Laing | NC 028164 | | FRE403,802,803, MILs |
| Polygraph Exam Card for Christopher Lampasona | NC 028170 | | FRE403,802,803, MILs |

| | | | |
|---|---|---|---|
| Polygraph Examination Card for Christopher Lampasona dated 3/15/85 | NC 028170 | | FRE403,802,803, MILs |
| Polygraph Exam Card Benjamin Langdon | NC 028166 | | FRE403,802,803, MILs |
| Polygraph Exam Card for John Martini | NC 028171 | | FRE403,802,803, MILs |
| Polygraph Exam Card for John Nutti | NC 028172 and 028175 | | FRE403,802,803, MILs |
| Polygraph Examination Card for Brian O'Hanlon dated 2/26/84 | Pl. Ex. 229 | | |
| Polygraph Examination Card for Brian O'Hanlon dated 9/12/85 | Pl. Ex. 229 | | FRE403,802,803, MILs |
| Polygraph Exam Card for David Rapp | NC 028180 and 028183 | | FRE403,802,803, MILs |
| Polygraph Exam Card for Brian S. Reed | NC 028188 | | FRE403,802,803, MILs |
| Polygraph Exam Card for Harry Reilly | NC 028186 | | FRE403,802,803, MILs |
| Polygraph Examination Card for Harold Smyle dated 3/5/85 | NC 14529 | | FRE403,802,803, MILs |
| Polygraph Examination Card for Harold Smyle dated 3/5/85 | NC 14529 | | FRE403,802,803, MILs (& dup) |
| Polygraph Background for John Restivo | Def. Ex. JJJ | | FRE403,802,803, MILs |
| Polygraph Examination Card for John Restivo | NC 028190 | | FRE403,802,803, MILs |
| Polygraph Section General Information Form for John Restivo | Def. Ex. III | | FRE403,802,803, MILs |
| Polygraph Consent Form for John Restivo | Def Ex. HHH | | FRE403,802,803, MILs |
| Gruber's Notes on Polygraph Examination of John Kogut | NC 028119-20; 028155-56 clearer | | |
| Polygraph Consent Form for John Kogut | NC 028113 | | |
| Polygraph Examination Card for John Kogut | NC 028116 | | |
| Polygraph Examination Gesture Checklist for John Kogut | NC 028115 | | |

| | | | |
|---|---|---|---|
| Polygraph Examination Question Sheet for John Kogut | NC 028118 | | |
| Polygraph Materials for John Kogut | Pl. Ex. 124 | | |
| General Information Re: Polygraph Examination of John Kogut and Remarks | NC 28151-52 | | |
| Polygraph Examination Background Form for John Kogut | NC 028114 | | |
| Schneider:Polygraph Exam Card for Cheryl Schneider | NC 028193-94 | | FRE403,802,803, MILs |
| Traynor: Polygraph Exam Card for James Traynor | NC 028198 | | FRE403,802,803, MILs |
| Wilson: Polygraph Examination Card for Matthew Wilson | NC 028199 | | FRE403,802,803, MILs |
| Wilson: Polygraph Worksheet for Matthew Wilson | Pl. Ex. 123 | | MILs ("polygraph") |
| Transcript of Deposition of Albert Martino, 1/27/09 | | | FRE802,803 |
| Transcript of Trial Testimony of Det. Martino, Kogut I | | | FRE802,803 |
| Transcript of Trial Testtimony of Det. Martino, Kogut II | | | FRE802,803 |
| Interview of Alex Sapounas | NC 12282 | | FRE403,404, 608, 802, 803; MIL |
| Detective Hillman Interview of Angelo Talierco | NC 77123-24 | | FRE402,403,802, 803; MIL re KM |
| Detective Kuhn Interview of Angelo Talierco | NC 12257 | | FRE403,802,803 |
| Statement of Angelo Talierco | NC 11239 | | FRE802,803,MIL |
| Work Sheet Invoice for Piano Move by Move-Right (11/10/84) | Def. Ex. FF | | |
| Deposition of Brian O'Hanlon | | | FRE802,803; MIL |
| Transcript of Trial Testimony of Brian O'Hanlon, H/R | | | FRE802,803 |
| Waltman Notes Re: Brian O'Hanlon | Pl. Ex. 141 | | FRE802,803 |
| Detective Hillman Interview of Brian O'Hanlon | NC 77105 | | FRE802,803 |
| Detective Kuhn Interview of Brian O'Hanlon | NC 12285 | | FRE403,802,803 MILs |
| Lane Notes Re: Brian O'Hanlon | Pl. Ex. 142 | | FRE802,803 |
| Statement of Brian O'Hanlon dated 09/12/85 | NC 26887-88 | | FRE802,803 |

