Name:_____

Juror #:_____

## **JUROR QUESTIONNAIRE**

### Instructions

The purpose of this questionnaire is to provide information to the attorneys in this case (for both the plaintiffs and defendants), so that they can determine whether you can be a fair and impartial juror.  You are expected to give true and complete answers to every question.   Where indicated, please check the space for "Yes" or "No" and, as requested, furnish answers, explanations, and/or details in the spaces provided.  Please print your answers in blue or black ink.  Please do not leave any questions unanswered.  If you do not understand a particular question or do not know the answer, please write either "I do not understand," or "I do not know" in the space provided for the answer.  If there is not enough space for you to complete the answer to a question, please continue your answer in the margin next to the question.  Do not write on the back of any page of the questionnaire.  If you feel that a question does not apply to you, please write "N/A" in the space provided for the answer.  When you return to court, the Judge may ask specific questions about some of the information you provided in the questionnaire.  When these follow-up questions are asked, if there are any matters that you do not wish to discuss in open court, please alert the Judge so that arrangements can be made for you to discuss these matters privately.  All of your responses will remain completely confidential.  Do not discuss the questions or answers with anyone, including your fellow jurors.

Juries are important to our American system of justice.  Thank you in advance for your careful and honest response to the questionnaire.

1

**Description of Case**

      This is a civil rights action brought by the plaintiffs, John Kogut, John Restivo and Dennis Halstead, who contend that they were wrongly convicted and imprisoned for 18 years for a rape/murder they did not commit.  Plaintiffs contend that their prosecution, trials and conviction were the result of unconstitutional conduct by individual defendant Nassau County police officers, and that the individual defendant police officers were following the unwritten rules for how Nassau County conducted homicide investigations.  Specifically, plaintiffs contend that individual police defendants took fabricated and coerced a false confession from plaintiff John Kogut, planted evidence, pressured witnesses into making false statements, and covered up evidence that would have helped plaintiffs show their innocence.  Plaintiffs are seeking money damages from Nassau County.  The Nassau County defendants deny that they engaged in any unlawful conduct.

**Juror Questionnaire**

1.  As an initial matter, have you heard or read anything about this case or plaintiffs John Kogut, John Restivo and Dennis Halstead?

      \_\_\_\_\_Yes        \_\_\_\_\_No

      If yes, have you formed an opinion about the case?  Please explain:

      _____

      _____

2.  Is English your native language?

      \_\_\_\_\_Yes        \_\_\_\_\_No

      If No, do you have any difficulty reading or understanding English?:_____

      _____

3.  Please provide the following information:

     a.  Name: _____

     b.  Age: _____

     c.  Male: _____  Female: _____

     d.  City/town of residence: _____

     e.  Marital Status: _____

         If married, spouse's occupation: _____

     f.  Are you:

           ____ Employed full-time    ____ Self Employed  ____ Retired

           ____ Employed part-time    ____ Student       ____ Homemaker

           ____ Unemployed/laid-off   ____ Other (Please describe)

     g.  What is your occupation?

         _____

     h.  How long have you been engaged in your current occupation: _____

     i.  What were your three most recent jobs?_____

         _____

     j.  If you are retired, unemployed, or have been at your current occupation

         less than five years, what was your previous occupation?_____

         _____

     k.  What are/were your specific duties at your job? _____

         _____

     l.  Do you have any children?

         _____Yes    _____No

         If yes, please fill out the chart below:

**Age**                                                     **Occupation or Year in School**

_____

_____

_____

_____

_____

4. Which of the following is closest to your total family income:

_____ Less than $25,000                 _____ $75,000-$100,000

_____ $25,000-$50,000                 _____ $100,000-$150,000

_____ $50,000-$75,000                 _____ More than $150,000

5. Do you own your home, do you rent, or do you live with your parents or other family members?

_____ Own                           _____ Live with parents/family

_____ Rent                           _____ Other

6. Educational Background:

_____ Less than High School

_____ High School graduate

_____ College Graduate.  If so, please indicate degree and/or field of

study:_____

4

_____ Post-Graduate degree.  If so, please indicate degree and/or field of

study:_____

7.  Have you had any education, training, or experience in the following areas?

Check all that apply:

___ Accounting, auditing, or bookkeeping

___ Psychology, psychiatry, counseling, mental health, or social services

___ Law or paralegal training

___ Medicine or nursing

___ Education

___ Computer science

___ Human Resources

___ Firefighting, rescue squad, or emergency medicine

___ DNA testing

___ Religion or philosophy

___ Criminal justice or corrections (law enforcement)

___ Police interrogation or questioning techniques

___ Forensic sciences

___ Private investigations

___ Security/Security guard

___ Mental retardation

___ Special education or remedial education

___ Sociology

___ Chemistry

___ Biology

___Engineering

8.  Is your spouse or any other family member involved in any of the occupations

    listed in question 7?  If so, identify the family member and his or her occupation

    from the list above.

