```
            DATE:   8/16/2012          AT: 10:30

BEFORE JUDGE JOANNA SEYBERT:

               CIVIL CAUSE FOR STATUS CONFERENCE

DOCKET NUMBERS:   06-6695

TITLE: KOGUT, ET AL. -V- NASSAU CO.

APPEARANCES:

FOR PLAINTIFF(S):  ANTHONY GRANDINETTE,  PAUL CASTELEIRO (KOGUT)
                    BARRY SCHECK, DEBORAH CORNWALL, ANNA BENVENUTI
                            HOFFMAN  (OTHER PLAINTIFFS)

FOR DEFENDANT(S):  MICHAEL FERGUSON, LOUIS FREEMAN, LEE GINSBERG,
                            NADJIA LIMANI

REPORTER: H. RAPAPORT

  X       CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT.

  X       CONFERENCE HELD.

          HEARING HELD; WITNESS(ES) CALLED.

          JURY SELECTION SET FOR   /  /201  AT 9:30AM.

  X       TRIAL SET FOR 9/19/2012 AT 9:30AM.

  X       OTHER: RULINGS ON MOTIONS MADE FROM THE BENCH:

          RESTIVO AND HALSTEAD'S MOTION FOR BIFURCATION (DE 312)
          AND THE BIFURCATION PORTION OF DEFENDANTS' MOTION IN
          LIMINE (DE 309) ARE DENIED.

          RESTIVO AND HALSTEAD'S MOTION TO LIMIT THE EVIDENCE
          THAT DEFENDANTS MAY USE TO ESTABLISH PROBABLE CAUSE FOR
          THE RESTIVO AND HALSTEAD'S PROSECUTIONS (DE 296) IS
          GRANTED TO THE EXTENT THAT FOLLOWS.  THE COURT
          CLARIFIES THAT, TO SHOW PROBABLE CAUSE, DEFENDANTS ARE
          LIMITED TO USING EVIDENCE THAT WAS BOTH (1) INCLUDED IN
          THEIR RESPONSES TO RESTIVO'S AND HALSTEAD'S CONTENTION
          INTERROGATORIES AND (2) ADMISSIBLE IN THE UNDERLYING
          CRIMINAL PROCEEDINGS.
```

RESTIVO AND HALSTEAD'S MOTION FOR A JURY QUESTIONNAIRE AND INDIVIDUAL VOIR DIRE (DE 297) IS DENIED.

RESTIVO AND HALSTEAD'S MOTION TO PRECLUDE CERTAIN POLYGRAPH EVIDENCE (DE 299) IS DENIED IN PART AS MOOT AND DENIED IN PART WITH LEAVE TO RENEW.  AS DEFENDANTS DO NOT PLAN ON INTRODUCING POLYGRAPH RESULTS, THAT BRANCH OF THE MOTION IS MOOT.  THE BRANCH OF THE MOTION SEEKING TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE SIMPLY THAT POLYGRAPHS WERE ADMINISTERED IS DENIED WITH LEAVE TO RENEW.