**Witnesses speaking to attorneys in preparation for testifying**:

In this case testimony has been elicited from several witnesses that they spent time with the attorneys preparing to testify. Thorough preparation demands that an attorney interview and prepare witnesses before they testify. No competent lawyer would call a witness without appropriate and thorough pre-trial interviews and discussion. In fact, more than one lawyer has been punished, found ineffective, or even disbarred for incompetent representation that included failure to prepare or interview witnesses. *United States v. Tucker,* 716 F.2d 576 (9th Cir.1983) (defense counsel ineffective for failing to interview witnesses); *McQueen v. Swenson,* 498 F.2d 207 (8th Cir.1974) (same); *In re Warmington,* 212 Wis.2d 657, 668, 568 N.W.2d 641 (1997) (lawyer disbarred for, among other things, "failing to supervise the preparation of an expert witness"); *In re Wolfram,* 174 Ariz. 49, 847 P.2d 94, 96 (1993) (failure to interview witnesses cited among reasons for suspending attorney).

*United States v Rhymes*, 218 F. 3d 310, 319 (4th Cir. 2000)