UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN KOGUT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | 06-CV-6695 (JS)(WDW) |
| THE COUNTY OF NASSAU, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| JOHN RESTIVO and DENNIS HALSTEAD, | ) | 06-CV-6720 (JS)(WDW) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| THE COUNTY OF NASSAU, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ALL PLAINTIFFS' AMENDED PROPOSED VERDICT FORM**

## VERDICT FORM

**Instructions: You must read each question below carefully and answer all of the questions, including all subparts of each question. Your decision on each question or subpart must be unanimous.**

**1) Unconstitutional Deprivation of Liberty without of Due Process and the Right to a Fair Trial: John Kogut**

For each of the following defendants, do you find that the defendant denied plaintiff John Kogut his constitutional rights to due process and right to a fair trial either by fabricating evidence or by withholding *Brady* material from prosecutors?

Joseph Volpe                Yes: ___ No: ___

Robert Dempsey              Yes: ___ No: ___

Frank Sirianni             Yes: ___ No: ___

Thomas Allen               Yes: ___ No: ___

Wayne Birdsall             Yes: ___ No: ___

Charles Fraas              Yes: ___ No: ___

**2) Unconstitutional Deprivation of Liberty without of Due Process and the Right to a Fair Trial: John Restivo**

For each of the following defendants, do you find that the defendant denied plaintiff John Restivo his constitutional rights to due process and right to a fair trial either by fabricating evidence or by withholding *Brady* material from prosecutors?

Joseph Volpe                Yes: ___ No: ___

Robert Dempsey              Yes: ___ No: ___

Frank Sirianni             Yes: ___ No: ___

Thomas Allen               Yes: ___ No: ___

Wayne Birdsall             Yes: ___ No: ___

Charles Fraas              Yes: ___ No: ___

2

Case 2:06-cv-06695-JS-SIL    Document 429    Filed 11/16/12    Page 3 of 7 PageID #: 14649


**3) Unconstitutional Deprivation of Liberty without of Due Process and the Right to a Fair Trial: Dennis Halstead**

For each of the following defendants, do you find that the defendant denied plaintiff Dennis Halstead his constitutional rights to due process and right to a fair trial either by fabricating evidence or by withholding *Brady* material from prosecutors?

Joseph Volpe            Yes: ___  No: ___

Robert Dempsey          Yes: ___  No: ___

Frank Sirianni          Yes: ___  No: ___

Thomas Allen            Yes: ___  No: ___

Wayne Birdsall          Yes: ___  No: ___

Charles Fraas           Yes: ___  No: ___


**4) Malicious Prosecution: John Kogut – 1986 trial**

For each of the following defendants, do you find that the defendant maliciously prosecuted plaintiff John Kogut?

Joseph Volpe            Yes: ___  No: ___

Robert Dempsey          Yes: ___  No: ___

Frank Sirianni          Yes: ___  No: ___

Thomas Allen            Yes: ___  No: ___

Wayne Birdsall          Yes: ___  No: ___

Charles Fraas           Yes: ___  No: ___


**CONTINUE TO NEXT PAGE**

**5) Malicious Prosecution: John Kogut – 2005 trial**

For each of the following defendants, do you find that the defendant maliciously prosecuted plaintiff John Kogut?

|  |  |  |
|---|---|---|
| Joseph Volpe | Yes: \_\_\_ | No: \_\_\_ |
| Robert Dempsey | Yes: \_\_\_ | No: \_\_\_ |
| Frank Sirianni | Yes: \_\_\_ | No: \_\_\_ |
| Thomas Allen | Yes: \_\_\_ | No: \_\_\_ |
| Wayne Birdsall | Yes: \_\_\_ | No: \_\_\_ |
| Charles Fraas | Yes: \_\_\_ | No: \_\_\_ |
| Dennis Farrell | Yes: \_\_\_ | No: \_\_\_ |

**6) Malicious Prosecution: John Restivo**

For each of the following defendants, do you find that the defendant maliciously prosecuted plaintiff John Restivo?

