**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★   NOV 29 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------x

JOHN KOGUT,

                    Plaintiff,

      -against-

THE COUNTY OF NASSAU, POLICE
COMMISSIONER DONALD KANE, POLICE
COMMISSIONER WILLIAM J. WILLETT (2005),
POLICE COMMISSIONER JAMES LAWRENCE,
DETECTIVE SEAN SPILLANE (HEAD OF HOMICIDE
1985), DETECTIVE DENNIS FARRELL (HEAD OF
HOMICIDE 2005), CAROLANN HESSEMAN, AS
EXECUTRIX FOR THE ESTATE OF JOSEPH VOLPE,
DETECTIVE ROBERT DEMPSEY, DETECTIVE ALBERT
MARTINO, DETECTIVE WAYNE BIRDSALL,
DETECTIVE MILTON G. GRUBER, DETECTIVE
CHARLES FRAAS, DETECTIVE FRANK SIRIANNI,
DETECTIVE HARRY WALTMAN, P.O. MICHAEL
CONNAUGHTON, P.O. WILLIAM DIEHL, and
JOHN DOES 1-5,

                    Defendants.
-------------------------------------X

JOHN RESTIVO, DENNIS HALSTEAD,
MELISSA LULLO, JASON HALSTEAD,
HEATHER HALSTEAD, and TAYLOR
HALSTEAD,

                    Plaintiffs,

      - against -

NASSAU COUNTY, CAROLANN HESSMAN, AS
EXECUTRIX FOR THE ESTATE OF JOSEPH VOLPE,
in his individual capacity, ROBERT DEMPSEY,
in his individual capacity, FRANK SIRIANNI,
in his individual capacity, MILTON GRUBER,
in his individual capacity, HARRY WALTMAN
in his individual capacity, ALBERT MARTINO,
in his individual capacity, CHARLIE FRAAS,
in his individual capacity, THOMAS ALLEN
in his individual capacity, RICHARD BRUSA,
in his individual capacity, VINCENT DONNELLY,

VERDICT SHEET
06-CV-6695(JS)(WDW)
(LEAD CASE)

06-CV-6720(JS)(WDW)
(MEMBER CASE)

20

in his individual capacity, MICHAEL
CONNAUGHTON, in his individual capacity,
WAYNE BIRDSALL, in his individual capacity,
WILLIAM DIEHL, in his individual capacity,
JACK SHARKEY, in his individual capacity,
DANIEL PERRINO, in his individual capacity,
ANTHONY KOZIER, in his individual capacity,
Detective Sergeant CAMPBELL, (Shield #48),
in his individual capacity, SEAN SPILLANE,
in his individual capacity, RICHARD ROE
SUPERVISORS #1-10, in their individual
capacities,

                      Defendants.
----------------------------------------X

**Instructions: You must read each question below carefully and
answer all of the questions including all subparts of each
question. Your decision on each question or subpart must be
unanimous.**

1)  Unconstitutional Deprivation of Liberty without Due Process
and the Right to a Fair Trial with regard to John Kogut.

For each of the following defendants, do you find by a
preponderance of the evidence that the defendant denied
plaintiff John Kogut his constitutional rights to due process
and right to a fair trial either by fabricating evidence or by
withholding material exculpatory or impeachment evidence?

| | | |
|---|---|---|
| Joseph Volpe | Yes:___ | No: **X** |
| Robert Dempsey | Yes:___ | No: **X** |
| Frank Sirianni | Yes:___ | No: **X** |
| Thomas Allen | Yes:___ | No: **X** |
| Wayne Birdsall | Yes:___ | No: **X** |
| Charles Fraas | Yes:___ | No: **X** |

2) Unconstitutional Deprivation of Liberty without Due Process and the Right to a Fair Trial with regard to John Restivo.

For each of the following defendants, do you find by a preponderance of the evidence that the defendant denied plaintiff John Restivo his constitutional rights to due process and right to a fair trial either by fabricating evidence or by withholding material exculpatory or impeachment evidence?

| | | |
|---|---|---|
| Joseph Volpe | Yes:___ | No: X |
| Robert Dempsey | Yes:___ | No: X |
| Frank Sirianni | Yes:___ | No: X |
| Thomas Allen | Yes:___ | No: X |
| Wayne Birdsall | Yes:___ | No: X |
| Charles Fraas | Yes:___ | No: X |

3

3)   Unconstitutional Deprivation of Liberty without Due Process and the Right to a Fair Trial with regard to Dennis Halstead.

