# EXHIBIT 1

POLYGRAPH SECTION - POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK

## CONSENT TO TAKE A POLYGRAPH EXAMINATION

RE: D.D # _Hom #2222-84_          Sheet # 3

Pg. Ex. # _111-25_      DATE _3/25/85_

I, _John Joseph Kogut_ ,

residing at _161 Traymore Blvd_ ,

_____

of my own free will, voluntarily and without being forced, do hereby consent and agree to submit to a polygraph examination, more commonly known as a "lie detector" test, being fully aware and understanding that I do not have to take this test and that once it is started, it will be stopped or discontinued at any time, should I wish to stop or leave.

Further, I have been informed by the polygraphist that I have the right to remain silent and that anything that I say may be used as evidence against me in court although the results of this examination, that is, the polygraphist's opinion resulting from this examination, will not be used as evidence against me in court.

Also, I have the right to talk to a lawyer before taking this test or before answering any questions, or to have an attorney present at any time. Further, if I can not afford to hire a lawyer, one will be furnished to me free of charge and I have the right to remain silent until I have had the opportunity of consulting with an attorney.

Having been informed of these rights, having had them read and explained to me and understanding these rights, I now wish to take the polygraph examination of my own free will, without consulting with an attorney at this time.

NASSAU COUNTY

000401

WITNESS.

_(signature)_

_(signature)_

_(SIGNATURE)_

STARTING TIME. _6.44 PM_

TIME FINISHED: _9.26 PM_

PLAINTIFF'S EXHIBIT 8

PLAINTIFF'S EXHIBIT NO. 8 FOR IDENTIFICATION DATE: 11/20/09 RPTR:

POLYGRAPH SECTION - POLICE DEPARTMENT, COUNTY OF NASS...

POLYGRAPH EXAM BACKGROUND FORM

ST: *1858*                                                                    Sheet # *4*

EXAM DATE: *3/25/85*  D.D.# *Gen. #2222-8* P.C.# *200-04*  P.E.# *111585*

NAME: *John T. Restivo* ADDRESS: *161 Traymore Blvd Is Card Park* AGE: *21*

BIRTH DATE: *11-29-63* NICKNAME: *None*   BIRTH PLACE: *Rockaway, LI*

FATHER (Living) *doesn't* (Dead)   RELIGION: *R/C*  PRACTICE: *—*

DATE (If Deceased) *—*   REL TRAINING AS CHILD: *—*

OCCUPATION: *doesn't know*   MOST RESPECTED: *myself*  LEAST: *the tone*

HOW DO YOU GET ALONG? *don't see him*  NO. YEARS EDUCATION: *10th grade*

MOTHER (Living) *doesn't* (Dead)   H.S. GRAD: *—*  TRADE SCHOOL: *—*

DATE (If Deceased) *—*   COLLEGE: *—*  MAJOR: *—*

OCCUPATION: *doesn't know*   LIVE N.Y. ___ NASSAU *since child* OTHER: ___

HOW DO YOU GET ALONG? *don't see her*  AVERAGE: SLEEP: *6-7*  FOOD: *3 x a day*

RAISED BY: *very familiar*   LAST: *6*  SMOKE: *—* POT: *—*

LIVE WITH PARENTS: ___   NARCOTICS (Use): *pot* ___ (Try) *all*

MARRIED: ___  DATE: ___   HABIT: *alcohol* HASH/PILLS/HEROIN: *coke*

SEPARATED/DIVORCED: ___   UNDER INFLUENCE TROUBLE: ___

ALIMONY: ___ ENGAGED: *—*   SERIOUS MEDICAL PROBLEMS: ___

WIFE'S OCCUPATION: *N/A*   (Heart): *good* (Emphysema): *—* PREGNANT: ___

HOW DO YOU GET ALONG? *N/A*   (Asthma): *—* (Lung Prob.): ___

COMMON LAW: *—*   (Epilepsy): ___ (Blackouts): *—*

(GIRL/BOY FRIEND: *—*   (Lose Consciousness): *—* (Nerves): ___

GO OUT MUCH: *once 2x a week*   (Head Ringing/Buzzing): *—* (Ulcers): ___

CHILDREN (Boys) AGES: ___   ANY PILLS OR Rx: ___ TRANQUILIZERS: ___

(Girls) AGES: ___   LAST 8 hrs: ___ LAST 24: ___

CHILDREN AT HOME: *lives with sister*  CONTEMPLATE SUICIDE: ___ ATTEMPT: ___

EMPLOYED: *—* *Frank Beatini*  PSYCHIATRIST/(PSYCHOLOGIST) ___

POSITION: *landscaper*   EVER THINK YOU NEEDED TO SEE ONE: ___

HOW LONG? *2 weeks* SALARY: *200 cash*  OBSERVATION: ___

THINK OF WORK: *good* PAY: *good*   MENTAL INSTITUTE: ___

BOSS: *good* OTHER INCOME: *none*  LOANS/DEBTS (Amts.$ *1,500* WHERE: *loan*

LAST JOB: ___ REASON: *laid off*  WHY? ___ BEHIND: *loan*

MILITARY: ___ BRANCH: *—*   KIND OF GAMBLING: *card*

DATES: ___ DISCIPLINARY: ___   HOBBIES: *sports* PASTIMES: *sports*

DISCHARGE: ___   HOW FEEL ABOUT TEST? *OK* EVER TAKE: ___

WHY ARE YOU TAKING IT? ___

ORGANIZATIONS: ___

BEST THING: *my lady* WORST: *twist sister*

*NASSAU COUNTY*

WHAT ELSE SHOULD I KNOW ABOUT YOU?

*923 Hes* FI: *000402*

# EXHIBIT 2

IP5209

8A

PLAINTIFF'S EXHIBIT
8-A

PLAINTIFF'S EXHIBIT
6.15.10 TEU

Sheet # 1

**POLYGRAPH EXAMINATION QUESTION SHEET — POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK**

NAME: _John J. Kogut_  AGE: _21_  ADDRESS: _161 Trafalgar Blvd, Island Park, N.Y._