| | | | |
|---|---|---|---|
| Statement of Brian O'Hanlon dated 9/12/85, scratch | Pl. Ex. 143 | | FRE802,803 |
| Statement of Brian O'Hanlon dated 9/12/85, typed | Pl. Ex. 144 | | FRE802,803 |
| Statement of Brian O'Hanlon, District Attorney's Investigation, 9/20/85 | NC 46873-46879 | | FRE802,803 |
| Transcript of DA Q&A w/ Brian O'Hanlon dated 9/20/85 | Pl. Ex. 228, Klein Depositon | | FRE802,803 |
| Transcript of Deposition of Brian O'Hanlon, 12/16/11 | | | FRE802,803; FRCP32 n/a |
| Homicide Lead Sheet for Brian Skellington dated 3/5/85, Skellington Interviewed on 3/6/85 | NC 29346 | | FRE403,404,802 |
| Interview of Brian Skellington by Connaughton & Diehl dated 5/10/86 | NC 13737-40 | | |
| Transcript of Trial Testimony of Carol Davies, H/R | | | FRE802,803 |
| List of People in John French's Car and Hair Samples | Pl. Ex. 164 | Stipulated | |
| Fraas Notes, scratch | NC 13803 | | **DOES NOT APPEAR TO BE AUTHORED BY FRAAS -Schiraldi? FRE402,802** |
| SIB Report of Analysis of Q8 hair | NC 13086 | | |
| Transcript of Deposition of Charles Fraas, 12/4/08 | | | |
| Transcript of Trial Testimony of Det. Fraas, H/R | | | |
| Transcript of Trial Testimony of Det. Fraas, Kogut I | | | |
| Transcript of Trial Testimony of Det. Fraas, Kogut II | | | |
| SIB Property receipts and reports dated 12/6/84 for property found at scene | Pl. Ex. 52 | | |
| SIB Receipt and Report for Blood and Hair of Theresa Fusco | Pl. Ex. 55 | | |
| SIB Receipt for Hair Received by Det. Frass | NC 13804 | | |
| SIB Receipt for Hair received by Fraas | NC 13084 | | |
| SIB Receipt/Report | NC 13087 | | |

| | | | |
|---|---|---|---|
| SIB Receipt/Report for Blood/Hair | NC 13094 | | |
| SIB Receipt/Report for Blood/Hair | NC 13093 | | |
| SIB receipt/report Re: Evidence from Van | NC 13084-86 | | |
| Interview of Carey Guerrero by Det. Hillman | NC 77086 | | FRE802,803 |
| Transcript of Trial Testimony of Carey Guerrero, Kogut II | | | n/a re R/H, FRE802,803 |
| Statement of Chester Johnson dated 3/2/87 | NC 023616-17 | | 403, MIL |
| Notes of Detective Hillman Interview of Chester Johnson dated 7/6/11 | NC 077132 | | FRE403,802,803; MIL |
| Hillman Interview of Charles Lewis | NC 077111 | | FRE402,403,404(b), MIL |
| Statement of Charles Lewis dated 9/25/85 | NC 25332 | | FRE403,802,803, MIL |
| Photographs of blue jeans | Def. Ex. L | | FRE402 |
| TF Missing Person Poster | Pl. Ex. 168 | Stipulated | |
| Notes on Theresa's Clothing and Jewelry on Novevember 10, 1984 as described by C. Napoli, scratch, dated 12/6/84 | NC 13015-17 | | |
| NCPD Photography Unit Photo of "S" Ring | NC 13009 | | |
| NCPD Photography Unit Photo of Heart Charm | NC 13008 | | |
| NCPD Photograpy Unit Photo of Unicorn Charm | NC 13012 | | |
| Notes of Interview with Connie Napoli dated 12/11/84, scratch and typed | Pl. Ex. 60 | | |
| Picture of Theresa Fusco at Sweet Sixteen Party of Halstead's Sister | Def. Ex. RRR | | FRE402,403 |
| Transcript of Trial Testimony of C. Napoli, H/R | | | |
| Transcript of Trial testimony of C. Napoli, Kogut I | | | |
| Transcript of Trial Testimony of C. Napoli, Kogut II | | | |
| Transcript of Deposition of Carl Pozzini, 1/4/12 | | | |
| Detective Hillman interview of Cheryl Schneider | NC 77133 | | FRE402, 403, 404(b), 608, 802,803; |

| | | | |
|---|---|---|---|
| | | | MIL re KM |
| Transcript of Trial Testimony of Dr. Charles Welti, Kogut II | | | |
| TF Ligature Mark Photo | | | |
| Work Order of Move-Rite Movers for Dorsha Campbell | Def. Ex. DD | | |
| Dectective Hillman Interview of David Devine | NC 77117 | | FRE403, 802, 803; page includes extraneous material: MIL |
| Detective Kuhn Interview of David Devine | NC 12293 | | FRE402,802,803, MIL |
| Transcript of Deposition of Dennis Farrell, 1/26/09 | | | |
| Transcript (scratch) of Wiretapped Phone Conversation between Halstead and Loraine DiGuiseppe, monitored by Det. Mitchell dated 3/29/85 | NC 03011-12; Def. Ex. XXX | | FRE802,803; MIL; violates representation re use of tapes at 4/13/12 hrg. |
| Wiretapped phone conversation between Dennis Halstead and Linda Miller | NC 78841 | | FRE802,803; MIL; violates representation re use of tapes at 4/13/12 hrg. |
| Transcript of Deposition of Dennis Halstead, 12/12/06 | | | FRE403, 404, 608, MIL |
| Transcript of Deposition of Dennis Halstead, 7/25/11 | | | FRE403, 404, 608, MIL |
| Transcript of Deposition of Dennis Halstead, 7/26/11 | | | FRE403, 404, 608, MIL |
| Transcript (typed) of Wiretapped Phone Conversation between Halstead and Linda Miller dated 4/6/85 | Def. Ex. UUU | | |
| Detective O'Leary Notebooks | NC 66553- NC 66916 | | FRE402, 403, 404(b), 802,803, MIL |
| Transcript of Trial Testimony of ME McCarthy, H/R | | | |
| Transcript of Trial Testimony of ME McCarthy, Kogut I | | | |
| Transcript of Deposition of David Rapp, 8/2/10 | | | FRE403,404(b), 608; MIL |