    _____

    _____

    _____

9.  Are you now, or have you recently been under a doctor's care for mental,

    emotional, or substance abuse problems?

    _____Yes        _____No

    If yes, please explain: _____

    _____

10. Are you taking any medication that could interfere with your ability to serve as a

    juror?

    _____Yes        _____No

    If yes, please explain: _____

    _____

11. Do you have any physical problems that would interfere with your ability to serve

    as a juror?

    _____Yes        _____No

    If yes, please explain: _____

    _____

12. Have you, a family member, or a close friend ever worked in law enforcement (including state or local police and sheriff's departments, the FBI, the Securities and Exchange Commission, any prosecutor's office, the Department of Corrections, any regulatory agency, etc.)?

_____Yes        _____No

If yes, please explain: _____

_____

_____

_____

_____

_____

13. If you indicated that a family member or close friend has worked in law enforcement (but you have not), did you ever discuss his or her work-related activities?

_____Yes    _____No

If yes, please explain what you discussed: _____

_____

_____

14. If you, or a family member or a close friend have worked for law enforcement, have you or the family member or a close friend ever been accused of work-related misconduct?

_____ Yes _____ No

If yes, please explain what you discussed: _____

_____

_____


15. Have you, a family member, or a close friend ever been employed by state or local government, including the courts, the post office, etc.?

_____Yes       _____No


If yes, please explain: _____

_____


16. If you indicated that a family member or close friend has been employed by state or local government, including the courts, the post office, etc., etc., did you ever discuss his or her work-related activities?

_____Yes _____No

If yes, please explain what you discussed: _____

_____

_____


17. Have you, a close friend, or family member ever worked in a laboratory or otherwise been involved in any manner whatsoever with any type of scientific analysis?

_____Yes       _____No

If yes, please explain when and in what capacity: _____

_____

18. If you indicated that a family member or close friend has worked in a laboratory or otherwise been involved in any manner whatsoever with any type of scientific analysis, did you ever discuss his or her work-related activities?

    _____Yes  _____No

    If yes, please explain what you discussed: _____

    _____

    _____


19. Have you ever served in the military?

    \_\_\_\_\_Yes  \_\_\_\_\_No

    If yes, what branch and how long: _____

    _____


20. Who are the three publicly known people you admire most and why?

    a. _____

       _____

    b. _____

       _____

    c. _____

       _____


21. Who are the three publicly known people you admire least and why?

    a. _____

_____

     b.  _____

_____

     c.  _____

_____

22. What are your hobbies? _____

_____

_____

_____

23. Please list any groups and/or organizations to which you and/or your spouse

and/or domestic partner (if applicable) belong:

Self: _____

_____

Spouse and/or domestic partner:

_____

_____

24. Have you ever held any office or title in the organizations listed in your answer to

the previous question?

_____Yes     _____No

If yes, please explain: _____

_____

25. Please state what, if any, bumper stickers or decals you have on any vehicle (excluding those required by the county/city in which you live or the State of New York) including any political, social, religious, charitable, or any other sticker or decal:

_____

_____

26. What is your main source for news? _____

_____

27. Please list any newspapers and/or magazines that you read on a regular basis:

_____

_____

_____

28. Please list any, television shows (including the news) that you watch on a regular basis: _____

_____

_____

29. Have you, a member of your family, or someone close to you ever been a member of a victim's advocacy group or any such similar organization?