|  |  |  |
|---|---|---|
| Joseph Volpe | Yes: \_\_\_ | No: \_\_\_ |
| Robert Dempsey | Yes: \_\_\_ | No: \_\_\_ |
| Frank Sirianni | Yes: \_\_\_ | No: \_\_\_ |
| Thomas Allen | Yes: \_\_\_ | No: \_\_\_ |
| Wayne Birdsall | Yes: \_\_\_ | No: \_\_\_ |
| Charles Fraas | Yes: \_\_\_ | No: \_\_\_ |

**CONTINUE TO NEXT PAGE**

**7) Malicious Prosecution: Dennis Halstead**

For each of the following defendants, do you find that the defendant maliciously prosecuted plaintiff Dennis Halstead?

|  |  |
|---|---|
| Joseph Volpe | Yes: \_\_\_  No: \_\_\_ |
| Robert Dempsey | Yes: \_\_\_  No: \_\_\_ |
| Frank Sirianni | Yes: \_\_\_  No: \_\_\_ |
| Thomas Allen | Yes: \_\_\_  No: \_\_\_ |
| Wayne Birdsall | Yes: \_\_\_  No: \_\_\_ |
| Charles Fraas | Yes: \_\_\_  No: \_\_\_ |

**8) Failure to Provide Constitutionally Adequate Supervision of Homicide Investigation:**

Do you find that defendant Sean Spillane while supervising Volpe, Dempsey and the other defendant police officers:

8 a)   participated directly in a constitutional violation against John Restivo and Dennis Halstead?

Yes: \_\_\_                No: \_\_\_

And/or:

8 b)  created a policy or custom under which unconstitutional practices occurred?

Yes: \_\_\_                No: \_\_\_

**If you answered "No" to Question 8b, DO NOT ANSWER Question 8(c).  Go directly to answer Question 9.**

**If you answered "Yes" to Question 8(b), answer Question 8 (c):**

8 c)  Would a reasonable officer in defendant Sean Spillane's position as the Commanding Officer of the Homicide Bureau in 1985 have understood his conduct to be unconstitutional?

Yes: \_\_\_                No: \_\_\_

**CONTINUE TO NEXT PAGE**

**9) Respondeat Superior Claim: John Kogut**

Do you find that the defendant Nassau County is responsible for the acts of the defendant detectives' misconduct in fabricating evidence, coercing statements, and malicious prosecuting the plaintiff John Kogut?

                    Nassau County                Yes: ___  No: ___

Dated: November 16, 2012                  Respectfully submitted,
      New York, NY

                                          __ /s/ Deborah L. Cornwall_____
                                        Barry C. Scheck
                                        Deborah L. Cornwall
                                        NEUFELD SCHECK & BRUSTIN, LLP
                                        99 Hudson St., 8th Floor
                                        New York, NY 10013

                                        **Attorneys for plaintiffs**
                                        **John Restivo and Dennis Halstead**

                                        Paul Casteleiro, Esq.
                                        200 Washington Street
                                        5th Floor
                                        Hoboken, New Jersey 07030
                                        pcasteleiro@aol.com
                                        Anthony M. Grandinette
                                        Grandinette & Serio, LLP
                                        114 Old Country Rd., Suite 420
                                        Mineola, New York 11501
                                        Grandinettelaw@gmail.com
                                        **Attorneys for plaintiff John Kogut**

## **Certificate of Service**

I hereby certify that a true and accurate copy of the All Plaintiffs' Joint Proposed Verdict Form was served by ECF on November 16, 2012, upon the following:


Michael Ferguson, Esq.
Office of the County Attorney
Ralph G. Caso Executive & Legislative
Building
1 West Street
Mineola, New York 11501-4820
mferguson@nassaucountyny.gov


Louis Freeman, Esq.
Lee Ginsberg, Esq.
Nadjia Limani, Esq.
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038
freemefree@aol.com
leeloulaw@aol.com
nlimani@aol.com

Paul Casteleiro, Esq.
200 Washington Street
5th Floor
Hoboken, New Jersey 07030
pcasteleiro@aol.com


Anthony M. Grandinette
Grandinette & Serio, LLP
114 Old Country Rd., Suite 420
Mineola, New York 11501
Grandinettelaw@gmail.com


_____/s/ Rachel Shur_____
            Rachel Shur
            Paralegal