For each of the following defendants, do you find by a preponderance of the evidence that the defendant denied plaintiff Dennis Halstead his constitutional rights to due process and right to a fair trial either by fabricating evidence or by withholding material exculpatory or impeachment evidence?

| Joseph Volpe | Yes:___ | No: X |
| Robert Dempsey | Yes:___ | No: X |
| Frank Sirianni | Yes:___ | No: X |
| Thomas Allen | Yes:___ | No: X |
| Wayne Birdsall | Yes:___ | No: X |
| Charles Fraas | Yes:___ | No: X |

4

4)  Malicious Prosecution with regard to John Kogut -- 1985 to 1986

For each of the following defendants, do you find by a preponderance of the evidence that the defendant maliciously prosecuted plaintiff John Kogut?

| | | |
|---|---|---|
| Joseph Volpe | Yes:___ | No: X |
| Robert Dempsey | Yes:___ | No: X |
| Frank Sirianni | Yes:___ | No: X |
| Thomas Allen | Yes:___ | No: X |
| Wayne Birdsall | Yes:___ | No: X |
| Charles Fraas | Yes:___ | No: X |

5

5)  Malicious Prosecution with regard to John Kogut - 2005

For each of the following defendants, do you find by a
preponderance of the evidence that the defendant maliciously
prosecuted plaintiff John Kogut?

|  | | |
|---|---|---|
| Joseph Volpe | Yes:___ | No: _X_ |
| Robert Dempsey | Yes:___ | No: _X_ |
| Frank Sirianni | Yes:___ | No: _X_ |
| Thomas Allen | Yes:___ | No: _X_ |
| Wayne Birdsall | Yes:___ | No: _X_ |
| Charles Fraas | Yes:___ | No: _X_ |
| Dennis Farrell | Yes:___ | No: _X_ |

6)  Malicious Prosecution with regard to John Restivo

For each of the following defendants, do you find by a
preponderance of the evidence that the defendant maliciously
prosecuted plaintiff John Restivo?

| | | |
|---|---|---|
| Joseph Volpe | Yes:___ | No: X |
| Robert Dempsey | Yes:___ | No: X |
| Frank Sirianni | Yes:___ | No: X |
| Thomas Allen | Yes:___ | No: X |
| Wayne Birdsall | Yes:___ | No: X |
| Charles Fraas | Yes:___ | No: X |

7

7)  Malicious Prosecution with regard to Dennis Halstead

For each of the following defendants, do you find by a preponderance of the evidence that the defendant maliciously prosecuted plaintiff Dennis Halstead?

| | | |
|---|---|---|
| Joseph Volpe | Yes:___ | No: X |
| Robert Dempsey | Yes:___ | No: X |
| Frank Sirianni | Yes:___ | No: X |
| Thomas Allen | Yes:___ | No: X |
| Wayne Birdsall | Yes:___ | No: X |
| Charles Fraas | Yes:___ | No: X |

8) Failure to Provide Constitutionally Adequate Supervision of Homicide Investigation

Do you find by a preponderance of the evidence that defendant Sean Spillane while supervising Volpe, Dempsey and the other defendant police officers:

a) participated directly in a constitutional violation against John Restivo and Dennis Halstead?

Yes:_____          No: X

AND/OR

b) created a policy or custom under which unconstitutional practices occurred?

Yes: X          No:_____

**If you answered "NO" to Question 8(b), DO NOT ANSWER Question 8(c). If you answered "YES" to Question 8(b), please proceed to Question 8(c).**

c) Would a reasonable officer in defendant Spillane's position as the Commanding Officer of the Homicide Bureau in 1985 have understood his conduct to be unconstitutional?

Yes:_____          No: X

9) Respondeat Superior Claim: John Kogut

Do you find by a preponderance of the evidence that the defendant Nassau County is responsible for the acts of defendant Spillane in failing to supervise?

Yes: X            No: ___

If your answer to Question 9 is "YES", then please answer Question 10. If your answer to Question 9 is "NO" please have the foreperson sign and date this verdict sheet and advise the Court by note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

10) Do you find that a failure to supervise caused an injury to Plaintiff Kogut?

Yes: ___            No: X

Foreperson, please sign and date this Verdict Sheet and advise the Court by note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

_Diana Mullady_
FOREPERSON

Dated:      November 29, 2012
            Central Islip, NY

10

POLYGRAPH SECTION - POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK

## CONSENT TO TAKE A POLYGRAPH EXAMINATION

RE: D.D # _Hom #222-84_                                Sheet # 3

Pg. Ex. # _111-85_                      DATE _3/25/85_

I, _John Joseph Kogut_ ,

residing at _161 Traymore Blvd_ ,

_____ ,

of my own free will, voluntarily and without being forced, do hereby con-
sent and agree to submit to a polygraph examination, more commonly known
as a "lie detector" test, being fully aware and understanding that I do not
have to take this test and that once it is started, it will be stopped or
discontinued at any time, should I wish to stop or leave.