EXAM DATE: _March 25, 1985_  DD #: _____  Hom. # _2222-85_  P.E. #: _200-84_  P.E. #: _111-85_  Subject's Answer:

| # | Question | Answer |
|---|----------|--------|
| 1 | ~~KEY TIME~~ Do you live in the United States? ~~IS YOUR NAME JOHN~~ ~~ARE YOU SITTING DOWN~~ | yes |
| 2A | About _____ do you intend to answer each question with the truth? | |
| 2D. | About pills, medication or drugs taken in the past 8 hrs, are you deliberately withholding information from me? | |
| 3 | Do you know for sure who~~ murdered Theresa Fusco?~~ | ? |
| 4. | | ? |
| 5 | Did you murder Theresa Fusco? | yes |
| 6 | Are you the one who had sex with Theresa Fusco just before she was murdered? | yes |
| NDC | | ? |
| 7 | Did you strangle Theresa Fusco to death? | ? |
| 8R | | ? |
| 8 | Did anyone tell you who murdered Theresa Fusco? | no |
| 11 | About _the murder of Theresa Fusco,_ are you now deliberately witholding any information? | yes |
| 11A | About _____ Have you now told the entire Truth? | |

Mixed Order: _3T-11-6-8K-10-5-3T-3K-6-9-10-8K-1_

T#1: _____

T#3: _____

QUESTIONS TROUBLED: T#4: _____

QUESTIONS REMEMBERED: _____

# EXHIBIT 3

POLYGRAPH SECTION – POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK

### CONSENT TO TAKE A POLYGRAPH EXAMINATION

RE: D.D # _Hom. #2222-84_          Sheet # 3

Pg. Ex. # _111-85_          DATE 3|25|85

I, _John Joseph Hoguit_ ,

residing at _161 Traymore Blvd_ ,

_____ ,

of my own free will, voluntarily and without being forced, do hereby con-
sent and agree to submit to a polygraph examination, more commonly known
as a "lie detector" test, being fully aware and understanding that I do not
have to take this test and that once it is started, it will be stopped or
discontinued at any time, should I wish to stop or leave.

Further, I have been informed by the polygraphist that I have the right to
remain silent and that anything that I say may be used as evidence against
me in court although the results of this examination, that is, the poly-
graphist's opinion resulting from this examination, will not be used as
evidence against me in court.

Also, I have the right to talk to a lawyer before taking this test or be-
fore answering any questions, or to have an attorney present at any time.
Further, if I can not afford to hire a lawyer, one will be furnished to me
free of charge and I have the right to remain silent until I have had the
opportunity of consulting with an attorney.

Having been informed of these rights, having had them read and explained
to me and understanding these rights, I now wish to take the polygraph
examination of my own free will, without consulting with an attorney at
this time.

NASSAU COUNTY

000401

WITNESS.

_P. W. Duke_

_Detective G. Davis_

_John J. Hoguit_
(SIGNATURE)

STARTING TIME. _6.44 PM_

TIME FINISHED: _9.26 PM_

PLAINTIFF'S EXHIBIT
8

PLAINTIFF'S
EXHIBIT NO. 8
FOR IDENTIFICATION
DATE 1/20/09   RPTR

POLYGRAPH SECTION - POLICE DEPARTMENT COUNTY OF NASSAU
POLYGRAPH EXAM BACKGROUND FORM

Sheet # 4

ST: 1858

EXAM DATE: 3/25/85  D.D.# Han.  #2222-87 P.C.# 200-85  P.E.# 111585

NAME: John T. Kogut  ADDRESS: 161 Traynore Blvd  ISCook Port  AGE: 21

BIRTH DATE: 11-29-63  NICKNAME: None  BIRTH PLACE: Rockway, LI

FATHER (Living) doesn't (Dead)  RELIGION: R/C  PRACTICE: +

DATE (If Deceased)  REL TRAINING AS CHILD: +

OCCUPATION: doesn't know  MOST RESPECTED: myself  LEAST: three

HOW DO YOU GET ALONG? didn't raise  NO. YEARS EDUCATION: 10th grade

MOTHER (Living) doesn't know (Dead)  H.S. GRAD: —  TRADE SCHOOL: —

DATE (If Deceased) +  COLLEGE: —  MAJOR: —

OCCUPATION: doesn't know  LIVE N.Y. ___ NASSAU: ___ OTHER:

HOW DO YOU GET ALONG?  AVERAGE: SLEEP: 6-7  FOOD: ___ ALCOHOL:

RAISED BY: many families  LAST: 6  SMOKE: +  POT: +

LIVE WITH PARENTS: —  NARCOTICS (Use): yes  (Try): all

MARRIED: ___ DATE: —  HABIT: alcohol HASH/PILLS/HEROIN:

SEPARATED/DIVORCED: —  UNDER INFLUENCE TROUBLE:

ALIMONY: ___ ENGAGED: +  SERIOUS MEDICAL PROBLEMS:

WIFE'S OCCUPATION: N/A  (Heart): good (Emphysema): — PREGNANT:

HOW DO YOU GET ALONG? N/A  (Asthma): ___ (Lung Prob.):

COMMON LAW: +  (Epilepsy): ___ (Blackouts):

GIRL/BOY FRIEND: +  (Lose Consciousness): ___ (Nerves):

GO OUT MUCH: once-twice a week  (Head Ringing/Buzzing) ___ (Ulcers):

CHILDREN (Boys) AGES: —  ANY PILLS OR R.___ TRANQUILIZERS: —

(Girls) AGES: 1  LAST 8 hrs ___ Last 24:

CHILDREN AT HOME: live w/ older sister  LAST TO M.D. ___ WHY?

EMPLOYED: + Frank Bertini  CONTEMPLATE SUICIDE: ___ ATTEMPT: —

POSITION: Landscaper  PSYCHIATRIST/PSYCHOLOGIST

HOW LONG? 2 weeks SALARY: 200 cash  EVER THINK YOU NEEDED TO SEE ONE: —

THINK OF WORK: good PAY: good  OBSERVATION:

BOSS: good OTHER INCOME: none  MENTAL INSTITUTE:

LAST JOB:  REASON: laid off  LOANS/DEBTS (Amts.): 4,500 WHERE:

MILITARY: ___ BRANCH: — N  WHY? ___ BEHIND: loan

DATES: ___ DISCIPLINARY —  KIND OF GAMBLING: Cards

DISCHARGE: —  HOBBIES: sports PASTIMES: sports

ARRESTED: + FINGERPRINTED: +  HOW FEEL ABOUT TEST? OK EVER TAKE: —

NO. TIMES: 7-8 X CHARGE:  WHY ARE YOU TAKING IT?

TRAFFIC: —  MOST TROUBLE  ORGANIZATIONS: —

WARRANTS: ___ (J.D.)  BEST THING: my lady WORST: lost sister

POLICE  PAROLE/PROB.  NASSAU COUNTY

WHAT ELSE SHOULD I KNOW ABOUT YOU?