| | | | |
|---|---|---|---|
| Connaughton notes on David Skellington, 6/18/85 | Pl. Ex. 95 | | |
| Interview of David Skellington | NC 29327 | | FRE402,802,803 |
| Notes of Detective Hillman Interview of David Skellington dated 6/8/11 | NC 077130 | | FRE403,802,803; MIL |
| Detective Volpe's Notes on Statement of Debbie Smith, scratch | Pl. Ex. 160 | | |
| Statement of Debbie Smith dated 12/9/84, scratch | Pl. Ex. 159 | | |
| Transcript of Deposition of Debra Smith, 3/22/11 | | | |
| Notes, "4 Latents Remain Open" | NC 029417 | | FRE802,803, unk. Author |
| Crime Scene Search Unit Scene Examination Report "Additional to 12/5/84" dated 12/7/84, description of photos taken of French Auto and list of items found in French Auto | Pl. Ex. 167 | | |
| Latent Fingerprint Unit Vehicle Processing Worksheet (John French Auto) | Pl. Ex. 165 | | |
| Transcript of Trial Testimony of P.O. Beahr, H/R | | | FRE802,803 |
| Transcript of Trial Testimony of P.O. Beahr, Kogut II | | | FRE802,803 |
| Statement of Steve and Elizabeth Cagan | NC 048631 | | FRE802,803 |
| Progress Report Re: 3/29/85 Eavesdropping Warrant | Pl. Ex. 237 | | Redact per MIL |
| Eavesdropping Warrant effective 3/14/85 | Pl. Ex. 178 | | |
| Progress Report Re: 3/14/85 Eavesdropping Warrant | Pl. Ex. 236 | | Redact per MIL |
| Eavesdropping Warrant effective 3/29/85 | Pl. Ex. 158 | | |
| Transcript of Deposition of Hon. Edward McCarty, 12/20/10 | | | |
| Transcript of Trial Testimony of Dr. Elizabeth Spratt, Kogut II | | | FRCP26(a)(2)(e) violation; FRE702 |
| Interview of Eileen Tosner dated 1/22/85 | Pl. Ex. 189 | | FRE802,803 |
| Notes on Interview of Eileen Tosner dated 1/22/85 | PL. Ex. 189 | | FRE802,803 |

| | | | |
|---|---|---|---|
| Transcript of Deposition of Fred Klein, 8/23/10 | | | FRCP32 n/a; witness available |
| Transcript of Deposition of Fred Klein, 9/1/10 | | | FRCP32 n/a; witness available |
| Transcript of Deposition of Fred Klein, 9/8/10 | | | FRCP32 n/a; witness available |
| Transcript of Deposition of Fred Klein, 4/3/12 | | | FRCP32 n/a; witness available |
| Expert Report of Frank Meyer and CV | | | FRE403; MIL |
| Deposition of Frida Restivo | | | (dup) |
| Transcript of Deposition of Frida Restivo, 10/25/11 | | | |
| Sirriani Notes on John French dated 12/6/84 | Pl Ex. 161 | Stipulated | |
| Transcript and/or video of Deposition of Frank Sirianni, 6/15/10 | | | |
| Transcript and/or video of Deposition of Frank Sirianni, 12/13/11 | | | |
| Transcript and/or video of Deposition of Frank Sirianni, 12/14/11 | | | |
| Transcript of Trial Testimony of Det. Sirianni, Kogut II | | | |
| Transcript of Trial Testimony of Det. Sirianni, Kogut I | | | |
| TF Missing Person's Report dated 11/11/84 and supplementary reports | NC 14171-14194 | | Redact per MILs, FRE403 |
| Deposition of Glenn Mielinis | | | FRCP32 n/a; witness available |
| Detective Division Supplementary Report dated 6/4/03: Interview w/Glen Mielinis | NC 12254-55 | | FRE802,803; MIL |
| Detective Hillman Interview of Glenn Mielinis | NC 77134 | | FRE802,803; MIL |
| Statement of Glen Mielinis dated 7/24/03 | NC 26074-75 | | FRE802,803; MIL |
| Transcript of Deposition of Glen Mielinis, 1/9/12 | | | FRCP 32 n/a; witness available |
| Picture of DVD entitled "Dub Copy of Interview with John Kogut" 3/26/85; Transcript of Kogut Video Confession to ADA Peck 3/26/1985 | Def. Ex. ZZZZ; NC 76734 | | |