_____Yes        _____No

If yes, please list: _____

_____

30. In general do you consider yourself to be:

___ Liberal    ___ Moderate    ___ Conservative    ___ Other:_____

31. Would you consider yourself to be politically active?

_____Yes    _____No

If yes, please explain any groups, organizations, or political activities in which

you are involved: _____

_____

_____

32. Have you ever served as a juror at trial?

_____Yes    _____No

a.  If yes, how many times: _____

b.  Were you the foreperson of the jury

_____Yes    _____No

c.  If applicable please briefly describe the case(s) in which you served as a

juror, using the table below:

| **Civil or Criminal** | **Type of Case**<br>(e.g. personal injury, homicide, etc.) | **Did you reach a verdict, did the jury hang, or was the case settled?** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

33. If you have served on a criminal jury, you understand that the burden of proof in a criminal case requires the prosecution to prove the defendant's guilt "beyond a reasonable doubt," while in civil cases the burden of proof requires the plaintiff to convince the jury of the plaintiff's entitlement to the relief sought by a preponderance of the evidence.  Do you feel that you might have difficulty following the law as it applies to this case- a civil trial, not a criminal trial?

_____ Yes    _____ No

If yes, please explain: _____

_____

_____


34. Have you ever served as a grand juror?

_____Yes        _____No


   a.  If yes, were you the foreperson of the jury?

       _____ Yes    _____ No

   b.  If you have served on a grand jury, you understand that grand juries bring charges based on "probable cause", while in civil cases the burden of proof requires the plaintiff to convince the jury of the plaintiff's entitlement to the relief sought by a preponderance of the evidence.  Do you feel that you might have difficulty following the law as it applies to this case- a civil trial jury, not a grand jury?

       _____ Yes    _____ No

13

     c.  If you have served on a grand jury, did anything happen during your time

        as a grand juror that might affect your ability to be fair and impartial in

        this case?

        _____ Yes    \_\_\_\_\_ No

35. Have you, any member of your family, or a close friend ever been involved in a

    criminal proceeding, as either a defendant or a witness?

    \_\_\_\_\_Yes       \_\_\_\_\_No

    If yes, please explain: _____

    _____

36. Have you, any member of your family, or a close friend ever been involved in a

    civil lawsuit, as either a plaintiff, defendant or a witness?

    \_\_\_\_\_Yes       \_\_\_\_\_No

    If yes, please explain: _____

    _____

37. Have you ever testified as a witness at any kind of legal proceeding, besides at

    trial?

    \_\_\_\_\_Yes       \_\_\_\_\_No

    If yes, please explain: _____

    _____

38. Have you ever been in a situation where you could have sued a business or

    individual and decided not to do so?

_____Yes        _____No

If yes, please explain: _____

_____

39. Have you ever heard or read about a memorable verdict in terms of a jury

awarding an amount of money to a party?

_____Yes        _____No

If yes, why was the verdict memorable? _____

_____

_____

40. What are your thoughts and feelings about lawsuits against police or other law

enforcement personnel? _____

_____

_____

41. Do you support legislative reform efforts to place caps or limits on the amount of

money juries can award?

_____Yes        _____No

If yes, please explain: _____

_____

42. In general, how do you feel about civil lawsuits? _____

_____

_____

43. This case may receive media attention.  Will you be able to follow the court's instruction that you are not to watch television, listen to or watch any media coverage or read news about this case on the internet and that the only evidence you are permitted to consider is that which is presented in court?

_____Yes      _____No

If no, please explain: _____

_____

44. The court and the parties estimate that after a jury is selected, this case may last up to six weeks or more.  We will not sit on Fridays.  Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardships of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

_____Yes      _____No

If yes, please explain the hardship: _____

_____

45.  During the course of this proceeding you will be required and asked not to share anything you hear or see with anyone, including your spouse, domestic partner and/or loved ones.  Do you feel that you would have any difficulty adhering to these terms?

_____Yes      _____No

16

If yes, please explain the hardship: _____

_____

46. Do you have any personal, religious, and/or philosophical beliefs about what the law is or should be that would make it difficult to follow the Court's legal instructions?

_____Yes        _____No

If yes, please explain: _____

_____

47. Are you or a close member of your family personally acquainted with any of the following individuals?

_____ Yes        _____ No

If yes, please circle:

| | | |
|---|---|---|
| Dennis Halstead | Albert Martino | Bruce Whitney |
| John Kogut | Daniel Perrino | William J. Willett |
| John Restivo | Frank Sirianni | |
| Melissa Lullo | Jack Sharkey | Esther Bonasia |
| Jason Halstead | Sean Spillane | Simon Bonasia |
| Taylor Halstead | Joseph Volpe | Dawn Cockerel |
| Heather Halstead | Harry Waltman | Kenneth Cockerel |
| | | Michael Cockerel |
| Thomas Allen | Robert Biancavilla | Gail Cole |
| Wayne Birdsall | Denis Dillon | Maureen Corbett |
| Richard Brusa | Joseph Famighetti | Lorraine DiGiuseppe |
| "Soupy" Campbell | Dennis Farrell | Joanne Egington Nitti |
| Michael Connaughton | Robert Hillman | John French |
| Robert Dempsey | Donald Kane | Lori French Gabberty |
| William Diehl | Fred Klein | Concetta Napoli Fusco |
| Vincent Donnelly | James Lawrence | Victoria Halstead |
| Robert Edwards | Edward McCarty | Lisa Kaplan Johnson |
| Charles Fraas | Michael O'Leary | Leo Klein |
| Milton Gruber | Theodore Robinson | Christopher Lampasona |
| Anthony Kosior | Peter Weinstein | Paul Lampasona |

17

Frank Meyers
Glen Mielinis
Linda Miller
Iris Morrissey
Kelly Morrissey
Ignatius Napoli
John Nitti
Brian O'Hanlon
Cary O'Hanlon
Carl Pozzini
David Rapp
Walter Rapp, Jr.
Charles Restivo
Frida Restivo
Sheryl Schneider
Donna Schneider
Brian Skellington
David Skellington
Keith Skellington
Debra Smith
Harold Smyle

Robert Bauman
Marcello Baez
Edward Beahr
Rochelle Bernstein
Jeremiah Breen
Elizabeth Cagan
Steven Cagan
Anna Campbell
Dorsha Campbell
James Casatelli
Carolann Davies
Thomas DeCrescenzo
Stephen Dorfman
Arthur Fleischman
Thomas Gilhooley
Carey Guerriero
Tara Gonzalez
Scott J. Kovar
Joan Lenahan
Kerry Ann Sellick
Lomando
Dr. Daniel McCarthy
Paul Miller
Samuel Newsome
Linda Norton
John Overs
George Peck
Lisa Price

Walter Poppe
Paul Howard Rauch
Mary Ann Rosino
Vito Schiraldi
Andrew Tursi
Joseph Tayler
Anthony Walsh

Catherine Arther
Dr. Tamara Bloom
Dr. Pasquale Buffolino
Peter DeForest
Alison Claire Domzalski
Dr. John Herr
Max Houck
Prof. Charles Honts
Saul Kassin
Dr. Terry Melton
Richard Ofshe
Dr. Elizabeth Spratt
Faye Ann Springer
Nicholas Petraco
Shawn Weiss

Hans Christian
Anderson
Michael Bachman
Craig Bandini
Paul Bastian
Robert Baxter
Jeremiah Breen
Ernest Breithaupt
Charles Burkhard
Elvin Campbell
Michael Cannino
Phillip Caponi
David Devine
Caine Dominici
James Dundon
George Duprey
Stephen Eichner
Daniel Evelly
John William Evelly
Steve Evelly
William Evelly
Art Freelander
Solomon Fulero
John Fusco
Thomas Fusco
Sean Galligan

John Glennon
Ronald Grab
Patrick Griffin
John Hemmy
William Hynes
Carmelo Kaplan
Joseph Kronenburg
Gerard Kuster
Benjamin Langdon
Daniel Ludecker
Steven Manchin
Scott Manchin
John Martini
Robert Martini
Thomas McBride
Michael McCarthy
Gregory McManus
Robert Mielinis
Charles Mohr, Jr.
Richard Moyles
Neil Multop
Craig Neiderberger

John Nutini
Roger Ofner
Raymond Pensabene
Jasmani Perez
Charles Price
John Rallo
John Rapp
Salvatore Roseo
Thomas Ryan, Jr.
Alex Sapounas
Gary Scherpple
Peter Schlegel
David Shafer
Richard Skewes
R.J. Springsteen
Angelo
Talierico/Talercio
Peter Talierico/Talercio
Scott Tiederman
Steven Toledo
John Torregrossa
Stephen Trapani
John Updigrove
Michael Vogel
John Warner
Matthew Wilson
Michael Wren

| | | |
|---|---|---|
| | Frances Berry Doyle | Michael Morpeau |
| Michael Baird | Joseph Dragotto | Nina Morrison |
| Adele Bernhard | Lauren Galbreath | Marge Niedecker |
| P.O. Blumgrene | Kate Germond | Mechthild Prinz |
| Leonard Bonasia | Thomas Henenlotter | Anthony Orslini |
| Dorsha Campbell | Lucille Klein, aka | Alan Schneider |
| Meghan E. Clement | Roxanne Pizzolo | Paul Winke |
| Robin Cotton | | |
| P.O. Crowe | Lewis Liman | |
| Debbie DeCarlo | Terry Maroney | |
| Rachel Doft | Thomas McVann | |

48. Do you know or have any connection (personal, business, or social) with any of the attorneys for the plaintiffs John Kogut, John Restivo and Dennis Halstead?