Further, I have been informed by the polygraphist that I have the right to
remain silent and that anything that I say may be used as evidence against
me in court although the results of this examination, that is, the poly-
graphist's opinion resulting from this examination, will not be used as
evidence against me in court.

Also, I have the right to talk to a lawyer before taking this test or be-
fore answering any questions, or to have an attorney present at any time.
Further, if I can not afford to hire a lawyer, one will be furnished to me
free of charge and I have the right to remain silent until I have had the
opportunity of consulting with an attorney.

Having been informed of these rights, having had them read and explained
to me and understanding these rights, I now wish to take the polygraph
examination of my own free will, without consulting with an attorney at
this time.

NASSAU COUNTY

000401

WITNESS.

_signature_                        _signature_

_signature_                        (SIGNATURE)

STARTING TIME. _6.44 PM_

TIME FINISHED: _9.26 PM_

PLAINTIFF'S
EXHIBIT NO. 8
FOR IDENTIFICATION
DATE: 1/20/09  RPTR: ___

**COURT EXHIBIT**

18

POLYGRAPH SECTION - POLICE DEPARTMENT, COUNTY OF NASSAU
POLYGRAPH EXAM BACKGROUND FORM

ST: 1858                                                            Sheet # 4
EXAM DATE: 3/25/85  D.D.# Hom #2222-84 P.C.# 200-84  P.E.# 111585
NAME: John T. Kogut  ADDRESS: 161 Traynore Blvd  ISC Rockford  AGE: 21
BIRTH DATE: 11-29-63  NICKNAME: None  BIRTH PLACE: Rockaway, L.I.
FATHER (Living) doesn't (Dead)  RELIGION: R/C  PRACTICE: +
DATE (If Deceased)  REL TRAINING AS CHILD: +
OCCUPATION: doesn't know  *MOST RESPECTED: myself  LEAST: the bum
HOW DO YOU GET ALONG? like A pain  NO. YEARS EDUCATION: 10th grade
MOTHER (Living) doesn't (Dead)  H.S. GRAD: —  TRADE SCHOOL: —
DATE (If Deceased) +  COLLEGE: —  MAJOR: —
OCCUPATION: doesn't know  LIVE N.Y. ___ NASSAU: ___ OTHER: ___
HOW DO YOU GET ALONG? hate me  AVERAGE:  SLEEP: 6-7  FOOD:  ALCOHOL: daily
RAISED BY: many families  LAST: 6  SMOKE: +  POT: all
LIVE WITH PARENTS: ___  NARCOTICS (Use): Pot  (Try) all
MARRIED: ___ DATE: ___  HABIT: alcohol  HASH/PILLS/HEROIN:
SEPARATED/DIVORCED: ___  UNDER INFLUENCE TROUBLE: most of my crime
ALIMONY: ___ ENGAGED: +  SERIOUS MEDICAL PROBLEMS:
WIFE'S OCCUPATION: N/A  (Heart): good (Emphysema): — PREGNANT:
HOW DO YOU GET ALONG? N/A  (Asthma): — (Lung Prob.): —
COMMON LAW: +  (Epilepsy): — (Blackouts): +
(GIRL/BOY FRIEND): +  (Lose Consciousness): — (Nerves): +
GO OUT MUCH? once-twice a week  (Head Ringing/Buzzing): — (Ulcers): —
CHILDREN (Boys) AGES: —  ANY PILLS OR R ___ TRANQUILIZERS: ___
(Girls) AGES: —  LAST 8 hrs ___ last 24:
CHILDREN AT HOME: live in allswater  LAST TO M.D.? ___ WHY? ___
EMPLOYED: + Frank Beatini  CONTEMPLATE SUICIDE: — ATTEMPT: —
POSITION: landscaper  PSYCHIATRIST/PSYCHOLOGIST:
HOW LONG? 2 weeks SALARY: 200 week  EVER THINK YOU NEEDED TO SEE ONE: —
THINK OF WORK: good PAY: good  OBSERVATION:
BOSS: good / OTHER INCOME: none  MENTAL INSTITUTE:
LAST JOB: mover  REASON: laid off  LOANS/DEBTS (Amts.): 4500 WHERE:
MILITARY: ___ BRANCH: —  WHY? ___ BEHIND:
DATES: ___ DISCIPLINARY: —  KIND OF GAMBLING: Cards
DISCHARGE: ___  HOBBIES: sports  PASTIMES: sports
ARRESTED: + FINGERPRINTED: +  HOW FEEL ABOUT TEST? OK EVER TAKE: —
NO. TIMES: 7-8 X CHARGE: Burglary  WHY ARE YOU TAKING IT?
TRAFFIC: ___ MOST TROUBLE  ORGANIZATIONS: —
WARRANTS: ___ (J.D.)  BEST THING: WORST:
POLICE  PAROLE/PROB: 1575  WHAT ELSE SHOULD I KNOW ABOUT YOU?
                                   FI: 000402