FI: 000402

POLYGRAPH SECTION
POLICE DEPARTMENT
COUNTY OF NASSAU

`F # 200 15 84`

P.E #: _III_ ___19_85

NAME _John Kogut_    POLYGRAPH EXAM GESTURE & CHECK LIST    DATE. _3/25/85_

|  | TRUTH | LYING | INDEF. |  |  |
|---|---|---|---|---|---|
| CASE FACTS: |  | ✓ |  | GESTURES |  |
| ARRIVAL: |  |  |  | LOOKS AWAY: | ✓✓ |
| KNOW WHY/DHT3: |  | ✓ |  | LOOKS UP/DOWN: |  |
| PERMISSION FORM. |  |  |  | WETS THE LIPS: |  |
| COMMENTS. | ✓ |  |  | SWALLOWS: |  |
| BACKGROUND FORM: | ✓ |  |  | ASKS FOR H2O: |  |
| OBSERVATION: |  |  | ✓ | BITES THE LIPS: |  |
| GESTURES: (see rt. col.) |  |  | ✓ | BITES NAILS: |  |
| HEART & YOU: |  |  |  | MOVES/TAPS HANDS: |  |
| KNOWLEDGE SUSPICION: |  |  |  | SCRATCHES HEAD: |  |
| KNOW TRUTH/ G.C.: | ✓ |  |  | MOVES ELBOWS: | ✓ |
| THINK or PLAN: |  |  |  | CROSSES LEGS: |  |
| F.P./BORROW/INVENTORY: |  |  |  | MOVES/SHUFFLES FEET: |  |
| KNOWN LIE (XIQ 6 & 10): |  |  |  | TAPS FEET: |  |
| T # 1: |  |  |  | LINT PICKER: |  |
| T # 2: |  |  |  | BLUSHES: |  |
| T # 3: |  |  |  | EYES TWITCH: |  |
| T # 4: |  |  |  | HANDS SWEATING: | ✓ |
| PEAK OF TENSIONS: |  |  |  | VOICE SHIFTS: |  |
| QUESTIONS REMEMBERED: |  |  |  | FORCED LAUGHTER |  |
| QUESTIONS TROUBLED: |  |  |  | VERY UNEASY: | ✓ |
| ADD L.K.L. ADMISSIONS: |  |  | ✓ | UNCOOPERATIVE: |  |
| WHAT SHOW: |  |  |  | TAKES OFF ATTACH: | ✓ |
| OTHER STATEMENTS: |  | ✓ |  | JUMPS OUT OF SEAT AFTER TEST: |  |
| INTERROGATION: |  |  |  | OTHER: |  |
| RE-EXAM EXPLANATION: | ✓ | ✓ |  |  |  |
| MISCELLANEOUS: |  |  |  |  |  |
| FINAL OPINION: | (T) | (L) | (I) |  | 7-8 |

000 403

Nassau County

M-U-r'e)/or Br car Die no

POLYGRAPH EXAMINATION CARD

| SURNAME: KOGUT, | FIRST NAME: John | INITIAL: J. | RE-EXAM: YES ☐ NO ☒ | EXAMINATION NO: 111-85 |
|---|---|---|---|---|
| ADDRESS: 161 Traymore Blvd., Island Park, New York | | | | FILE NO: 200-84 |
| AGE: 21 | DATE OF BIRTH: 11-29-63 | PLACE OF BIRTH: Rockaway, New York | | DETECTIVE DIVISION NO: Hom. # 2222-84 |
| CRIME CLASSIFICATION: HOMICIDE MURDER | | DATE OF OCCURRENCE: Body Found Wed., Dec. 5, 1984 1600 | ☐ DEFENDANT ☐ COMPLAINANT ☐ OTHER: | ☒ SUSPECT ☐ WITNESS |
| SEX: Male | COLOR: White | OCCUPATION: Landscaper | | DETECTIVE ASSIGNED: Joseph VOLPE |
| DATE & TIME EXAMINED: 3-25-85 1844-2126 | | POLYGRAPHIST: Milton G. Gruber | | OBSERVER: M. CONNAUGHTON & DIEHL |

OPINION:

EXAM RE:  J. KOGUT was afforded a polygraph examination to determine if he had any knowledge of or involvement in the strangulation murder of Theresa FUSCO, age 16 years, who's nude and raped body was found covered with wooden pallets neat the LIRR tracks at Park Place and Rocklyn Ave., Lynbrook, New York.  J. KOGUT is friendly with two other suspects in this case, John RESTIVO and Dennis HALSTEAD.

OPINION:    LYING:  J. KOGUT answered several of the relevant crime questions with deceptive (Lying) responses, and stated that he was aware of his breathing responses throughout this examination, which altered some of the chart responses.  During an interview with Homicide Squad detectives after this examination, J. KOGUT gave full admission to this murder.

Room 222, Ultrascribe

RE-EXAM:
☐ RECOMMENDED
☐ NOT RECOMMENDED
☒ NOT REQUIRED

PDCN 276-4/75

POLYGRAPHIST'S SIGNATURE: Milton G. Gruber
Detective

NASSAU COUNTY

000404

POLYGRAPH WORKSHEET —    POLICE DEPARTMENT COUNTY OF NASSAU, NEW YORK — Shee...

Note to Investigating Detectives  Please complete this informal worksheet & return it to Polygraph with a copy of the PDCN Form 32, a copy of any applicable statements and a copy of any other pertinent information. This form is intended to assist us to properly formulate our test questions. You need not duplicate any information covered already on the copies you are providing us with, and if you will be accompanying the subject to Headquarters, you may complete this form at that time. Only one form need be submitted per case even if more than one subject is to be tested. Please return to us prior to the date of appointment.    Command Post #: 887-9916