| | | | |
|---|---|---|---|
| Transcript of Trial Testimony of ADA Peck, Kogut II | | | |
| Transcript of Trial Testimony of Gregory Peck, Kogut I | | | |
| Perrino Notes on Smyle Interview beginning 3/5/85, scratch | Pl. Ex. 191 | | |
| Perrino Notes on Smyle Interview beginning 3/5/85, typed | Pl. Ex. 193 | | |
| Volpe's Notes on Smyle and leads to John Restivo | Pl. Ex. 176 | | |
| Homicide Lead Sheets for Harold Smyle (source= Eileen Tosner) | Pl. Ex. 190 | | |
| Transcript of Trial Testimony of Harold Smyle, H/R | | | |
| Transcript of Trial Testimony of Harold Smyle, H/R | | | |
| NCPD Form 79 for Harold Smyle dated 3/5/85 | Pl. Ex. 192 | | |
| Statement of Harold Smyle dated 3/27/85, scratch | Pl. Ex. 198 | | |
| Statement of Harold Smyle dated 3/27/85, typed | PL. Ex. 199 | | |
| Statement of Harold Smyle dated 3/7/85, scratch | Pl. Ex. 195 | | |
| Statement of Harold Smyle dated 3/7/85, typed | Pl. Ex. 193 | | |
| Statement of Harold Smyle dated 6/25/85, typed | NC 18347 | | |
| Statement of Harold Smyle dated 9/18/86, typed | NC 18353 | | |
| Transcript of Trial Testimony of Harold Smyle, H/R | | | |
| Transcript of Deposition of Harold Smyle, 1/5/12 | | | |
| Map of Lynbrook, street view | Def Ex. WW | | |
| Map of Lynbrook, aerial view-marked | Def Ex. CC | | |
| Map of Lynbrook, aerial view-marked, Large | Def Ex. R | | |
| Waltman Report dated 12/6/84 | Pl. Ex. 137 | | |

| | | | |
|---|---|---|---|
| Transcript of Deposition of Harry Waltman, 2/23/09 | | | FRCP32 n/a; witness available |
| Transcript of Trial Testimony of Det. Waltman, H/R | | | |
| Transcript of Trial Testimony of Det. Waltman, Kogut I | | | |
| Transcript of Trial Testimony of Waltman, Kogut II | | | |
| MAP of Lynbrook | Def. Ex. Q | | |
| Affidavit of John Considine | NC 47171 | | |
| Detective Hillman Interview of John Considine | NC 77116 | | FRE402,802,803 |
| Connaughton/Sirianni Notes on Interview of Josephine Sciurba | NC 49898-49900 | | FRE402,403,802, 803; MIL re KM |
| Detective Hillman Interview of Josephine Sciurba | NC 77123-24 | | FRE402,403,802, 803; MIL re KM |
| Transcript of Deposition of John French, 4/19/11 | | | |
| List of Items Missing from John French's Car dated  12/11/84 | Def. Ex. J | Stipulated | |
| John French Statement, dated 12/7/84, scratch | Pl. Ex. 163 | Stipulated | |
| French stolen car report & NCPD Vehicle/Boat Recovery Report | Pl. Ex. 166 | Stipulated | |
| Pictures of John French Auto | Pl. Ex. 169 | Stipulated | |
| Volpe Notes Re: French Stolen Car | Def. Ex. I | | re SIB hair report: FRE802,803 |
| Map of Lynbrook w/location where French auto was reported stolen and location where car was recovered marked | Pl. Ex. 170 | | |
| Description of events leading up to Theresa Fusco Murder (handwritten) signed by Kogut, dated 7/13/85 | Def. Ex. KKKK | | FRE802,803,901, 1002 |
| Transcriptand/or video of Deposition of John Kogut, 1/30/12 | | | FRE404,608; MIL |
| Transcript and/or video of Deposition of John Kogut, 1/31/12 | | | FRE404,608; MIL |
| All Daubert Hearing Exhibits | | | |
| Expert Reports of Jay Kadane and CV | | | Motion to exclude |

| | | | | |
|---|---|---|---|---|
| | Det. Kuhn/O'Leary Notes on Interview w/Joann Nitti, typed dated 8/5/03 | | | FRE403,404(b), 608, 802; MIL |
| | Transcript of Trial Testimony of Joann Eginton (Nitti), H/R | | | |
| | Transcript of Trial Testimony of Joann Eginton (Nitti), Kogut II | | | |
| | Volpe Notes on Interview w/Joann Eginton (Sirianni present for interview) dated 2/27/86, scratch | NC 11824-26 | | |
| | Lamaze certificate for John Restivo and Joann Eginton dated 12/11/84 | NC 11829; Def Ex. II | | |
| | Macy's Check for Carpet signed by Joann Eginton | Def. Ex. FFF | | |
| | Notes of Detective Hillman Interview of Joann Eginton (Nitti) dated 10/21/11 | NC 077137-139 | | FRE403,404, 608,802,803; MIL; also NC077138-9 completely redacted based on claim of privilege - sword/shield |
| | Notes of Detective Hillman Interview of Joann Eginton (Nitti) dated 9/1/2010 | NC 077092 | | FRE403,404, 608,802,803; MIL |
| | Notes on phone conversation w/Joann Eginton dated 5/2/86 @1800hrs | NC 11827 | | FRE403,404,802,803 |
| | Registration Card (photocopy) for 77 Ford Blue Van registered to Joanne Egington | NC 029420 | | |
| | Taped Interview of John Nitti | NC 78840 | | FRE802,803, violates represenation re use of tapes made at 4/13/12 arg |
| | Transcript of GJ Testimony of Joann Eginton | Def Ex. K; Def. Ex. Z | | Redact per MIL |
| | Notes of Sgt. Overs (Lynbrook Police) dated 12/5/84, typed; Notes on Interview of Michael Baez dated 12/5/84, typed; Notes on Interview of Andrew Tursi dated 12/5/84, typed | (Pl. Ex. 44, Volpe Deposition ) | | |
| | Transcript of Trial Testimony of Sgt. Overs. Kogut II | | | |
| | Transcript of Trial Testimony of Sgt. Overs, H/R | | | |