Paul Casteleiro ……………………………………….. _____Yes        _____No

Anthony Grandinette ……………………………… _____Yes        _____No
(Law firm of Grandinette & Serio, P.C.)

John Serio ……………………………………………. _____Yes        _____No
(Law firm of Grandinette & Serio, P.C.)

Barry Scheck ……………………………………….. _____Yes        _____No
(Law firm of Neufeld Scheck & Brustin LLP)

Debi Cornwall …………………………………... _____ Yes        _____No
(Law firm of Neufeld Scheck & Brustin LLP)

Anna Benvenutti Hoffmann ………………………… _____ Yes        _____No
(Law firm of Neufeld Scheck & Brustin LLP)

Sonam Henderson …………………………………… _____Yes        _____No
(Law firm of Neufeld Scheck & Brustin LLP)

If yes, please explain: _____

_____

_____

49. Do you know or have any connection (personal, business, or social) with any attorneys for the Defendants?

Lou Freeman …………………………………………….. _____ Yes _____No

(Law firm of Freeman, Nooter & Ginsburg)

Lee Ginsburg …………………………………. _____ Yes _____ No
(Law firm of Freeman, Nooter & Ginsburg)

Nadjia Limani …………………………………. _____ Yes _____ No
(Law firm of Freeman, Nooter & Ginsburg)

Michael Ferguson …………………………………. _____ Yes _____No
(Nassau County Attorney's Office)
If yes, please explain: _____

_____

_____


50. As you may know, ones of the attorneys for plaintiff John Restivo, Mr. Barry

    Scheck, represented O.J. Simpson in a highly publicized trial approximately

    seventeen years ago.  Is there anything about Mr. Scheck's defense of Mr.

    Simpson and/or his involvement with that case that would make it difficult for

    you to be a fair and impartial juror in this case?

    _____Yes      _____No

    If yes, please explain them briefly:_____

    _____

    _____


51. As you may know, Mr. Scheck is also one of the co-founders and co-directors of

    the Innocence Project, an organization that works to exonerate those wrongly

    convicted for crimes they did not commit.  Is there anything about Mr. Scheck's

    involvement with the Innocence Project that would make it difficult for you to be

    a fair and impartial juror in this case?

    _____Yes      _____No

20

If yes, please explain them briefly:_____

_____

52. Do you have any negative opinions about any of the attorneys involved in this

case?

_____Yes        _____No

If yes, please explain them briefly:_____

_____

_____

53. Have you heard or read anything about any statutes or laws in the state of New

York regarding wrongful conviction or the exoneration of the wrongfully

convicted?

_____Yes        _____No

If Yes, please explain what you have heard or read:_____

_____

_____

54. Have a member of your family or someone close to you ever been the victim of a

crime?

_____ Yes        _____ No

If yes, please explain: _____

_____

_____

55.  Plaintiffs John Kogut, John Restivo and Dennis Halstead in this case will be

seeking millions of dollars in damages from the defendant Nassau County.  Do

you have any personal, religious, and/or philosophical belief(s) that would make it

difficult for you to award large sums of money to the above Plaintiffs, regardless

of what the evidence shows?

_____Yes        _____No

If yes, please explain: _____

_____

_____


56. After serving over eighteen years in prison, plaintiffs John Kogut, John Restivo

and Dennis Halstead in this proceeding had the criminal convictions against them

vacated and criminal proceedings dismissed because DNA evidence collected

from the rape and murder victim did not match that of the above plaintiffs.  The

rape and murder of a 16 year-old young woman in 1984 remains unsolved.

Plaintiffs John Kogut, John Restivo and Dennis Halstead are alleging that Nassau

County police engaged in a range of misconduct from planting evidence to

extricating false confessions to relying on false testimony from drug addicts and

jailhouse snitches and covering up evidence of innocence in order to obtain a

conviction.  Is there anything about this kind of case that would make it difficult

for you to remain fair and impartial throughout this proceeding?