POLYGRAPH SECTION
POLICE DEPARTMENT
COUNTY OF NASSAU

Sheet #: _____

T.P. # _200_19_84_          P.E. #: _101____ 19_85_

NAME: _John Kogut_    POLYGRAPH EXAM GESTURE & CHECK LIST    DATE: _3/25/85_

|  | TRUTH | LYING | INDEF. |
|---|---|---|---|
| CASE FACTS: |  |  | ✓ |
| ARRIVAL: | W/Pete |  | ✓ |
| KNOW WHY/DHT3: | ✓ about an "murder" |  |  |
| PERMISSION FORM: | ✓ no q-s asked |  |  |
| COMMENTS | ✓ |  |  |
| BACKGROUND FORM: | ✓ |  |  |
| OBSERVATION: |  |  | ✓ |
| GESTURES: (see rt. col.) |  |  | ✓ |
| HEART & YOU: |  |  | ✓ |
| KNOWLEDGE SUSPICION: | named T. Ryan |  |  |
| KNOW TRUTH/ G.C.: | ✓ was upset |  |  |
| THINK or PLAN: |  |  | ✓ |
| F.P./BORROW/INVENTORY: |  | ✓ |  |
| KNOWN LIE (KIQ 6 & 10): | not simp |  |  |
| T # 1: |  |  |  |
| T # 2: |  |  |  |
| T # 3: |  |  |  |
| T # 4: |  |  |  |
| PEAK OF TENSIONS: |  |  |  |
| QUESTIONS REMEMBERED: | one ✓ did part ack |  |  |
| QUESTIONS TROUBLED: | QV at Stack ✓ST |  |  |
| ADD'L.K.L. ADMISSIONS: | 2 0-1° | ✓ |  |
| WHAT SHOW: | slight description QV |  |  |
| OTHER STATEMENTS: |  | ✓ |  |
| INTERROGATION: | store |  | ✓ |
| RE-EXAM EXPLANATION: | ✓ agreed |  |  |
| MISCELLANEOUS: |  |  |  |
| FINAL OPINION: | (T) | (L) | (I) |

M-W-T's/all PGs cnc Rt# NO. - - -

|  | GESTURES |  |
|---|---|---|
| LOOKS AWAY: | ✓ ✓ |
| LOOKS UP/DOWN: | _____ |
| WETS THE LIPS: | _____ |
| SWALLOWS: | _____ |
| ASKS FOR H2O: | _____ |
| BITES THE LIPS: | _____ |
| BITES NAILS: | _____ |
| MOVES/TAPS HANDS: | slight |
| SCRATCHES HEAD: | _____ |
| MOVES ELBOWS: | ✓ |
| CROSSES LEGS: | _____ |
| MOVES/SHUFFLES FEET: | _____ |
| TAPS FEET: | _____ |
| LINT PICKER: | _____ |
| BLUSHES: | _____ |
| EYES TWITCH: | _____ |
| HANDS SWEATING: | bstrdy ✓ |
| VOICE SHIFTS: | _____ |
| FORCED LAUGHTER: | _____ |
| VERY UNEASY: | ✓ |
| UNCOOPERATIVE: | _____ |
| TAKES OFF ATTACH: | ✓ |
| JUMPS OUT OF SEAT AFTER TEST: | _____ |
| OTHER: | _____ |

7-8

000 403

Nassau County

## POLYGRAPH EXAMINATION CARD

| SURNAME | FIRST NAME | INITIAL | RE-EXAM: YES ☐ NO ☒ | EXAMINATION NO. |
|---|---|---|---|---|
| KOGUT, | John | J. | | 111-85 |

| ADDRESS: | | FILE NO. |
|---|---|---|
| 161 Traymore Blvd., Island Park, New York | | 200-84 |

| AGE: | DATE OF BIRTH: | PLACE OF BIRTH: | DETECTIVE DIVISION NO. |
|---|---|---|---|
| 21 | 11-29-63 | Rockaway, New York | Hom. # 2222-84 |

| CRIME CLASSIFICATION: | DATE OF OCCURRENCE: Body Found | ☐ DEFENDANT   ☒ SUSPECT |
|---|---|---|
| HOMICIDE MURDER | Wed., Dec. 5, 1984 1600 | ☐ COMPLAINANT   ☐ WITNESS ☐ OTHER: |

| SEX: | COLOR: | OCCUPATION: | DETECTIVE ASSIGNED: |
|---|---|---|---|
| Male | White | Landscaper | Joseph VOLPE |

| DATE & TIME EXAMINED: | POLYGRAPHIST(S): | OBSERVERS: |
|---|---|---|
| 3-25-85  1844-2126 | Milton G. Gruber | M. CONNAUGHTON & DIEHL |