| YOUR INVESTIGATION CLASSIFICATION: HOMICIDE (Murder) | D.D. No: 5-5201-1984 |
| DAY OF WEEK, DATE & TIME OF OCCURRENCE: within the 1st found about 1600 Wed., Dec. 5, 1984 | Homicide    SQUAD No. 2222-1984 |
| LOCATION OF OCCURRENCE: a wooded area — found North side of the LIRR tracks between Park Place and Rocklyn Avenue Inc. V. of LYNBROOK, NY | ANY ARREST No. ASSIGNED?: |
| TYPE PREMISE/DOING BUSINESS AS  2145 Victim has been missing since Nov. 10th. (1st seen leaving HOTSKATES when she | DETECTIVE INVESTIGATING:  Joe VOLPE, Homicide |
| YOUR COMPLAINANT OR VICTIM & ADDRESS: worked on Sat Theresa FUSCO, F-W-16, H.S. Student of ___ ___, Lynbrook | DETECTIVE PRESENT FOR TEST/OBSERVING (To be filled in by Polygraph Unit)  Joel KITCHELL, 5th |
|  | POLYGRAPH FILE No:  200-of91984 |
|  | POLYGRAPH EXAM No.  376-of-1984 |
| LOSS w/VALUE and/or VICTIM'S INJURIES: strangulation by ligature; Victim found nude, her body lying under some wooden pallets, lying face down. A slight amount of decomposition had taken place. | POLYGRAPHIST:  E. J. Couture |
| PLEASE LIST ANY SUSPECTS Boyfriend for elimination. | PLEASE LIST ANY CONFIDENTIAL INFORMATION OR FACTS ABOUT CRIME OF WHICH SUBJECT IS NOT AWARE — FOR POSSIBLE USE IN CONSTRUCTION OF A PEAK-OF-TENSION TEST.  3 Rings (2 from one hand & one from the other); a Necklace & a bracelet are all missing from decd., along with clothes. |
| ANY VEHICLE USED or INVOLVED?  rumor of a white VAN(?) |  |
| ANY WEAPON USED or DISPLAYED? | This form completed by:  EJC |
| LIST ANY WITNESSES:  Jewelry missing from decd.: 2 rings 1 chain Necklace w/ heart Gold chain w/ unicorn |  |
| LIST PERSONS YOU WANT TO BE EXAMINED: 1. Matthew WILSON, 16, M-E.    3. 2.                                        4. | NASSAU COUNTY  00405 |

BRIEF SYNOPSIS OF YOUR INVESTIGATION and WHY SUBJECT(S) ARE BEING TESTED?

   Victim found by two boys, Andrew TURCI and Marcelo BAEZ, 14, who ntfd. people in the Village Deli. The clerk came out, took a look, and ultimately called the police.
   Matthew WILSON met dec'd at HOTSKATES in Lynbrook, just prior to start of school. He says he was just friends, xxxxxxx her side. xxxxxxxfamily says he was her boyfriend (he used to see her every wed. night at HOTSKATES
   WILSON claims that a few days ago he heard from a friend of his KANE, who said he had heard a rumor that Theresa had been strangled in Hempstead. He said he heard that she had been with a boyfriend in a white van in Hmpstead - another rumor.    (from another friend/friend) Rob BAKER - ?)

MISSING, 2 RINGS, 1 GOLD CHAIN WITH HEART  GOLD CHAIN WITH UNICORN
Don't BELIEVE she was killed there but at some time

Sheet # 2

POLYGRAPH EXAMINATION QUESTION SHEET — POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK

NAME: _Jester J. Kogut_ AGE: 21 ADDRESS: 161 Thorngate Blvd, Island Park N.Y.

EXAM DATE: March 25, 1985 DO #: Hom # 2222-85 P.E. #: 200-84 P.E. #: 111-85

|  |  | Subject's Answer |
|---|---|---|
| 1 | Do you XXXXlive you live in the United States? XXXXXXXXXXX XXXXXXXXXXXXXXX | yes |
| 1A. | About _____ do you intend to answer each question with the truth? | |
| 20. | About pills, medications or drugs taken in the past 8 hrs., are you deliberately withholding information from me? | |
| 2F | Did you personally tell Ralph Westphal you killed Theresa Fusco? | yes |
| 2K | _Jus pic true o says_ Do you know for sure who — Murdered Theresa Fusco? | no |
| 2b. | | |
| 3 | Did you murder Theresa Fusco? | no |
| 4 | (B4THTMA) During your entire life, do you now remember hurting even one other person? | yes |
| 4R | Are you the one who had sex with Theresa Fusco just before she was murdered? | no |
| 6mt. | | |
| 7 | Did you strangle Theresa Fusco to death? | no |
| 6R | (B4THTMA) During your entire life, do you now remember committing even one other crime? | yes |
| 7K | Did anyone tell you who murdered Theresa Fusco? | no |
| 7H | About the murder of Theresa Fusco, are you now deliberately witholding any information? | |
| | _About_ _____ Have you now told the entire Truth? | |
| | | |
| | Mixed Order: 3T-11-6-8K-10-5-3T-3K-6-9-10-8K-1 | |
| | | |
| | | |
| | QUESTIONS TROUBLED: T#1: | |
| | T#3: | |
| | T#4: | |

QUESTIONS REMEMBERED:
_Answers yes,_
3T — 5 — 3K — Buy but of

# EXHIBIT 4

1              THE WITNESS:        Yeah, I understand.

2              MR. CASTELEIRO:        If I ask you a

3     question that you don't understand, I would ask that you

4     please tell us that you don't understand the question.

5     Because if you answer the question and it's not

6     understandable, it's going to be recorded and it's going

7     to be as your testimony is.  Even though it's incorrect

8     you will not be able to correct it.  Do you understand

9     that?

10             THE WITNESS:        Okay.

11             MR. CASTELEIRO:        It is as though we're

12    in a courtroom, okay, this way in the future if you tend

13    to use this in a courtroom.  Do you understand that?

14             THE WITNESS:        Yes.

15             MR. CASTELEIRO:        It will save you a

16    trip from coming into the courthouse.

17             THE WITNESS:        Yes.

18        Q        Currently, you're retired Mr. Meyers?

19        A        I'm retired.

20        Q        What did you do when you worked?

21        A        I was a special agent with the FBI.

22        Q        For how long were you a special agent with the

23    FBI?

24        A        Twenty one -- twenty one years, and I had time

25    before that as a clerical employee.  So, overall, I had

1          thirty years altogether with the FBI.

2               Q     You were a clerical employee with the FBI for

3     eight or nine years?

4               A     About eight years.

5               Q     Then you became a special agent?

6               A     Right.

7               Q     Your duties as special agent, what were they?

8               A     To investigate laws of the United States.

9               Q     Violations of the law?

10              A     Violations of the law.

11              Q     Would it be fair to say that as an agent you

12    were actively investigating cases?

13              A     That's true.

14              Q     You did that for approximately twenty one

15    years?

16              A     Yes.

17              Q     Where were you based as an FBI agent?

18              A     Well after I went to training school my first

19    office was Detroit and then I was sent down to the second

20    office which was New Orleans and then I was sent over to

21    Biloxi, Mississippi, that was my third office.  Then I

22    eventually came back to New York.  I was gone for six

23    years.

24              Q     For six years you were in Detroit, New Orleans

25    and Biloxi --

1      A      Right, then I came back to New York.

2      Q      The majority of your time as an investigating

3   agent with the FBI was spent in New York?

4      A      That's correct.

5      Q      Approximately fourteen years or so?

6      A      Until I retired.

7      Q      What year did you retire?

8      A      1977.

9      Q      Was there a reason for your retirement?

10      A      It was mandatory retirement because of my age.

11   That was the same with all ages.  As they hit fifty five

12   they had to retire.