| | | | |
|---|---|---|---|
| Transcript of Trial Testimony of Sgt. Overs, Kogut I | | | |
| Norwegian Folk Dance, November/December 1984 | NC 78847 | | **NC78847 is a photo of Kogut audio from video confession** |
| Statement of John Restivo, 3/6/85, scratch | Def. Ex. KKK | | FRE402,802,803; MILs 403 |
| Statement of John Restivo 3/6/85, typed | Pl. Ex. 177 | | FRE402,802,803; MILs 403 |
| Transcript of Deposition of John Restivo, 11/16/09 | | | FRE403,404,608; MIL |
| Transcript of Deposition of John Restivo, 6/13/11 | | | FRE403,404,608; MIL |
| Transcript of Deposition of John Restivo, 6/14/11 | | | FRE403,404,608; MIL |
| Transcript of Deposition of Jack Sharkey, 2/26/09 | | | FRCP 32 n/a; witness available |
| Crime Scene Log, 12/5/84, 12/6/84 | Def. Ex. B-1 | | |
| Sharkey Notes of Interview of Robert Martini, scratch | Pl. Ex. 150 | | FRE802,803 |
| Sharkey's Notes on Interview w/ John Restivo 3/6/85 | Pl. Ex. 132 | | FRE802,803 |
| Sharkey's Notes Re: Murder Investigation of Theresa Fusco, scratch | Pl. Ex. 146 | | FRE802,803 |
| Phone Records of Harold O'Hanlon (1/22/86 to 1/31/86) | | | |
| Transcript of Trial Testimony of Joseph Taylor, H/R | | | FRE802,803 |
| Transcript and/or video of Deposition of Joseph Volpe, 1/26/09 | | | |
| Transcript and/or video of Deposition of Joseph Volpe, 3/5/09 | | | |
| Transcript and/or video of Deposition of Joseph Volpe, 3/18/09 | | | |
| Transcript and/or video of Deposition of Joseph Volpe, 4/6/09 | | | |
| Transcript and/or video of Deposition of Joseph Volpe, 5/4/09 | | | |
| Transcript and/or video of Deposition of Joseph Volpe, 11/24/09 | | | |

| | | | |
|---|---|---|---|
| Transcript and/or video of Deposition of Joseph Volpe, 12/2/09 | | | |
| Transcript and/or video of Deposition of Joseph Volpe, 11/19/10 | | | |
| Transcript of Deposition of Joseph Volpe, 1/26/09 | | | |
| Transcript of Deposition of Joseph Volpe, 11/19/10 | | | |
| Transcript of Deposition of Joseph Volpe, 3/5/09 | | | |
| Transcript of Trial Testimony of Det. Volpe, Kogut I | | | |
| Transcript of Trial Testimony of Det. Volpe, Kogut II | | | |
| Volpe Notes on Interview Joann Eginton, scratch dated 2/27/86 | NC 11824-26 | | FRE403,404(b), 608, 802,803; MIL |
| NCPD Form 79 for Kennith Cockeral dated 4/19/85 | Pl. Ex. 17 | | **PX17 IS NOT A FORM 79:** Polygraph. MIL. |
| GJ Testimony of Kennith Cockeral | | | |
| Detective Division Supplemental Report: Interview with Kerry Ann Sellick (by Det. Kelly) | NC 12256 | | FRE802,803, 701 (speculation, foundation) |
| Statement of Kerry Sellick dated 12/6/84, typed | | | unclear designation (no bates) - obj. FRE802,803 |
| Transcript and/or video of Deposition of Lori French Gabberty, 3/16/11 | | | |
| Additional Lead Sheet dated 12/7/84, source = Lisa Kaplan | NC 023690 | | |
| Handwritten Note/Msg to Volpe from Dempsey Re: Lisa Kaplan Phone Call dated 12/10/84 @1830hrs | NC 023694 | | |
| List of names, addresses and other information given to NCPD by Lisa Kaplan, scratch | NC 023689 | | |
| Notes from Re-Interview of Lisa Kaplan, scratch dated 12/11/84 | | | |
| Notes of Interview of Lisa Kaplan, scratch, dated 12/5/84 | NC 023666-69 | | |