_____Yes        _____No

If yes, please explain: _____

_____

_____

57.  The evidence in this case will include details of a rape and murder for which plaintiffs John Kogut, John Restivo and Dennis Halstead were convicted and subsequently released after DNA testing excluded them.  Do you feel that hearing the details of the probable rape and murder of a young woman may affect your ability to remain fair and impartial throughout this trial?

\_\_\_\_\_Yes      \_\_\_\_\_No

If yes, please explain: _____

_____

_____

58.  Have you read or heard anything in the news about the convictions and/or releases of plaintiffs John Kogut, John Restivo and Dennis Halstead?

\_\_\_\_\_Yes      \_\_\_\_\_No

If yes, please describe: _____

_____

_____

_____

59. Do you feel that you would have a difficult time rendering a verdict against each of the individual defendants because they are or were employed by Nassau County Police Department?

\_\_\_\_\_Yes      \_\_\_\_\_No

If yes, please explain: _____

_____

_____

60. Are you aware that in 2011 the finances of Nassau County were taken over by

New York State authorities because of the County's inability to balance its

budget? _____

If you are aware of the financial crisis in Nassau County, what exactly do you

understand the crisis to be?  Please explain: _____

_____

_____

61. If  plaintiffs John Kogut, John Restivo and Dennis Halstead prove by a

preponderance of the evidence that any defendant is liable, would Nassau

County's current financial circumstances make it difficult for you to render a

verdict awarding the above plaintiffs damages?

_____ Yes   _____ No

If yes, please explain: _____

_____

_____

62. Have you had any experience (good or bad) with any law enforcement agency

that would make it difficult for you to remain fair and impartial throughout this

trial?

_____Yes        _____No

If yes, please explain: _____

_____

24

63. Would you tend to give more or less weight to the testimony of a witness who is a

    law enforcement officer as opposed to any other witness?

    ___ More weight     ___ Less weight     ____ Equal


64. There will be a considerable amount of scientific evidence (e.g., DNA, forensic

    hair comparison, false confessions) throughout this trial.  Do you have any

    experience with this type of evidence?

    If yes, please explain: _____

    _____

    _____

    With regards to this type of evidence, is there any reason why this might affect

    your ability to remain fair and impartial throughout this proceeding?

    _____Yes        _____No

    If yes, please explain: _____

    _____

    _____

    _____


65. Are you aware of any issues related to conduct and/or procedures at the Nassau

    County Police Department Crime Lab that warranted investigation and temporary

    closure of the Lab?

    _____ Yes       _____ No

If yes, would awareness of the problems at the Nassau County Police Department

Lab affect your ability to render a fair and impartial verdict? Please explain: _____

_____

_____

66. Are you aware of any allegations of misconduct associated with the Nassau

County Police Department?

_____ Yes     _____ No

If yes, would awareness of these allegations affect your ability to render a fair and

impartial verdict? Please explain: _____

_____

_____

67. In the course of the trial, you may hear evidence that police officers elicited

statements from certain plaintiffs that were false.  Do you believe that under

certain extreme circumstances an individual can make a false confession about a

heinous crime?

_____ Yes     _____No

If yes, please explain: _____

_____

_____

68. Clearly, police can be under tremendous pressure when asked to investigate a

heinous crime that is getting the focus of a lot of media attention.  In the face of

such pressure, do you think police should be given more latitude in their

investigation in terms of following procedure.  In other words, would you be more

forgiving to police when it comes to failing to follow procedure when they are

pursuing a high-profile case?

_____ Yes        _____No

If yes, please explain: _____

_____

_____


69. If you were presented with testimony of someone who appears trustworthy and

that person says that an individual committed a criminal act but DNA evidence

points to a different person, how would you reconcile such contradictory

evidence?

Explain: _____

_____

_____

_____


70. In the course of the trial, you may hear testimony from scientists who may render

opinions based on their idea of scientific principles and facts derived from those

principles.  Do you believe that science can establish indisputable facts?

_____ Yes        _____ No

If yes, please explain: _____

_____

_____

71. As you may know, polygraph examinations are not viewed as reliable enough to

    be admitted in criminal trials.  Do you have any opinions about the accuracy of

    polygraph examinations?  Please explain: _____

    _____

    _____


72. In the course of the trial, you may learn that some of the plaintiffs when they were

    in their middle-twenties socialized and partied with teenage women.  Would you

    hold such a fact against any of the plaintiffs who so socialized with younger

    women?

    _____ Yes    _____No

    If yes, explain: _____

    _____

    _____

28