OPINION:

EXAM RE:  J. KOGUT was afforded a polygraph examination to determine if he had any knowledge of or involvement in the strangulation murder of Theresa FUSCO, age 16 years, who's nude and raped body was found covered with wooden pallets neat the LIRR tracks at Park Place and Rocklyn Ave., Lynbrook, New York.  J. KOGUT is friendly with two other suspects in this case, John RESTIVO and Dennis HALSTEAD.

OPINION:   LYING:   J. KOGUT answered several of the relevant crime questions with deceptive (Lying) responses, and stated that he was aware of his breathing responses throughout this examination, which altered some of the chart responses.  During an interview with Homicide Squad detectives after this examination, J. KOGUT gave full admission to this murder.

| Room 222; Ultrascribe | RE-EXAM: ☐ RECOMMENDED ☐ NOT RECOMMENDED ☒ NOT REQUIRED | | POLYGRAPHIST'S SIGNATURE: Milton G. Gruber Detective |
|---|---|---|---|

FDCN 278-4/78

NASSAU COUNTY

000404

POLYGRAPH WORKSHEET —   POLICE DEPARTMENT COUNTY OF NASSAU, NEW YORK — Sheet # 1

Note to Investigating Detectives: Please complete this informal worksheet & return it to Polygraph with a copy of the PDCN Form 32, a copy of any applicable statements and a copy of any other pertinent information. This form is intended to assist us to properly formulate our test questions. You need not duplicate any information covered already on the copies you are providing us with, and if you will be accompanying the subject to Headquarters, you may complete this form at that time. Only one form need be submitted per case even if more than one subject is to be tested. Please return to us prior to the date of appointment. Command Post #: 887-9916

| YOUR INVESTIGATION CLASSIFICATION: HOMICIDE (Murder) | D.D. No: 5-5201-1984 |
|---|---|
| DAY OF WEEK, DATE & TIME OF OCCURRENCE: Wissat Dec. 11th found about 1600 Wed., Dec. 5, 1984 | Homicide   SQUAD No. 2222-1984 |
| LOCATION OF OCCURRENCE: a Wooded Area — found North side of the LIRR tracks between Park Place and Rocklyn Avenue Inc. V. of LYNBROOK, NY | ANY ARREST No. ASSIGNED?: |
| | DETECTIVE INVESTIGATING: Joe VOLPE, Homicide |
| TYPE PREMISE/DOING BUSINESS AS | Joel MITCHELL, 5th |
| Victim has been missing since Nov. 10th. last seen leaving HOTSKATES Where She YOUR COMPLAINANT or VICTIM & ADDRESS: worked on SAT Theresa FUSCO, F-W-16, H.S. Student of                    , Lynbrook, NY | DETECTIVE PRESENT FOR TEST/OBSERVING: (To be Filled in By Polygraph Unit) |
| | POLYGRAPH FILE No: 200-of91984 |
| | POLYGRAPH EXAM No. 376-of-1984 |
| LOSS w/VALUE and/or VICTIM'S INJURIES: STRANGULATION by ligature Victim found nude, her body lying under some wooden pallets, lying face down. A slight amount of decomposition had taken place. | POLYGRAPHIST: E. J. Couture |
| PLEASE LIST ANY SUSPECTS Boyfriend for elimination. | PLEASE LIST ANY CONFIDENTIAL INFORMATION OR FACTS ABOUT CRIME OF WHICH SUBJECT IS NOT AWARE – FOR POSSIBLE USE IN CONSTRUCTION OF A PEAK-OF-TENSION TEST: 3 Rings (2 from one Bird & one from the other); a Necklace & a bracelet are all missing from dec'd, along with clothes. |
| ANY VEHICLE USED or INVOLVED?: rumor of a white VAN(?) | |
| ANY WEAPON USED or DISPLAYED? | This form completed by: ZJE |

LIST ANY WITNESSES: Jewelry missing from dec'd: 2 Rings 1 chain Necklace w/ heart. Gold chain w/ unicorn.

LIST PERSONS YOU WANT TO BE EXAMINED:
1. Matthew WILSON, 16, M-E     3.
2.                              4.