13      Q      In 1977 you hit the age of fifty five and you

14   retired, mandatory?

15      A      Right, right.

16      Q      Are you married?

17      A      Yes, I am.

18      Q      To whom are you married?

19      A      Lena Meyers.

20      Q      Do you know John Restivo?

21      A      Yes, I know him, yes.

22      Q      How do you know John Restivo?

23      A      I met him through my wife and her sister,

24   Frieda.  He would be a nephew to Lena and he would also be

25   my nephew.

1          Q     Lena is your wife?

2          A     Yes.

3          Q     Lena and Frieda are sisters?

4          A     Sisters, that's correct.

5          MS. BEN-SOREK:   Objection to the form of the

6  question.

7          Q     Let's go back to 1984?

8          A     Okay.

9          Q     In or around November of 1984?

10         A     Okay.

11         Q     What is Frieda's last name?

12         A     Her last name?

13         Q     Yes.

14         A     Restivo.

15         Q     In November of 1984 where was Frieda Restivo

16  living?

17         A     At 13 Doxy Place in Lynbrook, New York.

18         Q     Did she live there with anyone, if you know?

19         A     No, no, her husband had died in January of

20  1984 her husband Joe, who was with the Nassau County

21  Police Department as a sergeant.  He had died of a heart

22  attack in January of 1984.  She was living alone with her

23  boys. She has three sons.

24         Q     What are her three son's names?

25         A     John, Charles and Joey -- Joseph.

1        Q    How long have you known Frieda Restivo and her

2    sons?

3        A    I met them for the first time through Lena in

4    1975.

5        Q    Do you recall the date of November 10, 1984?

6        A    Yes, I do.

7        Q    You have previously testified about this

8    entire incident, correct?

9        A    Yes -- right -- that's true.

10        Q    You testified in 1987 at John Restivo's trial,

11    correct?

12        A    Yes, I did.

13        Q    You testified in 2005 at John Kogut's trial,

14    correct?

15        A    That correct.

16        Q    Can you tell us where you were at

17    approximately 7:00 p.m. on November 10, 1984?

18        A    Well my wife and I left here in our car to go

19    over to meet with Mrs. Restivo to go out for dinner.

20        Q    Where did you go to meet her?

21        A    Where did we go?

22        Q    Where did you go to meet her?

23        A    We went to the house first and then we picked

24    her up and then we went to Captain Steve's Restaurant.

25        Q    When you say you went to the house, you went

Esquire Deposition Services

16

1          to her house at 13 Doxy Place in Lynbrook?

2                    A     Yes, that's correct.

3                    Q     In Lynbrook?

4                    A     Yes, that's correct.

5                    MS. BEN-SOREK:    Objection to the form,

6          leading.

7                    Q     When you went to 13 Doxy Place, did you go

8          into the house?

9                    A     We went into the front door, right -- the

10         front of the house.

11                   Q     Did you see anybody there?

12                   A     No, there was nobody there but herself.  But

13         her son Charles was downstairs with his girlfriend.  They

14         were in the basement.  And then I understand Frieda called

15         them down there and said, "Aunt Lena and Uncle Frank are

16         here.  They want to talk to you."  So, he come up by

17         himself because he was due to go to prison next week.  We

18         had missed his birthday.  His birthday was on November

19         the 7th, and we had missed his birthday.

20                         We had not seen him for his birthday.  He come

21         up and we were talking and everything.  We had wished him

22         a happy birthday.  We had knew he was leaving the

23         following week, around the 14th of November, he was

24         leaving to go to prison.

25                   Q     Can you tell me why you went over to the house

Esquire Deposition Services

1       on November 10, 1984?

2               A       Why we went over there?

3               Q       Yes.

4               A       To go out to dinner with Mrs. Restivo.

5               Q       With Frieda Restivo?

6               A       Yes, the three of us.

7               Q       Did you see Charles there that day?

8               A       Yeah, I saw him that day.  He'd come upstairs.

9       He was down in the basement, but he'd come upstairs.

10              Q       Did you speak to him?

11              A       Yes, we did.  We asked him if he and his

12      girlfriend wanted to join us for dinner.  He said, "No, we

13      had some other plans.  We don't know what we're going to

14      do, but we're going to be here."

15              Q       How long did you stay there?

16              A       At the house?

17              Q       Yes.

18              A       I would say maybe ten or fifteen minutes,

19      maybe.

20              Q       Then did you leave?

21              A       Then we left in my car.

22              Q       Who left?

23              A       Mrs. Restivo, my wife and myself, the three of

24      us.

25              Q       Where did you go?

Esquire Deposition Services

18

1         A      We went to Captain Steve's.  That's a

2    restaurant on Atlantic Avenue in Franklin, Lynbrook.

3         Q      How far away is that from 13 Doxy Place?

4         A      Less than five minutes.

5         Q      How long would you say that you were in the

6    house when you first entered?

7         A      I would say fifteen minutes the most.

8         Q      You said you went to Captain Steve's?

9         A      Yeah, that was the name of the restaurant.

10        Q      Did you have dinner there?

11        A      We had our dinner there, yeah.

12        Q      How long were you there?

13        A      We were there until approximately ten thirty,

14   a quarter to eleven.  Then we left.  We paid our check and

15   we left.

16        Q      You got there but you drove there, correct?

17        A      We drove there yeah.

18        Q      You obviously drove back?

19        A      We drove back.

20        Q      Who was driving?

21        A      I did, I did the driving.

22        Q      At approximately what time now did you leave

23   Captain Steve's?

24        A      I would say maybe about a quarter to eleven,

25   approximately a quarter to eleven.

1      Q      Where did you go when you left Captain

2   Steve's?

3      A      We'd come right back to her house.

4      Q      By her house you mean?

5      A      Yeah, to 13 Doxy Place.

6      Q      Frieda Restivo's house?

7      A      Yeah, Restivo's house.

8      Q      What did you do when you arrived there, if

9   anything?

10      A      Well we started to go into the front door and

11   she realized that she didn't bring her keys with her.  She

12   had her locks changed recently and she didn't bring her

13   keys with her.  She said we're going to have to walk

14   around the house and go in the back way, which we did.

15      Q      Is there a front door to the house?

16      A      The front door, yes.

17      Q      Did you approach the front door?

18      A      We did, but that's when she realized she

19   didn't have her key with her.

20      Q      Did you actually get to the door?

21      A      Just about to the front of the door, but

22   that's when she realized that she didn't have the key.  So

23   we turned around and we had to go around the back.

24      Q      How did you get to the back?

25      A      We walked there through the driveway.

Esquire Deposition Services

20

1      Q      The driveway is on the side of the house?

2      A      Yeah, it runs along the side of the house,

3      right.