| | | | |
|---|---|---|---|
| Notes on Interview of Lisa Kaplan dated 12/5/84, typed; Homicide Lead Sheets (source= Lisa Kaplan); Alger/Sharkey Notes of Lisa Kaplan Interview, scratch. | Pl. Ex. 58 | | |
| Transcript of Trial Testimony of Lisa (Kaplan) Johnson, Kogut II | | | |
| Transcript of Trial Testimony of Lisa Kaplan, H/R | | | |
| Transcript of Trial Testimony of Lisa Kaplan, Kogut I | | | |
| Connaughton notes on Leo Klein, 6/12/85 | Pl. Ex. 94 | | FRE802,803 |
| Statement of Leo Klein dated 5/25/85 | NC 48604 | | |
| Statement of Leo Klein dated 6/17/85 | NC 48605-06 | | FRE802,803 |
| Transcript of Trial Testimony of Leo Klein, H/R | | | FRE802,803 |
| Prez Tools receipts | | | Unclear designation –which? |
| Statement of Michael Cockerel dated 4/2/85, scratch | Pl. Ex. 205 | | |
| Notes of Interview of Michael Cockerel dated 4/2/85 | NC 20129-20131 | | FRE 802,803; re KM: FRE402, 403, MIL |
| Notes re: Michael Cockeral dated 2/16/86 | NC 20134-38 | | |
| Polygraph Materials for Michael Cockeral dated 4/2/85 | Pl. Ex. 204 | | MIL polygraph |
| Statement of Michael Cockeral dated 4/2/85, scratch | Pl. Ex. 205 | | (dup) |
| Statement of Michael Cockeral dated 4/2/85, typed | Pl. Ex. 206 | | |
| Statement of Michael Cockerel, scratch dated 3/15/85 | Pl. Ex. 200 | | FRE403,802,803; MILs |
| Transcript of GJ Testimony of Michael Cockerel, People v. John Doe Investigation | | | Redact per MIL |
| Transcript of Trial Testimony of Michael Cockerel, H/R | | | Redact per MIL |
| Polygraph Examination Materials for Michael Cockerel dated 4/2/85 | Pl. Ex. 204 | | MIL polygraph |

| | | | |
|---|---|---|---|
| Detective Kuhn Interview of Michael Cockerel | NC 12232-12233 | | FRE802,803; MILs, 403 |
| NCPD 79 Michael Cockerel dated 3/15/85 | Pl. Ex. 86; 202 | | |
| NCPD Form 79 for Michael Cockeral dated 4/2/85 | Pl. Ex. 207 | | |
| NCPD Form 79 for Michael Cockeral dated 4/2/85 | Pl. Ex. 207 | | (dup) |
| Notes of Interview of Michael Cockerel dated 4/2/85, typed | Pl. Ex. 203 | | FRE802,803; MILs, 403 |
| Notes on Interview of Michael Cockeral dated 4/2/85, typed | Pl. Ex. 203; NC 20129-20131 | | FRE802,803; MILs, 403; (dup) |
| Homicide Lead Sheet for Dennis Halstead (source=John Restivo) beginning 3/13/85 | Def. Ex. SSS | | FRE802,803 for truth; MIL |
| Kogut Alibi List | NC 023694 | | **NC023694 IS NOT AN ALIBI LIST** |
| NCPD Missing Person Supplementary Report (Theresa Fusco) | Pl. Ex. 148 | | Redact per MIL |
| Van Photographs | Pl. Ex. 110 | | |
| Volpe Notes on John Kogut dated 3/21/85, typed | PL. Ex. 65 | | |
| Homicide Lead Sheet, lead source= Debbie Smith | Pl. Ex. 158 | | |
| Search Warrant for 1977 Blue Ford Van, Order and Affidavit w/exhibit | Pl. Ex. 111 | | Redact per MIL |
| Connaughton Notes of Interview of M. Goergies, scratch dated 8/22/85 | Pl. Ex. 82 | | |
| Kuhn Fax w/Connaughton notes/memobook entries for 3/18/85; 3/20/85; 3/22/85; 3/25/85-3/27/85; 3/29/85; 4/1/85-4/5/85; 4/8/85; 4/16/85 to 4/19/85; 4/24/85-4/26/85; 6/18/85 | Pl. Ex. 87 | | FRE802,803 |
| Connaughton Notes on Nitti, 4/1/85 | Pl. Ex. 88 | | FRE403,404,802,803 MIL |
| Connaughton Notes on Patrick Proctor, 5/17/86-scratch | Pl. Ex. 103 | | FRE802,803 |
| Notes of Connaughton and Diehl on Kogut Alibi beginning 3/19/86 | Pl. Ex. 9 | | FRE802,803 |

| | | | |
|---|---|---|---|
| Notes of Perrino/Connaughton Interview of Michael Cockerel dated 3/15/85 and 4/2/85 | Pl. Ex. 201 | | FRE802,803; MILs, 403 |
| Transcript of Trial Testimony P.O. Connaughton, Kogut II | | | |
| Perrino/Connaughton Notes on Interview w/Joann Eginton, scratch, dated 2/20/86 | NC 11828 | | FRE802,803; MILs, 403 |
| Transcript of Deposition of Michael Connaughton, 1/29/09 | | | |
| Transcript of Trial Testimony of P.O. Connaughton, H/R | | | |
| Transcript of Trial Testimony of P.O. Connaughton, Kogut I | | | |
| Transcript of Trial Testimony of Det. Gruber, Kogut I | | | MIL (polygraph) |
| Transcript of Trial Testimony of Gruber, Kogut II | | | MIL (polygraph) |
| Notes of Detective Kuhn | NC 24257-24532 | | FRE802,803, 403 |
| Transcript of Deposition of Michael O'Leary, 1/18/11 | | | |
| Transcript of Deposition of Michael O'Leary, 2/28/11 | | | |
| Transcript of Trial Testimony of Pasquale Buffolino, Kogut II | | | FRCP26(a)(2)(e) violation; FRE702 |
| letter from Pasquale Buffolino to Zach Gaskin re: DNA WITNESS 2.0 testing of a sample (6/17/03), | NC 34019 | | |
| Pasquale Buffolino-DNA stats and CV 11703-11712 | NC 11703-11712 | | FRCP26(a)(2)(e) violation; FRE702 |
| | | | |
| | | | |
| Transcript of Deposition of Peter Weinstein, 2/10/11 | | | |
| Transcript of Deposition of PeterWeinstein, 1/13/12 | | | |
| Transcript of Trial Testimony of Bauman, H/R | | | |
| Transcript of Trial Testimony of Bauman, Kogut I | | | |