NASSAU COUNTY   000405

BRIEF SYNOPSIS OF YOUR INVESTIGATION and WHY SUBJECT(S) ARE BEING TESTED?:
Victim found by two boys, Andrew TURCI and Marcelo BAEZ, 14, who ntfd. people in the Village Deli. The clerk came out, took a look, and ultimately called the police.
Matthew WILSON met dec'd at HOTSKATES, just prior to start of school. He says he was just friends, her side of family says he was her boyfriend. WILSON claims that a few days ago he heard from a friend of his KANE, who said he had heard a rumor that Theresa had been strangled in Hempstead. He said he heard that she had been with a boyfriend in a white van in Hmpstead - another rumor.

MISSING, 2 RINGS, 1 GOLD CHAIN WITH HEART, Gold chain with unicorn. Don't BELIEVE she was killed three first of two three

POLYGRAPH EXAMINATION QUESTION SHEET -- POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK

Sheet # 2

NAME: _Tankin J. Kogut_  AGE: _21_  ADDRESS: _161 Trumsdale Blvd, Island Park N.Y._

EXAM DATE: _March 25, 1985_  DD #: _____  Hom. # _2222-85_  P.E. # _200-84_  P.E. #: _111-85_

Subject's Answer

① DO YOU KNOW Do you live in the United States?  IS YOUR NAME TANKIN JOHN KOGUT  ARE YOU NOW SITTING DOWN?  _yes_

7A. _____ do you intend to answer each question with the truth?

20. About pills, medications or drugs taken in the past 8 hrs., are you deliberately witholding information from me?

⑥⑤ Did you personally tell Ralph Westphal you killed Theresa Fusco?  _1 no_
  _JUST A LITTLE DEVILS_  1 _c-o_

⑧Ⓚ Do you know for sure who _murdered_ Theresa Fusco?  1 ____

⑨Ⓙ Did you murder Theresa Fusco?  1 _yes_

④ (BWYHTMA) During your entire life, do you now remember hurting even one other person?  1 _yes_

⑨ Are you the one who had sex with Theresa Fusco just before she was murdered?  1 _no_

④ Did you strangle Theresa Fusco to death?  1 _yes_

⑨⑧ (BWYHTMA) During your entire life, do you now remember committing even one other crime?  1 _yes_

⑧Ⓚ Did anyone tell you who murdered Theresa Fusco?  1 _no_

⑪ About _the murder of Theresa Fusco,_ are you now deliberately witholding any information?  1 _c-o_

1H. _About_ _____ Have you now told me the entire Truth?

Mixed Order: _3T-11-6-8K-10-5-3T-3K-6-9-10-8K-1_

QUESTIONS TROUBLED: T/1: ___  QUESTIONS REMEMBERED: _Answers Yes_
  _3T -5 -3K -Everyday_

T/3: ___
T/4: ___

Nov 29

**COURT EXHIBIT**
19    4:10

We have a

verdict.

Diana Mullady

EXHIBIT # Plaintiffs

8    Kogut Polygraph
8A   highlighted Polygraph Question
     Sheet of Kogut

89   Vacatur Order

111  Search Warrant for Van
     order, Affidavit

477  order to Vacate convictions

929  Excerpts of Volpe
     memo book

     Nov. 29

                    Diana Mullady

**COURT EXHIBIT**

17  11:30

**COURT EXHIBIT**

16   11/29  10 40

Your Honor

Yesterday Juror #1
said he was useing his
home Computer to look
at The FBI Web Site + on
Project Innocence, about
confusions

Juror
#5

Foreperson: Deana
Mullady

15   10:15

Did Volpe complete
his deposition for the
Defense or did he
pass away first?


Diana Mullady

COURT EXHIBIT

Nov. 29                    9:50

14

Q. RE: Unanimous decision

Hypothetical question
If we agree on a couple
of questions but cannot
agree on others, does it
make the entire case a
hung trial or are just those
few questions we can't
agree on a hung trial.

Diana Mullady

COURT EXHIBIT

13    1:35

Nov. 28, 2012

May we please have:

① Plaintiff exhibit 135

② What was Kogut
charged - convicted of
in trial #1 (1985) &
Trial #2 (2005).


Diana Mullach

COURT EXHIBIT

Nov 27                    12      11/27   1:30

We want to see a picture
of # 19 from TR-11 A.



Deana Mullady

Nov, 27

COURT EXHIBIT
11/27
1:20

We want :

① Addendum TR 11 A
② RD 1
③ Plaintiff # 18

Diana Mullady

Thank you !

Nov. 26, 2012

Who is Dennis Farrell?

~~He is not in the photo~~

He is head of homicide but what was his role in the 2005 Kogut trial?