4      Q      I'm going to show you what's been marked as

5      PK1 for identification.  I'm going to ask you whether you

6      can identify that.

7      A      Yes, that's the Restivo house, 13 Doxy Place.

8      Q      Can you describe the house a little bit for

9      me?

10     A      Yeah, well it has a front door.  It has a top

11     --

12     Q      It has a porch, does it not?

13     A      There's a porch in the front.

14     Q      When you went to the front of the house when

15     you came back that night from Captain's Steve, did you go

16     up to the porch?

17     A      Right, when you go up into the house, you have

18     to go up to the porch.

19     Q      You went on the porch and you turned around

20     and you left?

21     A      Right, that's when she realized that she

22     didn't have her key to get into the front.

23     Q      Looking at that picture does it show the

24     drivway?

25          MS. BEN-SOREK:    Objection.

1       A       Yes, it does.

2       Q       Where is the driveway?

3       A       The driveway is located right next to the

4       house, to the right of the house.

5       Q       It's on the right-hand side of that photo?

6       A       Right.

7       Q       Is that the driveway you walked down?

8       A       That's the same driveway, yeah.

9       Q       When you say you walked, did Frieda Restivo

10      walk down?

11      A       Yeah.

12      Q       Did you walk down?

13      A       Yeah.

14      Q       Did your wife walk down?

15      A       We all did.  The three of us did.

16      Q       I'm going to show you what has been marked as

17      PK2 and asked whether or not you can identify that

18      photograph?

19      A       Okay, this is the side of the house -- the

20      driveway.

21      Q       That's the same driveway you walked down from?

22      A       That's the same driveway we were down.  I

23      might want to preference by saying that when we walked

24      down the driveway to get to the back of the house, we

25      noticed her car was in the driveway, was in the middle of

Esquire Deposition Services

```
 1          the driveway.

 2                 Q      When you say the middle of the driveway, what

 3          does that mean?  How far would it be?

 4                 A      Well I'd say about fifteen, twenty feet.  She

 5          had left the car out for her son Charlie, in case he

 6          decided he wanted to go out that night, and she left the

 7          car there.

 8                 Q      There is a trash can there.  Where was the car

 9          relative to that garbage can that sits there?

10                 A      I'd say about the middle of the driveway.

11                 Q      It's passed the porch?

12                 A      Pass the porch, yeah.

13                 Q      It had been driven in far enough where the

14          back end of the car was pass the porch?

15                 A      Yeah.

16                 Q      Was the back end of the car pass the porch?

17                 A      Yes, it was.

18                 Q      How did you get down the driveway?

19                 A      We walked.  We walked down the driveway.

20                 Q      Do you know whether you walked down the right

21          of the car or to the left of the car?

22                 A      We walked to the left of the car.

23                 Q      Towards the house?

24                 A      Toward the house -- toward the garage -- do

25          you see how the garage is at the end of the driveway --
```

Esquire Deposition Services

1     two car garage.

2          Q    I'm going to show you what has been marked as

3     PK3 for identification.  I will ask you if you can tell us

4     what that is.

5          A    This is the front of the house 13 Doxy Place,

6     and it's just a house.  There's no driveway here, at least

7     in this picture.

8          Q    That is the front entrance depicted in the

9     picture?

10         A    That's the entrance that we went in when we

11    first got there.  She was in the house and she opened the

12    door for us when we first got there.

13         Q    When you got down to the end of the driveway

14    did you see anything?

15         A    Yes, we saw two cars in front of the garage,

16    two-door garage.  We saw two cars, one was a van.

17         Q    What was the other one?

18         A    The other one was just a regular car, one of

19    their regular cars.

20         Q    If I'm not mistaken, there was a car in the

21    driveway, and there was a car --

22         A    Mrs. Restivo's car was in the driveway.

23         Q    Then there was two vehicles --

24         A    Two cars in the front.

25         Q    What do you mean in the front?

Esquire Deposition Services

24

1       A     In front of the garage.

2       Q     In front of the garage?

3       A     Right.

4       Q     In PK1 can you see the garage?

5       A     (No verbal response.)

6       Q     If you can see the garage can you tell us

7   where that is?

8       A     Yeah, you can see the garage from where we

9   were.  If you were walking up the driveway, you can see

10  the garage in front of us.  It was in front of us, the

11  two-door garage.

12      Q     Can you write the letter G where the garage

13  is?

14      A     What do you want?

15      Q     I would like you to write the letter G?

16      A     On top of the garage?

17      Q     Yes, where the garage is.

18      A     (No verbal response.)

19      Q     Did that come through?

20      A     Yeah.

21      Q     I want you to put it on the garage?

22      A     Oh, on the garage.

23      Q     I will give you pad to make it a little easier

24  for you.  Is that coming out?

25      A     Yeah, a little light but it's on there

25

```
1              (indicating).

2              Q     Here's a better marker that you can make

3        visible it with that, okay?

4              A     Okay, okay.

5              Q     Mr. Meyers you put a letter G above on the

6        white structure there above the car, correct?

7              A     Yeah.

8              Q     That's where the garage is?

9              A     That's where the garage is, right.

10             Q     In PK2, I want you to put an "x" where the

11       back end of the car was in the driveway, okay?

12             A     The back end?

13             Q     Yes, the back end.

14             A     Of the garage?

15             Q     No, the back end where the car was that you

16       say was parked in the driveway.

17             A     Yeah -- her car or the car --

18             Q     Yes, the car you said was in the driveway.

19             A     In the driveway, that was her car -- that was

20       her in car.  You want an "x"?

21             Q     An "x" where that was, please.

22             A     Okay.

23             Q     Mr. Meyers, I want to show you a photo that

24       has been marked as PK4.  I will ask you to take a look at

25       that and tell us does that depict the garage that you
```

Esquire Deposition Services

1          A      The van was right in front, and it was blue in

2    color and the front two wheels were up on cinder blocks.

3          Q      The van, there are two bays to that garage,

4    right?

5          A      Right, right.

6          Q      Was the van parked on the right-hand or the

7    left-hand side --

8          A      The left --

9          Q      Was it the right bay or the left bay, looking

10   at that?

11         A      The left bay?

12         Q      The left bay, looking at that?

13         A      The left bay.

14         Q      Where in this picture it appears that there is

15   a station wagon with a tire on the rear bumper?

16         A      (No verbal response.)

17         Q      Is that correct?

18         A      Yeah I see that, yeah, yeah.

19         Q      Is that where the van was?

20         A      The van was there.  That's where the van was.

21         Q      In that photo the van's not depicted?

22         A      Right.

23         Q      Where was the van?

24         A      The van was parked in front of the bay --

25   outside of the bay, but in front there.