| | | | |
|---|---|---|---|
| Transcript of Trial Testimony of Baumann, Kogut II | | | |
| Transcript of Trial Testimony of Rochelle Bernstein, H/R | | | |
| Theresa Fusco's Hot Skates Time Card, dated 11/10/84 | | | |
| Transcript of Trial Testimony of Rochelle Bernstein, Kogut I | | | |
| Transcript of Trial Testimony of Rochelle Bernstein, Kogut II | | | |
| Transcript of Trial Testimony of Brusa, Kogut II | | | |
| Transcript of Trial testimony of Det. Brusa, H/R | | | |
| NCPD Form 79 for John Kogut dated 3/26/85 | Def Ex. NNNN | | |
| NCPD Form 79 for John Restivo dated 3/6/85 @0350hrs | Def. Ex. LLL | | Redact per MIL |
| NCPD Form 79 for John Restivo dated 3/6/85 @1620hrs | Def. Ex. MMM | | Redact per MIL |
| Photograph of John Kogut at precinct dated 3/26/85 | Def. Ex. PPPP | | |
| Photograph of John Kogut at precinct dated 3/26/85, alternate view | Def. Ex. OOOO | | |
| Rights Card signed by John Kogut (date/time is listed as 3/26/85 at 12:25PM) | Def. Ex. QQQQ | | |
| Statement/Confession of John Kogut dated 3/26/85 (full 7pgs) | Pl. Ex. 57;63; NC 23853 | | |
| Dempsey's Notes on John Restivo beginning at 2350(11:50pm) on 3/5/85 and going thru 1610 (4:10pm) on 3/6/85 | Pl. Ex. 131 | | FRE802,803 for truth of matters asserted |
| NCPD Form 81 Arrest Report for John Kogut, typed (date/time of arrest lisled as 11:20pm 3/25/85) | NC 14544 | | |
| Dempsey's Notes of Interview with Restivo dated 3/6/85 beginning at 9:20am, scratch | Def. Ex. NNN; Pl. Ex. 132 | | FRE802,803 for truth of matters asserted |
| Transcript of Deposition of Robert Dempsey, 2/13/09 | | | |

| | | | |
|---|---|---|---|
| Transcript of Deposition of Robert Dempsey, need date | | | |
| Transcript of Deposition of Robert Dempsey, need date | | | |
| Transcript of Trial Testimony of Det. Dempsey, Kogut I | | | |
| Transcript of Trial Testimony of Det. Dempsey, Kogut II | | | |
| Volpe Notes on John Kogut and the Questioning/Interogation of John Kogut from 3/25/85 to 3/26/85, scratch | Pl. Ex. 66 | | |
| Transcript of Trial Testimony of Edwards, H/R | | | |
| Transcript of Trial Testimony of Edwards, Kogut II | | | |
| Detective Division Supplementary Reports (262) for the current litigation (Detectives Hillman and Goldman) | NC 077082-077140 | | FRE402,403,404(b), 608, 609; is redacted; MILs |
| Transcript of Deposition of Robert Hillman, 3/29/12 | | | FRCP32 n/a; witness unavailable; MILs |
| Additional Statement of Steven Cagan dated 5/1/85 | NC 048626-27 | | FRE802, counter-designate NC048628 |
| Statement of Steve Cagan dated 5/15/85 | NC 048623-25 | | FRE802,803 |
| Transcript of Trial Testimony of Steven Dorfman, H/R | | | |
| Transcript of Trial Testimony of Samuel Newsome, Kogut II | | | |
| Transcript of Deposition of Shaun Spillane, 2/9/09 | | | |
| Crime Scene Photo List (various photographers) | 13057-72 | | |
| Crime Scene Property Pictures | Pl. Ex. 50 | | |
| Crime Scene Roll Call 12/5/84 | Pl. Ex. 29 | | |
| Crime Scene Search Unit Reports "additional to 12/5/84" | Def. Ex. C | | |
| Crime Scene Search Unit Reports dated 12/5/84 | Def Ex. B | | |
| Homicide Lead Sheet for Josh Caputo | Pl. Ex. 35 | | |
| Homicide Lead Sheet for Dawn Nese | Pl. Ex. 36 | | |
| Homicide Lead Sheet for Charles Collura | Pl. Ex. 37 | | |