Diana Mulloy

COURT EXHIBIT

10 11/26/12 35

COURT EXHIBIT

9   11/26
    10⁰⁰

① Judge Ort's decision —— P 89
                            P 359

② Restivo's statement or interview

③ P 477 — Order to Vacate

Diana Mullady

we would like:

1) to hear the Halstead recording
2) records or photo log for picture 169 A-J
3) Timeline of the case — calender of dates.
4) Plaintiff Exhibit 107
5) Kogut's confession  # 63
6) Plaintiff's 456 (10/1)
7) T R 3
8) Exhibit 239
9) Video testimony of Frank Myero

COURT EXHIBIT
8  11/21
   10⁵⁰

Diana Mullady

① Picture of Van in driveway in front of garage
P 118

COURT EXHIBIT
11/20
7    4²⁵

② Picture of witnesses with names

Diana Mullady

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN KOGUT, | ) | **COURT EXHIBIT** |
| Plaintiff, | ) | |
| | ) | 6 |
| v. | ) | |
| | ) | |
| THE COUNTY OF NASSAU, et al., | ) | 06-CV-6695 (JS)(WDW) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| JOHN RESTIVO and DENNIS HALSTEAD, | ) | |
| | ) | 06-CV-6720(JS)(WDW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE COUNTY OF NASSAU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

Defendants contend that Theresa Fusco's hairs were left in the blue Ford Econoline van depicted in Plaintiffs' Exhibit 222 on November 10, 1984.

Barry C. Scheck
Debi Cornwall
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson St., 8th Floor
New York, NY 10013
**Attorneys for plaintiffs John Restivo
and Dennis Halstead**

Paul Casteleiro
200 Washington St., 5th Fl
Hoboken, NJ 07030

Anthony Grandinette
GRANDINETTE & SERIO, LLP

1

114 Old Country Rd., Suite 420
Mineola, NY 11501
**Attorneys for plaintiff John Kogut**

_____
Lou Freeman
Lee Ginsberg
Nadjia Limani
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

Michael Ferguson
Nassau County Attorney's Office
Ralph G. Caso Executive & Legislative
Building
One West Street
Mineola, NY 11501-4820
**Attorneys for defendants**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN KOGUT, | ) | **COURT EXHIBIT** |
| Plaintiff, | ) | 5 |
| v. | ) | |
| THE COUNTY OF NASSAU, et al., | ) | 06-CV-6695 (JS)(WDW) |
| Defendants. | ) | |
| JOHN RESTIVO and DENNIS HALSTEAD, | ) | |
| Plaintiff, | ) | 06-CV-6720(JS)(WDW) |
| v. | ) | |
| THE COUNTY OF NASSAU, et al., | ) | |
| Defendants. | ) | |

## STIPULATION

Following the discovery of Theresa Fusco's body on December 5, 1984 and prior to the March 26, 1985 interrogation of John Kogut, newspapers reported the following about the crime: (1) the body was located beside the Long Island Railroad tracks in an area on the north side of the tracks between Rockland Avenue and Park Place,[1] (2) the body was found nude and was covered with leaves beneath a wooden pallet,[2] (3) she had been strangled with a rope, wire, or similar object and had bruises on her neck and torso,[3][4] (4) and she had been sexually assaulted.[5]

Barry C. Scheck
Debi Cornwall
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson St., 8th Floor
New York, NY 10013
**Attorneys for plaintiffs John Restivo and Dennis Halstead**

---

[1] PX 174.
[2] *Id.*
[3] *Id.*
[4] PX 276.
[5] Px 174.

1

Paul Casteleiro
200 Washington St., 5th Fl
Hoboken, NJ 07030

Anthony Grandinette
GRANDINETTE & SERIO, LLP
114 Old Country Rd., Suite 420
Mineola, NY 11501
**Attorneys for plaintiff John Kogut**

Lou Freeman
Lee Ginsberg
Nadjia Limani
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

Michael Ferguson
Nassau County Attorney's Office
Ralph G. Caso Executive & Legislative
Building
One West Street
Mineola, NY 11501-4820
**Attorneys for defendants**

2

**_Kogut v. Nassau County, et al._, No. 06 CV 6695 (JS)**
**_Restivo & Halstead v. Nassau County, et al._, No. 06 CV 6790 (JS)**

## STIPULATION

The parties stipulate and agree that, if called to testify, Peter Weinstein would testify as follows:

1.  He was the Chief of the Appeals Bureau at the Nassau County District Attorney's Office ("NCDA") from 1991 until 2009.

2.  In 1994, when John Restivo, Dennis Halstead and John Kogut made motions for relief from their convictions based on the DNA testing, Mr. Weinstein became involved, along with others at the Nassau County District Attorney's Office, in review of the cases and in discussions about what response should be made to the motions for relief.

3.  The Appeals Bureau that Mr. Weinstein oversaw was also responsible for responding to requests for information pursuant to the Freedom of Information Law. While John Restivo, Dennis Halstead and John Kogut were still in prison, their lawyers made many such requests for information.