Esquire Deposition Services

1          Q      Was the van in a similar spot to where that

2      station is in PK4?

3                 MS. BEN-SOREK:      Objection.

4          A      Yes, that would be it.

5          Q      It was?

6          A      Yeah.

7          Q      Could you put a "v" where the van was?

8          A      You want it on the car?

9          Q      Where ever the car was, yes, if it's on the

10     car.  It's on the car.  Where ever it was, alright?

11         A      Okay.

12         Q      That's pretty hard to see.  Can you make the

13     "v" a little bigger?

14         A      Sure.

15         Q      Can you make it longer?

16         A      Is that better?

17         Q      Somewhat better, let me see.  You said the van

18     was up on blocks?

19         A      Cinder blocks, two cinder blocks, in the

20     front.

21         Q      The back wheels were not up on cinder blocks?

22         A      No, just the front wheels were on the cinder

23     blocks.

24         Q      You saw this van when you walked down the

25     driveway?

Esquire  Deposition  Services

1         A      That's correct, yeah.

2         Q      What did you do once you walked down the

3    driveway?

4         A      Mrs. Restivo used to have the back illuminated

5    because she was afraid of people breaking into her house

6    as much as her husband was deceased.  She had installed --

7    he had installed illuminating lights in the back, so it

8    was geared up like the daytime.  It was that much light,

9    so you can see what we were talking about.

10        MS. BEN-SOREK:    Objection, non-responsive.

11        Q      When you walked to the back down the driveway,

12   where did you go?

13        A      (No verbal response.)

14        Q      Where did you go once you walked down the

15   driveway?

16        A      We went right up to the car and we looked at

17   the car -- the van -- and Mrs. Restivo made the remarks,

18   "I wished my sons would get this car fixed.  This is an

19   eyesore, and I wished they would get it fixed and get it

20   out of here."  She said that.

21        Q      Where did you go after you looked at the van?

22        A      We walked to the back of the house.  We went

23   into the house through the back.

24        Q      Through the back door?

25        A      Through the back door, yeah.

1          Q       When you got in the back door where do you

2    enter in the house?

3          A       We would go into the kitchen.

4          Q       Into the kitchen?

5          A       Right.

6          Q       What did you do once you got in?

7          A       (No verbal response.)

8          Q       If you remember?

9          A       I don't think we did anything.  We might of

10   just said a few words and then my wife and I took off and

11   we come home, but Mrs. Restivo did make the remark that I

12   guess Charlie must of changed his mind about going out

13   with his girlfriend, because the car -- my car is still

14   there.  She said they didn't take my car.

15         Q       That was the car you were referring to that

16   was parked in the driveway?

17         A       The Cadillac.

18                 MR. CASTELEIRO:        Objection to the

19   question, non-responsive.

20         Q       The car that was parked in the driveway, what

21   kind of car was it?

22         A       It was a Cadillac.

23         Q       I'm going to show you what's been marked as

24   PK5 and PK6.  I want to ask you whether you can identify

25   what's depicted in either or both of those photos.

1        A      These both appear to be the van that we saw.

2        Q      Is this the van that you say you saw that was

3    up on blocks?

4        A      That's correct, the night we saw it, it was on

5    blocks.

6        Q      These photos reasonably depict the van as you

7    saw it, minus it being up on blocks on November 10, 1984?

8            MS. BEN-SOREK:    Objection.

9        A      That's correct -- yeah -- that's what we saw.

10       Q      I'm going to show you PK1 through 4.  I may

11   have asked you this question, but I'm going to ask you

12   again.  I want you to look at all four of those photos

13   together, okay?

14       A      Okay.

15       Q      Do those photos fairly and accurately depict

16   the house?

17       A      Yes.

18       Q      As it was on November 10, 1984?

19       A      Yes, this one does.  This is the house.

20       Q      When you say this one, what number is that?

21   There is a number on the back.  Let me help you if I can.

22   If you don't mind, there is a number back here, that's

23   PK1.  That's the house, right?

24       A      Okay, that's correct.

25       Q      Do the other photos fairly and accurately

1          depict the house as it was on November 10, 1984?

2          A     This is also the front of the house, 13 Doxy

3     Place as it was the night we saw it -- I saw it -- and

4     then the driveway going back to the garage, and the two

5     bay door garage in the back, and in the front of the

6     garage was the two cars, one of which was the van, and it

7     was up on cinder blocks.

8          Q     Those photos fairly and accurately depict the

9     house as you saw it on November the 10th?

10         A     That's correct.

11         Q     When you went out to dinner on November the

12    10th, was it a routine that you would go out to dinner --

13              MS. BEN-SOREK:    Objection.

14         A     (No verbal response.)

15         Q     How did it come about that you were going out

16    to dinner that night?

17         A     Because first of all we went over to see

18    Charlie because we knew he was going to go away the

19    following week.  We usually went out to dinner with Mrs.

20    Restivo because she was alone, and we went out to dinner,

21    the three of us -- my wife, her and myself.  We went to

22    dinner, and this was fairly customary to go out.  We went

23    either a Friday or a Saturday night.  If she didn't have

24    to work, we went out on a Saturday night.  If she worked

25    we went out on a Friday night.

# EXHIBIT 5

FACTS KNOWN TO POLICE
THAT APPEAR IN JOHN KOGUT'S ALLEGED STATEMENT

| | FACTS KNOWN | SOURCE | STATEMENT IN ALLEGED CONFESSION |
|---|---|---|---|
| 1. | John Kogut was born on 11/29/63 and was 21 years old | Interview of Kogut on 3/21/85 | "My name is John Kogut, I am 21 years of age, being born on 11/29/63" |
| 2. | John Kogut lived with his girlfriend Lisa Price and her father at 161 Traymore Blvd., Island Park | Interview of Kogut on 3/21/85 | "I live with my girlfriend Lisa Price and her father at 161 Traymore Blvd., Island Park" |
| 3. | John Kogut worked for Frank Bertini as a landscaper but did not know his last name | Interview of Kogut on 3/21/85 | "I am currently employed by Frank Bertini Landscaping" |
| 4. | Body found by RR tracks in a wooded area, off a street that dead ends at the LIRR railroad tracks | Observed at scene; multiple crime scene photos | "We then went down a street across form the cemetery that dead ends by railroad tracks...They walked into the wooded area along the tracks." |
| 5. | Victim was naked | Observed at scene; multiple crime scene photos | "She was still laying on the blanket with no clothes on;" "At this point Dennis started taking off her pants and underpants, and I was taking her jacket, shirt and bra." |
| 6. | Victim was face down | Observed at scene; multiple crime scene photos | "She ended up face down" |
| 7. | Victim was covered in leaves | Observed at scene; autopsy photos | "We all started kicking leaves on her" |