| | | | |
|---|---|---|---|
| Homcide Lead Sheet for Gavin Loyer | Pl. Ex. 38 | | |
| Homicide Lead Sheetfor Dennis Acker | Pl. Ex. 39 | | |
| Homicide Lead Sheet for James Hensley | Pl. Ex. 40 | | |
| Homicide Lead Sheet for Renee Benedetto | Pl. Ex. 42 | | |
| Volpe Notes of Interview of Paul Lampasona (also present, Allen, Connaughton, Deihl, Mitchell, Walsh) | Pl. Ex. 33 | | FRE802,803 |
| Transcript of Trial Testimony of Det. Allen, H/R | | | |
| Transcript of Trial Testimony of Det. Allen, Kogut I | | | |
| Transcript of Trial Testimony of Det. Allen, Kogut II | | | |
| Transcript of Deposition of Thomas Allen, 1/22/09 | | | |
| Report of Death of Theresa Fusco by Dr. Alan Greene | NC 19138-191400; Pl. Ex. 54 | | |
| Autopsy Photos of Theresa Fusco | NC 13271; NC 12962-12981 | | FRE403 |
| Report of Autopsy for Theresa Fusco dated 12/6/84 | NC 19141-47 | | |
| Transcript of Trial Testimony of Dr. Tamara Bloom, Kogut II | | | |
| Det Mitchell Notes of Interview of Thomas Gihouley, 2/11/85-typed | Pl. Ex. 179 | | |
| Transcript of Trial Testimony of Tara Gonzalez, Kogut II | | | FRCP 32 n/a; witness not unavailable; never used against Restivo & Halstead |
| Expert Report of Dr. Terry Melton | | | |
| Terry Melton Prior Report dated July 29, 2003 | NC 055934-36 | | |
| Terry Melton Prior Report dated Oct 21, 2002 | NC 055938-39 | | |
| Transcript of Trial Testimony of Dr. Terry Melton, Kogut II | | | |

89

| | | | |
|---|---|---|---|
| Detective Division Supplementary Report dated 5/16/03: Interview of Thomas McBride by Det. Kuhn and Det. O'Leary | NC 12252-53 | | FRE802,803,403; MILs re KM, post-conviction admissions |
| Detective Hillman Interview of Thomas McBride | NC 07718 | | FRE402,802,803, MIL |
| Note from Vito Shiraldi to Terry Melton Re: TF hair | NC 58341 | | |
| Transcript of Trial Testimony of Vito Schiraldi, Kogut II | | | FRE403, 702; FRCP 26(a)(2)(e) |
| Hair File of Vito Schiraldi | NC 77825-958 | | FRE403, 702; FRCP 26(a)(2)(e) |
| Van Photographs | Def. Ex. U, V, W, X, UUUU, VVVV, XXXX, WWWW | | |
| NCPD Property Bureau Invoice dated 5/8/85 regarding item seized pursuant to van search warrant dated 3/26/85 | NC 029418 | | |
| Notes on "Eginton Blue Van," damage and inventory, scratch | NC 029419 | | |
| Van Photographs | NC 2674-2711 | | |
| Crime Scene Search Unit Receipt for Ford Blue Van dated 3/26/85 | Pl. Ex. 112 | | |
| Transcript of Deposition of Wayne Birdsall, 2/5/09 | | | |
| Transcript fo Trial Testimony of Birdsall, Kogut II | | | |
| Transcript of Trial Testimony of Birdsall, Kogut I (SIB) | | | |
| Transcript of Trial Testimony of Birdsall, H/R | | | |
| Transcript of Deposition of William Diehl, 1/20/09 | | | |
| Transcript of Trial Testimony of P.O. Diehl, H/R | | | |
| Homicide Lead Sheet dated 1/22/85 for Christopher Bittar | NC 021557 | | |

| | | | |
|---|---|---|---|
| Homicide Lead Sheet for Charles Collura | Pl. Ex. 41 | | |
| Detectives Kelly/Trillo investigation file | NC 69128-70336 | | |
| Notes of Detectives Trillo and Kelly | | | |
| Transcript of Trial Testimony of Walter Poppe, Kogut II | | | |
| | | | |
| Crime Scene Photographs (complete set) | | | FRE403 |
| Pierce Notes of Interview of Matthew Wilson, tyled 12/6/84 | Pl. Ex. 194 | | |
| Perrino Notes starting 3/5/85 | pl. ex. 191 | | FRE802,803, MIL |

Dated: July 23, 2012                    Resepctfully submitted,

/s/ Deborah L. Cornwall
Barry C. Scheck
Deborah L. Cornwall
Anna Benvenutti Hoffmann
Sonam Henderson
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson St., 8th Floor
New York, NY 10013
**Attorneys for plaintiffs Restivo & Halstead**

/s/ Paul Casteleiro
Paul Casteleiro
200 Washington St., 5th Fl
Hoboken, NJ 07030

/s/ Anthony Grandinttte
Anthony Grandinette
GRANDINETTE & SERIO, LLP
114 Old Country Rd., Suite 420
Mineola, NY 11501
**Attorneys for plaintiff John Kogut**

/s/ Lou Freeman
Lou Freeman
Lee Ginsburg
Nadjia Limani
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503

91

New York, New York 10038

Michael Ferguson
Nassau County Attorney's Office
Ralph G. Caso Executive & Legislative
Building
One West Street
Mineola, NY 11501-4820

**Attorneys for defendants**