4.  To the best of Mr. Weinstein's knowledge, this information about the French car/striped jeans lead was never disclosed by the police to the prosecutors.

5.  In 2003, Denise Pavlides, who was working for Mr. Weinstein, went to either the police department or the medical examiner's office with lawyers for Mr. Restivo and Mr. Halstead to look for evidence in response to Freedom of Information Law requests. During this search they located an additional swab from Theresa Fusco; DNA testing was performed on this new evidence, which led to the NCDA's Office consenting to vacate the convictions of all three men.



COURT EXHIBIT

4

1

Dated: November 16, 2012
Central Islip, NY

Barry Scheck
Debi Cornwall
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson St., 8th Floor
New York, NY 10013
**Attorneys for plaintiffs John Restivo
and Dennis Halstead**

Paul Casteleiro
200 Washington St., 5th Fl
Hoboken, NJ 07030

Anthony Grandinette
GRANDINETTE & SERIO, LLP
114 Old Country Rd., Suite 420
Mineola, NY 11501
**Attorneys for plaintiff John Kogut**

Lou Freeman
Lee Ginsberg
Nadjia Limani
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

Michael Ferguson
Nassau County Attorney's Office
Ralph G. Caso Executive & Legislative
Building
One West Street
Mineola, NY 11501-4820
**Attorneys for defendants**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN KOGUT, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE COUNTY OF NASSAU, et al., | )   06-CV-6695 (JS)(WDW) |
| | ) |
| Defendants. | ) |
| | ) |
| JOHN RESTIVO and DENNIS HALSTEAD, | ) |
| | )   06-CV-6720(JS)(WDW) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE COUNTY OF NASSAU, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION

    At the beginning of the trial, on or about September 17, 2012, at the request of the Plaintiffs, Detective Hillman searched for the rope depicted in Plaintiffs' Exhibit 169-J and could find neither the rope nor any document reflecting what had happened to it.

Barry C. Scheck
Debi Cornwall
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson St., 8th Floor
New York, NY 10013
**Attorneys for plaintiffs John Restivo
and Dennis Halstead**

Paul Casolaro
200 Washington St., 5th Fl
Hoboken, NJ 07030

COURT EXHIBIT
3

1

Anthony Grandinette
GRANDINETTE & SERIO, LLP
114 Old Country Rd., Suite 420
Mineola, NY 11501
**Attorneys for plaintiff John Kogut**

Lou Freeman
Lee Ginsberg
Nadjia Limani
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

Michael Ferguson
Nassau County Attorney's Office
Ralph G. Caso Executive & Legislative
Building
One West Street
Mineola, NY 11501-4820
**Attorneys for defendants**

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN KOGUT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE COUNTY OF NASSAU, et al., | ) | 06-CV-6695 (JS)(WDW) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JOHN RESTIVO and DENNIS HALSTEAD, | ) | |
| | ) | 06-CV-6720(JS)(WDW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE COUNTY OF NASSAU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INSTRUCTION

The Nassau County Police Department has no record documenting any investigation of complaints made by attorney Theodore Robinson regarding the interrogation of John Restivo and other witnesses.

CT  # 2

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN KOGUT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE COUNTY OF NASSAU, et al., | ) | 06-CV-6695 (JS)(WDW) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| JOHN RESTIVO and DENNIS HALSTEAD, | ) | |
| | ) | 06-CV-6720(JS)(WDW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE COUNTY OF NASSAU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INSTRUCTION

The Nassau County Police Department has no record documenting any investigation of complaints made by attorney Theodore Robinson regarding the interrogation of John Restivo and other witnesses.

1

**COURT EXHIBIT**

10/16/2012

YOUR HONOR,   1

ON Oct. 16 AFTER MR. DEMPSEY'S TESTIMONY, IT WAS BROUGHT TO MY ATTENTION by JUROR'S NUMBER 2+3, THAT EITHER DURING OR AFTER his TESTIMONY, THE PLAINTIFFS (MORE THAN ONE) BECAUSE JUROR 2 OR 3 SAID "THEY", WERE OBSERVED "MOUTHING WORDS + giving THE fINGER TO MR. DEMPSEY". This BEHAVIOR WAS NOTICED by AT LEAST ONE OR MORE JUROR'S.

I PERSONALLY didN'T OBSERVE ANY OF THE ABOVE MENTIONED CONDUCT OF THE PLAINTIFFS. NOW I WONDER, if THEY REACT LIKE this TO A MAN with A GUN. WhAT would THEIR REACTION bE TO A JUROR if this CASE is decided AgAiNST THEM.?

RESPECTfULLY,
JUROR # 1