| | | |
|---|---|---|
| 8. | Victim was found "with a wooden pallet over the lower portion of her body;" "writer advised [by individual who found body] that he removed a...pallet which was covering the upper body and head" | Observed at scene; Sgt. John Overs' testimony 9/20/12, 166-167, 174 | "I suggested we cover her with the palates which we did" |
| 9. | No jewelry on person of victim; Theresa Fusco wore three rings, multiple chains | Autopsy, Px 56 | "Dennis was taking her jewelry and rings off" |
| 10. | Ligature marks encircling victim's neck | Medical Examiner, autopsy photographs, P239A, B, C & D | "I took the rope....I wrapped it double around her neck." |
| 11. | Theresa Fusco was 16 years old | Mother, Connie Napoli; Friend, Lisa Kaplan; and others | "She was about 15 or 16 years old" |
| 12. | Theresa Fusco had dark hair | Mother, Connie Napoli; Friend, Lisa Kaplan; and others | "Dark hair" |
| 13. | Theresa Fusco had medium-length hair | Mother, Connie Napoli; Friend, Lisa Kaplan; and others | "Medium long" |
| 14. | Theresa Fusco was wearing "a Blue Denim waist length jacket" | Mother, Connie Napoli; teletype alarm, Px 59A | "She had on a Blue Denim dungaree jacket" |

| 15. | Theresa Fusco was wearing jeans | Mother, Connie Napoli; Friend, Lisa Kaplan; teletype alarm; Px 59A | "Dark pants" |
|-----|--------------------------------|-----------------|------------------|
| 16. | Theresa Fusco was wearing white high top sneakers | Mother, Connie Napoli; Friend, Lisa Kaplan; teletype alarm; Px 59A | "White high top sneakers" |
| 17. | Theresa Fusco always wore a bra | Mother, Connie Napoli; Friend, Lisa Kaplan; Px 59A | "I was taking her jacket, shirt and bra." |
| 18. | Theresa Fusco had a half-heart best friend necklace on a gold chain | Mother, Connie Napoli; Friend, Lisa Kaplan; Px 59A | "I recall seeing a gold colored chain with what looked like a double heart on it with piece broken off" |
| 19. | Theresa Fusco had a unicorn pendant found not far from body | Mother, Connie Napoli; Friend, Lisa Kaplan; Px 59A | "As I started out from where her body was I threw the jewelry I had by the tracks." |
| 20. | Theresa Fusco wore three rings | Mother, Connie Napoli; Friend, Lisa Kaplan; teletype alarm; Px 59A | "Dennis was taking her jewelry and rings off." |
| 21. | Theresa Fusco had a rectangular, burgundy pocketbook with ½ inch strap | Mother, Connie Napoli; Friend, Lisa Kaplan; Px 59A | "I took her pocketbook and put it into the bag. It was maroon or black with a strap." |

3

| | | | |
|---|---|---|---|
| 22. | The color of Theresa Fusco's blouse could not be recalled other than it being dark in color | Mother, Connie Napoli; Px 59A | "I think a dark top." |
| 23. | None of her clothing found | | "I told John he had better get rid of the clothing and he said he'd take care of it." |
| 24. | Victim sexually inactive | Mother, Connie Napoli; Friend, Lisa Kaplan; Px 60 | "I realized that Dennis had put his penis inside of her." "John was now fucking her." |
| 25. | Sperm in vaginal cavity | Autopsy, Px 56 | Explains why presence of semen in vaginal cavity was evidence of rape |
| 26. | Bruising on right side of victim's face | Autopsy; Px 56 | "I hit her on the right side of her face." |
| 27. | Bruising under both victim's eyes when discovered | Autopsy, Px 56; Medical Examiner | "I would like to say that I hit her with a left and a right…" |
| 28. | Cause of death - Ligature strangulation ("complete encircling") | Autopsy, Px 56; Medical Examiner told Det. Volpe in briefing | "I wrapped it double around her neck." |
| 29. | Murder weapon - hard nylon type rope | Medical Examiner told Det. Volpe in briefing | "I took the rope, which was a hard nylon type." |
| 30. | A blue blanket with "lighter border, lighter colored border" was found ten feet from body | Found at scene | "I took a blanket out that was in the van….[it] was quilted with a different colored border." |
| 31. | Exact time of death (unknown) | Medical Examiner could not determine | Nothing about time of death in statement |

4

| 32. | Date of disappearance | Unknown | "I would like to say that sometime back in Nov. 1984 about a week or two before my birthday." |
| 33. | Time last seen (Approx. 9:40 P.M.) | Hot Skates time card, Px 908 | "It was between 8:00 pm and 10:00 pm." |
| 34. | T.F. fired 11/10/84 | Multiple Hot Skates employees | "Forget about getting fired" |
| 35. | T.F. last seen exiting Hot Skates located at Rocklyn Avenue and Merrick Road across from cemetery | Multiple witnesses at Hot Skates, including Rochelle Bernstein | "We were heading west on Merrick Road...cemetery on our right side...theres a girl walking on Merrick Road by cemetery and heading towards McDonalds" |
| 36. | Friends leaving Hot Skates going to McDonald's | Friends reported last seeing her after she declined invitation to go to McDonald's | "A girl walking...heading towards McDonald's" |
| 37. | John Kogut had worked for John Restivo | Multiple interviews of others by Volpe, including Kogut interview of 3/21/85 | "I seem to remember that we were coming from a moving job." |
| 38. | Halstead had worked for John Restivo | Multiple interviews of others by Volpe, including Kogut interview of 3/21/85 | "I was with these two guys, one was John Restivo, who I worked for and the other was Dennis Halstead a guy from Lynbrook I know, who also worked for Restivo." |

| | | | |
|---|---|---|---|
| 39. | John Restivo owned a van | Van under surveillance from March 5, 1985 on; police theorized Theresa got into a van | "I was with John Restivo and Dennis Halstead in John's van. It a blue Ford shop van, with a side door that opens." |
| 40. | Police were following Restivo van, believed he was involved | P.O. Connaughton assigned to follow van | Van and Restivo named in statement |
| 41. | There was a court authorized wire in Halstead's house, police believed he was involved | Det. Volpe wiretap affidavit, Px 157 | Dennis Halstead named in statement |
| 42. | Police theory Theresa Fusco murdered in cemetery | Det. Sirianni testimony; multiple visits to cemetery before March 25, 1984 by police officers | "We were already in the cemetery;" statement says she was strangled in cemetery |

6